1  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
2  DAMIAN A. NORTHCUTT, Bar No. 258183
   Damian.Northcutt@bbklaw.com
3  BEST BEST & KRIEGER LLP
   300 South Grand Avenue
4  25th Floor
   Los Angeles, California  90071
5  Telephone:     (213) 617-8100
   Facsimile:     (213) 617-7480
6
7  Attorneys for Defendants
   LIEUTENANT JERRY FERNANDEZ, DETECTIVE
   JACOB DUNCAN, and DETECTIVE JEREMY
8  ASHBEE

9                UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                 SACRAMENTO DIVISION

12

13

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>              Plaintiffs,<br><br>       v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,,<br><br>              Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**DEFENDANTS LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN AND DETECTIVE JEREMY ASHBEE'S ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Action Filed:     August 31, 2022 |

BEST BEST & KRIEGER LLP

1    Defendants, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN,

2    and DETECTIVE JEREMY ASHBEE (collectively the "Defendants") hereby answer the

3    Complaint for Damages ("COMPLAINT") filed by Plaintiffs E.L., a minor, by and through her

4    general guardian, JESSICA LONG, and JESSICA LONG, an individual (collectively the

5    "Plaintiffs"). Defendants' answer the COMPLAINT as follows:

6                              **NATURE OF THE ACTION**

7    1.    In answering Paragraph 1 of the COMPLAINT, Defendants admit that on July 8,

8    2022, two sheriff's deputies retrieved a goat named Cedar. Defendants assert that the other

9    allegations in Paragraph 1 contain Plaintiff's legal theories and/or legal conclusion to which no

10   response is required. To the extent a response is required, Defendants deny each and every

11   allegation in Paragraph 1 of the COMPLAINT.

12   2.    In answering Paragraph 2 of the COMPLAINT, Defendants assert that the

13   allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

14   required. To the extent a response is required, Defendants deny each and every allegation in

15   Paragraph 2 of the COMPLAINT.

16                            **JURISDICTION AND VENUE**

17   3.    In answering Paragraph 3 of the COMPLAINT, Defendants admit jurisdiction is

18   proper. Defendants deny that Plaintiff is asserting any state law claims.

19   4.    In answering Paragraph 4 of the COMPLAINT, Defendants admit venue is proper.

20                                  **THE PARTIES**

21   5.    In answering Paragraph 5 of the COMPLAINT, Defendants are without sufficient

22   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

23   on that basis, deny each and every allegation in Paragraph 5 of the COMPLAINT.

24   6.    In answering Paragraph 6 of the COMPLAINT, Defendants are without sufficient

25   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

26   on that basis, deny each and every allegation in Paragraph 6 of the COMPLAINT.

27   ///

28   ///

BEST BEST & KRIEGER LLP

1  7.  In answering Paragraph 7 of the COMPLAINT, Defendants admit Lieutenant Jerry

2 Fernandez is a lieutenant in the Shasta County Sheriff's Department.  Except as admitted,

3 Defendants deny each and every other allegation in Paragraph 7 of the COMPLAINT.

4  8.  In answering Paragraph 8 of the COMPLAINT, Defendants admit Defendant

5 Detective Jacob Duncan is a detective in the Shasta County Sheriff's Department.  Except as

6 admitted, Defendants deny each and every other allegation in Paragraph 8 of the COMPLAINT.

7  9.  In answering Paragraph 9 of the COMPLAINT, Defendants admit Defendant

8 Detective Jeremy Ashbee is a detective in the Shasta County Sheriff's Department.  Except as

9 admitted, Defendants deny each and every other allegation in Paragraph 9 of the COMPLAINT.

10  10.  In answering Paragraph 10 of the COMPLAINT, Defendants are without sufficient

11 knowledge or information to form a belief as to the truth of the allegations contained therein, and,

12 on that basis, deny each and every allegation in Paragraph 10 of the COMPLAINT.

13  11.  In answering Paragraph 11 of the COMPLAINT, Defendants assert that the

14 allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

15 required.  To the extent a response is required, Defendants deny each and every allegation in

16 Paragraph 11 of the COMPLAINT.

17  12.  In answering Paragraph 12 of the COMPLAINT, Defendants assert that the

18 allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

19 required.  To the extent a response is required, Defendants deny each and every allegation in

20 Paragraph 12 of the COMPLAINT.

21  13.  In answering Paragraph 13 of the COMPLAINT, Defendants assert that the

22 allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

23 required.  To the extent a response is required, Defendants deny each and every allegation in

24 Paragraph 13 of the COMPLAINT.

25    **FACTUAL ALLEGATIONS**

26  14.  In answering Paragraph 14 of the COMPLAINT, Defendants are without sufficient

27 knowledge or information to form a belief as to the truth of the allegations contained therein, and,

28 on that basis, deny each and every allegation in Paragraph 14 of the COMPLAINT.

BEST BEST & KRIEGER LLP

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

15.     In answering Paragraph 15 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 15 of the COMPLAINT.

16.     In answering Paragraph 16 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 16 of the COMPLAINT.

17.     In answering Paragraph 17 of the COMPLAINT, Defendants admit that that the annual Shasta District Fair for 2022 took place on June 22, 2022 to June 25, 2022.  Defendants assert that the remaining allegations in Paragraph 17 contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every remaining allegation in Paragraph 17 of the COMPLAINT.

18.     In answering Paragraph 18 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 18 of the COMPLAINT.

19.     In answering Paragraph 19 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 19 of the COMPLAINT.

20.     In answering Paragraph 20 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 20 of the COMPLAINT.

21.     In answering Paragraph 21 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 21 of the COMPLAINT.

22.     In answering Paragraph 22 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in

BEST BEST & KRIEGER LLP

1    Paragraph 22 of the COMPLAINT.

2        23.    In answering Paragraph 23 of the COMPLAINT, Defendants are without sufficient

3    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

4    on that basis, deny each and every allegation in Paragraph 23 of the COMPLAINT.

5        24.    In answering Paragraph 24 of the COMPLAINT, Defendants are without sufficient

6    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

7    on that basis, deny each and every allegation in Paragraph 24 of the COMPLAINT.

8        25.    In answering Paragraph 25 of the COMPLAINT, Defendants assert that the

9    allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

10   required.  To the extent a response is required, Defendants deny each and every allegation in

11   Paragraph 25 of the COMPLAINT.

12       26.    In answering Paragraph 26 of the COMPLAINT, Defendants are without sufficient

13   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

14   on that basis, deny each and every allegation in Paragraph 26 of the COMPLAINT.

15       27.    In answering Paragraph 27 of the COMPLAINT, Defendants are without sufficient

16   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

17   on that basis, deny each and every allegation in Paragraph 27 of the COMPLAINT.

18       28.    In answering Paragraph 28 of the COMPLAINT,  Defendants are without

19   sufficient knowledge or information to form a belief as to the truth of the allegations contained

20   therein, and, on that basis, deny each and every allegation in Paragraph 28 of the COMPLAINT.

21   Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal

22   conclusion to which no response is required.

23       29.    In answering Paragraph 29 of the COMPLAINT,  Defendants are without

24   sufficient knowledge or information to form a belief as to the truth of the allegations contained

25   therein, and, on that basis, deny each and every allegation in Paragraph 29 of the COMPLAINT.

26   Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal

27   conclusion to which no response is required.

28   ///

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

BEST BEST & KRIEGER LLP

30.     In answering Paragraph 30 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 30 of the COMPLAINT.

31.     In answering Paragraph 31 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 31 of the COMPLAINT.

32.     In answering Paragraph 32 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 32 of the COMPLAINT.

33.     In answering Paragraph 33 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 33 of the COMPLAINT.

34.     In answering Paragraph 34 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 34 of the COMPLAINT.  Defendants also assert that the document referenced speaks for itself and that no response is otherwise required.

35.     In answering Paragraph 35 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 35 of the COMPLAINT.

36.     In answering Paragraph 36 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 36 of the COMPLAINT.

37.     In answering Paragraph 37 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 37 of the COMPLAINT.  Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

///

BEST BEST & KRIEGER LLP

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

38.     In answering Paragraph 38 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 38 of the COMPLAINT.

39.     In answering Paragraph 39 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 39 of the COMPLAINT.

40.     In answering Paragraph 40 of the COMPLAINT,  Defendants admit that Defendant Fernandez left a voicemail for Plaintiff Long stating he had stopped by her house but she was not home.  Except as admitted, Defendants deny each and every other allegation in Paragraph 40 of the COMPLAINT.

41.     In answering Paragraph 41 of the COMPLAINT, Defendants admit that Defendant Ashbee provided a Statement of Probable Cause in application for a search warrant.  Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

42.     In answering Paragraph 42 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 42 of the COMPLAINT.  Defendants also assert that the document referenced speaks for itself and that no response is otherwise required.

43.     In answering Paragraph 43 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 43 of the COMPLAINT. Defendants also assert that the document referenced speaks for itself and that no response is otherwise required.

44.     In answering Paragraph 44 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 44 of the COMPLAINT.  Defendants also assert that the document referenced speaks for itself and that no response is otherwise required.

BEST BEST & KRIEGER LLP

45.     In answering Paragraph 45 of the COMPLAINT, Defendants admit that a warrant was issued on July 8, 2022.  Except as admitted, Defendants deny each and every other allegation in Paragraph 45 of the COMPLAINT.

46.     In answering Paragraph 46 of the COMPLAINT, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

47.     In answering Paragraph 47 of the COMPLAINT, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

48.     In answering Paragraph 48 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 48 of the COMPLAINT.

49.     In answering Paragraph 49 of the COMPLAINT, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

50.     In answering Paragraph 50 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 50 of the COMPLAINT.

51.     In answering Paragraph 51 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 51 of the COMPLAINT.

52.     In answering Paragraph 52 of the COMPLAINT, Defendants admit that on July 8, 2022, Defendant Fernandez and Defendant Duncan drove to Sonoma County to retrieve a goat.  Except as admitted, Defendants are without sufficient knowledge or information to form a belief as to the truth of the other allegations contained therein, and, on that basis, deny each and every other allegation in Paragraph 52 of the COMPLAINT.

53.     In answering Paragraph 53 of the COMPLAINT, Defendants admit that Defendant Fernandez and Defendant Duncan arrived at Bleating Hearts Farm & Sanctuary in Napa.  Except

1    as admitted, Defendants are without sufficient knowledge or information to form a belief as to the

2    truth of the other allegations contained therein, and, on that basis, deny each and every other

3    allegation in Paragraph 53 of the COMPLAINT.

4          54.      In answering Paragraph 54 of the COMPLAINT, Defendants admit that Defendant

5    Fernandez and Defendant Duncan proceeded from Bleating Heart Farm and Sanctuary in Napa

6    County to the Sonoma Farm in Sonoma County where they obtained Cedar.  Defendants assert

7    that no warrant was necessary to retrieve Cedar at the Sonoma Farm as they had consent from the

8    property owner to retrieve the goat.

9          55.      In answering Paragraph 55 of the COMPLAINT, Defendants deny the allegations

10    therein.

11          56.      In answering Paragraph 56 of the COMPLAINT, Defendants assert that the

12    allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

13    required.  To the extent a response is required, Defendants deny each and every allegation in

14    Paragraph 56 of the COMPLAINT.

15          57.      In answering Paragraph 57 of the COMPLAINT, Defendants admit that

16    Defendants applied for a criminal warrant.  Except as admitted, Defendants assert that the other

17    allegations in Paragraph 57 of the COMPLAINT contain Plaintiff's legal theories and/or legal

18    conclusion to which no response is required.  To the extent a response is required, Defendants

19    deny each and every other allegation in Paragraph 57 of the COMPLAINT.

20          58.      In answering Paragraph 58 of the COMPLAINT, Defendants are without sufficient

21    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

22    on that basis, deny each and every allegation in Paragraph 58 of the COMPLAINT.

23          59.      In answering Paragraph 59 of the COMPLAINT, Defendants assert that the

24    allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

25    required.  To the extent a response is required, Defendants deny each and every allegation in

26    Paragraph 59 of the COMPLAINT.

27          60.      In answering Paragraph 60 of the COMPLAINT, Defendants assert that the

28    allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

BEST BEST & KRIEGER LLP

1   required.  To the extent a response is required, Defendants deny each and every allegation in

2   Paragraph 60 of the COMPLAINT.

3       61.     In answering Paragraph 61 of the COMPLAINT, Defendants assert that the

4   allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

5   required.  To the extent a response is required, Defendants deny each and every allegation in

6   Paragraph 61 of the COMPLAINT.

7       62.     In answering Paragraph 62 of the COMPLAINT, Defendants assert that the

8   allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

9   required.  To the extent a response is required, Defendants deny each and every allegation in

10  Paragraph 62 of the COMPLAINT.

11  ### **FIRST CAUSE OF ACTION**

12  **Right to Be Secure From Unreasonable Searches and Seizures Fourth Amendment to**

13  **U.S. Constitution (42 U.S.C. § 1983)**

14      63.     In answering Paragraph 63 of the COMPLAINT, Defendants are without sufficient

15  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

16  on that basis, deny each and every allegation in Paragraph 63 of the COMPLAINT.

17      64.     In answering Paragraph 64 of the COMPLAINT, Defendants assert that the

18  allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

19  required.  To the extent a response is required, Defendants deny each and every allegation in

20  Paragraph 64 of the COMPLAINT.

21      65.     In answering Paragraph 65 of the COMPLAINT, Defendants assert that the

22  allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is

23  required.  To the extent a response is required, Defendants deny each and every allegation in

24  Paragraph 65 of the COMPLAINT.

25      66.     In answering Paragraph 66 of the COMPLAINT,  Defendants are without

26  sufficient knowledge or information to form a belief as to the truth of the allegations contained

27  therein, and, on that basis, deny each and every allegation in Paragraph 21 of the COMPLAINT.

28  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal

BEST BEST & KRIEGER LLP

conclusion to which no response is required.

67.     In answering Paragraph 67 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 67 of the COMPLAINT.

## SECOND CAUSE OF ACTION

### Denial of Constitutional Right of Due Process of Law

### Fourteenth Amendment to the U.S. Constitution (42 U.S.C. § 1983)

68.     In answering Paragraph 68 of the COMPLAINT, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 68 of the COMPLAINT.

69.     In answering Paragraph 69 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 69 of the COMPLAINT.

70.     In answering Paragraph 70 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 70 of the COMPLAINT.

71.     In answering Paragraph 71 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 71 of the COMPLAINT.

72.     In answering Paragraph 72 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 72 of the COMPLAINT.

///

73.     In answering Paragraph 73 of the COMPLAINT, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 73 of the COMPLAINT.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Claim)

1.     As a first, separate affirmative defense, Defendants allege that the COMPLAINT, and each claim alleged therein, fail to state facts sufficient to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

#### (Qualified Immunity)

2.     As a second, separate affirmative defense, Defendants allege that they are entitled to qualified immunity.

### THIRD AFFIRMATIVE DEFENSE

#### (Immunity Pursuant to Gov. Code, § 820.8)

3.     As a third, separate affirmative defense, Defendants allege that they are entitled to immunity pursuant to California Government Code § 820.8.

### FOURTH AFFIRMATIVE DEFENSE

#### (Immunity Pursuant to Gov. Code, § 820.4)

4.     As a fourth, separate affirmative defense, Defendants allege that they are entitled to immunity pursuant to California Government Code § 820.4.

### FIFTH AFFIRMATIVE DEFENSE

#### (Estoppel)

5.     As a fifth, separate affirmative defense, Defendants allege that the COMPLAINT is barred by the doctrine of estoppel.

///

///

BEST BEST & KRIEGER LLP

1

### SIXTH AFFIRMATIVE DEFENSE

2

### (Unclean Hands)

3      6.      As a sixth, separate affirmative defense, Defendants allege that the COMPLAINT

4  is barred by the doctrine of unclean hands.

5

### SEVENTH AFFIRMATIVE DEFENSE

6

### (Additional Affirmative Defenses)

7      7.      As a seventh, separate affirmative defense, Defendants reserve the right to plead

8  additional affirmative defenses.

9

### PRAYER FOR RELIEF

10     WHEREFORE, Defendants pray as follows:

11     1.      That the COMPLAINT be dismissed with prejudice;

12     2.      That Plaintiff take nothing by this proceeding;

13     3.      That Defendants be awarded their costs of suit incurred in the defense of this

14  action;

15     4.      That Defendants be awarded their reasonable attorneys' fees incurred in the

16  defense of this action; and

17     5.      For such other and further relief as the Court deems just and proper.

18  Dated: November 15, 2022                BEST BEST & KRIEGER LLP

19

20                                 By: _/s/ Damian A. Northcutt_

21                                    CHRISTOPHER M. PISANO
                                      DAMIAN A. NORTHCUTT

22                                    Attorneys for Defendants

23                                    LIEUTENANT JERRY FERNANDEZ,
                                      DETECTIVE JACOB DUNCAN, and
                                      DETECTIVE JEREMY ASHBEE

24

25

26

27

28

BEST BEST & KRIEGER LLP