JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California  92612
Telephone:   (949) 263-2600
Facsimile:   (949) 260-0972

Attorneys for Defendants
LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,,<br><br>　　　　Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Action Filed:　　August 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Christopher M. Pisano ("Counsel"), attorney with Best Best & Krieger, LLP, as counsel for Defendants LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE in the above-captioned matter. Mr. Pisano is admitted to practice in this Court. Counsel respectfully requests that he be served with any and all pleadings, notices, orders, or any other papers filed with or by the Court in the above-captioned matter at the electronic mail address set forth below:

>Christopher M. Pisano
>BEST BEST & KRIEGER LLP
>300 S. Grand Avenue, 25th Floor
>Los Angeles, CA  90071
>Telephone:     (213) 617-8100
>Facsimile:      (213) 617-7480

Email: Christopher.Pisano@bbklaw.com

Dated: November 16, 2022                               BEST BEST & KRIEGER LLP

By: */s/ Christopher M. Pisano*
JEFFREY V. DUNN
CHRISTOPHER M. PISANO
DAMIAN A. NORTHCUTT

Attorneys for Defendants
LIEUTENANT JERRY FERNANDEZ,
DETECTIVE JACOB DUNCAN, and
DETECTIVE JEREMY ASHBEE