RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>    Plaintiffs,<br> v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF RYAN GORDON IN SUPPORT OF PLAINTIFFS' UNCONTESTED MOTION TO APPOINT JESSICA LONG AS GUARDIAN AD LITEM OF E.L., A MINOR OR, ALTERNATIVELY, APPROVE PLAINTIFFS' SHOWING UNDER LOCAL RULE 202(a) THAT CURRENT REPRESENTATION IS ADEQUATE**<br><br>Trial Date: TBD<br><br>Action Filed: August 31, 2022<br><br>Date: February 21, 2023<br>Time: 1:30 p.m.<br>Courtroom: 4 |

I, Ryan Gordon, hereby declare as follows:

1. I am an attorney at law duly licensed to practice law before all the courts of the State of California as well as the United States District Court, Eastern District of California. I am over 18 years of age. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2. I am an attorney for Advancing Law for Animals and an attorney of record for Plaintiffs E.L. and Jessica Long (collectively, "Plaintiffs"). I make this declaration in support of Plaintiffs' motion to appoint Jessica Long as guardian ad litem of minor Plaintiff E.L. or, alternatively, approve Plaintiffs' showing under local rule 202(a) that E.L.'s representation through Jessica Long is adequate without appointment of a guardian ad litem.

3. On December 30, 2022, in compliance with the Courtroom's standing order to meet and confer before filing any motion, I met and conferred with attorneys Christopher M. Pisano and Damian A. Northcutt, the attorneys for Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee, regarding Plaintiffs' intention to bring the instant motion. I asked for their consent or non-opposition. (A true and correct copy of the email chain is attached hereto as **Exhibit A**.)

4. On January 3, 2023, Defendants' counsel, Damian A. Northcutt, responded that "[Defendants] have no opposition to such motion." (See **Exhibit A**.)

I declare under penalty of perjury that the foregoing is true and correct and that it was executed at Redondo Beach, California on January 9, 2023.

By: /S/Ryan R. Gordon
    Ryan Gordon

DECLARATION OF RYAN GORDON
2

# EXHIBIT A

Advancing Law for Animals Mail - Meet and Confer - Long, et al. v . Fernandez, et al. 2:22-cv-01527-DAD-AC    1/9/23, 12:20 PM

Case 2:22-cv-01527-DAD-AC    Document 11-1    Filed 01/11/23    Page 4 of 5



Ryan Gordon <rgordon@advancinglawforanimals.org>

## Meet and Confer - Long, et al. v . Fernandez, et al. 2:22-cv-01527-DAD-AC

**Damian Northcutt** <Damian.Northcutt@bbklaw.com>    Tue, Jan 3, 2023 at 8:45 AM
To: Ryan Gordon <rgordon@advancinglawforanimals.org>
Cc: Christopher Pisano <Christopher.Pisano@bbklaw.com>, Vanessa Shakib <vshakib@advancinglawforanimals.org>

Ryan,

We have no opposition to such a motion.



**Damian Northcutt**
Of Counsel
**Damian.Northcutt@bbklaw.com**
T: (909) 466-4903
www.BBKlaw.com

**Holiday Greetings from BB&K!**


On Dec 30, 2022, at 6:53 PM, Ryan Gordon <rgordon@advancinglawforanimals.org> wrote:

**CAUTION - EXTERNAL SENDER.**

Good evening Damian and Chris,

Hope you're both enjoying the holiday season.  I'm writing to meet and confer regarding the following issue.  As E.L. is a minor, Local Rule 202(a) requires that my firm file a motion to appoint a guardian ad litem for her or to present evidence that at a GAL is unnecessary.  We're going to file a motion to that effect next week, asking for appointment of Jessica as GAL or an order that her representation of E.L. is otherwise acceptable.

The judge's standing order requires that we meet and confer in order to resolve motions beforehand so they needn't be filed.  Here, we can't avoid filing this particular motion as LR 202(a) makes it mandatory, but I'm hoping/anticipating that you'll consent to the relief.  Parents are presumed to be proper representatives of their minor children so this motion should be granted as a matter of course.

Please let me know if you'll consent.

Happy New Year

Ryan Gordon, Esq.
Co-Director
**Advancing Law for Animals**
407 N. Pacific Coast Highway #267

Advancing Law for Animals Mail - Meet and Confer - Long, et al. v . Fernandez, et al. 2:22-cv-01527-DAD-AC   1/9/23, 12:20 PM

Case 2:22-cv-01527-DAD-AC   Document 11-1   Filed 01/11/23   Page 5 of 5

Redondo Beach, CA 90277
Phone: (202) 996-8389
rgordon@advancinglawforanimals.org



This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.