RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>          Plaintiffs,<br>     v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>          Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF JESSICA LONG IN SUPPORT OF PLAINTIFFS' UNCONTESTED MOTION TO APPOINT JESSICA LONG AS GUARDIAN AD LITEM OF E.L., A MINOR OR, ALTERNATIVELY, APPROVE PLAINTIFFS' SHOWING UNDER LOCAL RULE 202(a) THAT CURRENT REPRESENTATION IS ADEQUATE**<br><br>Trial Date: TBD<br><br>Action Filed: August 31, 2022<br><br>Date: February 21, 2023<br>Time: 1:30 p.m.<br>Courtroom: 4 |

DECLARATION OF JESSICA LONG

1

I, Jessica Long, hereby declare as follows:

1. I am a plaintiff in this matter.

2. I am also the parent of Plaintiff E.L., who is a minor.

3. Plaintiffs have commenced this action against Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, Detective Jeremy Ashbee, and Does 1 through 10, inclusive, under 42 U.S.C.A. § 1983 for Constitutional violations.

4. This is E.L.'s first petition for appointment of guardian ad litem in this matter. I believe I am already her general guardian as a matter of law.

5. E.L. currently lives with me at my residence in Redding, California.

6. I am a responsible person and fully competent to understand and protect the rights of E.L.. I have no interest adverse to her and I am willing to act as her guardian ad litem in this matter.

7. I request that either (1) I be appointed guardian ad litem of E.L. to prosecute the above lawsuit on her behalf or (2) that the Court approve Plaintiffs' showing under local rule 202(a) and deem that my representation E.L. adequate without appointment of a guardian ad litem.

I declare under penalty of perjury that the foregoing is true and correct and that it was executed at Redding, California on January 9, 2023

By: *Jessica Long* (signature)
Jessica Long