UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LONG, et al., | No. 2:22-cv-01527-DAD-AC |
| Plaintiffs, | |
| v. | ORDER REFERRING MOTION TO MAGISTRATE JUDGE |
| JERRY FERNANDEZ, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), the pending motion to appoint guardian *ad litem* for the minor E.L. filed by plaintiff Jessica Long (Doc. No. 11) is hereby referred to United States Magistrate Judge Allison Claire for issuance of an order in accordance with 28 U.S.C. § 636(b)(1)(A).

IT IS SO ORDERED.

Dated: **January 12, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1