RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br>        Plaintiffs,<br>v.<br>LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; and DOES 1 through 10,<br>        Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Trial Date: October 7, 2024<br><br>Action Filed: August 31, 2022 |

Pursuant to Local Rule 143, the undersigned counsel of record for Plaintiffs E.L. and Jessica Long (collectively, "Plaintiffs") and Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee (collectively, "Defendants") submit this joint stipulation for an Order Granting Leave to File a First Amended Complaint as detailed below.

WHEREAS, on August 31, 2022, Plaintiffs filed the instant action and operative complaint (the "Complaint") for federal Constitutional violations;

WHEREAS, on about October 24, 2022, Plaintiffs contend they submitted state law claims for damages, which arise out of the same events and facts pending in the Complaint, against nonparty government entities pursuant to the California Government Claims Act. (Cal. Government Code §§ 810, et seq.);

WHEREAS, on November 16, 2022, Defendants filed an answer to the complaint;

WHEREAS, by December 18, 2023, all government entities to which Plaintiffs had submitted state claims for damages (referenced above) under the California Government Claims Act had either rejected the claims or not responded.

WHEREAS, Plaintiffs seeks to file a First Amended Complaint adding additional state causes of action against the existing Defendants as well as adding state and federal causes of action against new defendants.

WHEREAS, the Parties have conferred and agreed that, subject to the Court approval, Plaintiffs should be permitted to file a First Amended Complaint (FAC). A true and correct copy of the FAC Plaintiffs seek leave to file is attached hereto as **Exhibit A**.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendant, that:

1. The FAC attached hereto as **Exhibit A** shall be deemed filed as of the date the Court approves this Stipulation;
2. Defendant shall file a responsive pleading to the FAC within twenty-one (21) days of the date this stipulation is approved by the Court.

IT IS SO STIPULATED.

Respectfully submitted,

**ADVANCING LAW FOR ANIMALS**

Dated:  February 21, 2023

By: ___/s/Ryan Gordon_____
Ryan Gordon
Vanessa Shakib
Attorneys for Plaintiffs

**BEST BEST & KRIEGER LLP**

Dated:  February 21, 2023

By: ___/s/Damian A. Northcut_____
Christopher M. Pisano
Damian A. Northcutt
Attorneys for Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, And Detective Jeremy Ashbee