1  RYAN R. GORDON (SBN 278414)
   VANESSA T. SHAKIB (SBN 287339)
2  **ADVANCING LAW FOR ANIMALS**
   407 N. Pacific Coast Highway #267
3  Redondo Beach, CA 90277
   Tel: (202) 996-8389
4  rgordon@advancinglawforanimals.org
   vshakib@advancinglawforanimals.org
5

6  DANIEL J. KOLDE, ESQ.
   **LAW OFFICES OF DANIEL J. KOLDE**
7  P.O. Box 440344
   St. Louis, Missouri 63144-9998
8  Tel: 636.675.5383
   Email: daniel.kolde.law@gmail.com
9  (*pro hac vice application to be filed*)

10 Attorneys for Plaintiffs

11

12                **UNITED STATES DISTRICT COURT**

13                **EASTERN DISTRICT OF CALIFORNIA**

                        **SACRAMENTO DIVISION**
14

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br><br> Plaintiffs, <br> v. <br> LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; and DOES 1 through 10, <br> Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **[PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Trial Date: October 7, 2024 <br><br> Action Filed: August 31, 2022 |

1

**[PROPOSED] ORDER**

Having considered the Parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT

1. The FAC attached hereto as **Exhibit A** shall be deemed filed as of the date the Court approves this Stipulation;
2. Defendant shall file a responsive pleading to the FAC within twenty-one (21) days of the date this stipulation is approved by the Court.

IT IS SO ORDERED

Date:_____          _____
                                                                Hon. Dale A. Drodz
                                                         UNITED STATES DISTRICT JUDGE