1   CHRISTOPHER M. PISANO, Bar No. 192831
    christopher.pisano@bbklaw.com
2   DAMIAN A. NORTHCUTT, Bar No. 258183
    Damian.Northcutt@bbklaw.com
3   BEST BEST & KRIEGER LLP
    300 South Grand Avenue
4   25th Floor
    Los Angeles, California  90071
5   Telephone:    (213) 617-8100
    Facsimile:    (213) 617-7480
6
    Attorneys for Defendants
7   COUNTY OF SHASTA; SHASTA COUNTY
    SHERIFF'S DEPARTMENT; LIEUTENANT JERRY
8   FERNANDEZ; DETECTIVE JACOB DUNCAN; and
    DETECTIVE JEREMY ASHBEE
9

10                  UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14  E.L., a minor, by and through her general        Case No. 2:22-cv-01527-DAD-AC
    guardian, JESSICA LONG; JESSICA LONG,
15  an individual,                                    **DEFENDANTS COUNTY OF SHASTA,
                                                      SHASTA COUNTY SHERIFF'S
16                  Plaintiffs,                       DEPARTMENT, LIEUTENANT
                                                      JERRY FERNANDEZ, DETECTIVE
17         v.                                         JACOB DUNCAN, AND DETECTIVE
                                                      JEREMY ASHBEE'S ANSWER TO
18  LIEUTENANT JERRY FERNANDEZ, in his                PLAINTIFFS' FIRST AMENDED
    individual capacity; DETECTIVE JACOB              COMPLAINT**
19  DUNCAN, in his individual; DETECTIVE
    JEREMY ASHBEE, in his individual capacity;        Action Filed:    August 31, 2022
20  SHASTA DISTRICT FAIR AND EVENT
    CENTER, a district agricultural association;
21  COUNTY OF SHASTA; SHASTA COUNTY
    SHERIFF'S DEPARTMENT; MELANIE
22  SILVA, in her individual capacity; BJ
    MACFARLANE, in his individual capacity;
23  and DOES 1 through 10,

24                  Defendants.

25

26
                                                      2:22-CV-01527-DAD-AC
27                                            DEFENDANTS COUNTY OF SHASTA,
                                                 SHASTA COUNTY SHERIFF'S
28                                            DEPARTMENT, LIEUTENANT JERRY
                          -1-                   FERNANDEZ, DETECTIVE JACOB
                                                DUNCAN, AND DETECTIVE JEREMY
    55398.00040\41098682.1                       ASHBEE'S ANSWER TO PLAINTIFFS'
                                                   FIRST AMENDED COMPLAINT

BEST BEST & KRIEGER LLP

1    Defendants, COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT,

2    LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE

3    JEREMY ASHBEE (collectively the "Defendants") hereby answer the First Amended Complaint

4    for Damages ("FAC") filed by Plaintiffs E.L., a minor, by and through her general guardian,

5    JESSICA LONG, and JESSICA LONG, an individual (collectively the "Plaintiffs").  Defendants'

6    answer the FAC as follows:

7                              **NATURE OF THE ACTION**

8           1.      In answering Paragraph 1 of the FAC, Defendants admit that on July 8, 2022, two

9    sheriff's deputies retrieved a goat named Cedar.  Defendants assert that the other allegations in

10   Paragraph 1 contain Plaintiff's legal theories and/or legal conclusion to which no response is

11   required.  To the extent a response is required, Defendants deny each and every allegation in

12   Paragraph 1 of the FAC.

13          2.      In answering Paragraph 2 of the FAC, Defendants assert that the allegations

14   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

15   extent a response is required, Defendants deny each and every allegation in Paragraph 2 of the

16   FAC.

17                            **JURISDICTION AND VENUE**

18          3.      In answering Paragraph 3 of the FAC, Defendants admit jurisdiction is proper.

19          4.      In answering Paragraph 4 of the FAC, Defendants admit venue is proper.

20                                 **THE PARTIES**

21          5.      In answering Paragraph 5 of the FAC, Defendants are without sufficient

22   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

23   on that basis, deny each and every allegation in Paragraph 5 of the FAC.

24          6.      In answering Paragraph 6 of the FAC, Defendants are without sufficient

25   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

26

27

28                                      - 2 -

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

1    on that basis, deny each and every allegation in Paragraph 6 of the FAC.

2            7.      In answering Paragraph 7 of the FAC, Defendants admit Lieutenant Jerry

3    Fernandez is a lieutenant in the Shasta County Sheriff's Department.  Except as admitted,

4    Defendants deny each and every other allegation in Paragraph 7 of the FAC.

5            8.      In answering Paragraph 8 of the FAC, Defendants admit Defendant Detective

6    Jacob Duncan is a detective in the Shasta County Sheriff's Department.  Except as admitted,

7    Defendants deny each and every other allegation in Paragraph 8 of the FAC.

8            9.      In answering Paragraph 9 of the FAC, Defendants admit Defendant Detective

9    Jeremy Ashbee is a detective in the Shasta County Sheriff's Department.  Except as admitted,

10   Defendants deny each and every other allegation in Paragraph 9 of the FAC.

11           10.     In answering Paragraph 10 of the FAC, Defendants are without sufficient

12   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

13   on that basis, deny each and every allegation in Paragraph 10 of the FAC.

14           11.     In answering Paragraph 11 of the FAC, Defendants are without sufficient

15   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

16   on that basis, deny each and every allegation in Paragraph 11 of the FAC.

17           12.     In answering Paragraph 12 of the FAC, Defendants are without sufficient

18   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

19   on that basis, deny each and every allegation in Paragraph 12 of the FAC.

20           13.     In answering Paragraph 13 of the FAC, Defendants admit that the County of

21   Shasta is a public entity.  The Shasta County Sheriff's Department is responsible for the actions,

22   policies, procedures, practices, and customs of that department and its agents and employees.

23           14.     In answering Paragraph 14 of the FAC, Defendants admit that the Shasta County

24   Sheriff's Department is a department of Shasta County, is not a separate entity, and is therefore

25   not a proper party.  *Melendres v. Arpaio*, 2015 WL 1654550, at *3 (9th Cir. Apr. 14, 2015)

26

27

28

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

BEST BEST & KRIEGER LLP

55398.00040\41098682.1

[Ordering Maricopa County be substituted as a party in lieu of the Maricopa County Sheriff's Office]. Defendants assert that Plaintiffs other allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every other allegation in Paragraph 14 of the FAC.

15. In answering Paragraph 15 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 15 of the FAC.

16. In answering Paragraph 16 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 16 of the FAC.

17. In answering Paragraph 17 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 17 of the FAC.

18. In answering Paragraph 18 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 18 of the FAC.

## FACTUAL ALLEGATIONS

19. In answering Paragraph 19 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 19 of the FAC.

20. In answering Paragraph 20 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and,

BEST BEST & KRIEGER LLP

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

1    on that basis, deny each and every allegation in Paragraph 20 of the FAC.

2          21.    In answering Paragraph 21 of the FAC, Defendants admit that that the annual

3    Shasta District Fair for 2022 took place on June 22, 2022 to June 25, 2022.  Defendants assert that

4    the remaining allegations in Paragraph 21 contain Plaintiff's legal theories and/or legal

5    conclusion to which no response is required.  To the extent a response is required, Defendants

6    deny each and every remaining allegation in Paragraph 21 of the FAC.

7          22.    In answering Paragraph 22 of the FAC, Defendants are without sufficient

8    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

9    on that basis, deny each and every allegation in Paragraph 22 of the FAC.

10         23.    In answering Paragraph 23 of the FAC, Defendants assert that the allegations

11   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

12   extent a response is required, Defendants deny each and every allegation in Paragraph 23 of the

13   FAC.

14         24.    In answering Paragraph 24 of the FAC, Defendants assert that the allegations

15   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

16   extent a response is required, Defendants deny each and every allegation in Paragraph 24 of the

17   FAC.

18         25.    Paragraph 25 of the FAC, Defendants are without sufficient knowledge or

19   information to form a belief as to the truth of the allegations contained therein, and, on that basis,

20   deny each and every allegation in Paragraph 25 of the FAC.

21         26.    In answering Paragraph 26 of the FAC, Defendants assert that the allegations

22   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

23   extent a response is required, Defendants deny each and every allegation in Paragraph 26 of the

24   FAC.

25   ///

26

27

28

BEST BEST & KRIEGER LLP

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

27.     In answering Paragraph 27 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 27 of the FAC.

28.     In answering Paragraph 28 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 28 of the FAC.

29.     In answering Paragraph 29 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 29 of the FAC.

30.     In answering Paragraph 30 of the FAC, Defendants admit that Plaintiff Long removed Cedar from the Shasta District Fair.  Defendants assert that as to the remaining allegations in Paragraph 30, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 30 of the FAC.

31.     In answering Paragraph 31 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 31 of the FAC.

32.     In answering Paragraph 32 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 32 of the FAC.

33.     In answering Paragraph 33 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 33 of the FAC.

55398.00040\41098682.1

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

BEST BEST & KRIEGER LLP

34.     In answering Paragraph 34 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 34 of the FAC.

35.     In answering Paragraph 35 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 35 of the FAC.

36.     In answering Paragraph 36 of the FAC,  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 36 of the FAC.

37.     In answering Paragraph 37 of the FAC,  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 37 of the FAC.

38.     In answering Paragraph 38 of the FAC, Defendants admit Plaintiff Long sent an email on June 27, 2022 to the Shasta County Fair Manager.  Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

39.     In answering Paragraph 39 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 39 of the FAC.

40.     In answering Paragraph 40 of the FAC, Defendants admit Defendant Silva emailed Plaintiff Long on June 28, 2022.  Defendants assert that the document speaks for itself and that no response is otherwise required.

41.     In answering Paragraph 41 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 41 of the FAC.

///

55398.00040\41098682.1

- 7 -

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

BEST BEST & KRIEGER LLP

42.     In answering Paragraph 42 of the FAC, Defendants admit that Plaintiff Long sent a letter on June 28, 2022, to the Shasta District Fair.  Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

43.     In answering Paragraph 43 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 43 of the FAC.

44.     In answering Paragraph 44 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 44 of the FAC.

45.     In answering Paragraph 45 of the FAC,  Defendants admit that Defendant Fernandez left a voicemail for Plaintiff Long stating he had stopped by her house but she was not home.  Except as admitted, Defendants deny each and every other allegation in Paragraph 45 of the FAC.

46.     In answering Paragraph 46 of the FAC, Defendants admit that Defendant Ashbee provided a Statement of Probable Cause in application for a search warrant.  Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

47.     In answering Paragraph 47 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 47 of the FAC.  Defendants also assert that the document referenced speaks for itself and that no response is otherwise required.

48.     In answering Paragraph 48 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 48 of the FAC. Defendants also assert that the document referenced speaks for itself and that no response is

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

1 | otherwise required.

2 |      49.     In answering Paragraph 49 of the FAC, Defendants assert that the allegations

3 | contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

4 | extent a response is required, Defendants deny each and every allegation in Paragraph 49 of the

5 | FAC.  Defendants also assert that the document referenced speaks for itself and that no response

6 | is otherwise required.

7 |      50.     In answering Paragraph 50 of the FAC, Defendants admit that a warrant was

8 | issued on July 8, 2022.  Except as admitted, Defendants deny each and every other allegation in

9 | Paragraph 50 of the FAC.

10 |      51.     In answering Paragraph 51 of the FAC, Defendants assert that the document

11 | referenced speaks for itself and that no response is otherwise required.

12 |      52.     In answering Paragraph 52 of the FAC, Defendants assert that the document

13 | referenced speaks for itself and that no response is otherwise required.

14 |      53.     In answering Paragraph 53 of the FAC, Defendants assert that the allegations

15 | contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

16 | extent a response is required, Defendants deny each and every allegation in Paragraph 53 of the

17 | FAC.

18 |      54.     In answering Paragraph 54 of the FAC, Defendants assert that the document

19 | referenced speaks for itself and that no response is otherwise required.

20 |      55.     In answering Paragraph 55 of the FAC, Defendants assert that the allegations

21 | contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

22 | extent a response is required, Defendants deny each and every allegation in Paragraph 55 of the

23 | FAC.

24 |      56.     In answering Paragraph 56 of the FAC, Defendants assert that the allegations

25 | contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

26 |

27 | 
28 |

BEST BEST & KRIEGER LLP

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

1    extent a response is required, Defendants deny each and every allegation in Paragraph 56 of the

2    FAC.

3         57.    In answering Paragraph 57 of the FAC, Defendants admit that on July 8, 2022,

4    Defendant Fernandez and Defendant Duncan drove to Sonoma County to retrieve a goat.  Except

5    as admitted, Defendants are without sufficient knowledge or information to form a belief as to the

6    truth of the other allegations contained therein, and, on that basis, deny each and every other

7    allegation in Paragraph 57 of the FAC.

8         58.    In answering Paragraph 58 of the FAC, Defendants admit that Defendant

9    Fernandez and Defendant Duncan arrived at Bleating Hearts Farm & Sanctuary in Napa.  Except

10   as admitted, Defendants are without sufficient knowledge or information to form a belief as to the

11   truth of the other allegations contained therein, and, on that basis, deny each and every other

12   allegation in Paragraph 58 of the FAC.

13        59.    In answering Paragraph 59 of the FAC, Defendants admit that Defendant

14   Fernandez and Defendant Duncan proceeded from Bleating Heart Farm and Sanctuary in Napa

15   County to the Sonoma Farm in Sonoma County where they obtained Cedar.  Defendants assert

16   that no warrant was necessary to retrieve Cedar at the Sonoma Farm as they had consent from the

17   property owner to retrieve the goat.

18        60.    In answering Paragraph 60 of the FAC, Defendants deny the allegations therein.

19        61.    In answering Paragraph 61 of the FAC, Defendants deny the allegations therein.

20        62.    In answering Paragraph 62 of the FAC, Defendants assert that the allegations

21   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

22   extent a response is required, Defendants deny each and every allegation in Paragraph 62 of the

23   FAC.

24        63.    In answering Paragraph 63 of the FAC, Defendants assert that the allegations

25   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

1  extent a response is required, Defendants deny each and every allegation in Paragraph 63 of the

2  FAC.

3      64.    In answering Paragraph 64 of the FAC, Defendants admit that Defendants applied

4  for a criminal warrant.  Except as admitted, Defendants assert that the other allegations in

5  Paragraph 64 of the FAC contain Plaintiff's legal theories and/or legal conclusion to which no

6  response is required.  To the extent a response is required, Defendants deny each and every other

7  allegation in Paragraph 64 of the FAC.

8      65.    In answering Paragraph 65 of the FAC, Defendants are without sufficient

9  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

10  on that basis, deny each and every allegation in Paragraph 65 of the FAC.

11      66.    In answering Paragraph 66 of the FAC, Defendants assert that the allegations

12  contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

13  extent a response is required, Defendants deny each and every allegation in Paragraph 66 of the

14  FAC.

15      67.    In answering Paragraph 67 of the FAC, Defendants assert that the allegations

16  contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

17  extent a response is required, Defendants deny each and every allegation in Paragraph 67 of the

18  FAC.

19      68.    In answering Paragraph 68 of the FAC, Defendants assert that the allegations

20  contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

21  extent a response is required, Defendants deny each and every allegation in Paragraph 68 of the

22  FAC.

23      69.    In answering Paragraph 69 of the FAC, Defendants assert that the allegations

24  contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

25  extent a response is required, Defendants deny each and every allegation in Paragraph 69 of the

26

27

28

- 11 -

BEST BEST & KRIEGER LLP

55398.00040\41098682.1

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

1   FAC.

2       70.     In answering Paragraph 70 of the FAC, Defendants assert that the allegations

3   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

4   extent a response is required, Defendants deny each and every allegation in Paragraph 70 of the

5   FAC.

6       71.     In answering Paragraph 71 of the FAC, Defendants assert that the allegations

7   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

8   extent a response is required, Defendants deny each and every allegation in Paragraph 71 of the

9   FAC.

10      72.     In answering Paragraph 72 of the FAC, Defendants assert that the allegations

11  contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

12  extent a response is required, Defendants deny each and every allegation in Paragraph 72 of the

13  FAC.

14      73.     In answering Paragraph 73 of the FAC, Defendants admit that on or about October

15  24, 2022, Plaintiffs served a claim for damages to Shasta County and the Shasta Sheriff's

16  Department.  Defendants are without sufficient knowledge or information to form a belief as to

17  the truth of the other allegations contained therein, and, on that basis, deny each and every other

18  allegation in Paragraph 73 of the FAC.

19      74.     In answering Paragraph 74 of the FAC, Defendants are without sufficient

20  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

21  on that basis, deny each and every allegation in Paragraph 74 of the FAC.

22      75.     In answering Paragraph 75 of the FAC, Defendants are without sufficient

23  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

24  on that basis, deny each and every allegation in Paragraph 75 of the FAC.

25  ///

26

27

28

BEST BEST & KRIEGER LLP

- 12 -

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

# FIRST CAUSE OF ACTION

## Right to Be Secure From Unreasonable Searches and Seizures

## Fourth Amendment to U.S. Constitution (42 U.S.C. § 1983)

## (Against Defendants Ashbee, Fernandez, and Duncan)

76.     In answering Paragraph 76 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 76 of the FAC.

77.     In answering Paragraph 77 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 77 of the FAC.

78.     In answering Paragraph 78 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 78 of the FAC.

79.     In answering Paragraph 79 of the FAC,  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 79 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

80.     In answering Paragraph 80 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 80 of the FAC.

///

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, AND DETECTIVE JEREMY ASHBEE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

**SECOND CAUSE OF ACTION**

**Denial of Constitutional Right of Due Process of Law**

**Fourteenth Amendment to the U.S. Constitution (42 U.S.C. § 1983)**

**(Against Defendants Ashbee, Fernandez, and Duncan)**

81. In answering Paragraph 81 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 81 of the FAC.

82. In answering Paragraph 82 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 82 of the FAC.

83. In answering Paragraph 83 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 83 of the FAC.

84. In answering Paragraph 84 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 84 of the FAC.

85. In answering Paragraph 85 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 85 of the FAC.

86. In answering Paragraph 86 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and,

BEST BEST & KRIEGER LLP

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

on that basis, deny each and every allegation in Paragraph 86 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

87.     In answering Paragraph 87 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 87 of the FAC.

## THIRD CAUSE OF ACTION

**Right to Be Secure From Unreasonable Searches and Seizures**

**Fourth Amendment to U.S. Constitution (42 U.S.C. § 1983)**

**(Against the Doe Defendants)**

88.     In answering Paragraph 88 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 88 of the FAC.

89.     In answering Paragraph 89 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 89 of the FAC.

90.     In answering Paragraph 90 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 90 of the FAC.

91.     In answering Paragraph 91 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 91 of the FAC.  Defendants also assert

BEST BEST & KRIEGER LLP

- 15 -

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

1    that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response

2    is required.

3        92.    In answering Paragraph 92 of the FAC, Defendants assert that the allegations

4    contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

5    extent a response is required, Defendants deny each and every allegation in Paragraph 92 of the

6    FAC.

7                        **FOURTH CAUSE OF ACTION**

8            **Denial of Constitutional Right of Due Process of Law**

9        **Fourteenth Amendment to the U.S. Constitution (42 U.S.C. § 1983)**

10                    **(Against the Doe Defendants)**

11       93.    In answering Paragraph 93 of the FAC, Defendants are without sufficient

12    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

13    on that basis, deny each and every allegation in Paragraph 93 of the FAC.

14       94.    In answering Paragraph 94 of the FAC, Defendants are without sufficient

15    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

16    on that basis, deny each and every allegation in Paragraph 94 of the FAC.

17       95.    In answering Paragraph 95 of the FAC, Defendants assert that the allegations

18    contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

19    extent a response is required, Defendants deny each and every allegation in Paragraph 95 of the

20    FAC.

21       96.    In answering Paragraph 96 of the FAC, Defendants are without sufficient

22    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

23    on that basis, deny each and every allegation in Paragraph 96 of the FAC.  Defendants also assert

24    that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response

25    is required.

26

27

28

BEST BEST & KRIEGER LLP

- 16 -

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

97.     In answering Paragraph 97 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 97 of the FAC.

## FIFTH CAUSE OF ACTION

### Denial of Constitutional Right against Unreasonable Search and Seizure

### California Constitution, Article 1, § 13

**(Against Defendants Shasta County, Shasta Sheriff's Department, Fernandez, and Duncan)**

98.     In answering Paragraph 98 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 98 of the FAC.

99.     In answering Paragraph 99 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 99 of the FAC.

100.     In answering Paragraph 100 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 100 of the FAC.

101.     In answering Paragraph 101 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 101 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

///

55398.00040\41098682.1

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

BEST BEST & KRIEGER LLP

102.     In answering Paragraph 102 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 102 of the FAC.

### SIXTH CAUSE OF ACTION

**Denial of Constitutional Right to Due Process of Law**

**California Constitution, Article 1, § 7(a)**

**(Against Defendants Shasta County, Shasta Sheriff's Department, Fernandez, and Duncan)**

103.     In answering Paragraph 103 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 103 of the FAC.

104.     In answering Paragraph 104 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 104 of the FAC.

105.     In answering Paragraph 105 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 105 of the FAC.

106.     In answering Paragraph 106 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 106 of the FAC.

107.     In answering Paragraph 107 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and,

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

1   on that basis, deny each and every allegation in Paragraph 107 of the FAC. Defendants also

2   assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no

3   response is required.

4       108.    In answering Paragraph 108 of the FAC, Defendants assert that the allegations

5   contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the

6   extent a response is required, Defendants deny each and every allegation in Paragraph 108 of the

7   FAC.

8                        **<u>SEVENTH CAUSE OF ACTION</u>**

9       **Denial of Constitutional Right against Unreasonable Search and Seizure**

10              **California Constitution, Article 1, § 13**

11              **(Against Shasta Fair Association and Does)**

12      109.    In answering Paragraph 109 of the FAC, Defendants are without sufficient

13  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

14  on that basis, deny each and every allegation in Paragraph 109 of the FAC.

15      110.    In answering Paragraph 110 of the FAC, Defendants assert that the allegations

16  contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the

17  extent a response is required, Defendants deny each and every allegation in Paragraph 110 of the

18  FAC.

19      111.    In answering Paragraph 111 of the FAC, Defendants assert that the allegations

20  contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the

21  extent a response is required, Defendants deny each and every allegation in Paragraph 111 of the

22  FAC.

23      112.    In answering Paragraph 112 of the FAC, Defendants are without sufficient

24  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

25  on that basis, deny each and every allegation in Paragraph 112 of the FAC. Defendants also

26

27

28

BEST BEST & KRIEGER LLP

55398.00040\41098682.1

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

1  assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no

2  response is required.

3       113.    In answering Paragraph 113 of the FAC, Defendants assert that the allegations

4  contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

5  extent a response is required, Defendants deny each and every allegation in Paragraph 113 of the

6  FAC.

7       114.    In answering Paragraph 114 of the FAC, Defendants are without sufficient

8  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

9  on that basis, deny each and every allegation in Paragraph 114 of the FAC.

10                          **EIGHTH CAUSE OF ACTION**

11                  **Denial of Constitutional Right to Due Process of Law**

12                    **California Constitution, Article 1, § 7(a)**

13                  **(Against Shasta Fair Association and Does)**

14       115.    In answering Paragraph 115 of the FAC, Defendants are without sufficient

15  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

16  on that basis, deny each and every allegation in Paragraph 115 of the FAC.

17       116.    In answering Paragraph 116 of the FAC, Defendants assert that the allegations

18  contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

19  extent a response is required, Defendants deny each and every allegation in Paragraph 116 of the

20  FAC.

21       117.    In answering Paragraph 117 of the FAC, Defendants assert that the allegations

22  contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

23  extent a response is required, Defendants deny each and every allegation in Paragraph 117 of the

24  FAC.

25  ///

26

27

28

BEST BEST & KRIEGER LLP

55398.00040\41098682.1

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

118.     In answering Paragraph 118 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 118 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

119.     In answering Paragraph 119 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 119 of the FAC.

## NINTH CAUSE OF ACTION

### Conversion

### (Against Shasta County, Shasta Sheriff's Department, Fernandez, Duncan, and Does)

120.     In answering Paragraph 120 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 120 of the FAC.

121.     In answering Paragraph 121 of the FAC, Defendants deny each and every allegation in Paragraph 121 of the FAC.

122.     In answering Paragraph 122 of the FAC, Defendants admit that Defendants Fernandez and Duncan lawfully took possession of Cedar and turned the goat over to Bruce MacFarlane.  Defendants deny each and every allegation in Paragraph 122 of the FAC.

123.     In answering Paragraph 123 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 123 of the FAC.

///

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

124.     In answering Paragraph 124 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 124 of the FAC.

125.     In answering Paragraph 125 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 125 of the FAC.

126.     In answering Paragraph 126 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 126 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

127.     In answering Paragraph 127 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 127 of the FAC.

## TENTH CAUSE OF ACTION

### Conversion

### (Against Shasta Fair Association and Does)

128.     In answering Paragraph 128 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 128 of the FAC.

129.     In answering Paragraph 129 of the FAC, Defendants deny each and every allegation in Paragraph 129 of the FAC.

///

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

- 22 -

BEST BEST & KRIEGER LLP

130.    In answering Paragraph 130 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 130 of the FAC.

131.    In answering Paragraph 131 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 131 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

132.    In answering Paragraph 132 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 132 of the FAC.

133.    In answering Paragraph 133 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 133 of the FAC.

134.    In answering Paragraph 134 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 134 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

135.    In answering Paragraph 135 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 135 of the FAC.

///

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

1

BEST BEST & KRIEGER LLP

**ELEVENTH CAUSE OF ACTION**

**Negligence**

**(Against Shasta County, Sheriff's Department, Fernandez, Duncan, and Does)**

136.    In answering Paragraph 136 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 136 of the FAC.

137.    In answering Paragraph 137 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 137 of the FAC.

138.    In answering Paragraph 138 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 138 of the FAC.

139.    In answering Paragraph 139 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 139 of the FAC.

140.    In answering Paragraph 140 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 140 of the FAC.

141.    In answering Paragraph 141 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 141 of the FAC.  Defendants also

- 24 -

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

142. In answering Paragraph 142 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 142 of the FAC.

143. In answering Paragraph 143 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 143 of the FAC.

## TWELFTH CAUSE OF ACTION

### Negligence

### (Against Shasta Fair Association, Silva, McFarlane, and Does)

144. In answering Paragraph 144 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 144 of the FAC.

145. In answering Paragraph 145 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 145 of the FAC.

146. In answering Paragraph 146 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required. To the extent a response is required, Defendants deny each and every allegation in Paragraph 146 of the FAC.

///

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

147.    In answering Paragraph 147 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 147 of the FAC.

148.    In answering Paragraph 148 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 148 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

149.    In answering Paragraph 149 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 149 of the FAC.

150.    In answering Paragraph 150 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 150 of the FAC.

## THIRTEENTH CAUSE OF ACTION

### Intentional Infliction of Emotional Distress

### (Against Shasta Fair Association, Silva, McFarlane, and Does)

151.    In answering Paragraph 151 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 151 of the FAC.

152.    In answering Paragraph 152 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and,

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

on that basis, deny each and every allegation in Paragraph 152 of the FAC.  Defendants also assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.

153.    In answering Paragraph 153 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 153 of the FAC.

154.    In answering Paragraph 154 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 154 of the FAC.

155.    In answering Paragraph 155 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 155 of the FAC.

156.    In answering Paragraph 156 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 156 of the FAC.

## FOURTEENTH CAUSE OF ACTION

### Declaratory Relief

### (Against Silva, Macfarlane, Shasta Fair Association, and Does)

157.    In answering Paragraph 157 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 157 of the FAC.

///

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

158.    In answering Paragraph 158 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 158 of the FAC.

159.    In answering Paragraph 159 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 159 of the FAC.

160.    In answering Paragraph 160 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 160 of the FAC.

161.    In answering Paragraph 161 of the FAC, Defendants assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 161 of the FAC.

## FIFTEENTH CAUSE OF ACTION

### First Amendment Viewpoint Discrimination

### First Amendment to U.S. Constitution (42 U.S.C. § 1983)

### (Against Silva, Macfarlane, and Does)

162.    In answering Paragraph 162 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 162 of the FAC.

163.    In answering Paragraph 163 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 163 of the FAC.  Defendants also

BEST BEST & KRIEGER LLP

- 28 -

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

1    assert that the allegations contain Plaintiff's legal theories and/or legal conclusion to which no

2    response is required.

3          164.     In answering Paragraph 164 of the FAC, Defendants are without sufficient

4    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

5    on that basis, deny each and every allegation in Paragraph 164 of the FAC.

6          165.     In answering Paragraph 165 of the FAC, Defendants assert that the allegations

7    contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

8    extent a response is required, Defendants deny each and every allegation in Paragraph 165 of the

9    FAC.

10         166.     In answering Paragraph 166 of the FAC, Defendants assert that the allegations

11   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

12   extent a response is required, Defendants deny each and every allegation in Paragraph 166 of the

13   FAC.

14         167.     In answering Paragraph 167 of the FAC, Defendants assert that the allegations

15   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

16   extent a response is required, Defendants deny each and every allegation in Paragraph 167 of the

17   FAC.

18         168.     In answering Paragraph 168 of the FAC, Defendants assert that the allegations

19   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

20   extent a response is required, Defendants deny each and every allegation in Paragraph 168 of the

21   FAC.

22         169.     In answering Paragraph 169 of the FAC, Defendants assert that the allegations

23   contain Plaintiff's legal theories and/or legal conclusion to which no response is required.  To the

24   extent a response is required, Defendants deny each and every allegation in Paragraph 169 of the

25   FAC.

26

27

28

- 29 -

BEST BEST & KRIEGER LLP

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

1.    As a first, separate affirmative defense, Defendants allege that the FAC, and each claim alleged therein, fail to state facts sufficient to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Qualified Immunity)**

2.    As a second, separate affirmative defense, Defendants allege that they are entitled to qualified immunity.

**THIRD AFFIRMATIVE DEFENSE**

**(Immunity Pursuant to Gov. Code, § 820.8)**

3.    As a third, separate affirmative defense, Defendants allege that they are entitled to immunity pursuant to California Government Code § 820.8.

**FOURTH AFFIRMATIVE DEFENSE**

**(Immunity Pursuant to Gov. Code, § 820.4)**

4.    As a fourth, separate affirmative defense, Defendants allege that they are entitled to immunity pursuant to California Government Code § 820.4.

**FIFTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

5.    As a fifth, separate affirmative defense, Defendants allege that the FAC is barred by the doctrine of estoppel.

///

///

///

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55398.00040\41098682.1

BEST BEST & KRIEGER LLP

1  **SIXTH AFFIRMATIVE DEFENSE**

2  **(Unclean Hands)**

3      6.    As a sixth, separate affirmative defense, Defendants allege that the FAC is barred

4  by the doctrine of unclean hands.

5  **SEVENTH AFFIRMATIVE DEFENSE**

6  **(Additional Affirmative Defenses)**

7      7.    As a seventh, separate affirmative defense, Defendants reserve the right to plead

8  additional affirmative defenses.

9  **PRAYER FOR RELIEF**

10      WHEREFORE, Defendants pray as follows:

11      1.    That the FAC be dismissed with prejudice;

12      2.    That Plaintiff take nothing by this proceeding;

13      3.    That Defendants be awarded their costs of suit incurred in the defense of this

14  action;

15      4.    That Defendants be awarded their reasonable attorneys' fees incurred in the

16  defense of this action; and

17      5.    For such other and further relief as the Court deems just and proper.

18  Dated: March 23, 2023            BEST BEST & KRIEGER LLP

19

20            By:  */s/ Damian A. Northcutt*

21            CHRISTOPHER M. PISANO
          DAMIAN A. NORTHCUTT

22            Attorneys for Defendants

23            COUNTY OF SHASTA; SHASTA
          COUNTY SHERIFF'S DEPARTMENT;
          LIEUTENANT JERRY FERNANDEZ;

24            DETECTIVE JACOB DUNCAN; and
          DETECTIVE JEREMY ASHBEE

25

26

27

28

- 31 -

*(left margin, vertical)* BEST BEST & KRIEGER LLP

55398.00040\41098682.1

2:22-CV-01527-DAD-AC
DEFENDANTS COUNTY OF SHASTA,
SHASTA COUNTY SHERIFF'S
DEPARTMENT, LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB
DUNCAN, AND DETECTIVE JEREMY
ASHBEE'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT