1  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
2  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
3  DAMIAN A. NORTHCUTT, Bar No. 258183
   Damian.Northcutt@bbklaw.com
4  BEST BEST & KRIEGER LLP
   18101 Von Karman Avenue
5  Suite 1000
   Irvine, California  92612
6  Telephone:      (949) 263-2600
   Facsimile:      (949) 260-0972
7
   Attorneys for Defendants
8  LIEUTENANT JERRY FERNANDEZ, DETECTIVE
   JACOB DUNCAN; DETECTIVE JEREMY ASHBEE;
9  COUNTY OF SHASTA; and SHASTA COUNTY
   SHERIFF'S DEPARTMENT
10

11              UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA

13                 SACRAMENTO DIVISION

14

15  E.L., a minor, by and through her general       Case No. 2:22-cv-01527-DAD-AC
    guardian, JESSICA LONG; JESSICA LONG,
16  an individual,                                  **JOINT STIPULATION AND REQUEST
                                                    TO CONTINUE CERTAIN
17                 Plaintiffs,                      SCHEDULING ORDER DATES**

18         v.                                       *[[Proposed] Order Lodged Concurrently
                                                    Herewith ]*
19  LIEUTENANT JERRY FERNANDEZ, in his
    individual capacity; DETECTIVE JACOB            Action Filed:      August 31, 2022
20  DUNCAN, in his individual; DETECTIVE
    JEREMY ASHBEE, in his individual capacity;
21  and DOES 1 through 10,,

22                 Defendants.

23

24

25

26

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

**STIPULATION TO CONTINUE CERTAIN SCHEDULING ORDER DATES**

TO THE HONORABLE COURT:

1.      Defendants, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, DETECTIVE JEREMY ASHBEE, COUNTY OF SHASTA, and SHASTA COUNTY SHERIFF'S DEPARTMENT (collectively "County Defendants"), by and through their counsel of record, and Plaintiffs, E.L., a minor, by and through her general guardian, JESSICA LONG, and JESSICA LONG, an individual ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, apply for an Order continuing the following dates in the Scheduling Order as follows:

A.      That the factual discovery cut-off date be continued for sixty (60) days from the present date of September 25, 2023 to a new date of November 24, 2023.

2.      Good cause exists for a continuance because:

A.      There are scheduling conflicts that prevent the Parties depositions from being completed by the current factual discovery cut-off.

B.      Additional parties have been named after the Scheduling Order was issued. Specifically, the County of Shasta, the Shasta County Sheriff's Department ("County Entities"), the Shasta District Fair and Event Center, Melanie Silva, and BJ Macfarlane ("District Fair Parties") were named as new defendants in the First Amended Complaint, which was filed on March 2, 2023, after the Scheduling Order was issued on December 21, 2022.  Additional fact discovery will have to be completed that was not previously accounted for in the Joint Status Report.

C.      The Parties are exploring settlement and trying to avoid the expense of discovery.  The parties have exchanged written settlement offers and counter offers. Counsel for the County Defendants is now in the process of involving third-party carrier(s) to obtain additional authority for a possible settlement.  The requested continuance is consistent with the conservation of judicial resources because a continuance may prevent the need for a trial if the parties are successful in the settlement

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1    negotiations.

2          D.      The Parties will not be prejudiced by the change of the Scheduling Order

3    dates. The following Schedule Order dates will not change:

4          i.      Expert Discovery Cut-Off:  December 28, 2023.

5          ii.     Motions Cut-Off:  February 12, 2024.

6          iii.    Final Pre-Trial Conference: August 6, 2024.

7          iv.     Trial Date: October 7, 2024.

8          However, if a continuance is not granted, the Parties will be prejudiced because the

9    Parties will not have the opportunity to obtain the necessary evidence to prepare this case

10   for trial.

11         E.      The Parties all agree to the continuance.

12         F.      No other requests for any continuance have been made at any time.

13   IT IS SO STIPULATED

14                        **[SIGNATURES ON FOLLOWING PAGE]**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\41449508.1

2:22-CV-01527-DAD-AC
STIPULATION TO MODIFY SCHEDULING
ORDER RE CONTINUANCE OF
DISCOVERY CUT-OFF

1

Dated: July 5, 2023                                   BEST BEST & KRIEGER LLP

2

3                                                      By:  /s/ Damian A. Northcutt
                                                            _____
4                                                           JEFFREY V. DUNN
                                                            CHRISTOPHER M. PISANO
                                                            DAMIAN A. NORTHCUTT
5

6                                                           Attorneys for Defendants
                                                            LIEUTENANT JERRY FERNANDEZ,
                                                            DETECTIVE JACOB DUNCAN;
7                                                           DETECTIVE JEREMY ASHBEE;
                                                            COUNTY OF SHASTA; and SHASTA
8                                                           COUNTY SHERIFF'S DEPARTMENT

9

Dated: July 5, 2023                                   ADVANCING LAW FOR ANIMALS

10

11

12                                                     By:  /s/Ryan Gordon (as authorized on July 5, 2023)
                                                            _____
                                                            RYAN GORDON
13                                                          VANESSA T. SHAKIB

14                                                          Attorneys for Plaintiffs
                                                            E.L., A MINOR, BY AND THROUGH
15                                                          HER GENERAL GUARDIAN, JESSICA
                                                            LONG; JESSICA LONG, AN
                                                            INDIVIDUAL
16

17

18

19

20

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612