JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
Damian.Northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:   (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Defendants
LIEUTENANT JERRY FERNANDEZ, DETECTIVE
JACOB DUNCAN; DETECTIVE JEREMY ASHBEE;
COUNTY OF SHASTA; and SHASTA COUNTY
SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**[PROPOSED] ORDER**<br><br>*[Lodged Concurrently with Joint Stipulation to Continue Certain Scheduling Order Dates]*<br><br>Action Filed:   August 31, 2022 |

**[PROPOSED] ORDER**

Based upon the parties' joint stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Scheduling Order issued by this Court on or about December 21, 2022 be modified to reflect a 60-day continuance of the pending September 25, 2023 factual discovery cut-off to and including November 24, 2023.

IT IS HEREBY ORDERED.

DATED: _____, 2023

_____
HON. DALE A. DROZD
UNITED STATES DISTRICT COURT