RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br><br> Plaintiffs, <br> v. <br> LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10, <br> Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO SECOND AMENDED COMPLAINT** <br><br> Trial Date: October 7, 2024 <br><br> Action Filed: August 31, 2022 |

Pursuant to Local Rule 143, the undersigned counsel of record for Plaintiffs E.L. and Jessica Long (collectively, "Plaintiffs") and Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, Detective Jeremy Ashbee, Shasta District Fair and Event Center, County of Shasta, Shasta County Sheriff's Department, Melanie Silva, and BJ Macfarlane (collectively, "Defendants") submit this joint stipulation for an Order Granting Leave to File a Second Amended Complaint as detailed below.

WHEREAS, on August 31, 2022, Plaintiffs filed the instant action and operative complaint (the "Complaint") for federal Constitutional violations;

WHEREAS, on about October 24, 2022, Plaintiffs submitted state law claims for damages, against the following California government entities: Shasta District Fair and Event Center, County of Shasta, and Shasta County Sheriff's Department (collectively, the "State Govt. Entities") pursuant to the California Government Claims Act. (Cal. Government Code §§ 810, et seq.);

WHEREAS, on March 2, 2023, Plaintiffs filed a First Amended Complaint adding additional state causes of action against the existing Defendants as well as adding state and federal causes of action against the State Govt. Entities, as well as Melanie Silva, and BJ Macfarlane.

WHEREAS, the Plaintiffs have been diligently conducting discovery and, in so doing, wishes to amend their complaint and add a new defendant.

WHEREAS, the Parties have conferred and agreed that, subject to the Court approval, Plaintiffs should be permitted to file a Second Amended Complaint (SAC).  A true and correct copy of the SAC Plaintiffs seek leave to file is attached hereto as **Exhibit A**.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendant, that:

1. Upon the Court approving this Stipulation, Plaintiffs shall file the SAC attached hereto as **Exhibit A** within seven days;
2. Defendant shall file a responsive pleading to the SAC within twenty-one (21) days of the date the SAC is filed.

IT IS SO STIPULATED.

Respectfully submitted,

**ADVANCING LAW FOR ANIMALS**

Dated: October 6, 2023          By:   /s/Ryan Gordon
                                Ryan Gordon
                                Vanessa Shakib
                                Attorneys for Plaintiffs

**BEST BEST & KRIEGER LLP**

Dated: October 11, 2023         By:   /s/Damian A. Northcutt
                                Christopher M. Pisano
                                Damian A. Northcutt
                                Attorneys for Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, And Detective Jeremy Ashbee

**CALIFORNIA DEPARTMENT OF JUSTICE**

Dated: October 11, 2023         By:   /s/John C. Bridges
                                John C. Bridges
                                Attorneys for Defendants Shasta District Fair Association, Melanie Silva, and BJ Macfarlane