RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10, <br><br> Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **[PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> Trial Date: October 7, 2024 <br><br> Action Filed: August 31, 2022 |

1

## [PROPOSED] ORDER

Having considered the Parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT

1. The Second Amended Complaint (SAC) attached to the JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO SECOND AMENDED COMPLAINT as **Exhibit A** shall be filed within seven days;
2. Defendant shall file a responsive pleading to the SAC within twenty-one (21) days of the date the SAC is filed.

IT IS SO ORDERED

Date:_____       _____
                                                                  Hon. Dale A. Drodz
                                                                  UNITED STATES DISTRICT JUDGE