JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
damian.northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California  92612
Telephone:      (949) 263-2600
Facsimile:      (949) 260-0972

Attorneys for Defendants
LIEUTENANT JERRY FERNANDEZ, DETECTIVE
JACOB DUNCAN, DETECTIVE JEREMY ASHBEE,
COUNTY OF SHASTA, and SHASTA COUNTY
SHERIFF'S DEPARTMENT

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>              Plaintiffs,<br><br>       v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>              Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**DEFENDANTS' LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, DETECTIVE JEREMY ASHBEE, COUNTY OF SHASTA, AND SHASTA COUNTY SHERIFF'S DEPARTMENT'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Action Filed:      August 31, 2022<br>Trial Date:        October 7, 2024 |

Defendants, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, DETECTIVE JEREMY ASHBEE, COUNTY OF SHASTA, AND SHASTA COUNTY SHERIFF'S DEPARTMENT (collectively the "Defendants") hereby answer the Second Amended Complaint for Damages ("SAC") filed by Plaintiffs E.L., a minor, by and through her general guardian, JESSICA LONG, and JESSICA LONG, an individual (collectively the "Plaintiffs").  Defendants answer the SAC as follows:

### NATURE OF THE ACTION

1.      In answering Paragraph 1 of the SAC, Defendants admit that on July 8, 2022, two sheriff's deputies retrieved a goat named Cedar.  Defendants assert that the other allegations in Paragraph 1 contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 1 of the SAC.

2.      In answering Paragraph 2 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 2 of the SAC.

### JURISDICTION AND VENUE

3.      In answering Paragraph 3 of the SAC, Defendants admit jurisdiction is proper.

4.      In answering Paragraph 4 of the SAC, Defendants admit venue is proper.

### THE PARTIES

5.      In answering Paragraph 5 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 5 of the SAC.

6.      In answering Paragraph 6 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 6 of the SAC.

7.      In answering Paragraph 7 of the SAC, Defendants admit Lieutenant Jerry Fernandez is a lieutenant in the Shasta County Sheriff's Department.  Except as admitted,

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1    Defendants deny each and every other allegation in Paragraph 7 of the SAC.

2        8.      In answering Paragraph 8 of the SAC, Defendants admit Defendant Detective

3    Jacob Duncan is a detective in the Shasta County Sheriff's Department.  Except as admitted,

4    Defendants deny each and every other allegation in Paragraph 8 of the SAC.

5        9.      In answering Paragraph 9 of the SAC, Defendants admit Defendant Detective

6    Jeremy Ashbee is a detective in the Shasta County Sheriff's Department.  Except as admitted,

7    Defendants deny each and every other allegation in Paragraph 9 of the SAC.

8        10.     In answering Paragraph 10 of the SAC, Defendants are without sufficient

9    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

10   on that basis, deny each and every allegation in Paragraph 10 of the SAC.

11       11.     In answering Paragraph 11 of the SAC, Defendants are without sufficient

12   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

13   on that basis, deny each and every allegation in Paragraph 11 of the SAC.

14       12.     In answering Paragraph 12 of the SAC, Defendants are without sufficient

15   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

16   on that basis, deny each and every allegation in Paragraph 12 of the SAC.

17       13.     In answering Paragraph 13 of the SAC, Defendants admit that the County of

18   Shasta is a public entity.  The Shasta County Sheriff's Department is responsible for the actions,

19   policies, procedures, practices, and customs of that department and its agents and employees.

20       14.     In answering Paragraph 14 of the SAC, Defendants admit that the Shasta County

21   Sheriff's Department is a department of Shasta County, is not a separate entity, and is, therefore,

22   not a proper party.  *Melendres v. Arpaio*, 2015 WL 1654550, at *3 (9th Cir. Apr. 14, 2015)

23   [Ordering Maricopa County be substituted as a party in lieu of the Maricopa County Sheriff's

24   Office].  Defendants assert that Plaintiffs' other allegations contain Plaintiffs' legal theories

25   and/or legal conclusions to which no response is required.  To the extent a response is required,

26   Defendants deny each and every other allegation in Paragraph 14 of the SAC.

27       15.     In answering Paragraph 15 of the SAC, Defendants are without sufficient

28   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

Best Best & Krieger LLP
Attorneys at Law
18101 Von Karman Avenue, Suite 1000
Irvine, California 92612

55398.00040\41730269.1

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

on that basis, deny each and every allegation in Paragraph 15 of the SAC.

16.     In answering Paragraph 16 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 16 of the SAC.

17.     In answering Paragraph 17 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 17 of the SAC.

18.     In answering Paragraph 18 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 18 of the SAC.

19.     In answering Paragraph 19 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 19 of the SAC.

## FACTUAL ALLEGATIONS

20.     In answering Paragraph 20 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 20 of the SAC.  Additionally, Defendants assert that the allegations in Paragraph 20 contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 20 of the SAC.

21.     In answering Paragraph 21, Defendants are informed and believe that during the time at issue in this litigation, Plaintiff E.L. was enrolled in a local 4-H chapter youth program. As to the other allegations in Paragraph 21, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis,

deny each and every allegation in Paragraph 21 of the SAC.

22.     In answering Paragraph 22 of the SAC, Defendants admit that the annual Shasta District Fair for 2022 took place on June 22, 2022 to June 25, 2022.

23.     In answering Paragraph 23 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 23 of the SAC.

24.     In answering Paragraph 24 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 24 of the SAC.   In addition, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

25.     In answering Paragraph 25 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 25 of the SAC.

26.     In answering Paragraph 26 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 26 of the SAC.  In addition, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

27.     Paragraph 27 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 27 of the SAC.  In addition, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 27 of the SAC.

28.     In answering Paragraph 28 of the SAC, Defendants assert that California State Senator Brian Dahl placed the highest bid for Cedar on June 25, 2022.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
1801 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

29.    In answering Paragraph 29 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 29 of the SAC.

30.    In answering Paragraph 30 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 30 of the SAC.

31.    In answering Paragraph 31 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 31 of the SAC.

32.    In answering Paragraph 32 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 32 of the SAC.

33.    In answering Paragraph 33 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 33 of the SAC.

34.    In answering Paragraph 34 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 34 of the SAC.

35.    In answering Paragraph 35 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 35 of the SAC.

36.    In answering Paragraph 36 of the SAC, Defendants admit that Plaintiff Long removed Cedar from the Shasta District Fair.  Defendants assert that as to the remaining allegations in Paragraph 36, Defendants are without sufficient knowledge or information to form

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1  a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every

2  allegation in Paragraph 36 of the SAC.

3       37.    In answering Paragraph 37 of the SAC, Defendants are without sufficient

4  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

5  on that basis, deny each and every allegation in Paragraph 37 of the SAC.

6       38.    In answering Paragraph 38 of the SAC, Defendants are without sufficient

7  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

8  on that basis, deny each and every allegation in Paragraph 38 of the SAC.  In addition,

9  Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to

10  which no response is required.  To the extent a response is required, Defendants deny each and

11  every allegation in Paragraph 38 of the SAC.

12      39.    In answering Paragraph 39 of the SAC, Defendants are without sufficient

13  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

14  on that basis, deny each and every allegation in Paragraph 39 of the SAC.  In addition,

15  Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to

16  which no response is required.  To the extent a response is required, Defendants deny each and

17  every allegation in Paragraph 39 of the SAC.

18      40.    In answering Paragraph 40 of the SAC, Defendants assert that the allegations

19  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

20  the extent a response is required, Defendants deny each and every allegation in Paragraph 40 of

21  the SAC.

22      41.    In answering Paragraph 41 of the SAC, Defendants assert that the allegations

23  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

24  the extent a response is required, Defendants deny each and every allegation in Paragraph 41 of

25  the SAC.

26      42.    In answering Paragraph 42 of the SAC,  Defendants are without sufficient

27  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

28  on that basis, deny each and every allegation in Paragraph 42 of the SAC.  In addition,

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1 Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to

2 which no response is required.  To the extent a response is required, Defendants deny each and

3 every allegation in Paragraph 42 of the SAC.

4     43.     In answering Paragraph 43 of the SAC,  Defendants assert that the allegations

5 contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

6 the extent a response is required, Defendants deny each and every allegation in Paragraph 43 of

7 the SAC.

8                    **Plaintiffs' Good Faith Negotiations to Resolve**

9     44.     In answering Paragraph 44 of the SAC, Defendants are without sufficient

10 knowledge or information to form a belief as to the truth of the allegations contained therein, and,

11 on that basis, deny each and every allegation in Paragraph 44 of the SAC. In addition, Defendants

12 assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

13 response is required.  To the extent a response is required, Defendants deny each and every

14 allegation in Paragraph 44 of the SAC.

15     45.     In answering Paragraph 45 of the SAC, Defendants are without sufficient

16 knowledge or information to form a belief as to the truth of the allegations contained therein, and,

17 on that basis, deny each and every allegation in Paragraph 45 of the SAC.

18     46.     In answering Paragraph 46 of the SAC, Defendant admits that Plaintiff Long

19 reached out to Senator Brian Dahle re Cedar.

20     47.     In answering Paragraph 47 of the SAC, Defendants are without sufficient

21 knowledge or information to form a belief as to the truth of the allegations contained therein, and,

22 on that basis, deny each and every allegation in Paragraph 47 of the SAC.

23     48.     In answering Paragraph 48 of the SAC, Defendants admit Plaintiff Long sent an

24 email on June 27, 2022 to the Shasta County Fair Manager.  Defendants assert that the document

25 referenced speaks for itself and that no response is otherwise required.

26     49.     In answering Paragraph 49 of the SAC, Defendants assert that the allegations

27 contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

28 the extent a response is required, Defendants deny each and every allegation in Paragraph 49 of

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

the SAC.

50.     In answering Paragraph 50 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 50 of the SAC.

51.     In answering Paragraph 51 of the SAC, Defendants admit Defendant Silva emailed Plaintiff Long on June 28, 2022.  Defendants assert that the document speaks for itself and that no response is otherwise required.

52.     In answering Paragraph 52 of the SAC, Defendants assert that the document speaks for itself and that no response is otherwise required.

53.     In answering Paragraph 53 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 53 of the SAC.

54.     In answering Paragraph 54 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 54 of the SAC.

55.     In answering Paragraph 55 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 55 of the SAC.

**Defendants' Criminal Investigation to Confiscate Cedar and**

**Their Obligation to Retain Him**

56.     In answering Paragraph 56 of the SAC, Defendants admit that Shasta County Sheriff Michael Johnson requested Defendant Fernandez investigate the removal of Cedar from the Shasta District Fair.  Defendants admit that Defendant Fernandez left a voicemail for Plaintiff Long stating he had stopped by her house, but she was not home.  Except as admitted, Defendants deny each and every other allegation in Paragraph 56 of the SAC.

57.     In answering Paragraph 57 of the SAC, Defendants admit that during the course of

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

his investigation, Defendant Fernandez received copies of Plaintiff Long's correspondence with Defendant Shasta Fair Association. Defendants assert that the other allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 57 of the SAC.

58.     In answering Paragraph 58 of the SAC, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

59.     In answering Paragraph 59 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 59 of the SAC.

60.     In answering Paragraph 60 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 60 of the SAC.

61.     In answering Paragraph 61 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 61 of the SAC.

62.     In answering Paragraph 62 of the SAC, Defendant Ashbee provided a Statement of Probable Cause in application for a search warrant.  Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

63.     In answering Paragraph 63 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 63 of the SAC.  Defendants also assert that the document referenced speaks for itself and that no response is otherwise required.

64.     In answering Paragraph 64 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

the extent a response is required, Defendants deny each and every allegation in Paragraph 64 of the SAC. Defendants also assert that the document referenced speaks for itself and that no response is otherwise required.

65.    In answering Paragraph 65 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 65 of the SAC.  Defendants also assert that the document referenced speaks for itself and that no response is otherwise required.

66.    In answering Paragraph 66 of the SAC, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.  In addition, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 66 of the SAC.

67.    In answering Paragraph 67 of the SAC, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.  In addition, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 67 of the SAC.

68.    In answering Paragraph 68 of the SAC, Defendants admit that a warrant was issued on July 8, 2022.  Except as admitted, Defendants deny each and every other allegation in Paragraph 68 of the SAC.

69.    In answering Paragraph 69 of the SAC, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

70.    In answering Paragraph 70 of the SAC, Defendants assert that the document referenced speaks for itself and that no response is otherwise required.

71.    In answering Paragraph 71 of the SAC, Defendants assert that the statute referenced speaks for itself and that no response is otherwise required.

72.    In answering Paragraph 72 of the SAC, Defendants assert that the document

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

1    referenced speaks for itself and that no response is otherwise required.  In addition, Defendants

2    assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

3    response is required.  To the extent a response is required, Defendants deny each and every

4    allegation in Paragraph 72 of the SAC.

5        73.    In answering Paragraph 73 of the SAC, Defendants assert that the statute

6    referenced speaks for itself and that no response is otherwise required.

7        74.    In answering Paragraph 74 of the SAC, Defendants assert that the statute

8    referenced speaks for itself and that no response is otherwise required.  In addition, Defendants

9    assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

10   response is required.  To the extent a response is required, Defendants deny each and every

11   allegation in Paragraph 74 of the SAC.

12   **Defendants' Warrantless Seizure, Transfer, and Destruction of Cedar Despite**

13   **Notice of Plaintiffs' Rights**

14       75.    In answering Paragraph 75 of the SAC, Defendants admit that on July 8, 2022,

15   Defendant Fernandez and Defendant Duncan drove to Sonoma County to retrieve a goat.  Except

16   as admitted, Defendants are without sufficient knowledge or information to form a belief as to the

17   truth of the other allegations contained therein, and, on that basis, deny each and every other

18   allegation in Paragraph 75 of the SAC.

19       76.    In answering Paragraph 76 of the SAC, Defendants admit that Defendant

20   Fernandez and Defendant Duncan arrived at Bleating Hearts Farm & Sanctuary in Napa.  Except

21   as admitted, Defendants are without sufficient knowledge or information to form a belief as to the

22   truth of the other allegations contained therein, and, on that basis, deny each and every other

23   allegation in Paragraph 76 of the SAC.

24       77.    In answering Paragraph 77 of the SAC, Defendants admit that Defendant

25   Fernandez and Defendant Duncan proceeded from Bleating Heart Farm and Sanctuary in Napa

26   County to the Sonoma Farm in Sonoma County, where they obtained Cedar.  Defendants assert

27   that no warrant was necessary to retrieve Cedar at the Sonoma Farm as they had consent from the

28   property owner to retrieve the goat.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

78.    In answering Paragraph 78 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 78 of the SAC.  Additionally, Defendants assert that the deposition transcript of Defendant Fernandez speaks for itself and that no response is otherwise required.

79.    In answering Paragraph 79 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 79 of the SAC.

80.    In answering Paragraph 80 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 80 of the SAC.

81.    In answering Paragraph 81 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 81 of the SAC.

82.    In answering Paragraph 82 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 82 of the SAC.

83.    In answering Paragraph 83 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 83 of the SAC.

84.    In answering Paragraph 84 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 84 of the SAC.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1    85.    In answering Paragraph 85 of the SAC, Defendants assert that the allegations

2  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

3  the extent a response is required, Defendants deny each and every allegation in Paragraph 85 of

4  the SAC.

5    86.    In answering Paragraph 86 of the SAC, Defendants assert that the allegations

6  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

7  the extent a response is required, Defendants deny each and every allegation in Paragraph 86 of

8  the SAC.

9    87.    In answering Paragraph 87 of the SAC, Defendants assert that the allegations

10  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

11  the extent a response is required, Defendants deny each and every allegation in Paragraph 87 of

12  the SAC.

13    88.    In answering Paragraph 88 of the SAC, Defendants assert that the allegations

14  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

15  the extent a response is required, Defendants deny each and every allegation in Paragraph 88 of

16  the SAC.

17    89.    In answering Paragraph 89 of the SAC, Defendants assert that the allegations

18  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

19  the extent a response is required, Defendants deny each and every allegation in Paragraph 89 of

20  the SAC.

21  **PLAINTIFFS COMPLIED WITH THE CALIFORNIA GOVERNMENT CLAIMS ACT**

22    90.    In answering Paragraph 90 of the SAC, Defendants admit that Plaintiffs served a

23  claim for damages in or around October of 2022 to Shasta County and the Shasta Sheriff's

24  Department.  Except as expressly admitted, Defendants are without sufficient knowledge or

25  information to form a belief as to the truth of the other allegations contained therein, and, on that

26  basis, deny each and every other allegation in Paragraph 90 of the SAC.

27    91.    In answering Paragraph 91 of the SAC, Defendants admit Plaintiffs' claims were

28  rejected by Shasta County and the Shasta Sheriff's Department in or around December of 2022.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

92.     In answering Paragraph 92 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 92 of the SAC.

## FIRST CAUSE OF ACTION

**Right to Be Secure From Unreasonable Searches and Seizures**

**Fourth Amendment to U.S. Constitution (42 U.S.C. § 1983)**

**(Against Defendants Ashbee, Fernandez, and Duncan)**

93.     In answering Paragraph 93 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 93 of the SAC.

94.     In answering Paragraph 94 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 94 of the SAC.

95.     In answering Paragraph 95 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 95 of the SAC.

96.     In answering Paragraph 96 of the SAC,  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 96 of the SAC.  Defendants also assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.

97.     In answering Paragraph 97 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 97 of the SAC.

///

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

**SECOND CAUSE OF ACTION**

**Denial of Constitutional Right of Due Process of Law**

**Fourteenth Amendment to the U.S. Constitution (42 U.S.C. § 1983)**

**(Against Defendants Ashbee, Fernandez, and Duncan)**

98.     In answering Paragraph 98 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 98 of the SAC.

99.     In answering Paragraph 99 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 99 of the SAC.

100.     In answering Paragraph 100 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 100 of the SAC.

101.     In answering Paragraph 101 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 101 of the SAC.

102.     In answering Paragraph 102 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 102 of the SAC.

103.     In answering Paragraph 103 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 103 of the SAC.  Defendants also assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
1800 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

104.    In answering Paragraph 104 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 104 of the SAC.

### THIRD CAUSE OF ACTION

**Right to Be Secure From Unreasonable Searches and Seizures**

**Fourth Amendment to U.S. Constitution (42 U.S.C. § 1983)**

**(Against Silva, Macfarlane, Muse, in their individual capacities and Doe Defendants)**

105.    In answering Paragraph 105 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 105 of the SAC.

106.    In answering Paragraph 106 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 106 of the SAC.

107.    In answering Paragraph 107 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 107 of the SAC.

108.    In answering Paragraph 108 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 108 of the SAC.  Defendants also assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.

109.    In answering Paragraph 109 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 109 of the SAC.  Defendants also assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

response is required.

110.    In answering Paragraph 110 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 110 of the SAC.

## FOURTH CAUSE OF ACTION

### Denial of Constitutional Right of Due Process of Law

### Fourteenth Amendment to the U.S. Constitution (42 U.S.C. § 1983)

### (Against Silva, Macfarlane, Muse, in their individual capacities and Doe Defendants)

111.    In answering Paragraph 111 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 111 of the SAC.

112.    In answering Paragraph 112 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 112 of the SAC.

113.    In answering Paragraph 113 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 113 of the SAC.

114.    In answering Paragraph 114 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 114 of the SAC.  Defendants also assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.

115.    In answering Paragraph 115 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 115 of the SAC.  Defendants also

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1  assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

2  response is required.

3      116.    In answering Paragraph 116 of the SAC, Defendants assert that the allegations

4  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

5  the extent a response is required, Defendants deny each and every allegation in Paragraph 116 of

6  the SAC.

7                        **FIFTH CAUSE OF ACTION**

8      **Denial of Constitutional Right against Unreasonable Search and Seizure**

9            **California Constitution, Article 1, § 13**

10  **(Against Defendants Shasta County, Shasta Sheriff's Department, Fernandez, and Duncan)**

11      117.    In answering Paragraph 117 of the SAC, Defendants are without sufficient

12  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

13  on that basis, deny each and every allegation in Paragraph 117 of the SAC.

14      118.    In answering Paragraph 118 of the SAC, Defendants assert that the allegations

15  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

16  the extent a response is required, Defendants deny each and every allegation in Paragraph 118 of

17  the SAC.

18      119.    In answering Paragraph 119 of the SAC, Defendants assert that the allegations

19  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

20  the extent a response is required, Defendants deny each and every allegation in Paragraph 119 of

21  the SAC.

22      120.    In answering Paragraph 120 of the SAC, Defendants are without sufficient

23  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

24  on that basis, deny each and every allegation in Paragraph 120 of the SAC.  Defendants also

25  assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

26  response is required.

27      121.    In answering Paragraph 121 of the SAC, Defendants assert that the allegations

28  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1  the extent a response is required, Defendants deny each and every allegation in Paragraph 121 of

2  the SAC.

3  **SIXTH CAUSE OF ACTION**

4  **Denial of Constitutional Right to Due Process of Law**

5  **California Constitution, Article 1, § 7(a)**

6  **(Against Defendants Shasta County, Shasta Sheriff's Department, Fernandez, and Duncan)**

7  122.   In answering Paragraph 122 of the SAC, Defendants are without sufficient

8  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

9  on that basis, deny each and every allegation in Paragraph 122 of the SAC.

10  123.   In answering Paragraph 123 of the SAC, Defendants assert that the allegations

11  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

12  the extent a response is required, Defendants deny each and every allegation in Paragraph 123 of

13  the SAC.

14  124.   In answering Paragraph 124 of the SAC, Defendants assert that the allegations

15  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

16  the extent a response is required, Defendants deny each and every allegation in Paragraph 124 of

17  the SAC.

18  125.   In answering Paragraph 125 of the SAC, Defendants assert that the allegations

19  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

20  the extent a response is required, Defendants deny each and every allegation in Paragraph 125 of

21  the SAC.

22  126.   In answering Paragraph 126 of the SAC, Defendants are without sufficient

23  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

24  on that basis, deny each and every allegation in Paragraph 126 of the SAC.  Defendants also

25  assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

26  response is required.

27  127.   In answering Paragraph 127 of the SAC, Defendants assert that the allegations

28  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

1  the extent a response is required, Defendants deny each and every allegation in Paragraph 127 of

2  the SAC.

3  ### **SEVENTH CAUSE OF ACTION**

4  **Denial of Constitutional Right against Unreasonable Search and Seizure**

5  **California Constitution, Article 1, § 13**

6  **(Against Shasta Fair Association and Does)**

7  128.   In answering Paragraph 128 of the SAC, Defendants are without sufficient

8  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

9  on that basis, deny each and every allegation in Paragraph 128 of the SAC.

10  129.   In answering Paragraph 129 of the SAC, Defendants assert that the allegations

11  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

12  the extent a response is required, Defendants deny each and every allegation in Paragraph 129 of

13  the SAC.

14  130.   In answering Paragraph 130 of the SAC, Defendants assert that the allegations

15  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

16  the extent a response is required, Defendants deny each and every allegation in Paragraph 130 of

17  the SAC.

18  131.   In answering Paragraph 131 of the SAC, Defendants are without sufficient

19  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

20  on that basis, deny each and every allegation in Paragraph 131 of the SAC.  Defendants also

21  assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

22  response is required.

23  132.   In answering Paragraph 132 of the SAC, Defendants assert that the allegations

24  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

25  the extent a response is required, Defendants deny each and every allegation in Paragraph 132 of

26  the SAC.

27  133.   In answering Paragraph 133 of the SAC, Defendants are without sufficient

28  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1   on that basis, deny each and every allegation in Paragraph 133 of the SAC.

2   ### EIGHTH CAUSE OF ACTION

3   **Denial of Constitutional Right to Due Process of Law**

4   **California Constitution, Article 1, § 7(a)**

5   **(Against Shasta Fair Association and Does)**

6   134.    In answering Paragraph 134 of the SAC, Defendants are without sufficient

7   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

8   on that basis, deny each and every allegation in Paragraph 134 of the SAC.

9   135.    In answering Paragraph 135 of the SAC, Defendants assert that the allegations

10  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

11  the extent a response is required, Defendants deny each and every allegation in Paragraph 135 of

12  the SAC.

13  136.    In answering Paragraph 136 of the SAC, Defendants assert that the allegations

14  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

15  the extent a response is required, Defendants deny each and every allegation in Paragraph 136 of

16  the SAC.

17  137.    In answering Paragraph 137 of the SAC, Defendants are without sufficient

18  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

19  on that basis, deny each and every allegation in Paragraph 137 of the SAC.  Defendants also

20  assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

21  response is required.

22  138.    In answering Paragraph 138 of the SAC, Defendants assert that the allegations

23  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

24  the extent a response is required, Defendants deny each and every allegation in Paragraph 138 of

25  the SAC.

26  ///

27  ///

28  ///

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1

## NINTH CAUSE OF ACTION

2

### Conversion

3

### (Against Shasta County, Shasta Sheriff's Department, Fernandez, Duncan, and Does)

4      139.    In answering Paragraph 139 of the SAC, Defendants are without sufficient

5   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

6   on that basis, deny each and every allegation in Paragraph 139 of the SAC.

7      140.    In answering Paragraph 140 of the SAC, Defendants deny each and every

8   allegation in Paragraph 140 of the SAC.

9      141.    In answering Paragraph 141 of the SAC, Defendants admit that Defendants

10   Fernandez and Duncan lawfully took possession of Cedar and turned the goat over to Bruce

11   MacFarlane.  Defendants deny each and every allegation in Paragraph 141 of the SAC.

12      142.    In answering Paragraph 142 of the SAC, Defendants assert that the allegations

13   contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

14   the extent a response is required, Defendants deny each and every allegation in Paragraph 142 of

15   the SAC.

16      143.    In answering Paragraph 143 of the SAC, Defendants are without sufficient

17   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

18   on that basis, deny each and every allegation in Paragraph 143 of the SAC.

19      144.    In answering Paragraph 144 of the SAC, Defendants assert that the allegations

20   contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

21   the extent a response is required, Defendants deny each and every allegation in Paragraph 144 of

22   the SAC.

23      145.    In answering Paragraph 145 of the SAC, Defendants are without sufficient

24   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

25   on that basis, deny each and every allegation in Paragraph 145 of the SAC.  Defendants also

26   assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

27   response is required.

28      146.    In answering Paragraph 146 of the SAC, Defendants assert that the allegations

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 146 of the SAC.

**TENTH CAUSE OF ACTION**

**Conversion**

**(Against Shasta Fair Association and Does)**

147.    In answering Paragraph 147 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 147 of the SAC.

148.    In answering Paragraph 148 of the SAC, Defendants deny each and every allegation in Paragraph 148 of the SAC.

149.    In answering Paragraph 149 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 149 of the SAC.

150.    In answering Paragraph 150 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 150 of the SAC.  Defendants also assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.

151.    In answering Paragraph 151 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 151 of the SAC.

152.    In answering Paragraph 152 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 152 of the SAC.

153.    In answering Paragraph 153 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and,

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1   on that basis, deny each and every allegation in Paragraph 153 of the SAC.  Defendants also

2   assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

3   response is required.

4        154.   In answering Paragraph 154 of the SAC, Defendants assert that the allegations

5   contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

6   the extent a response is required, Defendants deny each and every allegation in Paragraph 154 of

7   the SAC.

8                        **ELEVENTH CAUSE OF ACTION**

9                                 **Negligence**

10   **(Against Shasta County, Sheriff's Department, Fernandez, Duncan, and Does)**

11        155.   In answering Paragraph 155 of the SAC, Defendants are without sufficient

12   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

13   on that basis, deny each and every allegation in Paragraph 155 of the SAC.

14        156.   In answering Paragraph 156 of the SAC, Defendants assert that the allegations

15   contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

16   the extent a response is required, Defendants deny each and every allegation in Paragraph 156 of

17   the SAC.

18        157.   In answering Paragraph 157 of the SAC, Defendants assert that the allegations

19   contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

20   the extent a response is required, Defendants deny each and every allegation in Paragraph 157 of

21   the SAC.

22        158.   In answering Paragraph 158 of the SAC, Defendants assert that the allegations

23   contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

24   the extent a response is required, Defendants deny each and every allegation in Paragraph 158 of

25   the SAC.

26        159.   In answering Paragraph 159 of the SAC, Defendants assert that the allegations

27   contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

28   the extent a response is required, Defendants deny each and every allegation in Paragraph 159 of

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

1   the SAC.

2        160.     In answering Paragraph 160 of the SAC, Defendants are without sufficient

3   knowledge or information to form a belief as to the truth of the allegations contained therein, and,

4   on that basis, deny each and every allegation in Paragraph 160 of the SAC.  Defendants also

5   assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

6   response is required.

7        161.     In answering Paragraph 161 of the SAC, Defendants assert that the allegations

8   contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

9   the extent a response is required, Defendants deny each and every allegation in Paragraph 161 of

10  the SAC.

11       162.     In answering Paragraph 162 of the SAC, Defendants assert that the allegations

12  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

13  the extent a response is required, Defendants deny each and every allegation in Paragraph 162 of

14  the SAC.

15                    **TWELFTH CAUSE OF ACTION**

16                              **Negligence**

17              **(Against Shasta Fair Association and Does)**

18       163.     In answering Paragraph 163 of the SAC, Defendants are without sufficient

19  knowledge or information to form a belief as to the truth of the allegations contained therein, and,

20  on that basis, deny each and every allegation in Paragraph 163 of the SAC.

21       164.     In answering Paragraph 164 of the SAC, Defendants assert that the allegations

22  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

23  the extent a response is required, Defendants deny each and every allegation in Paragraph 164 of

24  the SAC.

25       165.     In answering Paragraph 165 of the SAC, Defendants assert that the allegations

26  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

27  the extent a response is required, Defendants deny each and every allegation in Paragraph 165 of

28  the SAC.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

166.    In answering Paragraph 166 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 166 of the SAC.

167.    In answering Paragraph 167 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 167 of the SAC.  Defendants also assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.

168.    In answering Paragraph 168 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 168 of the SAC.

169.    In answering Paragraph 169 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 169 of the SAC.

### THIRTEENTH CAUSE OF ACTION

**Intentional Infliction of Emotional Distress**

**(Against Shasta Fair Association and Does)**

170.    In answering Paragraph 170 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 170 of the SAC.

171.    In answering Paragraph 171 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 171 of the SAC.  Defendants also assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

172.     In answering Paragraph 172 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 172 of the SAC.

173.     In answering Paragraph 173 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 173 of the SAC.

174.     In answering Paragraph 174 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 174 of the SAC.

175.     In answering Paragraph 175 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 175 of the SAC.

## FOURTEENTH CAUSE OF ACTION

### Declaratory Relief

### (Against Silva and MacFarlane in their official capacities, Shasta Fair Association, and Does)

176.     In answering Paragraph 176 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 176 of the SAC.

177.     In answering Paragraph 177 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and, on that basis, deny each and every allegation in Paragraph 177 of the SAC.

178.     In answering Paragraph 178 of the SAC, Defendants assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To the extent a response is required, Defendants deny each and every allegation in Paragraph 178 of

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
1800 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1    the SAC.

2        179.    In answering Paragraph 179 of the SAC, Defendants assert that the allegations

3    contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

4    the extent a response is required, Defendants deny each and every allegation in Paragraph 179 of

5    the SAC.

6        180.    In answering Paragraph 180 of the SAC, Defendants assert that the allegations

7    contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

8    the extent a response is required, Defendants deny each and every allegation in Paragraph 180 of

9    the SAC.

10                        **FIFTEENTH CAUSE OF ACTION**

11                    **First Amendment Viewpoint Discrimination**

12            **First Amendment to U.S. Constitution (42 U.S.C. § 1983)**

13    **(Against Silva, MacFarlane in their individual and official capacities, and Muse, in her**

14                    **individual capacity only, and Does)**

15        181.    In answering Paragraph 181 of the SAC, Defendants are without sufficient

16    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

17    on that basis, deny each and every allegation in Paragraph 181 of the SAC.

18        182.    In answering Paragraph 182 of the SAC, Defendants are without sufficient

19    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

20    on that basis, deny each and every allegation in Paragraph 182 of the SAC.  Defendants also

21    assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

22    response is required.

23        183.    In answering Paragraph 183 of the SAC, Defendants are without sufficient

24    knowledge or information to form a belief as to the truth of the allegations contained therein, and,

25    on that basis, deny each and every allegation in Paragraph 183 of the SAC.  Defendants also

26    assert that the allegations contain Plaintiffs' legal theories and/or legal conclusions to which no

27    response is required.

28        184.    In answering Paragraph 184 of the SAC, Defendants assert that the allegations

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

2  the extent a response is required, Defendants deny each and every allegation in Paragraph 184 of

3  the SAC.

4          185.    In answering Paragraph 185 of the SAC, Defendants assert that the allegations

5  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

6  the extent a response is required, Defendants deny each and every allegation in Paragraph 185 of

7  the SAC.

8          186.    In answering Paragraph 186 of the SAC, Defendants assert that the allegations

9  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

10  the extent a response is required, Defendants deny each and every allegation in Paragraph 186 of

11  the SAC.

12          187.    In answering Paragraph 187 of the SAC, Defendants assert that the allegations

13  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

14  the extent a response is required, Defendants deny each and every allegation in Paragraph 187 of

15  the SAC.

16          188.    In answering Paragraph 188 of the SAC, Defendants assert that the allegations

17  contain Plaintiffs' legal theories and/or legal conclusions to which no response is required.  To

18  the extent a response is required, Defendants deny each and every allegation in Paragraph 188 of

19  the SAC.

20  **AFFIRMATIVE DEFENSES**

21  **FIRST AFFIRMATIVE DEFENSE**

22  **(Failure to State a Claim)**

23          1.      As a first, separate affirmative defense, Defendants allege that the SAC, and each

24  claim alleged therein, fail to state facts sufficient to state a claim upon which relief can be

25  granted.

26  **SECOND AFFIRMATIVE DEFENSE**

27  **(Qualified Immunity)**

28          2.      As a second, separate affirmative defense, Defendants allege that they are entitled

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

1  to qualified immunity.

2  **THIRD AFFIRMATIVE DEFENSE**

3  **(Immunity Pursuant to Gov. Code, § 820.8)**

4      3.    As a third, separate affirmative defense, Defendants allege that they are entitled to

5  immunity pursuant to California Government Code § 820.8.

6  **FOURTH AFFIRMATIVE DEFENSE**

7  **(Immunity Pursuant to Gov. Code, § 820.4)**

8      4.    As a fourth, separate affirmative defense, Defendants allege that they are entitled

9  to immunity pursuant to California Government Code § 820.4.

10  **FIFTH AFFIRMATIVE DEFENSE**

11  **(Estoppel)**

12      5.    As a fifth, separate affirmative defense, Defendants allege that the SAC is barred

13  by the doctrine of estoppel.

14  **SIXTH AFFIRMATIVE DEFENSE**

15  **(Unclean Hands)**

16      6.    As a sixth, separate affirmative defense, Defendants allege that the SAC is barred

17  by the doctrine of unclean hands.

18  **SEVENTH AFFIRMATIVE DEFENSE**

19  **(Additional Affirmative Defenses)**

20      7.    As a seventh, separate affirmative defense, Defendants reserve the right to plead

21  additional affirmative defenses.

22  **PRAYER FOR RELIEF**

23  WHEREFORE, Defendants pray as follows:

24      1.    That the SAC be dismissed with prejudice;

25      2.    That Plaintiff take nothing by this proceeding;

26      3.    That Defendants be awarded their costs of suit incurred in the defense of this

27  action;

28  ///

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\41730269.1

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT

1   4.  That Defendants be awarded their reasonable attorneys' fees incurred in the

2 defense of this action; and

3   5.  For such other and further relief as the Court deems just and proper.

4

5 Dated: November 2, 2023     BEST BEST & KRIEGER LLP

6

7             By: _____

8              JEFFREY V. DUNN
              CHRISTOPHER M. PISANO
              DAMIAN A. NORTHCUTT

9

10            Attorneys for Defendants
             LIEUTENANT JERRY FERNANDEZ,
             DETECTIVE JACOB DUNCAN,

11            DETECTIVE JEREMY ASHBEE,
             COUNTY OF SHASTA, and SHASTA

12            COUNTY SHERIFF'S DEPARTMENT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

2:22-CV-01527-DAD-AC
DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT