1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  JOHN C. BRIDGES, State Bar No. 248553
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7529
6    Fax:  (916) 322-8288
     E-mail:  John.Bridges@doj.ca.gov
7  *Attorneys for Defendants State of California, by and*
   *through the 27th District Agricultural Association,*
8  *Melanie Silva, and B.J. MacFarlane*

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  **E.L., a minor, by and through her general**          2:22-CV-01527 DAD AC
    **guardian, JESSICA LONG; JESSICA**
15  **LONG, an individual,**                               **AMENDED NOTICE OF MOTION AND**
                                                           **MOTION TO DISMISS SECOND**
16                                   Plaintiffs,           **AMENDED COMPLAINT;**
                                                           **MEMORANDUM OF POINTS AND**
17              v.                                         **AUTHORITIES**

18  **LIEUTENANT JERRY FERNANDEZ, in**                     Date:          January 16, 2024
    **his individual capacity; DETECTIVE**                 Time:          1:30 p.m.
19  **JACOB DUNCAN, in his individual;**                   Courtroom:     4, 15th Floor
    **DETECTIVE JEREMY ASHBEE, in his**                    Judge:         Honorable Dale A. Drozd
20  **individual capacity; SHASTA DISTRICT**              Trial Date:
    **FAIR AND EVENT CENTER, a district**                  Action Filed:  August 31, 2022
21  **agricultural association, COUNTY OF**
    **SHASTA; SHASTA COUNTY SHERIFF'S**
22  **DEPARTMENT; MELANIE SILVA, in her**
    **individual capacity; BJ MACFARLANE, in**
23  **his individual capacity; and DOES 1**
    **through 10,**
24
                                     Defendants.
25

26

27

28
                                          1

**TO PLAINTIFFS E.L., a minor, by and through her general guardian, JESSICA LONG, JESSICA LONG, and their attorneys of record:**

**PLEASE TAKE NOTICE** that on January 16, 2024, at 1:00 p.m. in Courtroom 4, located on the 15th Floor of the United States District Court, 501 I Street, Sacramento, CA 95814, Defendant State of California, by and through the 27th District Agricultural Association, erroneously sued as "Shasta District Fair and Event Center", moves to dismiss the Complaint because it fails to state a claim.  The motion is made under Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this notice of motion, the attached memorandum of points and authorities, all matters of which this Court must or may take judicial notice, and all pleadings and records on file in this action and on such further authority, evidence, or argument as may be presented at or before the hearing on this motion.

Dated:  November 9, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ John C. Bridges*
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.   INTRODUCTION

Plaintiffs filed the operative Second Amended Complaint on October 12, 2023.  The Second Amended Complaint arises from the alleged from the taking of a 4-H market goat from the Shasta County fairgrounds in June 2022, and the subsequent investigation into the taking of the goat, seizure of the goat by deputies with the Shasta County Sheriff's Department, and alleged destruction of the goat by individual employees of the 27th District Agricultural Association.  The Second Amended Complaint names nine defendants – the County of Shasta, Shasta County Sheriff's Department, Lieutenant Jerry Fernandez, Detective Jacob Duncan, Detective Jeremy Ashbee, the Shasta District Fair and Event Center, Melanie Silva, B.J. MacFarlane, and Kathie Muse.  The Shasta District Fair and Event Center is managed by the 27th District Agricultural Association, which is a subdivision of the California Department of Food and Agriculture, an agency of the State of California.  The Second Amended Complaint alleges that the 27th District Agricultural Association "is a state entity authorized by statute known as a Shasta Fair Association. Cal. Food & Agric. Code §§ 3879, 3951, 3954." (Second Amended Complaint at ¶ 10.)  The Second Amended Complaint alleges claims against the 27th District Agricultural Association for Denial of Constitutional Right against Unreasonable Search and Seizure, California Constitution, Article 1, § 13; Denial of Constitutional Right to Due Process of Law, California Constitution, Article 1, § 7(a); conversion; negligence; intentional infliction of emotional distress; and declaratory relief.

Defendant State of California by and through the 27th District Agricultural Association moves to dismiss the Second Amended Complaint because the Court lacks jurisdiction over the State of California.

### A.   Meet and Confer Process

The parties met and conferred about this motion in several email exchanges and telephone discussions between April 2023 and October 2023.  Defense counsel asked plaintiffs to remove this moving defendant from the Second Amended Complaint prior to its filing, but plaintiffs proceeded with name it as a defendant, resulting in this motion.

3

II.   **LEGAL STANDARD FOR MOTION TO DISMISS**

A motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) is appropriate where a plaintiff discloses some absolute defense or bar to recovery in his pleading.  Fed. R. Civ. P. 12(b)(6).  The lack of a cognizable legal theory warrants dismissal.  *See Ballistreri v. Pacifica Police Dep't.*, 901 F.2d 696, 699 (9th Cir. 1988).  A motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) should be granted if it appears to a certainty that plaintiff would be entitled to no relief under any state of facts which could be proven.  *Alonzo v. AFC Property Management, Inc.,* 643 F.2d 578, 579 (9th Cir. 1981).

III.   **ARGUMENT IN SUPPORT OF MOTION TO DISMISS**

A.   **The Eleventh Amendment Bars Action Against the State of California.**

The Eleventh Amendment provides "[t]he judicial power of the United States shall not be construed to extend to any suit ... against one of the United States by citizens of another State, or by citizens or subjects of any foreign State."  It bars suit in federal court by a citizen against his own state.  *Pennhurst State School and Hosp. v. Halderman*, 465 U.S. 89, 100, 104 S. Ct. 900, 79 L. Ed. 2d 67 (1984).  "The Eleventh Amendment jurisdictional bar covers suits naming state agencies and departments as defendants, and applies whether the relief sought is legal or equitable in nature."  *Brooks v. Sulphur Springs Valley Elec. Coop.*, 951 F.2d 1050, 1053 (9th Cir. 1991); citing *Pennhurst*, 465 U.S. at 104.  Because the Eleventh Amendment bars the action against the State of California, dismissal is proper.

B.   **The Eleventh Amendment Bars Actions under California Government Code § 815.2.**

California Government Code § 815.2, which addresses the State of California's vicarious liability for the acts or omissions of its employees, does not create liability where immunity applies.  The State of California enjoys Eleventh Amendment immunity for claims for damages brought in federal court unless express waiver of immunity has taken place.  *Parra v. Hernandez,* 2008 WL 5765843, (E.D. Cal. July 22, 2008) (dismissing claim for vicarious liability pursuant to section 815.2 against the CDCR based on Eleventh Amendment immunity); *see Sossamon v. Texas*, 563 U.S. 277, 285 (2011); *Brooks v. Sulphur Springs Valley Elec. Co.*, 951 F.2d 1050,

4

1053 (9th Cir. 1991) (The Eleventh Amendment prohibits federal courts from hearing suits brought against unconsenting states.)

Thus, the immunity conferred by the Eleventh Amendment is not limited to claims under 42 U.S.C. § 1983.  Because the Eleventh Amendment bars the action against the State of California, dismissal is proper.

**C.     The State of California Cannot Be Liable for § 1983 Violations.**

The Complaint does not expressly allege a claim against the State of California under 42 U.S.C. § 1983.  In any event, any such claim would be improper.

42 U.S.C. § 1983 provides in pertinent part that "[e]very person who, under color of any statute, ordinance, regulation, custom, or usage ... subjects ... any citizen of the United States ... to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in any action at law...."

By its express language, § 1983 applies only to "every person" and makes no provision for application to states or state agencies.  States and state agencies are not defined as "persons" for purposes of a § 1983 action and thus are not subject to suit under section 1983.  *Hafer v. Melo*, 502 U.S. 21, 25-26 (1991); *Will v. Michigan Dept. of State Police*, 491 U.S. 58, 70-71 (1989); *Gilbreath v. Cutter Biological, Inc.*, 931 F.2d 1320, 1327 (9th Cir. 1991). Because the State of California is not subject to liability for § 1983 violations, dismissal is proper.

**IV.     AMENDMENT IS FUTILE**

Amendment is futile.  Plaintiffs' claims against the State of California are barred under the Eleventh amendment and 42 U.S.C. § 1983.  Plaintiffs cannot plead facts that would circumvent the Eleventh Amendment bar to their claims against the State of California.  Consequently, amendment will not cure the defects in the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

5

**V.    CONCLUSION**

Dismissal is proper because there is no jurisdiction for the claims against the State of California.  Defendants respectfully request that the Court grant their motion to dismiss the Complaint without leave to amend.

Dated:  November 9, 2023                                  Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


*/s/ John C. Bridges*
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

**DECLARATION OF JOHN C. BRIDGES IN SUPPORT OF MOTION TO DISMISS**

I, John C. Bridges, declare:

1.   I am an attorney, duly licensed to practice law in all the courts of the State of California, and am a Deputy Attorney General with the California Department of Justice, attorneys for Defendant State of California, by and through the 27th District Agricultural Association.  I have personal knowledge of the files and pleadings in this matter, and if called upon as a witness, I could and would competently testify as follows:

2.   Upon reviewing plaintiff's Amended Complaint, filed in April of 2023, I contacted counsel for plaintiff, Ryan Gordon, via email, and outlined the legal basis for an anticipated motion to dismiss based on Eleventh Amendment immunity.

3.   Over the course of the next several months, Mr. Gordon and I exchanged emails and telephone calls in which we discussed this issue.  Mr. Gordon indicated that he intended to file a Second Amended Complaint, and I asked him to omit the State of California and/or 27th District Agricultural Association as a defendant in order to avoid a motion to dismiss.

4.  On October 12, 2023, plaintiffs filed the Second Amended Complaint, naming the "Shasta District Fair and Event Center" as a defendant, which it claims is a "dba" for the 27th District Agricultural Association.

5.  As a result of plaintiffs' inclusion of the State entity as a defendant in the Second Amended Complaint, I filed this motion to dismiss.

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct.

Executed this 9th day of November, 2023, at Sacramento, California.

_John C. Bridges_
John C. Bridges

SA2023302187
37656155.docx

# CERTIFICATE OF SERVICE

Case Name: **E.L., a minor and Jessica Long**      No.   **2:22-CV-01527 DAD AC**
               **v. Lieutenant Jerry Fernandez,**
               **et al.**

I hereby certify that on <u>November 9, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 9, 2023</u>, at Sacramento, California.

|  |  |
|---|---|
| T. Torres-Herrera | */s/ T. Torres-Herrera* |
| Declarant | Signature |

SA2023302187
37658641.docx