```
ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7529
  Fax: (916) 322-8288
  E-mail: John.Bridges@doj.ca.gov
```
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**JOINT STIPULATION OF PARTIES TO CONTINUE DISCOVERY DEADLINES AND MODIFY SCHEDULING ORDER**<br><br>Judge:       Honorable Dale A. Drozd<br>Trial Date:   October 7, 2024<br>Action Filed: August 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiffs, by and through their counsel of record Ryan Gordon and Vanessa Shakib, Defendants Shasta County Sheriff's Department, Lieutenant Jerry Fernandez, Ashby, and Duncan, by and through their counsel of record Damian Northcutt, and Defendants Melanie Silva and B.J. MacFarlane, by and through their counsel of record John C. Bridges, Esq., stipulate to continue discovery and modify the scheduling order in this case as set forth below. (Fed. R. Civ. Proc., Rules 6(b)(1) and 16(b)(4), E.D. Cal. Gen. L.R. 144(d), and the Court's scheduling order at ECF Nos. 10 and 20.)

**WHEREAS**, the fact discovery deadline was continued from September 25, 2023, to November 24, 2023 on July 10, 2023 (ECF No. 20). The Parties need additional time to complete additional written and deposition discovery before trial due to the filing of the Second Amended Complaint filed on October 12, 2023, Defendants Silva's and MacFarlane's first appearance in this matter on November 7, 2023, the addition of new defendant Kathie Muse, and defendant State of California, by and through the 27th District Agricultural Association's pending Motion to Dismiss;

**WHEREAS**, this Court has previously extended the fact discovery deadline in this matter one time (ECF No. 20), but has not extended any other deadlines;

**WHEREAS**, through conducting this discovery and engaging with each other cordially to complete discovery and resolve the discovery dispute, the Parties have established their diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992));

**WHEREAS**, despite the Parties' diligence in conducting discovery, the Parties are unable to complete discovery in the time frame provided by the scheduling order, establishing good cause for the cited requested continuance. Specifically, counsel for the stipulating parties have already begun exchanging written discovery, and begun taking the depositions of some of the parties in this matter. However, several depositions have not concluded, and additional depositions remain to be scheduled. The parties need to extend the deadline set by the Court in order to complete all necessary discovery;

**WHEREAS**, the following modifications to the scheduling order will facilitate a timely completion of non-expert discovery and expert discovery, the Parties request the following modifications of the scheduling order in this matter:

A continuance of the close of fact discovery from November 24, 2023, to February 23, 2024;

A continuance of the deadline to exchange expert disclosures and complete expert discovery from October 25, 2023, to March 22, 2024.

A continuance of the deadline for rebuttal expert disclosures from November 28, 2023, to April 26, 2024.

A continuance for the deadline to file all motions, except motion for continuances, temporary restraining orders, or other emergency applications, from February 12, 2024, to June 28, 2024.

/ / /

/ / /

/ / /

1  IT IS STIPULATED AND AGREED BY the Parties that the Court enter an order
2  modifying the scheduling order with the dates set forth above.

3  Date:  November 15, 2023  By:  */s/ Ryan R. Gordon, Esq. as authorized on November 8, 2023*
4  RYAN R. GORDON, ESQ.
   VANESSA T. SHAKIB, ESQ.
5  *Attorneys for Plaintiffs,*
   *E.L., a minor, by and through her*
6  *general guardian, Jessica Long, and*
   *Jessica Long, an individual*

8  Date:  November 15, 2023  By:  */s/ John C. Bridges, Esq.*
9  JOHN C. BRIDGES, ESQ.
   *Attorneys for Defendants State of*
10 *California, by and through the 27th*
   *District Agricultural Association,*
11 *Melanie Silva, and B.J. MacFarlane*

13 Date:  November 15, 2023  By:  */s/ Damian A. Northcutt, Esq. as authorized on November 8, 2023*
14 DAMIAN A. NORTHCUTT, ESQ.
   *Attorneys for Defendants,*
15 *County of Shasta, Shasta County*
   *Sheriff's Department, Lieutenant*
16 *Jerry Fernandez, Detective Jacob*
   *Duncan, and Detective Jeremy*
17 *Ashbee*

18 SA2023302187
   37669632.docx

4

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.** | No. | **2:22-CV-01527 DAD AC** |

I hereby certify that on <u>November 15, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION OF PARTIES TO CONTINUE DISCOVERY DEADLINES AND MODIFY SCHEDULING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 15, 2023</u>, at Sacramento, California.

| T. Torres-Herrera | */s/ T. Torres-Herrera* |
|---|---|
| Declarant | Signature |

SA2023302187
37670189.docx