IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-CV-01527 DAD AC<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION OF PARTIES TO CONTINUE DISCOVERY DEADLINES AND MODIFY SCHEDULING ORDER**<br><br>Judge:  Honorable Dale A. Drozd<br>Trial Date:  October 7, 2024<br>Action Filed:  August 31, 2022 |

**[PROPOSED] ORDER**

Having shown good cause, the Court ORDERS as follows:

1. The parties jointly seek the Court's modification of the order to briefly extend time to complete fact discovery, expert discovery, and file dispositive motions;
2. The fact discovery cutoff date is continued from November 14, 2023, to February 23, 2024;
3. The deadline to exchange expert disclosures and complete expert discovery is continued from October 25, 2023, to March 22, 2024;
4. The deadline for rebuttal expert disclosures is continued from November 28, 2023, to April 26, 2024;
5. The deadline for filing all motions, except motion to continuances, temporary restraining orders, or other emergency applications, is continued from February 12, 2024, to June 28, 2024.

**IT IS SO ORDERED.**

Hon. Dale A. Drozd
Judge, United States District Court

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.** | No. | **2:22-CV-01527 DAD AC** |

I hereby certify that on <u>November 15, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER ON JOINT STIPULATION OF PARTIES TO CONTINUE DISCOVERY DEADLINES AND MODIFY SCHEDULING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 15, 2023</u>, at Sacramento, California.

| T. Torres-Herrera | /s/ T. Torres-Herrera |
|---|---|
| Declarant | Signature |

SA2023302187
37670371.docx