RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,<br>          Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**JOINT STIPULATION FOR ORDER TO CONTINUE (1) PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANT SHASTA DISTRICT FAIR AND EVENT CENTER'S MOTION TO DISMISS UNDER FRCP RULE 12(b)(6); AND (2) COUNTER-DEFENDANT JESSICA LONG'S DEADLINE TO RESPOND TO MELANIE SILVA AND BJ MACFARLANE'S COUNTERCLAIM(S)**<br><br>Trial Date: October 7, 2024<br><br>Action Filed: August 31, 2022 |

1  Pursuant to Local Rule 143, Local Rule 144, and Federal Rules of Civil Procedure Rule 6, the
2  undersigned counsel of record for Plaintiffs E.L. and Jessica Long (collectively, "Plaintiffs") and
3  Defendants The Shasta District Fair and Event Center ("SDF"), Melanie Silva, and BJ Macfarlane,
4  (collectively, the "Fair Defendants") submit this joint stipulation for an order (1) granting Plaintiffs a
5  continuance to December 22, 2023, to respond to SDF's motion to dismiss pursuant to FRCP Rule 6
6  and (2) granting counter-defendant Jessica Long a continuance to respond to Melanie Silva and BJ
7  Macfarlane's counterclaim(s) to December 26, 2023.

8  WHEREAS, on August 31, 2022, Plaintiffs filed the instant action and operative complaint
9  (the "Complaint") for federal Constitutional violations against various law enforcement defendants
10 not affected by this stipulation;

11 WHEREAS, on March 2, 2023, Plaintiffs filed a First Amended Complaint (FAC) adding
12 additional state causes of action against the existing Defendants as well as adding state and federal
13 causes of action against SDF, as well as its employees, Melanie Silva, and BJ Macfarlane;

14 WHEREAS, following the filing of the FAC, Plaintiffs diligently conducted written discovery
15 and depositions for several months;

16 WHEREAS, in response to discovery, on October 11, 2023, the parties again stipulated that
17 Plaintiffs could file a Second Amended Complaint (SAC) to add a new defendant;

18 WHEREAS, on October 12, 2023, Plaintiffs filed their SAC;

19 WHEREAS, on November 7, 2023, Defendant SDF filed a motion to dismiss the Plaintiffs'
20 SAC under FRCP Rule 12(b)(6) and Defendants Melanie Silva and BJ Macfarlane filed an answer
21 and counterclaim(s) for indemnity against Plaintiff/Counter-Defendant Jessica Long;

22 WHEREAS, on November 9, 2023, pursuant to Court order, ECF No. 31, Defendant SDF
23 filed an amended motion to dismiss the Plaintiffs' SAC under FRCP Rule 12(b)(6);

24 WHEREAS, Plaintiffs and Defendants continued to conduct written discovery and
25 depositions, including conducting depositions of Defendants Kathie Muse, Melanie Silva, and BJ
26 Macfarlane on November 13, 14, and 15, 2023, respectively;

27 WHEREAS, on November 16, 2023, pursuant to the parties' stipulation, the Court continued
28 various case dates including, but not limited to, ordering that the parties' discovery cutoff be extended

ADVANCING LAW FOR ANIMALS

1  from November 24, 2023 to February 23, 2024, and that the trial date be continued from October 7,
2  2024, to February 10, 2025;

3      WHEREAS, Plaintiffs contend that recent discovery has divulged additional defendant(s) and
4  additional legal theories that they may wish to include in their operative pleading. Accordingly,
5  Plaintiffs are currently meeting and conferring with Defendants over the prospect of filing a Third
6  Amended Complaint (TAC);

7      WHEREAS, because any TAC that Plaintiffs file may moot SDF's pending Motion to
8  Dismiss, ECF No. 32, as well as necessitate a subsequent answer and counterclaim from Defendants'
9  Melanie Silva and BJ Macfarlane, and to accommodate the parties' meet and confer efforts over these
10 issues, the parties stipulate that (1) Plaintiffs' deadline to respond to SDF's pending Motion to
11 Dismiss, ECF No. 32, is continued from November 24, 2023, to December 22, 2023, and (2) Plaintiff
12 and Counter-Defendant Jessica Long's deadline to respond to the answer and counterclaim from
13 Defendants' Melanie Silva and BJ Macfarlane, ECF No. 29, is continued from November 28, 2023,
14 to December 26, 2023;

15     WHEREAS, the parties further stipulate that none of the foregoing shall prejudice their rights
16 to enter into further stipulations regarding these issues, including a stipulation for Plaintiffs to file a
17 TAC, or prejudice Plaintiffs' rights to move the Court for permission to file a TAC, all of which the
18 parties acknowledge might further moot or alter the deadlines discussed in the preceding paragraph;

19     NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND
20 AGREED, by and between the undersigned counsel for Plaintiffs and Defendant, that:

21     1. Pursuant to FRCP Rule 6, based on good cause, Plaintiffs' deadline to respond to SDF's
22        pending Motion to Dismiss, ECF No. 32, is continued from November 24, 2023, to
23        December 22, 2023; and

24     2. Pursuant to Local Rule 144, Plaintiff and Counter-Defendant Jessica Long's deadline to
25        respond to the answer and counterclaim from Defendants' Melanie Silva and BJ
26        Macfarlane, ECF No. 29, is continued from November 28, 2023, to December 26, 2023.

27 IT IS SO STIPULATED.
28

ADVANCING LAW FOR ANIMALS

Respectfully submitted,

**ADVANCING LAW FOR ANIMALS**

Dated:  November 21, 2023            By:      /s/Ryan Gordon
                                     Ryan Gordon
                                     Vanessa Shakib
                                     Attorneys for Plaintiffs


**CALIFORNIA DEPARTMENT OF JUSTICE**

Dated:  November 21, 2023            By:      /s/John C. Bridges
                                     John C. Bridges
                                     Attorneys for Defendants Shasta District Fair
                                     Association, Melanie Silva, and BJ Macfarlane