RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>    Plaintiffs,<br>  v.<br>LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**[PROPOSED] ORDER TO CONTINUE (1) PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANT SHASTA DISTRICT FAIR AND EVENT CENTER'S MOTION TO DISMISS UNDER FRCP RULE 12(b)(6); AND (2) COUNTER-DEFENDANT JESSICA LONG'S DEADLINE TO RESPOND TO MELANIE SILVA AND BJ MACFARLANE'S COUNTERCLAIM(S)**<br><br>Trial Date: October 7, 2024<br><br>Action Filed: August 31, 2022 |

**[PROPOSED] ORDER**

Having considered the Parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT

1. Pursuant to FRCP Rule 6, Plaintiff E.L. and Plaintiff Jessica Long's deadline to respond to the Shasta District Fair and Event Center's pending Motion to Dismiss, ECF No. 32, is continued from November 24, 2023, to December 22, 2023; and
2. Pursuant to Local Rule 144, Plaintiff and Counter-Defendant Jessica Long's deadline to respond to the answer and counterclaim from Defendants and Counterclaimants Melanie Silva and BJ Macfarlane, ECF No. 29, is continued from November 28, 2023, to December 26, 2023.

IT IS SO ORDERED

Date:_____     _____
                                          Hon. Dale A. Drodz
                                          UNITED STATES DISTRICT JUDGE