1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  JOHN C. BRIDGES, State Bar No. 248553
   Deputy Attorney General                          Fee exempt Per (Gov. Code § 6103)
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7529
6   Fax:  (916) 322-8288
    E-mail:  John.Bridges@doj.ca.gov
7  *Attorneys for Defendants State of California, by and
   through the 27th District Agricultural Association,
8  Melanie Silva, and B.J. MacFarlane*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**REQUEST TO WITHDRAW AMENDED MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:         January 16, 2024<br>Time:        1:30 p.m.<br>Courtroom:  4, 15th Floor<br>Judge:       Honorable Dale A. Drozd<br>Trial Date:  October 7, 2024<br>Action Filed: August 31, 2022 |

   Defendant 27th District Agricultural Association, erroneously sued as Shasta District Fair

and Event Center, hereby requests withdrawal of its Amended Motion to Dismiss (ECF No. 32).

Defendant further requests that the court vacate the current hearing date on this motion, which is

scheduled for January 16, 2024.

Dated:  December 19, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

/s/ John C. Bridges

JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

SA2023302187
95545634

# CERTIFICATE OF SERVICE

| Case Name: | **E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.** | No. | **2:22-CV-01527 DAD AC** |
|---|---|---|---|

I hereby certify that on <u>December 19, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST TO WITHDRAW AMENDED MOTION TO DISMISS SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 19, 2023</u>, at Fresno, California.

| Veronica Pampenelli | /s/ *Veronica Pampenelli* |
|---|---|
| Declarant | Signature |

SA2023302187
95545640