# EXHIBIT 3

# Shasta District Fair

Shasta District Fair
1890 Briggs Street
Anderson, CA 96007

(530) 378-6789

Federal Tax Identification Number: ███

ShoWorks

| Buyer ID | Bill Number | Bill Date | Print Date | Amount Due | Due By |
|---|---|---|---|---|---|
| 919 | 33 | 7/5/2022 | 7/6/2022 | $1,626.00 | 7/20/2022 |

Assemblywomen Megan Dahle
Kathie Muse

## Transaction Summary

| Type | Division | Entry | Description | Other | Ownership | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| Sale | FFA Market S | 3638 | Inv 117/Tag 205 | ███ | 50.0% of 150 | $9.00 | $675.00 |
| → Sale | 4-H Market G | 1543 | Inv 132/Tag 367 | ███ | 50.0% of 82 | $11.00 | $451.00 |
| Sale | 4-H Market G | 2301 | Inv 276/Tag 386 | ███ | 39.246% of 91 | $14.00 | $500.00 |

---

*Tear off and include bottom portion with payment*

**Make Checks Payable to "Shasta District Fair"**

Assemblywomen Megan Dahle
Kathie Muse

| Buyer ID | Bill Number | Bill Date | Print Date | Amount Due | Due By |
|---|---|---|---|---|---|
| 919 | 33 | 7/5/2022 | 7/6/2022 | $1,626.00 | 7/20/2022 |

☐ Check if address change (make corrections below)

Check Number: _____

Shasta District Fair
1890 Briggs Street
Anderson, CA 96007

$ Amount Enclosed: _____

*Thank you for your support!*

Shasta District Fair
1890 Briggs Street
Anderson, CA 96007

(530) 378-6789

## Shasta District Fair

ShoWorks

Federal Tax Identification Number: ▮

| Buyer ID: | Bill Number: | Bill Date: | Print Date: | Amount Due: | Due By: |
|---|---|---|---|---|---|
| 920 | 296 | 7/5/2022 | 7/6/2022 | $1,126.00 | 7/20/2022 |

Senator Brian Dahle
Kathie Muse

### Transaction Summary

| Type | Division | Entry | Description | Other | Ownership | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| Sale | FFA Market S | 3638 | Inv 117/Tag 205 | ▮ | 50.0% of 150 | $9.00 | $675.00 |
| → Sale | 4-H Market G | 1543 | Inv 132/Tag 367 | ▮ | 50.0% of 82 | $11.00 | $451.00 |

*Tear off and include bottom portion with payment*

**Make Checks Payable to "Shasta District Fair"**

Senator Brian Dahle
Kathie Muse

| Buyer ID: | Bill Number: | Bill Date: | Print Date: | Amount Due: | Due By: |
|---|---|---|---|---|---|
| 920 | 296 | 7/5/2022 | 7/6/2022 | $1,126.00 | 7/20/2022 |

☐ Check if address change (make corrections below)

Check Number:_____

$ Amount Enclosed:_____

Shasta District Fair
1890 Briggs Street
Anderson, CA 96007

*Thank you for your support!*

# Sale Invoice
## Shasta District Fair
### JUNE 25, 2022

Invoice: 132
Sale Order: 132

| Sale Order (lot) | Entry # | Tag ID | Division | Division # |
|---|---|---|---|---|
| 132 | 1543 | 367 | 4-H Market Goat | 706 |

**Floor Amount (Market Value)**
Price: $3.40
Weight: 82
Total: $278.80
Floor this amount:

**Seller Name:**
Exhibitor Name: ▮

**4-H MARKET GOAT**

Sale Weight (units): 82
Price per lb.  11—
Total Amount of Sale:

**CUSTOM FEE:**
GOATS and LAMBS - $95.00
HOGS - $78.00
STEERS - $200.00

**BUYER :** _____

*** NOTE: THIS IS A TERMINAL SALE- NO LIVE PICKUP (except rabbits)***

BUYER # 920   BUYER NAME Senator Brian Dahle   AMOUNT _____
BUYER # 919   BUYER NAME Assemblywoman Megan Dahle   AMOUNT _____
BUYER # _____   BUYER NAME _____   AMOUNT _____

**Please MARK ONE:** ____ Consigned for RESALE at market price, bill buyer for difference

DONATE to   ✗ 4-H & FFA Community BBQ (Kents Meats)

____ New Rescue Mission

____ One Safe Place

____ **PROCESS** & Deliver to selected locker below for cut & wrap

____ A&R Custom Butcher (530) 527-6483      ____ Country Market**(530) 357-3830

____ Bowman Meat (530) 347-4463      ____ Kents Meats (530) 365-4322

____ Clear Creek Market (530) 246-9044    **Country Market accepts only current customer

I CERTIFY THAN I AM AUTHORIZED TO SIGN FOR THIS PURCHASE AND ACCEPT RESPONSIBILITY FOR TOTAL PAYMENT DUE AND/OR THE COLLECTION OF THE TOTAL AMOUNT DUE.

_____   Katmie M____   _____   _____
Buyer #   Printed Name   Signature   Date

27TH DISTRICT AGRICULTURAL ASSOCIATION - JUNIOR LIVESTOCK ASSOCIATION   ANDERSON, CA 96007

8317

| Type | Division | Class | Entry | Description | Other | Amount | Commission | Adj. Amount |
|---|---|---|---|---|---|---|---|---|
| 1. Sale | 4-H Market Goat | 02 | 1543 | Invoice 132 | Assemblywomen Megan | $451.00 | ($31.57) @ 7% | $419.43 |
| 2. Sale | 4-H Market Goat | 02 | 1543 | Invoice 132 | Senator Brian Dahle | $451.00 | ($31.57) @ 7% | $419.43 |

Independent Business Forms Inc. (530) 365-0367, FAX (530) 365-0334, 1-800-245-5813

7/25/2022          $838.86

PRINTED IN U.S.A.