# EXHIBIT 4

**Re: Shasta District Fair**

Sam Llamas <██████████████████>
Tue 6/28/2022 1:31 PM
To:ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

Thanks for the heads up.

On Tue, Jun 28, 2022 at 13:28 ceo sdfeventcenter.com <ceo@sdfeventcenter.com> wrote:
> Hello everyone,
>
> I wanted to give you a heads up about a situation we are having.
>
> We are a terminal sale fair, a little girl was upset about her goat going to slaughter so her parents snuck her goat off the grounds. Since we are a State facility that is a felony. The mother confessed and BJ started to make arrangements to get the goat back. In the meantime they started a social media flurry to "save the goat". I have talked to Mike Francesconi with cdfa and he agreed that we need to follow State Rules and that the mother will need to return the goat. I have Chris Zwaga helping me on the media side and Mike Francesconi, cdfa and Chris Zwaga advise against making any statements, so I request you all also follow that please. If you do get any requests please direct them to Chris, Media Plus, ██████████
>
> Due to the extreme number of calls I have the phones forwarded so if you need to get ahold of me please call my cell number, ██████████
>
>
> Thank you,
> Melanie M Silva
> CEO
> Shasta District Fair & Event Center
> Fair Dates June 22-25, 2022
> (530)378-6789 ext 104
> www.ShastaDistrictFairandEventCenter.com



**Re: Shasta District Fair...**

Alan Phillips <
Tue 6/28/2022 1:41 PM
To: ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

Thanks for the head's up, Melanie,

As a highly practiced Media and Political Consultant myself, I agree with following the law as suggested by Mike Francesconi and I'm glad to hear that B.J. is on the interpersonal issue.

AND I would suggest we consider a potentially, not-too-hardline Public Relations move/releases by the ready that may help erode any negativity brewing. Using a 'No Comment' strategy can backfire.

Anyway, these types of incidents often have a short shelf life.

Good Luck,

Alan


###

**From:** "ceo sdfeventcenter.com" <ceo@sdfeventcenter.com>
**Date:** Tuesday, June 28, 2022 at 1:28 PM
**Subject:** Shasta District Fair

Hello everyone,

I wanted to give you a heads up about a situation we are having.

We are a terminal sale fair, a little girl was upset about her goat going to slaughter so her parents snuck her goat off the grounds. Since we are a State facility that is a felony. The mother confessed and BJ started to make arrangements to get the goat back. In the meantime they started a social media flurry to "save the goat". I have talked to Mike Francesconi with cdfa and he agreed that we need to follow State Rules and that the mother will need to return the goat. I have Chris Zwaga helping me on the media side and Mike Francesconi, cdfa and Chris Zwaga advise against making any statements, so I request you all also follow that please. If you do get any requests please direct them to Chris, Media Plus,

Due to the extreme number of calls I have the phones forwarded so if you need to get ahold of me please call my cell number,


Thank you,
Melanie M Silva
CEO
Shasta District Fair & Event Center
Fair Dates June 22-25, 2022
(530)378-6789 ext 104
www.ShastaDistrictFairandEventCenter.com



**Re: Shasta District Fair**

Rhonda Nechanicky <███████████@█████>
Tue 6/28/2022 1:42 PM
To:ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

📎 1 attachments (12 KB)
Outlook-f2cv34nt.jpg;

Received and understood.
Rhonda

On Tue, Jun 28, 2022, 13:28 ceo sdfeventcenter.com <ceo@sdfeventcenter.com> wrote:
Hello everyone,

I wanted to give you a heads up about a situation we are having.

We are a terminal sale fair, a little girl was upset about her goat going to slaughter so her parents snuck her goat off the grounds. Since we are a State facility that is a felony. The mother confessed and BJ started to make arrangements to get the goat back. In the meantime they started a social media flurry to "save the goat". I have talked to Mike Francesconi with cdfa and he agreed that we need to follow State Rules and that the mother will need to return the goat. I have Chris Zwaga helping me on the media side and Mike Francesconi, cdfa and Chris Zwaga advise against making any statements, so I request you all also follow that please. If you do get any requests please direct them to Chris, Media Plus, ███████████

Due to the extreme number of calls I have the phones forwarded so if you need to get ahold of me please call my cell number, ███████████

Thank you,
Melanie M Silva
CEO
Shasta District Fair & Event Center
Fair Dates June 22-25, 2022
(530)378-6789 ext 104
www.ShastaDistrictFairandEventCenter.com

### Re: Shasta District Fair

paula percy <​███████████>
Tue 6/28/2022 1:46 PM
To:ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

Hello Melanie,
Understood. Thank you.

Paula

**Paula C. Percy R.N., BSN, PHN, CMAS**



Redding, Ca

Email

Confidential or Privileged: This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution, or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently delete the communication from your system. Thank you.

---

**From:** ceo sdfeventcenter.com <ceo@sdfeventcenter.com>
**Sent:** Tuesday, June 28, 2022 1:28 PM
**Subject:** Shasta District Fair

Hello everyone,

I wanted to give you a heads up about a situation we are having.

We are a terminal sale fair, a little girl was upset about her goat going to slaughter so her parents snuck her goat off the grounds. Since we are a State facility that is a felony. The mother confessed and BJ started to make arrangements to get the goat back. In the meantime they started a social media flurry to "save the goat". I have talked to Mike Francesconi with cdfa and he agreed that we need to follow State Rules and that the mother will need to return the goat. I have Chris Zwaga helping me on the media side and Mike Francesconi, cdfa and Chris Zwaga advise against making any statements, so I request you all also follow that please. If you do get any requests please direct them to Chris, Media Plus, ███████

Due to the extreme number of calls I have the phones forwarded so if you need to get ahold of me please call my cell number, ███████

Thank you,
Melanie M Silva
CEO
Shasta District Fair & Event Center
Fair Dates June 22-25, 2022
(530)378-6789 ext 104
www.ShastaDistrictFairandEventCenter.com



ceo sdfeventcenter.com <ceo@sdfeventcenter.com>
Thu 9/1/2022 11:57 AM

To:

Hello Everyone,

Seems the goat that was taken during this years fair has made the news again. Mike Francesconi with cdfa has requested that I remind everyone on the board to please not give any comments to the media if they contact you and to refer them to cdfa legal.

Thank you,
Melanie M Silva
CEO
Shasta District Fair & Event Center
Fair Dates June 21-24, 2023
(530)378-6789 ext 104
www.ShastaDistrictFairandEventCenter.com



**Re: Shasta District Fair/Goat**



Thu 9/1/2022 12:23 PM

To:ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

I read the article in the paper today and planned on calling you with the same message to remind the board to refer any questions to you.


Patrick J. Wallner
President



SENT FROM MY IPHONE


> On Sep 1, 2022, at 11:57 AM, ceo sdfeventcenter.com <ceo@sdfeventcenter.com> wrote:
>
>
> Hello Everyone,
>
> Seems the goat that was taken during this years fair has made the news again. Mike Francesconi with cdfa has requested that I remind everyone on the board to please not give any comments to the media if they contact you and to refer them to cdfa legal.
>
> Thank you,
> Melanie M Silva
> CEO
> Shasta District Fair & Event Center
> Fair Dates June 21-24, 2023
> (530)378-6789 ext 104
> www.ShastaDistrictFairandEventCenter.com



**More you tube videos**

Tue 11/15/2022 12:37 PM
To:ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

https://www.youtube.com/channel/UCNV3C8OXRIVvpe2gbO8zydQ

**RE: Viral Goat media (4/6/23)**

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Fri 4/7/2023 9:55 AM
To: 'Alan Phillips' ▆▆▆▆▆▆▆▆▆▆▆▆

Hi Alan, There will be a closed session and we will have a legal rep from the state attending the meeting this month.

All inquires need to be forwarded to Melanie or referred to CDFA legal.

I am pretty sure that all board members have been dragged through the mud on social media.

I am very aware of this situation and have consulted with the CDFA.

You can contact Melanie for any updates via her new work phone, which is ▆▆▆▆▆▆▆▆

See you on the 18th.


Patrick Wallner
President
▆▆▆▆▆▆▆

https://ci3.googleusercontent.com/mail-sig/AIorK4waAEOwu0IG050tmPNIjAiyb0OIQsvXnAIOM5qwmfvSQfaL49Mhoa2PJbXGEYpk3DnLvyAvDFs


**From:** Alan Phillips
**Sent:** Thursday, April 06, 2023 5:19 PM
**To:** Patrick Wallner ▆▆▆▆▆▆▆▆▆▆▆▆
**Subject:** Viral Goat media (4/6/23)

Hi Patrick,

With the extreme blowback recently of media (social, podcasts, local, regional and national) surrounding the goat incident, I have been included in hundreds of Twitter mentions along with Governor Newsome - as that relates to letters of complaint to Melanie and our Governor. Having also received several messages from complainers on my home phone I am not happy. Of course, I have not responded nor communicated that matter with several news inquiries nor anyone.

* Will we be able to have a closed session (agenda) related to that matter? *

As I warned about this potentially occurring last year, Melanie assured us that she had everything under control with Chris Zwaga handling the P.R.

Do you know what's happening with that situation?

Best,


Alan

Cc: Files

###

This was sent via my website

Mon 4/10/2023 10:38 AM

To: ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

📎 1 attachments (148 KB)
BRNB42200451DC8_001689.pdf;

Hi Melanie,

Add this to the stack going to the state.

Uggg....


Patrick Wallner
President


https://ci3.googleusercontent.com/mail-sig/AIorK4waAEOwu0IG050tmPNIjAiyb0OIQsvXnAIOM5qwmfvSQfaL49Mhoa2PJbXGEYpk3DnLvyAvDFs





## << New Quick Lead Form Template Completed - Wallner Plumbing >>
1 message

Reply-To:
To:

Mon, Apr 10, 2023 at 8:02 AM

| Name | Ashley Bannon |
|---|---|
| Phone # | |
| Email | |
| Are you a new customer? | Yes, I am a potential new customer |
| Message | Stop killing goats. What is wrong with you? You should be ashamed. I'll never use your business and I will tell everyone to stop using your business. Complete knucklehead. |
| Lead Source | |