# EXHIBIT 5

**In The Matter Of:**

*LONG vs.*

*FERNANDEZ*

---

*BRUCE JOHN 'B.J.' MACFARLANE*

*November 15, 2023*

---

*Challe, Fisher & Morfin*

*1828 South Street*

*Redding, California 96001*

*(530)246-0942*

*cfmdepos@att.net*

Original File B.J. Macfarlane.txt

**Min-U-Script® with Word Index**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,

Plaintiffs,

vs.

LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,

Defendants.

NO. 2:22-cv 01527 DAD-AC

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

---oOo---

WEDNESDAY, NOVEMBER 15, 2023

10:08 a.m.

VIDEOTAPED DEPOSITION OF BRUCE JOHN "B.J." MACFARLANE

---oOo-

Reported by: CAROL J. CHASE, CSR No. 13538
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Q Yeah, it was August 31st.
Okay. So you resigned at that point in time? Okay.
A I don't know about officially, because it's a year-round -- I mean, I'm not sure when I actually told Melanie I wasn't coming back but --
Q I see. Okay. So she would have had to -- would she have -- would you have come back automatically by being asked the year before or --
A No, not --
Q -- she'd have to ask you again?
A Not really unless there was --
Q I see. So you would -- so if, hypothetically, in, you know, this year she would have had to -- you would have -- you would have ex- -- even though you were the livestock manager the prior year, you would have expected her to ask you again to come to the fair again this year?
A Yes.
Q Okay. Okay. So why -- why did you resign because of the lawsuit? You weren't -- you were not named originally.
A I was not named, but the amount of social media and --
Q Uh-huh.

A -- phone calls and just ridicule I got --
Q Yeah.
A -- from across the country was more than I ever wanted to deal with again.
10:38:06 Q I understand. Did you -- did -- I -- yesterday -- or, John, was it the prior day? The voice memo.
MR. BRIDGES: Two days ago.
MR. GORDON: Two days ago. Thank you.
10:38:17 BY MR. GORDON:
Q So we did hear a voice memo from Ms. Muse that was saved on her cell phone that was sent to you. So we have that. But have you -- and -- have you kept an inventory -- inventory is a bad word -- 10:38:30 but did you save any -- were you getting e-mails? Were you getting phone calls --
A I'd have to -- the -- I have, I'm guessing, eight to ten voicemails from disgruntled people across the country --
10:38:42 Q Uh-huh.
A -- wishing death upon me and my family. That's why I changed my phone number when they started threatening my family.
Q Okay. And did you -- did you save any of 10:38:55 these voice- --

A Yes, I -- I think I could -- I haven't looked at 'em -- in May or April, I changed my phone number. I saved 'em.
Q Okay. Okay. And did you --
10:39:04 A Somewhere. I haven't looked at 'em.
Q I understand. Okay. All right.
You saved 'em somewhere. Did you report any of these to the police?
A I did not.
10:39:12 Q Okay. All right. And did you -- and I asked this to Melanie. It's only because she's got a public position at the fair. But did you -- this is an awkward question. But you didn't hire any sort of security or anything like that --
10:39:27 A No.
Q -- did you?
Yeah. All right. All right. But you saved them. These are anonymous pe- -- I'm not saying it's not jarring. I'm saying but you -- you
10:39:32 saved them, but you don't know who any of these people were?
A It was from Louisville to Detroit to --
Q Yeah.
A -- I don't -- our whole country.
10:39:41 Q All right. Okay. All right. And do you

Q Well, that's what I'm asking. At the time, did you think that Jessica was the one, you know --
A I thought she had some involvement, but I -- the Bleating Heart, I knew had some involvement, too.
13:13:38
Q Yes, I understand. I understand you knew Bleating Hearts would have some involvement. But you also thought from what you said a moment ago --
A Yeah.
13:13:45
Q -- that Jessica also wanted people to contact the fairgrounds to help save Cedar.
A Just --
Q There's not a right or wrong answer --
A Yeah.
13:13:52
Q -- I'm just curious of what you thought.
A That's -- what I presume that Bleating Heart Farms, she found them, and they're going to do this.
Q And maybe she had them post this to help her out.
13:14:03
A Maybe.
Q Okay. All right. So you thought at the time that Jessica was trying to get some assistance from the public to get --
13:14:08
A Yes. Because she reached out to these

IG post from Zoe Rosenberg's social media as opposed to Bleating Hearts? How did you --

A I have -- I must have searched it and that's the one that came up. I don't -- I'm not -- I'm seeing that now because it's -- I remember seeing Bleating Hearts, and I'm not sure why -- I have no idea.

Q Okay.

A What I sear- -- when I searched it, because I didn't save it or like it or anything like that. So I had to search it a few times I looked it up and I don't know if that's because she shared it. I'm not -- I have no idea why.

Q Okay. Okay. So but -- okay. So you don't remember but -- so did someone potentially send you this from Zoe Rosenberg?

A Possibly. I -- I...

Q I simply asked --

A I searched -- I don't...

Q I simply ask because, you know, and you're -- you're a farmer, you're involved in agricultural. This might be someone who -- who farmers or people involved -- might be mindful of or, you know, deem antagonistic or something like that. So that's -- that's why I'm -- I'm not

representing her. I've never met this woman.

I -- in all sincerity, I didn't know -- any idea who she was until last night. And that was only because Kathie Muse said, "Oh, she chains herself to something, you know, trees," and she made some passing comment. I'm probably butchering what she actually said. But at any -- in any case --

MR. BRIDGES: No -- no pun intended.

BY MR. GORDON:

13:17:34 Q In any case, I was just curious. So you don't know how you came across this particular Instagram post --

A No.

Q -- I mean, but we agree it's the same post?

13:17:42 A Yes, sir.

Q Okay. So then you -- so at the time, did you think that Jessica was potentially working with -- with people in the animal rights community?

A Yeah, it's potentially -- I didn't --

13:18:04 Q Was that -- I mean --

A Potentially. I didn't know. I just knew that after researching what Bleating Heart Farm was, it's a sanctuary, I guess, I knew they were a big part of it.

13:18:16 Q Yeah. I'm not making a judgment call.

A Yeah. That's --

Q So -- so from -- from your perspective at that time you suspected that Jessica was dealing with people involved in the animal rights community based off of --

13:18:25

A Well, and also --

Q -- Bleating Hearts?

A -- off of her telling me she took it to Napa. At some point, she had -- she didn't tell me she took it to Napa. She told me she took it two hours away or something. So I knew at some point she did tell me she took it. I don't know if it was two hours. I don't know. But she told me she took it away. So she got it there, so...

13:18:34

13:18:49

Q Were you aware of Bleating Hearts -- again, this is not -- it's not -- it's not a judgment call. Were you aware of Bleating Hearts before this?

A No, sir.

Q Because it's -- it's a small -- you've looked at it online. It's, you know, almost -- I don't want to say mom and pop, but it's two people at their house.

13:18:59

A Yes.

Q So -- okay. But -- so she took it two hours away, and you interpreted that to mean she

13:19:10

going to break soon, but let me ask a couple more questions.

So this is Exhibit E.

And I -- could we go back to where is the text chain of Ms. Muse? No, not that one, B.J. The other one. This -- this one. If you wouldn't mind pulling that up for one moment.

(Referring to Exhibit C.)

BY MR. GORDON:

Q So give me one second. All right.

So -- so you had this -- do you recall this -- these texts with Ms. Muse? This looks accurate to you? It's the same --

A Yeah.

Q -- the inverse of what you produced the other day. Same thing, correct?

A Yes.

Q All right. Okay. So do you know who -- so this -- this text chain begins on June 28th with the Instagram post. Do you know if the sheriffs were involved at that point in time?

A I do not recall.

Q I believe it's Tuesday, the 28th. Isn't it? Because 25th is Saturday, 26th, 27th, yeah, Tuesday, right?

follow-up text to -- to Kathie is: "Good morning. I'm gone till tomorrow afternoon, talked to sheriff and he said to wait until he talks to DA before we kill goat." It's per- --

14:14:17 A Yeah.

Q Okay. So --

A And I believe the -- because I thought Melanie -- we were in touch with the CDFA's lawyer as well.

14:14:26 Q Okay. Do you remember what that lawyer's name was?

A Excuse me?

Q Do you remember the lawyer's name at CDFA?

A I've never dealt with them. Melanie.

14:14:36 Q Melanie would know. Okay. Okay. So -- but you know -- when you say the sheriff here, do you know -- "talked to sheriff." Do you know who you --

A Johnson.

14:14:45 Q Johnson. Okay. And the -- and as far as the DA here, do you know which DA you're talking about?

A It's a woman. I do not know her name.

Q Is it -- so if you go to the last page of

14:15:01 that, is it Stephanie Bridgett, by chance? The very

last page. This is --
A Yeah. That would be the district attorney, yeah. I don't know her and --
Q Okay. So you were waiting on the sheriff 14:15:18 and the District -- District Attorney and the CDFA to determine what to do with -- with Cedar?
A Yes.
Q Okay. All right. Okay. Okay. And then -- I'm just going to finish this chain and then 14:15:36 we'll get out of here. We're almost to the end of it. Go to the next page, would you?
MR. NORTHCUTT: Ryan?
MR. GORDON: Ys.
MR. NORTHCUTT: Can we get these documents 14:15:44 that he's looking at now marked as an exhibit?
MR. GORDON: Yes. Well, it is marked as an exhibit. It's --
THE WITNESS: C.
MR. GORDON: It's Exhibit C. It's the 14:15:56 e-mail chain that Kathie -- Ms. Muse produced the other day, Damian.
MR. BRIDGES: It's a text -- text chain.
MR. GORDON: Sorry. Thank you, John. Text chain.
14:16:01 MR. NORTHCUTT: Okay. I just want to be

office.

A Dahle's.

Q So --

A I -- I -- that's my rec- --

Q Okay.

A -- because it was not -- it was somebody kind off the wall, and he kept calling and I was, like, why is he calling, and that's how --

Q Gotcha. And I forgot to ask you. So Cedar went to Bowman. What happened to Cedar's -- his remains afterwards?

A There -- he replaced -- I didn't do the paperwork, but I believe he replaced the goat that was taken in Cedar's place from the resale animals to go to the barbecue.

Q Okay. So Cedar went to another bidder from the Junior Livestock Auction?

A Yes. Maybe. I believe that's what happened.

Q Who would know for sure on that?

A I believe Melanie would.

Q Okay.

A But I -- because we had to take one...

Q May I help you out? I just -- this is what Muse said -- and you can tell me if I'm wrong,

but I believe -- it appears that Melanie or the fair gave Ms. Muse a replacement goat for the fair -- that's what you're --

A Yes, yes.

14:27:13 Q -- referring to earlier for the barbecue. Okay.

A To replace.

Q So Cedar went to whoever the bidder was for --

14:27:18 A On the other goat.

Q -- on that other goat.

Okay. But -- so this is just a few weeks later though when --

A Yes.

14:27:24 Q -- he went to that person?

Okay. All right. Okay. And Melanie would know for sure. Would there -- Melanie would know for sure is your understanding? Would there be a paper trail of this?

14:27:36 A I was housing the goat.

Q Not with you?

A I -- with -- possibly.

Q Possibly. Who? Where would -- where would we look for that?

14:27:45 A Bowman Meats.

Q Bowman Meats would have some --
A Well, they would have the gentleman that got the meats, which I don't know with who it is.
Q Okay. Okay. So -- but it's -- did the -- did you tell Bowman to give Cedar to -- was it your instruction to tell Bowman Meats --
A I don't -- I don't remember the guy's name, but that's who it was --
Q Okay. So -- so Melanie had you --
A It was one of their customers already, so...
Q Okay. So just to be clear, Melanie had you direct Cedar's remains to this --
A Yes.
Q -- other person? Okay. Okay. That's fine.
Okay. And then so -- so would the fair have gotten a paper confirmation of Cedar's processing --
A That is --
Q -- from Bowman?
A Yes.
Q Okay.
A Because -- yeah.
Q Earlier -- earlier, you testified that the

PENALTY OF PERJURY

I, the undersigned, hereby certify that I have read the foregoing deposition, that I know the contents thereof, and I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ________________________, 2023.

______________________________
BRUCE JOHN "B.J." MACFARLANE

---o0o---

**CERTIFICATE OF REPORTER**

I, CAROL J. CHASE, a Certified Shorthand Reporter, licensed by the State of California, License No. 13538, being empowered to administer oaths and affirmations pursuant to Section 2093 (b) of the Code of Civil Procedure, do hereby certify:

That the witness in the foregoing deposition, BRUCE JOHN "B.J." MACFARLANE, was present at the time and place specified and was by me sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceeding was taken before me in shorthand writing, and was thereafter transcribed under my direction by computer-aided transcription;

That the foregoing transcript constitutes a full, true, and accurate record of the proceeding which took place; That I am not of counsel or attorney for any of the parties hereto, or in any way interested in the event of this cause, and that I am not related to any of the parties hereto.

IN WITNESS WHEREOF, I have hereunto subscribed my signature on this 28th day of November, 2023.

__________________________________
CAROL J. CHASE

**MACFARLANE DEPOSITION EXHIBIT C**
Deposition document (Text Chain and district attorney letter)
referenced and discussed in Macfarlane Excerpt at pp 204-205,
and labeled in as Exhibit C.



3:17

+1 [redacted]

Jun 28, 2022 at 6:16 PM

+1 [redacted] Chad

Jun 29, 2022 at 2:03 PM

Sheriffs r working on it now.

Thanks jKeep me updated please

3:17
3
+1

Will do

Jul 9, 2022 at 7:13 AM

Goat is at my house

Jul 11, 2022 at 8:43 AM

Good morning. I am gone till tomorrow afternoon. Talked to sheriff and he said to wait until he talks to DA before we kill goat. It is perfectly fine at my house till we figure it out. Just wanted to touch base with you.

Jul 11, 2022 at 11:13 AM

Jeff at Kents said probably a week before he can get the goat. Will they be ok with you if not I can find a temporary home

3:18

3

+1 [redacted]

He's good at my place.

Jul 25, 2022 at 9:57 AM

Hey Bj What did you end up doing with the goat?

Jul 28, 2022 at 7:47 AM

Bowman is killing goat today finally. They are such a shit show.

Good news finally. Yes they have been that way for years always amazed they are still in business 🤣 don't forget to save the ear tags please

Will do.

3:18

+1 [redacted]

**Sheriff's Deputies Broke the Law to Hunt Down Child's Beloved Goat for Slaughter**

advancinglawforanimals.org

What a bunch of shit 😠

I sent to Melanie and Jerry. Told Melanie to send to Cdfa to get this taken care of quickly in the media.

Yup cause it is probably all ready out

Aug 31, 2022 at 5:33 PM

3:19

+1 [redacted]

Aug 31, 2022 at 5:33 PM

Any word yet from Jerry?

He said he's not worried. 18 page federal suite which is all bullshit

Is the da going to do anything?

I was not thinking very straight when I talked to him I forgot to ask him.

Ok thanks

Jerry said he would call me tomorrow am mid morning

Sep 1, 2022 at 7:46 AM

The whole lawsuit is on Krcr site front page pretty full is bs

3:20

+1 [redacted]

Yes. My phone has not stop ringing. Busllshit.

Yeah and I don't think they are going to layoff for a bit

Sep 1, 2022 at 5:45 PM

voicemail-2267.m4a

Audio Recording · 113 KB

All I can say is I hope to God you've got the numbers she's gonna be dead meat that is a pure threat

Her phone number

Blocked

Oh that make it ok pod

Pod

3:21

+1 [redacted]

Pos hate spell check when I am driving

Sep 2, 2022 at 4:14 PM

I hope you're still surviving today in Kevin Broderick from Bejac get a hold of you about buying for him on Monday?

Yes. Your order is 1/2 beef and pig for Kent's correct?

And if you need I will take the whole beef an give back resell to the the bull gulding sale

Perfect. Thanks.

Sep 6, 2022 at 8:57 AM

Did you buy anything yesterday?