# EXHIBIT 10



7:54

**Melanie** >

Serene

Thank you

We are a non profit 😳🤣🤣🤣

Jul 25, 2022 at 3:33 PM

Angelo Junokas

Jul 25, 2022 at 6:09 PM

Crisis adverted. Hawes misunderstood what ever they said. They said they would process the rabbits for hawes. Please have Hawes call Julie at number you gave me.

Phew! Thanks!

iMessage

7:54

MS

Melanie >

Auburn, Ca 95603

The word goat makes my eye twitch now 🤣🤣🤣🤣🤣🤣🤣🤣

It should. Lol

Jul 22, 2022 at 11:22 AM

Fof pig 263lbs

Thanks!

What's gals name at bowman? Kathy said ok but no one needs to know about this. U me and Kathy are only ones. It got killed and donated to non profit if anyone asks.

iMessage

Cash

7:54

**MS**

Melanie >

goat to bowman meats to
replace missing one?

Uhh not sure. Will have to
contact superior. Or call
Dwayne at a and r and
see if he can get one.

Jul 18, 2022 at 10:29 AM

I keep meaning to text
you and let you know
your contract and check r
ready
Also can I get Randy
Parnells address please

👍 I'll get Randy's
address. I have a goat if
you want one? 😁

Auburn, Ca

iMessage

7:53

MS

Melanie ›

on.

From and r

a and r

Ok thank I will investigate and call. Still have to have phones forwarded due to goat calls you can give lockers and kill plants my cell number if you like.

Jul 1, 2022 at 12:17 PM

I'm sorry to bother you I have a goat that was suppose to go Bowman Meats for Vista Real Estate and it got marked resale and is on Redwood

iMessage

7:53

**MS**

Melanie >

need someone to haul it? Just so I am prepared if they do

I can keep you posted on that part too

Or Jerry Fernandez is going to call you for info on goat please pickup if you can

Lt Jerry Fernandez with Sherriffs office

Jmfernandez@co.Shasta.ca.us

Jul 1, 2022 at 11:03 AM

Hey BJ I have lamb 215 & 251 I have no information

iMessage

7:53

**MS**

Melanie ⟩

I told her 10. Kathy is pissed now too cause technically she owns the goat. You want to call chp or you want me to?

Can you call me please ur voicemail is full

Call me please

Goat Theif   G   ⟩

We are contacting the Sheriff for the goat waiting for a call back

👍

I available today if they

7:53

**MS**

Melanie >

Good morning. Any word from your goat lady ?

No
You either I take it?

I told her 10. Kathy is pissed now too cause technically she owns the goat. You want to call chp or you want me to?

Can you call me please ur voicemail is full

Call me please

Goat Theif  G  >

We are contacting the Sheriff for the goat

iMessage

7:53

**MS**

Melanie ›

Yes

I emailed Mike and left a voicemail but he didn't reply.

👍

Just saw voicemail I emailed Orlando list Monday but will do it again first thing tomorrow

Jun 29, 2022 at 8:51 AM

Good morning. Any word from your goat lady ?

No
You either I take it?

I told her 10. Kathy is pissed now too cause

iMessage

7:53

**MS**

Melanie ›

You alright with me sending goat lady that she has till tomorrow morning at 8 or authorities are going to be contacting her? I don't have time to deal with this much longer.

Yes

I emailed Mike and left a voicemail but he didn't reply.

👍

Just saw voicemail I emailed Orlando list Monday but will do it again first thing tomorrow

iMessage