# EXHIBIT 11



OFFICE OF THE
# DISTRICT ATTORNEY
Stephanie A. Bridgett
County of Shasta

Benjamin L. Hann
Chief Deputy District Attorne

Joseph Hendr
Chief Investigato

April 13, 2023

KATHERINE RAE MUSE

Redding, 

Re: Agency Case #22S019984/ DA#**22F7033**

Dear KATHERINE MUSE

    Your complaint against **JESSICA ELIZABETH LONG**, was investigated by the **Shasta County Sheriff's Office** and they submitted the appropriate reports for this office to review.

    After carefully examining the facts and circumstances surrounding the events which contained in the above police reports, this office has decided not to prosecute this matter. However, if further information is received, this complaint may be reopened prior to the expiration of the statute of limitations.

    If you have any questions regarding this matter, please do not hesitate to contact this office at (530) 245-6300.

Sincerely,
Stephanie A. Bridgett
District Attorney

By: *[signature]*

BENJAMIN HANNA
CHIEF DEPUTY DISTRICT ATTORNEY