# EXHIBIT 12

*ROB BONTA*
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 210-7529
Facsimile: (916) 322-8288
E-Mail: John.Bridges@doj.ca.gov

October 20, 2023

<u>*Via Email:*</u>  rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

Ryan R. Gordon, Esq.
Vanessa T. Shakib, Esq.
Advancing Law For Animals
407 N. Pacific Coast Highway #267
Redondo Beach, CA  90277

RE:   *E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.*
<u>United States District Court, Eastern District of California, Case No. 2:22-CV-01527 DAD AC</u>

Dear Mr. Gordon:

As you know, I am the Deputy Attorney General assigned to represent the State of California, by and through the 27th District Agricultural Association/Shasta District Fair and Event Center, Melanie Silva, and B.J. MacFarlane in the lawsuit filed by your clients, "E.L." and Jessica Long.  I am writing to request defense and indemnification of my clients by Jessica Long under the provisions of the Exhibitor Entry Agreement entered into between the 27th District Agricultural Association and Jessica Long.

As you are aware based upon documents in discovery in this case, Jessica Long submitted an online entry application for her daughter, "E.L.", to participate in the 2022 Shasta County Fair livestock exhibition and auction.  That online entry application contained the following provisions:

"<u>ACCOUNTABILITY & LIABILITY</u>,

I certify that I am the owner of the property specified herein or the supervisor of the project with authorization to act as agent and to bind the owners of the property in all matters herein.  Online submission of data requires that a person has read, understands and agrees to abide by all the rules and regulations governing the fair entries as published in the official Shasta District Fair Handbook.  Under penalty of perjury, I certify that the information provided is true and I agree to defend, indemnify, and hold harmless the fair, the county, and the State of California, its officers, agents and employees from and

> against any liability, claim, loss or expense (including reasonable attorney fees) arising out of any injury or damage, which is caused by, arises from or is in any way connected with participation in the program or event, excepting only that caused by the sole active negligence of the Fair.  The Fair Management shall not be responsible.
>
> To enter online, you must be over 18 years of age or be the parent and/or guardian of the exhibitor if the exhibitor is under age 18, or the 4-H Leader or FFA advisor, with the authorization from the parent and/or guardian of the exhibitor, or authorization from the exhibitor if 18 years of age or older.  Please type 'Yes' in the box to confirm.  By entering 'Yes', I am confirming that I am 18 years of age or older, the owner or authorized agent for these exhibits, that I have read, understand and agree to abide by all the rules and regulations governing the Fair entries as published in the official Shasta District Fair Handbook, and that everything submitted is 'true and correct'.  Online entries for 4-H and FFA exhibitors will not be officially accepted until approved by the 4-H leader or FFA advisor."

Jessica Long entered "Yes" on the online application form, thereby contractually agreeing to defend, indemnify, and hold harmless my clients from any liability, claim, loss or expense, including reasonable attorney fees, arising out of any injury or damage caused by, arising from or in any way connected with her daughter's participation in the livestock exhibition and auction (the "event").  The only exception is damages caused by the sole active negligence of the Fair.  Moreover, she contractually agreed that the Fair Management, including Ms. Silva and Mr. MacFarlane, shall not be responsible for any such liability.

Additionally, as part of the online entry application, Jessica Long acknowledged acceptance of the State Rules for Fairs in California and the Local Rules for the Shasta County Fair, which included the following terms:

> "**UPON SUBMITTAL AND SIGNATURE ON THE ENTRY FORM**, exhibitors, agents, leaders, parents/guardians, acknowledge and agree to the following principles for competition:
>
> 1. Exhibitors will comply with State and Local Rules and accept all responsibility for their exhibits.
> 2. Exhibitors agree to defend, indemnify and hold harmless the fair, the county, and the State of California from and against any liability, claim, loss or expense (including reasonable attorneys' fees) arising out of any injury or damage, which is caused by, arises from or is in any way connected with participation in the program or event, excepting only that caused by the sole active negligence of the Fair.  The Fair Management shall not be responsible for accidents or losses that may occur to any of the exhibitors of exhibits at the Fair.  The exhibitor (or parent or guardian of a minor) is responsible for any injury or damage resulting from the exhibitor's participation in the program or event.  This includes any injury to others or to the exhibitor or to the exhibitor's property."

October 20, 2023
Page 3

      It is requested that Jessica Long defend and indemnify the 27th District Agricultural Association/Shasta District Fair and Event Center, Melanie Silva, and B.J. MacFarlane in the above-referenced lawsuit against claims made by "E.L."  Please provide a response to this tender no later than October 27, 2023, as a response to the Second Amended Complaint is due on or before November 2, 2023.  It is our hope that you will defend and indemnify my clients so as to avoid any cross-complaint/legal action against Jessica Long based on the contract.  If there is some reason why she would not provide a defense and indemnification, please advise on the basis of that determination.

      Thank for your prompt attention to this matter.

                      Sincerely,

                        *John C. Bridges*

                      JOHN C. BRIDGES
                      Deputy Attorney General

            For    ROB BONTA
                      Attorney General

JCB:

SA2023302187