# EXHIBIT 17

Jessica Daum <jess[REDACTED]hotmail.com>
Mon 8/1/2022 11:19 AM

To: ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

It is my understanding that Cedar was returned. I'd like to know if he is still alive and what happened to him?

Thank you,
Jessica Long

Get Outlook for iOS

---

From: ceo sdfeventcenter.com <ceo@sdfeventcenter.com>
Sent: Tuesday, June 28, 2022 1:31:56 PM
To: Jessica Daum <jess[REDACTED]hotmail.com>
Subject: Re: Requesting solutions for the goat that was taken

Hello Jessica,

Thank you Jessica for taking the time to contact me regarding this issue. As a mother I am not unsympathetic regarding your daughter and her love for her animal. Having said that please understand the fair industry is set up to teach our youth responsibility and for the future generations of ranchers and farmers to learn the process and effort it takes to raise quality meat.  Making an exception for you will only teach out youth that they do not have to abide by the rules that are set up for all participants. Also in this era of social media this has been a negative experience for the fairgrounds as this has been all over Facebook and Instagram, not the best way to teach our youth the value of responsibility.  Unfortunately this is out of my hands.

I have spoken with the California Department of Food and Agriculture and they have informed me that for the good of all we have to stick to the State Rules. You will need to bring the goat back to the Shasta District Fair immediately. I do hope you will continue with your idea of raising and providing quality animals for the purpose you have spoken about. I support that whole heartly. Obviously the fair experience is not the best for your family.

Thank you,
Melanie M Silva
CEO
Shasta District Fair & Event Center
Fair Dates June 22-25, 2022
(530)378-6789 ext 104
www.ShastaDistrictFairandEventCenter.com



From: Jessica Daum <jess[REDACTED]hotmail.com>
Sent: Monday, June 27, 2022 5:41 PM

0018