# EXHIBIT 19

Today 10:49 AM

Good morning this is who has your goat they came to my house and confiscated it



When?!?

Delivered



When?!?

Friday the 8th at late night time

I wish you would have called. I had a lawyer helping.

If you have anymore questions reach out reach out to Detective Jacob Duncan

Okay. I'm so sorry to inconvenience you. This is crazy.

Delivered