# EXHIBIT 20

 

## Warrant Request

**Ryan Gordon** <rgordon@advancinglawforanimals.org>  Fri, Jul 22, 2022 at 1:58 PM
To: apreston@co.shasta.ca.us

Hi Adam

please send the warrant to this email address.  Thanks for your help

Ryan Gordon, Esq.
Co-Director
**Advancing Law for Animals**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Phone:  (202) 996-8389
rgordon@advancinglawforanimals.org

