# EXHIBIT 21

# Warrant Request

**Adam Pressman** <apressman@co.shasta.ca.us>  Tue, Jul 26, 2022 at 2:54 PM
To: Ryan Gordon <rgordon@advancinglawforanimals.org>

Hi Ryan –

Per our discussions, attached is the warrant you requested.

Adam M. Pressman

Senior Deputy County Counsel

Shasta County

Phone: (530)225-5711

Fax: (530)225-5817

The information contained in this message and attachments thereto are protected by the Attorney-Client and/or the Attorney Work Product privileges and SHOULD NOT BE PLACED IN ANY FILE OPEN TO PUBLIC INSPECTION OR AVAILABLE TO THE GENERAL PUBLIC. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this having been sent electronically. If the person actually receiving this message or any other reader of this message is not the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and then immediately delete it.

This e-mail, and any attachments, contains information that is, or may be covered by, the Electronic Communication Privacy Act, Title 18 U.S.C 2510-2521, and is also confidential and proprietary in nature. If you received this e-mail in error, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. If you have received this e-mail in error, please contact sender indicating that you received this communication in error, and then immediately delete it.

**From:** Ryan Gordon <rgordon@advancinglawforanimals.org>
**Sent:** Friday, July 22, 2022 2:00 PM
**To:** Adam Pressman <apressman@co.shasta.ca.us>
**Subject:** Fwd: Warrant Request

⚠️ **EXTERNAL SENDER:** Do not follow links or open attachments unless you recognize the sender and know the content is safe.

Ryan Gordon, Esq.

Co-Director

**Advancing Law for Animals**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Phone:  (202) 996-8389
rgordon@advancinglawforanimals.org


---------- Forwarded message ---------
From: **Ryan Gordon** <rgordon@advancinglawforanimals.org>
Date: Fri, Jul 22, 2022 at 1:58 PM
Subject: Warrant Request
To: <apreston@co.shasta.ca.us>


Hi Adam


please send the warrant to this email address.  Thanks for your help


Ryan Gordon, Esq.

Co-Director

**Advancing Law for Animals**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Phone:  (202) 996-8389
rgordon@advancinglawforanimals.org


doc20220726115247.pdf
6787K