# EXHIBIT 22

Ryan Gordon <rgordon@advancinglawforanimals.org>

## Warrant Request

**Ryan Gordon** <rgordon@advancinglawforanimals.org>  Tue, Jul 26, 2022 at 3:13 PM
To: Adam Pressman <apressman@co.shasta.ca.us>

Good afternoon Adam,

Thank you for acquiring this document for us.  I really appreciate you being a gentleman and helping out.

We still haven't received a call back from the sheriff's office.

I'll be in touch,

Best

Ryan Gordon, Esq.
Co-Director
**Advancing Law for Animals**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Phone:  (202) 996-8389
rgordon@advancinglawforanimals.org



[Quoted text hidden]