# EXHIBIT 23

 <span style="color:gray">Ryan Gordon &lt;rgordon@advancinglawforanimals.org&gt;</span>

---

## Warrant Request

**Ryan Gordon** &lt;rgordon@advancinglawforanimals.org&gt;　　　　　　　　　　Wed, Jul 27, 2022 at 1:32 PM
To: Adam Pressman &lt;apressman@co.shasta.ca.us&gt;
Cc: Vanessa Shakib &lt;vshakib@advancinglawforanimals.org&gt;

Good afternoon Adam

Thank you again for acquiring the warrant.  We were also wondering, as we cannot calls returned, if you could confirm the whereabouts of Cedar (the goat) and whether he's alive or dead.  Our clients would really like to know.

Best


Ryan Gordon, Esq.
Co-Director
**Advancing Law for Animals**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Phone:  (202) 996-8389
rgordon@advancinglawforanimals.org



[Quoted text hidden]