# EXHIBIT 25



Ryan Gordon <rgordon@advancinglawforanimals.org>

## Communications with Jessica Long

**Ryan Gordon** <rgordon@advancinglawforanimals.org>  Thu, Dec 15, 2022 at 12:22 PM
To: kkafel@co.shasta.ca.us
Cc: Vanessa Shakib <vshakib@advancinglawforanimals.org>

Kelly,

I am following up with a voicemail I left you earlier today. As you know from the government claim submitted to Shasta County on this office's letterhead (with explicit directions to contact us), this office represents Jessica Long and E.L. in matters involving B.J. Macfarlane, Melanie Silva, Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee.

I understand that, despite notice that Ms. Long has counsel, you contacted her and left her a voicemail requesting to speak to resolve the matter. It is wildly unethical for you to contact an individual you know to be represented by counsel. (See, e.g., Cal. Rules of Prof. Conduct, rule 4.2(a)["In representing a client, a lawyer shall not communicate directly or indirectly about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer."].) We kindly ask that you immediately direct all communication to this office.

Should you wish to discuss this matter in any way, we are happy to set up a call.

Thank you

Ryan Gordon, Esq.
Co-Director
**Advancing Law for Animals**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Phone:  (202) 996-8389
rgordon@advancinglawforanimals.org

