# EXHIBIT 26

Ryan Gordon <rgordon@advancinglawforanimals.org>

## M&C re MTD and related issues

**Ryan Gordon** <rgordon@advancinglawforanimals.org>　　　　　　　　　　　　Tue, Dec 12, 2023 at 1:09 PM
To: John Bridges <John.Bridges@doj.ca.gov>
Cc: Vanessa Shakib <vshakib@advancinglawforanimals.org>

Good morning John,

Thanks for the response. With respect to Plaintiffs filing a third amended complaint, we are still meeting and conferring with Damian and do not yet have agreement to file. We may just have to motion the court depending on the outcome.

But unfortunately, we may not have resolution with Damian before Plaintiffs' filing deadlines on 12/22 and 12/26, which brings me to the next two issues.

Given our current position (of not yet having permission to file the TAC), and given your email that the MTD on 11th Amendment issues might be premature, do you intend to withdraw your MTD? I ask because our opposition is due on the 12/22.

Additionally, Plaintiff's response to the counterclaim(s) is due on 12/26. Given that the TAC may not be filed by that date either, I presume Plaintiffs will have to respond. Vanessa previously sent a letter on the indemnity issues referencing an anti-SLAPP based on several legal arguments. Your response indicated you disagreed and thought the court should decide. In the event we need to respond on 12/26, we're proceeding as if we've met and conferred, but if you feel otherwise let us know.

Thanks John. Look forward to hearing from you.

Ryan Gordon, Esq.
Co-Director
**Advancing Law for Animals**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Phone: (202) 996-8389
rgordon@advancinglawforanimals.org



[Quoted text hidden]