# RJN 4

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21

SW No. 2022 - _____



# STATE OF CALIFORNIA
# COUNTY OF SHASTA
# SEARCH WARRANT AND AFFIDAVIT
# (AFFIDAVIT)

___Detective Jeremy Ashbee___ swears under penalty of perjury that the facts expressed by him/her in this **Search**
(Name of Affiant)

**Warrant** and **Affidavit** and in the attached and incorporated herein **Statement of Probable Cause** are true and correct and that based thereon upon his/her experience and expertise that he/she has probable cause to believe and does believe that the property and/or person described below is lawfully seizable pursuant to Penal Code § 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

DocuSigned by:
_Jeremy Ashbee_
5AC9175... (Signature of Affiant)

7/8/2022 | 6:25 PM PDT
Date / Time(s)

**SEALING REQUESTED:**  ☒ No  ☐ Yes
☐ **Statement of Probable Cause**
☐ **Confidential Attachment**

**NIGHT SEARCH REQUESTED:**  ☒ No  ☐ Yes

## (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, OR PEACE OFFICER IN THE COUNTY OF SHASTA:** proof by affidavit having been made before me by
___Detective Jeremy Ashbee___ that there is probable cause to believe that the property and/or person described
(Name of Affiant)
herein may be found at the locations set forth herein and is lawfully seizable pursuant to Penal Code § 1524 as indicated below by "X"(s) in that:

- ☒ the property was stolen or embezzled.

- ☐ the property or things were used as the means of committing a felony.

- ☐ the property or things are in the possession of any person with the intent to use them as a means of committing a public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing them from being discovered.

- ☐ the property or things to be seized consist of an item, or constitute evidence that tends to show a felony has been committed, or tends to show that a particular person has committed a felony.

- ☐ the property or things to be seized consist of evidence that tends to show that sexual exploitation of a child, in violation of California Penal Code § 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of California Penal Code § 311.11, has occurred or is occurring.

- ☐ there is a warrant to arrest a person.

Form Approved for Optional Use
Shasta County Superior Court
CF-0060 [September 5, 2019]

SEARCH WARRANT AND AFFIDAVIT

Page 1 of 15

ASHB000015

- ☐ a provider of electronic communication service or remote computing service has records or evidence, as specified in California Penal Code § 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in the possession of any person with the intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery.

- ☐ the property or things to be seized include an item or any evidence that tends to show a violation of California Labor Code § 3700.5, or tends to show that a particular person has violated California Labor Code § 3700.5.

- ☐ the property or things to be seized include a firearm or any other deadly weapon at the scene of, or at the premises occupied or under the control of the person arrested in connection with, a domestic violence incident involving a threat to human life or a physical assault as provided in California Penal Code § 18250.

- ☐ the property or things to be seized include a firearm that is owned by, or in the possession of, or in the custody or control of, a person who is subject to the prohibitions regarding firearms pursuant to § 6389 of the Family Code, if a prohibited firearm is possessed, owned, in the custody of, or controlled by a person against whom a protective order has been issued pursuant to § 6218 of the Family Code, the person has been lawfully served with that order, and the person failed to relinquish the firearm as required by law.

- ☐ the information to be received from the use of a tracking device constitutes evidence that tends to show that either a felony, a misdemeanor violation of the Fish and Game Code, or misdemeanor violation of the Public Resources Code has been committed or is being committed, tends to show that a particular person has committed a felony, a misdemeanor violation of the Fish and Game Code, or a misdemeanor violation of the Public Resources Code, or is committing a felony, a misdemeanor violation of the Fish and Game Code, or a misdemeanor violation of the Public Resources Code, or will assist in locating an individual who has committed or is committing a felony, a misdemeanor violation of the Fish and Game Code, or a misdemeanor violation of the Public Resources Code. A tracking device search warrant issued pursuant to this paragraph shall be executed in a manner meeting the requirements specified in subdivision (b) of § 1534.

- ☐ the property or things to be seized are firearms or ammunition or both that are owned by, in the possession of, or in the custody or control of a person who is the subject of a gun violence restraining order that has been issued pursuant to Division 3.2 (commencing with § 18100) of Title 2 of Part 6, if a prohibited firearm or ammunition or both is possessed, owned, in the custody of, or controlled by a person against whom a gun violence restraining order has been issued, the person has been lawfully served with that order, and the person has failed to relinquish the firearm as required by law.

- ☐ the property or things to be seized include a firearm that is owned by, or in the possession of, or in the custody or control of, a person who is subject to the prohibitions regarding firearms pursuant to § 29800 or 29805, and the court has made a finding pursuant to subdivision (c) of § 29810 that the person has failed to relinquish the firearm as required by law.

- ☐ the property or things to be seized are controlled substances or a device, contrivance, instrument, or paraphernalia used for unlawfully using or administering a controlled substance pursuant to the authority described in §11472 of the Health and Safety Code.

Form Approved for Optional Use
Shasta County Superior Court

CF-0060 [September 5, 2019]

SEARCH WARRANT AND AFFIDAVIT

Page 2 of 15

ASHB000016

☐   all of the following apply:

(i) A sample of the blood of a person constitutes evidence that tends to show a violation of subdivision (b), (c), (d), (e), or (f) of § 655 of the Harbors and Navigation Code.

(ii) The person from whom the sample is being sought has refused an officer's request to submit to, or has failed to complete, a blood test as required by § 655.1 of the Harbors and Navigation Code.

(iii) The sample will be drawn from the person in a reasonable, medically approved manner.

(B) This paragraph is not intended to abrogate a court's mandate to determine the propriety of the issuance of a search warrant on a case-by-case basis.

☐   the property or things to be seized consists of evidence that tends to show that a violation of paragraph (1), (2), or (3) of subdivision (j) of § 647 has occurred or is occurring.

☐   the property or things to be seized include a firearm or other deadly weapon that is owned by, or in the possession of, or in the custody or control of, a person described in subdivision (a) of Section 8102 of the Welfare and Institutions Code.

## YOU ARE THEREFORE COMMANDED TO SEARCH:

**Bleating Hearts Farm and Sanctuary**
███████████
**Napa, CA**████

The location is a single family residence in a rural residential area. The property has a tan colored residence with a brown composite style roof. The front door and attached garage of the residence face west towards 3rd Ave. The number "████" are posted vertically in bold black colored lettering on a white colored column to the left of the attached garage. There is a "U" shaped pull through driveway in front of the residence. Refer to the below photographs for further information.

The residence, including all rooms, attics, basements, and other parts therein, the surrounding grounds and any garages, sheds, storage rooms, and outbuildings of any kind large enough to accommodate a small goat.

Form Approved for Optional Use
Shasta County Superior Court

SEARCH WARRANT AND AFFIDAVIT

Page 3 of 15

CF-0060 [September 5, 2019]

ASHB000017

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21



Form Approved for Optional Use
Shasta County Superior Court

CF-0060 [September 5, 2019]

**SEARCH WARRANT AND AFFIDAVIT**

Page 4 of 15

ASHB000018

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21



Form Approved for Optional Use
Shasta County Superior Court

**SEARCH WARRANT AND AFFIDAVIT**

Page 5 of 15

CF-0060 [September 5, 2019]

ASHB000019

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21



**FOR THE FOLLOWING PROPERTY/PERSON:**

Form Approved for Optional Use
Shasta County Superior Court

**SEARCH WARRANT AND AFFIDAVIT**

Page 6 of 15

CF-0060 [September 5, 2019]

ASHB000020

One white and brown colored, Boer type goat named, "Cedar." Having a purple colored ear tag marked Shasta District Fair "**SDF 367**" and a yellow colored breeder ID Tag marked "**CALOZA0700**"

And if you find the same or any part thereof, to hold such property in your possession under California Penal Code § 1536 or, in the alternative, to institute Federal or State asset forfeiture proceedings against any and all assets seized during the execution of this search warrant and believed to be derived from narcotics trafficking activity.

It is further ordered that upon adjudication of the case(s) against all defendant(s) in this action, including the resolution of any and all appeals, and the written concurrence of the Shasta County District Attorney's Office, the property be disposed of in accordance with the procedures set forth in California Penal Code § 1407-1422, without the necessity of a further Court Order issued pursuant to California Penal Code § 1536.

This **Search Warrant** and incorporated **Affidavit** were sworn to as true and subscribed before me.
Wherefore, I find probable cause for the issuance of this **Search Warrant** and do issue it.

Additionally:

| | | |
|---|---|---|
| **SEALING ORDERED:** | ☒ No | ☐ Yes |
| | | ☐ Statement of Probable Cause |
| | | ☐ Confidential Attachment |
| **NIGHT SEARCH APPROVED:** | ☒ No | ☐ Yes |

DocuSigned by:
*Monique McKee*
—5F22395A75C1414...
(Signature of Magistrate)

Monique Mckee
(Print Name of Magistrate)
**Judge of the Superior Court of the State of California, County of Shasta**

7/8/2022 | 6:33 PM PDT
Date / Time

---

This Search Warrant, Affidavit, and incorporated Statement of Probable Cause have been reviewed and approved as to form by the Shasta County District Attorney.

Name of District Attorney Approving Warrant

Date and Time Approved

Form Approved for Optional Use
Shasta County Superior Court

CF-0060 [September 5, 2019]

**SEARCH WARRANT AND AFFIDAVIT**

Page 7 of 15

ASHB000021

# STATE OF CALIFORNIA
# COUNTY OF SHASTA
# (Statement of Probable Cause)

## I. EDUCATION AND EXPERIENCE OF AFFIANT

**Detective Jeremy Ashbee** of the **Shasta County Sheriff's Office** states that the following facts are true and that there is probable cause to believe, and does believe, that the designated articles, property, information, and/or persons are now in the described locations, including all rooms, buildings, and structures used in connection with the premises and buildings adjoining them, the vehicles, and the persons described in the search warrant:

Your Affiant became a sworn peace officer in December of 2016. Your affiant possesses an Intermediate POST Certificate through the California Peace Officer Standards and Training. Your Affiant has completed 1,553 training hours through the California Peace Officers Standards and Training, which included the Basic POST Police Academy and holds a Bachelor of Arts Degree from Simpson University. Your affiant has also completed the 80-hour Robert Presley Institute of Criminal Investigations (ICI) Investigators Core Course. Your Affiant has been conducting investigations involving burglaries, grand and petty thefts, fraud, identity thefts, stolen vehicles, narcotics, embezzlements, robberies, homicides, rapes, child molestations, felony batteries, traffic collisions and other related crimes for the past five years.

During this time Your Affiant has participated in hundreds of criminal filings and/or arrests of individuals regarding various crimes. Your Affiant has continued to keep current in both required and optional training provided by Peace Officer Standards and Training Organization.

## II. NARRATIVE OF PROBABLE CAUSE

On Friday, July 8th, 2022, Kathi Muse reported a livestock theft to the Shasta County Sheriff's Office. According to Muse, Brian Dahle purchasing a goat for auction at the Shasta District Fair Livestock Auction for $902, and donated the animal to Muse for the 4H and FFA Community BBQ. The seller of the auctioned goat, Jessica Long, took the goat from the fairgrounds, after the sale was finalized, to prevent the animal from being slaughtered by the new owner.

Long drove the goat to an animal sanctuary (Bleating Hearts Farm and Sanctuary) in Napa, CA, to hide the animal from the new owner. Bleating Hearts Farm created an Instagram post, admitting the goat was in their custody, and asking the Shasta District Fairgrounds to pardon the goat from being slaughtered. In the Instagram post, it states, "Her mother [Jessica Long] has tried everything she possibly could to keep him [the goat] safe had even driven him hours away to find him a new home, knowing there may have been fees involved, but had no idea that it could be a felony." Refer to Attachment "A" Bleating Hearts Farm Instagram post for additional details.

The Shasta District Fairgrounds provided a letter sent to them by Long, in which she admits she intentionally took the goat from the fairgrounds. Refer to Attachment "B" Letter from Long to the Shasta District Fairgrounds for additional details.

**YOU ARE AUTHORIZED TO:** Utilize additional sworn and non-sworn personnel to assist with the service of this search warrant and the collection of evidence.

**YOU ARE AUTHORIZED TO:** Utilize breaching equipment to force open doorway(s), entry doors, exit doors, and locked containers during the service of this search warrant.

**YOU ARE AUTHORIZED** to photograph and/or videotape each and every location, vehicle, item or person authorized to be searched or seized pursuant to this warrant

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21

**YOU ARE FURTHER AUTHORIZED TO:**
Use person(s) who are not peace officers to accompany the Peace Officers during the execution of this search warrant for the purpose of assisting in the service of this search warrant as provided for under California Penal Code Section 1530.

**AND TO SEIZE THE DESCRIBED ITEM(S) OR PROPERTY OR ANY PART THEREOF,** and bring evidence of those items seized forthwith before this Court, or to any other Court in which the offense in respect to which the property or things seized is triable, or retain such property in the custody of the seizing agency, subject to further order of this Court pursuant to Section 1536 of the Penal Code, or as otherwise specifically authorized by this search warrant.

Due to the fact the item(s) to be seized include living animals, Deputies shall secure the property in a humane and appropriate location, and the rightful owner of said property shall be notified of the location of the property. The property may be released to the owner upon seizure.

### III. EVIDENCE SOUGHT
One white and brown colored, Boer type goat named, "Cedar." Having a purple colored ear tag marked Shasta District Fair **"SDF 367"** and a yellow colored breeder ID Tag marked **"CALOZA0700"**

### IV. DESCRIPTION OF LOCATION(S)
**Bleating Hearts Farm and Sanctuary**
[redacted]

**Napa, CA** [redacted]

The location is a single family residence in a rural residential area. The property has a tan colored residence with a brown composite style roof. The front door and attached garage of the residence face west towards [redacted] Ave. The number "[redacted]" are posted vertically in bold black colored lettering on a white colored column to the left of the attached garage. There is a "U" shaped pull through driveway in front of the residence. Refer to the below photographs for further information.

The residence, including all rooms, attics, basements, and other parts therein, the surrounding grounds and any garages, sheds, storage rooms, and outbuildings of any kind large enough to accommodate a small goat.

Form Approved for Optional Use
Shasta County Superior Court

CF-0060 [September 5, 2019]

SEARCH WARRANT AND AFFIDAVIT

Page 9 of 15

ASHB000023

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21



Form Approved for Optional Use
Shasta County Superior Court

CF-0060 [September 5, 2019]

SEARCH WARRANT AND AFFIDAVIT

Page 10 of 15

ASHB000024

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21



Form Approved for Optional Use
Shasta County Superior Court

CF-0060 [September 5, 2019]

**SEARCH WARRANT AND AFFIDAVIT**

Page 11 of 15

ASHB000025

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21



### V.     CONCLUDING OPINION

Based on information provided by the Napa County Sheriff's Office, the stolen goat is currently located at the above location. It is my opinion that a search of the above mentioned property will allow deputies to locate and recover the aforementioned stolen property and return that property to its rightful owner. Furthermore, location of the stolen animal, will provided evidence to assist deputies and detectives with the 487A(a) PC investigation.

Form Approved for Optional Use
Shasta County Superior Court

**SEARCH WARRANT AND AFFIDAVIT**

Page 12 of 15

CF-0060 [September 5, 2019]

ASHB000026

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21

## ATTACHMENT "A"



 **bleatingheartsfarm** • Follow
henrymoodie • Original Audio

 **bleatingheartsfarm** UPDATE: Senator Brian D⁢
problem allowing ▇ to keep her goat and v
donate him back to her care. The fairgrounds
pardon him from slaughter and drop charges.
her forgiveness and to please pardon this bab

Shatsa District Fair
PH: 530-378-6789
FX: 530-378-6788
ceo@sdfeventcenter.com

We desperately need the help of our commun
this goat from a baby and fell absolutely in lo⋅
nor her mother had any idea that entering hir
a terminal auction until it was too late. Her go
senator Brian Dahle @briandahleca. Her moth
everything she possibly could to keep him saf
him hours away to find him a new home, knov
have been fees involved, but had no idea that
felony.

We are asking for Shasta District Fairgrounds ⋅
their heart to forgive this family for trying to k
give him a better life, and show their daughte
in the world, that love will prevail. This little gi
best for him.

Her goat is now back on the way to the fairgr⋅
fairgrounds he will be slaughtered as fast as p
in their possession. Please find it in your heart
goat. Please help be the change to allow for li
wants him to go into fire prevention for our b
him live out his 15+ years. Please.

  

**268 likes**
JUNE 27

 Add a comment...

---

Form Approved for Optional Use
Shasta County Superior Court

**SEARCH WARRANT AND AFFIDAVIT**

Page 13 of 15

CF-0060 [September 5, 2019]

ASHB000027

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21

## ATTACHMENT "B"

Requesting solutions for the goat that was taken
Jessica Daum <jess████████████████>
Mon 6/27/2022 5:41 PM
To:

- ceo sdfeventcenter.com <ceo@sdfeventcenter.com>

Dear Shasta County Fair Manager,

I am the mom who took my daughter's goat from the fairgrounds and wanted to explain myself and look for solutions with you. If we can't come up with any other solution, I will bring the goat back for slaughter.

My daughter is 9-year-old and like most little girls she wants a horse someday. We hope to have land in the near future and hope that she gets a chance to have a horse. We joined 4-H for the opportunity for her to learn how to care for livestock, as well as it being a great opportunity for her to learn about where her food comes from and the effort it takes to raise quality meat products. Our 4-H leader said that we could keep the goat on his property since we live in a residential neighborhood and couldn't keep it at ours. Every afternoon since the beginning of April, she fed her goat and walked it, and practiced bracing. At first the goat ran from her and she didn't like her goat. A few months later he was running up to the gate to see her and she was walking him around like a dog.

I wouldn't have signed her up for the project if I thought she'd get attached. I thought the goal was to feed the goat, and that was about it. I didn't know that showmanship was a part of 4-H until she got her goat and started working with it. It was that daily interaction that created a bond that I wasn't expecting from a goat. Being brand new to 4-H we had so much to learn.

A few weeks before fair, I was told by another parent to send my daughter off to ride rides after the sale because all the goats and lambs are put into one area before loading and start fighting because they aren't used to each other. This didn't sit right with me, and felt like I would be deceiving my child. The point of our 4-H experience was for her to participate and learn how to care for livestock, not hide her from ugly parts. On the last day of fair two of my forty-year-old friends retold their experiences of doing a pig one year each at fair. They both said that it changed fair for them and they had sad memories. The theme of fair this year was Sunshine and Smiles, but there were a lot of broken hearts and tears all over the fair barns.

A few weeks ago, when I learned that the goats are taken from their pens and loaded in a way that is upsetting for the animals and the people watching, I started looking for another solution. We don't own land so couldn't keep the goat. I started asking people if I could give the goat to them so we didn't have to see it for slaughter.

I wasn't able to find a solution until the second day of fair. I had heard back from someone that I had emailed a few days prior. It was a farm to donate my daughter's goat to where he would clear land for fire prevention. The farmer has contracts with CalFire, elementary schools, and other important agencies. This resonated strongly with us as a beautiful solution since we moved here shortly before the Carr Fire and almost lost our home to it. I asked people if we could leave fair and donate him to help support farmers that do brush clearing. They said it was too late since we were already at fair. I spent the next several days pouring over the fair rules looking for a way out. I couldn't find anything in the rules that said how to quit once we were at the fairgrounds.

The last night of fair at 9 pm, it was time to say her final goodbyes. My daughter sobbed in her pen with her goat. It was heart breaking. Like my friends who had only done a market animal once, I knew that this was our last time doing a market animal. The barn was mostly empty and at the last minute I decided to break the rules and take the goat that night and deal with the consequences later. I knew when I took it that my next steps were to make it right with the buyer and the fairgrounds.

I have communicated with the buyer, Senator Brian Dahle's office. They bought the goat to support the community and are okay with the alternative solution of the goat getting to be donated to a farm that does weed abatement. They said they were told that it's up to the fair, who has said that it has to be brought back and slaughtered.

Our daughter lost three grandparents within the last year and our family has had so much heartbreak and sadness that I couldn't bear the thought of the following weeks of sadness after the slaughter of her first livestock animal. Please help find a solution that is a happy ending for my daughter and for our community.

I can understand that you have to pursue this situation in a way that discourages others from doing what I did. But, please also think of what positive changes can be made for the kids. The 4-H pledge says to lead with your head and your heart. Our head and hearts told us that our animal would be important and beneficial to use the animal for fire clearing. We didn't join 4-H to make money, and we didn't take him for any monetary reasons. We just want to give him to a farm that does fire clearing and to make things right with the fair.

I will pay you back for the goat and any other expenses I caused. I would like to ask for your support in finding a solution. I have been inspired to start a goat program where kids can raise goats and donate them to farmers who run fire clearing teams. So many kids were disappointed at fair when their goats didn't make weight, and some enjoyed raising the goats, but were upset that this is a terminal fair.

I didn't fully understand that there are terminal and non-terminal fairs and that at some fairs kids have to kill the goat that they just spent 3 months or more working with and training daily, while at there are other solutions at a non-terminal fair. I am so thankful for meat and farmers, but I am also inspired to help our youth support farmers who do fire clearing for our communities. I hope that Shasta County District Fair will make changes to let our kids have a non-terminal options.

Form Approved for Optional Use
Shasta County Superior Court

CF-0060 [September 5, 2019]

SEARCH WARRANT AND AFFIDAVIT

Page 14 of 15

ASHB000028

support solutions in clearing land to prevent fires.

If the only solution is to return the goat for slaughter and bbq meat, then I will return it so that I am not charged with a felony. I hope that I will gain your support to donate our goat to a fire clearing team and to provide another valuable farming solution for our kids that care for livestock.

Thank you so much again for supporting our 4-H kids and our farmers. Thank you for considering helping me find a solution to prevent my daughter's broken heart, a way to support fire management efforts, and to give other kids other options.

Sincerely,

Jessica Long
Mother of E████ ███
Shasta District Fair goat lot #132

Form Approved for Optional Use
Shasta County Superior Court
CF-0060 [September 5, 2019]

SEARCH WARRANT AND AFFIDAVIT

Page 15 of 15

ASHB000029