# RJN 6

12/22/23, 3:40 PM A Fair Auctioned a Beloved Goat. Its Owners Filed a Lawsuit. - The New York Times

Case 2:22-cv-01527-DAD-AC    Document 39-36    Filed 12/26/23    Page 2 of 3

The New York Times | https://www.nytimes.com/2022/09/02/us/goat-cedar-auction-shasta-county.html

# A Fair Auctioned a Beloved Goat. Its Owners Filed a Federal Lawsuit.

A Northern California woman said her young daughter bonded with a goat named Cedar that she was caring for. Sheriff's deputies hauled it away to slaughter.

By Vimal Patel

Sept. 2, 2022

In the beginning, Jessica Long's young daughter was taking care of the baby goat until it could be auctioned as livestock at the sprawling Shasta District Fair in Northern California.

But along the way, as Ms. Long explained, the relationship changed between her daughter and the goat, who became known as Cedar, or "Cedes," as her child affectionately called the easygoing male goat with the brown-and-white head.

She fed him twice a day and walked him everywhere, often on a leash, like a puppy, Ms. Long said in an interview on Thursday. The goat was afraid at first, having been taken from his herd, but he warmed up to the girl and ran up to greet her, Ms. Long said.

So as the June 25 auction approached, the idea that Cedar would be sold — not as a creature but as 82 pounds of meat — began to horrify the girl, who was enrolled in a local 4-H program.

Ms. Long said she and her daughter, trying to spare the animal from slaughter, sought to withdraw it from the auction, but were unsuccessful. After the auction, she moved Cedar to a farm more than 200 miles away in Sonoma County, according to a federal lawsuit Ms. Long filed Wednesday in Sacramento.

Fair officials threatened criminal theft charges and, at their behest, two sheriff's deputies were dispatched on July 8 to drive some 500 miles "to confiscate a young girl's beloved pet goat," the lawsuit states.

"They went and took Cedar without a warrant from this property and brought him back that evening," Ryan R. Gordon, a lawyer for Ms. Long, said in an interview on Thursday. "All the sheriff's deputy told me was, we turned him over to who we deemed was the owner. And that's the problem. The sheriff's deputies are not the judge. They don't get to deem who the owner is."

Mr. Gordon, who is co-director of the nonprofit law firm Advancing Law for Animals, said he believed Cedar might have ended up at a barbecue organized by another young farmers' group, the National FFA Organization, the next day, but he did not know for sure.

The Shasta District Fair, which is overseen by the state, directed an interview request to the California Department of Food and Agriculture. Calls and emails to the department were not immediately returned late Thursday. A spokesman for the Shasta County Sheriff's Office declined to comment, citing the pending litigation.

The lawsuit states that the two deputies, along with a third who "applied for a sham criminal warrant," violated Ms. Long's and her daughter's Fourth and Fourteenth Amendment rights that protect against unreasonable search and seizure, and guarantee due process. The fair was not named as a defendant in the lawsuit "at the moment," Mr. Gordon said.

According to the lawsuit, the highest bidder for Cedar was State Senator Brian Dahle, who is the Republican nominee for governor in a long-shot effort to unseat Gavin Newsom. Mr. Dahle's winning bid was for $902, according to the lawsuit.

"It is noteworthy that Cedar's successful bidder was not entitled to, and did not purchase, Cedar," the lawsuit stated. "Rather, the successful bidder was entitled only the cuts of meat that *were* Cedar."

12/22/23, 3:40 PM                                                        A Fair Auctioned a Beloved Goat. Its Owners Filed a Lawsuit. - The New York Times

Case 2:22-cv-01527-DAD-AC Document 39-86 Filed 12/26/23 Page 3 of 3

According to the lawsuit and an interview with Mr. Gordon, Mr. Dahle did not resist the girl's efforts to save Cedar. Mr. Dahle's office did not immediately respond to a request for comment.

After the auction, Ms. Long tried to work out a solution with fair officials, she said. She offered to pay the fair the $63 it was owed as a cut of the sale from the auction, and then even offered the full auction price, but fair officials would not relent, the lawsuit said. Ms. Long's daughter, who for privacy reasons was identified by her mother only as a girl under 10 years old, "would not leave Cedar's side" after the auction, the lawsuit said. The girl "loved Cedar and the thought of him going to slaughter was something she could not bear."

On that same day, shortly after the auction but before Cedar was transferred, the girl "exercised her statutory rights as a minor under California law to disaffirm any contract that may have existed between her and the Shasta District Fair and/or any other party with respect to Cedar," according to the lawsuit.

Ms. Long did not learn about Cedar's slaughter until a week or so after the seizure, and she did not tell her daughter until several weeks after that, when she kept asking to see the goat. When Ms. Long told the girl, she ran down the hall, jumped in her bed, slipped under the covers and cried, Ms. Long said.

"She asked, 'Why did they do that?'" Ms. Long said.

**Vimal Patel** is a higher education reporter for The Times, focusing on speech and campus culture. He was previously a reporter for The Chronicle of Higher Education. More about Vimal Patel

A version of this article appears in print on , Section A, Page 18 of the New York edition with the headline: A Fair Auctioned a Beloved Goat for Slaughter. Its Owners Filed a Federal Lawsuit.