# RJN 11

Case 2:22-cv-01527-DAD-AC    Document 39-40    Filed 12/26/23    Page 2 of 5

California

🕐 This article is more than **1 year old**

# A girl wanted to keep the goat she raised for a county fair. They chose to kill it

**A California lawsuit brought by the girl's parents accuses law enforcement of traveling hundreds of miles to confiscate a beloved pet**



📷 A California girl became attached to Cedar, a goat she was raising to sell at the county fair livestock auction. Photograph: Advancing Law for Animals

**Dani Anguiano** *in Los Angeles*

🐦 @dani_anguiano
Fri 2 Sep 2022 19.41 EDT

When a young California girl purchased a baby goat last spring, the intention was to eventually sell it at a county fair livestock auction. But after feeding and caring for the animal for months, she bonded with the goat, named Cedar, and wanted to keep it.

Instead, law enforcement officers allegedly travelled hundreds of miles to confiscate the pet, who was eventually slaughtered.

The story is laid out in a lawsuit, first reported by the Sacramento Bee, filed by the child's parent this week, in a case that has sparked outrage and criticism that the police and the county fair went too far to reclaim the goat and send a child's beloved pet to slaughter.

Jessica Long sued the Shasta county sheriff's department seeking damages and accusing the agency of violating her

12/22/23, 4:32 PM

A girl wanted to keep the goat she raised for a county fair. They chose to kill it | California | The Guardian

Case 2:22-cv-01527-DAD-AC   Document 39-40   Filed 12/26/23   Page 3 of 5

daughter's constitutional rights and wasting police resources by getting involved in a dispute between her family and a local fair association.

In July, "two sheriff's deputies left their jurisdiction in Shasta county, drove over 500 miles at taxpayer expense, and crossed approximately six separate county lines, all to confiscate a young girl's beloved pet goat", the lawsuit states. "As a result, the young girl who raised Cedar lost him, and Cedar lost his life."

According to the lawsuit, Long and her daughter purchased the baby goat while the child was enrolled in 4-H, a youth agriculture program popular in rural California. The intention of the program was that the goat would be raised by the family and eventually sold. But the girl, who is not even 10 years old, grew attached to Cedar. In June, when it was time to sell Cedar at a local fair livestock auction, she was "sobbing in his pen beside him", the lawsuit states.

"[The girl] and Cedar bonded, just as [she] would have bonded with a puppy. She loved him as a family pet," according to the lawsuit.

12/22/23, 4:32 PM                                A girl wanted to keep the goat she raised for a county fair. They chose to kill it | California | The Guardian

Case 2:22-cv-01527-DAD-AC   Document 39-40   Filed 12/26/23   Page 4 of 5



📷 Jessica Long's daughter bonded with Cedar and was distraught at the thought of selling him.
Photograph: Advancing Law for Animals

The family told the Shasta Fair Association that the girl, as was within her rights, did not want to continue with the sale of the goat. In another strange twist, the goat's meat was due to be sold to the California state senator Brian Dahle, a Republican who is also running for governor.

Long offered to "pay back" the fair for the loss of Cedar's income, but the fair association ordered her to return the goat and said she would face charges of grand theft if she failed to do so, according to the complaint. She contacted Dahle's office to explain the situation and representatives for the lawmaker said they would "not resist her efforts to save Cedar from slaughter". She also appealed to the fair association.

2022 county fair, the grandparents, with their last year mulchurnling that

has had so much heartbreak and sadness that I couldn't bear the thought
of the following weeks of sadness after the slaughter," Long said in a letter
to the fair association.

But the association was "unmoved", according to the lawsuit, rejecting
her offer and continuing to "threaten" Long with criminal charges.
Instead, they opted to "avoid the courts and instead resort to the strong-
arm tactics of involving law enforcement", the lawsuit states. Despite
having no warrant, according to the lawsuit, law enforcement seized
Cedar from the Sonoma county farm and brought him to the Shasta
district fairgrounds. He was eventually killed.

"Cedar was her property and she had every legal right to save his life," the
lawsuit states. "Yet, the Shasta Fair Association disputed her contractual
rights to do so. In response, two sheriff's deputies unreasonably searched
for and unreasonably seized Cedar, without a warrant."

The Shasta county sheriff's office has told media outlets it will not
comment on pending litigation. The fair association did not immediately
respond to a request for comment.

● This article was amended on 4 September 2022. In an earlier version,
the word "not" was omitted from the following text: "... representatives
for the lawmaker [Dahle] said they would 'not resist her efforts to save
Cedar from slaughter'."

**You've read 7 articles in the last year**                    Article count **on**

**$1,576,520**                                                **$2,000,000**

contributions                                                 our goal

I hope you appreciated this article. Before you move on, I wanted to ask if you
would consider supporting the Guardian's journalism as we prepare for one of the
most consequential news cycles of our lifetimes. **We need your help to raise $2m
to fund our reporting in 2024.**

From Elon Musk to the Murdochs, a small number of billionaire owners have a
powerful hold on so much of the information that reaches the public about what's
happening in the world. The Guardian is different. We have no billionaire owner or
shareholders to consider. Our journalism is produced to serve the public interest -
not profit motives.

And we avoid the trap that befalls much US media - the tendency, born of a desire
to please all sides, to engage in false equivalence in the name of neutrality. While
fairness guides everything we do, we know there is a right and a wrong position in
the fight against racism and for reproductive justice. When we report on issues
like the climate crisis, we're not afraid to name who is responsible. And as a global
news organization, we're able to provide a fresh, outsider perspective on US
politics - one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism
because of our unique reader-supported model. That's because of people like you.
Our readers keep us independent, beholden to no outside influence and accessible
to everyone - whether they can afford to pay for news, or not.

**If you can, please consider supporting us with a year-end gift from $1. Thank
you.**



**Betsy Reed**
*Editor, Guardian US*