# RJN 19

Case 2:22-cv-01527-DAD-AC     Document 39-47     Filed 12/26/23     Page 2 of 4

# Post

**Julia Shumway**
@JMShumway

A young girl didn't want to slaughter the goat she raised for 4H. The state senator who bought the goat at auction agreed to let it live out its days eating weeds. But sheriff's deputies drove 500 miles to kill the goat and teach a 9-year-old a lesson.



latimes.com

8:55 PM · Mar 31, 2023 · **11.9M** Views

2.7K    16K    ♥ 36K    🔖 2.6K

Post your reply                                    Reply

**Julia Shumway** @JMShumway · Apr 1
Wow, this great story by @SalHernandez struck a nerve with a lot of you! Please support your local news outlets, like the @latimes and @sacbee_news in California, so they can continue doing important time-consuming work like combing through goat-related court documents.

40    199    ♥ 3.1K    392K

**Herbi🌱ore** @herbivore_club · Apr 1
Non-vegans for ya.

    ♥ 4    79

**TCC** @liberalboarder · Apr 1
Please consider a modest donation to @Adv_Law_Animals. I did. They are a not-for-profit law firm representing the family. They are doing a great job helping being accountability to this terrible situation.

1    8    ♥ 9    650

**Advancing Law for Animals** @Adv_Law_Animals · Apr 1
Thanks so much for your support!

1    2    ♥ 3    57

Show replies

**Film Oracle** ✓ @FilmOracle_                                       Ad
It's hard to imagine that Google Earth was created for the purpose of solving decades-old cold cases, but that's exactly what happened in 2019.

**Relevant people**

**Julia Shumway**
@JMShumway
Deputy editor at Oregon Capitol press corps…
@spjoregon… reporting in… mom, natio…

**What's happening**

NHL · LIVE
**Bruins at Jets**

Politics · Trending
**Ben Carson**
4,853 posts

Politics · Trending
**Haley as VP**
1,589 posts

Politics · Trending
**Argentina**
426K posts

Trending
**Moms for Liberty**
14.6K posts

Show more

Terms of Service    Privacy
Accessibility    Ads info

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

15 19 82 159K

**goodbye to the worst website online** @angryaboutbikes · Apr 1
You say you hate the police but who are you going to call when you need to wield the state monopoly on violence to intentionally traumatize a 9 year old girl?

26 646 13K 160K

**Elaine** 🍉 @elaine_hali · Apr 1
Goats aren't particularly known for their meat. If I ever purchased one, I'd assume it's purpose would be an autonomous lawnmower, and providing milk to make goat cheese. Slaughtering it wouldn't cross my mind.

40 6 103 9.6K

**K.** @darkrose81 · Apr 1
My 9 year wants to join 4H as she loves that type of stuff. After reading this, I'm going to find her an alternative activity.

16 4 107 14K

**Anita Creamer** @AnitaCreamer · Apr 1
Very on brand. Shasta County is run by MAGA authoritarian goons. The cruelty is always the point.

57 265 3.6K 266K

**Nathan Schneider** @SchneiderForWA · Apr 1
Shasta County is in control of sociopathic right-wing extremists and criminals.

9 83 326 39K

**Advancing Law for Ar**
@Adv_Law_Animals

Messages



12/22/23, 6:03 PM (20) Julia Shumway on X: "A young girl didn't want to slaughter the goat she raised for 4H. The state senator who bought the goat at auction ag…

Case 2:22-cv-01527-DAD-AC    Document 39-47    Filed 12/26/23    Page 4 of 4




Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Advancing Law for Animals
@Adv_Law_Animals

Messages