# RJN 20



Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Post

Search

**Dr. Robert Rohde**
@RARohde

Story of police killing a little girl's goat is really sticking with me.

As such, I read the actual lawsuit. If anything, some of the details therein make it even worse.

If there is any justice, their needs to be a large punitive judgment in this case.

Details follow. 🧵

> **Julia Shumway** @JMShumway · Mar 31
> A young girl didn't want to slaughter the goat she raised for 4H. The state senator who bought the goat at auction agreed to let it live out its days eating weeds. But sheriff's deputies drove 500 miles to kill the goat and teach a 9-year-old a lesson.
> latimes.com/california/sto...

3:10 AM · Apr 3, 2023 · **2.5M** Views

139 3.6K 11K 1K

Post your reply Reply

**Dr. Robert Rohde** @RARohde · Apr 3
Amended legal complaint: reason.com/wp-content/upl...

Background: With her mother, a 9-year-old girl participating in 4-H bought a baby goat called Cedar.

She raised this goat for 3 months & bonded with it.

The original plan was for the goat to be sold for meat.

2 55 1.6K 100K

**Dr. Robert Rohde** @RARohde · Apr 3
The girl entered the goat in a Youth Auction run by the Shasta Fair Association.

However, before the date of the auction, the child and her mother informed the Fair that they had changed their minds and wanted to withdraw.

The Fair refused to allow them to withdraw.

2 96 1.8K 94K

**Dr. Robert Rohde** @RARohde · Apr 3
This is the first point where the Fair f-ed up.

The little girl was the actual owner of the goat. Under California Law, minors have a broad right to disaffirm contracts.

As a matter of law, her pre-auction request to withdraw should have been honored.

7 255 3.5K 124K

**Dr. Robert Rohde** @RARohde · Apr 3
Significantly, the Fair knew that little girl was the actual owner, as the Youth Fair rules explicitly require all animal[...]
by minors.

**Relevant peo[ple]**

**Dr. Robert [...]**
@RARohde
Lead Scient[...]
Physics PhD[...]
focused on [...]
fuels, & air [...]

**Julia Shum[...]**
@JMShumw[...]
Deputy edit[...]
Capitol pres[...]
@spjoregon[...]
reporting in [...]
mom, natio[...]

**What's happe[ning]**

NHL · LIVE
**Bruins at Jets**

Politics · Trending
**Epstein Island**
40.8K posts

Politics · Trending
**Argentina**
427K posts

Trending
**Moms for Liberty**
14.7K posts

Politics · Trending
**Haley as VP**
1,590 posts

Show more

Terms of Service Priv[...]
Accessibility Ads inf[...]

**Advancing Law for Ar[...]**
@Adv_Law_Animals

Messages

Case 2:22-cv-01527-DAD-AC    Document 39-48    Filed 12/26/23    Page 3 of 3

**Dr. Robert Rohde** @RARohde · Apr 3

The Fair went ahead with the auction. The goat was nominally sold to a State Senator for $900. The Fair was to receive $63, with the rest going to the girl.

The Fair, though acting to facilitate the sale, was at no point the actual owner of the goat.

3     91     2.3K     91K

**Dr. Robert Rohde** @RARohde · Apr 3

After the auction, the little girl and her mother again asserted that they did not want to sell Cedar, and they removed Cedar from the fairgrounds.

The following day the mother started contacting the Fair and the buyer to try and resolve the situation.

1     58     1.9K     88K

**Dr. Robert Rohde** @RARohde · Apr 3

The buyer agreed to let Cedar live.

However, the Fair insisted that Cedar must be returned and slaughtered. They refused the mother's offer to compensate them for the $63 they were owed, as well as any other costs.

5     102     2.2K     92K

**Dr. Robert Rohde** @RARohde · Apr 3

The Fair administrator seemed to want to punish them:

"Making an exception for you will only teach [our] youth that they do not have to abide by the rules."

"Also, … this has been a negative experience for the fairgrounds as this has been all over Facebook and Instagram."

18     141     2.2K     100K

**Dr. Robert Rohde** @RARohde · Apr 3

After some back and forth, the Fair contacted police.

Despite the Fair never being the legal owner of Cedar, and only actually entitled to $63, the Fair alleged grand theft.

Involving the police made things so much worse.

4     190     2.6K     89K

**Dr. Robert Rohde** @RARohde · Apr 3

The police were explicitly made aware that the ownership of the goat was disputed.

Under California Law, you can't commit grand theft if you believe (even erroneously) that the property lawfully belongs to you.

Such ownership disputes are a matter for civil courts, not police.

2     162     2.8K     88K