# RJN 21

12/22/23, 6:07 PM (20) AskAubry 🦝 on X: "Jessica raised her baby goat Cedar for the Shasta District Fair. Sen. Dahl won Cedar in the auction, but agreed to let h…

Case 2:22-cv-01527-DAD-AC    Document 39-49    Filed 12/26/23    Page 2 of 3

← Post



**AskAubry** 🦝
@ask_aubry

Jessica raised her baby goat Cedar for the Shasta District Fair. Sen. Dahl won Cedar in the auction, but agreed to let her keep the goat when she couldn't part with it.

BJ McFarlane sent deputies on her. He then had the goat slaughtered to "teach her a lesson".

**CALIFORNIA**

# A 9-year-old girl didn't want her goat slaughtered. California fair officials sent deputies after it

Jessica Long's 9-year-old daughter with her goat, Cedar. (Advancing Law for Animals)

1:16 PM · Apr 1, 2023 · **1.7M** Views

💬 551      🔁 3.1K      ❤️ 23K      🔖 638      ⬆️

Post your reply                              Reply



**AskAubry** 🦝  @ask_aubry · Apr 1



**Relevant people**

**AskAubry** 🦝
@ask_aubry
Curator of N
Takes Subm
subject to t
bit.ly/3zARv
TM=TW

**What's happe**

NHL · LIVE
**Bruins at Jets**

Trending in United Sta
**#TheBishopsWife**

Politics · Trending
**Epstein Island**
40.8K posts

Politics · Trending
**Haley as VP**
1,615 posts

Trending
**Moms for Liberty**
14.7K posts

Messages



**Advancing Law for Ar**
@Adv_Law_Animals

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

35 187 1.9K 188K

**AskAubry** 🦝 @ask_aubry · Apr 1

Los Angeles Times LOG IN

That same day, B.J. Macfarlane, livestock manager for the Shasta Fair Assn., sent Long a text message.

"We need to make arrangements to get goat back today," the text read. "If not law enforcement is going to be brought in on this."

17 91 2.7K 178K

**Advancing Law for Animals** @Adv_Law_Animals · Apr 3
Thank you for sharing our lawsuit!

2 47

**wozzeshopping** @wozzeshopping Ad
I can't stop laughing, it's the funniest toy I've ever played.🤣

Get Yours Now 👉wozze.net/stacking-game

60 504 6K

Accessibility Ads info

Messages

Advancing Law for Ar
@Adv_Law_Animals

