# RJN 22

12/14/23, 6:19 PM                petition: A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar.

Case 2:22-cv-01527-DAD-AC    Document 39-50    Filed 12/26/23    Page 2 of 8



PETITIONS                             START A PETITION    BROWSE    SIGN IN



# A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar.

by: Care2 Team
recipient: Shasta District Fair & Event Center CEO Melanie Silva a…    more

**79,516** SUPPORTERS                                          **80,000** GOAL

## Sign Petition

First Name

Last Name

Email

Country
United States

Street Address

☐ Share With Friends

**Sign Now**

☐ Don't show my name

Privacy Policy
By signing, you accept Care2's Terms of Ser
You can unsub at any time here.
Having problems signing this? Let us kno

site feedback

Last year, little Jessica began raising Cedar the baby goat for a "livestock project" through her local 4-H chapter. But Jessica learned to love Cedar as a pet and family member, so she begged to withdraw from the project and save Cedar from the slaughter he was being raised for.

But the Shasta District Fair had zero mercy or compassion. **They ripped Cedar away from Jessica, slaughtered him, and fed him to a** barbecue **party full of people.**

**Sign to demand an apology from Shasta District Fair officials for these despicable actions, as well as a vow to do better!**

**The night before Cedar was set to be** auctioned **off for slaughter, Jessica and her mother decided to ask for mercy.** Jessica's mom even offered to pay the money that the fair would lose from not auctioning off Cedar, a truly insignificant amount. Jessica and her family had legal standing to do all this, and their case is being fought right now; but more importantly, the fair organization had a moral obligation to see reason and choose empathy.

12/14/23, 6:19 PM                             petition: A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar.

Case 2:22-cv-01527-DAD-AC   Document 39-50   Filed 12/26/23   Page 3 of 8

But fair officials, obsessed with arbitrary rules based on the cruelty of the agricultural industry, wouldn't hear their pleas. **So they sent police officers hundreds of miles (using taxpayer dollars) to kidnap Jessica's beloved Cedar so he could be killed as the institution intended.**

**Cedar was just 7 months old, still a baby.**

The Shasta District Fair CEO and Board of Directors must issue an apology to the Long family, acknowledging the horrific emotional trauma caused by their actions. **But an apology is just the beginning -- this**

*more*

▮ SHARE     4K     ▮ TWEET          ▮ EMAIL          ▮ EMBED

## 79,516 SUPPORTERS

**Blake R.**
Norway                                                                                  12 days ago

**Jeanne G.**
California                                                                              17 days ago

**Spirit W.**
California                                                                              a month ago

This represents everything wrong in our world. It is incomprehensible to me that when the mother realized it was wrong and took back this pet goat , even offering to pay you, you would track it down and slaughter this childs pet. What is wrong with you people???? No moral compass or human values.

**julia Brooke B.**
Illinois                                                                                a month ago

**Carolyn B.**
Texas                                                                                   2 months ago

site feedback

**Joanne L.**
Ontario                                                                                 2 months ago

**Ron W.**

12/14/23, 6:19 PM  petition: A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar.

Case 2:22-cv-01527-DAD-AC   Document 39-50   Filed 12/26/23   Page 4 of 8

| | | |
|---|---|---|
| Stacie W. | | |
| Texas | | 3 months ago |
| Wanmai P. | | |
| California | | 4 months ago |
| Christine J. | | |
| California | | 4 months ago |
| TONI B. | | |
| Nebraska | | 4 months ago |
| Paula M. | | |
| United Kingdom | | 4 months ago |
| Case R. | | |
| Ohio | | 5 months ago |
| Kim M. | | |
| Michigan | | 5 months ago |
| name not displayed | | |
| Indiana | | 5 months ago |
| Nina S. | | |
| Michigan | | 5 months ago |
| Alexandra S. | | |
| Kansas | | 5 months ago |
| Horrific! Charge these freaks! | | |
| Amanda G. | | |
| South Carolina | | 5 months ago |

site feedback

12/14/23, 6:19 PM  petition: A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar.

Case 2:22-cv-01527-DAD-AC    Document 39-50    Filed 12/26/23    Page 5 of 8

### Ann A.
Florida                                                                 5 months ago

### Jody L.
Minnesota                                                               5 months ago

Traumatizing children shouldn\'t be one of 4Hs\' goals. This is SO WRONG, & I CANNOT BELIEVE that every single adult that was involved from the 4H officials who INSISTED that that pet be slaughtered to the police officers that kidnapped the goat failed that poor little girl so miserably. Not ONE person, not ONE police officer could stand up & say, \'No, were not taking it from her? \' That little girl tried to do things the right & honest way too. If she had lied & said the goat got sick & passed away, or was killed in an accident she would still have her goat today.

### Courtney R.
Arizona                                                                 5 months ago

### Judy F.
North Carolina                                                          6 months ago

### Minna P.
Finland                                                                 6 months ago

### Alicia C.
Alabama                                                                 6 months ago

### Kalynara M.
Brazil                                                                  6 months ago

### Jamey C.
Oklahoma                                                                6 months ago

site feedback

### John B.
Oklahoma                                                                6 months ago

### Laurie M.

12/14/23, 6:19 PM                                     petition: A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar.

Case 2:22-cv-01527-DAD-AC     Document 39-50     Filed 12/26/23     Page 6 of 8

Vermont                                                                                          6 months ago

---

**Melinda S.**
Washington                                                                                       6 months ago

---

**name not displayed**
Pennsylvania                                                                                     6 months ago

---

**Stephanie G.**
South Africa                                                                                     6 months ago

But surely this is the usual outcome for all animals involved in these ridiculous \"livestock projects\" in American schools? These animals are bound for slaughter - they are NEVER meant to be pets.

---

**caitlin t.**
Indiana                                                                                          6 months ago

---

**Barry D.**
United Kingdom                                                                                   6 months ago

---

**Troy D.**
Massachusetts                                                                                    6 months ago

---

**David T.**
United Kingdom                                                                                   6 months ago

---

**Doreen H.**
Missouri                                                                                         6 months ago

Such heartless people at Shasta District Fair! Jessica has a gentle heart full of kindness, compassion, and respect for other species. They couldn\'t make an exception to their stupid rules? They spent hard earned tax payer dollars to seize a goat! Those dollars could have been used for seizing real criminals than taking a beloved goat from a child who raised it and didn\'t want it to be slaughtered. Good God, what is this world coming to!! Jessica is now traumatized and will forever feel she is responsible for Cedar\'s death - - - all because a group of adults needed to behave like bullies and intimidate a child.

site feedback

12/14/23, 6:19 PM — petition: A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar.

Case 2:22-cv-01527-DAD-AC   Document 39-50   Filed 12/26/23   Page 7 of 8

| | | |
|---|---|---|
| **Lisa P.** Florida | | 6 months ago |
| **Kirsty G.** United Kingdom | | 6 months ago |
| **Paul H.** United Kingdom | | 6 months ago |
| **Brandon L.** Ontario | | 6 months ago |
| **janet m.** New Hampshire | | 6 months ago |
| **Cynthia B.** California | | 6 months ago |
| **anna-lisa k.** Western Australia | | 6 months ago |
| **neil s.** United Kingdom | | 6 months ago |
| **Thư N.** Viet Nam | | 6 months ago |
| **Rhonda K.** Arizona | | 6 months ago |
| **Kathy B.** West Virginia | | 6 months ago |
| **Lesley M.** Michigan | | 6 months ago |

site feedback

12/14/23, 6:19 PM                                petition: A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar.

Case 2:22-cv-01527-DAD-AC    Document 39-50    Filed 12/26/23    Page 8 of 8

### Chantal S.
France                                                                6 months ago

### Vladimir S.
Spain                                                                 6 months ago

### Lauren W.
Maryland                                                              6 months ago

load more

**See more petitions:**
Animal Rights
Children's Rights

"The best way to predict the future is to create it!"
- Denis Gabor

Start Petition

Start A Petition
Petitions Home
Successful Petitions
About Petitions
Activist University
Petition Help




**Our Promise:** Welcome to Care2, the world's largest community for good. Here, you'll find over 45 million like-minded people working towards progress, kindness, and lasting impact.

**Care2 Stands Against:** bigots, racists, bullies, science deniers, misogynists, gun lobbyists, xenophobes, the willfully ignorant, animal abusers, frackers, and other mean people. If you find yourself aligning with any of those folks, you can move along, nothing to see here.

**Care2 Stands With:** humanitarians, animal lovers, feminists, rabble-rousers, nature-buffs, creatives, the naturally curious, and people who really love to do the right thing.
**You are our people. You Care. We Care2.**