RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs E.L., a minor, and Jessica Long
and Counter-Defendant Jessica Long

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>　　　　　Plaintiffs,<br>　　v.<br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Case No. 2:22-cv-01527-DAD-AC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANT JESSICA LONG'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS OF MELANIE SILVA AND B.J. MACFARLANE PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>[Motion to Dismiss filed concurrently]<br><br>Date: February 20, 2024<br>Time: 1:30 pm<br>Courtroom: 4, 15th Floor<br><br>Trial Date: February 10, 2025<br><br>Action Filed: August 31, 2022 |

Plaintiff and Counter-Defendant Jessica Long ("Mrs. Long"), hereby requests, under Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following items in connection with Counter-Defendant Jessica Long's Motion Dismiss Counterclaims of Melanie Silva and B.J. Macfarlane Pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6):

1. CAL. DEP'T OF FOOD & AGRIC., 2022 STATE RULES FOR CALIFORNIA FAIRS, *available at* https://www.cdfa.ca.gov/FairsAndExpositions/Documents/Circular_Letters/2022/2022_State_Rules.pdf a true and correct copy of which is attached hereto as **RJN 1**;

2. SHASTA DISTRICT FAIR AND EVENT CENTER, 2022 ENTRY INFORMATION AND GUIDELINES, defined in the concurrently filed memorandum as the Exhibitor Handbook, a true and correct copy of which is attached hereto as **RJN 2**, with relevant provisions marked for ease of reference. The documents constituting to this Exhibitor Handbook were previously available online at or around the time of the 2022 Shasta District Fair at https://www.shastadistrictfairandeventcenter.com/enter-your-stuff. But this website has since been updated with 2023 documents. RJN 2 includes the webpage as it existed on May 27, 2022 from archive.org, as reflected on the following archival website: https://web.archive.org/web/20220527194342/https://www.shastadistrictfairandeventcenter.com/enter-your-stuff  All links displayed on this page, once clicked and assembled together, comprise the RJN 2, the Exhibitor Handbook.

3. SHASTA DISTRICT FAIR AND EVENT CENTER, ALL GENERAL LIVESTOCK RULES AND GUIDELINES, a true and correct copy of which is attached hereto as **RJN 3**. Note that this document is a subsection of the Exhibitor Handbook, *supra* at ¶ 2, and is marked for ease of review;

4. Plaintiff Mrs. Long and Plaintiff E.L.'s Second Amended Complaint for Damages in this matter, filed as ECF No. 25 and defined in the concurrently filed memorandum as SAC, a true and correct copy of which is attached hereto as **RJN 4**.

Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary

ADVANCING LAW FOR ANIMALS

information." Fed. R. Evid. 201(c)(2). "The Court may take judicial notice of public documents, records, and reports of government bodies." *Nelson v. F. Hoffmann-La Roche, Inc.,* 642 F.Supp.3d 1115, 1126 (N.D. Cal 2022). Additionally, "[u]nder Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015); *Daniels-Hall v. Nat'l Educ. Ass'n,* 629 F.3d 992, 998-99 (9th Cir. 2010); *Teixeira v. Cty. of Alameda,* 873 F.3d 670, 676 n.6 (9th Cir. 2017).

**RJN 1** is judicially noticeable because it is a public record of the California Department of Food and Agriculture (CDFA), a government agency, and also because CDFA makes it publicly available on its website.

**RJN 2** and **RJN 3** are judicially noticeable as they are each public documents from the 27th District Agricultural Association, d/b/a the Shasta District Fair and Event Center, a government entity. *See, e.g.,* Cal. Food & Agric. Code §§ 3851, 4051; *see also Kuba v. 1-A Agr. Ass'n,* 387 F.3d 850, 852 (9th Cir. 2004) (district agricultural association was "governmental entity created by the State of California"). Further, these documents are available online at archive.org, captured from the relevant time of May 27, 2022. "Courts have taken judicial notice of … Archive.org's 'Wayback Machine,' finding that Archive.org possesses sufficient indicia of accuracy that it can be used to readily determine the various historical versions of a website." *EVO Brands, LLC v. Al Khalifa Group LLC*, 657 F.Supp.3d 1312, 1322 (C.D. Cal. 2023), citing *UL LLC v. The Space Chariot Inc. et al.*, 250 F.Supp.3d 596, 604 n.2 (C.D. Cal. 2017); *Erickson v. Nebraska Mach. Co.*, No. 15-cv-01147-JD, 2015 WL 4089849, at *1 (N.D. Cal. July 6, 2015); *see also Pond Guy, Inc. v. Aquascape Designs, Inc.*, No. 13-13229, 2014 WL 2863871, at *4 (E.D. Mich. June 24, 2014) ("As a resource the accuracy of which cannot reasonably be questioned, the Internet Archive has been found to be an acceptable source for the taking of judicial notice.")

**RJN 4** is judicially noticeable as it is a court filing in this matter.

Because the above items meet the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, the Court must take judicial notice of them pursuant to Rule 201(c)(2).

**ADVANCING LAW FOR ANIMALS**

Dated: December 26, 2023          By:    /s/Ryan Gordon
                                  Ryan Gordon
                                  Vanessa Shakib
                                  Attorneys for Plaintiffs