# RJN 2

# ENTRY INFORMATION AND GUIDELINES

## BE A WINNER ----- ENTER THE SHASTA DISTRICT FAIR

Study the Divisions and Classes available in the Department(s) you wish to enter to determine the proper category for your entry. If you need clarification of any rule or category, please write, email or call the Fair Office.

Please read all General State and Local Rules. Carefully read all special rules at the beginning of the Department you are interested in entering.

# ENTRIES WILL ONLY BE ACCEPTED ONLINE.

If you do not have access to the internet or do not have a debit/credit card you can come to the fair office to complete entries. To enter, our website is www.shastadistrictfairandeventcenter.com . Please call the fair office if you have any questions 530-378-6789.

The Management reserves the right to eliminate Divisions if sufficient entries are not received to afford competition.

### ENTRY FORM CLOSING DATES:

| | | |
|---|---|---|
| **Outside Gardens** | **May 20th** | **5 PM** |
| **Jr. & Sr. Livestock Departments** (Must include liability waiver) | **May 20th** | **5 PM** |
| **All Junior Vocational Arts** | **May 20th** | **5 PM** |
| **All Jr. & Sr. Feature Booths** | **May 20th** | **5 PM** |
| **All Still Exhibits & Special Contests** | **May 20th** | **5 PM** |
| **All Jr. & Sr. Home Arts Departments** | **May 20th** | **5 PM** |
| **Agriculture Horticulture Department** | **June 17th** | **5 PM** |
| **Floriculture Department** | **June 17th** | **5 PM** |
| **Independent Exhibitors** (Exhibitor/Parent/Fair Agreement for Steers & Heifers) | **Feb 20th** | **5 PM** |
| **Independent Exhibitors** (Exhibitor/Parent/Fair Agreement for Small Animals) | **May 20th** | **5 PM** |

### Late entries will NOT be accepted under any circumstances. No Post entries will be accepted.

*Exhibitor Guidebook & Entry Forms Now Available On-Line*
*Log on to www.shastadistrictfairandeventcenter.com*

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
2                                                                 revised 2/4/2022

## STILL EXHIBITS RECEIVING SCHEDULE

| **Saturday** June 18, 2022 | **Sunday** June 19, 2022 | **Sunday Cont.** June 19, 2022 | **Monday** June 20, 2022 | **Wednesday** June 22, 2022 |
|---|---|---|---|---|
| 8:00AM-2:00PM | 8:00AM-5:00PM | *Continued* | 8:00AM-6:00PM | 8:00AM |
| Wine | Vocational Arts | Fair Theme | Gardens | Cream Pies |
| Beer | Arts & Crafts | 4-H Robotics & Rocketry | Feature Booth | Pastries |
| | Beading | Roots in Agriculture | | |
| | Clothing & Textls. | Treasures from Trash | **Tuesday** June 21, 2022 | |
| | Gift Wrapping | Lego Sculpture | | |
| | Home Arts-4-H | Gems & Minerals | 8:00AM-6:00PM | |
| | Deco. Hats & Boxes | | Ag/Horticulture | |
| | Photography | | Baked Foods | |
| | Preserved Foods | | Chocolate Cake | |
| | Scrap Books | | Floriculture | |
| | Stamp Art | | Ag Art | |
| | Christmas In June | | Picnic Basket | |
| | Feature Booth | | G'ma Cookie jar | |
| | Gardens | | Scarecrow | |
| | Needle Art | | Gardens | |
| | Website Design | | Ugly Cake | |
| | Computer Graphics | | Feature Booth | |
| | Computer Art | | Decorated Cow Cookies | |
| | Ag. Literacy | | Color Bowls | |

**\* Hours for Receiving entries 8 AM to 5 PM**
**\*\* For more information please See beginning of each section**

## STILL EXHIBITS JUDGING SCHEDULE

| Saturday<br>June 18, 2022 | Saturday<br>June 18, 2022 | Monday<br>June 20, 2022 | Tuesday<br>June 21, 2022 | Wednesday<br>June 22, 2022 |
|---|---|---|---|---|
| 2:30 PM | 2:30 PM | 9:00 AM | 9:00 AM | 9:00 AM |
| Wine | Beer | Fair Theme | 4-H Robotics & Rocketry | Ag/Horticulture |
| | | Arts & Crafts | Vocational Arts | Baked Foods |
| | | Clothing & Textiles | Scrap Books | Chocolate Cake |
| | | Gift Wrapping | Treasures from Trash | Floriculture |
| | | Deco. Hats & Boxes | Beading | Ag Art |
| | | Computer Art | Needle Art | Picnic Basket |
| | | Photography | Stamp Art | G'ma Cookie jar |
| | | Agriculture Literacy | Preserved Foods | Scarecrow |
| | | Website Design | | Gardens |
| | | Computer Graphics | | Gingerbread Houses |
| | | 4-H Clothing & Textiles | | Feature Booth |
| | | Christmas in June | | Ugly Cake |
| | | Lego Sculptures | | Decorated Cow Cookies |
| | | Roots in Agriculture | | Color Bowls |
| | | Gems & Minerals | | Charcuterie Boards |
| | | Fine Arts | | |

** For more information please see beginning of each section

# FEATURE BOOTH COMPETITION

## COUNTY --- COMMUNITY --- ORGANIZATION BOOTHS

*Limited to Shasta County*

### ENTRIES CLOSE: Fri., May 20 - 5 PM

| ENTRY LIMIT: | One | |
| --- | --- | --- |
| ENTRY FEES: | Variety Booth: | $10.00 |
| | Special Booth: | $10.00 |
| ENTRY FORM: | Online | |
| EXHIBITS RECEIVED: | Sun-Tues, June 19-21, 8AM-4PM | |
| | *Exhibits delivered to Trinity Hall* | |
| EXHIBITS JUDGED: | Wed., June 22, 9 AM | |
| EXHIBITS RELEASED: | Sun., June 26, 8 AM - 3 PM | |
| AMERICAN SYSTEM OF JUDGING | | |

**Feature Booths will be displayed in Trinity Hall**

General Feature Booths Guidelines and Rules:

1. Feature Booths shall be limited to one entry by or for a County, Community, Organization, or Non-Commercial entry in this department.
2. Feature Booth size shall be 10'x10'and should be sufficiently filled
3. **All lighting in Feature Booths must have on/off switch accessible to the Fair Staff.**
4. Exhibits must be maintained for the duration of the Fair.
5. All booths will have an 8-ft. back wall and 3ft. sidewalls made with pipe & drape materials. Exhibitors may not staple or pin any items to the curtains.
6. All Feature Booths are Non-staffed booths. Staffed booths are considered Commercial Booths and are not displayed in this building. Please see the Commercial Exhibits Policies for Staffed booths.

## VARIETY FEATURE BOOTHS

Variety Feature Booth Guidelines and Rules:

1. Variety Feature Booths will be limited to those which display the advantages and the diversity of the agricultural products (either actual product or replica thereof) grown in Shasta County, a community or area represented.
2. Products displayed must have been produced by members of the Community or Organization within the area represented.
3. A typewritten or printed list of the products contained in the booth, arranged alphabetically, or separately by classes, must be attached to (or be a part of) the exhibit, or the percentage of the score earned for Variety will be disallowed

| Premiums offered for Variety Booths | | |
| --- | --- | --- |
| 1st | 2nd | 3rd |
| $100.00 | $80.00 | $60.00 |

## DIVISION 1 Variety Feature Booths

Class: 1    100 square feet

## SPECIAL FEATURE BOOTHS

*Special Feature Booths must be sponsored by a Club or Organization displaying a project or activity of that Club or Organization.*

| Premiums offered for Special Booths | | | | |
| --- | --- | --- | --- | --- |
| 1st | 2nd | 3rd | 4th | 5th |
| $100.00 | $80.00 | $60.00 | Ribbons | Only |

## DIVISION 2 Special Feature Booths

Class: 1    100 square feet

| **Feature Booths Scorecard** | |
| --- | --- |
| *(NOTE: Judges shall give preference to booths using natural materials in decorations & backgrounds.)* | |
| EDUCATIONAL VALUE: | 20% |
| Information value through the use of labeling, legends & any other manner information is conveyed to the public. | |
| QUALITY: | 30% |
| Excellence of quality displayed. To be determined by market value standards. Immature or overripe products reduce the quality. | |
| DECORATION & ARRANGEMENT: | 15% |
| Effective use of articles, products, color and animation attractive arrangement & proper grouping of commodities to achieve well-balanced harmony. | |
| LIGHTING: | |
| 10% | |
| Dramatic effects, color and/or any other techniques. | |
| EXHIBIT THEME: | 20% |
| Thought or idea, expressed by design or feature of the exhibit. | |
| VARIETY: | 15% |
| Number of different kinds of products displayed, bearing in mind the diversity or limitations of the area each exhibit represents. Additional varieties of the area will count only as enhancing the overall appearance of the exhibit. Separate fruit and/or vegetable varieties shall count as additional varieties only when sufficiently mature to show individual varietal characters. Canned or processed products shall not be counted as additional varieties of a raw product. Judges shall deduct whenever the quantity of the product is not sufficient to display satisfactory. | |
| *INDIGENOUS NON-CULTIVATED PLANTS AND TREES, OR THEIR PRODUCTS, FLOWERS AND ORNAMENTAL PLANTS SHALL NOT BE COUNTED EXCEPT WHEN THE FLOWERS ARE A COMMERCIAL CROP IN THE AREA REPRESENTED.* | |
| TOTAL SCORE: | 100% |

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
8     revised 1/10/2022

# FEATURE BOOTH COMPETITION

## COUNTY --- COMMUNITY --- ORGANIZATION  BOOTS

*Limited to Shasta County*

### ENTRIES CLOSE: Fri., May 20 - 5 PM

| ENTRY LIMIT: | One |
|---|---|
| ENTRY FEES: | Variety  Booth:  $10.00 |
| | Special  Booth:  $10.00 |
| ENTRY FORM: | Online |
| EXHIBITS RECEIVED: | Sun-Tues, June 19-21, 8AM-4PM |
| | *Exhibits delivered to Trinity Hall* |
| EXHIBITS JUDGED: | Wed., June 22, 9 AM |
| EXHIBITS RELEASED: | Sun., June 26, 8 AM - 3 PM |

**AMERICAN SYSTEM OF JUDGING**

**Feature Booths will be displayed in Trinity Hall**

General Feature Booths Guidelines and Rules:

1. Feature Booths shall be limited to one entry by or for a County, Community, Organization, or Non-Commercial entry in this department.
2. Feature Booth size shall be 10'x10'and should be sufficiently filled
3. **All lighting in Feature Booths must have on/off switch accessible to the Fair Staff.**
4. Exhibits must be maintained for the duration of the Fair.
5. All booths will have an 8-ft. back wall and 3ft. sidewalls made with pipe & drape materials. Exhibitors may not staple or pin any items to the curtains.
6. All Feature Booths are Non-staffed booths.  Staffed booths are considered Commercial Booths and are not displayed in this building.  Please see the Commercial Exhibits Policies for Staffed booths.

## VARIETY FEATURE BOOTHS

Variety Feature Booth Guidelines and Rules:

1. Variety Feature Booths will be limited to those which display the advantages and the diversity of the agricultural products (either actual product or replica thereof) grown in Shasta County, a community or area represented.
2. Products displayed must have been produced by members of the Community or Organization within the area represented.
3. A typewritten or printed list of the products contained in the booth, arranged alphabetically, or separately by classes, must be attached to (or be a part of) the exhibit, or the percentage of the score earned for Variety will be disallowed

| Premiums offered for Variety Booths | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $100.00 | $80.00 | $60.00 |

### DIVISION     1      Variety Feature Booths

Class:  1      100 square feet

## SPECIAL FEATURE BOOTHS

*Special Feature Booths must be sponsored by a Club or Organization displaying a project or activity of that Club or Organization.*

| Premiums offered for Special Booths | | | | |
|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th |
| $100.00 | $80.00 | $60.00 | Ribbons | Only |

### DIVISION     2      Special Feature Booths

Class:  1      100 square feet

### Feature Booths Scorecard

*(NOTE:  Judges shall give preference to booths using natural materials in decorations & backgrounds.)*

EDUCATIONAL VALUE: — 20%
  Information value through the use of labeling, legends & any other manner information is conveyed to the public.
QUALITY: — 30%
  Excellence of quality displayed.  To be determined by market value standards.  Immature or overripe products reduce the quality.
DECORATION & ARRANGEMENT: — 15%
  Effective use of articles, products, color and animation attractive arrangement & proper grouping of commodities to achieve well-balanced harmony.
LIGHTING:
  10%
  Dramatic effects, color and/or any other techniques.
EXHIBIT THEME: — 20%
  Thought or idea, expressed by design or feature of the exhibit.
VARIETY: — 15%
  Number of different kinds of products displayed, bearing in mind the diversity or limitations of the area each exhibit represents.  Additional varieties of the area will count only as enhancing the overall appearance of the exhibit.  Separate fruit and/or vegetable varieties shall count as additional varieties only when sufficiently mature to show individual varietal characters.  Canned or processed products shall not be counted as additional varieties of a raw product.  Judges shall deduct whenever the quantity of the product is not sufficient to display satisfactory.
*INDIGENOUS NON-CULTIVATED PLANTS AND TREES, OR THEIR PRODUCTS, FLOWERS AND ORNAMENTAL PLANTS SHALL NOT BE COUNTED EXCEPT WHEN THE FLOWERS ARE A COMMERCIAL CROP IN THE AREA REPRESENTED.*
                        TOTAL SCORE: — 100%

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
8                                    revised 1/10/2022

# FLORICULTURE

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*



## Reminder!!

**Please Note: There will only be one flower show.**

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., June 17, 5 PM |
| **ENTRY FEES:** | See Divisions NEW entry fees |
| **ENTRY FORMS:** | Online |
| **ENTRIES RECEIVED:** | Tues., June 21, 8 AM – 5 PM |
| | *Entries delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| | **AMERICAN SYSTEM OF JUDGING** |

Floriculture Guideline and Rules:
1. Exhibits in this Department must have been grown by the exhibitor within the County, District or Community represented by the exhibitor, except classes for arrangements. Florist and nurseries may exhibit plants, plant materials and flowers which they currently sell but not necessarily grow.
2. Only persons licensed to sell nursery stock may sell plant materials which have been incorporated in displays.
3. EXHIBITS MUST BE ADEQUATELY AND CORRECTLY LABELED
4. In the fresh-cut flower classes, three stems with blooms must be displayed in each container; leaves should be removed if they will be under water.
5. Shasta District Fair will furnish vases for the fresh-cut flowers, only.
6. Entries open to non-commercial flower growers, except Div. 52.
7. BOOTH: Fresh plant material should predominate.
8. **No limit of entries per class except Division 32,38,51,52,& 53**
9. If flowers deteriorate, replace on Friday Between 9 AM & 11 AM
10. A vase is a container that is taller than it is wide.
11. Arrangements not to exceed 24 inches in width or depth.
12. No use of dye, color spray or glitter.

---

BEST OF SHOW
*Ribbons Only*

Bonsai   African Violets   Cacti & Succulents
Mini Potted Roses

---



## INDIVIDUAL   EXHIBITS

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fee-$1.00 per entry/per class* | | |

---

Sweepstakes for Floriculture Department
*(321)*
**Awards Contingent on Sponsorship**
*(Individual Exhibits only, booths excluded)*

| 1st | 2nd | 3rd |
|---|---|---|
| $12.00 | $8.00 | $4.00 |
| **Entry Fee-$1.00 per entry/per class** | | |

### DIVISION   32   Potted Plants
*Limited to one entry per exhibitor per class*
*NOTE: Bonsai may be any kind, style or number shown in suitable container*

Class:
1. African Violet in Bloom
2. Asparagus, Ornamental
3. Begonia, Tuberous
4. Begonia, Other
5. Bonsai, miniature less than 7" high or wide
6. Bonsai, medium, 7" to 18" high or wide
7. Bonsai, large over 18" high or wide
8. Bonsai, miniature landscape of growing trees or plants (rocks or figurine permitted)
9. Cacti - in 1 container
10. Cactus
11. Caladium
12. Coleus
13. Fern
14. Geranium in bloom
15. Philodendron
16. Plant (foliage)
17. Plant in bloom
18. Succulents (in 1 container)
19. Mini Potted Rose
20. Mini, Any
21. Orchid, Any
22. Other not listed

### DIVISION   33   Shrubs
*Note: If flowers deteriorate, replace on Friday between 9 AM & 11 AM*
Class:
1. Shrubs, berried
2. Shrubs, flowered

### DIVISION   34   Miscellaneous
*Note: If flowers deteriorate, replace on Friday between 9 AM & 11 AM*
Class:
1. Basket -Cut Flowers *(One Variety)*
2. Basket - Cut Flowers *(Mixed)*
3. Dried Flower Collection
4. Corsage *(fresh material)*
5. Corsage *(Dry Material)*
6. Boutonniere *(Corsage)*
7. Indoor Garden/Terrarium

### DIVISION   35   Bridal Party Florals
*Note: If flowers deteriorate, replace on Friday between 9 AM & 11 AM*
Class:                      *Fresh Flowers*
1. Brides Bouquet
2. Mother's corsage
3. Maid of Honor Bouquet
4. Groom's Boutonniere
5. Flower Girl Basket

*Dry or Silk*
6. Brides Bouquet
7. Mother's corsage
8. Groom's Boutonniere
9. Flower Girl Basket

---

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*

revised 2/17/2022

# FLORICULTURE

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## DIVISION   36   Bouquets

*Use at least 10 stems and more if desired and at least 2 varieties unless otherwise stated.  Display in your own container using any style arrangement.*
*Note: If flowers deteriorate, replace on Friday between 9 AM & 11 AM*

Class:
1. Mixed Annuals & Perennials      3.  One variety, Annuals
2. One variety of Perennials

## DRY & SILK ARRANGEMENTS
### (arrangements not to exceed 24 inches in width or depth)

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry fee $1.00 per entry/per class* | | |

## DIVISION   37   Open Arrangements
### (OPEN TO ALL)

Class:
1. Dry Arrangement
2. Silk Flower Arrangement
3. Fair Theme

## DIVISION   38   Table Settings



*no silverware -- size limit: 23" by 23"*
*must use fresh flowers or foliage*
*one entry per class per exhibitor*
*Note: If flowers deteriorate, replace on Friday between 9 AM & 11 AM*

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |
| *(Entry Fee:  $1.00 per Entry per Class)* | | |

Class:
1. Wedding                    4.  Afternoon Tea
2. Christmas                  5.  Fair Theme
3. Thanksgiving

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |
| ***Entry Fee-$ 1.00 per entry /per class*** | | |

---

**Special Awards**

BEST OF SHOW    DIVISION 39   *(391)*   $25.00

BEST OF SHOW    DIVISONS 41 – 44    $25.00
                *(411, 421, 431, 441)*
*Arrangements*
**Awards Contingent on Sponsorship**

---

## DIVISION   39   Fresh Cut Flowers
Class:    *(3 stems)*

1. Ageratum
2. Alyssum
3. Asters
4. Calendula, Single
5. Calendula
6. Carnation
7. Celosia
8. Chrysanthemums
9. Coral Bells
10. Corespsis
11. Cosmos
12. Dahlia, Any
13. Daisy, Gloriosa
14. Daisy, Marconi
15. Daisy, Shasta
16. Daisy, Shasta –Mini
17. Daisy, , Other
18. Dianthus, Pink
19. Everlasting, Globe Amaranth
20. Everlasting, Statice
21. Forget-Me-Nots
22. Gaillardias, Prnnl
23. Gladiola – 1 stem
24. Geranium
25. Hydrangea
26. Larkspur
27. Lily, Day, Single
28. Lily, other varieties
29. Marigold, African
30. Marigold, French
31. Marigold, Sgl French
32. Nasturtiums
33. Orchid, Any
34. Pansy
35. Petunia
36. Petunia, Single
37. Petunia, Double
38. Scabiosa
39. Sweet Peas
40. Verbena
41. Viola
42. Any Other, Specify
43. Collections, Any
44. Best New Flower-*Named*

*Collections must be 5 or more varieties, number of varieties to count*
*Exhibitor must provide vase.*

## DIVISION   40   Roses
### (3 stems)

Class:
1. Hybrid teas           5.  Miniature
2. Grandiflora           6.  Roses, other
3. Floribunda            7.  Roses-Collection
4. Floribunda, Spray     *(6 varieties in one container, named)*



*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
12                                revised 2/17/2022

# FLORICULTURE

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## ARRANGEMENTS

*Note: Fresh flowers and foliage are required in all arrangements, & cannot be a potted plant*
**(Arrangements not to exceed 24 inches in width or depth)**

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fee-$1.00 per entry/per class* | | |

### DIVISION   41   Novice Arrangements
*(Open to those who have never won a blue ribbon in artistic arrangement in any organized flower show)*

Class:
1. California Gold
2. Some like it Hot
3. Dance with Me
4. Bon Voyage
5. Red Letter Day
6. A Little Bit Country
7. Grand Champion
8. Let Freedom Ring

### DIVISION   42   Intermediate Fresh Arrangements
*(Open to those who have won a blue ribbon but not more than five blue ribbons in any organized flower show)*

Class:
1. Midnight Delight
2. Jewel Box
3. Forest Time
4. Golden Anniversary
5. Something Old Something New
6. Santa was Here
7. Patchwork Quilt
8. Country Trails

### DIVISION   43   Advanced Fresh Arrangements

Class:
1. Summer Round Up
2. By The Sea
3. Partners [2 containers]
4. Orient Express
5. American Spirit
6. Stack it Up
7. Irish Mist
8. Wedding Dreams

### DIVISION   44   Open Arrangements
*(OPEN TO ALL)*

Class:
1. Kitchen Kapers
2. Timeless Traditions
3. Americana
4. Hot Stuff
5. Jungle in the Park
6. Fair Theme



## GARDENS

| ENTRIES CLOSE: | Fri, May 20, 5 PM |
|---|---|
| ENTRY FEES: | See Divisions |
| ENTRY FORMS: | Online |
| ENTRIES RECEIVED: | Sun -Tues., June 19–20 |
| | 8 AM – 5 PM |
| EXHIBITS JUDGED: | Wed., June 22, 9 AM |
| EXHIBITS RELEASED: | Sun., June 26, 8 AM-3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

Floriculture Booth Guideline and Rules:
1. Exhibits in this Department must have been grown by the exhibitor within the County, District or Community represented by the exhibitor. Florist and nurseries may exhibit plants, plant materials and flowers which they currently sell but not necessarily grow.
2. Only persons licensed to sell nursery stock may sell plant materials which have been incorporated in displays.
3. EXHIBITS MUST BE ADEQUATELY AND CORRECTLY LABELED
4. **All lighting in Feature Booths must have on/off switch accessible to the Fair Staff.**
5. Entries open to non-commercial flower growers, except Div. 52.
6. BOOTH: Fresh plant material should predominate.
7. All plant materials must be inside design area.

### DIVISION   51   Non-Commercial Floriculture Displays

| Premiums Offered Per Class | | | |
|---|---|---|---|
| 1st | 2nd | 3rd | 4th |
| $175 | $150 | $100 | Ribbon |
| *(Entry Fee: $20.00 per Entry per Class)* | | | |

*Booths will be displayed in Trinity Hall*

Class:
1. Non-Commercial Garden
**Encourage use of Fair Theme –**
*Flower booth by Individuals or Organizations, 10 ft. by 10 ft. (100 sq. feet). Booths shall be uniform in size*

### DIVISION   52   Commercial & Professional Garden Displays

| Premiums Offered Per Class | | | |
|---|---|---|---|
| 1st | 2nd | 3rd | 4th |
| $175 | $150 | $100 | Ribbon |
| *(Entry Fee: $20.00 per Entry per Class)* | | | |

Class:
1. Commercial Garden –
**Encourage use of Fair Theme –**
Booth size will be determined *Booths shall be uniform size-Commercial booths will be displayed in Fusaro Hall-*
Limited to first 4 Entries

***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***

revised 2/17/2022

# FLORICULTURE

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

| Score Card for Divisions 51, 52 & 53 | |
|---|---|
| Design | 25% |
| Plant Material, Selection and Care | 25% |
| Proportion to Scale | 15% |
| Appropriateness | 10% |
| Condition | 10% |
| Accessories | 10% |
| Lighting | 5% |
| Total Score: | 100% |

## DIVISION 53    Outside Garden

| Premiums Offered Per Class | | | | |
|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th |
| $175 | $150 | $100 | Ribbon | Ribbon |
| *(Entry Fee: $20.00 per Entry per Class)* | | | | |

Guidelines for Outside Garden:
1. Pre-planting, anytime after submission of entry form and prior to June 21, 2022.
2. To contain in-ground & container planting.
3. All gardens must be maintained prior and during the Fair, and should be watered daily by Exhibitor.
4. Choice of planting plots will be made by order of entries received and shall be limited to the 1st four entries.
5. Fairgrounds will be open for working on garden between 8 AM to 4:45 PM -- Monday thru Friday.

Class:
1. Outside Garden
 **Encourage use of Fair Theme:  Sunshine, Smiles & You at the Shasta District Fair 2022!**

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
14                                                          revised 2/17/2022

# FOOD DEPARTMENT

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## FOODS SPECIAL AWARDS

### BEST OF SHOW AWARDS

**BREADS - BISCUITS - ROLLS**
**CAKES - COOKIES - PIES - PASTRY** *(701)(801)*
Divisions: 70 thru 76
**Award Contingent on Sponsorship**
**CONFECTIONS - SPECIAL MIX TRICKS** *(651)* **$25.00**
Divisions: 65 - 66
**DECORATED CAKES** *(671)* **$ 40.00**
*Awards Contingent on Sponsorship*

## REMINDER!!

*There is only one Baked foods show.*

## BAKED FOODS***CONFECTIONS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $1.00 per entry per class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 2 entries/exhibitor/class |
| **ENTRIES RECEIVED:** | Tues., June 21, 8 AM – 5 PM |
| | *Entries Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

*\*\*Still Exhibits will be displayed in Trinity Hall\*\**

1. All entries in this Division must be home prepared by the exhibitor.
2. All entries must be wrapped in clear plastic.
3. Refrigerated pies and pastries only may be brought in Wednesday, June 23, prior to 8 AM.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

### DIVISION  65          Confections
(Half Pound on 6" paper plates)

Class:
1. Brittle
2. Carmel
3. Divinity
4. Fudge
5. Hard Candy
6. Mints
7. Chocolate/peanut butter
8. Toffee
9. Any other, not listed, Specify

### DIVISION   66          Special Mix Tricks
Using a package mix as a base, use your own favorite version.
<u>*Your recipe must accompany the entry form on a 3"x 5" card.*</u>



Class:
1. Cake, Light or Dark, Layer
2. Cake, with added Fruit, Loaf
3. Cookies, Dropped or Rolled
4. Cookies, Bars or Brownies
5. Muffins, Any Variety
6. Quick Bread, Fruit or Nut
7. Any Other, Specify

### DIVISION  67 Decorated Cakes
(Fresh Cakes or Styrofoam forms may be used)

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $10.00 | $7.50 | $5.00 |
| Entry Fee:  $1.50 Per Entry Per Class | | |

Class:
1. Thanksgiving
2. Birthday, Shower, etc.
3. Wedding Cakes
4. Novelty, Doll, Hat, House, Animals etc., Specify
5. Fair Theme



*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
15                                                                 revised 2/4/2022

# FOOD DEPARTMENT

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## BAKED FOODS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $1.00 per entry per class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 2 entries/exhibitor/class |
| **ENTRIES RECEIVED:** | Tues., June 21, 8 AM – 5 PM |
| | *Entries Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| | **AMERICAN SYSTEM OF JUDGING** |

*\*\*Still Exhibits will be displayed in Trinity Hall\*\**

Premiums Offered Per Class

| 1st | 2nd | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |

Sweepstakes for Sr. Foods *(702)*

| 1st | 2nd | 3rd |
|---|---|---|
| $8.00 | $6.00 | $4.00 |

### DIVISION   70   Breads

(Half loaf, (approximately half pound) on 9" paper plates)

Class:
1. French Sourdough
2. French - Sweet
3. Nut Bread
   *(yeast or baking powder)*
4. White Bread
5. Corn Bread
6. Cinnamon Raisin Bread
7. Dried Fruit Bread
8. Zucchini Bread
9. Machine Breads
   *(white or wheat)*
10. Whole Wheat
    *(more than ½ whole wheat flour)*
11. Any other, not listed, specify

### DIVISION   71     Biscuits And Rolls

(Half Dozen - on 9" plate)

Class:
1. Baking Powder Biscuits
2. Cinnamon Rolls
3. Doughnuts, yeast
4. Doughnuts, baking powder
5. Coffee Cake
6. Muffins
7. Sweet Rolls
8. Jelly Roll
9. Dinner Rolls
10. Any other, not listed, specify

### DIVISION   72     Cakes

(half cake plus one slice)
NOTE:  Filling may be same as frosting or different

Class:
1. Angel Food
2. Chocolate, Layer
3. Chocolate, not layered
4. Carrot
5. Chiffon
6. Apple Sauce
7. Bundt
8. Fruitcake
9. Sponge
10. Lemon
11. German Chocolate
12. White or Yellow
13. Pineapple upside down
14. Cup Cakes (1/2 dozen)
15. An other, not listed, specify

### DIVISION   73     Cookies

(Half dozen on a paper plate)

Class:
1. Brownies
2. Chocolate Chip
3. Oatmeal
4. Peanut Butter
5. Sugar
6. Snickerdoodles
7. Chocolate Cookies
8. Bar Cookies, unfrosted
9. Bar Cookies, frosted
10. Rolled & Cut-Frosted
11. Filled Cookies, specify
12. Gingersnaps
13. Macaroon
14. Raisin Oatmeal
15. No Bake
16. Other, not listed, specify
17. Fair Theme

### DIVISION   74     Pie And Pastry

(1 - Pie or 4-Pastries)

Class:
1. Apple Pie, two crust
2. Apple Pie, one crust
3. Pecan Pie
4. Peach Pie
5. One-crust pie – meringue
6. Berry Pie
7. Cherry Pie
8. Rhubarb/combination
9. Pumpkin Pie
10. Fruit Turnover, specify
11. Cheesecake
12. Cobbler
13. Quiche
14. Pies, not listed, specify
15. Pastries, not listed, specify

### DIVISION   76   Special Handi - Capable

Division for Developmentally Disabled
Ribbons Only – 1st thru 5th
No Entry Fee

JUDGED by DANISH SYSTEM

Class:
1. Bread
2. Candy
3. Pies
4. Cakes
5. Decorated Cake
6. Cookies
7. Fair Theme



*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
16
revised 2/4/2022

# FOOD DEPARTMENT

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## PRESERVED   FOODS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $ 1.00 per entry per class |
| **ENTRY LIMITS:** | 2 entries/exhibitor/class |
| **ENTRY FORMS:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8AM - 5 PM |
| | *Entries delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

*Still Exhibits will be displayed in Trinity Hall*

*Preserved Foods Guidelines and Rules:*
1. All entries in this Division must be home prepared and canned or packaged by the exhibitor within one year of the opening date of the Fair.
2. Items which have been shown at any previous fair are not eligible
3. All products being considered for the cash awards which have not otherwise been eliminated from consideration will be opened.
4. STANDARD JAR: A container specifically or especially designed for canning purposes.  Clear glass, wide or narrow mouth jar pint or quart size.
5. No paraffin seals.  All canning must be in sealed jars.
6. NON-ACID-FOODS: All vegetables, meats, poultry and fish must be canned **UNDER PRESSURE**.  Low acid fruits such as figs, should be made more acidic by adding lemon juice as directed in the University of California Agricultural Extension Service leaflet, Home Canning of Fruits.  Tomatoes and fruits (not including their juices) must be processed in boiling water bath.
7. **Exhibits must be accurately labeled including Name of product Method of processing date it was processed method and time** After judging, Exhibitor may replace opened jars.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

| Sweepstakes for Preserved Foods(902) | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $8.00 | $6.00 | $4.00 |

### *PRESERVED FOODS*

**BEST OF SHOW AWARD**(901)
**Awards Contingent on Sponsorship**

## DIVISION   90   Vinegar
*(One pint or quart)*

Class:
1. Vinegar, Herb
2. Vinegar, Any

## DIVISION   91   Bottled Juices
*(One pint or quart)*

Class:
1. Berry
4. Tomato

2. Fruit
3. Grape

5. Other - Specify

## DIVISION   92   Canned Fruits
*(Glass container, one pint or quart)*

Class:
1. Apples
2. Applesauce
3. Apricots, halved
4. Apricots, whole
5. Blackberries
6. Boysenberries
7. Cherries, dark
8. Cherries, light
9. Figs
10. Fruit Cocktail
11. Grapes, dark
12. Grapes, light
13. Nectarines
14. Peaches cling
15. Peaches freestone
16. Pears
17. Plums
18. Prunes
19. Raspberries
20. Rhubarb
21. Strawberries
22. Berries, not listed
23. Fruits, not listed

## DIVISION   94   Canned Vegetables
*(Glass container, One pint or quart, Must be Pressured Sealed)*

Class:
1. Asparagus
2. Beans, baked
3. Beans, string
4. Beans, wax
5. Beets
6. Carrots
7. Corn, cream style
8. Corn, whole kernel
9. Corn on the cob
10. Okra
11. Peas
12. Peppers

13. Spinach
14. Succotash
15. Squash
16. Tomatoes-Preserved
17. Vegetables, not listed, Specify
18. Soup without Meat



## DIVISION   95   Pickles and Relishes
*(Glass container, One pint or quart)*

Class:
1. Beet
2. Beans
3. Bread and Butter
4. Cauliflower
5. Chili Sauce
6. Chow Chow
7. Crabapple
8. Cucumber, Sweet
9. Fig
10. Gherkins, Sweet
11. Mixed
12. Mustard
13. Onions
14. Peach
15. Pear
16. Peppers
17. Pickles, dill
18. Relish, sweet
19. Salsa
20. Sauces, not listed
21. Tomato, Catsup
22. Tomato Green
23. Zucchini Pickles
24. Zucchini Relish
25. Watermelon
26. Pickles, not listed
27. Relish, not listed
28. Sauerkraut

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
17                                        revised 2/4/2022

# FOOD DEPARTMENT

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## DIVISION 96     Jams
*(Glass Container with lid, One pint, half pint, or quart)*
Class:
1. Apricot
2. Blackberry
3. Boysenberry
4. Cherry
5. Fig
6. Mixed Fruit
7. Peach
8. Pear
9. Plum
10. Raspberry
11. Strawberry
12. Jalepeno/Pepper
13. Jam, not listed, specify



## DIVISION     Jellies
*(Standard 7 or 8 oz. Jelly, Pint or quart with lid)*
Class:
1. Apple
2. Blackberry
3. Boysenberry
4. Cherry
5. Crabapple
6. Elderberry
7. Gooseberry
8. Grape
9. Mint
10. Mixed Fruit
11. Peach
12. Plum
13. Kiwi
14. Pomegranate
15. Raspberry
16. Strawberry
17. Jalepeno/Pepper
18. Wine
19. Jelly, Not Listed, specify



## DIVISION 98     Preserves
*(One pint, half pint or quart, Standard Lid)*
Class:
1. Apple
2. Apricot
3. Cherry
4. Combination
5. Fig
6. Peach
7. Pear
8. Plum
9. Rhubarb
10. Strawberry
11. Tomato
12. Watermelon
13. Preserves, not listed, specify

## DIVISION 99     Marmalades & Butters
*(One pint, half pint or quart)*
Class:
1. Apple
2. Apricot
3. Fig
4. Grape
5. Muskmelon
6. Orange
7. Peach
8. Pear
9. Plum
10. Prune
11. Kiwi
12. Butter, not listed
13. Marmalades, not listed, specify

## DIVISION 100 Dehydrated or Dried Foods
Class:     *Quantity- 1 Cup*
1. Apples(slices or rings)
2. Bananas
3. Carrots
4. Parsley
5. Persimmons
6. Onions
7. Tomatoes
8. All Others

## DIVISION 102     Honey
Class:
1. Honey

## CHARCUTERIE BOARDS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $ 1.00 per entry per class |
| **ENTRY LIMITS:** | 2 entries/exhibitor/class |
| **ENTRY FORMS:** | Online |
| **ENTRIES RECEIVED:** | Tues., June 21, 8AM - 5 PM |
| | *Entries delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 23, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

*Still Exhibits will be displayed in Trinity Hall*

*Charcuterie Guidelines and Rules:*
1. All entries in this Division must be home prepared by the exhibitor.

## DIVISION 103     Charcuterie Boards
Class:
1. Meat & Cheese
2. Rustic
3. Summer
4. Mediterranean
5. Dessert
6. Professional (Business who sells Charcuterie Boards)

*Exhibitor Guidebook & Entry Forms Now available on-line*
**www.shastadistrictfairandeventcenter.com**
18     revised 2/4/2022

# FOOD DEPARTMENT

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## CHOCOLATE CAKE CONTEST

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $ 1.00 / Entry / Class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | One Entry per Exhibitor |
| **ENTRIES RECEIVED:** | Tues. June 21, 8AM -5 PM |
| | *Entries Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June-23 - 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 27 -8 AM-12 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

***\*\* Still Exhibits will be displayed in Trinity Hall\*\****
1. Entries must be prepared by the Exhibitor
2. Each cake will be judged on taste and Over-All appearance
3. **The recipe must be written on a 3"x 5" card and must accompany the entry form.**
4. Recipes become the property of the Shasta District Fair.
5. Entries in this Division are not eligible for entry in any other Division in the Fair.

Premiums Offered Per Class
| 1st | 2nd | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |

***Ribbons Only*** Best of Show*(1261)*

**DIVISION    126    My Favorite Chocolate Cake**

Class:
1. Favorite Chocolate Cake

## UGLY CAKE CONTEST

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20 -5 PM |
| **ENTRY FEES:** | $ 1.00 / Entry / Class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | One Entry per Exhibitor |
| **ENTRIES RECEIVED:** | Tues., June 22- 8AM 5 PM |
| | *Entries Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 23 - 9 AM |
| **EXHIBITS RELEASED:** | Sun., June-27 - 8 AM-12 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

***\*\* Still Exhibits will be displayed in Trinity Hall\*\****
1. Entries must be prepared by the Exhibitor
2. Each cake will be judged on Over-All appearance
3. Entries in this Division are not eligible for entry in any other Division in the Fair.
4. **All decorations must be edible.**

Premiums Offered Per Class
| 1st | 2nd | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |

**DIVISION    127    Ugly Cake**

Class:
1. Juniors ages  9-17          2. Seniors 18 and over

## GRANDMA'S COOKIE JAR

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20 - 5 PM |
| **ENTRY FEES:** | $ 1.00 / Entry / Class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | One Entry / Exhibitor / class |
| **ENTRIES RECEIVED:** | Tues, June 22-8 AM -5 PM |
| | *Entries Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22- 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 27- 8 AM-12 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

***\*\* Still Exhibits will be displayed in Trinity Hall\*\****
1. Entries must be prepared by the exhibitor.
2. Entry will be judged on originality and contents of container.
3. Entry to be 5 different kinds of cookies (drop, rolled, bars etc.) a minimum of at least 5 each kind.  (Put one additional of each cookie in a baggie and tape to outside of container for judges to sample.)

Premiums Offered Per Class
| 1st | 2nd | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |

**DIVISION    128    Grandma's Cookie Jar**

Class:
1. Grandma's Cookie Jar
2. Fair Theme

## COW COOKIES

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20 - 5 PM |
| **ENTRY FEES:** | $ 1.00 / Entry / Class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | One Entry / Exhibitor / class |
| **ENTRIES RECEIVED:** | Tues. June 22- 8 AM -5PM |
| | *Entries Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 23 - 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 27 - 8 AM-4 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

***\*\* Still Exhibits will be displayed in Trinity Hall\*\****
1. Entries must be prepared by the exhibitor.
2. Entry will be judged on originality and taste.
3. Entry must be in the shape of a cow or depict a cow in the decoration

4. All decorations must be edible.

***Special Awards***
*Best of Show Cow Cookie (1281)*
**$25.00**
**Awards Contingent on Sponsorship**
Premiums Offered Per Class *(1282)*
| 1st | 2nd | 3rd |
|---|---|---|
| $4.00 | $3.00 | $2.00 |

**DIVISION    129    Cow Cookies**

Class: (6 cookies on a paper plate)
1. Ages 2-5          3. Ages 13-17
2. Ages 6-12        4. Open

***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***

revised 2/4/2022

# FOOD DEPARTMENT

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## CHRISTMAS IN JUNE

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20 - 5 PM |
| **ENTRY FEES:** | $1.00/entry |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | One Entry / Exhibitor/Class |
| **ENTRIES RECEIVED:** | Sun., June 20-8AM – 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 21 - 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 27-8 AM -4 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

Guidelines for Christmas in June contests:
1. Limited to 1 entry per class per exhibitor.
2. Gingerbread houses may not exceed 24"x24" in size.
3. Only UL approved lights may be used.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fee:  $1.00 per entry per class* | | |

### DIVISION    147  Gingerbread Houses
*May be from kits or from scratch please note on entry form which method used*

Class:
1. Ages 9 & Under
2. Ages 10-13
3. Ages 14-17
4. Ages 18 & Over
5.  Fair Theme-



***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***
20                                                    revised 2/4/2022

# SPIRITS DEPARTMENT

Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.

## AMATEUR WINE
### *Local Division*

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $ 2.00 Per Entry Per Class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 1 Entry/Exhibitor/Class |
| **ENTRIES RECEIVED:** | Sat., June 18, 8 AM -2 PM |
| | *Exhibits Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Sat., June 18, 2:30 PM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| | **AMERICAN SYSTEM OF JUDGING** |

1. Each entry to consist of 1 typical wine bottle (750 ml. or quart size), standard wine bottle (no decorative bottles).
2. Bottle must be unlabeled. (Bottles with labels will not be accepted.).
3. Bottles may be sealed with corks or screw lids.
4. Write entrant's name and type of wine on paper, attached to each bottle with rubber band.

| *Premiums Offered per Class* | | |
|---|---|---|
| *1st* | *2nd* | *3rd* |
| *$5.00* | *$4.00* | *Ribbon* |

### *SPECIAL AWARDS*
***Best of Show–Amateur Wine-Kits*** *(1051)*
***Best of Show – Amateur Wine*** *(1041)*
**Awards Contingent on Sponsorship**

## DIVISION 104    Amateur Wines
### Conventional –No Kits
Class:
1. White Wine – Other Variety
2. Chardonnay
3. Riesling
4. Viognier
5. Pinot Grigio/Pino Gris
6. White Wines – Blended
7. Blush/Rose
8. Red Wines – other Variety
9. Cabernet Sauvignon
10. Syrah/Shiraz
11. Zinfandel
12. Petite Syrah
13. Merlot
14. Red Wine - Blended
15. Bordeaux/Meritage Blends
16. Port – Dessert Wine

 

## DIVISION 105  Amateur Wines - Kits
Class: *(Ribbons only 1st – 3rd)*
1. White Wine – Other Variety
2. Chardonnay
3. Riesling
4. Viognier
5. Pinot Grigio/Pino Gris
6. White Wines – Blended
7. Blush/Rose
8. Red Wines – other Variety
9. Cabernet Sauvignon
10. Syrah/Shiraz
11. Zinfandel
12. Petite Syrah
13. Merlot
14. Red Wine - Blended
15. Bordeaux/Meritage Blends
16. Port – Dessert Wine

## COMMERCIAL WINE
### *Local Division*

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $ 5.00 Per Entry Per Class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | No Limit |
| **ENTRIES RECEIVED:** | Sat., June 18, 8 AM - 2 PM |
| | *Exhibits Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Sat., June 18, 2:30 PM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| | **AMERICAN SYSTEM OF JUDGING** |

*Please refer to guidelines in the amateur division.*
1. Eligibility: Only wine or brandy produced on a bonded premise is eligible for entry. All wine exhibited must conform to federal regulations and standards of identity.
2. Labels on Commercial Wines allowed

### *Special Awards*
**Best of Show – Commercial Wine** *(1061)*
**Ribbons awarded in each class**
**Awards Contingent on Sponsorship**

## DIVISION 106  Commercial Wines
Class: *(Ribbons only 1st – 3rd)*
1. White Wine – Other Variety
2. Chardonnay
3. Riesling
4. Viognier
5. Pinot Grigio/Pino Gris
6. White Wines – Blended
7. Blush/Rose
8. Red Wines – other Variety
9. Cabernet Sauvignon
10. Syrah/Shiraz
11. Zinfandel
12. Petite Syrah
13. Merlot
14. Red Wine - Blended
15. Bordeaux/Meritage Blends
16. Port – Dessert Wine

***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***

revised 1/11/2022

# SPIRITS DEPARTMENT

Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.

## BEER BREWING
*Local Division*

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $ 1.00 Per Entry Per Class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 1 Entry/Exhibitor/Class |
| **ENTRIES RECEIVED:** | Sat., June 18, 8 AM -2 PM |
| | *Exhibits Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Sat., June 18, 2:30 PM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| | **AMERICAN SYSTEM OF JUDGING** |

1. Each entry to consist of 2 beer bottles (any size, but each entry to be of consistent size) or Grolsch bottles.
2. Bottles must be unlabeled. (Bottles with labels will not be accepted.)
3. Bottles may be sealed with spring fitted stoppers or crown caps.
4. Write entrants name and style of brew on paper; attach to each bottle with rubber band
5. Any bottles not conforming to the show rules will be eliminated.
6. BJCP guidelines will be used for judging.
7. Subcategory required, or beer may be disqualified.

Judging will be based on the following:
> Appearance
> Aroma
> Flavor
> Mouth feel
> Overall Impression

| *Premiums Offered per Class* | | |
|---|---|---|
| *1st* | *2nd* | *3rd* |
| $5.00 | $3.00 | $2.00 |

| *SPECIAL AWARDS* |
|---|
| **Awards Contingent on Sponsorship** |
| *Best of Show – Beer (1071)* $25 & premiums |

## DIVISION  107     Beer
Class:

| | |
|---|---|
| 1. Standard American Beer | 16. Dark British Beer |
| 2. International Lager | 17. Strong British Ale |
| 3. Czech Lager | 18. Pale American ale |
| 4. Pale Malty European Lager | 19. Amer & Brown American Beer |
| 5. Pale Bitter European Lager | 20 American Porter & Stout |
| 6. Amber Malty European Lager | 21. IPA |
| 7. Amber Bitter European Beer | 22. Strong American Ale |
| 8. Dark European Lager | 23. European Sour Ale |
| 9. Strong European Lager | 24. Belgian Ale |
| 10. German Wheat Beer | 25. Strong Belgian Ale |
| 11. British Bitter | 26. Trappist Ale |
| 12. Pale Commonwealth Beer | 27. Historical Beer |
| 13. Brown British Beer | 28. American Wild Ale |
| 14. Scottish Ale | 29. Fruit Beer |
| 15. Irish Beer | 30. Spiced Beer |
| | 31. Alternative Fermentable Beer |
| | 32. Smoked Beer |
| | 33. Wood Beer |
| | 34. Specialty Beer |



*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
22                                          revised 1/11/2022

# CLOTHING & TEXTILES

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $1.00 Per Entry Per Class |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 2 entries/exhibitor/class |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM -5 PM |
| | *Exhibits Delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |

**AMERICAN SYSTEM OF JUDGING**

**\*\*Still Exhibits will be displayed in Trinity Hall\*\***

*Clothing & Textiles Guidelines and Rules:*

1. All entries in this Division must have been home produced by the exhibitor within one year of the opening date of the Fair to be eligible for awards. All entries designed to be hung must be wired for hanging.
2. Limited to two entries per exhibitors per class.
3. EXHIBITS MUST BE CLEAN AND PRESSED
4. Judges will select the best article from appropriate classes for each of the following categories:

## BEST OF SHOW AWARDS

Contingent on Sponsorship

| | |
|---|---|
| **Crocheted Item Large** *(1101)* | **$25.00** |
| **Crocheted Item Small** *(1104)* | **CASH** |
| **Needle Arts** *(1111)* | **$25.00** |
| **Knitted Item** *(1131)* | **$25.00** |
| **Knitted Garment** *(1132)* | **CASH** |
| **Sewn Item** *(1141)* | **CASH** |
| **Toy or Doll** *(1102)* | **$25.00** |
| **Quilt** *(1191)* | **$25.00** |
| **Handspun Yarn** *(1223)* | **$25.00** |
| **Knit/Crochet Handspun Yarn** *(1231)* | **$25.00** |
| **Best of Show Crocheted Doily 14" & over** *(1103)* | **$25.00** |
| **Hand Weaving** *(1241)* | **$25.00** |

### SPECIAL AWARDS

**Best of Show Overall Clothing & Textiles** *(1100)* **$40.00**

**Awards Contingent on Sponsorship**

Premiums Offered Per Class

| 1st | 2nd | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |

**Sweepstakes for Clothing and Textiles Division** *(1100A)*

| 1st | 2nd | 3rd |
|---|---|---|
| $8.00 | $6.00 | $4.00 |

## DIVISION 110     Crocheted

Class:
1. Afghan
2. Apron
3. Baby Afghan
4. Bedspread
5. Bed Slippers
6. Bonnet or Hat
7. Booties
8. Bureau Scarf
9. Dress, child's
10. Dress, infant's
11. Doily, under 14"
12. Doily, 14" & Over
13. Doll Clothes
14. Handkerchief
15. Hot dish holder
16. Hot dish mat
17. Pillow Case
18. Placemats
19. Sacque, infant's
20. Shawl-Poncho, Cape or Stole
21. Sweater, Infant
22. Tablecloth
23. Toy or Doll
24. Towel, bath
25. Towel, face
26. Wall Hanging
27. Vanity, set
28. Vest
29. Pillow
30. Other, not listed
31. Fair Theme

## DIVISION 111     Needle Art

Class:
1. Clothing
2. Sampler
3. Counted Cross Stitch
4. Crewel Work
5. Counted Technique
6. Handkerchief
7. Needlepoint/Canvas Work
8. Household Items
9. Wall Picture
10. Raised Embroidery.
11. Needle Art, Any Other
12. Lace/ Tatted or Bobbin
13. Fair Theme

## DIVISION 113     Knitted Items

Class:
1. Afghan
2. Bed slippers
3. Bonnet
4. Booties
5. Cap, Ski or Scarf
6. Doily
7. Dress, infant
8. Sacque, infant's
9. Shawl, Stole or Cape
10. Sweater, child's
11. Sweater, infant's
12. Sweater, men's
13. Sweater, women's
14. Vest
15. Other, not listed
16. Fair theme

## DIVISION 114     Sewn

Class:
1. Animal, stuffed
2. Apron, fancy
3. Apron, work
4. Dress, adult - evening
5. Dress, any fabric
6. Dress, child's
7. Doll, all fabric
8. Doll Clothes
9. Jacket
10. Jumper
11. Pincushion
12. Rompers
13. Suit
14. Shirt
15. Skirt or Pant Skirt
16. Child's Clothing
17. Vest, Poncho or Cape
18. Slacks or Shorts
19. Other, not listed
20. Fair theme

## DIVISION 115     Bridal Party

Class:
1. Wedding Dress
2. Bride's Maid Dress
3. Flower Girl Dress
4. Groom, Tuxedo
5. Ring Bearer Tux
6. Mother's Dress

**Exhibitor Guidebook & Entry Forms Now available on-line**
*www.shastadistrictfairandeventcenter.com*

     revised 1/11/2022

# CLOTHING AND TEXTILES

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## DIVISION 118    Miscellaneous

Class:
1. Christmas Stocking
2. Christmas Ornament (single)
3. Christmas Tree Skirt
4. Collars, Crocheted or knitted
5. Doll, other than sewn
6. Pillow Top, any size
7. Original Designs
8. Rug, Other
9. Swim Suit
10. Hooked Item, any
11. Toy, Stuffed
12. Liquid Embroidery, any
13. Other, Not Listed
14. Wall Hanging, stitched-unframed, not quilted

## QUILTING DIVISIONS

*All entries in Division 119 and 121 must be the sole work of the exhibitor unless otherwise noted*

## DIVISION 119    Hand Quilting

*All Quilts Large or Small must have a 4" muslin sleeve attached back side of the entry for display purposes.*

**Ribbons Sponsored by** Quilters Sew-ciety of Redding *(1191A)*

Class:
1. Quilt – hand applique
2. Quilt – embroidered
3. Quilt – pre-printed squares
4. Quilt – all hand sewn
5. Mini or Doll Quilt *(less than 30")*
6. Crazy Quilt Item,
7. Quilt – Whole cloth
8. Quilted item - other than quilt, specify
9. Art Quilt w/ pattern
10. Art Quilt original pattern
11. Quilt – machine appliqué
12. Quilt - pieced
13. Quilt – tied
14. Baby or Small Quilt
15. Quilt, any-made by 2 or more people
16. Other, Not Listed
17. Fair Theme

## DIVISION 120    Machine Quilting

*All quilts large or small must have a 4" muslin sleeve attached on the back side of the entry for display purposes.*
*Please Note on Entry Form, if exhibit is professionally Quilted.*

Class:
1. Quilt – hand applique
2. Quilt – embroidered
3. Quilt *(pre-printed squares)*
4. Mini or Doll Quilt *(less than 30")*
5. Crazy Quilt Item,
6. Quilt – Whole Cloth
7. Art Quilt w/ pattern
8. Art Quilt original pattern
9. Quilted item *(other than Quilt, Specify)*
10. Quilt-machine applique
11. Quilt-pieced, Twin-Full
12. Quilt-pieced, Queen-King
13. Baby or Small Quilt
14. Quilt, any-made by 2 or more people
15. Other, not listed
16. Fair Theme

## DIVISION 121    Professional Quilting

*All quilts large or small must have a 4" muslin sleeve attached on the back side of the entry for display purposes.*

Class:
1. Quilt – hand applique
2. Quilt – embroidered
3. Quilt *(pre-printed squares)*
4. Mini or Doll Quilt *(less than 30")*
5. Crazy Quilt Item,
6. Quilt – Whole Cloth
7. Art Quilt w/ pattern
8. Art Quilt original design
9. Quilted item *(other than Quilt, Specify)*
10. Quilt – machine applique
11. Quilt – pieced
12. Baby or Small Quilt
13. Quilt, any-made by 2 or more people
14. Other, Not Listed
15. Fair Theme

## DIVISION 122    Hand Spun Yarn Skeins

**Premiums Sponsored by Arapaho Rose Alpacas** *(1222)*

Weight of skein should be 1 oz except for singles which are ½ oz. All skeins must be hand spun.
Skeins must be tied in four places.

Class:
**100% wool – any breed**
1. Singles – min. ½ oz skein
2. Two ply or more – min. 1 oz skein
**Wool Blend at least 30% wool**
3. Singles
4. Two ply or more
**Other protein fibers: State Fiber**
5. Singles
6. Two ply or more
**Plant Fiber – Bamboo, Cotton, Soy Silk, Rayon, Other**
7. Singles
8. Two ply or more
**Handspun Yarn – Other**
9. Novelty yarn
10. Other not listed

## DIVISION 123    Hand Knit/Hand Crochet

**Premiums Sponsored by Arapaho Rose Alpacas** *(1230)*

**Wearable Item of 100% handspun)**
Class:
1. Sweaters, coats, vests
2. Shawls
3. Hats, scarves, cowls, mittens, Gloves
4. Socks, slippers

**Non-wearable Items (Made**
5. Afghans, blankets, throws
6. Household Items
7. Any other not listed

## DIVISION 124    Hand Weaving

## Using Table, Rigid Heddle, or Floor Loom

*(Using Hand Spun or Commercial Prepared Fiber)*

**Premiums Sponsored by Arapaho Rose Alpacas** *(1240)*

All items entered must have 3x5 index card attached stating yarn was handspun or commercially processed and fiber content.

**Wearable**
Class:
1. Scarves, cowls, shawls
2. Vest, Coats

**Non-wearable Items**
3. Towels, Placemats, Table Runners
4. Throws, Blankets, Bedspreads, Curtains
5. Rugs, Saddle Blankets (Specify)
6. Any other not listed

**Exhibitor Guidebook & Entry Forms Now available on-line**

# FINE ARTS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## *FINE ARTS*

| ENTRIES CLOSE: | Fri., May 20, 5 PM |
|---|---|
| ENTRY FEES: | See Each Division |
| ENTRY FORMS: | Online |
| EXHIBITS RECEIVED: | Sun., June 19, 8AM - 5 PM |
| | *Exhibits Delivered to Trinity Hall* |
| EXHIBITS JUDGED: | Mon., June 20, 9 AM |
| EXHIBITS RELEASED: | Sun., June 26, 8 AM - 3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

**All items must have been completed after June 20, 2021**

Fine Arts and Crafts Guidelines and Rules:

1. All exhibits in this Department must not have been previously shown at the Shasta District Fair.
2. All exhibits in this department are to be delivered to Trinity Hall.
3. No more than 2 entries per exhibitor per class may be entered.
4. ENTRIES ARE LIMITED TO EIGHT ENTRIES OVERALL.
5. All paintings (except Paint Pouring) **MUST** be framed and wired for hanging. **No** string, cord or sawtooth hangers permitted. Hanging subject to space available. All drawings must be appropriately matted, framed and wired for hanging. No picture may be more than 48" in any direction, including frame.
6. Label must be affixed, prior to delivery, to upper left-hand corner of the back of the picture, showing name of artist as well as division and class number
7. No sculpture is to exceed 100 pounds.
8. Label must be affixed to underside of sculpture, showing name of sculpture, as well as division and class number
9. All work must be original. No "Paint by Number" pictures are acceptable.
10. Management reserves the right to withhold or reject any exhibit or exhibits in this department.
11. **SALES: Fine Arts and Photos only. Full payment of sales originating at the Fair must be made before the conclusion of the Fair. NO EXCEPTIONS**.
12. Art sales will be made by an official Fair Sales Person.
13. The artist will be notified when artwork has been sold. Payment to the artist will be forwarded after the close of the Fair. All checks will be mailed by July 29, 2022.
14. All sold artwork will be held until the closing of the Fair at which time it will be relinquished to the buyer. Proper identification will be requested of the buyer. The sold artwork must be picked up during the scheduled Art Pick Up Time. See Above Schedule.
15. Artwork Price must be on Entry Form. In pricing your work, allow 20% of the total sales as a donation to the Fair. The artist will receive 80% of the price listed on the entry form. In addition, the buyer will be required to pay applicable **sales tax of 7.75%**.
16. If the work is not for sale please mark NFS on entry form.

17. No advertising material of any kind will be allowed in the Art Room.
18. No works of art may be removed from the Fair prior to the scheduled Art Pick Up time at the close of the Fair.
19. All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair unless otherwise noted.

## Fine Arts *NOVICE*

| Definitions |
|---|
| NOVICE: Those who engage in an event or activity as a pastime or hobby, rather than a profession. Under 5 years experience. |
| EXPERIENCED: Those who engage in an event or activity as a pastime or hobby, rather than a profession. Over 5 Years experience. |
| PROFESSIONAL: A person who engages in an event or activity as a livelihood rather than as a hobby. All those who teach and/or sell their work on a regular basis. |

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fees $1.00 Per Entry Per Class* | | |

**DIVISION 175 NOVICE ACRYLICS/OILS**
**DIVISION 176 NOVICE WATERCOLOR**

Class:
1. Abstract or Non-objective
2. Animal Fish or Bird Study
3. Landscape/ Seascape
4. Portrait / Figure
5. Still Life
6. Other, not listed
7. Fair Theme

**DIVISION 177 NOVICE OTHER MEDIA**

Class:
1. Drawing, Pen and Ink (Includes brush)
2. Drawing, Pencil (lead & colored)
3. Pastels
4. Collage - Includes Assemblage
5. Sculpture
6. Glass/Pottery
7. Other, not listed, Mixed Media etc.
8. Fair Theme

## Fine Arts *EXPERIENCED*

*Exhibitor Guidebook & Entry Forms Now available on-line*
***www.shastadistrictfairandeventcenter.com***

revised 2/4/2022

# FINE ARTS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fees $1.00 Per Entry Per Class* | | |

## DIVISION 178 EXPERIENCED ACRYLIC/OILS
## DIVISION 179 EXPERIENCED WATERCOLOR
Class:
1. Abstract or Non-objective
2. Animal Fish or Bird Study
3. Landscape/ Seascape
4. Portrait / Figure
5. Still Life
6. Other, not listed
7. Fair Theme



## DIVISION 180 EXPERIENCED OTHER MEDIA
Class:
1. Drawing, Pen and Ink (Includes brush)
2. Drawing, Pencil (lead & colored)
3. Pastels
4. Collage - Includes Assemblage
5. Sculpture
6. Other, not listed, Mixed Media etc.
7. Fair Theme

## Fine Arts *PROFESSIONAL*

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *(Entry Fee $1.00 Per entry per class)* | | |

## DIVISION 181 PROFESSIONAL ACRYLIC/OIL
## DIVISION 182 PROFESSIONAL WATERCOLOR
Class:
1. Abstract or Non-objective
2. Animal Fish or Bird Study
3. Landscape/ Seascape
4. Portrait / Figure
5. Still Life
6. Other, not listed
7. Fair Theme

## DIVISION 183 PROFESSIONAL OTHER MEDIA
Class:
1. Drawing, Pen and Ink (Includes brush)
2. Drawing, Pencil (lead & colored)
3. Pastels
4. Sculpture
5. Other, not listed. Mixed Media etc.
6. Fair Theme

| *SPECIAL AWARDS* | |
|---|---|
| OVER-ALL BEST OF SHOW | Ribbon |
| BEST OF SHOW Novice *(1751)* | $75.00 |
| BEST OF SHOW Experienced *(1871)* | $75.00 |
| BEST OF SHOW Professional *(1811)* | $75.00 |
| *Includes Acrylics painted in Oil Technique.* | |
| **Awards Contingent on Sponsorship** | |

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *(Entry Fee $1.00 Per entry per class)* | | |

## Fine Arts *PAINT POURING*
## Must be set up for hanging.

## DIVISION 184 NOVICE PAINT POURING
## DIVISION 185 EXPERIENCED PAINT POURING
## DIVISION 186 PROFESSIONAL PAINT POURING
Class:
1. Swipe Technique
2. Air Swipe / Dutch Pour
3. Puddle Pour
4. Dirty Pour
5. Flip Cup
6. Other, not listed
7. Fair Theme

*Exhibitor Guidebook & Entry Forms Now available on-line*
**www.shastadistrictfairandeventcenter.com**

revised 2/4/2022

# PHOTOGRAPHY

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## PHOTOGRAPHY

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | *see each Division* |
| **ENTRY FORMS:** | Online |
| **EXHIBITS RECEIVED:** | Sun., June 19, 8 AM -5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| | **AMERICAN SYSTEM OF JUDGING** |

Photography Department Guidelines and Rules:

1. All Photographs may be offered "FOR SALE". Please see Fine Arts Guidelines pertaining to Sale information
2. Entries shall be by Novice, Experienced and Professional photographers. Please see Fine Arts Guidelines and Rules for the definitions of Novice, Experienced and Professional.
3. All entries shall be clearly marked on the back of the mount for Divisions 190-198 and on the reverse side of the snapshot in Division 199 as follows:
   Name of Exhibitor
   Title of Print, if any
   Division & Class under which the print is to be entered, referred to by number
4. Prints not meeting the regulations will be disqualified.
5. **Each exhibitor shall be limited to 1 entry per class.**
6. All entries may not be hung, except those receiving awards, if exhibit space will not permit.
7. The Fair or other sponsoring organization will not be responsible for the condition of the prints, their safe return or for the return of prints to exhibitors by mail or any other manner.
8. All photographs must have been taken by exhibitor. The print may have been processed or mounted commercially or by the exhibitor. Mat must be at least ½" larger than photo.
9. Snapshots, any size up to 5 X 7 inches or panoramic. Must be matted at least ½" larger than photo.
10. All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair unless otherwise noted.
11. Division 199, class 3; old picture need not to have been taken by exhibitor.
12. Same photo may not be entered in more than one class or division. (i.e. color and black & white classes)

### Matting, Framing & Size of Photo Exhibits
*Novice & Experienced photography must be mounted on photo mat board. No Foam Mat Board allowed.* **No GLASS or FRAMES.**
*Novice & Experienced Color and Black & White Prints to be no smaller than 8 X 10 inches or larger than 11 X 14 inches.*
*Professional Photography must be appropriately matted and framed under glass and wired for hanging. No string, cord or sawtooth hangers are allowed. The size is limited to 48 inches in any direction, the same as any fine art piece.*

### SPECIAL AWARDS
BEST IN SHOW AWARD *(1901, 1931, 1961)* $ 75.00
**Awards Contingent on Sponsorship**
*(Offered for Novice, Experienced & Professional Sections)*

## NOVICE DIVISIONS

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fees $1.00 per Entry Per Class* | | |

**DIVISION 190   Color Prints**
**DIVISION 191   Black & White Prints**
**DIVISION 192   Sepia/ Tinted Prints**
Classes for Divisions 190 thru 192 listed after professional division:

## EXPERIENCED DIVISIONS

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fees $1.00 Per Entry Per Class* | | |

**DIVISION 193   Color Prints**
**DIVISION 194   Black & White Prints**
**DIVISION 195   Sepia / Tinted Prints**
Classes for Divisions 193 thru 195 listed after professional division:

## PROFESSIONAL DIVISIONS

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fees $1.00 Per Entry Per Class* | | |

**DIVISION 196   Color Prints**
**DIVISION 197   Black & White Prints**
**DIVISION 198   Sepia / Tinted Prints**

Classes for Divisions 190 thru 198:

**Please Note if "FOR SALE"**

1. Abstracts
2. Architecture
3. Children
4. Farm Animals
5. Domestic Animals
6. 2019 Shasta District Fair
7. Landscapes
8. Flowers
9. Portraits and Character Studies
10. Scenic Views, Shasta County
11. Scenic Views, Other
12. Still Life
13. Water
14. Wildlife
15. People in Action
16. Other, not listed
17. Fair Theme

***Exhibitor Guidebook & Entry Forms Now available on-line***
*www.shastadistrictfairandeventcenter.com*

revised 1/13/2022

# PHOTOGRAPHY

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fees $1.00 Per Entry Per Class* | | |

*Black and White, Color, Digital, Panoramic*

## DIVISION 199       SNAPSHOTS

Limited to 1 per Class

**Class:**
1. Animals
2. Man's Best Friend (dogs only)
3. Then & Now (two pictures, 1 old, 1 current same location)
4. People in Action
5. Portrait
6. A black and white or color sequence of two to five pictures on any subject.
7. 2019 Shasta District Fair
8. Scenic, Shasta County
9. Scenic, Other
10. Still Life
11. Fair Theme
12. Flowers
13. Dark room magic
14. Any other Snapshot, not listed
15. Children

## DIVISION 200    Digitally Enhanced/Manipulated Photos (8x10)

**Class:**
1. Animals
2. People
3. Scenic
4. Abstract
5. Other, not listed
6. Fair Theme



## SHASTA PHOTO CLUB CONTEST
### Must follow all Photography rules

**Black and White or Color**

| ***SPECIAL AWARDS*** | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $15.00 | 6 mo membership | Ribbon |
| & | | |
| 6 mo membership | | |
| **Awards Contingent on Sponsorship** | | |
| *Entry Fees $1.00 per Entry Per Class* | | |

## DIVISION 201  Bubbles - 8x10 thru 8x12

Limited to 1 per Class

**Class:**
1. Novice/Experienced

## NOTES : _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
28                                        revised 1/13/2022

# CRAFTS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

| ENTRIES CLOSE: | Fri., May 20, 5 PM |
|---|---|
| ENTRY LIMIT: | 2 Entries/Class/Exhibitor |
| ENTRY FORMS: | Online |
| ENTRY FEES: | See Each Division |
| EXHIBITS RECEIVED: | Sun., June 19, 8AM - 5 PM |
| *Exhibits for this section received in Trinity Hall* | |
| EXHIBITS JUDGED: | Mon., June 20, 9 AM |
| EXHIBITS RELEASED: | Sun., June 26, 8 AM - 3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

*All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair unless otherwise noted.*

### DIVISION   215   Special Handi - Capable
*Division for Developmentally Disabled*
*Ribbons Only -- 1st thru 5th*
*No Entry Fee / No Limit Per Class*
*JUDGED by DANISH SYSTEM*

Class:
1. Painting – any
2. Craft – any
3. Ceramic – any
4. Drawing – any
5. Collections, any
6. Jewelry
7. Crocheted Item
8. Knitted Item
9. Other not listed
10. Fair Theme

---

**SPECIAL AWARDS**
BEST OF SHOW AWARD CRAFT ITEM (2171) $15.00
Selected from Divisions 217-222
**Awards Contingent on Sponsorship**
Premiums Offered Per Class
| 1st. | 2nd. | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |
*Entry Fee:  $1.00 Per Entry Per Class*

---

### DIVISION   217   Crafts - Amateurs
Class:
1. Ceramics – Animals
2. Ceramics – Seasonal
3. Ceramics - Figures
4. Jewelry
5. Plastic Canvas - Any Item
6. Porcelain Dolls
7. Pottery - Formed and thrown clay
8. Other Craft Piece - Any Material, specify
9. Fair Theme

### DIVISION   218   Crafts Professional
Class:
1. Ceramics - Single Piece
2. Porcelain Dolls
3. Pottery - Formed & thrown clay
4. Ceramics - Sets
5. Other, not listed
6. Fair Theme

### DIVISION   219   Leather Craft
Class:
1. Belt
2. Purse
3. Picture
4. Any Other
5. Leather Burning

### DIVISION   220   Miniatures
Class:
1. Miniatures - Single Piece
2. Miniatures - Other

### DIVISION   221   Houses - Mini-Box
Class:
1. Dollhouse
2. Mini-Room box

### DIVISION   222   Stained Glass
Class:
1. Flat Work - Large or Small Item
2. Dimensional Work – Any

### DIVISION   223   Woodcrafts

---

**SPECIAL AWARDS**
BEST OF SHOW AWARD (2231) $25.00
**Awards Contingent on Sponsorship**
Premiums Offered Per Class
| 1st. | 2nd. | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |
*Entry Fee:  $1.00 Per entry Per Class*

---

Class:
1. Furniture
2. Woodcarving
3. Wood Turned
4. Chainsaw Art
5. Wood Burning
6. Electrifying Wood
7. Other, not listed

## Decorative Painting

---

**Special   Award**
BEST OF SHOW AWARD (2241)   $25.00
**Awards Contingent on Sponsorship**

---

1. An exhibitor may only enter one level.
2. No more than two entries per exhibitor may be entered in any one class

### DIVISION   224   Decorative Painting
*Novice*
*Under 5 Years experience*
*(Enter Classes listed after Division 226)*

---

Premiums Offered Per Class
| 1st. | 2nd. | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |
*Entry Fee:  $1.00 Per Entry Per Class*

---

### DIVISION   225   Decorative Painting
*Experienced*
*Over 5 Years Experience*
*(Enter Classes listed after Division 226)*

**Exhibitor Guidebook & Entry Forms Now available on-line**
www.shastadistrictfairandeventcenter.com

revised 3/7/2022

# CRAFTS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fee: $ 1.00 Per Entry Per Class* | | |

### DIVISION   226   Decorative Painting
### *Professional*
**All those who teach and/or paint for sale on a regular basis**

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fee: $ 1.00 Per Entry Per Class* | | |

Class:
1. Decorative Still Life
2. Decorative Landscapes
3. Decorative Figures
4. Decorative Furniture
5. Fabric Painting
   wearable art, any
6. Seasonal
7. Folk Art, Any
8. Rosemaling or Stroke Design, Any
9. Decorative Animals
10. Other, not listed
11. Fair Theme

## BEADING

| SPECIAL AWARDS |
|---|
| BEST OF SHOW AWARD (2281) |
| Ribbon only |
| BEADED ITEM |
| **Awards Contingent on Sponsorship** |
| |
| *Premiums Offered Per Class* |
| *1st     2nd     3rd* |
| *$5.00     $4.00     $3.00* |
| *Entry Fee: $1.00 Per Entry Per Class* |

**Limited to two entries per class/exhibitor**

### DIVISION   228   Beading
Class:
1. Necklace
2. Earrings
3. Amulet
4. Bracelet
5. Chatelaine
6. Brooch/Pin
7. Purse
8. Other, not listed
9. Fair Theme
10. Sun Catchers

### DIVISION   229   Pebble Mosaic
### (Handmade Pebble Rock)
Class:
1. Decorative Still Life
2. Decorative Landscapes
3. Decorative Figures/Animals
4. Other, not listed
5. Fair Theme

### DIVISION   230   Resin Art
Class:
1. Jewelry
2. Coasters
3. Accent Decorations
4. Cutting Board, Mixed Media
5. Other, not listed
6. Fair Theme

### DIVISION   231   Steampunk
**Steampunk is a subgenre of science fiction that incorporates retrofuturistic technology and aesthetics inspired by 19th-century industrial steam-powered machinery. ~Wikipedia**
Class:
1. Jewelry
2. Clothing
3. Accessories
4. Recycled
5. Other, not listed
6. Fair Theme

### DIVISION   232   Clothing & Textiles
Class:
1. Bleach Design Shirt
2. Bleach Design Other
3. Tie Dye Shirt
4. Tie Dye Other
5. Sublimation Shirt
6. Sublimation Other
7. Other, not listed

| Divisions 229, 230, 231, and 232 | | |
|---|---|---|
| Premiums Offered Per Class | | |
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |
| *Entry Fee: $ 1.00 Per Entry Per Class* | | |

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
30                                          revised 3/7/2022

# CRAFTS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## AG ART

| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| --- | --- |
| ENTRY FEES: | $1.00 / Entry / Class |
| ENTRY FORMS: | Online |
| ENTRY LIMITS: | One Entry /Exhibitor/class |
| ENTRIES RECEIVED: | Tues. June-21, 8 AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| EXHIBITS JUDGED: | Wed., June 22, 9 AM |
| EXHIBITS RELEASED: | Sun., June 26, 8 AM - 3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

**\*\*Still Exhibits will be displayed in Trinity Hall\*\***

1. One Entry Per Exhibitor Per Class
2. USE YOUR IMAGINATION!!!
3. Entries will be judged on humor and originality.
4. GET CREATIVE—some ideas are: carved fruit or vegetables, apple faces, turnip trucks, cucumber airplanes or rutabaga winnebagos.
5. Entries must be mounted on 12" X 18" construction paper.
6. List name and address along with class number on the back.
7. All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair, unless otherwise noted.

| Premiums Offered Per Class | | |
| --- | --- | --- |
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

### DIVISION   130    Ag Art Contest
*(Amateur Artists Only)*

Class:
1. Animals, Fish, Birds
2. Vehicles
3. Farmers
4. Flowers, Plants
5. Fair Theme

## GIFT WRAPPING CONTEST

| ENTRIES CLOSE: | Fri., May 21 - 5 PM |
| --- | --- |
| ENTRY FEES: | $ 1.00 / Entry / Class |
| ENTRY FORMS: | Online |
| ENTRY LIMITS: | One Entry / Exhibitor/class |
| ENTRIES RECEIVED: | Sun., June-20 - 8AM -5 PM |
| | *Entries delivered to Trinity Hall* |
| EXHIBITS JUDGED: | Mon., June 21 - 9 AM |
| EXHIBITS RELEASED: | Sun., June 27 -8 AM-12 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

**\*\*Still Exhibits will be displayed in Trinity Hall\*\***

1. Exhibitor to supply own package and any paper and/or ribbon and decorations to be used.
2. All wrapping must be completed prior to delivery for exhibit.
3. Exhibit size not to exceed 14" X 22" Over-All.
4. All entries must have been made, collected, grown, **or** prepared within 1 year of opening date of the fair, unless otherwise noted.



| Premiums Offered Per Class | | |
| --- | --- | --- |
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

### DIVISION    131    Gift   Wrapping Contest

Class:
1. Birthday, adult or child    5. Baby Shower
2. Graduation    6. Christmas
3. Wedding    7. Fair Theme
4. Mother's /Father's Day

## TREASURES FROM TRASH

| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| --- | --- |
| ENTRY FEES: | $1.00 |
| ENTRY FORMS: | Online |
| ENTRY LIMITS: | One Entry / Exhibitor/class |
| ENTRIES RECEIVED: | Sun., June 19, 8AM – 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| EXHIBITS JUDGED: | Tues., June 21, 9 AM |
| EXHIBITS RELEASED: | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

*Guidelines for treasures from trash contest:*
1. Items must be made from recycled materials.
2. Items must not exceed 24" in size
3. Items must be free from hazardous materials
4. Items must not exceed 10 lb.
5. Junior Exhibitors are individuals ages 5-17.
1. All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair, unless otherwise noted.

| *Special Awards & Premiums* | | |
| --- | --- | --- |
| **Awards Contingent on Sponsorship** | | |
| Premiums Offered Per Class (1352 & 1362) | | |
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |
| Best of Show each Division 135-136 - $15.00 | | |
| (1351 & 1361) | | |

### DIVISION  134  Recycle Art –Ages 3-9
**Ribbons Only**

Class:
1. Paper/cardboard    4. Plastic
2. Metals (cans, aluminum foil, etc.)    5. Textiles
3. Glass    6. Mixed media
    7. Fair Theme

### DIVISION  135  Recycle Art – Ages 10-17

Class:
1. Paper/cardboard    4. Plastic
2. Metals (cans, aluminum foil, etc.)    5. Textiles
3. Glass    6. Mixed media
    7. Fair Theme

***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***
31                                    revised 2/17/2022

# CRAFTS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## DIVISION 136 Recycle Art – Open

Class:
1. Paper/cardboard
2. Metals (cans, aluminum foil, etc.)
3. Glass
4. Plastic
5. Textiles
6. Mixed media
7. Fair Theme

## Patio & Yard Decoration

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, -5-PM |
| **ENTRY FEES:** | $1.00/entry |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 2 entries / Exhibitor/class |
| **ENTRIES RECEIVED:** | Sun., June 19, 8AM –5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

:Guidelines for Patio & Yard Decoration;
1. Limited to 2 entries per exhibitor per class.
2. Open to all ages. Age must be listed on entry form.
3. All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair, unless otherwise noted.
4. Must be self-supporting. List size & weight on entry form.

---

### *Special Awards & Premiums*
### Awards Contingent on Sponsorship

Premiums Offered Per Class (1372)

| 1st | 2nd | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |

Best of Show (1371) - $25.00
Best of Show Runner up (1373) - $10.00

---

## DIVISION 137 Patio & Yard Decoration

Class:
1. Wood
2. Metal
3. Ceramics
4. Macramé
5. Gourds
6. Any, other materials
7. Fair Theme

## DECORATIVE BOXES

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, -5-PM |
| **ENTRY FEES:** | $1.00/entry |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 2 entries / Exhibitor/class |
| **ENTRIES RECEIVED:** | Sun., June 19, 8AM –5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

Guidelines for Decorative Boxes:
1. Limited to 2 entries per exhibitor per class.
2. Open to all ages. Age must be listed on entry form.

3. All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair, unless otherwise noted.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd. |
| $5.00 | $4.00 | $3.00 |

## DIVISION 140 Decorative Boxes

Class:
1. Fabric
2. Paper Mache
3. Wood
4. Any, other materials
5. Fair Theme

## DECORATIVE HATS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, -5-PM |
| **ENTRY FEES:** | $1.00/entry |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 2 entries / Exhibitor/class |
| **ENTRIES RECEIVED:** | Sun., June 19, 8AM –5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

Guidelines for Decorative Hats:
1. Limited to one entry/exhibitor/class.
2. Exhibitors may use a purchased hat for a base.
3. All decorations must be the work of exhibitor.
4. All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair unless otherwise noted.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd. |
| $5.00 | $4.00 | $3.00 |

## DIVISION 141 Decorative Hats

Class:
1. Autumn (earth tones)
2. Easter Bonnet
3. Christmas
4. Other
5. Fair Theme



**Exhibitor Guidebook & Entry Forms Now available on-line**
**www.shastadistrictfairandeventcenter.com**
32
revised 2/17/2022

# CRAFTS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## SCRAP BOOKING

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $1.00 |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | One Entry / Exhibitor/class |
| **ENTRIES RECEIVED:** | Sun., June 19, 8AM – 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Tues., June 21, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

1. Limited to one entry per class per exhibitor.
2. It is recommended that all pages be covered with page protectors for display.
3. All entries must have been made, collected, grown, or prepared within 1 year of opening date of the fair unless otherwise noted.
4. Two pages 8"x12" or 12"x12" constitute one entry.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

### DIVISION    142    Albums

Class:    *(two pages)*
1. Family Heritage- Black & White Photos
2. School Days Album
3. Wedding Album
4. Baby Album
5. Jr. Scrap bookers (exhibitors ages 5-17)
6. Any other, not listed, specify
7. Fair Theme

## Cricut

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEES:** | $1.00 |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | One Entry / Exhibitor/class |
| **ENTRIES RECEIVED:** | Sun., June 19, 8AM – 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Tues., June 21, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

1. Limited to two entries per class per exhibitor.
2. All entries must have been made, collected, or prepared within 1 year of opening date of the fair unless otherwise noted.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

### DIVISION    143    Wearables

Class:
1. Custom T-Shirt
2. Custom Hoodie
3. Custom Hat
4. Custom Canvas Shoes
5. Any other wearables, not listed, specify
6. Fair Theme

### DIVISION    144    Paper Crafts

Class:
1. Cards
2. Stationery
3. Stickers
4. Any other, not listed, specify
5. Fair Theme

### DIVISION    145    Accessories

Class:
1. Tote Bags
2. Leather Jewelry
3. Any other, not listed, specify

### DIVISION    146    Home Decor

Class:
1. Wall Art
2. Signs
3. Wine Glasses
4. Tumblers
5. Other Any other, not listed, specify
6. Fair Theme

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
33    revised 2/17/2022

# CRAFTS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Tehama & Trinity Counties.*

## CHRISTMAS IN JUNE

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, -5-PM |
| **ENTRY FEES:** | $1.00/entry |
| **ENTRY FORMS:** | Online |
| **ENTRY LIMITS:** | 2 entries / Exhibitor/class |
| **ENTRIES RECEIVED:** | Sun., June 19, 8AM –5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

Guidelines for Christmas in June contests:
1. Limited to 1 entry per class per exhibitor.
2. Wreaths may not exceed 24"in size.
3. Only UL approved lights may be used.

Premiums Offered Per Class
| 1st. | 2nd. | 3rd |
|---|---|---|
| $5.00 | $4.00 | $3.00 |

*Entry Fee:  $1.00 per entry per class*

## DIVISION    148   Decorations-Handmade

Class:
1. Tree Skirts
2. Ornaments (set of up to 6)
3. Stockings
4. Angels
5. Door Decorations
6. Other, Not listed
7. Fair Theme

***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***
34                                                    revised 2/17/2022

# JUNIOR FEATURE BOOTHS

*Limited to members of Clubs , Chapters or other youth organizations located in Shasta, Siskiyou, Plumas, Tehama and Trinity Counties, unless otherwise noted.*

*ALL STATE AND LOCAL RULES APPLY TO THIS DEPARTMENT*

## JUNIOR FEATURE BOOTHS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $10.00 Per entry/class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun -Tues., June 19- 21 |
| | 8 AM- 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |

**AMERICAN SYSTEM OF JUDGING**

1. The Feature Exhibit booth provides members an opportunity to acquaint the public with a specific phase of their chapter or club program. The booth can show what they have learned, the activities in which they have participated, or the contributions of their organization to the community.

2. Judges will insist upon high quality of products and materials used in the exhibit.

3. A high scoring exhibit will be artistically arranged, colorful, attractive and well lit.

4. Feature Exhibit (Booths) shall be limited to one entry by a chapter or club.

5. **All lighting in Feature Booths must have on/off switch accessible to the Fair Staff.**

6. Booths must be designed, constructed and installed by organization members. Instructors may supervise only.

7. Instructors may not sign entry forms as agents for chapters or clubs.

8. Exhibitors must make arrangements to replace all fruits and vegetables which deteriorate during the Fair.

9. All booths will have an 8-ft. back wall and 3ft. side-walls made with pipe & drape materials. Exhibitors may not staple or pin anything to the curtain side-walls.

10. All Feature Booths are Non-Staffed booths. Staffed booths are considered Commercial Booths and are not displayed in this building. Please see the Commercial Exhibits Policies for Staffed booths.

| Jr. Feature Booth Score Card | |
|---|---|
| Title | 10 |
| Subject | 10 |
| Conveys Message | 30 |
| Holds Interest | 15 |
| Appearance | 10 |
| Workmanship | 15 |
| Lighting | 10 |
| **Total** | **100** |

| Premiums Offered Per Class | | | | |
|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th |
| $100.00 | $80.00 | $60.00 | Ribbon | Ribbon |

**DIVISION 245    Junior Feature Booths**
*10' X 10' Feature Booths*

Class:
1. Activity
2. Fair Theme
3. Agriculture
4. Home Economics

 

***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***
35                                                    revised 1/13/2022

# JUNIOR VOCATIONAL ARTS

## VOCATIONAL ARTS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 / entry / class |
| **ENTRY FORM:** | Online |
| **LIMIT:** | 4 Entries per exhibitor |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM - 5 PM |
| | *Exhibits Delivered to Trinity Hall.* |
| **EXHIBITS JUDGED:** | Wed, June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM –3 PM |

Vocational Arts Guidelines and Rules:

1. The exhibits need not be owned by the exhibitor, but exhibitor must have been at least the major contributor to the building or repairing of the exhibit.

2. Entries limited to one entry per project area.

3. Display cards must be filled out and attached to each exhibit in this department, correctly labeling the exhibit and giving a brief summary of the student exhibitor's project.

4. All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.

5. Projects may be Woodworking, Welding, Forging, Sheet Metal, or other material.

6. Exhibitors must list the type of project and description of the work on the entry form.

7. Group projects are limited to 3 exhibitors or less and must be indicated on the entry form.

**Prior arrangements must be made for delivery of medium to large projects.**

***ALL EXHIBITORS MUST INCLUDE THEIR BIRTHDATE AND AGE ON EACH ENTRY FORM***

### Judging Scale for Mechanics Danish System
1st Group Superior
92% --- 100%  Blue
2nd Group Good
84% ---  91%  Red
3rd Group Average, Acceptable
70% ---  83%  White
4th Group Poor, Undesirable
69%/less  No Ribbon

## VOCATIONAL ARTS SILENT AUCTION
### *Details on the following page*

| *Special Awards* |
|---|
| Best of Show Metal Work *(2511)*  $25.00 |
| **Awards Contingent on Sponsorship** |
| |
| Best of Show Woodworking *(2512)*  $25.00 |

### DIVISION   247   Vocational Arts Project
#### *(Small Projects)*

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $3.00 | $2.00 | $ 1.00 |

Class:
1. Beginner – 1st year
2. Intermediate – 2nd year
3. Advanced – 3rd year & Beyond

### DIVISION   248   Vocational Arts Project
#### *(Medium Projects)*

| Premiums Offered Per Class | | |
|---|---|---|
| 1st. | 2nd. | 3rd |
| $5.00 | $4.00 | $3.00 |

Class:
1. Beginner – 1st year
2. Intermediate – 2nd year
3. Advanced – 3rd year & Beyond

### DIVISION   249   Vocational Arts Project
#### *(Large Projects)*

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

Class:
1. Beginner – 1st year
2. Intermediate – 2nd year
3. Advanced – 3rd year & Beyond

### DIVISION   250   Drafting
#### *(Ribbons only)*
This division not eligible for silent auction
Class:
1. Beginner – 1st year
2. Intermediate – 2nd year
3. Advanced – 3rd year & Beyond

***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfair.com***
36                                             revised 1/13/2022

# JUNIOR VOCATIONAL ARTS

## VOCATIONAL ARTS SILENT AUCTION

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $5.00 |
| **ENTRY FORM:** | Online |
| **LIMIT:** | 1 Entry per exhibitor |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM - 5 PM |

*Exhibits Delivered to Trinity Hall.* **Medium & Large Items Delivered to South Side of Main Show Ring.**

| | |
|---|---|
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM –3 PM |

### ***AUCTION GUIDELINES***

**AUCTION:**  The auction will be a silent auction and the fair will be responsible for accepting qualified bids.  The exhibitor may declare a minimum bid.  **The minimum bid must be listed on the entry form.** ***All items entered in the Auction must ALSO be entered in one of the Vocational Arts divisions 247 through 250.***  Only first place items will be allowed to sell.  The Silent Auction will begin on Saturday, June 25, 2022 at 9:00 AM and the last bid will be accepted on Saturday, June 25, 2022 at 3:00 PM.

**SALE QUALIFICATIONS**:  The Shasta Junior Ag Mechanics Silent Auction is open only to those 4-H, FFA, or Independent exhibitors in the valley areas of Shasta County who meet the age requirements and those who graduated from High School in 2022.  **Each junior exhibitor who meets the above qualifications will be allowed to enter & sell one (1) project.**

**SELLING FEES:**  7.0 % of the sale price will be deducted from the seller's check to defray auction costs and the establishment of a contingency fund.

**SELLERS**:  All sales will be handled by the Fair Management office.  Buyers will pay for sale through the fair office and the sellers will then be issued a check for the sale price minus the 7.0% commission fee.

**FOR SALE: "FOR SALE"** signs are not allowed in the display area.  Exhibitors are encouraged to recruit buyers for their items much as they would a livestock buyer.

Only items entered in the Auction Division will be eligible to participate in the silent auction.

**DIVISION    251    Vocational Arts-Silent Auction**

Class:
1. Small Project
2. Medium Project
3. Large Project



*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfair.com*
37                                              revised 1/13/2022

# 4-H STILL EXHIBITS
*Limited to Shasta County*

## *4-H ACTIVITIES*
### INSTRUCTIONS TO EXHIBITORS:

- All entries in the following Divisions must have been made, collected, grown or prepared and entered by exhibitors who were enrolled in those projects in 4-H Youth Programs within one year of the opening date of the Fair, except as otherwise noted; and in accordance with the requirements or recommendations of that project program.

- The projects exhibited at fairs by members of these groups are the result of their efforts under the supervision of volunteer adults. (The State Rules and Health Rules applicable to the Senior Department apply also in the Junior Department)

- Entries that require packaging and labeling, such as food preservation and entomology, must be done in accordance with directions and recipes in project manuals and outlines. Check carefully the recommendations for kind and size of container, and method of labeling. Only standard containers, specifically designed for the purpose, will be accepted.

- PRIMARY 4H members will be allowed to enter the following Departments: 4-H/FFA Rabbits, 4-H Poultry, 4-H Agriculture-Horticulture, 4-H Floriculture, 4-H Clothing, 4-H Foods and Nutrition, 4-H Crafts and Textiles, ONLY. Special classes have been added to the Clothing, Foods and Nutrition and Crafts and Textiles. The other Departments are not separated by age. Primary members may display but will not be judged. Primary members will receive participation ribbons.

- 4-H members must enter in the Divisions & Classes corresponding to the project work in which they have participated and completed as verified by 4-H Project Leader's Signature on the Entry Form. I.E. - Arts & Crafts Project enter the Arts & Crafts Division; Woodworking Projects enter Woodworking Division; Foods & Nutrition Projects enter Foods Division and Clothing & Textiles enter Clothing Division.

- All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.



## 4-H AGRICULTURE-HORTICULTURE

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri. June 17, 5 PM |
| **ENTRY FEE:** | $1.00 per entry/per class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Tues., June 21, 8 AM– 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM – 3 PM |
| | **DANISH SYSTEM OF JUDGING** |

The type of entry desired for exhibit will be the uniform commercial grade. The number of vegetables to exhibit and manner of exhibiting is described in "<u>How to Prepare Vegetables for 4-H Exhibits</u>" issued by the Agricultural Extension Service, University of California. The scorecard that may be used for judging is in this leaflet.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $3.00 | $2.00 | $1.00 |

### DIVISION 255 Vegetables and Fruits
*(Each exhibit must be listed on entry form by species and variety)*

#### (Plate Display)

Class:
1. Fruit - Any
2. Vegetable - Any



***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***
38                                              revised 1/13/2022

# 4-H STILL EXHIBITS
*Limited to Shasta County*

## 4-H FLORICULTURE

| | |
|---|---|
| **ENTRIES CLOSE:** | Wed., June 17, 5 PM |
| **ENTRY FEE:** | $1.00 per entry/per class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Tues., June 21, 8 AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -3 PM |
| | **DANISH SYSTEM OF JUDGING** |

State and Local Rules apply to all entries and Score Cards in corresponding Senior and Junior Department Divisions.

### Premiums Offered Per Class

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

Best of Show Award *(2571)* $25.00
**Awards Contingent on Sponsorship**

### DIVISION 257 4-H Floriculture

Class:
1. Mini Gardens
2. Other, Not listed
3. Fair Theme

## 4-H CLOTHING & TEXTILES

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $ 1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sat., June 19, 8AM -5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| | **DANISH SYSTEM OF JUDGING** |

1. Limit: 8 different exhibits, each to be listed separately and identified by name (dress, blouse, etc.) on the entry form. Different means not alike in material, pattern or style used.
2. An exhibit may consist of an item judged individually or a coordinated exhibit of from 3 to 5 items not judged elsewhere.
3. Exhibitor limited to entries in one unit (experience level).
4. All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.
5. Quilts must have a 4" sleeve at the top on the back for hanging.

### SPECIAL AWARDS
Sweepstakes Award - Ribbon
Over-All Best of Show Award *(2601)* $30.00
Awards Contingent Sponsorship

---

### Best of Show Award *(2602)*
Best of Show Quilting Award *(2603)* $25.00
**4-H Quilt Awards**
Best of Show 4-H Beginning Quilt *(2609)*
Best of Show 4-H Intermediate Quilt *(2608)*
Best of Show 4-H Advanced Quilt *(2607)*
**Awards Contingent on Sponsorship**

### DIVISION 260 Clothing
**PRIMARY 4-H**
*Ages 5 yrs. through 8 yrs.*
*(No Entry Fee for Primary Classes)*

Class:
1. Single Item — Participation Ribbons Only
2. Quilt, any — Participation Ribbons Only
3. Fair Theme — Participation Ribbons Only

### BEGINNING UNIT
*1st and 2nd Year*
*premium scale per class*

| | 1st | 2nd | 3rd |
|---|---|---|---|
| 4. Blouse – Vest | $3.00 | $2.00 | $1.00 |
| 5. Shorts – Pants – Skirt | $3.00 | $2.00 | $1.00 |
| 6. Coordinated Exhibit (2 piece) | $3.00 | $2.00 | $1.00 |
| 7. Coordinated Exhibit (3 + piece) | $3.00 | $2.00 | $1.00 |
| 8. Other, not listed | $3.00 | $2.00 | $1.00 |
| 9. Quilt, any | $3.00 | $2.00 | $1.00 |
| 10. Fair Theme | $3.00 | $2.00 | $1.00 |

### INTERMEDIATE UNIT
*3rd and 4th Year*
*premium scale per class*

| | 1st | 2nd | 3rd |
|---|---|---|---|
| 11. Blouse – Vest | $3.00 | $2.00 | $1.00 |
| 12. Shorts – Pants – Skirt | $3.00 | $2.00 | $1.00 |
| 13. Coordinated Exhibit (2 piece) | $3.00 | $2.00 | $1.00 |
| 14. Coordinated Exhibit (3 + piece) | $3.00 | $2.00 | $1.00 |
| 15. Other, not listed | $3.00 | $2.00 | $1.00 |
| 16. Quilt, any | $3.00 | $2.00 | $1.00 |
| 17. Fair Theme | $3.00 | $2.00 | $1.00 |

### ADVANCED UNIT
*5th Year and Beyond*
*premium scale per class*

| | 1st | 2nd | 3rd |
|---|---|---|---|
| 18. Blouse – Vest | $3.00 | $2.00 | $1.00 |
| 19. Shorts – Pants – Skirt | $3.00 | $2.00 | $1.00 |
| 20. Coordinated Exhibit (2 piece) | $3.00 | $2.00 | $1.00 |
| 21. Coordinated Exhibit (3 + piece) | $3.00 | $2.00 | $1.00 |
| 22. Other, not listed | $3.00 | $2.00 | $1.00 |
| 23. Quilt, any | $3.00 | $2.00 | $1.00 |
| 24. Fair Theme | $3.00 | $2.00 | $1.00 |

---

***Exhibitor Guidebook & Entry Forms Now available on-line***
www.shastadistrictfairandeventcenter.com

revised 1/13/2022

# 4-H STILL EXHIBITS
*Limited to Shasta County*

## 4-H FOODS & NUTRITION

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Tues., June 21, 8 AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| | **DANISH SYSTEM OF JUDGING** |

4-H Foods & Nutrition Guidelines and Rules:

1. Foods that require refrigeration may not be entered.
2. Limit:  8 entries per exhibitor.
3. Entry sheet must list type of food.
4. Exhibitor limited to entries in one unit and Decorated Cakes

Minimum Quantities:

| | |
|---|---|
| Muffins, rolls, cookies, biscuits, and candies: | |
| | One-half dozen |
| Cakes: | One-half cake, plus one slice |
| Bread: | One-half loaf, plus one slice |
| Pies: | Whole pie |

### SPECIAL AWARDS
Sweepstakes Award - Ribbon (2611)
Best of Show Awards (2612)
Best of Show Award
Decorated Cakes -Beginning (2613) $15.00
Decorated Cakes -Advanced (2614) $15.00
**Awards Contingent on Sponsorship**

**DIVISION      261      Foods and Nutrition**

### PRIMARY - 4-H
*Ages 5 yrs. thru 8 yrs.*
*Participation Ribbons Only*
Class:      *(No Entry Fee for Primary Classes)*
1. Cakes (Frosted or Unfrosted)
2. Cookies or Confections
3. Other Item
4. Fair Theme

### BEGINNING
*1st and 2nd yrs.*
*premium scale per class*

| | 1st | 2nd | 3rd |
|---|---|---|---|
| 5. Cakes (Frosted or Unfrosted) | $3.00 | $2.00 | $1.00 |
| 6. Cookies or Confection | | | |
| 7. Quick Breads or Rolls | | | |
| 8. Other, Specify | | | |
| 9. Fair Theme | | | |

### INTERMEDIATE
*3rd and 4th yrs.*
*premium scale per class*

| | 1st | 2nd | 3rd |
|---|---|---|---|
| 10. Cakes (Frosted or Unfrosted) | $3.00 | $2.00 | $1.00 |
| 11. Cookies or Confections | | | |
| 12. Yeast Bread or Rolls | | | |
| 13. Other, Specify | | | |
| 14. Fair Theme | | | |

### ADVANCED
*5th yr. and Beyond*
*premium scale per class*

| | 1st | 2nd | 3rd |
|---|---|---|---|
| 15. Cakes (Frosted or Unfrosted) | $3.00 | $2.00 | $1.00 |
| 16. Cookies or Confections | | | |
| 17. Yeast Bread or Rolls | | | |
| 18. Other, Specify | | | |
| 19. Fair Theme | | | |

### DECORATED CAKE
*premium scale per class*

| | 1st | 2nd | 3rd |
|---|---|---|---|
| 20. Cake Decorating-Beginning | $5.00 | $4.00 | $3.00 |
| (1st & 2nd years) | | | |
| 21. Cake Decorating - Advanced | $5.00 | $4.00 | $3.00 |
| (Over 2 years) | | | |
| 22. Fair Theme | $5.00 | $4.00 | $3.00 |

## 4-H  FOOD PRESERVATION

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 21 - 5 PM |
| **ENTRY FEE:** | $ 1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 20 - 8 AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 21 - 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 27 - 8 AM - 12 PM |
| | **DANISH SYSTEM OF JUDGING** |

4-H Food Preservation Guidelines and Rules:

1. Entry form must list the method of process used (canning or drying). Low acid foods must be canned under pressure. Dried products should be wrapped in clear plastic or sealed in jars.
2. An exhibit consists of two jars or containers except jerky (six strips) and dried fruit (six to eight sections).
3. Limit:  12 entries
4. No paraffin seals.  All canning exhibits must be in sealed jars.
5. Jar labels should list type of product and process (i.e., apricot jam, pectin method; apricots halves, water bath processed; canned green beans, pressure canned).
6. All entries in this Division must be home prepared and canned or packaged by the exhibitor within one year of the opening date of the Fair.
7. All canned foods must be in STANDARD JARS.  Other type jars will be eliminated.

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
40                                                                      revised 1/13/2022

# 4-H STILL EXHIBITS

*Limited to Shasta County*

8. STANDARD JAR: Container specifically or especially designed for canning purposes, (i.e., Ball or Kerr Jars & Lids).
9. Exhibitor limited to beginning or advanced but not both. Must be stated on entry form.
10. All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.

---

### SPECIAL AWARDS
Sweepstakes Award - Ribbon Only
Best of Show Award *(2651)*
**Awards Contingent on Sponsorship**

| DIVISION | 265 | Canning & Preserving |
|---|---|---|

### Beginning Canning
*premium scale per class*

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

Class:
1. Pickles and Relishes
2. Jams/Jellies/Marmalades/Preserves/Etc.
3. Dried Foods
4. Fruits
5. Vinegar

### Advanced Canning
*premium scale per class*

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

6. Fruits
7. Vegetables
8. Dried Foods and or meats
9. Pickles and Relishes
10. Jams/Jellies/Marmalades/Preserves/ Etc.
11. Vinegar

## 4-H ARTS & CRAFTS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $ 1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| | **DANISH SYSTEM OF JUDGING** |

### 4-H Crafts and Textiles Guidelines and Rules:

1. Limited to 8 entries in one experience level.
2. All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.

---

### SPECIAL AWARDS
Sweepstakes Award - Ribbon
**Best of Show Award** *(2701)*
**Awards Contingent on Sponsorship**

| DIVISION | 270 | Arts and Crafts |
|---|---|---|

### PRIMARY 4-H
*Ages 5 yrs. thru 8 yrs*
*participation ribbons only*
***(No Entry Fee for Primary Classes)***

Class:
1. Crafts
2. Other, Specify
3. Fair Theme

### BEGINNING UNIT
1st and 2nd years
*premium scale per class*

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

Class:
4. Dolls and Toys
5. Miniatures (must be room setting, doll houses, etc.)
6. Crafts
7. Graphic Arts
8. Other, Specify
9. Fair Theme

### INTERMEDIATE UNIT
3rd and 4th years
*premium scale per class*

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

Class:
10. Needlecraft (Knitted, Crocheted, etc.)
11. Dolls and Toys
12. Miniatures (must be room setting, doll houses, etc.)
13. Crafts
14. Graphic Arts
15. Other, Specify
16. Fair Theme

### ADVANCED UNIT
5th yr. and Beyond
*premium scale per class*

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

Class:
17. Needlecraft (Knitted, Crocheted, etc.)
18. Dolls and Toys
19. Miniatures (must be room setting, doll houses, etc.)
20. Crafts
21. Graphic Arts
22. Other, Specify
23. Fair Theme

---

*Exhibitor Guidebook & Entry Forms Now available on-line*

# 4-H'S PILL EXHIBITS
*Limited to Shasta County*

## 4-H SCRAPBOOKS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM -5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Tue., June 21, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM – 3 PM |
| **DANISH SYSTEM OF JUDGING** | |

4-H Scrapbook Guidelines and Rules:
1. Each exhibitor limited to entries in one **experience level.**
2. Limited to two entries per exhibitor per class.
3. All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $3.00 | $2.00 | $1.00 |

### DIVISION 271 4-H Scrapbooks
#### PRIMARY 4-H
*Ages 5 yrs. Thru 8 yrs.*
*Participation Ribbons Only*
*(no entry fee for primary classes)*

Class:
1. Two pages any subject
2. Fair Theme

#### BEGINNING
*1st & 2nd Yrs.*
3. Two pages any subject
4. Fair theme

#### INTERMEDIATE
*3rd & 4th Yrs.*
5. Two pages any subject
6. Fair Theme

#### ADVANCED 5Th year & beyond
7. Two pages any subject
8. Fair Theme

## 4-H PHOTOGRAPHY

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM -5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| **DANISH SYSTEM OF JUDGING** | |

4-H Photography Guidelines and Rules:
1. Each exhibitor limited to entries in one **experience level.**
2. Photos must be mounted on photo mat board. No Foam Mat Board allowed.
3. **Limited to 8 photos per class.**

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $3.00 | $2.00 | $1.00 |

| *Special Awards* |
|---|
| **Best of Show Award** *(2851)* |
| **Awards Contingent on Sponsorship** |

### DIVISION 285 4-H Photography
#### PRIMARY 4-H
*Ages 5 yrs. Thru 8 yrs.*
*Participation Ribbons Only*
*(no entry fee for primary classes)*

Class:
1. Color picture, any size
2. Black & White, any size
3. Fair Theme

#### BEGINNING
*1st & 2nd Yrs.*
4. Color Photos, Jumbo-not over 11x14
5. Black & White photos, Jumbo-not over 11x14
6. Snapshot, color or black & white
7. Sequence, 2-5 pictures
8. Fair theme

#### INTERMEDIATE
*3rd & 4th Yrs.*
9. Color Photos, Jumbo-not over 11x14
10. Black & White photos, Jumbo-not over 11x14
11. Snapshot, color or black & white
12. Sequence, 2-5 pictures
13. Fair Theme

#### ADVANCED
*5th year & beyond*
14. Color Photos, Jumbo-not over 11x14
15. Black & White photos, Jumbo-not over 11x14
16. Snapshot, color or black & white
17. Sequence, 2-5 pictures
18. Fair Theme

***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***
42                                                                 revised 1/13/2022

# 4-H STILL EXHIBITS
*Limited to Shasta County*

## 4-H  SCIENCE & TECHNOLOGY

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 Per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| **DANISH SYSTEM OF JUDGING** | |

*Ribbons only 1st – 4th*

4-H Robotics Guidelines and Rules:
1. All exhibits must be the work of the exhibitor.
2. Exhibitors limited to entries in either Beginning , Intermediate or Advanced, 8 entries overall
3. All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.

---

*Special Awards*
**Best of Show Ribbons**
*Beginning     Intermediate     Advanced*
Best of Show Overall *(2881)*
**Awards Contingent on Sponsorship**

---

### DIVISION    288    Robotics & Rockery

#### Beginning (1st. Year)
*Ribbons Only*

Class:
1. Robotics
2. Rockets

#### Intermediate (2nd Year)
*Ribbons Only*

Class:
3. Robotics
4. Rockets

#### Advanced (3rd Year and Above)
*Ribbons Only*

Class:
5. Robotics
6. Rockets



---

*Special Awards\\*
**Best of Show Award Gems & Minerals** *(2891)*
**Awards Contingent on Sponsorship**

---

### DIVISION    289    Gem & Minerals

#### Beginning (1st Year)
*Ribbons Only*

Class:
1. Polished Gem or Mineral
2. Collection-Gem or Mineral (not larger than 12"x18")

#### Intermediate (2nd Year)
*Ribbons Only*

Class:
3. Polished Gem or Mineral
4. Collection-Gem or Mineral (not larger than 12"x18")

#### Advanced (3rd Year and Above)
*Ribbons Only*

Class:
5. Polished Gem or Mineral
6. Collection-Gem or Mineral (not larger than 12"x18")

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
43                                   revised 1/13/2022

# JUNIOR STILL EXHIBITS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Glenn, Tehama and Trinity Counties*

*AGE OF CHILD TO BE SHOWN ON ENTRY FORM*

Junior Department Guidelines and Rules:

1. Each entry in these Divisions shall have been made or produced by the exhibitor.
2. Entries shall be made on **Still Exhibit Entry Forms** provided by the Fair.
3. **The signature of a parent or guardian is required.**
4. State and local Rules apply to all entries and scorecards in corresponding Senior and Junior Department Divisions shall be used unless otherwise provided in these Divisions.
5. Exhibitors who are enrolled in any Junior Organization for which divisions are offered elsewhere are not eligible to enter articles in this Department that are in any way eligible as their Junior Organization projects.
6. All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.
7. Entries are to be made in this department shall be made on Entry Form A.
8. Age of child is as of January 1, 2022

## JUNIOR FLORICULTURE

| | |
|---|---|
| **ENTRIES CLOSE:** | Wed., June 17, 5 PM |
| **ENTRY FEE:** | $1.00 per entry/per class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Tues., June 21, 8 AM - 5 PM |
| *Exhibits delivered to Trinity Hall* | |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

| Premiums Offered Per Class (2951) | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $8.00 | $5.50 | $3.50 |
| *Sponsored by* | | |
| *Special Awards* | | |
| *Best of Show Jr. Floriculture (2952)* | | |
| *$25.00* | | |
| **Awards Contingent on Sponsorship** | | |

### DIVISION 295 Floriculture

Class:
1. Indoor Garden
2. Basket of Cut Flowers, mixed
3. Wall Pocket Arrangement
4. Miscellaneous Arrangements
5. Terrariums
6. Other, Not Listed
7. Arrangements -Fair Theme

## JUNIOR CLOTHING

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM - 5 PM |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -4 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

| *Special Awards* |
|---|
| Best of Show Award (3001) for best Quilt entry |
| $25.00 |
| Over-All Best of Show (3002) Award $30.00 |
| **Awards Contingent on Sponsorship** |

- Limit: 8 different exhibits, each to be listed separately and identified by name (dress, blouse, etc.) on entry form. Different means not alike in material, pattern or style used. An exhibit may consist of an item judged individually or a coordinated exhibit of from 2 to 5 items not judged elsewhere.
- Exhibitor limited to entries in one unit.
- All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.
- Quilts must have a 4" sleeve at the top on the back for hanging.

### DIVISION 300 Junior Clothing
**Beginners - Age 5 through 12**

| Premiums Offered Per Class (3001A) | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $3.00 | $2.00 | $1.00 |
| *Ribbons for Quilts (3001A)* | | |
| **Awards Contingent on Sponsorship** | | |

Class:
1. Single Item    2. Quilted Item
3. Knitted Item    4. Crocheted Item
5. Toy    6. Other, Not Listed
7. Fair Theme

### Advanced - Ages 13 through 17

| premiums per class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $3.00 | $2.00 | $1.00 |

8. Single Item

***Exhibitor Guidebook & Entry Forms Now available on-line***
*www.shastadistrictfairandeventcenter.com*

revised 1/13/2022

# JUNIOR STILL EXHIBITS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Glenn, Tehama and Trinity Counties*

9. Quilted Item
10. Knitted Item
11. Crocheted Item
12. Toy
13. Other, Not Listed
14. Fair Theme

## OPEN TO ALL AGES

*Premiums per class*

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

15. Coordinated Exhibit (two pieces or more)

## JUNIOR BAKED FOODS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Tues., June 21, 8 AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Wed., June 22, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

1. LIMIT: 8 entries per exhibitor. Entry form must list type of food.
2. Foods that require refrigeration may not be entered.
3. Exhibitor limited to entries in one age unit.
4. Decorated cakes may use foam base.
5. Minimum Quantities:

| Cookies | 6 cookies |
|---|---|
| Cake | One-Half cake, plus one slice |
| Pies | Whole pie |



---
### *Special Awards*
Best of Show - *BAKED FOODS* (3051)
Best of Show – Decorated Cakes
Ages 5 thru 12 (3052) $15.00
Ages 13 thru 17 (3053) $15.00
**Awards Contingent on Sponsorship**
---

**DIVISION      305      Foods and Nutrition**
**Ages 5 through 12 years**

*Premiums per class*

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

Class:
1. Cakes
2. Cookies

3. Pies
4. Other, Specify
5. Decorated Cakes
6. Fair Theme

### Ages 13 through 17 years

*Premiums per class*

| 1st | 2nd | 3rd |
|---|---|---|
| $3.00 | $2.00 | $1.00 |

Class:
7. Cakes
8. Cookies
9. Pies
10. Other, Specify
11. Decorated Cakes
12. Fair Theme

## JUNIOR  ARTS & CRAFTS

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $ 1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM -4 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

**Read Rules under Adult Arts and Crafts Section
and follow carefully**

1. Each entry in these Divisions must have been made or produced by the exhibitor.
2. Entries shall be made on **ENTRY FORM A** provided by the Fair.
3. **The signature of a Parent or Guardian is required**.
4. State and Local Rules applying to all entries and score cards in corresponding Senior and Junior Departments Divisions shall be used unless otherwise provided in these Divisions.
5. Exhibitors who are enrolled in any Junior Organization for which Divisions are offered elsewhere are not eligible to enter articles in this Department than are in any way eligible as their Junior Organization projects.
6. LIMIT:  No more than two entries per exhibitor per class.  All paintings and drawings must be framed and wired for hanging.  No string or cord permitted.
7. **Labels on the back of all Art with Name, Division & class #**
8. All entries must have been made, collected, grown or prepared within 1 year of opening date of the fair unless otherwise noted.

---
### *Special Awards*
Best of Show Award
*Ribbons Only*
Offered for each age group
**Awards Contingent on Sponsorship**
---

*Exhibitor Guidebook & Entry Forms Now available on-line*
*www.shastadistrictfairandeventcenter.com*
45                                         revised 1/13/2022

# JUNIOR STILL EXHIBITS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Glenn, Tehama and Trinity Counties*

**DIVISION      310      Arts and Crafts**

### Ages 2 to 5
*Ribbons Only (1ˢᵗ – 5ᵗʰ)*

Class:
1.  Pencil Drawing - Pencil
2.  Pen/ink, includes felt pens
3.  Crayon Drawing
4.  Chalk/Pastel drawing
5.  Water Color
6.  Painting-acrylic, poster paint, etc.
7.  Oil Painting
8.  Cartoons
9.  Miscellaneous Art - Collage, Construction, etc.
10. Clay - Hand formed or wheel thrown
11. Jewelry - Handmade, Clay, Plastic, Metal, etc.
12. Novelty Craft Piece - Any Material
13. Woodcraft Item
14. Mixed Media
15. Fair Theme

### Ages 6 to 9
*Ribbons Only (1ˢᵗ – 5ᵗʰ)*

Class:
16. Pencil Drawing - Pencil
17. Pen/ink, includes felt pens
18. Crayon Drawing
19. Chalk/Pastel drawing
20. Water Color
21. Painting-acrylic, poster paint, etc.
22. Oil Painting
23. Cartoons
24. Miscellaneous Art - Collage, Construction, etc.
25. Clay - Hand formed or wheel thrown
26. Jewelry - Handmade, Clay, Plastic, Metal, etc.
27. Novelty Craft Piece - Any Material
28. Woodcraft Item
29. Mixed Media
30. Fair Theme

### Ages 10 to 12
*premiums per class*

| 1ˢᵗ | 2ⁿᵈ | 3ʳᵈ |
|------|------|------|
| $3.00 | $2.00 | $1.00 |

Class:
31. Pencil Drawing - Pencil
32. Pen/ink, includes felt pens
33. Crayon Drawing
34. Chalk/Pastel drawing
35. Water Color
36. Painting-acrylic, poster paint, etc.
37. Oil Painting
38. Cartoons
39. Miscellaneous Art - Collage, Construction, etc.
40. Clay - Hand formed or wheel thrown
41. Jewelry - Handmade, Clay, Plastic, Metal, etc.
42. Novelty Craft Piece - Any Material

43. Woodcraft Item
44. Mixed Media
45. Fair Theme

### Ages 13 thru 17
*premiums per class*

| 1ˢᵗ | 2ⁿᵈ | 3ʳᵈ |
|------|------|------|
| $3.00 | $2.00 | $1.00 |

Class:
46. Drawing - Pencil,
47. Drawing – Chalk, Pastels, Charcoal
48. Drawing - Ink
49. Mixed Media - Collage, Etc.
50. Water Color.
51. Painting-includes Acrylic, Casein, Tempura, etc.
52. Oil Painting
53. Clay - Hand formed or wheel thrown
54. Metal Work - Tooled Copper, Tin, Etc.
55. Jewelry - Handmade, Clay, Plastic, Metal, etc.
56. Mosaic - Seed, Tile, Pebble, Glass, etc.
57. Novelty Craft Piece - Any material
58. Woodcraft Item
59. Fair Theme

## JUNIOR  PHOTOGRAPHY

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $ 1.00 per entry/Class |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM - 5 PM |
| | *Exhibits delivered to Trinity Hall* |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| | **AMERICAN SYSTEM OF JUDGING** |

**Read Rules under Adult photography and follow carefully**
1.  Each entry in these Divisions must have been made or produced by the exhibitor within 1 year of opening date of the fair unless otherwise noted.
2.  Entries shall be made on **ENTRY FORM A** provided by the Fair.
3.  **The signature of a Parent or Guardian is required**.
4.  State and Local Rules applying to all entries and score cards in corresponding Senior and Junior Departments Divisions shall be used unless otherwise provided in these Divisions.
5.  Exhibitors who are enrolled in any junior organization for which divisions are offered elsewhere are not eligible to enter articles in this department that are in any way eligible as their junior organization projects.
6.  **LIMIT:** No more than two entries per exhibitor per class.
7.  All photos must be matted. Photos must be mounted on photo mat board. No foam mat board allowed. All photos must be at least 8x10 and not greater than 11x14.
8.  **Labels must be placed on the back and appropriately marked with Name, division and class #**

*Exhibitor Guidebook & Entry Forms Now available on-line*

# JUNIOR STILL EXHIBITS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Glenn, Tehama and Trinity Counties*

---

*Special Awards* (3111)
**Awards Contingent on Sponsorship**

---

## DIVISION    311    Photography

### Ages 2 to 5
*Ribbons Only (1st – 5th)*

Class:
1. Animals
2. People
3. Scenic
4. Other, not listed
5. Fair Theme

### Ages 6 to 9
*Ribbons Only (1st – 5th)*

Class:
6. Animals
7. People
8. Scenic
9. Other, not listed
10. Fair Theme

### Ages 10 to 12
*premiums per class*

| 1st | 2nd | 3rd |
|-----|-----|-----|
| $3.00 | $2.00 | $1.00 |

Class:
11. Animals
12. People
13. Scenic
14. Other, not listed
15. Fair Theme

### Ages 13 thru 17
*premiums per class*

| 1st | 2nd | 3rd |
|-----|-----|-----|
| $3.00 | $2.00 | $1.00 |

Class:
16. Animals
17. People
18. Scenic
19. Other, not listed
20. Fair theme

## AG ART

| ENTRIES CLOSE: | Fri., May 21 - 5 PM |
|---|---|
| ENTRY FEE: | $1.00 |
| ENTRY FORM: | Online |
| ENTRIES RECEIVED: | Tues., June 22 - 8 AM - 5 PM |
| EXHIBITS JUDGED: | Wed., June 23 - 9 AM |
| EXHIBITS RELEASED: | Sun., June 27- 8 AM - 4 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

1. One Entry Per Exhibitor Per Class
2. USE YOUR IMAGINATION!!! Entries will be judged on humor and originality.  GET CREATIVE -- some ideas are: celery trees, banana cars, quilt stitched farmland with apples, turnip trucks, cucumber airplanes or rutabaga winnebagos, squash birds.
3. Entries must be mounted on 12" x 18" construction paper.
4. List name along with class number on the back.

## DIVISION    315    Ag Art Contest
*Ribbons Only 1st – 5th*

Class:
1. Animals, birds, fish
2. Vehicles
3. Farmers or Other
4. Flowers or Plants
5. Fair Theme

## LEGO SCULPTURE

| ENTRIES CLOSE: | Fri., May 20 - 5 PM |
|---|---|
| ENTRY FEE: | $1.00 |
| ENTRY FORM: | Online |
| ENTRIES RECEIVED: | Sun., June 19, 8 AM - 5 PM |
| EXHIBITS JUDGED: | Mon., June 20, 9 AM |
| EXHIBITS RELEASED: | Sun., June 26, 8 AM - 3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

1. One Entry per Exhibitor per Class
2. **Entries mounted on cardboard, No Larger than 18"L x 18"W x 18"H**

## DIVISION    316    Lego Sculpture
*Ribbons Only 1st – 5th*

Class:
1. Juniors, ages 2-5
2. Juniors, ages 6-12
3. Juniors, ages 13-17



***Exhibitor Guidebook & Entry Forms Now available on-line***
***www.shastadistrictfairandeventcenter.com***
47                                                           revised 1/13/2022

# JUNIOR STILL EXHIBITS

*Limited to Shasta, Siskiyou, Modoc, Lassen, Plumas, Glenn, Tehama and Trinity Counties*

## AGRICULTURE LITERACY PROGRAM

*The Agriculture Literacy Program is designed to promote Agriculture Literacy among school children and encourage teachers to tie Agriculture into the lessons on the classroom. The program is dedicated to teaching today's youth where their food comes from and showcasing the work being done in local classrooms.*

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM – 5 PM |
| *Exhibits delivered to Trinity Hall* | |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| **DANISH SYSTEM OF JUDGING** | |

*Ribbons only 1st - 5th*

### DIVISION   320   Agriculture Poster Project
*Classroom, Group or Individual Project. Poster to depict what was learned about the Agricultural Topic or Commodity.*

Class:   Classroom or Group Poster Project
1. Preschool thru 3rd grade
2. 4th thru 6th grade
3. 7th thru 8th grade
4. 9th thru 12th grade

Class:   Individual Poster Project
5. Preschool thru 3rd grade
6. 4th thru 6th grade
7. 7th thru 8th grade
8. 9th thru 12th grade

### DIVISION   321   Ag Writing Contest
Class:   Agricultural Topic Essay Contest
1. Preschool thru 3rd grade
2. 4th thru 6th grade
3. 7th thru 8th grade
4. 9th thru 12th grade

Class:   Agricultural Topic Poetry Contest
5. Preschool thru 3rd grade
6. 4th thru 6th grade
7. 7th thru 8th grade
8. 9th thru 12th grade

### DIVISION   322   Create- A- Bug
Class:   Create-A-Bug individual Project
1. Preschool thru 3rd grade
2. 4th thru 6th grade
3. 7th thru 8th grade
4. 9th thru 12th grade



## BEEF POSTER

| | |
|---|---|
| **ENTRIES CLOSE:** | Fri., May 20, 5 PM |
| **ENTRY FEE:** | $1.00 |
| **ENTRY FORM:** | Online |
| **ENTRIES RECEIVED:** | Sun., June 19, 8 AM – 5 PM |
| *Exhibits delivered to Trinity Hall* | |
| **EXHIBITS JUDGED:** | Mon., June 20, 9 AM |
| **EXHIBITS RELEASED:** | Sun., June 26, 8 AM - 3 PM |
| **AMERICAN SYSTEM OF JUDGING** | |

1. One entry per exhibitor.
2. Entry must be 18" X 24".
3. Exhibitor name must be in the lower left corner of back of poster.

| *Premiums Offered Per Class (3231)* | | | | |
|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th |
| $5.00 | $4.00 | $3.00 | Ribbon | Ribbon |
| *Sponsored by* | | | | |
| **Steve & Cindy Scott** | | | | |

### DIVISION   323   Beef Poster
Class:
1. Ages 2-5
2. Ages 6-12
3. Ages 13-17



# ALL GENERAL LIVESTOCK RULES & GUIDELINES
*Please Consult Local Rules (Dates and times subject to change due to COVID)*
## ENTRY INFORMATION
ALL LIVESTOCK ENTRIES ARE DUE BY MAY 20, 2022: **ALL ENTRIES WILL BE ONLY ACCEPTED ONLINE.** We will have several computers to do entries on in the office starting April 1st. All livestock (including rabbits) entry forms must be accompanied by an online signed Exhibitor Liability Waiver. **All market animal will need a Certificate of Animal Medication when their animal is weighed at the fair.**

**OPEN DIVISION ANIMAL LIMITS:** All livestock Exhibitors in the Open Division will be limited to exhibiting not more than two (2) breeds in each Division. Sheep will be limited to sixteen (16) animals in Registered Classes. Dairy Goats will be limited to fourteen (14) entries per Division and no more than two (2) entries per class.

**JUNIOR LIVESTOCK LIMITS:** Junior livestock Exhibitors are limited to one (1) market animal per Exhibitor, and are allowed to bring only one (1) market animal onto the Fairgrounds (**this includes Large Animal and Small Animal**) also limited to two (2) breeds of fourteen (14) animals in Registered Classes of Sheep. Goats will be limited to fourteen (14) entries per Division and no more than two (2) entries per class. The Fair has the ability to consider combining age classes within 4-H and FFA when there are not adequate entries to provide ample competition.

****Beginning January 1, 2021, the Fairs and Exposition Branch (F&E) will require all California Fairs (County, Citrus & District Agricultural Associations) junior livestock (large and small animal) exhibitors to annually participate in the Youth for the Quality Care of Animals (YQCA) program or a quality assurance program established by their local fair and approved by CDFA. For more information on the YQCA program, please visit www.yqca.org.
Junior Livestock Exhibitors must complete course to participate in the 2022 Shasta District Fair. Certificate must be turned in with entries by **May 20, 2022**. You can complete the class online or attend a live training (TBA).

**ENTRY REFUNDS:** No refund of entry fees will be made except for accidental injury or sickness of animals. Refunds will be made only after a Veterinarian's Certificate is submitted proving such injury or sickness.

## STATE RULES: All Local & State Rules, Health Rules, and Score Cards for Judging, as prescribed by the Division of Fairs and Expositions, available online at www.cdfa.ca.gov/fe/Fair_Information/State_Rules_for_California_Fairs.asp, apply to all entries of this Fair. State Rules are available for viewing in the Fairgrounds Main Office and Livestock Office.

**EXTENDED DIVISIONS:** Shall be limited to the State of California except the extended divisions in the Horse Show, which are open to the World.

## LIVESTOCK GENERAL RULES & REGULATIONS
**LIVESTOCK OFFICE HOURS:** The Livestock Office will open June 18, 2022; from 9 AM to 5 PM. Starting June 21, 2022 the hours will be 7 AM-7 PM through the end of Fair.

**LIVESTOCK ARRIVALS:** Non-Market Livestock will be accepted on the grounds on Monday, June 20, 7 AM to 8 PM and Tuesday, June 21, 6 AM to 8 PM. Market Animals will arrive per specie and be weighed off of the trailer. See Livestock Schedule for species and times.

**BEDDING:** Shasta District Fair will NOT provide any bedding. Exhibitors must provide their own bedding. See livestock office for bedding requirements. Straw shall be for breeding animals only. Please notify the Livestock Office prior to fair if you intend to use straw for the safety of market animals that may be near your pens.

**CLEAN PENS & STALLS:** All pens and stalls must be cleaned before 8:00 AM each day and maintained in a clean condition to the satisfaction of the Fair Management in order to be eligible for awards. This rule will be strictly enforced. Clean barn duties are the responsibility of the Junior Livestock Exhibitor, not the parents, leaders, etc. Violators will be excluded from consideration in Clean Stall Awards. Clean Stall Awards will be judged randomly throughout the day.

**REGISTRATION PAPERS:** Registration papers on all registered livestock must be checked in the Livestock Office before 7 PM, Tuesday, June 21, 2022.

**MUZZLES:** Muzzles will not be allowed on animals during their stay at the Fair.

***REMINDER*** Must pre-enter in showmanship to participate except Jr. Market Swine exhibitors. Swine judge will pick exhibitors during market class to come back for showmanship

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com
revised 1/14/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES
## *Please Consult Local Rules (Dates and times subject to change due to COVID)*

All entries in Showmanship **MUST** be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show. Exhibitors shall be on hand and ready to exhibit at the time called for judging. A Novice is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in Fair competition. An exhibitor will no longer be eligible for **any** novice showmanship class in subsequent years. Date of birth for Grange and Independent Exhibitors **MUST** be on the entry form.

## AUCTION GUIDELINES – THIS IS A TERMINAL SALE - Date: Saturday, June 25, 2022, 8AM

The sale will begin promptly at 8:00 AM with the sale of Market Acceptable lots.  We will rotate the market animals periodically as we sell them.  The champions will sell at 10:00 AM.  Breakfast will be available for purchase starting at 6:30 AM while supplies last.  Lunch will be provided to all registered buyers from 11:30 AM - 1:00 PM.  After the sale of champions, we will continue selling our Market Ready animals in a similar rotation as the morning.

**Sale checks will be written when sufficient funds are collected from the buyers.**

**SALE QUALIFICATIONS:** The Shasta District Fair Junior Livestock Auction and Market Classes are open ONLY to those 4-H, FFA, Grange and Independent Exhibitors that reside in the valley are of Shasta County or have Cottonwood, Manton or Platina address (zip codes 96022, 96059, 96076) who meet the minimum age requirements and those who graduated from high school in 2022. Each Junior Exhibitor, who meets the above qualifications, will be allowed to enter and sell one (1) market animal.  Exhibitors who have entered a market animal at any other District or County Fair in a calendar year are not eligible to sell at the Shasta District Fair in the same calendar year.

**STEER/REPLACEMENT FEMALE EXHIBITORS: NEW FOR 2022,** steers will need to be completely halter broke at weigh-ins. Any steer that is not able to be led on the scale by the exhibitor will not be tagged and not eligible for the 2022 Junior Livestock Show and Sale.

**ANIMAL ELIGIBILITY:** Only animals entered and shown in the market classes may be sold at the Auction.  Only Market Steers, Market Lambs, Market Goats, and Market Swine grading Market Ready will be eligible to sell.  Only Replacement Heifers grading group 1 or 2 will be eligible to sell.  Only the rabbit meat pens that meet Market Ready will be eligible to sell.  All Champion and Reserve Champion animals, who's Exhibitors qualify under the above qualification rule, MUST sell at the Auction on Saturday, June 26, 2021.

**LIVESTOCK OWNERSHIP:** Junior Exhibitors <u>MUST</u> prove ownership of animals to be able to exhibit in the Junior Livestock Department.  Lease agreements are acceptable in Horse Department Only.  All breeding animals must be owned at least 30 days.  All horses must be owned or leased at least 120 days.  Proof of lease or ownership for horses must be on file with the 4-H office. *All beef animals must be owned by the exhibitor by tagging day or 120 days prior to fair whichever date comes first.*

**OWNERSHIP & MANDATORY TAGGING DATES:**
All Junior Livestock Animals must be owned and under the control and supervision of the Exhibitor by the below listed dates.  (This means someone else in a location other than your home area is not feeding, breaking to lead, and caring for the Exhibitor's animal.) All Exhibitors and animals must be present at tagging day.  **Heifers do not need to come to tagging day** however fairgrounds must have received a copy of ownership papers & picture of heifer by February 21, 2021.

| Type | Ownership Date | Tagging Date | Tagging Time | Location |
|---|---|---|---|---|
| Steers | Feb. 20, 2022 | Feb. 20, 2022 | 9:00AM - 11:00AM | Shasta Livestock |
| Steers | Feb. 20, 2022 | Feb. 20, 2022 | 1:00PM -  3:00PM | Shasta College Farm |
| Heifers | Feb. 20, 2022 | N/A | N/A | N/A |
| Swine | April 20, 2022 | N/A | N/A | N/A |
| Lambs | April 20, 2022 | N/A | N/A | N/A |
| Meat Goats | April 20, 2022 | N/A | N/A | N/A |
| Rabbit Meat Pens | May 20, 2022 | N/A | N/A | N/A |

**LIVESTOCK WEIGH-IN:** Fair weights for Market Animals for the 2022 Shasta District Fair are as follows: <u>All Junior Market Animal Exhibitors MUST take their own animals across the scales.  No one else will take these animals to the scales for</u>

Exhibitor Guidebook & Entry Forms Now available on-line
**www.shastadistrictfairandeventcenter.com**

revised 1/14/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES
## *Please Consult Local Rules (Dates and times subject to change due to COVID)*

the Junior Exhibitor without prior permission from the Fair.   After all market animals are weighed, each species weight classes will be made-up and will be posted as soon as convenient. The animals will be weighed at the designated times ONLY.  There will be no Swine weighed after the beginning of Beef weighing and no Beef weighed after the beginning of Sheep weighing, no Sheep after the beginning of the Goat  weighing.   If any animal does not make weight, it will be removed from the scale, the scales will be re-balanced, and the animal immediately re-weighed.  The second weight will be final.  Heifers will be sold by the head and Chickens and Rabbits will be sold by the pen not by the pound.

| SPECIES | Min.Wt. | Max.Wt. | Time | Date |
|---|---|---|---|---|
| Swine | 220# | 285# | 8:00AM | TBD |
| Beef | 1,050# | 1,450# | following Swine | TBD |
| Sheep | 115# | 160# | following Beef | TBD |
| Meat Goat | 65# | 110# | following Sheep | TBD |
| Rabbit Meat Pens | 3.5# ea | 5# ea | 8:00 AM | TBD |

## Exhibitors are only allowed to bring one market animal across the scales.  All decisions regarding backups must be made before the animal arrives at the Fairgrounds.

WEIGHT SIFTED ANIMALS: Animals that do not meet weight requirements of their class will be required to leave the Fairgrounds after weigh-ins.

LIVESTOCK OWNERSHIP PAPERS: The Bill of Sale, Brand Inspection or Out-billing from a Sales Yard MUST be made out to the Junior Exhibitor, showing at least a 120-day ownership for Steers/Heifers and 60-day ownership for Sheep, goats and Swine or a signed statement that the animal was born from the Exhibitor's breeding project and was raised by the Exhibitor.  Exhibitors must be able to show proof of ownership at any time should the question arise.

EAR TAGS: All Steers belonging to FFA, 4-H, Grange and Independent Exhibitors MUST come to the Fairground with an official Shasta District Fair Tag in their ear that is identified to the Exhibitor.  Replacement heifers will be tagged Tuesday, June 21, 2022 at Vet Check at the fairgrounds, after market animals are finished at the scales. Sheep, Goats and Swine will be tagged prior to fair. Advisors and Leaders will be given tags from the fair to tag animals. Independent Exhibitors will need to contact the Shasta District Fair office to obtain tags.

MARKET ANIMALS SIFTED BY THE JUDGE: Market animals sifted in the judging arena may remain on the grounds if they are to be shown in showmanship.  They must be removed no later than 8PM.

SELLING FEES: 7.0% of the sale price will be deducted from Seller's check to defray auction costs and the establishment of a Contingency Fund.  A National Pork Board check-off fee of .004% of the value of each Swine marketed in the Junior Livestock Sale will be deducted from the check of the Swine Exhibitor/Seller. A Sheep check off fee of .007% of the value of each Sheep marketed in the Jr. Livestock Sale will be deducted from the check of the Sheep Exhibitors. $3.25 will be deducted from all Steer checks for brand inspection and beef promotion. *NO SHOW PREMIUMS WILL BE PAID ON MARKET ANIMALS.*

IMPORTANT: *All 4-H, FFA, Grange and Independent Exhibitors MUST be ready with animal and in the line as listed on Sales Order when called for the Junior Livestock Auction.  If exhibitor is not ready, dressed in uniform & in line they will not be allowed to sell.*

ALL ANIMALS (Steers - Replacement Heifers - Swine - Lambs - Meat Goats – Rabbit Meat Pens) ENTERED IN MARKET CLASSES & QUALIFYING FOR THE JUNIOR LIVESTOCK AUCTION MUST BE SOLD as listed on the Sale Order. There will be no set prices (or STOPS) and no "NO-SALES" at any time during the Sale.

ALL ANIMALS sold in the Shasta Junior Livestock sale MUST go to processing, directly from the Fairgrounds and will be transported on the trucks provided by the Fair on Saturday, June 25, 2022.  No Junior Exhibitors will be allowed in barns while the animals are loading, failure to leave the barn when asked may result in the loss of premiums.

ALL REPLACEMENT HEIFERS will be released to the new owners at 5:00 pm on Saturday, June 25, 2022.

RABBIT MEAT PEN: The disposition of the Rabbit Pens will be at the discretion of the Buyer.  The Market Ready meat pens will sell at the Junior Livestock Auction.

"FOR SALE": "For Sale" Signs are NOT allowed to be posted in any area of the Fairgrounds, including the Livestock and Horse Departments, until AFTER the Junior Livestock Auction, on Saturday, June 25, 2022.

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

revised 1/13/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES
*Please Consult Local Rules (Dates and times subject to change due to COVID)*

## ANIMAL HEALTH AND SAFETY

**WATER:** A visible source of water must be in every pen that contains livestock until Sunday, June 26, 2022, 8:00 AM. Failure to comply will result in the loss of premiums and/or sale proceeds.

**VETERINARIAN:** A Veterinarian will be on call or present at the Fairgrounds at all times.  If you need vet services or wish to ask questions, contact the Livestock Supervisor.  Any professional fees or medical expenses will be billed to the Exhibitor.

**SHEEP & GOAT HEALTH RULES:** In accordance with the State rules, the following rules regarding Sheep and Goats will be in affect:

1.  All Sheep and Goats entering Fairs require individual identification.  All official identification will be kept on the animals. The official identification may be official USDA individual identification ear tags, premises ear tags, Scrapie Flock Certification Program ear tags, registration tattoos if accompanied by registration papers, or other methods approved by the California Department of Food & Agriculture.

2.  All Sheep & Goats from out of state require official individual identification, a certificate of veterinary inspection and a California entry permit.

3.  Fairs will not accept Sheep & Goats from scrapie non-compliant flocks, or animals that are scrapie positive or scrapie suspects.

4.  Fairs will not accept Sheep & Goats from scrapie-infected or source flocks, or animals that have been exposed to scrapie unless they have been evaluated and approved for exhibition by the State Scrapie Epidemiologist.

5.  Fairs will keep records of the consignor, buyer, and animal identification for 5 years when animals change ownership at the Fair.

6.  Fairs will try to accommodate Scrapie Flock Certification Program Members with separate space if practical.  Breeding animals should be housed in separate enclosures or locations from animals that are not in the certifications program, if practical.

7.  Sheep or Goats within 30 days of pre- or post-parturition, or with vaginal discharge, shall if practical, be kept separate from animals from different flocks and in an area that can be properly cleaned and disinfected.

8. Rams/Bucks older than 6 months require a negative Brucella Ovis test within 30 days of entry into California.

**In an effort to prevent the spread of disease, Shasta District Fair will not allow Sheep or Goats within 30 days of pre- or post-parturition, or with vaginal discharge from entering in the Fair.**

**SLICK SHORN:** All market Sheep will be clean and slick shorn from the knees up (including head) prior to being weighed. **Sheep with excessive wool will not be weighed until shorn to the satisfaction of Show Management.**  Any sheep not meeting these requirements will not be eligible to show or sell.

**SHEEP TAIL DOCK:** To qualify for exhibit market Sheep must be docked such that the tail (dock) is healed and can be lifted from the exterior.  Sheep that have no dock will not be eligible.  Acceptable tail dock is determined by placing a ¼" round stock (like a pencil) beneath the Sheep's dock.  When pressure is applied and the tail lifted up, some resistance should be felt due to the presence of tailbone (vertebrae).  **All Sheep will be checked prior to weighing by Fair designated veterinarian.  Animals that do not meet this test will be sifted by the Fair designated veterinarian.  All decisions are final.**

**SURVEILLANCE OF SHEEP:** All Sheep will be checked during the weigh in process by a Veterinarian for any evidence of Club Lamb Fungus and Heavy Muscled (Callipyge) Mutation.  These Sheep have no ready market value and are deemed undesirable; therefore, they must be removed immediately from the Fairgrounds.  If any discrepancies arise on the Club Lamb Fungus and the Callipyge Mutation Lamb, a Fair designated veterinarian's decision will be final.  **All sheep and goats will be checked for yearling teeth.**

**MUZZLES:** All animal muzzles are prohibited at the Fair.  Muzzles are unnecessary for animal well-being.

## FAIRGROUND AND BARN REGULATIONS

**UNLOADING ANIMALS:** Livestock (other than Horses) will be permitted to enter Fairgrounds through Gate No. 3. Immediately after unloading, trucks and trailers will be removed from the grounds to the Northwest corner outside the Fairgrounds.  Trailers are not allowed to park in the West Parking Lot (Lot #2) by gates 3 & 4.  Trailer parking is in the North Parking Lot (Lot #4).

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

revised 1/13/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

**STABLING:** *All livestock must be stabled according to the space allocated by the Livestock Superintendent. Changing of livestock from one stall to another positively will not be permitted.* All animals, feed and equipment must be housed in the barn within their pen area. **Barn curfew Wednesday - Saturday is 10 PM. All Exhibitors and patrons must be out of barn area at that time. Barn Curfews will be strictly enforced. No sleeping/camping will be allowed in the barn area.**

**ELECTRICAL EQUIPMENT:** There will be NO electric cords or electric fans plugged in the Fair electrical lines unless first approved by the State Fire Marshal or the Fair Electrician. Extension cords used to distribute power to each electrical apparatus shall be rated 15 AMPS minimum and contain ground wire. Cords not meeting these requirements shall be confiscated for the duration of the Fair. ALSO, all fans must be approved UL devices. We will be checking these by order of the OFFICE OF THE STATE FIRE MARSHAL.

**LIVESTOCK RELEASE:** Conditions permitting, the livestock barns will release in the following schedule on June 26, 2022
**Barn A** - Jr. Breeding Beef on Sunday at **8:00 AM** until **12 NOON.**
**Barn C** - Breeding Sheep on Sunday at **8:00 AM** until **12 NOON.**
**Barn D** - all tack items may be carried out starting on Sunday at **8:00 AM** until **12 NOON.**
**Barn E** - Jr./Sr. Goats/Cattle starting on Sunday at **8:00 AM** until **12 NOON.**

**Please note: Fair Management may deem it necessary to alter the schedule.**
**All animals will be released by 12:00 NOON.**

All weight sifted animals must be removed from the grounds immediately after weigh-in. Livestock release papers may be obtained in the livestock office. Market animals sifted in the judging arena may remain on the grounds if they are to be shown in showmanship. They must be removed no later than 8pm after participating in showmanship. NO SICK animals will be released unless a Veterinarian's Certificate & an approved Livestock Release Slip have been obtained in advance. Any animal removed from the grounds prior to release times, without permission and proper release forms will forfeit all premiums and awards.

**DECORATIONS, SUPPLIES, ANIMALS AND EDUCATIONAL DISPLAYS:** May NOT be taken down or removed from the grounds prior to Sunday, June 26, 2022 according to the release times shown above (Premiums will be forfeited if any are removed early). Items left behind are left at your own risk.

**FEED DELIVERY:** No vehicles will be allowed on the Fairgrounds for daily feed delivery, unless authorized by management. The Fair has designated a 20-minute unloading area at Gate 3 for the convenience of Exhibitors. This zone is for unloading of feed, kids, etc. The 20-minute time limit will be strictly enforced. Vehicles left longer than 20 minutes will be ticketed by the City of Anderson Police. Appropriate livestock parking pass must be displayed on the windshield of the vehicle at ALL times. ANY VEHICLE PARKED IN ANY LOT WITHOUT PASS VISIBLE WILL BE TOWED AWAY AT THE OWNER'S EXPENSE.

**LARGE TRUCK & TRAILER PARKING:** All trucks (larger than pick-ups) and trailers will be parked at the Northwest end of the North Parking lot (Lot #4) in the designated area. PLEASE DO NOT park trucks anywhere other than in the designated area. NO stock trailers or trailers of any sort will be allowed in the West Parking Lot (Lot #2) by gates 3 & 4 after Tuesday, June 21, 2022 at 5 PM. If a trailer is found in the parking lot after that time it will towed at owners' expense.

## ETHICS, COURTESY & PUBLIC SAFETY

**'CODE OF ETHICS':** Under no conditions may any Exhibitor use drugs or any artificial means to stimulate an animal so that it may be shown to a better advantage. This shall include, but not be limited to, injections, forced liquid intake, or any unethical or inhumane treatment of animals. **Violators and/or animals in violation of any of the General Rules above will be required to leave the Fairgrounds immediately upon notice.**

**APPROPRIATE BEHAVIOR:** All Exhibitors, leaders, volunteers, and parents participating in the Fair, must act appropriately while in the barn area. Exhibitors are expected to always act appropriately while on the grounds. A physical altercation involving an Exhibitor may result in the Exhibitor being disqualified and all premiums and sales proceeds forfeited.

**ANIMAL GROOMING:** Parents, teachers, advisors, other adults, or individuals not exhibiting in the Shasta District Fair Junior Livestock show may not provide any physical assistance in fitting; grooming and/or showing of market animals whatsoever (see state rules). Assistance may come from junior Exhibitor entered in the Fair ONLY. An advisor, leader, or parent may hold animals while an Exhibitor works, for safety reasons only. This rule applies to all FFA, 4-H and Independent Exhibitors.

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

 revised 1/13/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

NO change of the major color pattern of the animal by painting or dyeing will be allowed. Any grooming material that allows color to come off of any animal will not be allowed. Club members may share in feeding of animals and the cleaning and maintaining of pens.

**EXHIBITOR AND PUBLIC SAFETY:** Any livestock exhibit (including horses) that cannot be handled by the Exhibitor while on the Fairgrounds will be removed from the Fairgrounds, disqualified and all premiums will be forfeited.

**RULE COMPLIANCE:** Any Exhibitor, who fails to conform to accepted standards of conduct, will be removed immediately (with livestock) from the Fairgrounds and all premiums and auction proceeds forfeited, if the situation is of a serious nature.

**AWARDS:** All Exhibitors will be required to provide an appropriate Thank You note prior to receiving their award. The Thank You note must be in an <u>unsealed, addressed envelope with appropriate postage affixed</u>. Every award has the sponsor information attached to it. All awards and premiums will be held until the thank you is received.

## RV RULES AND GUIDELINES

Senior Livestock Exhibitors desiring to remain on the Fairgrounds at night must complete a RV parking application Form. RV parking will be limited to Senior Livestock Exhibitors living outside a 50-mile radius from the Fairgrounds. Please review all RV rules and limitations listed on the application form.

**RV FEES:** A fee of $180.00 per space will be charged for all RV trailer units (Tuesday - Sunday). RV space is available starting Sunday prior to and following Fair at $30.00/night. All fees are to be paid in advance. A permit will be issued and a space assigned. No camp units will be allowed in camping area without a permit. No tent units or sleeping bag only units will be allowed.

**CAMPGROUND CURFEW:** The campground curfew is midnight, and this curfew will be strictly enforced. Exhibitors must be in their beds by midnight. No disturbances will be tolerated. There will be NO drinking and/or loud parties. <u>No alcoholic beverages may be brought on the grounds - for camp area or other area. Anyone with alcoholic beverages of any kind will be asked to leave the grounds and not allowed to return</u>. Violators of these rules will be removed from the campgrounds and their premiums may be withheld.

**CAMPER RELEASE:** All camp units - trailers, pick-up campers, etc., MUST remain on the Fairgrounds in their camp space until the time livestock is released by the Fair Management. There will be NO EXCEPTIONS.

## GENERAL LIVESTOCK PASS & PARKING POLICIES

The following credential policy will be used during the 2022 Shasta District Fair. This credential policy is for the Livestock Exhibitor's convenience and is a courtesy of the Shasta District Fair Board of Directors. The Fair has the final decision of who will or will not receive passes. Please do not abuse this policy.

If any Exhibitor loses their wristband, there will be a $25 fee to replace it. Without the credentials Exhibitor must pay full admission price to get in the gate.

**JUNIOR EXHIBITORS:** Junior Livestock Exhibitors will be issued 1 wristband. The wristband will serve as your pass into the Fair. Market animal Exhibitors will receive their wristband when their animal is weighed, Tuesday, June 21, 2022. Parking credentials and other tickets may be purchased at the main office, please bring your 2022 Livestock Parent Pass Request Form with you.

**SENIOR EXHIBITORS:** Senior Livestock Exhibitors will be issued a wristband. The wristband will serve as your pass into the Fair. Senior Exhibitors may pick up their wristband in the livestock office. One (1) additional wristband may be purchased for the livestock handler for $19.00 and one parking pass can be purchased in the main office, please bring your 2022 Senior Livestock Pass Request Form with you.

**PARENT COURTESY TICKETS:** May be purchased by parents (only) of Junior Livestock Exhibitors at a reduced rate of $19.00 each, parents are limited to two (2) books of 4 admission credentials per family. Parent Credentials must be pre-ordered and on the parent pass form and can be purchased at the main office through June 17, 2022, please bring your Livestock Parent Pass Request Form. Be sure to get your hand stamped for re-entry if you leave the grounds for any reason.

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

revised 1/13/2022

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

**4-H LEADERS:** The 4-H Office will be allocated Fair passes to be distributed to Community & Project Leaders actively involved in the Fair. No passes for 4-H Leaders will be distributed from the Fair Office.

**PARKING:** No parking passes will be provided to livestock exhibitors. Senior and Junior Livestock exhibitors may purchase up to two (2) Parking Passes for $18.00 Each. These passes are only valid in Lots 2, 3 & 4. Parking passes must be pre-ordered on the Livestock Parent Pass Request and can be purchased at the main office through June 17, 2022, please bring your form.

## JUNIOR LIVESTOCK
## ELIGIBILITY REQUIREMENTS

<u>FFA MEMBERS:</u> FFA members may participate in breeding classes and may exhibit to the end of the calendar year following the year of graduation from high school.

All Future Farmers of America Exhibitors of livestock must wear the official uniform of their organization while showing their animals. The official FFA show uniform to be worn by all FFA Exhibitors and by helpers in individual and chapter groups while showing at Fairs and livestock shows shall consist of white trousers, white dress shirt (short or long sleeves) with the FFA emblem attached to the left pocket and the official FFA four-in-hand necktie. The official FFA jacket is optional; if worn, the shirt emblem is not required. Hats or headgear of any kind shall not be worn with the official show uniform while showing. If the Exhibitor does not have the official jacket on due to heat, the shirt worn must have capped sleeves or long sleeves. No tank tops allowed.

<u>4-H MEMBERS:</u> A 4-H member may enroll on his/her fifth birthday. Large breeding animals may be exhibited by a full member at age 9, until the end of the calendar year in which the member becomes age 19. <u>Youth under 9 years of age as of midnight on December 31, 2020 may not enter large animals or participate in auction. Exhibitor must be 9 years old as of December 31, 2020, to sell at auction.</u> See Junior. Livestock Sale eligibility under Sale Qualifications paragraph.
**4-H Primary members** (ages 5 thru 8) are not allowed to enter or show animals by which their size and/or nature is unsuitable for a young handler. These include: Horses, Beef Cattle, Dairy Cattle, Swine, Sheep, Goats (except Pygmy and Nigerian Dwarf Goats) of all classes. Upon conclusion of judging of each species, primary Exhibitors are allowed to participate in a discussion type setting with the judge. Primary Exhibitors are not judged but do receive a participation ribbon. Primary Exhibitors may only enter in primary classes. All other membership and project requirements must also be satisfied prior to showing a 4-H project animal.

4-H Exhibitors of livestock must wear 4-H hat, appropriate color, white/off white slacks or jeans (ankle length, belt should be worn if belt loops available), with white sleeved blouse or white sleeved shirt tucked in with 4-H tie or collar (girls) while showing and selling their animals. The 4-H uniform must be worn by all 4-H members and helpers. Appropriate footwear must be worn. 4-H Exhibitors must abide by rules set forth by the Shasta County 4-H office to qualify as a 4-H Exhibitor.

<u>INDEPENDENT/GRANGE JUNIOR EXHIBITORS:</u> Independent/Grange Junior Exhibitors may participate in the Junior Still Exhibits Department, ONLY, upon entering kindergarten or age 5 and not older than 18 years of age as of January 1, 2022. In the Livestock Department Independent Exhibitors must be at least 9 years of age and must not be older than 18 years of age on January 1, 2022. Independent/Grange Exhibitors may participate until the summer after completion of High School regardless of age. Independent/Grange Exhibitors must meet all ownership requirements. Independent/Grange Exhibitors must enter in an open Junior or Independent/Grange class unless one is not available. If an open or Independent/Grange class is not available, Junior Exhibitors may enter an appropriate 4-H or FFA Class. Advisor, leader, teacher, or parent/guardian signature on the entry form is required by the Fair to certify that: projects have been under their direct supervision in accordance with the rules and regulations of the organization and the Fair; and the entry is the project of the Exhibitor and is eligible for exhibit. Failure or refusal of such advisor, leader, or parent/guardian to sign the required entry form will prevent the Exhibitor from entering that particular class (es). Juniors who have been 4-H, FFA or Grange project member within 60 days (120 days for horse and market beef) prior to the Fair are not eligible to compete in that project as Independent Juniors. All Independent/Grange Exhibitors must have project management records and proof of supervision available as to the length of the project. Independent/Grange Junior Exhibitors entering market animals must provide Fair management with a picture of their animal, appropriate proof of ownership, permanent ear tag, tattoo and /or Swine ear notch information 120 days prior to the Fair for beef and 60 days for Sheep, goats or Swine. All Independent/Grange Exhibitors must have "on grounds" supervision by a responsible adult. The names of the responsible adult(s) must be on file with the livestock office. All Independent/Grange Exhibitors must participate in barn

Exhibitor Guidebook & Entry Forms Now available on-line
<u>www.shastadistrictfairandeventcenter.com</u>
revised 1/13/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES
## *Please Consult Local Rules (Dates and times subject to change due to COVID)*

duty. The show "uniform" for all Independent Exhibitors will be dark black pants and a white button-down shirt with sleeves. The show "uniform" for all Grange Exhibitors will be dark black pants, a white button-down shirt with sleeves and the Grange vest. **Independent & Grange exhibitors Ages 9 - 13 enter in 4-H Classes and Ages 14 - 18 enter in FFA Classes.**

**LIABILITY INSURANCE:** County, District and State Fairs cannot legally carry liability insurance covering Junior Exhibitors and/or their exhibits. Liability insurance is the responsibility and at the discretion of the Junior Exhibitor. The Shasta District Fair highly recommends all livestock Exhibitors carry liability insurance. Liability insurance can be added to a homeowner's policy or can be purchased through the Fairgrounds. Please call the Fairgrounds, 530-378-6789, for more information.

**INSURANCE COVERAGE FOR INDEPENDENT JUNIORS:** Independent Exhibitors shall provide insurance coverage as required by the Fair. Independent Exhibitors must provide the Fair office with a certificate of insurance showing proof of one million dollars ($1,000,000) liability coverage on the animal to be exhibited.

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com
56                                    revised 1/13/2022

# 2022 LIVESTOCK RECEIVING and RELEASE SCHEDULE

| Saturday/Sunday June 18 & 19 | Monday June 20 | Tuesday June 21 | Thursday June 23 | Sunday June 26 |
|---|---|---|---|---|
| **10 AM - 3 PM**<br>Pen/Stall Set-up Only<br><br>**NO Livestock**<br>Will be received on these Days | **7 AM - 10 AM**<br>Lamb and Goat Wiegh-in<br>All Market anmals will<br>be weighed upon arrival<br>Breeding Sheep can be<br>brought in if you have a<br>market animal, if no<br>market animal breeding<br>sheep and goats will be<br>allowed to come in from<br>10:30 AM to 1:30 PM | **5 AM -10 AM**<br>Pig Weigh in off of trailer<br><br>**5 PM - 8 PM**<br>**Steer Weigh-in**<br>**Replacement Heifer**<br>**Vet Check**<br><br>**2 PM-4PM & 8 PM-10 PM**<br>**Breeding Cattle & dairy**<br><br>**5 PM-8PM**<br>**Poultry Inspection** | **Pygmy Goat Show 1PM**<br>**Showmanship**<br><br>**All Rabbits/Cavys including**<br>**Meat Pens 9 AM  \*\***<br><br>Breeding Rabbits & Pygmy<br>Goats **MUST** be off grounds at<br>conclusion of show | **RELEASE TIME**<br>**8 AM til 12 Noon**<br><br>**All Breeding**<br>Livestock is released<br>**Between 8 AM - 12 PM**<br>*All Animals must be*<br>*off grounds by noon* |
| \*\*Livestock Parent Pass Request Forms are DUE JUNE 17, 2022 in the SDF Front Office. | | | | |

# 2022 LIVESTOCK JUDGING SCHEDULE

| Wednesday June 22, 2022 | Wednesday June 22, 2022 | Thursday June 23, 2022 | Friday June 24, 2022 | Saturday June 25, 2022 |
|---|---|---|---|---|
| **Poultry 8 AM** | **Market Goats** | **PeeWee Showmanship** | *Continued* | **Breakfast & Regsitration opens at 6:30 AM** |
| Location: North Lawn  Ring | Following conclusion  of Sheep Show | **5:30 PM** | **Sr Breeding Beef** | |
| Jr. Meat Pens | | Location: Main Show Ring | All Breeds | **JR LIVESTOCK AUCTION** |
| Jr. Showmanship | FFA Market Goat | | **Sr Boer Goats 1 PM** | **BEGINS AT** |
| Jr. Confirmation | 4-H Market Goat | **Sm Animal Round Robin** | Location: Main Show Ring | **8 AM** |
| | Grand Champion | **6:30 PM** | **Dairy Goats 8 AM** | ***10:00 AM*** |
| **Sheep 8 AM** | FFA Meat Goat Showmanship | Location: Main Show Ring | Location: North Lawn  Ring | **SALE OF CHAMPIONS** |
| Location: Main Show Ring | 4-H Meat Goat Showmanship | | **Jr Dairy Goats** | |
| | **Jr Breeding Meat Goats** | **Parent Showmanship** | FFA Showmanship | **AG MECHANICS** |
| FFA Market Sheep | following Jr. Showmanship | Immediately following | 4-H Showmanship | **3 PM** |
| 4-H Market Sheep | **Shasta Co. Produced** | Small Animal Round Robin | **Jr Breeding Goats** | |
| Grand Champion | **Steer 5:30 PM** | Location: Main Show Ring | All Other Registered Breeds | |
| Pen of 3 | **Beef Fitting Contest 6:30 PM** | | **Sr Breeding Goats** | |
| Sheep Showmanship | | | Nubians | |
| | **Thursday June 23, 2022** | **Friday June 24, 2022** | TBA | |
| **Jr. Breeding Sheep** | **Swine 8 AM** | **Beef 8 AM** | All Other Registered Breeds | |
| | Location: Main Show Ring | Location: Main Show Ring | | |
| Hampshire | FFA Market Swine | 4-H & FFA Replacement Heifers | **Dairy Cattle 2 PM** | **WEDNESDAY** |
| All Other Meat Breeds | 4-H Market Swine | FFA Market Beef | (following Sr. Dairy Goat Show) | **Thru** |
| All Other Wool Breeds | Grand Champion | 4-H Market Beef | Location: North Lawn  Ring | **FRIDAY** |
| Commercial Breeds | FFA Swine Showmanship | Grand Champion | **JR. Dairy Cattle** | **BARN CURFEW 10 PM** |
| | 4-H Swine Showmanship | FFA Beef Showmanship | FFA Showmanship | |
| **Sr. Breeding Sheep** | **Rabbits 10 AM** | 4-H Beef Showmanship | 4-H Showmanship | |
| *follwoing Jr. Sheep* | Location: North Lawn  Ring | | **Sr. Dairy Cattle** | **SATURDAY** |
| TBA - Reg. | | **Jr Breeding Beef** | | **BARN CURFEW 8 PM** |
| TBA - Reg. | **Pygmy Goats 2:30 PM** | All Reg. Breeds | **Round Robin** | |
| All Other Reg. Breeds | Location: North Lawn  Ring | Commercial Breeds | **6 PM Barn B** | |
| Commercial Breeds | | | Location: Main Show Ring | |

# SENIOR LIVESTOCK

Enter online at www.shastadistrictfairandeventcenter.com

## SHEEP

*REGISTERED   PUREBRED &*
*COMMERCIAL BREEDING ANIMALS*
*LOCAL DIVISIONS*
*Limited to: Shasta, Siskiyou, Lassen, Tehama and Trinity Counties.*

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEE: | $10.00 / Entry / Class |
| ENTRY FORM: | Online Entry |
| IN PLACE BY: | Mon., June 20, 10:30AM-1:30 PM |
| | For Vet Check |
| EXHIBITS JUDGED: | Wed., June 22 |
| | *Following Jr. Sheep Show* |
| EXHIBITS RELEASED: | Sun. June 26 |
| | 8 AM until NOON |

### Senior Sheep Guidelines and Rules:

1. Flock numbers shall be used to identify all entries.
2. **Registration numbers may not be used as flock numbers.**
3. Flock numbers and breeder's initials, name or association prefixes shall be on commercially used tags attached to the ear or tattooed in the ear for yearlings and lambs bred by the exhibitor.
4. An exhibitor may not use the same flock number on more than one animal during any two consecutive calendar years.
5. Lambs **must** show lambs teeth.
6. Limited to 16 animals per exhibitor.
7. Refer to Local and State Rules.
8. Rams/Bucks older than 6 months require a negative Brucella Ovis test within 30 days of entry into California

### Premiums Offered per Class

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| $30.00 | $26.00 | $22.00 | | Ribbons | |

Champion- Ribbons
Champion Ram          Champion Ewe

### Special Awards
Grand Champion Ewe (5751)
Grand Champion Ram (5752)
**Awards Contingent on Sponsorship**

**DIVISION 575     Suffolk**
**DIVISION 576     Columbia**
**DIVISION 577     All Other Registered Breeds**
**DIVISION 578     Commercial Meat Type\***

*\*will not compete for Supreme Champion*

### RAMS

| Class: | Date of Lambing |
|---|---|
| 1. Yearling | 09-01-20 thru 08-31-21 |
| 2. Lamb | 09-01-21 thru 04-10-22 |
| 3. Pair of Ram Lambs | |

### EWES

| | |
|---|---|
| 4. Yearling | 09-01-20 thru 08-31-21 |
| 5. Pair of Yearling Ewes | |
| 6. Lamb | 09-01-21 thru 04-10-22 |
| 7. Pair of Ewe Lambs | |

### GROUPS
*(One entry per exhibitor per class.  All owned/bred by one exhibitor and entered as individuals)*

8. Flock: *One yearling or lamb ram, two ewe lambs & two yearling ewes.*
9. Get of Sire:     *Four sheep sired by same ram.*
10. Young Flock: *One ram lamb and two ewe lambs.*

## DAIRY CATTLE

*REGISTERED PUREBRED BREEDING ANIMALS*
*LOCAL DIVISIONS*
*Limited to: Shasta, Siskiyou, Lassen, Tehama and Trinity Counties.*

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEE: | $10.00 / Entry / Class |
| ENTRY FORM: | Online |
| IN PLACE BY: | Tues., June 21, |
| | 2PM-4PM & 8PM-10 PM |
| EXHIBITS JUDGED: | Fri., June 24, 2 PM |
| | *Following Jr. dairy* |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until NOON |

### Senior Dairy Cattle Guidelines and Rules:

1. Permanent markings (tattoos) as required by the breed associations are necessary in the ears of **All Cattle**.
2. Senior and Junior yearling in milk must be shown as two-year olds in both individual and group classes.  Note: "in milk" on your entry form.
3. Refer to Local and State Rules.

### Premiums Offered Per Class

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| $45.00 | 40.00 | $35.00 | | Ribbons | |

Champion - Ribbons:
Grand Champion Female
Res. Grand Champion Female
Sr Champion Female   Jr Champion Female

**DIVISION 565     Holstein**
**DIVISION 566     Jersey**
**DIVISION 567     All Other Breeds**

### FEMALES

| | |
|---|---|
| 1. Calves | 09-01-21 thru 02-18-22 |
| 2. Junior Yearlings | 03-01-21 thru 08-31-21 |
| 3. Senior Yearlings | 09-01-20 thru 02-28-21 |
| 4. Two years, under 3 | 09-01-19 thru 08-31-20 |
| 5. Three years, under 4 | 09-01-18 thru 08-31-19 |
| 6. Four years, under 5 | 09-01-17 thru 08-31-18 |

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

59

revised 2/7/2022

# SENIOR LIVESTOCK

Enter online at www.shastadistrictfairandeventcenter.com

7. Five Years or Over        Prior to Sept. 1, 2016

*GROUPS*

All owned by one exhibitor and entered as individuals

Class:

8. Junior Get of Sire: *To consist of three females Senior Yrlg or younger, none of which have freshened; the get of one sire. All bred by exhibitor. Sire must be identified by a registration number. Each exhibitor is limited to one entry, sired by the same bull.*

9. Dairy Herd: *To consist of four freshened cows. Each exhibitor to be limited to one entry.*

10. Get of Sire: *To consist of four females, the get of one sire, at least one to be two years of age or older. Sire must be identified by registration number. Each exhibitor is limited to one entry sired by the same bull.*

11. Produce of Dam: *To consist of two females, any age, the produce of one cow. The dam must be identified by registration number.*

12. Best Three Females: *Any age, all bred by exhibitor. Each exhibitor to be limited to one entry.*

13. Young Herd: *Three heifers; Senior yearling or younger. Heifers must have been bred by exhibitor.*

## BEEF CATTLE
*REGISTERED PUREBRED BREEDING ANIMALS*
*LOCAL  DIVISIONS*
Limited to: Shasta, Siskiyou, Lassen, Tehama and Trinity Counties

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEE: | $10.00 / Entry / Class |
| ENTRY FORM: | Online Entry |
| IN PLACE BY: | Tues., June 21 |
| | 2PM-4PM & 8PM-10 PM |
| EXHIBITS JUDGED: | Fri., June 24 - following Jr. Show |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until NOON |

### Senior Beef Cattle General Guidelines:

BEEF CATTLE: All Females 24 (twenty-four) months of age or older at the beginning day of the Fair must: (a) have a calf; OR (b) show obvious signs of pregnancy; OR (c) have a veterinarian's certificate of pregnancy. Permanent markings (tattoos) as required by the breed associations are necessary in the ears of ALL cattle. **NOTE:** Nurse cows will not be permitted on Fairgrounds.

| Premiums Offered Per Class | | | | | |
|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th |
| $45.00 | $40.00 | $35.00 | | Ribbons | |

Champion Ribbons:
Champion Bull        Champion Female
Res. Champion Bull  Res.Champion Female

### Special Awards
Grand Champion Bull (5501)
Grand Champion Female (5502)
**Awards Contingent on Sponsorship**

REFER TO STATE RULES FOR REGISTRATION and BIRTHDATE REQUIREMENTS.

## DIVISION  550  Registered Breeds
*BULLS*

| Class: | Date of  Calving |
|---|---|
| 1. Calves | 09-01-21 thru 02-18-22 |
| 2. Junior /Summer Yearling | 01-01-21 thru 08-31-21 |
| 3. Senior Yearling | 03-01-20 thru 12-31-20 |

*FEMALES*

| | |
|---|---|
| 4. Calves | 09-01-21 thru 02-18-22 |
| 5. Junior Yearling | 01-01-21 thru 08-31-21 |
| 6. Senior Yearling | 03-01-20 thru 12-31-20 |

*GROUPS*
*(All owned by one exhibitor and entered as individuals)*

Class:

7. Get of Sire:   *Four animals get of same bull, (both sexes to be represented)*

8. Junior Get of Sire:   *Three animals, Summer Yearling or  younger, get of same bull, both sexes represented*

9. Pair of Females: *Two females, bred by exhibitor*

## DIVISION  555    Cow and Calf  Pairs
*(Registered Animals - All Breeds Judged Together)*

Class:

1. Cow & Calf  ---   *Calf must have been born between Sep. 1, 2020 & May 10, 2021,*

## DAIRY GOATS
*REGISTERED PUREBRED BREEDING ANIMALS*
*LOCAL DIVISIONS*
*Open Sanctioned Show*

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEES: | $10.00 / Entry / Class |
| ENTRY FORM: | Online |
| IN PLACE BY: | Mon., June 20, |
| | 10:30AM - 1 PM |
| EXHIBITS JUDGED: | Fri. June 24- 8 AM |
| | *(following Jr. Dairy Goat Judging)* |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until 12 NOON |

### Senior Dairy Goat Guidelines and Rules:

1. Each exhibitor is limited to 12 entries per division and 2 animals per class.
2. Only animals with a "Certificate of Registry" (Blue Border) issued by the American Dairy Goat Association are eligible.
3. When an owner signs the "Certificate of Transfer", for the new owner, a new registration certificate must be obtained before exhibiting the animal.
4. **This is an ADGA sanctioned show**: A.D.G.A. rules and

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

revised 2/7/2022

# SENIOR LIVESTOCK

regulations will be followed.
5. Refer to Local and State Rules.
6. Please refer to new state rules regarding Scrapies listed in the general livestock rules.
7. The Jr. & Sr. Shows are not sanctioned separately.
8. Show order is subject to change at the discretion of fair management to insure the show runs smoothly.

The North Valley Dairy Goat Association is sponsoring a second ADGA show. Junior and senior class Does will be separately sanctioned for the NVDGA show. Senior Does will start this show for all breeds. The junior Doe will start after selection of senior Doe Best in Show. All animals entered in the NVDGA show must also be entered in the Fair show. Youth entered in the Fair show are welcome to enter their registered animals. For additional information and entry form for the AVDGA show go to nvdga.org

### Premiums Offered Per Class
| 1st. | 2nd. | 3rd. | 4th. | 5th | 6th |
|---|---|---|---|---|---|
| $20.00 | $17.00 | $14.00 | | Ribbons | |

Champion Ribbons:
Junior Champion    Senior Grand Champion
Senior Reserve Grand Champion
Best of Breed
Best of Show

*Special Award*
Sr Dairy Goat Champion Challenge (5861)
Awards Contingent on Sponsorship

**\*\*\*\*THE SHOW ORDER IS SUBJECT TO CHANGE\*\*\*\***

**DIVISION 586    Nubians or La Manch TBA**
**DIVISION 587    Nigerian Dwarf**
**DIVISION 588    All Other Purebred**

| Class: | Date of Kidding |
|---|---|
| 1. Junior Kid | 03-01-22 thru 04-17-22 |
| 2. Senior Kid | 01-01-22 thru 02-28-22 |
| 3. Sr. Yrlg or Jr. Yrlg, - Dry | 01-01-21 thru 12-31-21 |
| 4. 1 Year and Under 2, In Milk | 01-01-21 thru 12-31-21 |
| 5. 2 Years and Under 3 | 01-01-20 12-31-20 |
| 6. 3 Years and Under 4 | 01-01-19 thru 12-31-19 |
| 7. 4 Years and Over | Prior to Jan. 01, 2019 |

### GROUPS
All owned by one exhibitor and entered as individuals

9. Dam and Daughter: *To consist of dam and daughter. Dam must be named.*
10. Dairy Herd: *Four does in milk. One entry per exhibitor*
11. Best Three Females: *To consist of three does. All must be owned by exhibitor.*
12. Get of Sire: *Three does sired by same buck, at least one to be a Yearling or older in milk. One entry by same buck per exhibitor.*

# BOER GOATS
*REGISTERED PUREBRED BREEDING ANIMALS*

| ENTRIES CLOSE: | Fri., May 20, 5 PM |
|---|---|
| ENTRY FEES: | $10.00 / Entry / Class |
| ENTRY FORM: | Online |
| IN PLACE BY: | Mon., June 20, 10:30 AM-1:30 PM |
| EXHIBITS JUDGED: | Fri., June 24, 1 PM |
| | Sanctioned show |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until 12 NOON |

### Boer Goat Guidelines and Rules:
1. A goat entered under its registration number and presenting its Certificate of Registration will be eligible to earn point per association rules. Unless other rules are specified, the show will follow all rules provided they do not conflict with State or Local Rules.
2. Each exhibitor is limited to 12 entries per division and 2 animals per class.
3. Only registered goats may be shown. Only ABGA registrations will be accepted. An original registration certificate is required. Animals must be registered in the name of the exhibitor.
4. All animals must have legible tattoo(s) or other means of permanent identification consistent with its registration certificate or the animal will be disqualified. If the animal has a microchip as its permanent identification, the exhibitor is responsible for providing a microchip reader. Illegible tattoos or tattoos inconsistent with the registration papers will be disqualified.
5. All animals must be registered purebred, fullblood or percentage blood Boer goats. Percentage doe classes are for goats 50% to 88% Boer; fullblood classes are does that are 93.75% to fullblood and 96.87% to fullblood for bucks.
6. Does that are 24 months old, or older, that have not kidded and cannot prove a current pregnancy, are not eligible.
7. Any animal showing any pronounced defect or abnormality will be barred from the show in any of the breeding classes.
8. Animals artificially colored will be disqualified.
9. Animals' age is based on opening day of Fair, June 23, 2019.
10. Animals must be on grounds by 8 AM, Friday, June 25, 2021. Gates will close at 8 AM.
11. Juniors that want to enter in the sanctioned show must also be entered in the junior show to be eligible. This is a special feature breed show.

### Premiums Offered Per Class
| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| $30.00 | $25.00 | $20.00 | | Ribbons | |

Champion Ribbons for each division:
Junior Champion        Junior Reserve Champion
Yearling Champion      Yearling Reserve Champion
Senior Champion        Senior Reserve Champion
Grand Champion         Reserve Grand Champion

Exhibitor Guidebook & Online Entries available at-
**www.shastadistrictfairandeventcenter.com**
61                                    revised 2/7/2022

# SENIOR LIVESTOCK

**Enter online at** www.shastadistrictfairandeventcenter.com

| DIVISION 590 | Percentage Does |
| DIVISION 591 | Fullblood/Purebred Does |
| DIVISION 592 | Fullblood/Purebred Bucks |

| Class: | Date of Kidding |
|---|---|
| 1. 0 to under 3 months | 03-16-22 thru 06-14-22 |
| 2. 3 to under 6 months | 12-13-22 thru 03-15-22 |
| 3. 6 to under 9 months | 09-14-21 thru 12-12-21 |
| 4. 9 to under 12 months | 06-13-21 thru 09-13-21 |
| 5. 12 to under 16 months | 02-13-21 thru 06-12-21 |
| 6. 16 to under 20 months | 10-13-11 thru 02-12-21 |
| 7. 20 to under 24 months | 06-13-20 thru 10-12-20 |
| 8. 24 to under 36 months | 06-13-19 thru 06-12-20 |
| 9. 36 to under 48 months | 06-13-18 thru 06-12-19 |
| 10. 48 months & over | Prior to 06-12-18 |

## GROUPS
All owned by one exhibitor and entered as individuals

11.  Pair of Doe Kids: *Two doe kids bred by exhibitor*

12.  Pair of Buck Kids: *Two buck kids bred by exhibitor*

13.  Young Herd: *One buck and two doe kids*

14.  Get of Sire: *Four animals sired by same buck, both sexes represented. One entry by same buck per exhibitor.*

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com
62
revised 2/7/2022

Enter online at www.shastadistrictfairandeventcenter.com

## MARKET MEAT GOATS
*Local Divisions*

| | |
|---|---|
| ENTRIES DUE: | Friday, May 20, 5 PM |
| ENTRY FEES: | $15.00 per entry per class |
| ENTRY FORMS: | Online |
| IN PLACE BY: | Mon., June 20, 7 AM - 10 AM |
| WEIGH IN: | Weighed off trailer |
| EXHIBITS JUDGED: | Wed., June 22, After Sheep Show |
| | *(FFA followed by 4-H)* |
| SHOWMANSHIP: | Wed., June 22 |
| | immediately following Market Show |

**DANISH SYSTEM OF JUDGING**

### Market Meat Goat Guidelines and Rules:
- All State and Local Rules apply and will be strictly enforced.
- All Breeds will be judged together.
- All kids are required to have a valid Scrapies tag in their ear.
- All kids must have all their milk teeth fully intact.
- All market goats may be dehorned, tipped, or horned.

### Market Meat Goat Grades
- **Market Ready:** USDA Prime or Choice quality with 12th rib back fat range .08-.12 most desirable, .13-.22 back fat acceptable, average or greater conformation and cut ability.
- **Not Market Ready:** Good or lower quality grade with 12th rib back Fat range <.08 or >.22; under finished goats grading USDA good or lower, below average conformation or cut ability.

These Market Grades will be further broken down at the discretion of the Judge and Fair Management.

### Ribbons Only
Champion & Reserve Champion

## DIVISION   705   FFA Market Goats
(Division may be broken down further at discretion of Fair Management)

Class:
1. Wether or Doeling          65 to 110 LBS

## DIVISION   706   4-H Market Goats
(Division may be broken down further at discretion of Fair Management)

Class:
1. Wether or Doeling          65 to 110 LBS

### Independent & Grange exhibitors:
### Ages 9 - 13 enter in 4-H Classes
### Ages 14 - 18 enter in FFA Classes

| Awards |
|---|
| Grand Champion Meat Goat Doe *(7061)* |
| Reserve Grand Champion Meat Goat Doe *(7063)* |
| 4-H Reserve Champion Meat Goat - Buckle *(7056)* |
| Awards Contingent on Sponsorship |

## DIVISION 707  Exhibitor Bred & Fed
1. All animals in this division must be bred & raised by exhibitor.
2. Exhibitor must have owned Dam at time of conception to qualify for this division.
3. Animals in this division must be entered in Market class & grade Market Ready.
4. This will be during market class and exhibitors will be recognized for bred & fed animals

| Premiums Offered per Class *(7072B)* | | | | |
|---|---|---|---|---|
| Bred & Fed Division Only | | | | |
| 1st | 2nd | 3rd | 4th | 5th |
| $10.00 | $7.00 | $5.00 | $3.00 | $1.00 |
| Champion Bred & Fed  $50.00 *(7072)* | | | | |
| Reserve Champion Bred & Fed  $25.00 *(7072A)* | | | | |
| Awards Contingent on Sponsorship | | | | |

### Entry Fee $1.00/Entry/Class
Class:
1. 4-H Wether or Doeling          65 to 110 LBS
2. FFA Wether or Doeling          65 to 110 LBS

## BREEDING MEAT GOATS
*Local  Divisions*

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEES: | $10.00 per Entry per Class |
| ENTRY FORM: | Online |
| IN PLACE BY: | Mon., June 20,10:30 AM-1:30 PM |
| EXHIBITS JUDGED: | Wed., June 22 |
| | Following mkt. & showmanship |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until 12 noon |

**AMERICAN SYSTEM OF JUDGING**

### Meat Goat Show Guidelines and Rules:
1. All State and Local Rules apply and will be strictly enforced.
2. Limited to Butte, Shasta, Siskiyou, Tehama, & Trinity Counties.
3. All owned by one Exhibitor and entered as individuals.
4. Each Exhibitor limited to 8 animals per Division and 2 animals per Class.
5. All meat goats are required to have a valid Scrapies tag in their ear.

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

revised 2/7/2022

# JUNIOR MEAT GOATS

Enter online at www.shastadistrictfairandeventcenter.com

| Premiums Offered per Class | | | | |
|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th |
| $20.00 | $17.00 | $14.00 | $11.00 | Ribbon |

Champion & Reserve Champion Ribbons

## DIVISION 708 Meat Goats

### DOES

Class:
| | |
|---|---|
| 1. Spring Kid | 3-1-21 to 4-30-22 |
| 2. Winter Kid | 12-1-21 to 2-29-22 |
| 3. Kids 6-12 months | 6-1-21 to 11-30-21 |
| 4. Yearlings | 6-1-20 to 5-31-21 |
| 5. 2 years & under 3 | 6-1-19 to 5-31-20 |
| 6. 3 years & under 4 | 6-1-18 to 5-31-19 |
| 7. 4 & Over | Prior to 6-1-18 |

### GROUPS

8. Daughter & Dam

## DIVISION 709 Exhibitor Bred & Fed

1. All animals in this division must be bred & raised by exhibitor.
2. Exhibitor must have owned Dam at time of conception to qualify for this division.
3. Animals in this division must be entered in breeding class above.
4. Exhibitor will be recognized during breeding classes.

| Premiums Offered per Class (7092B) | | | | |
|---|---|---|---|---|
| Bred & Fed Division Only | | | | |
| 1st | 2nd | 3rd | 4th | 5th |
| $10.00 | $7.00 | $5.00 | $3.00 | $1.00 |
| Champion Bred & Fed $50.00 (7092) | | | | |
| Reserve Champion Bred & Fed $25.00 (7092A) | | | | |
| **Awards Contingent on Sponsorship** | | | | |

### Entry Fee $1.00/Entry/Class

Class:
1. Spring Kid
2. Winter Kid
3. Kids 6-12 months
4. Yearlings
5. 2 years & under 3
6. 3 years & under 4
7. 4 & Over

| Award |
|---|
| Jr Meat Goat Premier Breeder (7062) |
| **Awards Contingent on Sponsorship** |

## MEAT GOAT SHOWMANSHIP

| ENTRIES DUE: | **May 20, 5 PM**, Pre-Entry Required |
|---|---|
| ENTRY FEES: | No entry fee |
| EXHIBITS JUDGED: | Wed., June 22 |
| | *following the Market Goat Show* |

### AMERICAN SYSTEM OF JUDGING

Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.

### GUIDELINES and RULES:

1. All State and Local Rules apply and will be strictly enforced.
2. Age in showmanship classes will be as of Midnight, December 31, 2020
3. Only animals owned, groomed, fitted and shown by the Exhibitor in Junior Department Livestock are eligible.
4. **NOTE:** All Exhibitors are required to wear the official show uniform of the organization they represent.
5. All 4-H, FFA, and Independent Members are to be in full organization uniform during all Showmanship classes. Any person not in full uniform will be excused from the Show Ring.
6. Only the winner of the FFA Showmanship, 4-H Sr. Showmanship, and Independent Sr. Showmanship are eligible for Round Robin Contest.
7. The high placing 4-H and FFA Round Robin contestants are eligible for the 2021 California State Fair Best of Show Competition.
8. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
9. Novice FFA is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years. 1st place award & ribbons to 8th place only.
10. 4-H Beginning Showmanship must be 9 or 10 years of age. 1st Place Award & Ribbons to 8th Place only.
11. 4-H Junior Showmanship ages 11 through 13 years.
12. 1st Place Trophy & Ribbons to 8th Place only.

| Premiums offered for FFA & 4-H Sr, Meat Goat Showmanship | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
| $10 | $9 | $8 | $7 | $6 | $5 | $4 | $3 |

| *4-H Meat Goat Showmanship (7060)* |
|---|
| *Awards Contingent on Sponsorship* |

| Awards |
|---|
| 4-H Beginning Meat Goat Showmanship (7083) |
| 4-H Senior Meat Goat Showmanship (7081A) |

## DIVISION 711 FFA Meat Goat Showmanship

revised 2/7/2022

JUNIOR MEAT GOATS
Case 2:22-cv-01527-DAD-AC Document 40-6 Filed 3/26/23   Page 61 of 80
Enter online at www.shastadistrictfairandeventcenter.com

Class:
1. Novice FFA Showmanship (ribbons only) *
2. FFA Showmanship*


## DIVISION 712 4-H Meat Goat Showmanship
Class:
1. Beginning Showmanship (9-10 years old)
   (ribbons only) *
2. Junior Showmanship (11-13 years old) *
   (ribbons only)
3. Senior Showmanship (14 + years old)

Independent & Grange exhibitors:
   Ages 9 – 13 enter in 4-H
   Ages 14 – 18 enter in FFA


   Ribbons only for Divisions 715 & 716

## DIVISION 715
## Pee Wee Meat Goat Showmanship
*Show Date: TBD*
*Show Time: 5:30 PM*
*Main Show Arena*

## DIVISION 716
## Adult Meat Goat Showmanship
*Show Date: TBD*
*Show Time: 6:15 PM*
*Main Show Arena*

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com
68                                              revised 2/7/2022

# JUNIOR SWINE

Enter online at www.shastadistrictfairandeventcenter.com

## MARKET  SWINE

*Local Divisions*

| | |
|---|---|
| **ENTRIES DUE:** | Friday, May 20, 5 PM |
| **ENTRY FEES:** | $15.00 per entry per class |
| **ENTRY FORMS:** | Online |
| **IN PLACE BY:** | Tues., June 21, 5 AM - 10 AM |
| **WEIGH IN:** | Weighed off trailer |
| **EXHIBITS JUDGED:** | Thurs., June 23, 8 AM |
| | *(FFA followed by 4-H)* |
| **SHOWMANSHIP:** | TBD - |
| | Immediately following market |
| | show, cards will be pulled |

**DANISH SYSTEM OF JUDGING**

### Market Swine Guidelines and Rules:

- All State and Local Rules apply and will be strictly enforced.
- All breeds will be judged together.

### Market Swine Grades

**Market Ready & Market Acceptable:**U.S. No. 1 and No. 2 hogs of average or greater conformation that are acceptable in leanness, muscularity and production traits.

**Not Market Acceptable:** Any hog of below average conformation including U.S. number 3, U.S. number 4 and utility grade hogs.

These Market Grades will be further broken down at the discretion of the judge and fair management.

---

*Champion Ribbon Only*

*Reserve Champion Market Swine Award (6703)*

**Awards Contingent on Sponsorship**

---

## DIVISION  670    FFA Market Hogs

Class:
1.    Market Hogs            220 to 285 pounds

## DIVISION  671    4-H Market Hogs

Class:
1.    Market Hogs            220 to 285 pounds

**Independent & Grange exhibitors:**
    **Ages 9 – 13 enter in 4-H Classes**
    **Ages 14 - 18 enter in FFA Classes**

---

*Award*
*4-H Champion Market Swine (6711)*

**Awards Contingent on Sponsorship**

---

## SHASTA COUNTY BRED & FED

| | |
|---|---|
| **ENTRIES DUE:** | Friday, May 20, 5 PM |
| **ENTRY FEES:** | No Entry Fee |
| **ENTRY FORMS:** | Online |
| **EXHIBITS JUDGED:** | TBD |

*(4-H, FFA, Grange & Independent all show together)*
**DANISH SYSTEM OF JUDGING**

### Shasta County Bred & Fed Guidelines and Rules:

*This contest is sponsored by local businesses and will hold the event in conjunction with the annual Shasta District Fair*

**Eligibility:**  This contest will be open to all Shasta County 4-H and FFA exhibitors that meet the following eligibility requirements:

**Requirements:**
1.    The swine being shown MUST have been born in Shasta County.
2.    The dam of the animal being shown MUST be a "resident" of Shasta County 30 days prior to conception of the animal being shown.  The definition of "resident" shall be:  The dam of the animal being shown shall either be incorporated into an established Shasta County herd or owned by an individual who resides in Shasta County.  The sire of the animal being shown must have physically been in Shasta County at the time of the conception or AI must be used.  The dam cannot have been taken out of the county to be bred.
3.    Swine must be entered in the Shasta County Bred and Fed Division 674 as well as the appropriate market swine class (**Divisions 670 & 671**) at the Shasta District Fair.
4.    A bill of sale identifying the breeder along with the signed Shasta County Swine Bred & Fed 2021 Form.

**Evaluation & Placing:**
The judging will be based on the live animal evaluation by a judge(s) determined by the Shasta District Fair livestock Manager.  Based on the number of entries, it may be deemed necessary to divide the contest by weight. Classes will be divided as appropriate and at a minimum, the 1st and 2nd from each class will compete for final placing.

- Animals should be washed, brushed, and clean
- Exhibitors are asked to wear their appropriate 4-H, FFA, Grange, or Independent attire

## DIVISION  674    Shasta County Bred and Fed Market Swine

Class:
1. Locally produced Market Swine

---

*Award*
*Shasta County Swine Bred & Fed      (6741)*

**Awards Contingent on Sponsorship**

---

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

revised 1/14/2022

# JUNIOR SWINE

Enter online at www.shastadistrictfairandeventcenter.com

## SWINE SHOWMANSHIP

| | |
|---|---|
| **ENTRIES DUE:** | Pre-Entry NOT Required (Swine Judge will pick individuals to come back for showmanship during the market show) |
| **ENTRY FEES:** | No Entry Fee |
| **EXHIBITS JUDGED:** | Following market show (FFA *followed by 4-H*) |
| | **AMERICAN SYSTEM OF JUDGING** |

 **\*\*NOTE\*\* Only exhibitors asked by judge during market class to come back for showmanship will participate in showmanship following the market class**

GUIDELINES and RULES:
1. All State and Local Rules apply and will be strictly enforced.
2. Age in showmanship classes will be as of Midnight, December 31, 2020.
3. Only animals owned, groomed, fitted, and shown by the Exhibitor in Junior Department Livestock Divisions or required to be shown in the senior class under the provisions of State Rules are eligible.
4. NOTE:  All Exhibitors are required to wear the official show uniform of the organization they represent.
5. All 4-H, FFA, and Independent members are to be in full organization uniform during all Showmanship classes.  Any person not in full uniform will be excused from the Show Ring.
6. Only the winner of the FFA Showmanship, 4-H Sr. Showmanship, and Independent Sr. Showmanship are eligible for Round Robin Contest.
7. The 4-H and the FFA Round Robin winner are eligible for 2021 California State Fair Best of Show Competition.
8. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
9. Novice FFA is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years. 1st place trophy & ribbons to 8th place only.
10. 4-H Beginning Showmanship must be 9 or 10 years of age.  1st place trophy & ribbons to 8th place only.
11. 4-H Junior Showmanship ages 11 through 13 years. 1st place trophy & ribbons to 8th place only.

## DIVISION  675  FFA Swine Showmanship
Class:
1. Novice FFA Showmanship (ribbons only)
2. FFA Showmanship

## DIVISION  676 4-H Swine Showmanship
Class:
1. Beginning Showmanship (9-10 yrs old) (ribbons only)
2. Junior Showmanship (11-13 years old) (ribbons only)
3. Senior Showmanship (14 + years old)

Independent & Grange exhibitors:
    Ages 9 – 13 enter in 4-H Classes
    Ages 14 – 18 enter in FFA Classes

| Awards |
|---|
| 4-H Jr Swine Showmanship *(6762)* |
| 4-H Sr Swine Showmanship *(6761)* |
| **Awards Contingent on Sponsorship** |

### Ribbons Only for Divisions 678 & 679

## DIVISION 678 Pee Wee Swine Showmanship
Show Date: TBD
Show Time: 6:00 PM
Main Show Arena

## DIVISION 679 Adult Swine Showmanship
Show Date: TBD
Show Time: 6:45 PM
Main Show Arena

| Premiums offered for FFA & 4-H Sr. Swine Showmanship classes | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
| $10 | $9 | $8 | $7 | $6 | $5 | $4 | $3 |

Exhibitor Guidebook & Online Entries available at-
**www.shastadistrictfairandeventcenter.com**
revised 1/14/2022

# JUNIOR BEEF

Enter online at www.shastadistrictfairandeventcenter.com

## MARKET BEEF
*Local Divisions*

| | |
|---|---|
| **ENTRIES DUE:** | Friday, May 20, 5 PM |
| **ENTRY FEES:** | $15.00 per entry per class |
| **ENTRY FORMS:** | Online |
| **IN PLACE BY:** | Tues., June 21, 5 PM - 8 PM |
| **WEIGH IN:** | Weighed off trailer |
| **EXHIBITS JUDGED:** | Fri., June 24, 8 AM |
| | Replacement Heifer classes |
| | (*FFA  followed by 4-H*) |
| **SHOWMANSHIP:** | Fri., June 24 *following market show* |
| | DANISH SYSTEM OF JUDGING |

### Market Beef Guidelines and Rules:

- All State and Local Rules apply and will be strictly enforced.
- All steers must be naturally polled or de-horned.
- Yellow transportation slips issued by the State of California, Department of Food & Agriculture are mandatory in transporting animals.  **Slips will be required at weigh in and will be collected by fair personnel.**
- All market steers must be weighed and tagged at the official pre-weigh and tagging date specified in the Junior Livestock rules.  It is mandatory for the Exhibitor to attend the weigh/tagging day for their species.

### Market Beef Scorecard

**Market Ready:** Market steers projected to have sufficient fat deposition to meet the marbling specifications for USDA Prime, Choice or Select+ quality grades.

**Not Market Ready:** Market steers lacking evidence of sufficient fat deposition to produce a desirable consumer product. Steers projected to grade USDA Select or lower.

These Market Grades will be further broken down at the discretion of the Judge and Fair Management.

### Ribbons Only
*Champion & Reserve Champion will be awarded*

### DIVISION  625    FFA Market Steers
Class:
1.    Steers                 1,050 to 1,450 pounds

### DIVISION  626    4-H Market Steers
Class:
1.    Steers                 1,050 to 1,450 pounds

**Independent & Grange exhibitors:**
  Ages 9 - 13 enter in 4-H Classes
  Ages 14 - 18 enter in FFA Classes

### Awards
FFA Champion Market Steer *(6255)*
4-H Champion Market Steer *(6261)*
**Awards Contingent on Sponsorship**
4-H Reserve Champion Market Steer *(6262)*

### DIVISION 628   Pen of 3 Market Steers
#### Pen of 3 Market Steers Guidelines:
No entry fee. - Enter at ringside.
1. Pens of three will consist of three market steers from any FFA Chapter, Grange, or 4-H club who wishes to enter.
2. Steers chosen for the pen of three must be taken from the steers shown by members of that particular FFA Chapter or 4-H Club.
3. The official beef judge will judge the groups directly after the Champion market steer has been selected.
4. A perpetual trophy will be awarded to the first-place group. This group will house the trophy for one year and will return it to the Livestock Office one week before market animal weigh-ins of the next Shasta District Fair.

Class:
1.   Pen of 3 Market Steers
      Enter at ring side only.

### DIVISION 630   Market Steer
### Carcass Contest

*Sponsored by:*
## SHASTA COUNTY CATTLEMEN'S ASSOCIATION
*(6251)*

Cattle will be evaluated and ranked based upon carcass weight, quality grade, yield grade, and dressing percentage. Only steers that gain at least 2.0 lbs. /day between February pre-weigh (120-day ownership) and weigh in at Shasta District Fair and qualify to be sold at the Jr. Livestock Auction will be eligible to compete for the carcass buckle.  Only Market Ready steers that qualify for the Junior Livestock Auction are eligible for carcass contest.

Class:
1.   Shasta Co. Cattlemen's Junior Mkt. Steer
      Carcass Contest

#### Carcass Contest Cash Awards
The Shasta County Cattlewomen will be sponsoring cash awards for the carcass contest in conjunction with the Shasta County Cattlemen.

In the event of a tie, Average Daily Gain (ADG) will be used to determine the winner.  Steer with the highest ADG will be named the winner.

#### SUPER STEER CONTEST *(6251)*
The Super Steer Contest is designed to seek the fed steer that best combines live, carcass and gain attributes to be calculated as follows:  45% - Live Placing; 45% Carcass Placing and 10% - Rate of Gain.  Steers must qualify for the Shasta County Cattlemen's Association Carcass Contest to Compete in the Super Steer Competition.

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

revised 2/7/2022

# JUNIOR BEEF

Enter online at www.shastadistrictfairandeventcenter.com

## LOCALLY PRODUCED STEER

| | |
|---|---|
| ENTRIES DUE: | Friday, May 20, 5 PM |
| ENTRY FEES: | No Entry Fee |
| ENTRY FORMS: | Online |
| | |
| EXHIBITS JUDGED: | TBD |

*(4-H, FFA, Grange & Independent Show together)*
**DANISH SYSTEM OF JUDGING**

This contest is sponsored by the Shasta County Cattlemen's Association (SCCA). A non-profit organization dedicated to beef promotion and education. SCCA will hold the event in conjunction with the annual Shasta District Fair in Anderson.

**Eligibility:** This contest will be open to all Shasta County 4-H and FFA exhibitors that meet the following eligibility requirements.

**Requirements:**
1. Only calves born and purchased from a cattle herd in Shasta or Tehama counties are Eligible for this contest. The steer must possess only one brand and that brand must be from Shasta or Tehama County. Exhibitor must have the breeder sign an affidavit to verify the ranch of origin, age of the animal, and that they have been in possession of that calf at that location since birth. All other transfer of ownership papers must be completed, including brand inspection, Bill of sale or copy of yellow sales slip with entry. The breeder affidavit (copy of yellow slip (change of ownership)) will be due with entry form on May 21, 2021. The affidavit will be viewed by SDF livestock management and SCCA officials prior to the showing of the animals to verify eligibility.

2. All eligible steers must be entered in the Locally Produced Steer division as well as the appropriate market steer class at the Shasta District Fair and meet all fair entry requirements including ownership.

3. All Steers must be tagged and weighed at the Shasta District Fair official Steer tagging day in February.

**Evaluation & Placing:** The judging will be based on the live animal evaluation by a panel of judges appointed by Shasta County Cattlemen's Assoc. If number of entries deem necessary class may be divided by weight. If the class exceeds 15 entries, class will be divided as appropriate. Winner of each class will compete for final placing.
- Steers in this class will **NOT** be fitted. The animals should be washed, brushed and blown dry without use of fitting products. Any animals that have the appearance of using show products will be excused from the class by the judges.
- Judges will be provided with Average Daily Gain (ADG) records to be used in their selection process and they will place at least the top five steers.
- Exhibitors are asked to wear appropriate attire for a commercial cattle person, such as long-sleeved shirt/blouse, black or dark blue jeans and boots - Full official 4-H or FFA uniforms are not required. No hats.

## DIVISION 631   Locally   Produced   Market Steer
*Sponsored by Shasta County Cattlemen's Assoc.*

Class:
1. Locally produced Market Steer

| Awards |
|---|
| Sponsored by *SCCA* |
| |
| Grand Champion Buckle *(6311)* |
| Grand Champion and Reserve rosette ribbons |

## REPLACEMENT BRED HEIFER

| | |
|---|---|
| ENTRIES DUE: | Friday, May 20, 5 PM |
| ENTRY FEES: | $20.00 per entry per class |
| ENTRY FORMS: | Online |
| IN PLACE BY: | Tues., June 21 5 PM - 8 PM |
| Preg Check: | TBD |
| EXHIBITS JUDGED: | Fri., June 24 |

*(4-H, FFA, Grange & Independents Show together)*
**DANISH SYSTEM OF JUDGING**

<u>Replacement Bred Heifer Guidelines and Rules:</u>
- All State and Local Rules apply and will be strictly enforced.
- All heifers judged to be Market Ready must sell in the Junior Livestock Auction. Exhibitor may not show or sell any other market animal at the 2021 Shasta District Fair.
- The minimum age for all replacement heifers is 16 months with the maximum age being 24 months old on opening day of the fair.
- All replacement bred heifers must be naturally polled or de-horned, unless prior arrangements have been made.
- Yellow transportation slips issued by the State of California, Department of Food & Agriculture are mandatory in transporting animals. Slips will be required and will be collected at weigh in by the brand inspector or fair staff.
- All replacement heifer Exhibitors must attend the tagging days as published. The heifer does not need to be present at the tagging day, due to animal health issues. The Exhibitor must bring a copy of their bill of sale or brand inspection and a photograph of the heifer to the tagging day.
- Entry Fee includes brand inspection and ultrasound fee.
- All heifers must be pregnancy checked and ultrasound performed by the Fair appointed veterinarian on site at Shasta District Fairgrounds,

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com
72                                              revised 2/7/2022

TBD, after weighing in of all market animals. Fair will make all appointments with the vet.

- Heifers must be bred to calve in the fall of 2021. All heifers should be bred to low birth weight beef bulls to reduce calving issues. EPD information should be furnished to the Fair.
- All heifers must bear evidence of having the official calf-hood brucellosis vaccination with the presence of an official tattoo visible in the right ear.
- If the heifer is declared registered, the registration papers must be signed and submitted to the Livestock office not later than Tuesday, June 22, 2021.

## DIVISION  632  FFA, 4-H, Grange & Independent Replacement Heifers

Class:
1. Commercial Bred Heifers
2. Purebred/Registered Bred Heifers
   NOTE:  Heifers to be sold by the head not the pound

---

*Award*
Grand Champion Replacement Heifer *(6321)*

*Sponsored by Shasta County Cattlewomen*

---

## BEEF SHOWMANSHIP

| ENTRIES DUE: | Online |
|---|---|
| ENTRY FEES: | No Entry Fee |
| EXHIBITS JUDGED: | Fri., June 24 following market show (*FFA followed by 4-H*) |
| | AMERICAN SYSTEM OF JUDGING |

☆ **\*\*NOTE\*\* Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.**

GUIDELINES and RULES:
1. All State and Local Rules apply and will be strictly enforced.
2. Age in showmanship classes will be as of Midnight, December 31, 2020.
3. Only animals owned, groomed, fitted, and shown by the Exhibitor in Junior Department Livestock Divisions or required to be shown in the senior class under the provisions of State Rules are eligible.
4. NOTE:  All Exhibitors are required to wear the official show uniform of the organization they represent.
5. All 4-H, FFA, and Independent Members are to be in full organization uniform during all Showmanship classes. Any person not in full uniform will be excused from the Show Ring.

6. Only the winner of the FFA Showmanship, 4-H Sr. Showmanship, and Independent Sr. Showmanship are eligible for Round Robin Contest.
7. The 4-H and the FFA Round Robin winner are eligible for 2021 California State Fair Best of Show Competition.
8. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
9. Novice FFA is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years.
10. 4-H Beginning Showmanship must be 9 or 10 years of age.
11. 4-H Junior Showmanship ages 11 through 13 years.

| Premiums offered for FFA & 4-H Sr. Beef Showmanship classes | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
| $10 | $9 | $8 | $7 | $6 | $5 | $4 | $3 |

## DIVISION  635  FFA Beef Showmanship

Class:
1. Novice FFA Showmanship (ribbons only)
2. FFA Showmanship

## DIVISION  636   4-H Beef Showmanship

Class:
1. Beginning Showmanship (9-10 yrs old)
2. Junior Showmanship (11-13 years old) (ribbons only)
3. Senior Showmanship (14 + years old)

**Independent & Grange Exhibitors:**
   Ages 9 – 13 enter 4-H
   Ages14 – 18 enter FFA

| Awards |
|---|
| 4-H Beginning Beef Showmanship *(6343)* |
| Senior Beef Showmanship *(6362)* |
| FFA Beef Showmanship Buckle *(6353)* |
| **Awards Contingent on Sponsorship** |

Ribbons only for Divisions 638 & 639

## DIVISION 638 Pee Wee Beef Showmanship
Show Date: Thursday - June 25
Show Time: 5:30 PM
Main Show Arena
## DIVISION 639 Adult Beef Showmanship
Show Date: Thursday - June 25
Show Time: 6:00 PM    Main Show Arena

# JUNIOR BEEF

Enter online at www.shastadistrictfairandeventcenter.com

## JUNIOR BREEDING BEEF CATTLE
### REGISTERED PUREBRED & COMMERCIAL BREEDING CATTLE

| ENTRIES CLOSE: | Fri., May 20, 5 PM |
|---|---|
| ENTRY FEES: | $10.00 / Entry / Class |
| ENTRY FORM: | Online |
| IN PLACE BY: | Tues., June 21 |
| | 2 PM - 4 PM & 8 PM - 10PM |
| EXHIBITS JUDGED: | Fri., June 24 *following market & showmanship* |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until 12 NOON |
| **AMERICAN SYSTEM OF JUDGING** | |

### Beef Cattle Guidelines and Rules:
- All State and Local Rules apply and will be strictly enforced.
- Permanent markings (tattoos) as required by the Breed Associations are necessary in the ears of ALL Cattle.
- NOTE:   Nurse Cows will not be permitted on Fairgrounds
- All females 24 (twenty-four) months of age or older at the beginning day of the Fair must:
  - A. Have a calf OR
  - B. Show obvious signs of pregnancy OR
  - C. Have a veterinarian's certificate of pregnancy.
- Additional classes may be added at the discretion of fair Management if entries warrant.

| Premiums Offered Per Class | | | | |
|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th |
| $30.00 | $25.00 | $22.00 | $18.00 | Ribbon |

## DIVISION   640      All Breeds*
### (*Registered Purebred)

*BULLS*

Class:
1. Yearlings              03-01-20 thru 08-31-21
2. Calves                 09-01-21 thru 02-18-22

*FEMALES*

3. Jr. & Sr. Yearling      03-01-20 thru 04-30-21
4. Summer Yearling       05-01-21 thru 08-31-21
5. Calves                 09-01-21 thru 02-18-22

6. Cow & Calf Pair---Calf must have been born between
   Sept. 1 & Dec 31, 2021
7. Cow & Calf Pair---Calf must have been born between
   Jan. 1 & May 9, 2022

## DIVISION   641      Commercial Females
Class:
1. Yearlings              03-01-20 thru 08-31-21
2. Calves                 09-01-21 thru 02-18-22

## DIVISION  642  Commercial Cow/Calf Pairs
Class:
1. Cow & Calf: Calf must have been born between
   Sept. 1, 2021 and Dec. 31, 2021

2. Cow & Calf: Calf must have been born between
   Jan. 1, 2022 -June 1, 2022

| Ribbons for | |
|---|---|
| Champion Bull | Champion Female |
| Res. Champion Bull | Res. Champion Female |

### BEEF FITTING & SHOWING CONTEST (6258)
Sponsored by **Shasta County Cattlewomen**
TBD



### *Must be in teams of 3*

All team members must be exhibiting a market steer or breeding heifer at the fair. 1 team member must be a Shasta County Exhibitor.

Each team must provide a clean animal and all necessary equipment to fit (blower, clippers, halter, show stick, show products, brushes, and combs.)

Teams will have 15 minutes to fit their animal.  Each team member must be prepared to demonstrate clipping, blowing, pulling up leg hair, etc.

Each member will have the opportunity to exhibit the fitted animal for showmanship.

Judges will be members of the livestock industry.  There will be a short critique before the awards.
Each participant will receive a prize.

There will be a meeting at 6:30 PM in the beef barn for final instructions.

If you have any questions, please contact Cindy Scott (530)474-5343

Exhibitor Guidebook & Online Entries available at-
**www.shastadistrictfairandeventcenter.com**
74                                                                    revised 2/7/2022

## DAIRY CATTLE
### *REGISTERED PUREBRED*
### *BREEDING CATTLE*

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEE: (Reg & Grade) | $10.00/Entry/Class |
| ENTRY FORM: | Online |
| IN PLACE BY: | Tues., June 21 |
| | 2 PM - 4 PM & 8 PM - 10 PM |
| EXHIBITS JUDGED: | Fri., June 24 |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8AM until 12 NOON |

**AMERICAN SYSTEM OF JUDGING**

#### Registered Dairy Cattle Guidelines and Rules:
1. All State and Local Rules apply and will be enforced.
2. Yellow transportation slip issued by the Fair is mandatory in transporting animals to and from the Fair.
3. Permanent markings (tattoos) as required by the Breed Associations are necessary in the ears of ALL cattle.

Premiums Offered per Class

| 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|
| $30.00 | $25.00 | $22.00 | $18.00 | Ribbon |

Ribbons for
Champion Female
Jr. Champion Female
Sr. Champion Female

### DIVISION 690 All Other Breeds

Class:

*FEMALES*

| | | |
|---|---|---|
| 1. | Calves | 09-01-22 thru 02-18-22 |
| 2. | Junior Yrlg | 03-01-21 thru 08-31-21 |
| 3. | Senior Yrlg | 09-01-20 thru 02-28-21 |
| 4. | 2 years, under 3 | 09-01-19 thru 08-31-20 |
| 5. | 3 years & over | Prior to Sept. 1, 2019 |
| 6. | Dry Cow, over two | Prior to Sept. 1, 2020 |

*GROUPS*
*(One Entry per Exhibitor per Class. All owned by one Exhibitor and entered as individuals)*

7. Pair of Females – Bred by exhibitor
8. Three Females - Bred by exhibitor
9. Produce of Dam - To consist of two animals, any age, either sex, the produce of one cow. The dam must be identified by her registration number on the entry form.

### GRADE OR UNREGISTERED PUREBRED ANIMALS SIRED BY REGISTERED SIRE

Premiums Offered per Class

| 1st | 2nd | 3rd |
|---|---|---|
| $20.00 | $15.00 | $10.00 |

Ribbons for
Sr. Champion Female     Jr. Champion Female
Champion Female

#### Grade Dairy Cattle Guidelines and Rules:
1. All State and Local Rules apply and will be strictly enforced.
2. Senior and Junior yearlings in milk must be shown as two year olds. (Note "In Milk") on your entry form.
3. By his/her signature as the owner or agent on an entry form, the exhibitor also certifies that the Sire or each animal entered in the following Divisions for Grade animals was registered.
4. Yellow transportation slip issued by the State of California is mandatory in transporting animals to and from the Fair.
5. A permanent ear tag or tattoo number is required. Animals, which have been registered by a purebred breed association, cannot be entered in the Division.

### DIVISION 691     Grade Dairy Cattle

Class:

| | | |
|---|---|---|
| 1. | Calves | 09-01-21 thru 02-28-22 |
| 2. | Jr. Yrlg, not in milk | 03-01-21 thru 08-31-21 |
| 3. | Sr. Yrlg, not in milk | 09-01-20 thru 02-28-21 |
| 4. | Two years, & under three | 09-01-19 thru 08-31-20 |
| 5. | Three years and over | Prior to Sept. 1, 2019 |



**Exhibitor Guidebook & Online Entries available at-**
**www.shastadistrictfairandeventcenter.com**

revised 2/7/2022

# DAIRY SHOWMANSHIP

| ENTRIES DUE: | Friday, May 20, 5 PM |
|---|---|
| ENTRY FEES: | No Entry Fee |
| EXHIBITS JUDGED: | TBD |
| | *(following Dairy Goat Show)* |
| | **AMERICAN SYSTEM OF JUDGING** |

 **\*\*NOTE\*\*** Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.

Age in showmanship classes will be as of Midnight, December 31, 2020.

## GUIDELINES and RULES:
1. All State and Local Rules apply and will be strictly enforced
2. Only animals owned, groomed, fitted and shown by the Exhibitor in Junior Department Livestock Divisions or required to be shown in the senior class under the provisions of State Rules are eligible.
3. **NOTE:** All Exhibitors are required to wear the official show uniform of the organization they represent.
4. All 4-H, FFA and Independent members are to be in full organization uniform during all Showmanship classes. Any person not in full uniform will be excused from the Show Ring.
5. Only the winner of the FFA Showmanship, 4-H Sr. Showmanship, and Independent Sr. Showmanship are eligible for Round Robin Contest.
6. The 4-H and the FFA Round Robin winner are eligible for 2021 California State Fair Best of Show Competition.
7. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
8. Novice FFA is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years.
9. 4-H Beginning Showmanship must be 9 or 10 years of age.
10. 4-H Junior Showmanship ages 11 through 13 years.

| Premiums offered for FFA & 4-H Sr. class for Sr. Dairy Showmanship | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
| $10 | $9 | $8 | $7 | $6 | $5 | $4 | $3 |

## DIVISION  695  FFA Dairy Showmanship
1. Novice FFA Showmanship (ribbons only)
2. FFA Showmanship

## DIVISION  696  4-H Dairy Showmanship
Class:
1. Beginning Showmanship (9-10 yrs old) (ribbons only)
2. Junior Showmanship (11-13 years old) (ribbons only)
3. Senior Showmanship (14 + years old)

Independent & Grange exhibitors:
   Ages 9 - 13 enter in 4-H Classes
   Ages 14 - 18 enter in FFA Classes

### Ribbons only for Divisions 698 & 699

## DIVISION 698 Pee Wee Dairy Showmanship
Show Date: TBD
Show Time: 5:30 PM
Main Show Arena

## DIVISION 699 Adult Dairy Showmanship
Show Date: TBD
Show Time: 7:00 PM
Main Show Arena

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com
76                                                 revised 2/7/2022

## DAIRY GOATS
*Local Divisions*

| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| --- | --- |
| ENTRY FEES: | $10.00 / Entry / Class |
| ENTRY FORM: | Online |
| IN PLACE BY: | Mon., June 20, 7 AM - 10 AM |
| EXHIBITS JUDGED: | Fri., June 24, 8 AM |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until 12 NOON |
| **AMERICAN SYSTEM OF JUDGING** | |

### Dairy Goat Show Guidelines and Rules:

1. All State and Local Rules apply and will be strictly enforced.
2. <u>This is NOT an ADGA sanctioned show however;</u> A.D.G.A. rules and regulations will be followed.
3. Limited to Butte, Shasta, Siskiyou, Tehama & Trinity Counties.
4. All owned by one Exhibitor and entered as individuals.
5. Each Exhibitor limited to 12 animals per Division and 2 animals per Class. Jr. Exhibitors may not enter the Senior Divisions.
6. Grade and registered will show together.
7. When an owner signs the "Certificate of Transfer" for the new owner, a new registration certificate must be obtained before exhibiting the animal.
8. Please refer to the State rules regarding Scrapies listed in the general livestock guidelines.
9. The Jr show is not sanctioned

| Premiums Offered per Class | | | | |
| --- | --- | --- | --- | --- |
| 1st | 2nd | 3rd | 4th | 5th |
| $18.00 | $15.00 | $12.00 | $9.00 | Ribbon |

Jr Dairy Goat 4 yrs & Older Premiums *(7001A)*
**Awards Contingent on Sponsorship**

## DIVISION 780   Registered & Grade Dairy Goats
Class:
1. Junior Kid                    3-1-22 to 4-18-22
2. Senior Kid                    1-1-22 to 2-28-22
3. Sr. or Jr. Yearling -
    Not in Milk                 1-1-21 to 12-31-21
4. 1 year & under 2
    In Milk                     1-1-21 to 12-31-21
5. 2 years & under 3            1-1-20 to 12-31-20
6. 3 years                      1-1-19 to 12-31-19
7. 4 years and over             prior to 12-31-18
8. Dam & Daughter - consist of dam & daughter
    Dam must be named

| Ribbons | |
| --- | --- |
| Junior Champion | Junior Reserve Champion |
| Senior Champion | Senior Reserve Champion |
| Champion | Reserve Champion |

## DAIRY GOAT SHOWMANSHIP

| ENTRIES DUE: | May 20, 5 PM |
| --- | --- |
| ENTRY FEES: | No entry fee |
| EXHIBITS JUDGED: | TBD |
| **AMERICAN SYSTEM OF JUDGING** | |

**\*\*NOTE\*\*** Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.

### GUIDELINES and RULES:

1. All State and Local Rules apply and will be strictly enforced.
2. Age in showmanship classes will be as of Midnight, December 31, 2020.
3. Only animals owned, groomed, fitted and shown by the Exhibitor in Junior Department Livestock Divisions or required to be shown in the Senior class under the provisions of State Rules are eligible.
4. **NOTE:** All Exhibitors are required to wear the official show uniform of the organization they represent.
5. All 4-H, FFA and Independent members are to be in full organization uniform during all Showmanship classes. Any person not in full uniform will be excused from the Show Ring.
6. Only the winner of the FFA Showmanship, 4-H Sr. Showmanship, and Independent Sr. Showmanship are eligible for Round Robin Contest.
7. The high placing 4-H and FFA Round Robin contestants are eligible for the 2021 California State Fair Best of Show Competition.
8. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
9. Novice FFA is an Exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years. 1st place trophy & ribbons to 8th place only.
10. 4-H Beginning Showmanship must be 9 or 10 years of age. 1st place trophy & ribbons to 8th place only.
11. 4-H Junior Showmanship ages 11 through 13 years. 1st place trophy & ribbons to 8th place only.

## DIVISION 785   FFA Dairy Goat Showmanship
Class:
1. Novice FFA Showmanship (ribbons only) *
2. FFA Showmanship*

## DIVISION 786   4-H Dairy Goat Showmanship
Class:
1. Beginning Showmanship (9-10 years old) (ribbons only) *
2. Junior Showmanship (11-13 years old) * (ribbons only)
3. Senior Showmanship (14 + years old)

**Independent & Grange exhibitors:**
    Ages 9 – 13 enter in 4-H Classes
    Ages 14 – 18 enter in FFA Classes

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

revised 2/7/2022

# JUNIOR DAIRY GOATS

**Enter online at** www.shastadistrictfairandeventcenter.com

| Premiums offered for FFA & 4-H Senior Dairy Goat Showmanship | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
| $10 | $9 | $8 | $7 | $6 | $5 | $4 | $3 |

Awards:

| | |
|---|---|
| 4-H Beginning Dairy Goat Showmanship *(7023)* | |
| 4-H Sr Dairy Goat Showmanship *(7021)* | |
| 4-H Jr Dairy Goat Showmanship *(7022)* | |
| 4-H Beginning Dairy Goat Showmanship *(7024)* | $50 |
| 4-H Jr Dairy Goat Showmanship *(7025)* | $75 |
| 4-H Sr Dairy Goat Showmanship *(7026)* | $100 |

**Awards Contingent on Sponsorship**

*Ribbons Only for Divisions 798 & 799*

## DIVISION 798   Pee Wee Goat Showmanship
Show Date: TBD
Show Time: 5:30 PM
Main Show Arena

## DIVISION 799   Adult Goat Showmanship
Show Date: TBD
Show Time: 6:15 PM
Main Show Arena

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com
78                          revised 2/7/2022

AVIAN

All Entry Forms Must be Accompanied by an Exhibitor Liability Waiver and Certificate of Animal Medication (for market animals)

## OPEN YOUTH AVIAN SHOW
*LIMITED TO SHASTA COUNTY*

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEE: | $2.00 / Entry per Class |
| ENTRY FORM: | ONLINE |
| IN PLACE BY: | Tues., June 21, 5 PM - 8 PM |
| EXHIBITS JUDGED: | Wed., June 22, 8 AM |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until 12 NOON |
| DANISH SYSTEM OF JUDGING | |

### Poultry Guidelines and Rules:

All Breeds except Game Breeds

1. Rules, definitions and judging procedure as prescribed in the latest edition of the Official Show Rules and the Standard of Perfection of the American Poultry Association., Inc., shall apply to all District and County Fair Poultry Shows, except in such instances where they are in conflict with the Rules and Regulations prescribed by the Department of Food and Agriculture.
2. All State and Local Rules apply and will be strictly enforced.
3. Birds will be shown and judged in the proper division and class for breed variety, age and sex <u>only</u>. If no class is offered, no awards may be made.
4. Disqualified birds and those absent at the time of judging do not count when computing the number of Exhibitors in the class.
5. A Judge may excuse a bird from competition if it appears to be fatigued or out of condition, but the bird shall be counted as an entry.
6. For all classes of Standard-bred chickens, all birds must be identified by leg bands conforming to the entry form on arrival at the show.
7. Pens will be allocated through the Fair Office according to availability.
8. Double coup cages will be available for large fowl. Please state on entry if a double coup is needed. Coups will be assigned on first come first served basis.
9. Primary member classes are listed in the primary member section.
10. <u>All birds must be health inspected on site by the Fair designated health inspector TBD</u>. Any bird failing to meet the health standards set by the State of California must be removed from the inspection site immediately.

DEFINITIONS:

| | |
|---|---|
| Cock and Hen | 1 year and older |
| Cockerel & Pullet | 6 months to 1 year |
| Old drake, tom, gander | 1 year and older |
| Young drake, tom gander | under 1 year |

| Premiums Offered Per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $3.00 | $2.00 | $1.00 |

### DIVISION    750    Large   Poultry
Class:
1. Continental
2. Mediterranean
3. American
4. Asiatic
5. All other Standard Breeds

### DIVISION    751    Bantam   Poultry
Class:
1. Old English
2. Modern Game
3. SCCL
4. AOCCL
5. RCCL
6. Feathered Legged



### DIVISION    752    Waterfowl
Class:
1. Heavy
2. Medium
3. Light
4. Bantam

### DIVISION    753    Geese
Class:
1. Heavy
2. Medium
3. Light

### DIVISION    754    Turkeys
Class:
1. Tom/Hen



## AVIAN SHOWMANSHIP

| | |
|---|---|
| ENTRIES DUE: | MAY 20, 5 PM |
| ENTRY FEES: | No Entry Fee |
| IN PLACE BY: | TBD |
| EXHIBITS JUDGED: | TBD |
| AMERICAN SYSTEM OF JUDGING | |

**NOTE** Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.

### GUIDELINES and RULES:
1. All State and Local Rules apply and will be strictly enforced.
2. <u>Age in showmanship classes will be as of Midnight, December 31, 2021.</u>
3. Only animals owned, groomed, fitted and shown by the Exhibitor in Junior Department Livestock Divisions or required to be shown in the Senior class under the provisions of State Rules are eligible.
4. NOTE:  All Exhibitors are required to wear the official show uniform of the organization they represent.
5. All 4-H, FFA and Independent members are to be in full organization uniform during all Showmanship

Exhibitor Guidebook & Entry Forms Now available on-line
<u>www.shastadistrictfairandeventcenter.com</u>

revised 1/14/2022

# AVIAN

All Entry Forms Must be Accompanied by an Exhibitor Liability Waiver and Certificate of Animal Medication (for market animals)

classes. Any person not in full uniform will be excused from the Show Ring.
6. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
7. Novice FFA is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years.
8. 4-H Beginning Showmanship must be 9 or 10 years of age.
9. 4-H Junior Showmanship ages 11 through 13 years.
10. All Poultry Exhibitors must participate in barn duty as assigned by management.

| Premiums offered for FFA & 4-H Sr. Avian Showmanship classes | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
| $10 | $9 | $8 | $7 | $6 | $5 | $4 | $3 |

## DIVISION 755 FFA Avian Showmanship
Class:
1. Novice FFA Showmanship (ribbons only)
2. FFA Showmanship

## DIVISION 756 4-H Avian Showmanship
Class:
1. Beginning Showmanship (9-10 yrs old) (ribbons only)
2. Junior Showmanship (11-13 years old) (ribbons only)
3. Senior Showmanship (14 + years old)

**Independent & Grange exhibitors:**
Ages 9 - 13 enter in 4-H Classes
Ages 14 - 18 enter in FFA Classes

| Premiums Offered per Class | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

## DIVISION 757 Educational Poultry Poster
*(No entry fee)*
Best Poultry Educational Poster
Class:
1. Beginning (9-10 years old)
2. Junior (11-13 years old)
3. Senior (14 + years old)

## POULTRY MEAT PENS
Open to 4-H, FFA, Grange and Independent Exhibitors

| | |
|---|---|
| ENTRIES DUE: | Friday, May 20, 5 PM |
| ENTRY FEES: | $15.00 per entry per class |
| ENTRY FORM: | ONLINE |
| IN PLACE BY: | Tues., June 21, 5PM - 8PM |
| EXHIBITS JUDGED: | Wed., June 22, 8 AM |
| EXHIBITS RELEASED: | Sun. June 26, 8AM - NOON |
| DANISH SYSTEM OF JUDGING: | |

All State and Local Rules apply and will be strictly enforced.

1. A pen consists of three (3) meat type chickens.
2. Each bird must weigh between 3.0 to 6.0 lbs.
3. Birds must be less than 12 weeks old
4. Exhibitor must own pen at least 30 days.
5. Breed must be named on entry form.
6. Pens will be weighed Wednesday, June 22 - 9 AM
7. Entry must be accompanied by a signed medication certification form.
8. Only Market Ready meat pens will remain on site after the show.
9. Only Market Ready meat pens will sell in the Junior Livestock Auction.

## DIVISION 758 Poultry Meat Pens

Class:
1. Pen of 3 meat birds

| Award: |
|---|
| Grand Champion Poultry Meat Pen *(7241)* |



Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com
80                                                    revised 1/14/2022

# AVIAN

All Entry Forms Must be Accompanied by an Exhibitor Liability Waiver and Certificate of Animal Medication (for market animals)

## EGGS

| ENTRIES DUE: | Friday, May 20, 5 PM |
|---|---|
| ENTRY FEES: | No Entry Fee |
| ENTRY FORMS: | ONLINE |
| ENTRIES RECEIVED: | TBD |
| EXHIBITS JUDGED: | TBD |
| | AMERICAN SYSTEM OF JUDGING |

*All General and Junior Livestock Rules apply*
1. Entry shall consist of 12 chicken eggs in a carton.
2. All eggs will become property of the Fair.
3. All eggs will be judged on interior and exterior quality.
4. All eggs will be weighed.
5. All egg classes are ribbon only 1st - 5th.



### Egg Score Card

| Exterior Quality | |
|---|---|
| Size | 25 points |
| Shape | 3 points |
| Uniformity of color | 4 points |
| Uniformity of size & shape | 5 points |
| Shell texture | 5 points |
| Condition of shell | 8 points |
| **Interior Quality** | |
| Size of air cell | 25 points |
| Opaqueness | 25 points |
| Total | 100 points |

### DIVISION 760  White Eggs
Class:
1. Small
2. Medium
3. Large
4. Extra-Large



### DIVISION 761  Brown Eggs
Class:
1. Small
2. Medium
3. Large
4. Extra-Large

### DIVISION 762  Tinted Eggs
Class:
1. Small
2. Medium
3. Large
4. Extra-Large

### DIVISION 763  Other Colored Eggs
Class:
1. Small
2. Medium
3. Large
4. Extra-Large



**Exhibitor Guidebook & Entry Forms Now available on-line**
**www.shastadistrictfairandeventcenter.com**

revised 1/14/2022

# JUNIOR RABBIT

Enter online at www.shastadistrictfairandeventcenter.com

## OPEN YOUTH RABBIT SHOW

*Local Divisions*

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEES: | $2.00 / Entry / Class |
| ENTRY FORM: | Online |
| IN PLACE BY: | Thurs., June 23, 9 AM |
| EXHIBITS JUDGED: | Thurs., June 23, 10 AM |
| | *Following showmanship* |
| EXHIBITS RELEASED: | Immediately following show |

**AMERICAN SYSTEM OF JUDGING**

### Rabbit Show Guidelines and Rules:

1. All State and Local Rules apply and will be strictly enforced.
2. Limited to Youth in Shasta, Siskiyou, Lassen, Tehama and Trinity Counties.
3. Each Exhibitor limited to no more than 2 premiums per class.
4. Entry to be made on Junior Department Entry Form. List information on the Form: breed, variety (color), sex, tattoo number, and age.
5. All animals must be identified by permanent ear markings conforming with the Entry Form on arrival at the Show. Any duplication of ear markings by one Exhibitor in the same Division must be eliminated and the change recorded on the judging sheet before judging.
6. Each Exhibitor is responsible for getting their animal to the show table, and returning the animal to the cage after judging.
7. Animals will be shown and judged in the proper Division and Class for breed, variety, age and sex only.  If no Division is offered, no awards may be made.
8. Rabbits that are disqualified because of permanent defects, deformities or blemishes and those absent at the time of judging do not count when computing the number of Exhibitors in the class.
9. A Judge may eliminate (excuse) a Rabbit from competition because of temporary or curable defects, but the Rabbit should be counted as an entry.
10. **Only Rabbits owned, fitted and shown by the Exhibitor in the Rabbit Divisions are eligible for FFA/4-H Showmanship.**
11. Classes for primary members are listed in the Primary member section.
12. Rules, definitions and judging procedures as prescribed in the latest edition of the Guide Book and Standards of the American Rabbit Breeders Assn. Inc., shall apply to all District Fair Rabbit Shows, provided they do not conflict with any rules and regulations prescribed by the Department of Food and Agriculture.
13. This is a non-sanctioned show; however, ARBA rules will be followed.

DEFINITIONS:    HEAVYWEIGHTS

**Senior Buck & Doe:** 8 months of age and over or having attained senior ideal breed weight.

**Intermediate Buck & Doe:** 6 to 8 months of age or having attained maximum junior weight.

**Junior Buck & Doe:** under 6 months of age and not over junior weight limit of breed.

LIGHTWEIGHTS

**Senior Buck & Doe:** 8 months of age and older or over maximum junior weight limit of breed.

**Junior Buck & Doe:** Under 6 months of age or not over junior weight limit of breed.

| Premiums Offered Per Breed | | |
|---|---|---|
| 1st | 2nd | 3rd |
| $5.00 | $4.00 | $3.00 |

*Ribbons Awarded to:*
BEST OF SHOW
BEST RESERVE
BEST OF BREED
BEST OPPOSITE SEX OF BREED
BEST FUR

## DIVISION   741 Heavyweight
### (any breed or variety)

Class:
1. Senior Buck
2. Intermediate Buck
3. Junior Buck
4. Senior Doe
5. Intermediate Doe
6. Junior Doe

## DIVISION   742 Lightweights
### (any breed   or variety)

Class:
1. Senior Buck
2. Junior Buck
3. Senior Doe
4. Junior Doe

## DIVISION 743    Grade Rabbits (Crossbred)

Class:
1. Bucks
2. Does



## DIVISION 744    Fur Rabbits
Class:
1. Fur Class

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

revised 1/14/2022

# JUNIOR RABBIT

**Enter online at** www.shastadistricteventcenter.com

## RABBIT MEAT PENS

| | |
|---|---|
| ENTRIES DUE: | Friday, May 20, 5 PM |
| ENTRY FEES: | $15.00 per entry per class |
| ENTRY FORMS: | Online |
| IN PLACE BY: | Thurs., June 23, 9 AM |
| EXHIBITS JUDGED: | Thurs., June 23, 10 AM |
| EXHIBITS RELEASED: | Sun., June 26 |
| | 8 AM until 12 NOON |
| **DANISH SYSTEM OF JUDGING:** | |

- All State and Local Rules apply and will be strictly enforced.

### Rabbit Meat Pens Guidelines and Rules:
1. A pen consists of three (3) rabbits.
2. Rabbits must weigh a minimum of 3 ½ Lbs. and not weigh over 5 Lbs. each.
3. Rabbits Age Limit: not over 10 weeks of age.
4. Exhibitor must own meat pen of rabbits at least 30 days prior to the Fair.
5. All eligible Meat pens will remain on-site for auction.
6. All Entry forms must be accompanied by a signed medication certification form.
7. Only Market Ready meat pens will sell in the Junior Livestock Auction.

| Rabbit Meat Pen Scorecard | |
|---|---|
| Meat Type | 40 points |
| Condition of Flesh | 25 points |
| Uniformity of Body Weight | 20 points |
| Fur | 15 points |
| Total: | 100 points |

### DIVISION  740     Rabbit Meat Pens
Class:
1.  All Rabbit Meat Pens



## RABBIT SHOWMANSHIP

| | |
|---|---|
| ENTRIES DUE: | Pre-Entry Required |
| ENTRY FEES: | No Entry Fee |
| IN PLACE BY: | Thurs., June 23, 9 AM |
| EXHIBITS JUDGED: | TBD |
| **AMERICAN SYSTEM OF JUDGING** | |

✬ **NOTE** Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.

### GUIDELINES and RULES:
1. All State and Local Rules apply and will be strictly enforced.
2. Age in showmanship classes will be as of Midnight, December 31, 2020.
3. Only animals owned, groomed, fitted and shown by the Exhibitor in Junior Department Livestock Divisions or required to be shown in the Senior class under the provisions of State Rules are eligible.
4. **NOTE:** All Exhibitors are required to wear the official show uniform of the organization they represent.

5. All 4-H, FFA and Independent members are to be in full organization uniform during all Showmanship classes. Any person not in full uniform will be excused from the Show Ring.
6. Only the winner of the FFA Showmanship, 4-H Sr. Showmanship, and Independent Sr. Showmanship are eligible for Round Robin Contest.
7. The 4-H and the FFA Round Robin winner are eligible for 2021 California State Fair Best of Show Competition.
8. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
9. Novice FFA is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years.
10. 4-H Beginning Showmanship must be 9 or 10 years of age.
11. 4-H Junior Showmanship ages 11 through 13 years.

| Premiums offered for FFA & 4-H Sr. Rabbit Showmanship classes | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
| $10 | $9 | $8 | $7 | $6 | $5 | $4 | $3 |

4-H Rabbit Senior Showmanship Award Sponsor
*(7422)*
**Awards Contingent on Sponsorship**

### DIVISION  745  FFA Rabbit Showmanship
Class:
1. Novice FFA Showmanship (ribbons only)
2. FFA Showmanship

### DIVISION  746  4-H Rabbit Showmanship
Class:
1. Beginning Showmanship (9-10 years old) (Ribbons only)
2. Junior Showmanship (11-13 years old) (Ribbons only)
3. Senior Showmanship (14 + years old)

**Independent & Grange exhibitors:**
   Ages 9 - 13 enter in 4-H Classes
   Ages 14 - 18 enter in FFA Classes

| RABBIT SHOWMANSHIP SCORE CARD | |
|---|---|
| Method of Carrying Rabbit to Table | 10 |
| Grooming | 5 |
| Bottom-Up Inspection | 35 |
| Posing Rabbit | 20 |
| Carrying Rabbit Back to Cage | 10 |
| Condition of Rabbit | 20 |
| Total Points | 100 |

### DIVISION  730  Educational Rabbit Poster

| Rosette Ribbon |
|---|
| **Awards Contingent on Sponsorship** |

Class:
1.  Best Educational Rabbit Poster
   *See Primary Section for Primary member classes.*

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

# 4-H Cavy Showmanship

Enter online at www.shastadistrictfairandeventcenter.com

## 4-H CAVY SHOWMANSHIP

| | |
|---|---|
| **ENTRIES DUE:** | May 20, 5 PM |
| | Pre-Entry Required |
| **ENTRY FEES:** | No Entry Fee |
| **IN PLACE BY:** | Thurs., June 23, 9 AM |
| **EXHIBITS JUDGED:** | TBD-Following Rabbit show |
| | AMERICAN SYSTEM OF JUDGING |

 **\*\*NOTE\*\*** Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.

### GUIDELINES and RULES:
1. All State and Local Rules apply and will be strictly enforced.
1. Age in showmanship classes will be as of Midnight, December 31, 2021.
2. Only animals owned, groomed, fitted and shown by the Exhibitor in Junior Department Livestock Divisions or required to be shown in the Senior class under the provisions of State Rules are eligible.
3. **NOTE:** All Exhibitors are required to wear the official show uniform of the organization they represent.
4. All 4-H, FFA and Independent members are to be in full organization uniform during all Showmanship classes. Any person not in full uniform will be excused from the Show Ring.
5. Only the winner of the FFA Showmanship, 4-H Sr. Showmanship, and Independent Sr. Showmanship are eligible for Round Robin Contest.
6. The 4-H and the FFA Round Robin winner are eligible for 2022 California State Fair Best of Show Competition.
7. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
8. Novice FFA is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years.
9. 4-H Beginning Showmanship must be 9 or 10 years of age.
10. 4-H Junior Showmanship ages 11 through 13 years.

---

| Premiums offered for 4-H Sr. Cavy Showmanship classes | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
| $10 | $9 | $8 | $7 | $6 | $5 | $4 | $3 |

4-H Cavy Showmanship Award Sponsor *(7425)*
**Awards Contingent on Sponsorship**

## DIVISION 747 4-H Cavy Showmanship
Class:
1. Beginning Showmanship (9-10 years old)
2. Junior Showmanship (11-13 years old)
3. Senior Showmanship (14 + years old)

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com
84                                                   revised 1/14/2022

# JUNIOR PYGMY GOATS

Enter online at www.shastadistrictfairandeventcenter.com

## PYGMY GOATS

*Local Divisions*

| ENTRIES DUE: | Friday, May 20, 5 PM |
|---|---|
| ENTRY FEES: | $5.00 per entry per class |
| ENTRY FORMS: | Online |
| IN PLACE BY: | TBD *(Walk on show)* |
| EXHIBITS JUDGED: | TBD |
| SHOWMANSHIP: | TBD (Livestock Lawn) |

**DANISH SYSTEM OF JUDGING**

### Pygmy Goat Guidelines and Rules:

- All State and Local Rules apply and will be strictly enforced.
- Limited to Butte, Shasta, Siskiyou, Tehama & Trinity counties
- All owned by one Exhibitor and entered as individuals
- Each Exhibitor limited to 8 animals per Division and 2 animals per Class.
- All Breeds will be judged together.
- All Pygmy goats must be de-budded.
- All Pygmy goats must be parasite free.
- All Pygmy goats must NOT have abscesses.
- All Pygmy goats must NOT be papered.
- All Pygmy goats will be dehorned; if scurs develop, they must be less than 2" and rounded off for safety.

```
Ribbons Only
      1st      2nd      3rd
             Awards:
        Jr. Champion Doe (7901)
Sr Champion, Grand Champion & Wether
        Champion (7902, 7903, 7904)
    Awards Contingent on Sponsorship
```

## DIVISION 790 Junior Pygmy Goats

(Division may be broken down further at discretion of Fair Management)

### DOES

Class:
1. 0 - 6 months*        12-12-21 to 06-12-22
2. 6 - 12 months*       06-12-21 to 12-11-21
3. 12 - 18 months*      12-12-20 to 06-11-21
4. 18 - 24 months*      06-12-20 to 12-11-20

*Not Kidded

5. Freshened Yearling (Under 2)  06-12-20 to 06-12-22
6. 2 yr olds            06-12-19 to 06-11-20
7. 3 yr olds & older        06-11-19 and over

### WETHERS

*(MUST BE CASTRATED)*

8. 0 - 6 months        12-12 21 to 06-12-22
9. 6 - 12 months       06-12-21 to 12-11-21
10. Yearlings          06-12-20 to 06-11-21
11. 2 yrs & Older      06-11-20 and older

**Independent & Grange exhibitors:**
**Ages 9 – 13 enter in 4-H Classes**
**Ages 14 – 18 enter in FFA Classes**

## PYGMY GOAT SHOWMANSHIP

| ENTRIES DUE: | Fri., May 20, 5 PM |
|---|---|
| | Pre-Entry Required |
| ENTRY FEES: | No entry fee |
| IN PLACE BY: | TBD |
| EXHIBITS JUDGED: | TBD   *Livestock lawn show ring* |

**AMERICAN SYSTEM OF JUDGING**

**\*\*NOTE\*\*** Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.

### GUIDELINES and RULES:

1. All State and Local Rules apply and will be strictly enforced.
2. Age in showmanship classes will be as of Midnight, December 31, 2020.
3. Only animals owned, groomed, fitted and shown by the Exhibitor in Junior Department Livestock are eligible.
4. **NOTE:** All Exhibitors are required to wear the official show uniform of the organization they represent.
5. All 4-H, FFA, and Independent Members are to be in full organization uniform during all Showmanship classes. Any person not in full uniform will be excused from the Show Ring.
6. Only the winner of the FFA Showmanship, 4-H Sr. Showmanship, and Independent Sr. Showmanship are eligible for Round Robin Contest.
7. The high placing 4-H and FFA Round Robin contestants are eligible for the 2021 California State Fair Best of Show Competition.
8. Classes may be combined at the discretion of Fair Management if entry numbers are insufficient for adequate competition.
9. Novice FFA is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in fair competition. An exhibitor will no longer be eligible for novice showmanship if they have shown in prior years. 1st place trophy & ribbons to 8th place only.
10. 4-H Beginning Showmanship must be 9 or 10 years of age. 1st Place Trophy & Ribbons to 8th Place only.
11. 4-H Junior Showmanship ages 11 through 13 years.
12. 1st Place Trophy & Ribbons to 8th Place only.

## DIVISION 791 Pygmy Goat Showmanship

Class:
1. Primary (5-8 years old)
2. Beginning Showmanship (9-10 years old) (ribbons only) *
3. Junior Showmanship (11-13 years old) * (ribbons only)
4. Senior Showmanship (14 + years old)

**Independent & Grange exhibitors:**
**Ages 9 – 13 enter in 4-H Classes**
**Ages 14 – 18 enter in FFA Classes**

```
Showmanship Awards Offered per Class:
     1st place only (7911, 7912, 7913, 7914)
        Ribbons Only per Class:
             2nd & 3rd
     Awards Contingent on Sponsorship
```

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com

revised 2/7/2022

# ROUND ROBIN & OTHER COMPETITIONS

## DIVISION 770    Round Robin Large Animal Showmanship

*(Prior Entry not required)*
*A trophy will be awarded to Winner.*



Class:
1. **Large Animal Round Robin Showmanship:** Beef, Dairy Cattle, Sheep, Meat Goats, Dairy Goats, Swine

## DIVISION 772    Round Robin Small Animal Showmanship

**\*\*NOTE\*\* Exhibitors MUST pre-enter to be in showmanship. All entries in Showmanship MUST be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show.**

*A ribbon will be awarded to Winner.*

Class:
1. **Small Animal Round Robin Showmanship:** Poultry, Rabbits, Pygmy Goats, and Cavy

## DIVISION 771   Clean Stall Awards

Class:
1. FFA Beef Cattle & Dairy Cattle
2. FFA Sheep
3. FFA Swine
4. FFA Dairy Goats & Meat Goats
5. 4-H Beef Cattle & Dairy Cattle
6. 4-H Sheep
7. 4-H Swine
8. 4-H Dairy Goats & Meat Goats

**Independent & Grange exhibitors:**
   Ages 9 - 13 enter in 4-H Classes
   Ages 14 - 18 enter in FFA Classes

*Exhibitors do not need to pre-enter clean stall competition. All clubs & chapters will be judged. Independent Exhibitors will be judged according to the age category they show in.*

*A sign must be displayed for the club or exhibitor name to be considered for judging.*

---

### CLEAN STALL AWARDS

*Sponsored by*
**TRI COUNTIES BANK OF ANDERSON**

Award Guidelines and Rules:

- Clean Stall will be judged daily. Points will be awarded daily after each judging.

- Cash award will be given to the organization with the highest point total for the fair.

- There must be more than one club exhibiting in a barn for eligibility of the award.

- All cleaning MUST be the effort of the members, NOT parents or leaders. (Refer to Local Rules for definition.)

***Clean Stall Sweepstakes Awards***
*will be announced, on*
*Saturday, June 26, 2022 6:00 PM*
*to the FFA. Chapter, 4-H Club, Grange Club & Independent exhibitor with the highest point total.*

---

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com
86                              revised 1/14/2022

# PRIMARY SHOWMANSHIP & CLASSES
Enter online at www.shastadistrictfairandeventcenter.com

 4-H Primary Members (ages 5 thru 8) are not allowed to enter or show animals by which their size and/or nature are unsuitable for a young handler. These include: Horses, Beef Cattle, Dairy Cattle, Swine, Sheep, Goats (except Pygmy Goats), of all classes.  Upon conclusion of judging of each species, primary Exhibitors are allowed to participate in a discussion type setting with the Judge.  Primary Exhibitors are not judged but do receive a participation ribbon.  Primary Exhibitors may only enter in primary classes.  All other membership and project requirements must also be satisfied prior to showing a 4-H project animal.

- All State and local rules apply and will be strictly enforced.

- **Age will be as of midnight, December 31, 2021**

- **NOTE:** All Exhibitors are required to wear the official show uniform of the organization they represent.

| | |
|---|---|
| ENTRIES CLOSE: | Fri., May 20, 5 PM |
| ENTRY FEES: | NO Entry Fee |
| ENTRY FORM: | Online |
| IN PLACE BY: | Thurs., June 23, 5:30 PM |
| EXHIBITS RELEASED: | Immediately following show |
| **AMERICAN SYSTEM OF JUDGING** | |

### Primary Classes
#### Judging Times
(all primary classes will follow regular show)

| | |
|---|---|
| Pygmy Goat | Thursday, June 23, 5:30 PM |
| Nigerian Dwarf | Thursday, June 23, 5:30 PM |
| Rabbit | Thursday, June 23 - following Rabbit Show |
| Avian | Wednesday, June 22 - following Poultry Show |



**DIVISION    775  4-H Primary Showmanship**
*Must be 5-8 years of age by midnight, December 31, 2021*
See Classes below

**DIVISION    776  Primary Classes**
*Primary members may enter in a discussion type class for their animals*

Class: (for Divisions 775 & 776)
1. Pygmy Goat
2. Nigerian Dwarf
3. Rabbit
4. Avian

**DIVISION 777  Primary Educational Poster***
Class:
1. Avian
2. Pygmy goat
3. Rabbit
4. Horse
5. Beef
6. Swine
7. Sheep
8. Dairy Goats
9. Meat Goats

*All Educational Posters are to be turned in to the Livestock Office by Monday - June 20, 5 PM.

Exhibitor Guidebook & Online Entries available at-
www.shastadistrictfairandeventcenter.com
87                                     revised 2/23/2022