# RJN 3

# ALL GENERAL LIVESTOCK RULES & GUIDELINES

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

## ENTRY INFORMATION

ALL LIVESTOCK ENTRIES ARE DUE BY MAY 20, 2022: **ALL ENTRIES WILL BE ONLY ACCEPTED ONLINE.** We will have several computers to do entries on in the office starting April 1st. All livestock (including rabbits) entry forms must be accompanied by an online signed Exhibitor Liability Waiver. **All market animal will need a Certificate of Animal Medication when their animal is weighed at the fair.**

**OPEN DIVISION ANIMAL LIMITS:** All livestock Exhibitors in the Open Division will be limited to exhibiting not more than two (2) breeds in each Division. Sheep will be limited to sixteen (16) animals in Registered Classes. Dairy Goats will be limited to fourteen (14) entries per Division and no more than two (2) entries per class.

**JUNIOR LIVESTOCK LIMITS:** Junior livestock Exhibitors are limited to one (1) market animal per Exhibitor, and are allowed to bring only one (1) market animal onto the Fairgrounds (**this includes Large Animal and Small Animal**) also limited to two (2) breeds of fourteen (14) animals in Registered Classes of Sheep. Goats will be limited to fourteen (14) entries per Division and no more than two (2) entries per class. The Fair has the ability to consider combining age classes within 4-H and FFA when there are not adequate entries to provide ample competition.

****Beginning January 1, 2021, the Fairs and Exposition Branch (F&E) will require all California Fairs (County, Citrus & District Agricultural Associations) junior livestock (large and small animal) exhibitors to annually participate in the Youth for the Quality Care of Animals (YQCA) program or a quality assurance program established by their local fair and approved by CDFA. For more information on the YQCA program, please visit www.yqca.org.**
Junior Livestock Exhibitors must complete course to participate in the 2022 Shasta District Fair. Certificate must be turned in with entries by **May 20, 2022.** You can complete the class online or attend a live training (TBA).

**ENTRY REFUNDS:** No refund of entry fees will be made except for accidental injury or sickness of animals. Refunds will be made only after a Veterinarian's Certificate is submitted proving such injury or sickness.

## STATE RULES:
All Local & State Rules, Health Rules, and Score Cards for Judging, as prescribed by the Division of Fairs and Expositions, available online at www.cdfa.ca.gov/fe/Fair_Information/State_Rules_for_California_Fairs.asp, apply to all entries of this Fair. State Rules are available for viewing in the Fairgrounds Main Office and Livestock Office.

**EXTENDED DIVISIONS:** Shall be limited to the State of California except the extended divisions in the Horse Show, which are open to the World.

## LIVESTOCK GENERAL RULES & REGULATIONS

**LIVESTOCK OFFICE HOURS:** The Livestock Office will open June 18, 2022; from 9 AM to 5 PM. Starting June 21, 2022 the hours will be 7 AM-7 PM through the end of Fair.

**LIVESTOCK ARRIVALS:** Non-Market Livestock will be accepted on the grounds on Monday, June 20, 7 AM to 8 PM and Tuesday, June 21, 6 AM to 8 PM. Market Animals will arrive per specie and be weighed off of the trailer. See Livestock Schedule for species and times.

**BEDDING:** Shasta District Fair will NOT provide any bedding. Exhibitors must provide their own bedding. See livestock office for bedding requirements. Straw shall be for breeding animals only. Please notify the Livestock Office prior to fair if you intend to use straw for the safety of market animals that may be near your pens.

**CLEAN PENS & STALLS:** All pens and stalls must be cleaned before 8:00 AM each day and maintained in a clean condition to the satisfaction of the Fair Management in order to be eligible for awards. This rule will be strictly enforced. Clean barn duties are the responsibility of the Junior Livestock Exhibitor, not the parents, leaders, etc. Violators will be excluded from consideration in Clean Stall Awards. Clean Stall Awards will be judged randomly throughout the day.

**REGISTRATION PAPERS:** Registration papers on all registered livestock must be checked in the Livestock Office before 7 PM, Tuesday, June 21, 2022.

**MUZZLES:** Muzzles will not be allowed on animals during their stay at the Fair.

***REMINDER*** Must pre-enter in showmanship to participate except Jr. Market Swine exhibitors. Swine judge will pick exhibitors during market class to come back for showmanship

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

# ALL GENERAL LIVESTOCK RULES & GUIDELINES

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

All entries in Showmanship **MUST** be entered by the exhibit deadline; exhibitors CANNOT enter the day of the show. Exhibitors shall be on hand and ready to exhibit at the time called for judging. A Novice is an exhibitor that has never competed in any showmanship class, whether large or small livestock, in Fair competition. An exhibiter will no longer be eligible for **any** novice showmanship class in subsequent years. Date of birth for Grange and Independent Exhibitors **MUST** be on the entry form.

## AUCTION GUIDELINES – THIS IS A TERMINAL SALE - Date: Saturday, June 25, 2022, 8AM

The sale will begin promptly at 8:00 AM with the sale of Market Acceptable lots. We will rotate the market animals periodically as we sell them. The champions will sell at 10:00 AM. Breakfast will be available for purchase starting at 6:30 AM while supplies last. Lunch will be provided to all registered buyers from 11:30 AM - 1:00 PM. After the sale of champions, we will continue selling our Market Ready animals in a similar rotation as the morning.

**Sale checks will be written when sufficient funds are collected from the buyers.**

**SALE QUALIFICATIONS:** The Shasta District Fair Junior Livestock Auction and Market Classes are open ONLY to those 4-H, FFA, Grange and Independent Exhibitors that reside in the valley are of Shasta County or have Cottonwood, Manton or Platina address (zip codes 96022, 96059, 96076) who meet the minimum age requirements and those who graduated from high school in 2022. Each Junior Exhibitor, who meets the above qualifications, will be allowed to enter and sell one (1) market animal. Exhibitors who have entered a market animal at any other District or County Fair in a calendar year are not eligible to sell at the Shasta District Fair in the same calendar year.

**STEER/REPLACEMENT FEMALE EXHIBITORS:** NEW FOR 2022, steers will need to be completely halter broke at weigh-ins. Any steer that is not able to be led on the scale by the exhibitor will not be tagged and not eligible for the 2022 Junior Livestock Show and Sale.

**ANIMAL ELIGIBILITY:** Only animals entered and shown in the market classes may be sold at the Auction. Only Market Steers, Market Lambs, Market Goats, and Market Swine grading Market Ready will be eligible to sell. Only Replacement Heifers grading group 1 or 2 will be eligible to sell. Only the rabbit meat pens that meet Market Ready will be eligible to sell. All Champion and Reserve Champion animals, who's Exhibitors qualify under the above qualification rule, MUST sell at the Auction on Saturday, June 26, 2021.

**LIVESTOCK OWNERSHIP:** Junior Exhibitors <u>MUST</u> prove ownership of animals to be able to exhibit in the Junior Livestock Department. Lease agreements are acceptable in Horse Department Only. All breeding animals must be owned at least 30 days. All horses must be owned or leased at least 120 days. Proof of lease or ownership for horses must be on file with the 4-H office. *All beef animals must be owned by the exhibitor by tagging day or 120 days prior to fair whichever date comes first.*

**OWNERSHIP & MANDATORY TAGGING DATES:**
All Junior Livestock Animals must be owned and under the control and supervision of the Exhibitor by the below listed dates. (This means someone else in a location other than your home area is not feeding, breaking to lead, and caring for the Exhibitor's animal.) All Exhibitors and animals must be present at tagging day. **Heifers do not need to come to tagging day** however fairgrounds must have received a copy of ownership papers & picture of heifer by February 21, 2021.

| Type | Ownership Date | Tagging Date | Tagging Time | Location |
|---|---|---|---|---|
| Steers | Feb. 20, 2022 | Feb. 20, 2022 | 9:00AM - 11:00AM | Shasta Livestock |
| Steers | Feb. 20, 2022 | Feb. 20, 2022 | 1:00PM - 3:00PM | Shasta College Farm |
| Heifers | Feb. 20, 2022 | N/A | N/A | N/A |
| Swine | April 20, 2022 | N/A | N/A | N/A |
| Lambs | April 20, 2022 | N/A | N/A | N/A |
| Meat Goats | April 20, 2022 | N/A | N/A | N/A |
| Rabbit Meat Pens | May 20, 2022 | N/A | N/A | N/A |

**LIVESTOCK WEIGH-IN:** Fair weights for Market Animals for the 2022 Shasta District Fair are as follows: <u>All Junior Market Animal Exhibitors MUST take their own animals across the scales. No one else will take these animals to the scales for</u>

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

50                                                                                                         revised 1/14/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

the Junior Exhibitor without prior permission from the Fair. After all market animals are weighed, each species weight classes will be made-up and will be posted as soon as convenient. The animals will be weighed at the designated times ONLY. There will be no Swine weighed after the beginning of Beef weighing and no Beef weighed after the beginning of Sheep weighing, no Sheep after the beginning of the Goat weighing. If any animal does not make weight, it will be removed from the scale, the scales will be re-balanced, and the animal immediately re-weighed. The second weight will be final. Heifers will be sold by the head and Chickens and Rabbits will be sold by the pen not by the pound.

| SPECIES | Min.Wt. | Max.Wt. | Time | Date |
|---|---|---|---|---|
| Swine | 220# | 285# | 8:00AM | TBD |
| Beef | 1,050# | 1,450# | following Swine | TBD |
| Sheep | 115# | 160# | following Beef | TBD |
| Meat Goat | 65# | 110# | following Sheep | TBD |
| Rabbit Meat Pens | 3.5# ea | 5# ea | 8:00 AM | TBD |

**Exhibitors are only allowed to bring one market animal across the scales. All decisions regarding backups must be made before the animal arrives at the Fairgrounds.**

**WEIGHT SIFTED ANIMALS:** Animals that do not meet weight requirements of their class will be required to leave the Fairgrounds after weigh-ins.

**LIVESTOCK OWNERSHIP PAPERS:** The Bill of Sale, Brand Inspection or Out-billing from a Sales Yard **MUST** be made out to the Junior Exhibitor, showing at least a 120-day ownership for Steers/Heifers and 60-day ownership for Sheep, goats and Swine or a signed statement that the animal was born from the Exhibitor's breeding project and was raised by the Exhibitor. Exhibitors must be able to show proof of ownership at any time should the question arise.

**EAR TAGS:** All Steers belonging to FFA, 4-H, Grange and Independent Exhibitors MUST come to the Fairground with an official Shasta District Fair Tag in their ear that is identified to the Exhibitor. Replacement heifers will be tagged Tuesday, June 21, 2022 at Vet Check at the fairgrounds, after market animals are finished at the scales. Sheep, Goats and Swine will be tagged prior to fair. Advisors and Leaders will be given tags from the fair to tag animals. Independent Exhibitors will need to contact the Shasta District Fair office to obtain tags.

**MARKET ANIMALS SIFTED BY THE JUDGE:** Market animals sifted in the judging arena may remain on the grounds if they are to be shown in showmanship. They must be removed no later than 8PM.

**SELLING FEES:** 7.0% of the sale price will be deducted from Seller's check to defray auction costs and the establishment of a Contingency Fund. A National Pork Board check-off fee of .004% of the value of each Swine marketed in the Junior Livestock Sale will be deducted from the check of the Swine Exhibitor/Seller. A Sheep check off fee of .007% of the value of each Sheep marketed in the Jr. Livestock Sale will be deducted from the check of the Sheep Exhibitors. $3.25 will be deducted from all Steer checks for brand inspection and beef promotion. *NO SHOW PREMIUMS WILL BE PAID ON MARKET ANIMALS.*

**IMPORTANT:** *All 4-H, FFA, Grange and Independent Exhibitors MUST be ready with animal and in the line as listed on Sales Order when called for the Junior Livestock Auction. If exhibitor is not ready, dressed in uniform & in line they will not be allowed to sell.*

**ALL ANIMALS** (Steers - Replacement Heifers - Swine - Lambs - Meat Goats – Rabbit Meat Pens) ENTERED IN MARKET CLASSES & QUALIFYING FOR THE JUNIOR LIVESTOCK AUCTION **MUST BE SOLD** as listed on the Sale Order. There will be no set prices (or STOPS) and no "NO-SALES" at any time during the Sale.

**ALL ANIMALS** sold in the Shasta Junior Livestock Auction sale MUST go to processing, directly from the Fairgrounds and will be transported on the trucks provided by the Fair on Saturday, June 25, 2022. **No Junior Exhibitors will be allowed in barns while the animals are loading, failure to leave the barn when asked may result in the loss of premiums.**

**ALL REPLACEMENT HEIFERS** will be released to the new owners at 5:00 pm on Saturday, June 25, 2022.

**RABBIT MEAT PEN:** The disposition of the Rabbit Pens will be at the discretion of the Buyer. The Market Ready meat pens will sell at the Junior Livestock Auction.

**"FOR SALE":** "For Sale" Signs are **NOT** allowed to be posted in any area of the Fairgrounds, including the Livestock and Horse Departments, until **AFTER** the Junior Livestock Auction, on Saturday, June 25, 2022.

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

revised 1/13/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

## ANIMAL HEALTH AND SAFETY

**WATER:** A visible source of water must be in every pen that contains livestock until Sunday, June 26, 2022, 8:00 AM. Failure to comply will result in the loss of premiums and/or sale proceeds.

**VETERINARIAN:** A Veterinarian will be on call or present at the Fairgrounds at all times. If you need vet services or wish to ask questions, contact the Livestock Supervisor. Any professional fees or medical expenses will be billed to the Exhibitor.

**SHEEP & GOAT HEALTH RULES:** In accordance with the State rules, the following rules regarding Sheep and Goats will be in affect:

1. All Sheep and Goats entering Fairs require individual identification. All official identification will be kept on the animals. The official identification may be official USDA individual identification ear tags, premises ear tags, Scrapie Flock Certification Program ear tags, registration tattoos if accompanied by registration papers, or other methods approved by the California Department of Food & Agriculture.
2. All Sheep & Goats from out of state require official individual identification, a certificate of veterinary inspection and a California entry permit.
3. Fairs will not accept Sheep & Goats from scrapie non-compliant flocks, or animals that are scrapie positive or scrapie suspects.
4. Fairs will not accept Sheep & Goats from scrapie-infected or source flocks, or animals that have been exposed to scrapie unless they have been evaluated and approved for exhibition by the State Scrapie Epidemiologist.
5. Fairs will keep records of the consignor, buyer, and animal identification for 5 years when animals change ownership at the Fair.
6. Fairs will try to accommodate Scrapie Flock Certification Program Members with separate space if practical. Breeding animals should be housed in separate enclosures or locations from animals that are not in the certifications program, if practical.
7. Sheep or Goats within 30 days of pre- or post-parturition, or with vaginal discharge, shall if practical, be kept separate from animals from different flocks and in an area that can be properly cleaned and disinfected.
8. Rams/Bucks older than 6 months require a negative Brucella Ovis test within 30 days of entry into California.

**In an effort to prevent the spread of disease, Shasta District Fair will not allow Sheep or Goats within 30 days of pre- or post-parturition, or with vaginal discharge from entering in the Fair.**

**SLICK SHORN:** All market Sheep will be clean and slick shorn from the knees up (including head) prior to being weighed. <u>**Sheep with excessive wool will not be weighed until shorn to the satisfaction of Show Management.**</u> Any sheep not meeting these requirements will not be eligible to show or sell.

**SHEEP TAIL DOCK:** To qualify for exhibit market Sheep must be docked such that the tail (dock) is healed and can be lifted from the exterior. Sheep that have no dock will not be eligible. Acceptable tail dock is determined by placing a ¼" round stock (like a pencil) beneath the Sheep's dock. When pressure is applied and the tail lifted up, some resistance should be felt due to the presence of tailbone (vertebrae). **All Sheep will be checked prior to weighing by Fair designated veterinarian. Animals that do not meet this test will be sifted by the Fair designated veterinarian. All decisions are final.**

**SURVEILLANCE OF SHEEP:** All Sheep will be checked during the weigh in process by a Veterinarian for any evidence of <u>Club Lamb Fungus and Heavy Muscled (Callipyge) Mutation. These Sheep have no ready market value and are deemed undesirable; therefore, they must be removed immediately from the Fairgrounds.</u> If any discrepancies arise on the Club Lamb Fungus and the Callipyge Mutation Lamb, a Fair designated veterinarian's decision will be final. **<u>All sheep and goats will be checked for yearling teeth.</u>**

**MUZZLES:** All animal muzzles are prohibited at the Fair. Muzzles are unnecessary for animal well-being.

## FAIRGROUND AND BARN REGULATIONS

**UNLOADING ANIMALS:** Livestock (other than Horses) will be permitted to enter Fairgrounds through Gate No. 3. Immediately after unloading, trucks and trailers will be removed from the grounds to the Northwest corner outside the Fairgrounds. <u>Trailers are not allowed to park in the West Parking Lot (Lot #2) by gates 3 & 4</u>. Trailer parking is in the North Parking Lot (Lot #4).

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

# ALL GENERAL LIVESTOCK RULES & GUIDELINES

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

**STABLING:** *All livestock must be stabled according to the space allocated by the Livestock Superintendent. Changing of livestock from one stall to another positively will not be permitted.* All animals, feed and equipment must be housed in the barn within their pen area. **Barn curfew Wednesday - Saturday is 10 PM. All Exhibitors and patrons must be out of barn area at that time. Barn Curfews will be strictly enforced. No sleeping/camping will be allowed in the barn area.**

**ELECTRICAL EQUIPMENT:** There will be NO electric cords or electric fans plugged in the Fair electrical lines unless first approved by the State Fire Marshal or the Fair Electrician. Extension cords used to distribute power to each electrical apparatus shall be rated 15 AMPS minimum and contain ground wire. Cords not meeting these requirements shall be confiscated for the duration of the Fair. ALSO, all fans must be approved UL devices. We will be checking these by order of the OFFICE OF THE STATE FIRE MARSHAL.

**LIVESTOCK RELEASE:** Conditions permitting, the livestock barns will release in the following schedule on June 26, 2022
**Barn A** - Jr. Breeding Beef on Sunday at **8:00 AM** until **12 NOON**.
**Barn C** - Breeding Sheep on Sunday at **8:00 AM** until **12 NOON**.
**Barn D** - all tack items may be carried out starting on Sunday at **8:00 AM** until **12 NOON**.
**Barn E** - Jr./Sr. Goats/Cattle starting on Sunday at **8:00 AM** until **12 NOON**.

**Please note: Fair Management may deem it necessary to alter the schedule.**
 **All animals will be released by 12:00 NOON.**

All weight sifted animals must be removed from the grounds immediately after weigh-in. Livestock release papers may be obtained in the livestock office. Market animals sifted in the judging arena may remain on the grounds if they are to be shown in showmanship. They must be removed no later than 8pm after participating in showmanship. NO SICK animals will be released unless a Veterinarian's Certificate & an approved Livestock Release Slip have been obtained in advance. <u>Any animal removed from the grounds prior to release times, without permission and proper release forms will forfeit all premiums and awards.</u>

**DECORATIONS, SUPPLIES, ANIMALS AND EDUCATIONAL DISPLAYS:** May **NOT** be taken down or removed from the grounds prior to Sunday, June 26, 2022 according to the release times shown above (Premiums will be forfeited if any are removed early). Items left behind are left at your own risk.

**FEED DELIVERY:** <u>No vehicles will be allowed on the Fairgrounds for daily feed delivery, unless authorized by management</u>. The Fair has designated a 20-minute unloading area at Gate 3 for the convenience of Exhibitors. This zone is for unloading of feed, kids, etc. The 20-minute time limit will be strictly enforced. Vehicles left longer than 20 minutes will be ticketed by the City of Anderson Police. Appropriate livestock parking pass must be displayed on the windshield of the vehicle at ALL times. ANY VEHICLE PARKED IN ANY LOT WITHOUT PASS VISIBLE WILL BE TOWED AWAY AT THE OWNER'S EXPENSE.

**LARGE TRUCK & TRAILER PARKING:** All trucks (larger than pick-ups) and trailers will be parked at the Northwest end of the North Parking lot (Lot #4) in the designated area. PLEASE DO NOT park trucks anywhere other than in the designated area. NO stock trailers or trailers of any sort will be allowed in the West Parking Lot (Lot #2) by gates 3 & 4 after Tuesday, June 21, 2022 at 5 PM. <u>If a trailer is found in the parking lot after that time it will towed at owners' expense.</u>

## ETHICS, COURTESY & PUBLIC SAFETY

**'CODE OF ETHICS':** Under no conditions may any Exhibitor use drugs or any artificial means to stimulate an animal so that it may be shown to a better advantage. This shall include, but not be limited to, injections, forced liquid intake, or any unethical or inhumane treatment of animals. **Violators and/or animals in violation of any of the General Rules above will be required to leave the Fairgrounds immediately upon notice.**

**APPROPRIATE BEHAVIOR:** All Exhibitors, leaders, volunteers, and parents participating in the Fair, must act appropriately while in the barn area. Exhibitors are expected to always act appropriately while on the grounds. A physical altercation involving an Exhibitor may result in the Exhibitor being disqualified and all premiums and sales proceeds forfeited.

**ANIMAL GROOMING:** <u>Parents, teachers, advisors, other adults, or individuals not exhibiting in the Shasta District Fair Junior Livestock show may not provide any physical assistance in fitting; grooming and/or showing of market animals whatsoever (see state rules). Assistance may come from junior Exhibitor entered in the Fair ONLY.</u> An advisor, leader, or parent may hold animals while an Exhibitor works, for safety reasons only. This rule applies to all FFA, 4-H and Independent Exhibitors.

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

# ALL GENERAL LIVESTOCK RULES & GUIDELINES

*Please Consult Local Rules (Dates and times subject to change due to COVID)*

NO change of the major color pattern of the animal by painting or dyeing will be allowed. Any grooming material that allows color to come off of any animal will not be allowed. Club members may share in feeding of animals and the cleaning and maintaining of pens.

**EXHIBITOR AND PUBLIC SAFETY:** Any livestock exhibit (including horses) that cannot be handled by the Exhibitor while on the Fairgrounds will be removed from the Fairgrounds, disqualified and all premiums will be forfeited.

**RULE COMPLIANCE:** Any Exhibitor, who fails to conform to accepted standards of conduct, will be removed immediately (with livestock) from the Fairgrounds and all premiums and auction proceeds forfeited, if the situation is of a serious nature.

**AWARDS:** All Exhibitors will be required to provide an appropriate Thank You note prior to receiving their award. The Thank You note must be in an **unsealed, addressed envelope with appropriate postage affixed**. Every award has the sponsor information attached to it. All awards and premiums will be held until the thank you is received.

## RV RULES AND GUIDELINES

Senior Livestock Exhibitors desiring to remain on the Fairgrounds at night must complete a RV parking application Form. RV parking will be limited to Senior Livestock Exhibitors living outside a 50-mile radius from the Fairgrounds. Please review all RV rules and limitations listed on the application form.

**RV FEES:** A fee of $180.00 per space will be charged for all RV trailer units (Tuesday - Sunday). RV space is available starting Sunday prior to and following Fair at $30.00/night. All fees are to be paid in advance. A permit will be issued and a space assigned. No camp units will be allowed in camping area without a permit. No tent units or sleeping bag only units will be allowed.

**CAMPGROUND CURFEW:** The campground curfew is midnight, and this curfew will be strictly enforced. Exhibitors must be in their beds by midnight. No disturbances will be tolerated. There will be NO drinking and/or loud parties. **No alcoholic beverages may be brought on the grounds - for camp area or other area. Anyone with alcoholic beverages of any kind will be asked to leave the grounds and not allowed to return.** Violators of these rules will be removed from the campgrounds and their premiums may be withheld.

**CAMPER RELEASE:** All camp units - trailers, pick-up campers, etc., MUST remain on the Fairgrounds in their camp space until the time livestock is released by the Fair Management. There will be NO EXCEPTIONS.

## GENERAL LIVESTOCK PASS & PARKING POLICIES

The following credential policy will be used during the 2022 Shasta District Fair. This credential policy is for the Livestock Exhibitor's convenience and is a courtesy of the Shasta District Fair Board of Directors. The Fair has the final decision of who will or will not receive passes. Please do not abuse this policy.

If any Exhibitor loses their wristband, there will be a $25 fee to replace it. Without the credentials Exhibitor must pay full admission price to get in the gate.

**JUNIOR EXHIBITORS:** Junior Livestock Exhibitors will be issued 1 wristband. The wristband will serve as your pass into the Fair. Market animal Exhibitors will receive their wristband when their animal is weighed, Tuesday, June 21, 2022. Parking credentials and other tickets may be purchased at the main office, please bring your 2022 Livestock Parent Pass Request Form with you.

**SENIOR EXHIBITORS:** Senior Livestock Exhibitors will be issued a wristband. The wristband will serve as your pass into the Fair. Senior Exhibitors may pick up their wristband in the livestock office. One (1) additional wristband may be purchased for the livestock handler for $19.00 and one parking pass can be purchased in the main office, please bring your 2022 Senior Livestock Pass Request Form with you.

**PARENT COURTESY TICKETS:** May be purchased by parents (only) of Junior Livestock Exhibitors at a reduced rate of $19.00 each, parents are limited to two (2) books of 4 admission credentials per family. Parent Credentials must be pre-ordered and on the parent pass form and can be purchased at the main office through June 17, 2022, please bring your Livestock Parent Pass Request Form. Be sure to get your hand stamped for re-entry if you leave the grounds for any reason.

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com

# ALL GENERAL LIVESTOCK RULES & GUIDELINES
*Please Consult Local Rules (Dates and times subject to change due to COVID)*

**4-H LEADERS:** The 4-H Office will be allocated Fair passes to be distributed to Community & Project Leaders actively involved in the Fair. No passes for 4-H Leaders will be distributed from the Fair Office.

**PARKING:** No parking passes will be provided to livestock exhibitors. Senior and Junior Livestock exhibitors may purchase up to two (2) Parking Passes for $18.00 Each. These passes are only valid in Lots 2, 3 & 4. Parking passes must be pre-ordered on the Livestock Parent Pass Request and can be purchased at the main office through June 17, 2022, please bring your form.

## JUNIOR LIVESTOCK
## ELIGIBILITY REQUIREMENTS

**FFA MEMBERS:** FFA members may participate in breeding classes and may exhibit to the end of the calendar year following the year of graduation from high school.

All Future Farmers of America Exhibitors of livestock must wear the official uniform of their organization while showing their animals. The official FFA show uniform to be worn by all FFA Exhibitors and by helpers in individual and chapter groups while showing at Fairs and livestock shows shall consist of white trousers, white dress shirt (short or long sleeves) with the FFA emblem attached to the left pocket and the official FFA four-in-hand necktie. The official FFA jacket is optional; if worn, the shirt emblem is not required. Hats or headgear of any kind shall not be worn with the official show uniform while showing. If the Exhibitor does not have the official jacket on due to heat, the shirt worn must have capped sleeves or long sleeves. No tank tops allowed.

**4-H MEMBERS:** A 4-H member may enroll on his/her fifth birthday. Large breeding animals may be exhibited by a full member at age 9, until the end of the calendar year in which the member becomes age 19. Youth under 9 years of age as of midnight on December 31, 2020 may not enter large animals or participate in auction. Exhibitor must be 9 years old as of December 31, 2020, to sell at auction. See Junior. Livestock Sale eligibility under Sale Qualifications paragraph.
**4-H Primary members** (ages 5 thru 8) are not allowed to enter or show animals by which their size and/or nature are unsuitable for a young handler. These include: Horses, Beef Cattle, Dairy Cattle, Swine, Sheep, Goats (except Pygmy and Nigerian Dwarf Goats) of all classes. Upon conclusion of judging of each species, primary Exhibitors are allowed to participate in a discussion type setting with the judge. Primary Exhibitors are not judged but do receive a participation ribbon. Primary Exhibitors may only enter in primary classes. All other membership and project requirements must also be satisfied prior to showing a 4-H project animal.

4-H Exhibitors of livestock must wear 4-H hat, appropriate color, white/off white slacks or jeans (ankle length, belt should be worn if belt loops available), with white sleeved blouse or white sleeved shirt tucked in with 4-H tie or collar (girls) while showing and selling their animals. The 4-H uniform must be worn by all 4-H members and helpers. Appropriate footwear must be worn. 4-H Exhibitors must abide by rules set forth by the Shasta County 4-H office to qualify as a 4-H Exhibitor.

**INDEPENDENT/GRANGE JUNIOR EXHIBITORS:** Independent/Grange Junior Exhibitors may participate in the Junior Still Exhibits Department, ONLY, upon entering kindergarten or age 5 and not older than 18 years of age as of January 1, 2022. In the Livestock Department Independent Exhibitors must be at least 9 years of age and must not be older than 18 years of age on January 1, 2022. Independent/Grange Exhibitors may participate until the summer after completion of High School regardless of age. Independent/Grange Exhibitors must meet all ownership requirements. Independent/Grange Exhibitors must enter in an open Junior or Independent/Grange class unless one is not available. If an open or Independent/Grange class is not available, Junior Exhibitors may enter an appropriate 4-H or FFA Class. Advisor, leader, teacher, or parent/guardian signature on the entry form is required by the Fair to certify that: projects have been under their direct supervision in accordance with the rules and regulations of the organization and the Fair; and the entry is the project of the Exhibitor and is eligible for exhibit. Failure or refusal of such advisor, leader, or parent/guardian to sign the required entry form will prevent the Exhibitor from entering that particular class (es). Juniors who have been 4-H, FFA or Grange project member within 60 days (120 days for horse and market beef) prior to the Fair are not eligible to compete in that project as Independent Juniors. All Independent/Grange Exhibitors must have project management records and proof of supervision available as to the length of the project. Independent/Grange Junior Exhibitors entering market animals must provide Fair management with a picture of their animal, appropriate proof of ownership, permanent ear tag, tattoo and /or Swine ear notch information 120 days prior to the Fair for beef and 60 days for Sheep, goats or Swine. **All Independent/Grange Exhibitors must have "on grounds" supervision by a responsible adult. The names of the responsible adult(s) must be on file with the livestock office. All Independent/Grange Exhibitors must participate in barn**

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com
55                                              revised 1/13/2022

# ALL GENERAL LIVESTOCK RULES & GUIDELINES
*Please Consult Local Rules (Dates and times subject to change due to COVID)*

**duty**. The show "uniform" for all Independent Exhibitors will be dark black pants and a white button-down shirt with sleeves. The show "uniform" for all Grange Exhibitors will be dark black pants, a white button-down shirt with sleeves and the Grange vest. **Independent & Grange exhibitors Ages 9 - 13 enter in 4-H Classes and Ages 14 - 18 enter in FFA Classes.**

**LIABILITY INSURANCE:** County, District and State Fairs cannot legally carry liability insurance covering Junior Exhibitors and/or their exhibits. Liability insurance is the responsibility and at the discretion of the Junior Exhibitor. The Shasta District Fair highly recommends all livestock Exhibitors carry liability insurance. Liability insurance can be added to a homeowner's policy or can be purchased through the Fairgrounds. Please call the Fairgrounds, 530-378-6789, for more information.

**INSURANCE COVERAGE FOR INDEPENDENT JUNIORS:** Independent Exhibitors shall provide insurance coverage as required by the Fair. Independent Exhibitors must provide the Fair office with a certificate of insurance showing proof of one million dollars ($1,000,000) liability coverage on the animal to be exhibited.

Exhibitor Guidebook & Entry Forms Now available on-line
www.shastadistrictfairandeventcenter.com
56                                                    revised 1/13/2022