<div style="writing-mode: vertical-rl">ADVANCING LAW FOR ANIMALS</div>

1  RYAN R. GORDON (SBN 278414)
   VANESSA T. SHAKIB (SBN 287339)
2  **ADVANCING LAW FOR ANIMALS**
   407 N. Pacific Coast Highway #267
3  Redondo Beach, CA 90277
   Tel: (202) 996-8389
4  rgordon@advancinglawforanimals.org
   vshakib@advancinglawforanimals.org
5

6  DANIEL J. KOLDE, ESQ.
   **LAW OFFICES OF DANIEL J. KOLDE**
7  P.O. Box 440344
   St. Louis, Missouri 63144-9998
8  Tel: 636.675.5383
   Email: daniel.kolde.law@gmail.com
9  (*pro hac vice application to be filed*)

10 Attorneys for Plaintiffs E.L., a minor, and Jessica Long
11 and Counter-Defendant Jessica Long

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN  DISTRICT OF CALIFORNIA**

14                         **SACRAMENTO DIVISION**

15

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, | Case No. 2:22-cv-01527-DAD-AC |
| Plaintiffs, | **NOTICE OF ERRATA TO:** |
| v. | **(1) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANT JESSICA LONG'S ANTI-SLAPP MOTION TO STRIKE, ECF NO. 39-30** |
| LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | **(2) DECLARATION OF VANESSA SHAKIB, ECF NO. 39-1** |
| | Date: February 20, 2024
Time: 1:30 pm
Courtroom: 4, 15th Floor |
| | Trial Date: February 10, 2025 |
| | Action Filed: August 31, 2022 |

1
NOTICE OF ERRATA

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff and Counter-Defendant Jessica Long ("Mrs. Long") respectfully submits this Notice of Errata to correct the following two documents filed in support of her Anti-SLAPP Motion to Strike Counterclaims of Melanie Silva and BJ Macfarlane Pursuant to California Code of Civil Procedure, § 425.16:

(1) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANT JESSICA LONG'S ANTI-SLAPP MOTION TO STRIKE COUNTERCLAIMS OF MELANIE SILVA AND BJ MACFARLANE PURSUANT TO CAL. CIV. PROC. CODE § 425.16 ("Request for Judicial Notice" or "RJN"), **ECF No. 39-30**; and

(2) DECLARATION OF VANESSA SHAKIB IN SUPPORT OF COUNTER-DEFENDANT JESSICA LONG'S ANTI-SLAPP MOTION TO STRIKE COUNTERCLAIMS OF MELANIE SILVA AND BJ MACFARLANE PURSUANT TO CAL. CIV. PROC. CODE § 425.16 ("Shakib Declaration"), **ECF No. 30-1**.

Due to an inadvertent clerical/technical error during the creation of the filed PDF versions of the the Request for Judicial Notice and Shakib Declaration, three (3) of the URLs and hyperlinks in these documents became inoperable and/or inaccurate. Mrs. Long hereby corrects hyperlinks set forth in RJN 1, RJN 2, and Shakib Declaration ¶ 56.

Additionally, RJN 3, seeking judicial notice of the Shasta District Fair and Event Center All General Livestock Rules and Guidelines, erroneously states that the "Exhibitor Handbook" in RJN 2 was a subsection of RJN 3. It should state "Note that RJN 3 is a subsection of the Exhibitor Handbook."

These errors are corrected in the attached documents. **Exhibit 1** attached hereto is the corrected version of the Request for Judicial Notice, and **Exhibit 2** attached hereto is a corrected version of the Shakib Declaration.

ADVANCING LAW FOR ANIMALS

Dated: December 29, 2023        By:   /s/Ryan Gordon
                                Ryan Gordon
                                Vanessa Shakib
                                Attorneys for Plaintiffs