# EXHIBIT 1

RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs E.L., a minor, and Jessica Long and Counter-Defendant Jessica Long

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,

Plaintiffs,

v.

LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,

Case No. 2:22-cv-01527-DAD-AC

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANT JESSICA LONG'S ANTI-SLAPP MOTION TO STRIKE COUNTERCLAIMS OF MELANIE SILVA AND BJ MACFARLANE PURSUANT TO CAL. CIV. PROC. CODE § 425.16**

[Anti-SLAPP Motion to Strike, and Declarations of Ryan R. Gordon, Vanessa Shakib, Jessica Long filed concurrently]

Date: February 20, 2024
Time: 1:30 pm
Courtroom: 4, 15th Floor

Trial Date: February 10, 2025

Action Filed: August 31, 2022

Plaintiff and Counter-Defendant Jessica Long ("Mrs. Long"), hereby requests, under Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following items in connection with Counter-Defendant Jessica Long's Anti-SLAPP Motion to Strike Counterclaims of Melanie Silva and BJ Macfarlane Pursuant to California Code of Civil Procedure, § 425.16. The following items are also authenticated by the concurrently filed Declaration of Vanessa Shakib and incorporated therein by reference:

1. CAL. DEP'T OF FOOD & AGRIC., 2022 STATE RULES FOR CALIFORNIA FAIRS, *available at* https://www.cdfa.ca.gov/FairsAndExpositions/Documents/Circular_Letters/2022/2022_State_Rules.pdf a true and correct copy of which is attached hereto as **RJN 1**;

2. SHASTA DISTRICT FAIR AND EVENT CENTER, 2022 ENTRY INFORMATION AND GUIDELINES, defined in the concurrently filed memorandum as the Exhibitor Handbook, a true and correct copy of which is attached hereto as **RJN 2**, with relevant provisions marked for ease of reference. The documents constituting to this Exhibitor Handbook were previously available online at or around the time of the 2022 Shasta District Fair at https://www.shastadistrictfairandeventcenter.com/enter-your-stuff. But this website has since been updated with 2023 documents. RJN 2 includes the webpage as it existed on May 27, 2022 from archive.org, as reflected on the following archival website: https://web.archive.org/web/20220527194342/https://www.shastadistrictfairandeventcenter.com/enter-your-stuff. All links displayed on this page, once clicked and assembled together, comprise the RJN 2, the Exhibitor Handbook.

3. SHASTA DISTRICT FAIR AND EVENT CENTER, ALL GENERAL LIVESTOCK RULES AND GUIDELINES, a true and correct copy of which is attached hereto as **RJN 3**. Note that RJN 3 is a subsection of the Exhibitor Handbook, *supra* at ¶ 2, and is marked for ease of review;

4. The July 8, 2022 criminal warrant obtained by Detective Jeremy Ashbee, and signed by Judge Monique Mckee, a true and correct copy of which is attached hereto as **RJN 4**;

5. Nicholas Kristof, *What a Girl's Goat Teaches Us About Our Food,* THE NEW YORK TIMES (April 15, 2023), https://www.nytimes.com/2023/04/15/opinion/goat-girl-slaughtered-california.html, a true and correct copy of which is attached hereto as **RJN 5**;

6. Vimal Patel, *A Fair Auctioned a Beloved Goat. Its Owners Filed a Federal Lawsuit,* THE NEW YORK TIMES (September 2, 2022), https://www.nytimes.com/2022/09/02/us/goat-cedar-auction-shasta-county.html, a true and correct copy of which is attached hereto as **RJN 6**;

7. Jonathan Edwards, *A girl refused to sell her goat for slaughter. Then came law enforcement,* THE WASHINGTON POST (April 3, 2023, 9:22 pm), https://www.washingtonpost.com/nation/2023/04/03/goat-slaughter-lawsuit/, a true and correct copy of which is attached hereto as **RJN 7**;

8. Salvador Hernandez, *A 9-year-old girl didn't want her goat slaughtered. California fair officials sent deputies after it*, LOS ANGELES TIMES (April 1, 2023, 8:01 am), https://www.latimes.com/california/story/2023-03-30/goat-slaughter-shasta-county-fair, a true and correct copy of which is attached hereto as **RJN 8**;

9. Jon Brown, *California mother sues cops after 'sham criminal pursuit' ends in slaughter of daughter's pet goat*, FOX NEWS (April 4, 2023, 8:00 am), https://www.foxnews.com/us/california-mom-sues-cops-after-sham-criminal-pursuit-cops-ends-slaughter-daughters-pet-goat, a true and correct copy of which is attached hereto as **RJN 9**;

10. *CNN Tonight* (CNN television broadcast Apr. 3, 2023), which this office uploaded at the following link: https://www.youtube.com/watch?v=hdDxa8IM8zA, provided hereto as **RJN 10**;

11. Dani Auguiano, *A girl wanted to keep the goat she raised for a county fair. They chose to kill it*, THE GUARDIAN (September 22, 2022, 19:41 EDT), https://www.theguardian.com/us-news/2022/sep/02/goat-cedar-county-fair-auction-california, a true and correct copy of which is attached hereto as **RJN 11**;

12. Michele Chandler, *A family tried to save their auctioned goat from slaughter. Now they are suing police who took it*, USA TODAY (Updated April 2, 2023, 12:23 pm), https://www.usatoday.com/story/news/nation/2022/09/03/california-family-sues-police-goat-auction-slaughter/7988288001/, a true and correct copy of which is attached hereto as **RJN 12**;

13. Sam Stanton, *A California girl wanted to keep her baby goat alive. Her county fair killed it anyway*, THE SACRAMENTO BEE (Sep. 1, 2022, 12:11 PM),



ADVANCING LAW FOR ANIMALS

https://www.sacbee.com/news/local/article265138311.html#storylink=cpy, a true and correct copy of which is attached hereto as **RJN 13**;

14. Sam Stanton, *9-year-old California girl wanted to save her goat from slaughter. Then came the search warrant*, THE SACRAMENTO BEE (Updated March 31, 2023, 10:22 AM), *https://www.sacbee.com/news/local/article273127820.html#storylink=cpy,* a true and correct a copy of which is attached hereto as **RJN 14**;

15. Deborah Hastings, *Saga of Cedar the Goat and Girl Who Raised Him Goes Viral After Suit Says Deputies Drove 500 Miles to Take It*, INSIDE EDITION (April 6, 2023, 12:16 PM), https://www.insideedition.com/saga-of-cedar-the-goat-and-girl-who-raised-him-goes-viral-after-suit-says-deputies-drove-500-miles, a true and correct a copy of which is attached hereto as **RJN 15**;

16. Charles R. Davis, *A 9-year-old girl in California tried to save her beloved pet goat from a livestock auction. Then the police were called,* BUSINESS INSIDER (April 1, 2023, 4:42 PM), https://www.insider.com/lawsuit-police-seized-girls-pet-goat-cedar-after-auction-dispute-2023-3, a true and correct copy of which is attached hereto **RJN 16;**

17. The Problem with John Stewart, *Trump Indicted*, APPLE TV+ (April 6, 2023), https://tv.apple.com/us/episode/trump-indicted/umc.cmc.6rfh8xygjlzq7it520zxha2qn, provided hereto as **RJN 17**. A true and correct segment of only the relevant footage is available at the following link: https://www.instagram.com/reel/CvcpVQvRf2L/?igsh=MTc4MmM1YmI2Ng==;

18. Gabriel Rosenberg and Jan Dutkiewicz, *The viral story of a girl and her goat explains how the meat industry indoctrinates children*, VOX (April 5, 2023, 7:00 AM), https://www.vox.com/future-perfect/23669586/goat-girl-4-h-shasta-county-seizure, a true and correct copy of which attached hereto as **RJN 18**;

19. Julia Shumway (@JMShumway), Twitter (Mar. 31, 2023, 8:55 PM), *https://twitter.com/JMShumway/status/1642012724979986432*, a true and correct copy of which is attached hereto as **RJN 19**;

20. Dr. Robert Rohde (@RARohde), Twitter (April 3, 2023, 3:10 AM), *https://twitter.com/RARohde/status/1642832024506359809*, a true and correct copy of which is attached hereto as **RJN 20**;



ADVANCING LAW FOR ANIMALS

21. AskAubry (@ask_aubry), Twitter (April 1, 2023, 1:16 PM), *https://twitter.com/ask_aubry/status/1642259747301740546*, a true and correct copy of which is attached hereto as **RJN 21**;

22. Care2 Team, *A Little Girl's Goat Was Seized, Slaughtered, and Eaten at a Community Barbecue. Justice for Jessica and Cedar*, CARE2 PETITIONS, https://www.thepetitionsite.com/takeaction/655/468/177/, a true and correct copy of which is attached hereto as **RJN 22**;

23. Lex Talamo, *SIGN: JUSTICE FOR BELOVED GOAT SEIZED FROM 10-YEAR-OLD GIRL AND SENT TO SLAUGHTER*, LADY FREETHINKER, https://ladyfreethinker.org/sign-justice-for-beloved-goat-cedar-seized-and-slaughtered, a true and correct copy of which is attached hereto as **RJN 23**;

24. Summer Lin, *Mom sued fair that tracked down daughter's goat for slaughter. Now state agency is suing mom*, THE LOS ANGELES TIMES (Updated Nov. 9, 2023, 2:12 PM), https://www.latimes.com/california/story/2023-11-09/california-attorney-general-countersues-family-whose-goat-was-slaughtered-after-they-backed-out-of-auction, a true and correct copy of which is attached hereto as **RJN 24**;

25. Greg Henderson, *A Girl, a Goat and the Law: The Shasta County, CA, Boondoggle*, DROVERS (April 17, 2023), https://www.drovers.com/opinion/girl-goat-and-law-shasta-county-ca-boondoggle, a true and correct copy of which is attached hereto as **RJN 25**;

26. Sheila Pell, *4-H Goat Controversy Raises Questions About Kids and Terminal Livestock Sales*, MODERN FARMER (June 27, 2023), https://modernfarmer.com/2023/06/4-h-goat-controversy/, a true and correct copy of which is attached hereto as **RJN 26**;

27. Sam Stanton, *Family sues over slaughter of pet goat by Shasta fair. Now, California officials suing them*, THE SACRAMENTO BEE (Updated Nov. 8, 2023, 5:02 PM), https://www.sacbee.com/news/local/article281564528.html#storylink=cpy, a true and correct copy of which is attached hereto as **RJN 27**;

28. On Balance with Leland Vittert, *California AG sues 9-year-old's family over pet goat*, NEWSNATION (Nov. 10, 2023), https://www.youtube.com/watch?v=ldpMKco1m5I, provided hereto as **RJN 28**; and

29. Plaintiff Mrs. Long and Plaintiff E.L.'s Second Amended Complaint for Damages in this matter, filed as ECF No. 25 and defined in the concurrently filed memorandum as SAC, a true and correct copy of which is attached hereto as **RJN 29**.

Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). "The Court may take judicial notice of public documents, records, and reports of government bodies." *Nelson v. F. Hoffmann-La Roche, Inc.,* 642 F.Supp.3d 1115, 1126 (N.D. Cal 2022). Additionally, "[u]nder Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015); *Daniels-Hall v. Nat'l Educ. Ass'n,* 629 F.3d 992, 998-99 (9th Cir. 2010); *Teixeira v. Cty. of Alameda,* 873 F.3d 670, 676 n.6 (9th Cir. 2017).

**RJN 1** is judicially noticeable because it is a public record of the California Department of Food and Agriculture (CDFA), a government agency, and also because CDFA makes it publicly available on its website.

**RJN 2** and **RJN 3** are judicially noticeable as they are each public documents from the 27th District Agricultural Association, d/b/a the Shasta District Fair and Event Center, a government entity. *See, e.g.,* Cal. Food & Agric. Code §§ 3851, 4051; *see also Kuba v. 1-A Agr. Ass'n,* 387 F.3d 850, 852 (9th Cir. 2004) (district agricultural association was "governmental entity created by the State of California"). Further, these documents are available online at archive.org, captured from the relevant time of May 27, 2022. "Courts have taken judicial notice of … Archive.org's 'Wayback Machine,' finding that Archive.org possesses sufficient indicia of accuracy that it can be used to readily determine the various historical versions of a website." *EVO Brands, LLC v. Al Khalifa Group LLC*,



ADVANCING LAW FOR ANIMALS

657 F.Supp.3d 1312, 1322 (C.D. Cal. 2023), citing *UL LLC v. The Space Chariot Inc. et al.*, 250 F.Supp.3d 596, 604 n.2 (C.D. Cal. 2017); *Erickson v. Nebraska Mach. Co.*, No. 15-cv-01147-JD, 2015 WL 4089849, at *1 (N.D. Cal. July 6, 2015); *see also Pond Guy, Inc. v. Aquascape Designs, Inc.*, No. 13-13229, 2014 WL 2863871, at *4 (E.D. Mich. June 24, 2014) ("As a resource the accuracy of which cannot reasonably be questioned, the Internet Archive has been found to be an acceptable source for the taking of judicial notice.")

**RJN 4** is a search warrant and is thus judicially noticeable. *See Bryan v. City of Carlsbad,* 297 F.Supp.3d 1107 (S.D. Cal. 2018); *Neylon v. Cty. of Inyo*, No. 1:16-cv-0712, 2016 WL 6834097, at *4 (E.D. Cal. Nov. 21, 2016) (explaining courts "may properly take judicial notice of a bench warrant as a matter of public record"); *Bunkley v. Verber*, No. 17-cv-05797-WHO, 2018 WL 1242168 at *2 (N.D. Cal. Mar. 9, 2018) (taking judicial notice of warrant, and of the name that appeared on it).

**RJN 5** through **RJN 9**, **RJN 11** through **RJN 14**, **RJN 16**, **RJN 18**, and **RJN 24** through **RJN 27**, are various newspaper articles from well-established media organizations and are judicially noticeable. Courts take judicial notice of news articles "to indicate what was in the public realm at the time," *Von Saher v. Norton Simon Museum of Art at Pasadena,* 592 F.3d 954, 960 (9th Cir. 2010), including "adjudicative facts appearing in newspapers." *Crowder v. Kitagawa,* 81 F.3d 1480, 1491 n.10 (9th Cir. 1996) (taking judicial notice of reports of data in newspapers); *see also Ritter v. Hughes Aircraft Co.,* 58 F.3d 454, 458-59 (9th Cir. 1995) (judicial notice of widespread layoffs at company based on news article). Further, information on "publicly accessible websites" is judicially noticeable. *Perkins v. LinkedIn Corporation*, 53 F.Supp.3d 1190, 1204 (N.D. Cal. 2014).

**RJN 10**, **RJN 15**, **RJN 17**, and **RJN 28**, are news videos from CNN, Inside Edition, Jon Stewart, and News Nation, and are therefore judicially noticeable for the same reasons as the news articles above. *See also Blatt v. Pambakian* 432 F.Supp.3d 1141, 1165 (C.D. Cal. 2020) (including judicial notice of "a copy of a video of … CNN interview"), partially reversed on other grounds in *Blatt v. Pambakian*, No. 20-55084, 2021 WL 4352329 (9th Cir. 2021). "Courts may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.' " *Von Saher,* 592 F.3d at 960.

**RJN 19** through **RJN 21** are copies of tweets from Twitter/X. "[C]ourts have taken judicial notice of tweets because 'the existence of the publicly-available … tweets cannot reasonably be questioned.'" *Napear v. Bonneville International Corporation*, No. 2:21-cv-01956-DAD-DB, 2023 WL 3025258, at *5 (E.D. Cal. April 20, 2023) (judicial notice taken of two news articles and compilation of postings on social media) (citing *Unsworth v. Musk*, No. 19-mc-80224-JSC, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019)); *see also Nat'l Rifle Ass'n of Am. v. City of Los Angeles*, 441 F. Supp. 3d 915, 933–34 n.6 (C.D. Cal. 2019) (taking judicial notice of O'Farrell's statements via his verified Twitter account).

**RJN 22** and **RJN 23** are judicially noticeable for the same reasons as the tweets above. Courts may take judicial notice of websites and their contents. *Threshold Enterprises Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 146 (N.D. Cal. 2020) (citing cases).

**RJN 29** is judicially noticeable as it is a court filing in this matter.

Because the above items meet the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, the Court must take judicial notice of them pursuant to Rule 201(c)(2).

**ADVANCING LAW FOR ANIMALS**

Dated: December 26, 2023

By: /s/Ryan Gordon
Ryan Gordon
Vanessa Shakib
Attorneys for Plaintiffs