|   |   |
|---|---|
| 1 | RYAN R. GORDON (SBN 278414) |
| 2 | VANESSA T. SHAKIB (SBN 287339) |
|   | **ADVANCING LAW FOR ANIMALS** |
|   | 407 N. Pacific Coast Highway #267 |
| 3 | Redondo Beach, CA 90277 |
| 4 | Tel: (202) 996-8389 |
|   | rgordon@advancinglawforanimals.org |
| 5 | vshakib@advancinglawforanimals.org |

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs E.L., a minor, and Jessica Long
and Counter-Defendant Jessica Long

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Case No. 2:22-cv-01527-DAD-AC<br><br>**NOTICE OF ERRATA TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANT JESSICA LONG'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6), ECF NO. 40-1**<br><br>Date: February 20, 2024<br>Time: 1:30 pm<br>Courtroom: 4, 15th Floor<br><br>Trial Date: February 10, 2025<br><br>Action Filed: August 31, 2022 |

1
NOTICE OF ERRATA

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff and Counter-Defendant Jessica Long ("Mrs. Long") respectfully submits this Notice of Errata to correct the following document filed in support of her Motion to Dismiss Counterclaims of Melanie Silva and BJ Macfarlane Pursuant to Federal Rules of Civil Procedure 12(b)(6):

1. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANT JESSICA LONG'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS OF MELANIE SILVA AND B.J. MACFARLANE PURSUANT TO FED. R. CIV. P. 12(b)(6) ("Request for Judicial Notice" or "RJN"), **ECF No. 40-1**.

Due to an inadvertent clerical/technical error during the creation of the filed PDF version of the Request for Judicial Notice, the one (1) URL and hyperlink in RJN 1 became inoperable and/or inaccurate. Mrs. Long hereby corrects the hyperlink set forth in RJN 1.

Attached hereto as **Exhibit 1** is the corrected version of the Request for Judicial Notice.

**ADVANCING LAW FOR ANIMALS**

Dated: December 29, 2023      By:    /s/Ryan Gordon
                              Ryan Gordon
                              Vanessa Shakib
                              Attorneys for Plaintiffs