Rob Bonta, State Bar No. 202668
Attorney General of California
Catherine Woodbridge, State Bar No. 186186
Supervising Deputy Attorney General
John C. Bridges, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

Fee exempt Per (Gov. Code § 6103)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS AND REPLY BRIEFS RELATED TO PLAINTIFFS' MOTIONS (ECF Nos. 39 & 40)**<br><br>Judge: Honorable Dale A. Drozd<br>Trial Date: October 7, 2024<br>Action Filed: August 31, 2022 |

1

Joint Stipulation to Extend Time to File Oppositions and Reply Briefs Related to
Plaintiffs' Motion to Strike and Motion to Dismiss (ECF No. 39 & 40) (2:22-CV-01527 DAD AC)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiffs, by and through their counsel of record Ryan Gordon and Vanessa Shakib, and Defendants Melanie Silva and B.J. MacFarlane, by and through their counsel of record John C. Bridges, Esq., stipulate to extend the time for Defendants to file oppositions to Plaintiffs' motions ECF No. 39 and ECF No. 40, and for Plaintiffs to file reply briefs related to these motions.

**WHEREAS**, Plaintiffs filed a Motion to Strike (ECF No. 39) and Motion to Dismiss (ECF No. 40) on December 26, 2023. Defense counsel mistakenly calendared the due date for Defendants' oppositions to these motions as January 26, 2024. Accordingly, the parties have met and conferred about the late oppositions and have agreed to extend the time for Defendant to file oppositions to these motions to January 26, 2024. Additionally, the parties have agreed to extend the time for Plaintiffs to file corresponding reply briefs to February 12, 2024.

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1. Pursuant to FRCP Rule 6 and Local Rule 144, based on good cause, Defendants' deadline to respond to Plaintiffs' pending Motion to Strike, ECF No. 39, and Motion to Dismiss, ECF No. 40, is continued from January 9, 2024 to January 26, 2024; and
2. Pursuant to FRCP Rule 6 and Local Rule 144, Plaintiff's deadline to file reply briefs in response to Defendants' oppositions to the motions identified above is continued to February 12, 2024.

IT IS SO STIPULATED.

Date: January 18, 2024   By: /s/ Ryan R. Gordon
   RYAN R. GORDON, ESQ.
   VANESSA T. SHAKIB, ESQ.

   *Attorneys for Plaintiffs,*
   *E.L., a minor, by and through her*
   *general guardian, Jessica Long, and*
   *Jessica Long, an individual*

2

Joint Stipulation to Extend Time to File Oppositions and Reply Briefs Related to
Plaintiffs' Motion to Strike and Motion to Dismiss (ECF No. 39 & 40) (2:22-CV-01527 DAD AC)

| | | |
|---|---|---|
| Date: January 18, 2024 | By: | _/s/ John C. Bridges_ <br> JOHN C. BRIDGES, ESQ. <br><br> *Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane* |

3

Joint Stipulation to Extend Time to File Oppositions and Reply Briefs Related to
Plaintiffs' Motion to Strike and Motion to Dismiss (ECF No. 39 & 40) (2:22-CV-01527 DAD AC)