Fee exempt Per (Gov. Code § 6103)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS AND REPLY BRIEFS RELATED TO PLAINTIFFS' MOTIONS (ECF Nos. 39 & 40)**<br><br>Judge:         Honorable Dale A. Drozd<br>Trial Date:   October 7, 2024<br>Action Filed: August 31, 2022 |

**[PROPOSED] ORDER**

Having shown good cause, the Court ORDERS as follows:

1

1. The parties jointly seek an order to extend the time for Defendants to file oppositions to Plaintiffs' Motion to Strike and Motion to Dismiss (ECF No. 39 and 40), and for Plaintiffs to file corresponding reply briefs;

2. The deadline for Defendants to file oppositions to Plaintiffs' Motion to Strike and Motion to Dismiss is continued from January 9, 2024 to January 26, 2024;

3. The deadline for Plaintiffs to file reply briefs related to Plaintiffs' Motion to Strike and Motion to Dismiss is continued to February 12, 2024.

**IT IS SO ORDERED.**

                        Hon. Dale A. Drozd
                        Judge, United States District Court