# CERTIFICATE OF SERVICE

Case Name: **E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.**    No.   **2:22-CV-01527 DAD AC**

I hereby certify that on January 19, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS AND REPLY BRIEFS RELATED TO PLAINTIFFS' MOTIONS (ECF Nos. 39 & 40)**

**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS AND REPLY BRIEFS RELATED TO PLAINTIFFS' MOTIONS (ECF Nos. 39 & 40)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 19, 2024, at Fresno, California.

| Veronica Pampenelli | */s/ Veronica Pampenelli* |
|---|---|
| Declarant | Signature |

SA2023302187
95549659