1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  JOHN C. BRIDGES, State Bar No. 248553
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7529
6   Fax: (916) 322-8288
    E-mail: John.Bridges@doj.ca.gov
7  *Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

Fee exempt Per (Gov. Code § 6103)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>                                    Defendants. | 2:22-CV-01527 DAD AC<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS' COUNTERCLAIM (ECF No. 29) AND WITHDRAW PLAINTIFFS' RELATED MOTIONS (ECF Nos. 39 & 40)**<br><br>Judge:          Honorable Dale A. Drozd<br>Trial Date:    October 7, 2024<br>Action Filed: August 31, 2022 |

In accordance with Fed. R. Civ. P. 41, Defendants/Counter-Claimants Melanie Silva and B.J. MacFarlane hereby give notice to the Court that:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Counterclaim filed by Defendants/Counter-Claimants (ECF No. 29) be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c).

IT IS ALSO HEREBY STIPULATED that Counter-Defendant Jessica Long withdraws the Motion to Strike (ECF No. 39) and Motion to Dismiss (ECF No. 40) related to the Counterclaim referenced herein.

IT IS ALSO HEREBY STIPULATED that the Office of the Attorney General is authorized to file the Stipulation of Dismissal electronically and to enter the signatures of the undersigned electronically.

IT IS SO STIPULATED.

Date: January 25, 2024     By:     */s/Ryan R. Gordon*
                                   RYAN R. GORDON, ESQ.
                                   VANESSA T. SHAKIB, ESQ.

                                   *Attorneys for Plaintiffs,*
                                   *E.L., a minor, by and through her*
                                   *general guardian, Jessica Long, and*
                                   *Jessica Long, an individual*

Date: January 25, 2024     By:     */s/ John C. Bridges*
                                   JOHN C. BRIDGES, ESQ.

                                   *Attorneys for Defendants State of*
                                   *California, by and through the 27th*
                                   *District Agricultural Association,*
                                   *Melanie Silva, and B.J. MacFarlane*

SA2023302187
95550847