Fee exempt Per (Gov. Code § 6103)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS DEFENDANTS' COUNTERCLAIM (ECF No. 29) AND WITHDRAW PLAINTIFFS' RELATED MOTIONS (ECF Nos. 39 & 40)**<br><br>Judge:         Honorable Dale A. Drozd<br>Trial Date:   October 7, 2024<br>Action Filed: August 31, 2022 |

**[PROPOSED] ORDER**

Having shown good cause, the Court ORDERS as follows:

1. The parties jointly seek an order to dismiss the Counterclaim filed by Defendants/Counter-Claimants (ECF No. 29), and to withdraw Plaintiff/Counter-Defendant's Motion to Strike (ECF No. 39) and Motion to Dismiss (ECF No. 40) related to the Counterclaim;
2. The Counterclaim (ECF No. 29) is hereby dismissed without prejudice;
3. The Motion to Strike (ECF No. 39) and Motion to Dismiss (ECF No. 40) are hereby withdrawn.

**IT IS SO ORDERED.**

Hon. Dale A. Drozd
Judge, United States District Court