RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,

           Plaintiffs,

    v.

LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,

           Defendants.

Case No. 2:22-cv-01527-DAD-AC

**JOINT STIPULATION FOR ORDER TO CONTINUE DISCOVERY AND MODIFY SCHEDULING ORDER**

[*[Proposed] Order filed concurrently*]

Trial Date: February 10, 2025

Action Filed: August 31, 2022

ADVANCING LAW FOR ANIMALS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiffs, by and through their counsel of record Ryan Gordon and Vanessa Shakib, Defendants Shasta County Sheriff's Department, Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee (collectively, the "Sheriff Defendants"), by and through their counsel of record Damian Northcutt, Defendants the Shasta District Fair and Event Center (SDF), Melanie Silva and B.J. MacFarlane (collectively, the "Fair Defendants"), by and through their counsel of record John C. Bridges, Esq., and Defendant Kathie Muse, by and through her counsel of record Kelly Snowden, stipulate to continue discovery and modify the scheduling order in this case as set forth below. (Fed. R. Civ. Proc., Rules 6(b)(1) and 16(b)(4), E.D. Cal. L.R. 144(d), and the Court's scheduling order at ECF Nos. 10, 20, and 34.)

WHEREAS, on August 31, 2022, Plaintiffs filed the instant action and operative complaint (the "Complaint") for federal constitutional violations;

WHEREAS, on March 2, 2023, Plaintiffs filed a First Amended Complaint (FAC) adding additional state causes of action against the existing Defendants as well as adding state and federal causes of action against SDF, as well as its employees, Melanie Silva, and BJ Macfarlane;

WHEREAS, following the filing of the FAC, Plaintiffs diligently conducted written discovery and depositions for several months;

WHEREAS, in response to discovery, on October 11, 2023, the parties again stipulated that Plaintiffs could file a Second Amended Complaint (SAC) to add a new defendant;

WHEREAS, on October 12, 2023, Plaintiffs filed their SAC, adding Kathie Muse as a Defendant;

WHEREAS, Plaintiffs and Defendants continued to conduct written discovery and depositions, including conducting depositions of Defendants Kathie Muse, Melanie Silva, and B.J. Macfarlane on November 13, 14, and 15, 2023, respectively;

WHEREAS, on November 16, 2023, pursuant to the parties' stipulation, the Court continued various case dates including, but not limited to, ordering that the parties' discovery cutoff be extended from November 24, 2023 to February 23, 2024, and that the trial date be continued from October 7, 2024, to February 10, 2025;

WHEREAS, the parties have continued to exchange written discovery and meet and confer about remaining depositions, including Defendant Lieutenant Fernandez, Defendant Silva, Defendant Macfarlane, and Plaintiff E.L, a minor. While Plaintiffs diligently conducted discovery and already deposed Defendant Lieutenant Fernandez, Defendant Silva, Defendant Macfarlane, additional deposition time is necessary for a variety of reasons, including, e.g., production of additional documents and/or telecommunication;

WHEREAS, through conducting this discovery and engaging with each other cordially to complete discovery and resolve the discovery dispute, the Parties have established their diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992));

WHEREAS, despite the Parties' diligence in conducting discovery, the Parties are unable to complete discovery in the time frame provided by the scheduling order, establishing good cause for the cited requested continuance. Specifically, not all depositions remaining can be accommodated within by the deadline. Further, Plaintiffs contend that recent discovery has divulged additional defendants and additional legal theories that they may wish to include in their operative pleading, but cannot complete discovery needed to confirm such theories before the current deadline. Counsel for the Sheriff Defendants also desires Plaintiffs complete the pending depositions of the Defendants outlined above before conducting discovery on potential new defendant(s) in the Sheriff's office. Plaintiffs are meeting and conferring with Sheriff Defendants in good faith on these matters. Additionally, Plaintiffs' counsel and counsel for the Fair Defendants are still meeting and conferring over the deposition of Plaintiff E.L, a minor;

WHEREAS, to accommodate the above issues, the parties agree that a short extension of 30 days for fact discovery, as well as corresponding extensions to expert discovery. However, the trial date should remain as is;

WHEREAS, the parties now stipulate to following modifications to the scheduling order to facilitate a timely completion of non-expert discovery and expert discovery. Nothing in this stipulation shall prejudice their rights to enter into further stipulations regarding these issues;

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1. The deadline for fact discovery is continued from February 23, 2024 to March 25, 2024;

2. The deadline to exchange expert disclosures is continued from March 8, 2024 to April 8, 2024;

3. The deadline to exchange rebuttal expert disclosures is continued from March 29, 2024 to April 29, 2024;

4. The deadline to complete expert discovery shall be May 27, 2024.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  February 5, 2024          **ADVANCING LAW FOR ANIMALS**

By:___/s/Ryan Gordon_____
Ryan Gordon
Vanessa Shakib
Attorneys for Plaintiffs

Dated:  February 5 , 2024          **CALIFORNIA DEPARTMENT OF JUSTICE**

By:___/s/John C. Bridges, Esq._____
John C. Bridges
Attorneys for Defendants Shasta District Fair
Association, Melanie Silva, and B.J. Macfarlane

Dated:  February 5, 2024          **BEST BEST & KRIEGER LLP**

By:___/s/Damian A. Northcutt, Esq._____
Christopher M. Pisano
Damian A. Northcutt
Attorneys for Defendants Lieutenant Jerry Fernandez,
Detective Jacob Duncan, and Detective Jeremy Ashbee

Dated:  February 5, 2024          **SMALLEY, WISEMAN & SCHWEITZER, LLP**

By:___/s/Kelly J. Snowden, Esq._____
Kelly J. Snowden
Attorneys for Defendant Kathie Muse

JOINT STIPULATION FOR ORDER TO CONTINUE DISCOVERY AND MODIFY SCHEDULING ORDER

ADVANCING LAW FOR ANIMALS