RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>　　　　　Plaintiffs,<br>　v.<br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,<br>　　　　　Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**[PROPOSED] ORDER TO CONTINUE DISCOVERY AND MODIFY SCHEDULING ORDER**<br><br>[*[Proposed] Order filed concurrently*]<br><br>Trial Date: February 10, 2025<br><br>Action Filed: August 31, 2022 |

**[PROPOSED] ORDER**

Having considered the Parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for fact discovery is continued from February 23, 2024 to March 25, 2024;
2. The deadline to exchange expert disclosures is continued from March 8, 2024 to April 8, 2024;
3. The deadline to exchange rebuttal expert disclosures is continued from March 29, 2024 to April 29, 2024;
4. The deadline to complete expert discovery shall be May 27, 2024.

IT IS SO ORDERED

Date:_____       _____
                                    Hon. Dale A. Drodz
                                    UNITED STATES DISTRICT JUDGE