RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br><br>            Plaintiffs, <br><br>     v. <br><br> LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual  capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, <br><br>            Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VERIZON RELATED TO DEFENDANT SHASTA DISTRICT FAIR & EVENT CENTER'S WORK CELL PHONE FOR MELANIE SILVA** <br><br> Trial Date: March 24, 2025 <br><br> Action Filed: August 31, 2022 <br><br><br> Date:        March 20, 2024 <br> Time:       10:00 am <br> Courtroom:  26, 8th Floor <br> Magistrate:  Hon. Allison Claire |

PLAINTIFF JESSICA LONG'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45 and the Eastern District of California's Local Rule 251, on March 20, 2024, at 10:00 a.m., in Courtroom 26 (8th floor) of the United States District Court for the Eastern District of California at 501 I Street, Sacramento, California 95914, before the Honorable Magistrate Judge Allison Claire, Plaintiff Jessica Long does and will move this Court for an order compelling production of documents subpoenaed on February 26, 2024, and withheld from production by Non-Party Verizon —i.e., Any records concerning incoming or outgoing calls or texts for the cellular work phone of Defendant Melanie Silva, from April 1, 2022, through September 1, 2022, including call logs, call detail records, and text logs. The grounds for this motion, including substantive argument, declarations, and exhibits in support will be contained in and attached to the forthcoming Joint Statement re Discovery Disagreement, pursuant to Local Rule 251(c), or forthcoming motion to compel.

Counsel for Mrs. Long certify they engaged in the meet and confer obligations imposed by local rule and will explain such compliance in declarations accompanying the forthcoming Joint Statement and/or memorandum in support of motion.

.

**ADVANCING LAW FOR ANIMALS**

Dated: February 28, 2024

By:    /s/Ryan Gordon
Ryan Gordon
Vanessa Shakib
Attorneys for Plaintiffs

**ADVANCING LAW FOR ANIMALS**

## PROOF OF SERVICE

I, Ryan Gordon, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 407 N. Pacific Coast Hwy. #267, Redondo Beach, CA 90277.

On February 28, 2024, I served on the interested parties in this action the following document(s) described as **PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VERIZON RELATED TO DEFENDANT SHASTA DISTRICT FAIR & EVENT CENTER'S WORK CELL PHONE FOR MELANIE SILVA**

☒ By placing ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

CHRISTOPHER M. PISANO,
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT,
Damian.Northcutt@bbklaw.com
JULIA HERNANDEZ
Julia.Hernandez@bbklaw.co
BEST BEST & KRIEGER LLP 300
South Grand Avenue 25th Floor
Los Angeles, California 90071

VERIZON
C/O Verizon Security Subpoena Compliance
180 Washington Valley Road
Bedminster NJ 07921
Fax: 1.888.667.0028.

JOHN C. BRIDGES
CALIFORNIA DEPARTMENT OF JUSTICE
Tort and Condemnation Section
1300 I Street, Suite 1210
Sacramento, CA, 95814
John.Bridges@doj.ca.gov

Kelly J. Snowden, Esq.
Kelly.snowden@rswslaw.com
Tonya.hamilton@rswslaw.com

☒ **BY FAX**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth for Verizon at its request.
☐ **OVERNIGHT DELIVERY**: I deposited such envelope in a facility regularly maintained by ☒ FEDERAL EXPRESS with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS authorized to receive documents at 407 N. Pacific Coast Hwy, #267, Redondo Beach, CA 90277 with delivery fees fully provided for.
☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: The document(s) was sent from e-mail address rgordon@advancinglawforanimals.org to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ [Federal]    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 28, 2024, at Los Angeles, California.

_____/s/Ryan Gordon_____
Ryan Gordon

PLAINTIFF JESSICA LONG'S NOTICE OF MOTION