RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,<br>　　　　Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VERIZON RELATED TO KATHIE MUSE'S CELL PHONE**<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 2022<br><br>Date:　　　March 20, 2024<br>Time:　　　10:00 am<br>Courtroom:　26, 8th Floor<br>Magistrate:　Hon. Allison Claire |

1

1  **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45 and the Eastern
2  District of California's Local Rule 251, on March 20, 2024, at 10:00 a.m., in Courtroom 26 (8th floor)
3  of the United States District Court for the Eastern District of California at 501 I Street, Sacramento,
4  California 95914, before the Honorable Magistrate Judge Allison Claire, Plaintiff Jessica Long does
5  and will move this Court for an order compelling production of documents subpoenaed on February
6  20, 2024, and withheld from production by Non-Party Verizon —i.e., Any records concerning
7  incoming or outgoing calls or texts for the cellular phone of Defendant Kathie Muse, from June 25,
8  2022, through September 1, 2022, including call logs, call detail records, and text logs.  The grounds
9  for this motion, including substantive argument, declarations, and exhibits in support will be contained
10 in and attached to the forthcoming Joint Statement re Discovery Disagreement, pursuant to Local Rule
11 251(c), or forthcoming motion to compel.

12      Counsel for Mrs. Long certify they engaged in the meet and confer obligations imposed by
13 local rule and will explain such compliance in declarations accompanying the forthcoming Joint
14 Statement and/or memorandum in support of motion.

15 .

**ADVANCING LAW FOR ANIMALS**

Dated:  February 28, 2024           By:   /s/Ryan Gordon
                                    Ryan Gordon
                                    Vanessa Shakib
                                    Attorneys for Plaintiffs

# PROOF OF SERVICE

I, Ryan Gordon, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 407 N. Pacific Coast Hwy. #267, Redondo Beach, CA 90277.

On February 28, 2024, I served on the interested parties in this action the following document(s) described as **PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VERIZON RELATED TO KATHIE MUSE'S CELL PHONE**

☒ By placing ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| CHRISTOPHER M. PISANO, christopher.pisano@bbklaw.com DAMIAN A. NORTHCUTT, Damian.Northcutt@bbklaw.com JULIA HERNANDEZ Julia.Hernandez@bbklaw.co BEST BEST & KRIEGER LLP 300 South Grand Avenue 25th Floor Los Angeles, California 90071 | JOHN C. BRIDGES CALIFORNIA DEPARTMENT OF JUSTICE Tort and Condemnation Section 1300 I Street, Suite 1210 Sacramento, CA, 95814 John.Bridges@doj.ca.gov Kelly J. Snowden, Esq. Kelly.snowden@rswslaw.com Tonya.hamilton@rswslaw.com |

VERIZON
C/O Verizon Security Subpoena Compliance
180 Washington Valley Road
Bedminster NJ 07921
Fax: 1.888.667.0028.

☒ **BY FAX**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth for Verizon at its request.

☐ **OVERNIGHT DELIVERY**: I deposited such envelope in a facility regularly maintained by ☒ FEDERAL EXPRESS with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS authorized to receive documents at 407 N. Pacific Coast Hwy, #267, Redondo Beach, CA 90277 with delivery fees fully provided for.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: The document(s) was sent from e-mail address rgordon@advancinglawforanimals.org to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ [Federal] I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 28, 2024, at Los Angeles, California.

/s/Ryan Gordon
Ryan Gordon