RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br>        Plaintiffs,<br>v.<br>LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,<br>        Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT SHASTA COUNTY SHERIFF'S DEPARTMENT RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE**<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 2022<br><br>Date:         March 20, 2024<br>Time:        10:00 am<br>Courtroom:  26, 8th Floor<br>Magistrate:  Hon. Allison Claire |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45 and the Eastern District of California's Local Rule 251, on March 20, 2024, at 10:00 a.m., in Courtroom 26 (8th floor) of the United States District Court for the Eastern District of California at 501 I Street, Sacramento, California 95914, before the Honorable Magistrate Judge Allison Claire, Plaintiff Jessica Long does and will move this Court for an order compelling further responses to Defendant Shasta County Sheriff's Department's responses to Plaintiff's Special Interrogatories, Set One. The grounds for this motion, including substantive argument, declarations, and exhibits in support will be contained in and attached to the forthcoming Joint Statement re Discovery Disagreement, pursuant to Local Rule 251(c), or forthcoming motion to compel.

Counsel for Mrs. Long certify they engaged in the meet and confer obligations imposed by local rule and will explain such compliance in declarations accompanying the forthcoming Joint Statement and/or memorandum in support of motion.

**ADVANCING LAW FOR ANIMALS**

Dated:  February 28, 2024           By:     /s/Ryan Gordon
                                    Ryan Gordon
                                    Vanessa Shakib
                                    Attorneys for Plaintiffs