# EXHIBIT 5

# In The Matter Of:
*LONG vs.*
*FERNANDEZ*

*KATHIE MUSE*
*November 13, 2023*

*Challe, Fisher & Morfin*
*1828 South Street*
*Redding, California  96001*
*(530)246-0942*
*cfmdepos@att.net*

Original File K. Muse.txt
**Min-U-Script® with Word Index**

```
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF CALIFORNIA

 3                   SACRAMENTO DIVISION

 4  E.L., a minor, by and through    )
    her general guardian, JESSICA    )
 5  LONG; JESSICA LONG, an           )
    individual,                      )
 6                                   )
                  Plaintiffs,        )
 7                                   )  NO. 2:22-cv-01527-
       vs.                           )  DAD-AC
 8                                   )
    LIEUTENANT JERRY FERNANDEZ,      )
 9  individually and in his          )
    individual capacity as Sheriff   )
10  for the County of Shasta;        )
    DETECTIVE JACOB DUNCAN,          )
11  individually and in his          )
    individual capacity as Sheriff   )
12  for the County of Shasta;        )
    DETECTIVE JEREMY ASHBEE,         )
13  individually and in his          )
    individual capacity as Sheriff   )
14  for the County of Shasta;        )
    SHASTA DISTRICT FAIR AND EVENT   )
15  CENTER, a district agricultural  )
    association; COUNTY OF SHASTA;   )
16  SHASTA COUNTY SHERIFF'S          )
    DEPARTMENT; Melanie Silva, in    )
17  her individual capacity; BJ      )
    MACFARLANE, in his individual    )
18  capacity; and DOES 1 through     )
    10,                              )
19                                   )
                  Defendants.        )
20  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
                       ---oOo-
21            MONDAY, NOVEMBER 13, 2023

22                   9:03 a.m.

23       VIDEOTAPED DEPOSITION OF KATHIE MUSE

24                   ---oOo---

25      Reported by:  CAROL J. CHASE, CSR No. 13538
```

KATHIE MUSE

```
 1              What is your cell phone number and your
 2     carrier?
 3          A     My personal cell phone?
 4          Q     Whoever you were speaking with about these
 5     events, whatever number you used?
 6          A     ████████9107.
 7          Q     Okay.  And what's your carrier?
 8          A     Verizon.
 9          Q     Verizon.  Okay.  Okay.  All right.  Did you
10     ever speak with a Chad Fowler in -- in relation to
11     Jessica removing Cedar?
12          A     No.
13          Q     No.  You know who he is, though, correct?
14          A     Yes.
15          Q     Okay.  All right.  Have you ever met him?
16          A     Yes.
17          Q     Okay.  All right.  And you re- -- did you
18     reach out to him at all?
19          A     Yes.
20          Q     Okay.  And did he not respond?
21          A     I did talk to him once.
22          Q     You just testified a moment ago you didn't
23     speak with him.  You did speak with him.
24          A     No.  That's not what you asked me when you
25     asked me did I speak with him.
```

**KATHIE MUSE**

|  |  |  |
|---|---|---|
|  | 1 | property -- or the -- or 4-H barbecue's property or |
|  | 2 | whoever's property is it.  Why are you waiting |
|  | 3 | before the DA tells you what to do? |
|  | 4 | A     Because we were told not to depose of the |
| 13:45:38 | 5 | goat until they told us to. |
|  | 6 | Q     Who told you had not to dispose of the |
|  | 7 | goat? |
|  | 8 | A     The sheriff's and the DA's office. |
|  | 9 | Q     They told you not to dispose of the goat? |
| 13:45:47 | 10 | A     Correct. |
|  | 11 | Q     Okay.  And when about was that? |
|  | 12 | A     I don't know. |
|  | 13 | Q     Before this text? |
|  | 14 | A     I'm assuming it was before the text, |
| 13:45:53 | 15 | because it was after the barbecue. |
|  | 16 | Q     Okay.  Okay.  So sometime between July 9th |
|  | 17 | and July 11th you're told by the sheriff and the DA |
|  | 18 | not to -- not to kill Cedar? |
|  | 19 | A     Correct. |
| 13:46:05 | 20 | Q     Okay.  Okay.  Did they tell you or B.J.? |
|  | 21 | A     B.J. |
|  | 22 | Q     B.J.  Okay.  And he communicated to you. |
|  | 23 | Okay.  Okay.  All right.  Okay.  So -- so -- okay. |
|  | 24 | Did you know of that through any other way |
| 13:46:28 | 25 | other than this text? |

**KATHIE MUSE**

```
 1   you assume he was -- was figuring out before --
 2       A    I --
 3       Q    -- you went?
 4       A    -- have no clue.
 5       Q    Okay.  Did the DA ever tell you, green
     light, you guys can go through with the slaughter?
 7       A    They did not tell me that, no.
 8       Q    Did they tell B.J.?
 9       A    Yes.
10       Q    Okay.  The DA did tell B.J.?
11       A    I don't know if it was the DA.
12       Q    Okay.  But someone from law enforcement in
     your mind did.  So either the sheriff's, the DA; is
     that what you're telling me?
15       A    Correct.
16       Q    Okay.  Did you think at that point in time
     if they had to do all of that that ownership might
     be in question?
19       A    No.
20       Q    No?  Why not?
21       A    Because I -- in my mind in my opinion, the
     barbecue was the one who owned the goat.
23       Q    Okay.  But if they had -- if the DA and the
     sheriffs presumably had to go through some analysis
25   to figure out who did, did that -- did that tell you
```

KATHIE MUSE

```
 1   their company.
 2       Q    Oh, why -- why is it a shit show?
 3       A    Because they're very disorganized.
 4       Q    Okay.  All right.  Okay.  All right.  And
 5   then you write, "Good news finally."  Yes, Cedar is
 6   dead.  Awesome.
 7       A    No, that's not what I thought.
 8       Q    What did you mean by that "Good news
 9   finally" then?
10       A    That there was going to be finally an end
11   to this.
12       Q    Ah, okay.  All right.  "Yes, they have been
13   that way" -- now, you're talking about Bowman's
14   here, right?  "They have been that way for years
15   always amazed they are still in business."  Okay.
16   You are -- the second sentence is talking about
17   Bowman, I assume, yes?
18       A    Yes.
19       Q    Okay.  Then please "don't forget to save
20   the ear tags."  Did you -- did you ever receive
21   Cedar's ear tags?
22       A    No.
23       Q    Who has them?
24       A    My understanding is B.J. has 'em.
25       Q    Okay.  Why would -- why would you want them
```

**KATHIE MUSE**

```
 1   saved?
 2       A    Because we were told to make sure we saved
 3   the ear tags.
 4       Q    Who told you that?
 5       A    I -- I was not told that.  I was told from
 6   B.J. that the DAs and the sheriffs office, I don't
 7   know which department, had told him to make sure
 8   that we save the ear tags.
 9       Q    Okay.  Do you know when the sheriffs told
10   him that?
11       A    No.
12       Q    Okay.  How were you told?
13       A    B.J. told me.
14       Q    B.J. told you.  Do you know when he told
15   you?
16       A    No.
17       Q    Okay.  Was it -- it must have been in
18   person or over the phone, though, because it's not
19   on this text chain.
20       A    Yes.
21       Q    About -- this is July 28th.  Do you know
22   about how much before this period of time you
23   knew -- knew that?
24       A    I was assuming that it was when they told
25   us that we could have the -- the goat butchered.
```

**KATHIE MUSE**

| | |
|---|---|
| 1 | that you learned -- or you inferred from this |
| 2 | statement that the DA was okay with it.  Is that |
| 3 | your testimony? |
| 4 | A   Yes. |
| 13:54:59  5 | Q   Okay.  So B.J. never told you over the |
| 6 | phone.  Fernandez never told you.  Sheriff never -- |
| 7 | A   Not that I recall, no. |
| 8 | Q   -- told you.  None of the DAs ever told |
| 9 | you.  Okay.  All right.  Okay.  All right. |
| 13:55:10  10 | And B.J. still has the ear tags to your |
| 11 | knowledge? |
| 12 | A   To my knowledge, yes. |
| 13 | Q   Okay.  So Cedar was alive till the 28th. |
| 14 | Okay.  And what -- what had hap -- what happened to |
| 13:55:21  15 | him afterwards after he was killed? |
| 16 | A   He was given back to the Shasta Live- -- |
| 17 | Junior Livestock Auction board.  He was given back |
| 18 | to the Junior Livestock Auction. |
| 19 | Q   What?  As cuts? |
| 13:55:40  20 | A   I'm assuming. |
| 21 | Q   Well, it's your -- you're claiming it's |
| 22 | your goat for the fair.  What happened to your |
| 23 | property or to the fair's property? |
| 24 | A   They replaced it to me for the barbecue. |
| 13:55:52  25 | The fair board or the Junior Livestock Auction |

**KATHIE MUSE**

|  |  |
|---|---|
| 1 | replaced that fair to us -- or replaced Cedar so |
| 2 | that we had a goat at the auction. |
| 3 | Q     I see.  So Cedar was just given back.  Is |
| 4 | he in a freezer somewhere or was he served or -- |
| 5 | A     I have no -- |
| 6 | Q     -- what? |
| 7 | A     And he was not served -- |
| 8 | Q     So he -- |
| 9 | A     -- at the barbecue. |
| 10 | Q     So did he even go to any of -- anyone's |
| 11 | plate, or is he -- was he just killed to go back to |
| 12 | Shasta -- to the fair as reimbursement? |
| 13 | A     I don't know what happened.  My |
| 14 | understanding, what I was told was he went back to |
| 15 | somebody that had a problem with another goat that |
| 16 | had been butchered.  So we, in turn, replaced Cedar |
| 17 | with that goat. |
| 18 | Q     Okay.  So Cedar went out -- was replacement |
| 19 | meat for someone else? |
| 20 | A     Yes. |
| 21 | Q     Okay.  When you say that the Junior |
| 22 | Livestock Auction, you -- you mean the -- you mean |
| 23 | the -- the fair, correct? |
| 24 | A     Well, I call it the Junior Livestock |
| 25 | Auction.  I don't know how they -- I don't know what |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | green light to move forward with a slaughter or --           |
|       | 2  | or something from the -- the DA, correct -- or the           |
|       | 3  | DA or the sheriff's, correct?                                |
|       | 4  |     A     Correct.                                           |
|14:47:39| 5 |     Q     All right.  And I might have asked you this        |
|       | 6  | and I'm sorry.  But what barbecue, if it was a               |
|       | 7  | barbecue, I'm not sure, but what barbecue did Cedar          |
|       | 8  | ultimately get swapped out for?  If it wasn't a              |
|       | 9  | barbecue, correct me, but you said he was swapped            |
|14:47:54|10 | out for some other event with -- do you recall what          |
|       |11  | I'm talking about?  You said -- I said where did his         |
|       |12  | cuts go, and you said he was swapped in because some         |
|       |13  | other goat wasn't available.                                 |
|       |14  |     A     To one of the buyers at the Junior                |
|14:48:05|15 | Livestock Auction.                                           |
|       |16  |     Q     Oh, it was a buyer --                              |
|       |17  |     A     Yeah.                                              |
|       |18  |     Q     -- not an actual event?                            |
|       |19  |           Okay.  Okay.  I'm sorry.  I thought -- I           |
|14:48:09|20 | misunderstood.  I thought it was another barbecue or         |
|       |21  | something like that.  Okay.  So he just went to an           |
|       |22  | individual -- to a private -- a private party then           |
|       |23  | is your understanding?                                       |
|       |24  |     A     My understanding, yes.                             |
|14:48:18|25 |     Q     Okay.  Do you know who that private party          |

**KATHIE MUSE**

|   |   |   |   |
|---|---|---|---|
|   | 1 |   | was? |
|   | 2 | A | No. |
|   | 3 | Q | Okay.  Do you know who would know? |
|   | 4 | A | Probably the Shasta District Fair. |
| 14:48:30 | 5 | Q | Okay.  Do you know who there would know in particular at the fair -- |
|   | 7 | A | Excuse me.  Can you say that again? |
|   | 8 | Q | Who at the fair would be -- what person at the fair would know? |
| 14:48:50 | 10 | A | Probably Melanie. |
|   | 11 | Q | Probably Melanie.  All right.  Okay.  So and then you -- your first text chain that we have with the -- the ones that are not on your phone beginning on August 31st with Fernandez and that was |
| 14:49:06 | 15 |   | the first -- those are the first -- were there any texts before that point that you can recall? |
|   | 17 | A | I don't remember. |
|   | 18 | Q | Okay.  All right.  Okay.  So prior to that point in time -- prior to August 31st, which is the |
| 14:49:17 | 20 |   | day the lawsuit was filed, you were -- I'm assuming during that time you were having B.J. speak with either the sheriff -- we didn't know which sheriff -- but you're -- you're having B.J. speak with the sheriff for you or the DA and you didn't |
| 14:49:35 | 25 |   | reach out to them beforehand before -- |

```
 1                    PENALTY OF PERJURY
 2
 3          I, the undersigned, hereby certify that I
 4    have read the foregoing deposition, that I know the
 5    contents thereof, and I declare under penalty of
 6    perjury under the laws of the State of California
 7    that the foregoing is true and correct.
 8
 9          Executed on _____, 2023.
10
11
12
13                    _____
                      KATHIE MUSE
14                         ---o0o---
15
16
17
18
19
20
21
22
23
24
25
```

# CERTIFICATE OF REPORTER

I, CAROL J. CHASE, a Certified Shorthand Reporter, licensed by the State of California, License No. 13538, being empowered to administer oaths and affirmations pursuant to Section 2093 (b) of the Code of Civil Procedure, do hereby certify:

That the witness in the foregoing deposition, KATHIE MUSE, was present at the time and place specified and was by me sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceeding was taken before me in shorthand writing, and was thereafter transcribed under my direction by computer-aided transcription; That the foregoing transcript constitutes a full, true, and accurate record of the proceeding which took place; That I am not of counsel or attorney for any of the parties hereto, or in any way interested in the event of this cause, and that I am not related to any of the parties hereto.

IN WITNESS WHEREOF, I have hereunto subscribed my signature on this 25th day of November, 2023.

_____
CAROL J. CHASE
---oOo---