# EXHIBIT 8

# In The Matter Of:

*LONG vs.*
*FERNANDEZ*

*MELANIE SILVA*
*Vol. 2*
*February 9, 2024*

*Challe, Fisher & Morfin*
*1828 South Street*
*Redding, California  96001*
*(530)246-0942*
*cfmdepos@att.net*

Original File M. Silva, Vol 2.txt
**Min-U-Script® with Word Index**

```
 1                UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF CALIFORNIA

 3                    SACRAMENTO DIVISION

 4

 5  E.L., a minor, by and through    )
    her general guardian, JESSICA    )
 6  LONG; JESSICA LONG, an           )
    individual,                      )
 7                                   )
              Plaintiffs,            )  Case No.
 8  vs.                              )  2:22-cv-01527-DAD-AC
                                     )
 9  LIEUTENANT JERRY FERNANDEZ       )
    individually and in his          )
10  individual capacity as Sheriff   )
    for the County of Shasta;        )
11  DETECTIVE JACOB DUNCAN,          )
    individually and in his          )
12  individual capacity as Sheriff   )
    for the County of Shasta;        )
13  DETECTIVE JEREMY ASHBEE,         )
    individually and in his          )
14  individual capacity as Sheriff   )
    for the County of Shasta;        )
15  SHASTA DISTRICT FAIR AND EVENT   )
    CENTER, a district agricultural  )
16  association; COUNTY OF SHASTA;   )
    SHASTA COUNTY SHERIFF'S          )
17  DEPARTMENT; MELANIE SILVA, in    )
    her individual capacity; BJ      )
18  MACFARLANE, in his individual    )
    capacity; and DOES 1 through     )
19  10,                              )
                                     )
20            Defendants.            )
    _____)
21

22         VIDEO DEPOSITION OF MELANIE SILVA

23              PAGE 343-443, VOLUME II

24              FRIDAY, FEBRUARY 9, 2024

25
```

```
 1                        APPEARANCES

 2
    For the Plaintiffs:  LONG, etc.
 3
              ADVANCING LAW FOR ANIMALS
 4            407 N. Pacific Coast Highway, #267
              Redondo Beach, CA   90277
 5            (202) 996-8389
              rgordon@advancinglawforanimals.org
 6            vshakib@advancinglawforanimals.org

 7            BY:  RYAN R. GORDON, ESQ.
                   VANESSA T. SHAKIB, ESQ.
 8

 9  For the Defendant:  LIEUTENANT FERNANDEZ, etc.

10            BEST, BEST & KRIEGER
              2855 East Guasti Road, Suite 400
11            Ontario, CA   91761
              (909) 989-8584
12            damian.northcutt@bbklaw.com

13            ZOOM APPEARANCE BY:  DAMIAN A. NORTHCUTT, ESQ.

14
    For the Defendant:  SHASTA DISTRICT FAIR, etc.
15
              CALIFORNIA ATTORNEY GENERAL'S OFFICE
16            DEPARTMENT OF JUSTICE
              1300 I Street
17            Sacramento, CA   95814-2963
              (916) 210-7529
18            john.bridges@doj.ca.com

19            BY:  JOHN BRIDGES, ESQ.

20
    Also Present:  Terry Fox, Video Specialist
21

22
                         ---oOo-
23

24

25
```

## MELANIE SILVA

| | | |
|---|---|---|
| 01:41:05PM | 1 | Cedar, correct? |
| 01:41:05PM | 2 | A.     Correct. |
| 01:41:06PM | 3 | Q.     All right.  Next page.  More notes.  The top |
| 01:41:16PM | 4 | left corner it says, "Bio on Insta."  Is that some bio |
| 01:41:22PM | 5 | on Instagram?  Do you know what this is in reference to? |
| 01:41:28PM | 6 | A.     No. |
| 01:41:28PM | 7 | Q.     No.  Okay. |
| 01:41:30PM | 8 | A.     But I have other notes for other things on here, |
| 01:41:32PM | 9 | so. |
| 01:41:32PM | 10 | Q.     Yeah.  That wasn't meant to mean that it was a |
| 01:41:36PM | 11 | Cedar thing.  I'm just asking what it was for. |
| 01:41:39PM | 12 |        Okay.  And "Mike Francesconi" again.  It looks |
| 01:41:42PM | 13 | like you have beneath that "6-28, 9:10 a.m."  Is this |
| 01:41:45PM | 14 | another call at that time with Mike Francesconi? |
| 01:41:48PM | 15 | A.     Yes. |
| 01:41:49PM | 16 | Q.     Okay.  All right.  Regarding Cedar again? |
| 01:41:51PM | 17 | A.     Yes. |
| 01:41:51PM | 18 | Q.     Okay.  And underneath this it says, "Pup goat." |
| 01:41:57PM | 19 | What does that mean? |
| 01:41:58PM | 20 | A.     Pickup. |
| 01:41:58PM | 21 | Q.     Oh, it says "pickup," okay.  Do you see how that |
| 01:42:02PM | 22 | looks like pup? |
| 01:42:03PM | 23 | A.     Uh-huh. |
| 01:42:03PM | 24 | Q.     Okay.  All right.  So "pickup goat.  Don't |
| 01:42:05PM | 25 | pursue charges.  If large" -- what were you -- what is |

## MELANIE SILVA

```
01:42:09PM  1   the direction -- there's not commas so I don't want to
01:42:14PM  2   read it and you can tell me what you were trying to say
01:42:14PM  3   here.
01:42:14PM  4   A.      "Pick up goats.  Don't pursue charges.  If large
01:42:18PM  5   group, back off.  Don't comment."
01:42:21PM  6   Q.      Okay.  All right.  So this is around June 28th,
01:42:24PM  7   correct?
01:42:25PM  8   A.      Yes.
01:42:26PM  9   Q.      Okay.  So at that point in time you were not
01:42:29PM 10   pursuing charges?  Or what does this mean, "don't pursue
01:42:34PM 11   charges."
01:42:34PM 12   A.      This is the 28th.  It's three days after fair.
           13   Q.      Yes.
01:42:37PM 14   A.      So we were just trying to get the goat back.
01:42:39PM 15   Q.      Okay.  Did Mike Francesconi tell you not to
01:42:41PM 16   pursue charges at that time?
01:42:42PM 17   A.      I don't know that it came up at that time.
01:42:45PM 18   Q.      Okay.
01:42:46PM 19   A.      Well, "don't pursue charges."  We're just trying
01:42:50PM 20   to get the goat right now.
01:42:51PM 21   Q.      Okay.  What does it mean "if large group, back
01:42:56PM 22   off"?
01:42:57PM 23   A.      For safety.
01:43:00PM 24   Q.      Okay.  If large group of what?  Like in relation
01:43:04PM 25   to Cedar?
```

**MELANIE SILVA**

```
02:10:01PM  1            So let's start on page two.  So you looked for
02:10:05PM  2    email correspondence with Ms. Muse regarding articles
02:10:09PM  3    concerning Cedar pending litigation.
02:10:11PM  4            I did see you produced you said an article that
02:10:14PM  5    Ms. Muse sent to you and an email, I believe, correct?
02:10:19PM  6    Was there anything else that you found?
02:10:20PM  7    A.      No.
02:10:21PM  8    Q.      Just the one, okay.
02:10:23PM  9            And slaughter bill regarding slaughter of Cedar
02:10:29PM 10    indicating by ear tag 367, you found no such bill?
02:10:35PM 11    A.      The only bills I found were the ones you had
02:10:39PM 12    already put in.
02:10:40PM 13    Q.      Okay.  Okay.  And then documents reflecting
02:10:42PM 14    final payment of Cedar by the Dahles.  Did you ever get
02:10:45PM 15    the Dahles' payment documents for Cedar?
02:10:47PM 16    A.      I don't believe they paid.
02:10:48PM 17    Q.      You don't believe they paid?
02:10:50PM 18    A.      No.
02:10:50PM 19    Q.      Okay.  Did Ms. Muse pay on their behalf?
02:10:53PM 20    A.      No.
02:10:53PM 21    Q.      Okay. All right.  And then emails to and from
02:10:59PM 22    the CDFA concerning Cedar or this litigation.  You
02:11:03PM 23    produced everything you found in relation to that, I
02:11:06PM 24    presume?
02:11:07PM 25    A.      Yes.
```

```
 1                    PENALTY OF PERJURY
 2       Please be advised I have read the foregoing
 3       deposition, and I hereby state there are:
 4
 5       (Check one)     _____ no corrections
 6                       _____ corrections attached
 7
 8       Executed on _____
 9                         Date
10
11                   _____
                         MELANIE SILVA
12
13
14
15                       ---oOo---
```

```
 1            DEPONENT'S CHANGES OR CORRECTIONS

 2   Note:  If you are adding to your testimony, print the
     exact words you want to add.  If you are deleting from
 3   your testimony, print the exact words you want to
     delete.  Specify with "Add" or "Delete" before each
 4   entry.  Please sign and date this form.

 5   Deposition of:  MELANIE SILVA
     Name of Case:  LONG vs. FERNANDEZ, etc.
 6   Date of Deposition:  FEBRUARY 9, 2023

 7
     I, _____, have made the
 8   following changes in my deposition:

 9   PAGE      LINE       ADD/DELETE

10   ____      ____       _____

11
              ____       _____
12   ____

13   ____      ____       _____

14
15   ____      ____       _____

16   ____      ____       _____

17
18   ____      ____       _____

19   ____      ____       _____

20
21   ____      ____       _____

22   ____      ____       _____

23
24   ____      ____       _____

25   SIGNATURE _____DATE _____
```

```
 1                REPORTER'S CERTIFICATE

 2

 3         I hereby certify that the witness in the

 4  foregoing deposition was duly sworn by me to tell the

 5  truth, the whole truth, and nothing but the truth in the

 6  within-entitled cause; that said deposition was taken at

 7  the time and place herein named; and that the testimony

 8  of said witness was reported by me, a duly certified

 9  shorthand reporter and disinterested person, and was

10  thereafter transcribed under my direction by

11  computer-assisted transcription.

12         I further certify that I am not of counsel or

13  attorney for either or any of the parties to said

14  deposition, nor in any way interested in the outcome of

15  the case named in said caption.

16         IN WITNESS WHEREOF, I have hereunto set my

17  hand.

18

19         DATED:  FEBRUARY 26, 2024

20

21

22         _____

23            SUZANNA MICKELSON, CSR No. 14270

24                  State of California

25
```