# EXHIBIT 10

7:54

**MS**

Melanie ›

Auburn, Ca 95603

The word goat makes my eye twitch now 🤣🤣🤣🤣🤣🤣🤣🤣

It should. Lol

Jul 22, 2022 at 11:22 AM

Fof pig 263lbs

Thanks!

What's gals name at bowman? Kathy said ok but no one needs to know about this. U me and Kathy are only ones. It got killed and donated to non profit if anyone asks.

iMessage

