# EXHIBIT 12

3839422
01/21/2024

**MOBILITY**

Case 2:22-cv-01527-DAD-AC   Document 61-13   Filed 03/06/24   Page 2 of 5

AT&T has queried for records from 06/25/2022 12:00:00am to 09/01/2022 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.



```
Run Date:        01/21/2024
Run Time:        14:33:22
Voice Usage For: ███████-1024
```

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| → 1099 | 07/22/22 | 18:17:13 | 0:17 | 4:00 | ███████6789 | ███████1024 | 3509058269944117 APPLE IPHONE12PRO | 310280017634648 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 69

3839422
01/21/2024

**MOBILITY**

Case 2:22-cv-01527-DAD-AC   Document 61-13   Filed 03/06/24   Page 3 of 5

AT&T has queried for records from 06/25/2022 12:00:00am to 09/01/2022 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.



```
Run Date:        01/21/2024
Run Time:        14:33:22
Voice Usage For: ████-1024
```

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1101 | 07/22/22 | 18:22:55 | 0:06 | 1:29 | ████1024 | ████9107 | 3509058269944117 APPLE IPHONE12PRO | 310280017634648 | MO | [] |
| 1102 | 07/22/22 | 18:29:13 | 0:22 | 4:07 | ████1024 | ████4463 | 3509058269944117 APPLE IPHONE12PRO | 310280017634648 | MO | [] |
| 1104 | 07/22/22 | 19:22:08 | 0:11 | 2:11 | ████4463 | 15305181024 | 3509058269944117 APPLE IPHONE12PRO | 310280017634648 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 70

```
3839422
01/21/2024
```



AT&T has queried for records from 06/25/2022 12:00:00am to 09/01/2022 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

```
Run Date:           01/21/2024
Run Time:           14:33:22
Voice Usage For:    ▮▮▮▮▮▮-1024
```

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| ➡ 1177 | 07/25/22 | 22:15:44 | 0:07 | 1:30 | ▮▮6789 | ▮▮1024 | 3509058269944117 APPLE IPHONE12PRO | 310280017634648 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 74

3839422
01/21/2024

**MOBILITY**

Case 2:22-cv-01527-DAD-AC   Document 61-13   Filed 03/06/24   Page 5 of 5

AT&T has queried for records from 06/25/2022 12:00:00am to 09/01/2022 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.



```
Run Date:         01/21/2024
Run Time:         14:33:22
Voice Usage For:  █████1024
```

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| → 1182 | 07/25/22 | 22:31:51 | 0:09 | 5:08 | ████1024 | ████6789 | 3509058269944117 APPLE IPHONE12PRO | 310280017634648 | MO | [] |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 75