# EXHIBIT 15

## E.L. v. Lt. Fernandez, et al. - Meet and Confer

**John Bridges** <John.Bridges@doj.ca.gov>  Tue, Jan 30, 2024 at 12:29 PM
To: Ryan Gordon <rgordon@advancinglawforanimals.org>, Vanessa Shakib <vshakib@advancinglawforanimals.org>

Hi Ryan and Vanessa,

I am writing to meet and confer about the subpoenas for cell phone records that were served last week.  I intend to file a motion to quash the subpoenas as they violate my clients' privacy rights.  The subpoenas are overbroad as to time and content, and the documents they seek are irrelevant.  I believe that we can come to a middle ground on the records, but I need to know exactly what you hope to find in the records.  Are there any specific numbers in their call/text logs that you are looking for?  The records were never requested in discovery, but we can produce them with the necessary redactions to address the privacy concerns while still disclosing any information that you believe is relevant to the case.  However, if you don't know what numbers you are looking for in the logs, what is the purpose of seeking the records?

Given that the records are to be produced early next week, please let me know by Thursday, February 1st, if we can agree to a limitation on the subpoena, or an agreement to produce the records through discovery after I have an opportunity to redact any information that may violate their privacy rights if disclosed.

Thank you,

John

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.