# EXHIBIT 19

**Melanie**

Yes

I emailed Mike and left a voicemail but he didn't reply.

Just saw voicemail I emailed Orlando list Monday but will do it again first thing tomorrow

Jun 29, 2022 at 8:51 AM

Good morning. Any word from your goat lady ?

No
You either I take it?

I told her 10. Kathy is pissed now too cause

**Melanie**

> I told her 10. Kathy is pissed now too cause technically she owns the goat. You want to call chp or you want me to?

Can you call me please ur voicemail is full

Call me please

> Goat Theif

We are contacting the Sheriff for the goat waiting for a call back

> 👍

I available today if they