# EXHIBIT 20

### Dahle's Bill

ceo sdfeventcenter.com <ceo@sdfeventcenter.com>
Mon 7/11/2022 3:02 PM
To:

📎 1 attachments (73 KB)
20220711145005.pdf;

Hi Kathie,

I have attached their bills.

I appreciate the update!

Thank you,
Melanie M Silva
CEO
Shasta District Fair & Event Center
Fair Dates June 22-25, 2022
-6789 ext 104
www.ShastaDistrictFairandEventCenter.com



Shasta District Fair

1890 Briggs Street
Anderson, CA 96007

-6789

**Shasta District Fair**
Federal Tax Identification Number: 946001561

| Buyer ID | Bill Number | Bill Date | Print Date | Amount Due | Due By: |
|---|---|---|---|---|---|
| 919 | 33 | 7/5/2022 | 7/6/2022 | $1,626.00 | 7/20/2022 |

Assemblywomen Megan Dahle
Kathie Muse

**Transaction Summary**

| Type | Division | Entry | Description | Other | Ownership | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| Sale | FFA Market S | 3638 | Inv 117/Tag 205 | | 50.0% of 150 | $9.00 | $675.00 |
| Sale | 4-H Market G | 1543 | Inv 132/Tag 367 | | 50.0% of 82 | $11.00 | $451.00 |
| Sale | 4-H Market G | 2301 | Inv 276/Tag 386 | | 39.246% of 91 | $14.00 | $500.00 |

*Tear off and include bottom portion with payment*

*Make Checks Payable to "Shasta District Fair"*

Assemblywomen Megan Dahle
Kathie Muse

| Buyer ID: | Bill Number | Bill Date: | Print Date | Amount Due | Due By: |
|---|---|---|---|---|---|
| 919 | 33 | 7/5/2022 | 7/6/2022 | $1,626.00 | 7/20/2022 |

☐ Check if address change (make corrections below)

Check Number:_____

Shasta District Fair

1890 Briggs Street
Anderson, CA 96007

$ Amount Enclosed:_____

*Thank you for your support!*

**Shasta District Fair**
1890 Briggs Street
Anderson, CA 96007

## Shasta District Fair
Federal Tax Identification Number: 946001561



| Buyer ID: | Bill Number | Bill Date | Print Date: | Amount Due: | Due By |
|---|---|---|---|---|---|
| 920 | 296 | 7/5/2022 | 7/6/2022 | $1,126.00 | 7/20/2022 |

XXXX6789

Senator Brian Dahle
Kathie Muse

### Transaction Summary

| Type | Division | Entry | Description | Other | Ownership | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| Sale | FFA Market S | 3638 | Inv 117/Tag 205 | | 50.0% of 150 | $9.00 | $675.00 |
| Sale | 4-H Market G | 1543 | Inv 132/Tag 367 | | 50.0% of 62 | $11.00 | $451.00 |

*Tear off and include bottom portion with payment*
Make Checks Payable to "Shasta District Fair"

Senator Brian Dahle
Kathie Muse

| Buyer ID: | Bill Number | Bill Date | Print Date: | Amount Due: | Due By: |
|---|---|---|---|---|---|
| 920 | 296 | 7/5/2022 | 7/6/2022 | $1,126.00 | 7/20/2022 |

☐ Check if address change (make corrections below)

Check Number: _____

$ Amount Enclosed: _____

Shasta District Fair
1890 Briggs Street
Anderson, CA 96007

*Thank you for your support!*