1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN  DISTRICT OF CALIFORNIA**

10

**SACRAMENTO DIVISION**

11 | E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,

12

Plaintiffs,

13

v.

14 | LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB

15 | DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his

16 | individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural

17 | association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT;

18 | MELANIE SILVA, in her individual and official

19 | capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her

20 | individual and official capacity, and DOES 1 through 10,

21

Defendants.

Case No. 2:22-cv-01527-DAD-AC

**[PROPOSED] ORDER GRANTING PLAINTIFF JESSICA LONG'S MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VERIZON RELATED TO KATHIE MUSE'S CELL PHONE (ECF 56)**

Trial Date: March 24, 2025

Action Filed: August 31, 2022

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

Before this court came PLAINTIFF JESSICA LONG'S MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VERIZON RELATED TO KATHIE MUSE'S CELL PHONE (ECF 56). The Court being fully advised and good and sufficient cause appearing therefore, IT IS HEREBY ORDERED:

1. PLAINTIFF JESSICA LONG'S MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VERIZON RELATED TO KATHIE MUSE'S CELL PHONE (ECF 56) is hereby GRANTED;

2. Plaintiff Jessica Long shall serve this order on Verizon; and

3. Verizon is ORDERED to produce the requested information to plaintiffs within seven (7) calendar days of being served with this order.

IT IS SO ORDERED.

Date:_____

_____
HON. ALISSON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER