**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br>　　　　　Plaintiffs,<br>　　v.<br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,<br>　　　　　Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JESSICA LONG'S MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY FROM NON-PARTY VISTA REAL ESTATE (ECF 52)**<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 2022 |

Before this court came PLAINTIFF JESSICA LONG'S MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VISTA REAL ESTATE (ECF 52). The Court being fully advised and good and sufficient cause appearing therefore, IT IS HEREBY ORDERED:

1. PLAINTIFF JESSICA LONG'S MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY VISTA REAL ESTATE (ECF 52) is hereby GRANTED;
2. Plaintiff Jessica Long shall serve this order on Vista Real Estate; and
3. Vista Real Estate is ORDERED to produce the requested information to plaintiffs within seven (7) calendar days of being served with this order.

IT IS SO ORDERED.

Date:_____

_____
HON. ALISSON CLAIRE
UNITED STATES MAGISTRATE JUDGE