RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>          Plaintiffs,<br>     v.<br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,<br>          Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**[PROPOSED] ORDER TO CONTINUE DISCOVERY AND MODIFY SCHEDULING ORDER**<br><br>[*Joint Stipulation To Continue Discovery And Modify Scheduling Order filed concurrently*]<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 2022 |

**[PROPOSED] ORDER**

Having considered the Parties' stipulation (ECF 65) and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for fact discovery is continued from March 25, 2024 to May 24, 2024, subject to the limitations in the stipulation (ECF 65) which are incorporated herein by reference;
2. The deadline to exchange expert disclosures is continued from April 8, 2024 to June 7, 2024,
3. The deadline to exchange rebuttal expert disclosures is continued from April 29, 2024 to June 28, 2024;
4. The deadline to complete expert discovery shall be continued from May 27, 2024 to July 26, 2024; and
5. The motion cutoff deadline is continued from August 8, 2024 to October 8, 2024.

IT IS SO ORDERED

Date:_____       _____
                                                                    Hon. Dale A. Drodz
                                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO CONTINUE DISCOVERY AND MODIFY SCHEDULING ORDER