RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br><br>     Plaintiffs, <br>v. <br>LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, <br>     Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **PROOFS OF SERVICE UPON VISTA REAL ESTATE** <br><br> Date:        March 20, 2024 <br> Time:        10:00 am <br> Courtroom:  26, 8th Floor <br> Magistrate:  Hon. Allison Claire <br><br> Trial Date: March 24, 2025 <br><br> Action Filed: August 31, 2022 |

1
PROOFS OF SERVICE

Plaintiff Jessica Long respectfully submits the following proofs of service in relation to ECF Nos 52 and 63.  Service was provided as described in that motion, but the company that provided service had not executed the proofs of service at the time the motion documents were filed.

The eighteenth (18) exhibit (ECF 61-19) attached to the Declaration of Ryan Gordon (ECF 61-1), which was filed on March 6, 2024, attaches a subpoena for documents served upon nonparty Vista Real Estate. The executed proof of service for that subpoena is attached hereto as **Exhibit A**.

Attached as **Exhibit B** is the executed proof of service for ECF 52, Plaintiff Jessica Long's Notice of and Motion To Compel Production Of Subpoenaed Documents From Non-Party Vista Real Estate.

Additionally, attached as **Exhibit C** is the executed proof of service for ECF 63, which is Plaintiff Jessica Long's Statement Of Discovery Disagreement Re Production Of Subpoenaed Documents From Vista Real Estate

**ADVANCING LAW FOR ANIMALS**

Dated:  March 14, 2024           By:    /s/Ryan Gordon
                                  Ryan Gordon
                                  Vanessa Shakib
                                  Attorneys for Plaintiffs