# EXHIBIT A

Proof of Service for Subpoena served on Vista Real and filed as ECF 61-19

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01527-DAD-AC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Vista Real Estate on *(date)* 2/23/24 .

☒ I served the subpoena by delivering a copy to the named person as follows: Sandy Dole, Manager

White Female, 50-55yrs, 115lbs, 5'4", Brown hair

She stated she would take them next door and give to Chad Phillip's Wife   on *(date)* 2/28/24  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 0 for travel and $ 55.30 for services, for a total of $ 55.30 .

I declare under penalty of perjury that this information is true.

Date: 3/14/24

*Server's signature*

Nadine Paxton, RPS Shasta #301
*Printed name and title*

Po Box 294 Palo Cedro, CA 96073
*Server's address*

Additional information regarding attempted service, etc.: