# EXHIBIT B

Proof of Service for Notice of Motion served on Vista Real and filed as ECF 52

## AFFIDAVIT OF SERVICE

| Case:<br>2:22-cv-01527-DAD-AC | Court:<br>UNITED STATES EASTERN DISTRICT COURT | County:<br>SACRAMENTO DIVISION | Job:<br>10514450 (Vista Real Estate) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>E.L., et al. | | Defendant / Respondent:<br>LIEUTENANT JERRY FERNANDEZ, et al | |
| Received by:<br>PATTERSON LEGAL SERVICES, INC., SDVOSB | | For:<br>Advancing Law for Animals | |
| To be served upon:<br>VISTA REAL ESTATE | | | |

I, Nadine Paxton: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   VISTA REAL ESTATE, 3645 EUREKA WAY, REDDING, CA 96001

**Manner of Service:**   Authorized Service, Feb 28, 2024, 5:19 pm PST

**Documents:**   NOTICE OF MOTION

**Additional Comments:**
Feb 28, 2024, 5:19 pm PST at 3645 EUREKA WAY, REDDING, CA 96001
Documents received by Sandy Dole within the Vista real estate office. She took records next-door to Omega Mortgage group and said she was giving them to Chad Phillips's wife.
Age: 50-52; Ethnicity: Caucasian; Gender: Female; Weight: 110-120; Height: 5'4"; Hair: Brown; Eyes: Brown;

_____     3/14/24
Nadine Paxton                                **Date**
Shasta #301

PATTERSON LEGAL SERVICES, INC., SDVOSB
P.O. BOX 294
PALO CEDRO, CA 96073