# EXHIBIT C

Proof of Service for Statement of Discovery Disagreement served on Vista Real and filed as ECF 63

## AFFIDAVIT OF SERVICE

| Case:<br>2:22-cv-01527-DAD-AC | Court:<br>UNITED STATES EASTERN DISTRICT COURT | County:<br>SACRAMENTO DIVISION | Job:<br>10571617 (Vista Real Estate) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>E.L., et al. | | Defendant / Respondent:<br>LIEUTENANT JERRY FERNANDEZ, et al | |
| Received by:<br>PATTERSON LEGAL SERVICES, INC., SDVOSB | | For:<br>Advancing Law for Animals | |
| To be served upon:<br>Vista Real Estate | | | |

I, Alyssa Williams,: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Vista Real Estate, 3645 EUREKA WAY, REDDING, CA 96001
**Manner of Service:** Posted, Mar 8, 2024, 8:30 am PST
**Documents:** Proposed Order; Statement of Discovery; Declaration of Ryan R Gordon

**Additional Comments:**
Mar 7, 2024, 2:32 pm PST at 3645 EUREKA WAY, REDDING, CA 96001
Texted phone number 530-840-0516 stating our office had legal documents for the EL vs Jerry Fernandez case and if he is willing to meet to accept addl documents. He responded asking what the case was about as he didn't recognize the names, I replied that it is regards to the "goat" case. He stated they have already been served and that it is not their goat and they did not buy it. I replied with a note from our client stating "I'm willing to work with him. This shouldn't require court intervention. He can just give me the documents he has, if any, and the issue is finished. I can then withdraw the motion against him."

He then called at 2:56PM and stated over the phone that he has nothing to do with this case and is not interested in meeting to be given the addl documents.

Mar 7, 2024, 4:45 pm PST at 3645 EUREKA WAY, REDDING, CA 96001
Knocked and no answer. Door locked. Didn't see anyone inside

Mar 8, 2024, 8:30 am PST at 3645 EUREKA WAY, REDDING, CA 96001 received by Vista Real Estate.
No answer to knocking. Door locked. Posted per instructions

_[signature]_     3/14/24

**Alyssa Williams**     **Date**
Shasta 234

PATTERSON LEGAL SERVICES, INC., SDVOSB
P.O. BOX 294
PALO CEDRO, CA 96073