RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br>    Plaintiffs, <br> v. <br> LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, <br>    Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **NOTICE OF WITHDRAWAL OF ECF 51, ECF 53, ECF 57, ECF 58, AND ECF 59** <br><br> Trial Date: March 24, 2025 <br><br> Action Filed: August 31, 2022 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS

    PLEASE TAKE NOTICE that Plaintiff Jessica Long hereby withdraws the following motions:

- PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY BOWMAN MEATS, filed on February 28, 2024 (**ECF 51**);
- PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL PRODUCTION OF SUBPOENAED DOCUMENTS FROM NON-PARTY BRUCE ROSS, filed on February 28, 2024 (**ECF 53**);
- PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL THE SHASTA COUNTY SHERIFF'S DEPARTMENT DEFENDANTS' COMPLIANCE WITH RULE 26(f) DISCLOSURES, filed on February 28, 2024 (**ECF 57**);
- PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT SHASTA COUNTY SHERIFF'S DEPARTMENT RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE, filed on February 28, 2024 (**ECF 58**); and
- PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT SHASTA COUNTY SHERIFF'S DEPARTMENT RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION, SET ONE, filed on February 28, 2024 (**ECF 59**).

**ADVANCING LAW FOR ANIMALS**

Dated: March 15, 2024

By: /s/Ryan Gordon
Ryan Gordon
Vanessa Shakib
Attorneys for Plaintiffs