RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br>     Plaintiffs, <br> v. <br> LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, <br>     Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **PLAINTIFF JESSICA LONG'S NOTICE OF AND MOTION TO DEPOSITION OF SHERIFF MICHAEL JOHNSON** <br><br> Trial Date: March 24, 2025 <br><br> Action Filed: August 31, 2022 <br><br> Date:        May 15, 2024 <br> Time:       10:00 am <br> Courtroom:  26, 8th Floor <br> Magistrate:  Hon. Allison Claire |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Rule 30 and 45 and the Eastern District of California's Local Rule 251, on May 15, 2024, at 10:00 a.m., in Courtroom 26 (8th floor) of the United States District Court for the Eastern District of California at 501 I Street, Sacramento, California 95914, before the Honorable Magistrate Judge Allison Claire, Plaintiff Jessica Long does and will move this Court for an order compelling the deposition of Sheriff Michael Johnson of the Shasta County Sheriff's Department. The grounds for this motion, including substantive argument, declarations, and exhibits in support will be contained in and attached to the forthcoming Joint Statement re Discovery Disagreement, pursuant to Local Rule 251(c), or forthcoming motion to compel.

Counsel for Mrs. Long certify they engaged in the meet and confer obligations imposed by local rule and will explain such compliance in declarations accompanying the forthcoming Joint Statement and/or memorandum in support of motion.

.

**ADVANCING LAW FOR ANIMALS**

Dated:  April 24, 2024

By:   /s/Ryan Gordon
Ryan Gordon
Vanessa Shakib
Attorneys for Plaintiffs

**PROOF OF SERVICE**

I, Ryan Gordon, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 407 N. Pacific Coast Hwy. #267, Redondo Beach, CA 90277.

On February 24, 2024, I served on the interested parties in this action the following document(s) described as **PLAINTIFF JESSICA LONG'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT KATHIE MUSE, SET TWO**

☒ By placing ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| CHRISTOPHER M. PISANO, christopher.pisano@bbklaw.com DAMIAN A. NORTHCUTT, Damian.Northcutt@bbklaw.com JULIA HERNANDEZ Julia.Hernandez@bbklaw.co BEST BEST & KRIEGER LLP 300 South Grand Avenue 25th Floor Los Angeles, California 90071 | JOHN C. BRIDGES CALIFORNIA DEPARTMENT OF JUSTICE Tort and Condemnation Section 1300 I Street, Suite 1210 Sacramento, CA, 95814 John.Bridges@doj.ca.gov  Ralph Collins, Esq. ralph.collins@rswslaw.com Tonya.hamilton@rswslaw.com |

☐ **BY MAIL**: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐ **OVERNIGHT DELIVERY**: I deposited such envelope in a facility regularly maintained by ☒ FEDERAL EXPRESS with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS authorized to receive documents at 407 N. Pacific Coast Hwy, #267, Redondo Beach, CA 90277 with delivery fees fully provided for.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: The document(s) was sent from e-mail address rgordon@advancinglawforanimals.org to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 24, 2024, at Los Angeles, California.

                                            /s/Ryan Gordon
                                              Ryan Gordon

ADVANCING LAW FOR ANIMALS