RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, | Case No. 2:22-cv-01527-DAD-AC |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAW OF ECF 71** |
| LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual  capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Trial Date: March 24, 2025

Action Filed: August 31, 2022 |
| Defendants. | |

ADVANCING LAW FOR ANIMALS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS

2          PLEASE TAKE NOTICE that Plaintiff Jessica Long hereby withdraws the following

3   motion:

4   • PLAINTIFF JESSICA LONG'S NOTICE OF MOTION TO COMPEL DEPOSITION OF

5      SHERIFF MICHAEL JOHNSON, noticed and filed on April 24, 2024, and set for hearing on

6      May 15, 2024, before Hon. Allison Claire, in Courtroom 26,  on the 8th Floor. (**ECF 71**)

7

8                                      **ADVANCING LAW FOR ANIMALS**

9

Dated:  May 1, 2024                    By:    /s/Ryan Gordon
10                                            Ryan Gordon
                                             Vanessa Shakib
11                                            Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28