RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br>     Plaintiffs, <br> v. <br> LIEUTENANT JERRY FERNANDEZ, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JACOB DUNCAN, individually and in his individual capacity as Sheriff for the County of Shasta; DETECTIVE JEREMY ASHBEE, individually and in his individual capacity as Sheriff for the County of Shasta; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, <br>     Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **NOTICE OF WITHDRAWAL OF ECF 74** <br><br> Trial Date: March 24, 2025 <br><br> Action Filed: August 31, 2022 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that Plaintiff Jessica Long hereby withdraws the following motion:

- PLAINTIFF JESSICA LONG'S NOTICE OF MOTION TO COMPEL DEPOSITION OF SHERIFF MICHAEL JOHNSON, noticed and filed on May 1, 2024, and set for hearing on May 22, 2024, before Hon. Allison Claire, in Courtroom 26, on the 8th Floor. (**ECF 74**)

**ADVANCING LAW FOR ANIMALS**

Dated: May 13, 2024        By:   /s/Ryan Gordon
                                  Ryan Gordon
                                  Vanessa Shakib
                                  Attorneys for Plaintiffs