ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7529
  Fax:  (916) 322-8288
  E-mail:  John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>                      Defendants. | 2:22-CV-01527 DAD AC<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER (ECF No. 67)**<br><br><br>Judge:        Honorable Dale A. Drozd<br>Trial Date:   March 24, 2025<br>Action Filed: August 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiffs, by and through their counsel of record Ryan Gordon and Vanessa Shakib, Defendants Melanie Silva, B.J. MacFarlane, and the State of California, by and through their counsel of record John C. Bridges, Defendants County of Shasta, Shasta County Sheriff's Department, Jerry Fernandez, Jeremy Ashbee, and Jacob Duncan, by and through their counsel of record Damian Northcutt, and Defendant Kathy Muse, by and through her counsel of record Ralph Collins and Ian Collins, hereby stipulate to extend the time for Defendants to take the deposition of Plaintiff E.L.

WHEREAS, the parties have met and conferred extensively since November 2023 regarding the deposition of plaintiff E.L., and have agreed that on or before the date of the Final Status Conference, plaintiffs will indicate to defense counsel whether or not they intend to call E.L. as a trial witness.  If plaintiffs intend to call E.L. as a trial witness, defendants will have the opportunity to take E.L.'s deposition prior to trial.  If plaintiffs indicate that they do not intend to call E.L. as a trial witness, defendants will forego the deposition of E.L.  Additionally, if plaintiffs offer testimonial evidence from E.L. in the form of a written declaration or other written means, defendants shall have the opportunity to take E.L.'s deposition prior to trial.  By agreeing to the terms in this paragraph regarding the potential deposition of E.L., plaintiffs do not waive any rights with respect to her potential deposition, such as objections, or the right to seek court orders regarding same (e.g., a protective order).

WHEREAS, the parties require additional time to complete expert discovery in order to make appropriate expert disclosures, which are currently due on or before June 7, 2024 pursuant to the current scheduling order (ECF No. 67).

This stipulation may only be modified by further stipulation and/or court order upon a showing of good cause.

 **NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1. Plaintiffs shall indicate whether or not they intend to call Plaintiff E.L. as a trial witness no later than the date of the Final Status Conference;

2. If Plaintiffs indicate that they intend to call Plaintiff E.L. to testify at trial, Defendants shall have the opportunity to take Plaintiff E.L.'s deposition prior to trial;

3. If Plaintiffs offer testimonial evidence by Plaintiff E.L. in any form other than live testimony, including but not limited to written declaration(s), Defendants shall have the right to take Plaintiff E.L.'s deposition prior to trial;

4. The parties require additional time to complete expert discovery in order to make appropriate expert disclosures, and hereby request an extension of time for expert disclosures to August 9, 2024. The parties further request a corresponding extension of time for rebuttal expert disclosures to August 30, 2024;

5. The parties agree the trial date should remain the same;

6. Nothing in this stipulation impacts or limits Plaintiffs' right to assert any objections or to seek any orders with respect to any deposition of Plaintiff E.L.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 24, 2024            **ADVANCING LAW FOR ANIMALS**

By:     /s/ Ryan Gordon
Ryan Gordon
Vanessa Shakib
*Attorneys for Plaintiffs*

Dated: March 24, 2024            **CALIFORNIA DEPARTMENT OF JUSTICE**

By:     */s/ John C. Bridges*
John C. Bridges
*Attorneys for Defendants* Shasta District Fair Association, Melanie Silva, and B.J. Macfarlane

| | | |
|---|---|---|
| 1 | Dated: March 24, 2024 | **BEST BEST & KRIEGER LLP** |
| 2 | | |
| 3 | | By:  /s/ Damian A. Northcutt |
| | | Damian A. Northcutt |
| 4 | | *Attorneys for Defendants* Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee |
| 5 | | |
| 6 | Dated: March 24, 2024 | **REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP** |
| 7 | | |
| 8 | | By:  /s/ Ralph Collins |
| | | Ralph Collins |
| 9 | | *Attorneys for Defendant* Kathie Muse |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.** | No. | **2:22-CV-01527 DAD AC** |

I hereby certify that on <u>May 24, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT STIPULATION TO MODIFY SCHEDULING ORDER (ECF No. 67)**
2. **[PROPOSED] ORDER ON JOINT STIPULATION TO MODIFY SCHEDULING ORDER (ECF No. 67)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 24, 2024</u>, at Los Angeles, California.

| J. Sissov | */S/ J. Sissov* |
|---|---|
| Declarant | Signature |

SA2023302187
66817062.docx