1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO MODIFY SCHEDULING ORDER (ECF No. 67)**<br><br>Judge:        Honorable Dale A. Drozd<br>Trial Date:   March 24, 2025<br>Action Filed: August 31, 2022 |

### [PROPOSED] ORDER

Having shown good cause, the Court ORDERS as follows:

1. The parties jointly seek the Court's modification of the scheduling order (ECF No. 67) to extend time to take the deposition of Plaintiff E.L. pursuant to the terms of stipulation as stated below, as well as to extend the time to provide initial expert witness disclosures to August 9, 2024 and designation of any rebuttal expert disclosures to August 30, 2024.

    a. Plaintiffs shall indicate whether or not they intend to call Plaintiff E.L. as a trial witness no later than the date of the Final Status Conference;

    b. If Plaintiffs indicate that they intend to call Plaintiff E.L. to testify at trial, Defendants shall have the opportunity to take Plaintiff E.L.'s deposition prior to trial;

    c. If Plaintiffs offer testimonial evidence by Plaintiff E.L. in any form other than live testimony, including but not limited to written declaration(s), Defendants shall have the opportunity to take Plaintiff E.L.'s deposition prior to trial;

    d. Nothing in this order impacts or limits Plaintiffs' right to assert any objections or to seek any orders with respect to any deposition of Plaintiff E.L.

2. The date for expert disclosures is hereby extended from June 7, 2024 to August 9, 2024. The time for rebuttal expert disclosures is hereby extended from June 28, 2024 to August 30, 2024;

3. The trial date shall remain the same.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Hon. Dale A. Drozd
Judge, United States District Court