1  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
2  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
3  DAMIAN A. NORTHCUTT, Bar No. 258183
   Damian.Northcutt@bbklaw.com
4  BEST BEST & KRIEGER LLP
   18101 Von Karman Avenue
5  Suite 1000
   Irvine, California 92612
6  Telephone:  (949) 263-2600
   Facsimile:  (949) 260-0972
7
   Attorneys for Defendants
8  LIEUTENANT JERRY FERNANDEZ, DETECTIVE
   JACOB DUNCAN; DETECTIVE JEREMY ASHBEE;
9  COUNTY OF SHASTA; and SHASTA COUNTY
   SHERIFF'S DEPARTMENT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**JOINT REQUEST TO SCHEDULE MANDATORY SETTLEMENT CONFERENCE**<br><br>Action Filed:  August 31, 2022 |

**JOINT REQUEST TO SCHEDULE MANDATORY SETTLEMENT CONFERENCE**

TO THE HONORABLE COURT:

Defendants, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, DETECTIVE JEREMY ASHBEE, COUNTY OF SHASTA, and SHASTA COUNTY SHERIFF'S DEPARTMENT (collectively "County Defendants"), Plaintiffs, E.L., a minor, by and through her general guardian, JESSICA LONG, and JESSICA LONG, an individual ("Plaintiffs"), Defendants, SHASTA DISTRICT FAIR AND EVENT CENTER, MELANIE SILVA, and BJ MACFARLANE ("District Fair Defendants"), and Defendant KATHIE MUSE , by and through their counsel of record, jointly apply for an Order referring this to Magistrate Judge Chi Soo Kim to schedule a mandatory settlement conference on August 5, 2024 via remote means.

**[SIGNATURES ON FOLLOWING PAGE]**

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\42334664.1

- 2 -

2:22-CV-01527-DAD-AC
JOINT REQUEST TO SCHEDULE
MANDATORY SETTLEMENT
CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: May 29, 2024 | BEST BEST & KRIEGER LLP |
| 2 | | |
| 3 | | By:*/s/ Damian A. Northcutt* |
| 4 | | JEFFREY V. DUNN<br>CHRISTOPHER M. PISANO<br>DAMIAN A. NORTHCUTT |
| 5 | | |
| 6 | | Attorneys for Defendants<br>LIEUTENANT JERRY FERNANDEZ, |
| 7 | | DETECTIVE JACOB DUNCAN;<br>DETECTIVE JEREMY ASHBEE;<br>COUNTY OF SHASTA; and SHASTA |
| 8 | | COUNTY SHERIFF'S DEPARTMENT |
| 9 | | |
| 10 | Dated: May 29, 2024 | ADVANCING LAW FOR ANIMALS |
| 11 | | |
| 12 | | By:*/s/ Ryan Gordon*<br>RYAN GORDON |
| 13 | | VANESSA T. SHAKIB |
| 14 | | Attorneys for PLAINTIFFS E.L. AND<br>JESSICA LONG |
| 15 | | |
| 16 | Dated: May 29, 2024 | CALIFORNIA DEPARTMENT OF JUSTICE |
| 17 | | |
| 18 | | By:*/s/ John C. Bridges*<br>JOHN C. BRIDGES |
| 19 | | Attorneys for Defendants |
| 20 | | SHASTA DISTRICT FAIR<br>ASSOCIATION, MELANIE SILVA, |
| 21 | | AND B.J. MACFARLANE |
| 22 | Dated: May 29, 2024 | REESE, SMALLEY, WISEMAN &<br>SCHWEITZER, LLP |
| 23 | | |
| 24 | | By:*/s/ Ralph Collins* |
| 25 | | RALPH COLLINS<br>IAN COLLINS |
| 26 | | |
| 27 | | Attorneys For Defendant KATHIE MUSE |
| 28 | | |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612