IAN S. COLLINS (State Bar No. 318064)
REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
Post Office Box 994647
Redding, California 96099-4647
Telephone: (530) 241-1611
Facsimile:  (530) 364-1645
E-mail: ian.collins@rswslaw.com

Attorney for Defendant
KATHIE MUSE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.L., a minor, by and through her general Guadian, JESSICA LONG; JESSICA LONG, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district anticultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official Capacity; BJ MACFARLANE, in his individual and official capacity, KATHIE MUSE, in her individual and official capacity, and DOES 1 THROUGH 10, <br><br> Defendants. | Civil Action No. 2:22-cv-01527-DAD-AC <br><br> NOTICE OF CHANGE OF HANDLING ATTORNEY |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:  Kelly J. Snowden is no longer affiliated with the law offices of Reese, Smalley, Wiseman & Schweitzer.  Ian S. Collins of the law firm of Reese, Smalley, Wiseman & Schweitzer is taking over as the handling attorney for Defendant Kathie Muse.

NOTICE OF CHANGE OF HANDLING ATTORNEY

1
2  Dated: May 31, 2024                    REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
3
4                                         By: _____
5                                              IAN S. COLLINS
                                               Attorneys for Defendant
6                                              KATHIE MUSE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

NOTICE OF CHANGE OF HANDLING ATTORNEY

PROOF OF SERVICE

In Re: E.L. a minor v. Kathie Muse
Case No. Eastern District of California 2:22-CV-01527-DAD-AC

I am a citizen of the United States and am employed in Shasta, County, California; I am over the age of eighteen years and not a party to the within action; my business address is 1265 Willis Street, Redding, California 96001. I am familiar with the Company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U. S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served the following:

**NOTICE OF CHANGE OF HANDLING ATTORNEYS**

____ **United States Mail** - on all parties in said action by placing a true copy of the above- described document(s) enclosed in a sealed envelope, with postage thereon fully prepaid, in the designated area for outgoing mail addressed as set forth below.

____ **Facsimile** - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

__X__ **Electronic Service** - by causing such document(s) to be served electronically to the address(es) listed below from tonya.hamilton@rswslaw.com.

____ **Express Service** - on all parties in said action by placing a true copy of the above- described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

____ **Personal Service** - by personally delivering or causing to be delivered a true copy of the above-described document(s) to the person(s) and at the address(es) set forth as shown below:

RYAN R. GORDON
VANESSA T. SHAKIB
ADVANCING LAW FOR ANIMALS
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
rgordon@advancingawforanimals.org
vshakin@advancinglawforanimals.org
**(Attorney for Plaintiff)**

DANIEL J. KOLDE, ESQ.
LAW OFFICES OF DANIEL J. KOLDE
P.O. Box 440344
St. Louis, Missouri 63144-9998
Daniel.koldel.aw@gmail.com
**(Pro Hac Vice – Attorney for Plaintiff)**

John C. Bridges
California Department of Justice
1300 I Street, Ste. 1210
Sacramento, CA 95814
John.bridges@doj,ca,gov
**(Attorneys for Defendants State of California Silva and MacFarlane)**

Christopher M. Pisano
Best, Best & Krieger, LLP
300 South Grand Avenue 25th Floor
Los Angeles, CA 90071
Christopher.pisano@bkklaw.com
**(Attorney for Defendants Fernandez, Duncan, Ashbee, County of Shasta and Shasta County Sheriff's Dept.)**

I deeclare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 31, 2024, at Redding, California.

_____
TONYA A. HAMILTON