ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**DECLARATION OF JOHN C. BRIDGES IN SUPPORT OF MOTION TO QUASH SUBPOENA TO VERIZON WIRELESS AND FOR A PROTECTIVE ORDER**<br><br>Judge:  Honorable Dale A. Drozd<br>Trial Date: March 24, 2025<br>Action Filed: August 31, 2022 |

1

I, John C. Bridges, declare:

1. I am a United States citizen over the age of 18 years. I am an attorney duly admitted to practice before this Court. I am a Deputy Attorney General with the California Department of Justice, attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane. I have personal knowledge of each of the matters set forth below and if called as a witness could competently testify thereto.

2. This declaration is made and submitted in support of Defendants' Motion to Quash Subpoena to Verizon Wireless and for a Protective Order. The accountholder of the records sought via this subpoena is Michael Flores, who is the Deputy Secretary of the California Department of Food and Agriculture. Secretary Flores is a high-ranking government official who reports directly to the Secretary of the California Department of Food and Agriculture. Neither Secretary Flores nor the California Department of Food and Agriculture are parties to this lawsuit.

3. Attached hereto as Exhibit A is a true and correct copy of the subpoena to Verizon Wireless that is the subject of this motion. I redacted the telephone number that corresponds to the subpoenaed records to protect the privacy of Secretary Flores.

4. Secretary Flores voluntarily submitted to a deposition in this matter on May 21, 2024. In that deposition, he provided substantive deposition testimony regarding his use of the subject cellular telephone number in response to the questions posed by counsel for plaintiffs.

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct.

Executed this 5th day of June, 2024, at Sacramento, California.

/s/ John C. Bridges
John C. Bridges

# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| E.L., et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:22-cv-01527-DAD-AC |
| Lieutenant Jerry Fernandez, et al. | ) |
| Defendant | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  Custodian of Records for Verizon

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any records concerning incoming or outgoing calls or texts for telephone number ▊▊▊▊▊ from June 25, 2022, through July 28, 2022, including call logs, call detail records, and text logs. Additionally, records identifying the holder of the phone number for those dates.

| Place: 34652 Calle Loma, Dana Point, CA 92624 | Date and Time: 05/17/2024 2:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/06/2024

CLERK OF COURT

_____          OR          /s/ Ryan Gordon
Signature of Clerk or Deputy Clerk                       Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jessica Long , who issues or requests this subpoena, are:

Ryan Gordon, 407 N. Pacific Coast Hwy., #267, Redondo Beach, CA 90277,

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.** | No. | **2:22-CV-01527 DAD AC** |

I hereby certify that on <u>June 5, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF JOHN C. BRIDGES IN SUPPORT OF MOTION TO QUASH SUBPOENA TO VERIZON WIRELESS AND FOR A PROTECTIVE ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 5, 2024</u>, at Fresno, California.

| | |
|---|---|
| <u>V. Pampenelli</u> | <u>/s/ **V. Pampenelli**</u> |
| Declarant | Signature |

SA2023302187
95571775