RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>             Plaintiffs,<br><br>    v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF VANESSA SHAKIB IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL (ECF 78, 85) AND IN OPPOSITION TO MR. FLORES' MOTION TO QUASH (ECF 87)**<br><br>Date: July 03, 2024<br>Time: 10:00 am.<br>Courtroom: 26, 8th Floor<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 202 |

**DECLARATION OF VANESSA SHAKIB**

I, Vanessa Shakib, declare as follows:

1. I am an attorney at law duly licensed to practice law before all the courts of the State of California and the District of Columbia, and am admitted to practice in the United States District Court for the Eastern District of California. I am over 18 years of age. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto. I submit this declaration in support of Plaintiff Long's Motion to Compel Production of Subpoenaed Documents from Non-Party Verizon (ECF 78, 85), and in opposition to Mr. Flores' Motion to Quash Subpoena to Verizon Wireless and for a Protective Order (ECF 87). I am the attorney of record for Plaintiff Jessica Long ("Mrs. Long") and her minor daughter, Plaintiff E.L., proceeding by and through her guardian ad litem, Mrs. Long, in the above captioned action. I represent Plaintiffs in their underlying civil rights litigation, originally filed on August 31, 2022.

2. To mitigate the prejudice caused by obstructionist and bad-faith tactics in this case, Plaintiffs' counsel subpoenaed various telephone records and other documents to uncover the true facts giving rise to Cedar's illegal seizure and slaughter.

3. Reviewing and analyzing phone records obtained, and triangulating these records with text messages, emails, and other documents obtained in discovery is resource intensive. Despite the best efforts of Plaintiffs' counsel to ascertain the true unfolding of events at issue, Mr. Flores' business phone records are necessary to fill remaining gaps.

4. I have personally reviewed phone records belonging to Mr. Macfarlane (XXX-XXX-1024); Ms. Silva (XXX-XXX-0058), (XXX-XXX-6789), and (XXX-XXX-4949); and Mrs. Muse (XXX-XXX-9107).

5. Due to the fact-intensive nature of this case, the volume of relevant phone calls, and the prejudice caused by obstructionist discovery tactics, I have assembled a master log of select relevant events, including but not limited to various phone calls, text messages, and emails, for ease of review. Attached hereto as **Exhibit 32** is a true and correct copy of the master log I personally prepared ("Plaintiffs' Master Log"). I provide Plaintiffs' Master Log to the Court in hopes it will streamline review of known events giving rise to Plaintiffs' legal claims, underscore the prejudice suffered by

ADVANCING LAW FOR ANIMALS

Plaintiffs in piecing these facts together amid obstructionist tactics, clarify the incredible nature of Mr. Flores' deposition testimony, and highlight the relevance of Mr. Flores' business phone records as concisely as possible. Please note that the analysis of phone records and evidence collected to date is ongoing; findings cited today are interim. All dates in Plaintiffs' Master Log are in the 2022 calendar year. The remainder of this declaration and Plaintiffs' Master Log identify phone numbers by the final four digits of the number in parenthesis. Please note AT&T produced Mr. Macfarlane's records in Coordinated Universal Time. Plaintiff's Master Log uses Pacific Daylight Time, or PDT—but for ease, also indicates the corresponding UTC date/time when referencing Mr. Macfarlane's phone records. To convert UTC time to PDT time, I subtracted 7 hours from UTC the time. Please further note that use of "~" preceding a stated time indicates an estimate where exact time is unknown.

6. Attached as **Exhibit 19** to the Declaration of Ryan Gordon is a true and correct copy of Mr. Macfarlane's phone records (1024).

7. Attached as **Exhibit 2** to the Declaration of Ryan Gordon is a true and correct copy of Ms. Silva's phone records (0058).

8. Plaintiffs' Master Log includes Ms. Silva's phone records (6789) indicating calls with Ms. Macfarlane (1024) and Mrs. Muse (9107). To reduce the volume of exhibits, Plaintiffs' refer to Ms. Macfarlane phone records (1024) and Mrs. Muse phone records (9107) to verify communication with Ms. Silva through this number (6789).

9. Attached as **Exhibit 29** to the Declaration of Ryan Gordon is a true and correct copy of Mrs. Muse's phone records (9107).

10. On the evening of June 25, 2022, Plaintiffs removed Cedar from the Shasta District Fair, as alleged in Plaintiffs' Second Amended Complaint (SAC), ¶ 35.

11. Sometime on June 27, 2022, third-party Bleating Hearts published an Instagram post concerning Plaintiffs and Cedar that subsequently went viral ("Viral Instagram Post"). Attached as **Exhibit 1** to the Declaration of Ryan Gordon is a true and correct copy of the Viral Instagram Post.

12. Mr. Macfarlane's phone records (1024) contain conversations and text messages with a telephone number ending in 3769. As set forth in greater detail in the Declaration of Ryan Gordon ¶ 69, Mr. Macfarlane states this number belongs to Mr. Bruce Ross, an employee of Senator Dahle. Attached

ADVANCING LAW FOR ANIMALS

as **Exhibit 27** to the Declaration of Ryan Gordon is a true and correct copy of text messages between Mr. Ross and Mr. Macfarlane, obtained from Mr. Ross.

13. Attached as **Exhibit 3** to the Declaration of Ryan Gordon is a true and correct copy of Mrs. Long's Offer to Pay Damages, included among a chain of emails between Ms. Silva and Mr. Francesconi.

14. Attached as **Exhibits 5, 8, 16-18** to the Declaration of Ryan Gordon are true and correct copies of text messages between Ms. Silva and Mr. Macfarlane.

15. On June 27 at 11:42 am, Mr. Flores (5038) called Ms. Silva (0058). Mr. Flores' confirmed the number ending in 5038 belonged to him in deposition testimony. Attached as **Exhibit 22** to the Declaration of Ryan Gordon is a true and correct copy of the portion of Mr. Flores' deposition testimony confirming this phone number. Mr. Flores' deposition testimony further explains that he viewed the Viral Instagram Post about one month after it was posted, sometime in July, as set forth in further detail in Gordon Decl. ¶ 74 (citing Ex. 22 (Flores Dep. 48:22-51:19)).

16. Mrs. Muse's phone records (9107) contain conversations with a telephone number ending in 3888. This number appears on a publicly-available document titled "STATEMENT OF CANDIDACY FOR STATE ASSEMBLY, 1ST DISTRICT BRIAN DAHLE[.]" (Capitalization in original). This document describes the phone number listed in Mrs. Muse phone records (9107) as Senator Dahle's cell phone. Attached hereto as **Exhibit 33** is a true and correct copy of STATEMENT OF CANDIDACY FOR STATE ASSEMBLY, 1ST DISTRICT BRIAN DAHLE, redacted in part for privacy.

17. On June 28, 2022 at 1:31 pm, Ms. Silva emailed Mrs. Long, rejecting Plaintiffs' Offer to Pay Damages and stating, "I have spoken with the California Department of Food and Agriculture and they have informed me that for the good of all we have to stick to the State Rules. You will need to bring the goat back to the Shasta District Fair immediately." Attached as **Exhibit 3** to the Declaration of Ryan Gordon is a true and correct copy of this email, among a longer chain of correspondence between Ms. Silva and Mr. Francesconi.

18. Attached as **Exhibit 3** to the Declaration of Ryan Gordon is a true and correct copy of email correspondence between Ms. Silva and Mr. Francesconi.

19. Attached as **Exhibit 6** to the Declaration of Ryan Gordon is a true and correct copy of hand-written notes, drafted by Ms. Silva, regarding this matter.

20. On June 29, 2022 at 9:49 am, Mrs. Long emailed Ms. Silva her Notice of Civil Claim and Intention to sue. Attached as **Exhibit 4** to the Declaration of Ryan Gordon is a true and correct copy of this email.

21. Mrs. Silva's phone records (0058) contain conversations with a telephone number ending in 5365. Attached as **Exhibit 22** to the Declaration of Ryan Gordon is a true and correct copy of the portion of Mr. Flores' deposition testimony confirming this phone number belongs to Mr. Francesconi.

22. Attached hereto as **Exhibit 34** is a true and correct copy of Lieutenant Fernandez's Original Narrative, included in the Shasta County Sheriff's Office Incident report related to Plaintiff Long, produced by Lieutenant Fernandez in discovery. To reduce the volume of exhibits filed in opposition to Mr. Flores' Motion to Quash and in support of Plaintiffs' Motion to Compel, I have included in this exhibit only the title page and pages relevant to Plaintiffs' Master Timeline, indicating Ms. Silva emailed Lieutenant Fernandez various documents, including Mrs. Long Offer to Pay Damages and Notice of Civil Claim and Intention to Sue.

23. Both Mrs. Muse (9107) and Mr. Macfarlane communicate with phone numbers ending in 2493 and 8333. As set forth in greater detail in the Declaration of Ryan Gordon ¶ 86, both of these phone numbers belong to Lieutenant Fernandez.

24. Attached as **Exhibit 11** to the Declaration of Ryan Gordon is a true and correct copy of text messages between Mr. Macfarlane and Mrs. Muse.

25. Attached hereto as **Exhibit 34** is a true and correct copy of Lieutenant Fernandez's Original Narrative, included in the Shasta County Sheriff's Office Incident report related to Plaintiff Long, produced by Lieutenant Fernandez in discovery. To reduce the volume of exhibits filed in opposition to Mr. Flores' Motion to Quash and in support of Plaintiffs' Motion to Compel, I have included in this exhibit only the title page and pages relevant to Plaintiffs' Master Timeline, indicating, among other things, Lieutenant Fernandez went to Mrs. Long's house on June 29, 2022 at around 5:20 pm; he seized Cedar from a third-party location on July 8 at around 9 pm; he turned Cedar over to Mr.

ADVANCING LAW FOR ANIMALS

Macfarlane at July 9 at around 12:30 am; and he modified his Original Narrative a final time on June 26 at 12:14 pm.

26. Attached as **Exhibit 15** to the Declaration of Ryan Gordon is a true and correct copy email correspondence between Ms. Silva and Mrs. Muse.

27. To reduce the volume of exhibits filed in opposition to Mr. Flores' Motion to Quash and in support of Plaintiffs' Motion to Compel, I hereby incorporate by reference **ECF 39-21**, DECLARATION OF RYAN R. GORDON IN SUPPORT OF COUNTER-DEFENDANT JESSICA LONG'S ANTI-SLAPP MOTION TO STRIKE COUNTERCLAIMS OF MELANIE SILVA AND BJ MACFARLANE PURSUANT TO CAL. CIV. PROC. CODE § 425.16. In support of Plaintiffs' Master Log, I specifically incorporate by reference ¶¶ 5-17, detailing Mr. Gordon's repeated communications with the Shasta County Sheriff's Department and Shasta County Counsel from July 15-July 27, 2022.

28. Mr. Macfarlane's phone records (1024) contain conversations with a telephone number ending in 4463. As set forth in greater detail in the Declaration of Ryan Gordon ¶ 60(f), this telephone number belongs to Bowman Meat.

29. Attached as **Exhibit 28** to the Declaration of Ryan Gordon is a true and correct copy of internal email correspondence of Senator Dahle's staff.

30. Attached as **Exhibit 23** to the Declaration of Ryan Gordon is a true and correct copy of text messages between Mrs. Muse and Lieutenant Fernandez.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2024.

By: /s/Vanessa Shakib
Vanessa Shakib

# PROOF OF SERVICE

I, Ryan Gordon, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 407 N. Pacific Coast Hwy. #267, Redondo Beach, CA 90277.

On June 19, 2024, I served on the interested parties in this action the following document(s) described as **DECLARATION OF VANESSA SHAKIB IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL (ECF 78, 85) AND IN OPPOSITION TO MR. FLORES' MOTION TO QUASH (ECF 87)**

☒ By placing ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| CHRISTOPHER M. PISANO, christopher.pisano@bbklaw.com DAMIAN A. NORTHCUTT, Damian.Northcutt@bbklaw.com JULIA HERNANDEZ Julia.Hernandez@bbklaw.co BEST BEST & KRIEGER LLP 300 South Grand Avenue 25th Floor Los Angeles, California 90071 | JOHN C. BRIDGES CALIFORNIA DEPARTMENT OF JUSTICE Tort and Condemnation Section 1300 I Street, Suite 1210 Sacramento, CA, 95814 **John.Bridges@doj.ca.gov** |
| VERIZON C/O Verizon Security Subpoena Compliance 180 Washington Valley Road Bedminster NJ 07921 Fax: 1.888.667.0028. | Ian Collins, Esq. ian.collins@rswslaw.com Tonya.hamilton@rswslaw.com |

☒ **BY FAX**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth for Verizon at its request.

☐ **OVERNIGHT DELIVERY**: I deposited such envelope in a facility regularly maintained by ☒ FEDERAL EXPRESS with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS authorized to receive documents at 407 N. Pacific Coast Hwy, #267, Redondo Beach, CA 90277 with delivery fees fully provided for.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: The document(s) was sent from e-mail address rgordon@advancinglawforanimals.org to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ [Federal]   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 19, 2024, at Los Angeles, California.

                                                 /s/Ryan Gordon
                                                 Ryan Gordon