# EXHIBIT 1

DocuSign Envelope ID: C6741AE2-FC13-4809-B586-98FB2FAB7D21

## ATTACHMENT "A"





**bleatingheartsfarm** · Follow

henrymoodie · Original Audio



**bleatingheartsfarm** UPDATE: Senator Brian Da
problem allowing Eliza to keep her goat and v
donate him back to her care. The fairgrounds
pardon him from slaughter and drop charges.
her forgiveness and to please pardon this bat

Shatsa District Fair
PH: 530-▮▮▮▮
FX: 530-▮▮▮▮
ceo@▮▮▮▮▮▮▮.com

We desperately need the help of our commur
this goat from a baby and fell absolutely in lo·
nor her mother had any idea that entering hir
a terminal auction until it was too late. Her go
senator Brian Dahle @briandahleca. Her moth
everything she possibly could to keep him saf
him hours away to find him a new home. know
have been fees involved. but had no idea that
felony.

We are asking for Shasta District Fairgrounds
their heart to forgive this family for trying to k
give him a better life, and show their daughte
in the world, that love will prevail. This little gi
best for him.

Her goat is now back on the way to the fairgr
fairgrounds he will be slaughtered as fast as p
in their possession. Please find it in your heart
goat. Please help be the change to allow for li
wants him to go into fire prevention for our b
him live out his 15+ years. Please.

  

**268 likes**

JUNE 27

 Add a comment...

Form Approved for Optional Use
Shasta County Superior Court

**SEARCH WARRANT AND AFFIDAVIT**

Page **13** of **15**

CF-0060 [September 5, 2019]

ASHB000147