# EXHIBIT 2

**Billing period** Jun 20, 2022 to Jun 19, 2022  |  **Account #** ███████████1  |  **Invoice #** 9504725211

0058

# Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|--|-----------------|------------------|-------|
| Jun 27 | 11:42 AM | ███5038 | ███ | Incoming, CL | 2 | Flores | -- | -- | -- |
| | | ███ | ███ | ███ | 1 | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | 1 | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| Jun 28 | 8:23 AM | ███1024 | ███ | Incoming, CL | 7 | Macfarlane | -- | -- | -- |
| | ███ | ███ | ███ | ███ | 1 | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | 6 | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| Jun 28 | 11:07 AM | ███1024 | ███ | Incoming, CL | 2 | Macfarlane | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| Jun 28 | 11:19 AM | ███1024 | ███ | Incoming, CL | 9 | Macfarlane | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| Jun 29 | 9:22 AM | ███5038 | ███ | Incoming, CL | 4 | Flores | -- | -- | -- |
| Jun 29 | 9:26 AM | ███1024 | ███ | VM Deposit, CL | 1 | Macfarlane | -- | -- | -- |
| Jun 29 | 9:35 AM | ███1024 | ███ | Chico, CA | 5 | Macfarlane | -- | -- | -- |
| | | | ███ | | 1 | | -- | -- | -- |
| Jun 29 | 10:07 AM | ███5038 | ███ | Incoming, CL | 6 | Flores | -- | -- | -- |
| Jun 29 | 10:13 AM | ███1024 | ███ | VM Deposit, CL | 1 | Macfarlane | -- | -- | -- |
| Jun 29 | 10:21 AM | ███1024 | ███ | Incoming, CL | 7 | Macfarlane | -- | -- | -- |
| Jun 29 | 11:04 AM | ███5038 | ███ | Incoming, CL | 8 | Flores | -- | -- | -- |
| Jun 29 | 11:20 AM | ███9107 | ███ | Incoming, CL | 2 | Muse | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| Jun 29 | 11:24 AM | ███9107 | ███ | Redding, CA | 5 | Muse | -- | -- | -- |
| Jun 29 | 11:29 AM | ███5365 | ███ | Incoming, CL | 4 | Franceseoni | -- | -- | -- |
| | ███ | ███ | ███ | ███ | 1 | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| Jun 29 | 11:55 AM | ███9107 | ███ | Incoming, CL | 2 | Muse | -- | -- | -- |
| | ███ | ███ | ███ | ███ | 1 | | -- | -- | -- |
| Jun 29 | 12:14 PM | ███1024 | ███ | Incoming, CL | 4 | Macfarlane | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| Jun 29 | 2:29 PM | ███2493 | ███ | Incoming, CL | 18 | Fernandez | -- | -- | -- |
| Jun 29 | 2:55 PM | ███2493 | ███ | Incoming, CL | 1 | Fernandez | -- | -- | -- |
| Jun 29 | 4:23 PM | ███9107 | ███ | Incoming, CL | 4 | Muse | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |
| | ███ | ███ | ███ | ███ | █ | | -- | -- | -- |

0058

# Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | -- | -- | -- | -- |
| Jun 30 | 2:17 PM | ████9107 | ███████ | Incoming, CL | 3 | Muse -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | -- | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | 1 | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | 1 | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | 1 | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | 1 | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | 1 | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | 1 | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | 1 | -- | -- | -- |
| ███ | ████ | ███████ | ███████ | ███████ | █ | -- | -- | -- |

**Billing period** Jul 20, 2022 to Aug 19, 2022 | **Account #** ███████████ | **Invoice #** 9512808400

0058

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| Aug 9 | 1:01 PM | 1024 | | VM Deposit, CL | 2 | Macfarlane | -- | -- |
| Aug 9 | 2:50 PM | 1024 | | Incoming, CL | 6 | Macfarlane | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |
| | | | | | 1 | -- | -- | -- |