# EXHIBIT 6

Kay Delafoza

CAL0ZA0700

8/30

TRin shas

Mike Francesconi ███████

9/1  1050A  Rehund
No Comment
or Refer to colfa legal

Sells in 4788 felony theft of livestock donated
Kathie Muse
Eureka
— Secretary —
Take $ instead?

Mike Francesconi
DA
local Sheriff transpired
15-20 min
Back owner wont press charges
lawyer pro bono

Jessica ███████
Skiing  Lt Jerry Fernandez

Bio on Insta
6

Mike Francesconi
█████████████

Bobby Wadkins
63

VM 6/28 4:17P
Flores 6/21 local Sheriff

* 6/28 9:10A

   pup goat
   don't pursue charges
   if large group back off
   don't comment
   forward Sharon

6/29 9:10A spoke w/him no response next step? will get back w/Flores

* No policy - no religion - Blanket = discrimination
   not known controversial - ask legal
      not sued for discrimition

Can we put
4 leave early - not complying