# EXHIBIT 8

**Melanie**

> Yes

> I emailed Mike and left a voicemail but he didn't reply.

> Just saw voicemail I emailed Orlando list Monday but will do it again first thing tomorrow

Jun 29, 2022 at 8:51 AM

> Good morning. Any word from your goat lady ?

> No
> You either I take it?

> I told her 10. Kathy is pissed now too cause

**Melanie**

> I told her 10. Kathy is pissed now too cause technically she owns the goat. You want to call chp or you want me to?

Can you call me please ur voicemail is full

Call me please

> Goat Theif

We are contacting the Sheriff for the goat waiting for a call back

> 👍

I available today if they

7:53

**Melanie**

need someone to haul it? Just so I am prepared if they do

I can keep you posted on that part too

Or Jerry Fernandez is going to call you for info on goat please pickup if you can

Lt Jerry Fernandez with Sherriffs office

J▮▮▮▮▮▮▮▮@co.Shasta

Jul 1, 2022 at 11:03 AM

Hey BJ I have lamb 215 & 251 I have no information