# EXHIBIT 10

# In The Matter Of:

*LONG vs.*
*FERNANDEZ*

*KATHIE MUSE*
*November 13, 2023*

*Challe, Fisher & Morfin*
*1828 South Street*
*Redding, California  96001*
*(530)246-0942*
*cfmdepos@att.net*

Original File K. Muse.txt
**Min-U-Script® with Word Index**

```
 1                UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF CALIFORNIA

 3                   SACRAMENTO DIVISION

 4  E.L., a minor, by and through      )
    her general guardian, JESSICA      )
 5  LONG; JESSICA LONG, an             )
    individual,                        )
 6                                      )
                        Plaintiffs,    )
 7                                      )  NO. 2:22-cv-01527-
       vs.                              )  DAD-AC
 8                                      )
    LIEUTENANT JERRY FERNANDEZ,        )
 9  individually and in his            )
    individual capacity as Sheriff     )
10  for the County of Shasta;          )
    DETECTIVE JACOB DUNCAN,            )
11  individually and in his            )
    individual capacity as Sheriff     )
12  for the County of Shasta;          )
    DETECTIVE JEREMY ASHBEE,           )
13  individually and in his            )
    individual capacity as Sheriff     )
14  for the County of Shasta;          )
    SHASTA DISTRICT FAIR AND EVENT     )
15  CENTER, a district agricultural    )
    association; COUNTY OF SHASTA;     )
16  SHASTA COUNTY SHERIFF'S            )
    DEPARTMENT; Melanie Silva, in      )
17  her individual capacity; BJ        )
    MACFARLANE, in his individual      )
18  capacity; and DOES 1 through       )
    10,                                 )
19                                      )
                        Defendants.    )
20  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
                        ---oOo-
21            MONDAY, NOVEMBER 13, 2023

22                    9:03 a.m.

23        VIDEOTAPED DEPOSITION OF KATHIE MUSE

24                    ---oOo---

25       Reported by:  CAROL J. CHASE, CSR No. 13538
```

**KATHIE MUSE**

|   |   |   |
|---|---|---|
| 1 | A | What do you mean by "campaigned"? |
| 2 | Q | I don't know.  Campaign is a broad |

definition, going out and trying to wrangle up votes

for him, vote for Dahle, hand people flyers,

09:40:10  anything like that?

|   |   |   |
|---|---|---|
| 6 | A | I've hung a -- a banner up. |
| 7 | Q | Yeah.  Okay.  Did you work in his campaign |

office ever?

|   |   |   |
|---|---|---|
| 9 | A | No. |

09:40:21 10   Q   No?  Okay.  How often do you see

11  Brian Dahle?

|   |   |   |
|---|---|---|
| 12 | A | Once every three months. |
| 13 | Q | Sounds like that's on a schedule.  Is that |

14  for something specific?

09:40:30 15   A   No, it's just -- I happen -- about once

16  every three months, we talk on the phone.

|   |   |   |
|---|---|---|
| 17 | Q | I see.  I see.  Okay.  And -- okay.  But |

your relationship, you'd say, is -- is social?

You're not doing any business with him or anything

09:40:43 20  like that?

|   |   |   |
|---|---|---|
| 21 | A | Correct. |
| 22 | Q | Okay.  Okay.  Are you friends with his wife |

23  also?

|   |   |   |
|---|---|---|
| 24 | A | Yes. |

09:40:55 25   Q   Okay.  How long have you known her?

## KATHIE MUSE

```
      1        A      Approximately the same amount of time.

      2        Q      Did you meet them at the same time?

      3        A      Yes.

      4        Q      Okay.  Through -- you can't recall but
09:41:05  5   presumably some fundraiser?

      6        A      Yes.

      7        Q      Okay.  All right.  And same thing.  Social
      8   relationship, you're friends with her?

      9        A      Correct.

09:41:16 10        Q      Okay.  All right.  Do you -- do you talk
     11   with her every three months or so also?

     12        A      I probably talk to her more often than
     13   Brian.  So probably one every six weeks I talk to
     14   Megan.

09:41:30 15        Q      Okay.  Have you have spoken to them about
     16   this case?  Or let's say, have you spoken to
     17   Brian Dahle about this case?

     18        A      Yes.

     19        Q      What did you discuss?

09:41:43 20        A      When it first happened, I first told him
     21   that he was the one who purchased the animal.

     22        Q      You told him he was the one that purchased
     23   the animal.

     24        A      And then donated it back to the barbecue.

09:41:57 25        Q      Okay.  What was his reaction?
```

**KATHIE MUSE**

```
 1            So did you have any conversations with him
 2    after that point about this matter?
 3        A    Possibly.  I -- we talk about quite a few
 4    things.
09:44:01  5   Q    Do you remember any?
 6        A    I just told him it was still an ongoing
 7    case.
 8        Q    An ongoing case.  What do you -- what did
 9    you mean by that?
09:44:09 10   A    He asked me if anything had happened with
11    it, and I said it's still ongoing last I heard, and
12    that was approximately four months ago.
13        Q    Okay.  Did you have any conversations with
14    him about for matter between the time of June 30th
09:44:24 15   to, let's say, August 31st, which is the date the
16    lawsuit was filed?
17        A    Conversations regarding what?
18        Q    Regarding Cedar, Jessica Long, anything
19    like that?  His -- the bid you were just talking
09:44:39 20   about?
21        A    No.
22        Q    No?  Okay.  So from June 30th to the date
23    the suit was filed, no conversations with him?
24        A    Not that I recall.
09:44:48 25   Q    Okay.  Did you have any conversations with
```

## KATHIE MUSE

1          What is your cell phone number and your

2     carrier?

3          A     My personal cell phone?

4          Q     Whoever you were speaking with about these

11:54:46  5     events, whatever number you used?

6          A          ██████████9107.

7          Q     Okay.  And what's your carrier?

8          A     Verizon.

9          Q     Verizon.  Okay.  Okay.  All right.  Did you

11:55:07 10     ever speak with a Chad Fowler in -- in relation to

11     Jessica removing Cedar?

12          A     No.

13          Q     No.  You know who he is, though, correct?

14          A     Yes.

11:55:18 15          Q     Okay.  All right.  Have you ever met him?

16          A     Yes.

17          Q     Okay.  All right.  And you re- -- did you

18     reach out to him at all?

19          A     Yes.

11:55:24 20          Q     Okay.  And did he not respond?

21          A     I did talk to him once.

22          Q     You just testified a moment ago you didn't

23     speak with him.  You did speak with him.

24          A     No.  That's not what you asked me when you

11:55:36 25     asked me did I speak with him.

**KATHIE MUSE**

```
 1    property -- or the -- or 4-H barbecue's property or

 2    whoever's property is it.  Why are you waiting

 3    before the DA tells you what to do?

 4         A     Because we were told not to depose of the

 5    goat until they told us to.
13:45:38

 6         Q     Who told you had not to dispose of the

 7    goat?

 8         A     The sheriff's and the DA's office.

 9         Q     They told you not to dispose of the goat?

10         A     Correct.
13:45:47

11         Q     Okay.  And when about was that?

12         A     I don't know.

13         Q     Before this text?

14         A     I'm assuming it was before the text,

15    because it was after the barbecue.
13:45:53

16         Q     Okay.  Okay.  So sometime between July 9th

17    and July 11th you're told by the sheriff and the DA

18    not to -- not to kill Cedar?

19         A     Correct.

20         Q     Okay.  Okay.  Did they tell you or B.J.?
13:46:05

21         A     B.J.

22         Q     B.J.  Okay.  And he communicated to you.

23    Okay.  Okay.  All right.  Okay.  So -- so -- okay.

24         Did you know of that through any other way

25    other than this text?
13:46:28
```

**KATHIE MUSE**

```
 1     you assume he was -- was figuring out before --
 2         A     I --
 3         Q     -- you went?
 4         A     -- have no clue.
13:50:53  5   Q     Okay.  Did the DA ever tell you, green
 6     light, you guys can go through with the slaughter?
 7         A     They did not tell me that, no.
 8         Q     Did they tell B.J.?
 9         A     Yes.
13:51:04 10   Q     Okay.  The DA did tell B.J.?
11         A     I don't know if it was the DA.
12         Q     Okay.  But someone from law enforcement in
13     your mind did.  So either the sheriff's, the DA; is
14     that what you're telling me?
13:51:11 15   A     Correct.
16         Q     Okay.  Did you think at that point in time
17     if they had to do all of that that ownership might
18     be in question?
19         A     No.
13:51:17 20   Q     No?  Why not?
21         A     Because I -- in my mind in my opinion, the
22     barbecue was the one who owned the goat.
23         Q     Okay.  But if they had -- if the DA and the
24     sheriffs presumably had to go through some analysis
13:51:34 25   to figure out who did, did that -- did that tell you
```

**KATHIE MUSE**

```
 1   their company.
 2        Q     Oh, why -- why is it a shit show?
 3        A     Because they're very disorganized.
 4        Q     Okay.  All right.  Okay.  All right.  And
13:52:26  5  then you write, "Good news finally."  Yes, Cedar is
 6   dead.  Awesome.
 7        A     No, that's not what I thought.
 8        Q     What did you mean by that "Good news
 9   finally" then?
13:52:39 10       A     That there was going to be finally an end
11   to this.
12        Q     Ah, okay.  All right.  "Yes, they have been
13   that way" -- now, you're talking about Bowman's
14   here, right?  "They have been that way for years
13:52:52 15  always amazed they are still in business."  Okay.
16   You are -- the second sentence is talking about
17   Bowman, I assume, yes?
18        A     Yes.
19        Q     Okay.  Then please "don't forget to save
13:53:02 20  the ear tags."  Did you -- did you ever receive
21   Cedar's ear tags?
22        A     No.
23        Q     Who has them?
24        A     My understanding is B.J. has 'em.
13:53:10 25       Q     Okay.  Why would -- why would you want them
```

**KATHIE MUSE**

1    saved?

2        A        Because we were told to make sure we saved

3    the ear tags.

4        Q        Who told you that?

13:53:21  5        A        I -- I was not told that.  I was told from

6    B.J. that the DAs and the sheriffs office, I don't

7    know which department, had told him to make sure

8    that we save the ear tags.

9        Q        Okay.  Do you know when the sheriffs told

13:53:35  10   him that?

11       A        No.

12       Q        Okay.  How were you told?

13       A        B.J. told me.

14       Q        B.J. told you.  Do you know when he told

13:53:41  15   you?

16       A        No.

17       Q        Okay.  Was it -- it must have been in

18   person or over the phone, though, because it's not

19   on this text chain.

13:53:49  20       A        Yes.

21       Q        About -- this is July 28th.  Do you know

22   about how much before this period of time you

23   knew -- knew that?

24       A        I was assuming that it was when they told

13:53:58  25   us that we could have the -- the goat butchered.

**KATHIE MUSE**

1   that you learned -- or you inferred from this

2   statement that the DA was okay with it.  Is that

3   your testimony?

4       A      Yes.

13:54:59 5       Q      Okay.  So B.J. never told you over the

6   phone.  Fernandez never told you.  Sheriff never --

7       A      Not that I recall, no.

8       Q      -- told you.  None of the DAs ever told

9   you.  Okay.  All right.  Okay.  All right.

13:55:10 10          And B.J. still has the ear tags to your

11   knowledge?

12       A      To my knowledge, yes.

13       Q      Okay.  So Cedar was alive till the 28th.

14   Okay.  And what -- what had hap -- what happened to

13:55:21 15   him afterwards after he was killed?

16       A      He was given back to the Shasta Live- --

17   Junior Livestock Auction board.  He was given back

18   to the Junior Livestock Auction.

19       Q      What?  As cuts?

13:55:40 20       A      I'm assuming.

21       Q      Well, it's your -- you're claiming it's

22   your goat for the fair.  What happened to your

23   property or to the fair's property?

24       A      They replaced it to me for the barbecue.

13:55:52 25   The fair board or the Junior Livestock Auction

**KATHIE MUSE**

1    replaced that fair to us -- or replaced Cedar so

2    that we had a goat at the auction.

3         Q    I see.  So Cedar was just given back.  Is

4    he in a freezer somewhere or was he served or --

13:56:08  5    A    I have no --

6         Q    -- what?

7         A    And he was not served --

8         Q    So he --

9         A    -- at the barbecue.

13:56:13 10    Q    So did he even go to any of -- anyone's

11   plate, or is he -- was he just killed to go back to

12   Shasta -- to the fair as reimbursement?

13        A    I don't know what happened.  My

14   understanding, what I was told was he went back to

13:56:28 15   somebody that had a problem with another goat that

16   had been butchered.  So we, in turn, replaced Cedar

17   with that goat.

18        Q    Okay.  So Cedar went out -- was replacement

19   meat for someone else?

13:56:41 20    A    Yes.

21        Q    Okay.  When you say that the Junior

22   Livestock Auction, you -- you mean the -- you mean

23   the -- the fair, correct?

24        A    Well, I call it the Junior Livestock

13:56:54 25   Auction.  I don't know how they -- I don't know what

**KATHIE MUSE**

1    green light to move forward with a slaughter or --

2    or something from the -- the DA, correct -- or the

3    DA or the sheriff's, correct?

4         A     Correct.

14:47:39 5         Q     All right.  And I might have asked you this

6    and I'm sorry.  But what barbecue, if it was a

7    barbecue, I'm not sure, but what barbecue did Cedar

8    ultimately get swapped out for?  If it wasn't a

9    barbecue, correct me, but you said he was swapped

14:47:54 10   out for some other event with -- do you recall what

11   I'm talking about?  You said -- I said where did his

12   cuts go, and you said he was swapped in because some

13   other goat wasn't available.

14        A     To one of the buyers at the Junior

14:48:05 15  Livestock Auction.

16        Q     Oh, it was a buyer --

17        A     Yeah.

18        Q     -- not an actual event?

19              Okay.  Okay.  I'm sorry.  I thought -- I

14:48:09 20  misunderstood.  I thought it was another barbecue or

21   something like that.  Okay.  So he just went to an

22   individual -- to a private -- a private party then

23   is your understanding?

24        A     My understanding, yes.

14:48:18 25        Q     Okay.  Do you know who that private party

**KATHIE MUSE**

1    was?

2        A      No.

3        Q      Okay.   Do you know who would know?

4        A      Probably the Shasta District Fair.

14:48:30 5     Q      Okay.   Do you know who there would know in

6    particular at the fair --

7        A      Excuse me.   Can you say that again?

8        Q      Who at the fair would be -- what person at

9    the fair would know?

14:48:50 10    A      Probably Melanie.

11       Q      Probably Melanie.  All right.  Okay.  So

12   and then you -- your first text chain that we have

13   with the -- the ones that are not on your phone

14   beginning on August 31st with Fernandez and that was

14:49:06 15  the first -- those are the first -- were there any

16   texts before that point that you can recall?

17       A      I don't remember.

18       Q       Okay.  All right.  Okay.  So prior to that

19   point in time -- prior to August 31st, which is the

14:49:17 20  day the lawsuit was filed, you were -- I'm assuming

21   during that time you were having B.J. speak with

22   either the sheriff -- we didn't know which

23   sheriff -- but you're -- you're having B.J. speak

24   with the sheriff for you or the DA and you didn't

14:49:35 25  reach out to them beforehand before --

```
 1                    PENALTY OF PERJURY

 2

 3          I, the undersigned, hereby certify that I

 4    have read the foregoing deposition, that I know the

 5    contents thereof, and I declare under penalty of

 6    perjury under the laws of the State of California

 7    that the foregoing is true and correct.

 8

 9          Executed on _____, 2023.

10

11

12

13                    _____

                      KATHIE MUSE
14                        ---o0o---

15

16

17

18

19

20

21

22

23

24

25
```

1        **CERTIFICATE OF REPORTER**

2

3        I, CAROL J. CHASE, a Certified Shorthand

4    Reporter, licensed by the State of California,

5    License No. 13538, being empowered to administer

6    oaths and affirmations pursuant to Section 2093 (b)

7    of the Code of Civil Procedure, do hereby certify:

8        That the witness in the foregoing deposition,

9    KATHIE MUSE, was present at the time and place

10   specified and was by me sworn to testify to the

11   truth, the whole truth, and nothing but the truth;

12       That said proceeding was taken before me in

13   shorthand writing, and was thereafter transcribed

14   under my direction by computer-aided transcription;

15   That the foregoing transcript constitutes a full,

16   true, and accurate record of the proceeding which

17   took place; That I am not of counsel or attorney for

18   any of the parties hereto, or in any way interested

19   in the event of this cause, and that I am not

20   related to any of the parties hereto.

21       IN WITNESS WHEREOF, I have hereunto subscribed

22   my signature on this 25th day of November, 2023.

23

24

25   _____
                    CAROL J. CHASE
                    ---oOo---

REDDING, CA      CHALLE, FISHER & MORFIN      (530) 246-0942