# EXHIBIT 17





Serene

Thank you

We are a non profit 😳 🤣 🤣 🤣

Jul 25, 2022 at 3:33 PM

Jul 25, 2022 at 6:09 PM

Crisis adverted. Hawes misunderstood what ever they said. They said they would process the rabbits for hawes. Please have Hawes call Julie at number you gave me.

Phew!  Thanks!