# EXHIBIT 20



OUR COUNTY ▼    DEPARTMENTS ▼    DOING BUSINESS ▼    HOW DO I? ▼

# Sheriff's Office

- Sheriff's Office Home
- Sheriff's Office Command Staff
- Animal Regulations
- ➕ Boating Safety
- ➕ CCW Information
- ➕ Civil Unit
- Coroner
- ➕ Enforcement
- Investigations
- Career Opportunities
- Marijuana Regulations
- ➕ Office of Emergency Services

## Reserve Program

The Shasta County Deputy Sheriff Reserves are volunteer non-paid sworn deputies who have limited police powers. Currently the Sheriff's Office has both Level I and Level II Reserve Officers who assist and support our law enforcement patrol function.



### There are three levels of reserves:

- **Level III** - Has completed Level III Module (162 hours), uniformed and unarmed, must be fully supervised by Level I
- **Level II** - Has completed the Level III and Level II Modules (386 hours), uniformed and armed, can transport prisoners, and must be fully supervised by Level I. Must complete 24 hours of Continual Professional Training every two years
- **Level I** - Has completed the Basic Post Academy (664 hours), they are uniformed and armed, have completed a field training program (400 hours), and must complete 24 hours of Continual Professional Training every two years

Reserve Officers commit to at least 16 hours of reserve service per month (12 of which are duty time and 4 hours of training).

A special Field Training Program has been developed for the Reserve. All Reserves are kept up to date in training, policies and procedures of the department. Upon entering the Unit, Reserves go through a period where they work in or visit all departments of the Sheriff's Office. Future plans are to have a two man Reserve Patrol Unit on the streets to assist and back up the regular deputies and respond to non-emergency calls for service.

Reserves come from all walks of life. Some come from the business community where they have a career, but want to be in law enforcement. Some are retired law enforcement officers, others have been through the police academy and are looking for some experience before hiring on to an agency.

A quote from the Santa Clarita Valley Uniformed Reserve Company #6:

*"You wouldn't go in there for a million bucks. A cop does it for a lot less. A Reserve does if for free."*

If you would like to become a Shasta County Deputy Sheriff Reserve, please call the Reserve Coordinator, Jerry Fernandez at (-6087 or -2493.

