# EXHIBIT 23

iMessage
Wed, Aug 31, 5:39 PM

Is the da going to do anything with the goat?

Are you available for a phone call tomorrow mid morning

Yup

Sounds good call you tomorrow



Thu, Sep 1, 12:37 PM

I haven't forgotten to call you. Just busy I will call as soon as I can. Thanks

call. Thanks

No problem whenever you get a chance thanks

Fri, Sep 2, 4:15 PM

Hi Jerry this is Kathie Muse did the DA decide to do anything today with the goat?

Not at work today. I will have a bitter answer Tuesday next week. Have a good weekend

Fri, Sep 9, 5:40 PM

Hi Jerry hate to bother you on a weekend eve but did the da do anything?

Fri, Sep 9, 6:48 PM

I will call you in a little bit.

Ok

Thu, Sep 15, 1:23 PM

Hi Jerry any word on the DA? I just had the Sacramento bee call

Thu, Sep 15, 3:50 PM

Afternoon. Someone from the da office should be calling you and giving you an update

Delivered

Thanks very much

Fri, Sep 23, 10:53 AM

Hi Jerry can you call me back I was having problems with my phone and got it fixed thanks Kathie muse