# EXHIBIT 24

1  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
2  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
3  DAMIAN A. NORTHCUTT, Bar No. 258183
   damian.northcutt@bbklaw.com
4  BEST BEST & KRIEGER LLP
   18101 Von Karman Avenue
5  Suite 1000
   Irvine, California 92612
6  Telephone:    (949) 263-2600
   Facsimile:    (949) 260-0972
7
   Attorneys for Defendants
8  COUNTY OF SHASTA; SHASTA COUNTY
   SHERIFF'S DEPARTMENT; LIEUTENANT JERRY
9  FERNANDEZ, DETECTIVE JACOB DUNCAN, and
   DETECTIVE JEREMY ASHBEE
10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13                   SACRAMENTO DIVISION

14

15 E.L., a minor, by and through her general    Case No. 2:22-cv-01527-DAD-AC
   guardian, JESSICA LONG; JESSICA LONG,
16 an individual,                                **DECLARATION OF DISTRICT**
                                                 **ATTORNEY STEPHANIE BRIDGETT**
17              Plaintiffs,
                                                 Action Filed:  August 31, 2022
18       v.                                      Trial Date:    October 7, 2024

19 LIEUTENANT JERRY FERNANDEZ, in his
   individual capacity; DETECTIVE JACOB
20 DUNCAN, in his individual; DETECTIVE
   JEREMY ASHBEE, in his individual capacity;
21 and DOES 1 through 10,

22              Defendants.

23

24

25

26

27

28

## DECLARATION OF DISTRICT ATTORNEY STEPHANIE BRIDGETT

I, Stephanie Bridgett, declare as follows:

1. I am the District Attorney of the County of Shasta. I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto.

2. Plaintiffs' counsel has inquired about my involvement/lack of involvement with the above-entitled action. I am providing this declaration to address this issue.

3. I am aware that the Shasta County Sheriff's Office conducted an investigation into the possible theft of a goat from the Shasta County District Fair ("Fair") in June of 2022.

4. During the investigation, between approximately June and July of 2022, I never spoke with, or communicated with anyone concerning the investigation, the goat, Jessica Long, or her daughter, E.L., aside from staff employed with my office.

5. During this same time period, I never directed the investigation, nor did I personally instruct anyone to obtain the goat, or to return him to the Fair, its employees, or anyone else.

6. I have been informed that the goat was obtained on July 8, 2022 and returned to Bruce MacFarlane ("BJ MacFarlane") on approximately the same day.

7. I have recently come to learn that the goat was held or housed by BJ MacFarlane between approximately July 8, 2022 and July 28, 2022. During this time period, I never called, texted, emailed, or communicated with BJ MacFarlane, or any other person, about housing or holding the goat.

8. Similarly, between June of 2022 and July 28, 2022, I never had any conversations with BJ MacFarlane, nor anyone else, as to whether to kill or keep the goat alive. I learned that the goat was returned to the Fair, but I was not informed that it was being held or house by BJ MacFarlane.

///

///

///

///

9. In approximately August or September of 2022, I had one meeting one time with Sheriff Michael Johnson and Lieutenant Jerry Fernandez about the filing of criminal charges against Jessica Long. That was the only issue discussed. Ultimately, my office declined to press charges against Jessica Long related to the removal of the goat from the Fair.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23 day of April, 2024, at Redding, California.

_____
STEPHANIE BRIDGETT

55398.00040\42188370.3

- 3 -

2:22-CV-01527-DAD-AC
DECLARATION OF DISTRICT ATTORNEY
STEPHANIE BRIDGETT

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612