# EXHIBIT 25

JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
damian.northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:   (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY
SHERIFF'S DEPARTMENT; LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB DUNCAN, and
DETECTIVE JEREMY ASHBEE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF SHERIFF MICHAEL JOHNSON**<br><br>Action Filed:   August 31, 2022<br>Trial Date:      October 7, 2024 |

## DECLARATION OF SHERIFF MICHAEL JOHNSON

I, Michael Johnson, declare as follows:

1. I am the Sheriff of the County of Shasta. I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto.

2. Plaintiffs' counsel has inquired about my involvement/lack of involvement with the above-entitled action. I am providing this declaration to address this issue.

3. To the best of my recollection, in approximately June of 2022, I was contacted by Lieutenant Jerry Fernandez ("Lt. Fernandez") regarding the possible theft of a goat from Shasta County District Fair ("Fair"). I asked that he conduct the investigation into the theft of the goat. Other than the request to investigate the possible theft, I did not give Lt. Fernandez any direction and left the entire investigation up to his discretion.

4. During the investigation, between approximately June and July of 2022, I occasionally received summary updates regarding the investigation from staff. However, I never spoke with, or communicated with Jessica Long, or her daughter, E.L. or anyone outside the Sheriff's Office.

5. During this same time period, I never directed Lt. Fernandez's investigation.

6. I have been informed that the goat was obtained on July 8, 2022.

7. I never called, texted, emailed, or communicated with Bruce ("BJ") MacFarlane, or any other person, about housing or holding the goat.

8. Similarly, between June of 2022 and July 28, 2022 I never had any conversations with BJ MacFarlane, nor anyone else, as to whether to kill or keep the goat alive. I was not informed that the goat was alive or dead, nor did I have any idea that he was being held or housed by BJ MacFarlane.

///
///
///
///

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\42188284.3

2:22-CV-01527-DAD-AC
DECLARATION OF SHERIFF MICHAEL JOHNSON

9. In approximately August or September of 2022, I had a meeting with District Attorney Stephanie Bridgett about this case. Lt. Fernandez joined the meeting via telephone. The meeting was about the filing of criminal charges against Jessica Long. I eventually learned the District Attorney did not intend to pursue charges against Jessica Long.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26 day of April, 2024, at Redding, California.

_____
MICHAEL JOHNSON

55398.00040\42188284.3                                   - 3 -                              2:22-CV-01527-DAD-AC
DECLARATION OF SHERIFF MICHAEL JOHNSON