# EXHIBIT 27

← **B** BJ MacFarlane

Monday, Jun 27, 2022 • 12:32 PM

BJ, I had a lovely time out at the fair last week, but I have this crazy email in my inbox from a mom who apparently liberated her daughter's goat, which was then purchased by Brian Dahle at the auction.

Your name was mentioned. Would you have a minute to discuss?

Monday, Jun 27, 2022 • 4:18 PM

BJ, fyi I spoke to Mrs. Long and told her he state owns the goat and we couldn't undo the sale if we wanted to. She said is trying to talk to lawyers seeking a loohole of some kind, but that she expects to bring it back tomorrow.

Hope it gets all cleared up with minimal added headaches.

Text message



10:50

← B  BJ MacFarlane

Monday, Jun 27, 2022 • 4:18 PM

BJ, fyi I spoke to Mrs. Long and told her he state owns the goat and we couldn't undo the sale if we wanted to. She said is trying to talk to lawyers seeking a loohole of some kind, but that she expects to bring it back tomorrow.

Hope it gets all cleared up with minimal added headaches.

Thank you.

Wednesday, Jun 29, 2022 • 6:13 PM

I hear a team was sent to retrieve the goat. Mission accomplished?

home and no goat

Ugh.



Capture more

← B **BJ MacFarlane**    🎥 📞 ⋮

Wednesday, Jun 29, 2022 • 6:13 PM

I hear a team was sent to retrieve the goat. Mission accomplished?

No one home and no goat

Ugh.

Wednesday, Aug 31, 2022 • 9:51 AM

BJ, good morning.

We got a call from Sam Stanton at the Sacramento Bee. Apparently the goat girl's mom or PETA friends are suing over the goat. Federal case. Unlawful search and seizure. Supposedly.

...says you are named in the ...plaint though you are not a ...ndant. Would you have any ...est in talk... to the reporter? ...s trying to ...unt down a



  

← **B** BJ MacFarlane

Wednesday, Aug 31, 2022 • 9:51 AM

BJ, good morning.

We got a call from Sam Stanton at the Sacramento Bee.  Apparently the goat girl's mom or PETA friends are suing over the goat.  Federal case.  Unlawful search and seizure.  Supposedly.

Sam says you are named in the complaint though you are not a defendant.  Would you have any interest in talking to the reporter?  (He is trying to hunt down a number for you.  I didn't share yours but told him I'd check if you are interested.)



**Sam Stanton**
View contact

If interested.

Are you kidding m̶e̶.̶ I'm call our



←   **B**   BJ MacFarlane    📹   📞   ⋮

are interested.)



**Sam Stanton**
View contact

If interested.

Are you kidding me? I'm call our sheriffs office. News to me.

I am not kidding.

Press release from the law firm.

https://www
.advancinglawforanimals.org/post
/sheriff-s-deputies-broke-the-law
-to-hunt-down-child-s-beloved
-goat-for-slaughter

↻

Tap to load preview

10:08 AM • SMS

🖼 Attach recent photo

    Text message