# EXHIBIT 28

▮▮▮▮
RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?
August 08, 2022 at 1:17 PM PDT
To: Ross, Bruce, ▮▮▮▮

No criminal charges ?

**From:** Ross, Bruce <▮▮▮▮>
**Sent:** Monday, August 8, 2022 12:03 PM
**To:** ▮▮▮▮
<▮▮▮▮>
▮▮▮▮
**Subject:** Re: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

Yes.  BJ got the goat back.

**Bruce Ross**
*District Director, **Senator Brian Dahle***
Office: ▮▮▮▮
▮▮▮▮

*"An opinion should be the result of thought, not a substitute for it." -- Frazz*

---

**From:** ▮▮▮▮
**Sent:** Monday, August 8, 2022 12:01:28 PM
**To:** Ross, Bruce <Bruce.Ross@sen.ca.gov>; ▮▮▮▮
▮▮▮▮
**Subject:** RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

So is the stolen goat issues over?

**From:** Ross, Bruce ▮▮▮▮
**Sent:** Monday, August 8, 2022 10:57 AM
**To:** ▮▮▮▮
▮▮▮▮
**Subject:** RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

4H/FFA fundraising barbecue, more than likely.  They just grill everything and the goat gets quite dry.  They should go for birria.

Which reminds me:  I finally took ▮▮▮▮▮▮▮▮▮▮' advice the other day and tried the quesabirria at Los Cachorros Taqueria on Athens Avenue in Redding.  Bring a friend to share it, but it lives up to the hype.


**Bruce Ross**
*District Director, **Senator Brian Dahle***
Office: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*"An opinion should be the result of thought, not a substitute for it." -- Frazz*

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, August 8, 2022 10:30 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

Birria?

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, August 8, 2022 10:20 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

You know, I can't stop thinking about this – has Paul Harvey told "the rest of the story" on this?

▮▮▮▮▮▮▮▮
*Senior Field Representative, **Assemblymember Megan Dahle***
*California Legislature, 1st District*
Tel: ▮▮▮▮▮▮▮▮▮▮

**From:** Ross, Bruce <
**Sent:** Monday, June 27, 2022 1:09 PM
**To:**

**Subject:** RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

Mrs. Long also just came by the office to drop off the attached letter, which elaborates on her email, and enlist our help.

From BJ's perspective, the goat was and is state property – not the particular buyers' property.

I am happy to relay that message to Mrs. Long if that works for everyone.

**Bruce Ross**
*District Director, **Senator Brian Dahle***
Office:

*"An opinion should be the result of thought, not a substitute for it." -- Frazz*

**From:** Ross, Bruce
**Sent:** Monday, June 27, 2022 12:46 PM
**To:**

**Subject:** RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

BJ McFarlane, who is no longer the fair manager but is still doing livestock, is very adamant about this.

She signed a contract, after asking and being told several times that it was "terminal contract" and the market goats were being sold for processing. They took the goat into the auction and sold it, and then she stole it.

As far as he is concerned it is stolen state property. He's just trying to get the goat and keep it out of the news.

He is very concerned about the longer-term implications if word gets around that those contracts people sign aren't binding if the 4H kids cry and their mamas indulge them.

**Bruce Ross**
*District Director, **Senator Brian Dahle***
Office: █████████████████████
███████████████

*"An opinion should be the result of thought, not a substitute for it." -- Frazz*

---

**From:** ████████████████████████████████
**Sent:** Monday, June 27, 2022 12:40 PM
**To:** ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
**Subject:** RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

Oh.Em.Gee. Kudos to mom for coming clean – definitely shouldn't arrest a mama over her broken hearted daughter's goat.

████████████
*Senior Field Representative, **Assemblymember Megan Dahle***
*California Legislature, 1st District*
Tel: ████████
████████████████████ ██

**From:** Ross, Bruce <Bruce.Ross@sen.ca.gov>
**Sent:** Monday, June 27, 2022 12:24 PM
**To:** ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
**Subject:** RE: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

Brian bought the stolen goat?  OMG.

This is a life lesson for the daughter but also a great opportunity for an amnesty program.

I think we should probably ask BJ to please not have anyone arrested.


**Bruce Ross**