# EXHIBIT 29

| | | Invoice Number | Account Number | | Date Due | Page |
|---|---|---|---|---|---|---|
| | | ▮ | ▮ | | 07/20/22 | ▮ |

## Detail for : ▮—9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| 6/27 | 11:52A | ▮—1024 | ▮ | ▮ Macfarlane | ▮ | ▮ | 11 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| 6/27 | 1:02P | ▮—6789 | ▮ | ▮ Silva | ▮ | ▮ | 3 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| 6/28 | 9:32A | ▮—1024 | ▮ | ▮ Macfarlane | ▮ | ▮ | 4 | --- | --- | --- |
| 6/28 | 9:47A | ▮—1024 | ▮ | ▮ Macfarlane | ▮ | ▮ | 1 | --- | --- | --- |
| 6/28 | 9:51A | ▮—3888 | ▮ | ▮ Sen. Dahle | ▮ | ▮ | 3 | --- | --- | --- |
| 6/28 | 9:54A | ▮—3888 | ▮ | ▮ Sen. Dahle | ▮ | ▮ | 5 | --- | --- | --- |
| 6/28 | 9:58A | ▮—1024 | ▮ | ▮ Macfarlane | ▮ | ▮ | 4 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| 6/28 | 10:03A | ▮—3769 | ▮ | ▮ B. Ross | ▮ | ▮ | 9 | --- | --- | --- |
| 6/28 | 10:37A | ▮—3888 | ▮ | ▮ Sen. Dahle | ▮ | ▮ | 6 | --- | --- | --- |
| 6/28 | 10:43A | ▮—1024 | ▮ | ▮ Macfarlane | ▮ | ▮ | 2 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| 6/28 | 6:13P | ▮—1024 | ▮ | ▮ Macfarlane | ▮ | ▮ | 3 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |

| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | ███████ | ████████ | 07/20/22 | ████ |

## Detail for : ██████ )–9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|------|------|--------|------|-----------|--|-------------|-------------|------|---------------|----------------|-------|
| ██ | ████████ | | ██ | ███ | | ████ | ██ | █ | --- | --- | --- |
| 6/28 | 8:06P | ██ 1024 | ██ | ██ | Macfarlane | ████ | ███ | 1 | --- | --- | --- |
| 6/28 | 8:07P | ██ –1024 | ██ | ██ | | ████ | ██ | 8 | --- | --- | --- |
| 6/28 | 8:16P | ██ 1–3888 | ██ | ███ | Sen. Dahle | ████ | ███ | 8 | --- | --- | --- |
| ██ | ████████ | | ██ | ████████ | | ████ | ███ | █ | --- | --- | --- |

| | | Invoice Number | Account Number | | Date Due | Page |
|---|---|---|---|---|---|---|
| | | ███████ | ████████████ | | 08/20/22 |  |

# Detail for : ████████ —9107

## Voice

| Date | Time | Number | Rate | Usage Type | | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| 6/29 | 11:20A | 3-0058 | ██ | ██ | Silva | ██ | ██ | 2 | --- | --- | --- |
| 6/29 | 11:24A | 3-0058 | ██ | ██ | Silva | ██ | ██ | 5 | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| 6/29 | 11:55A | -0058 | ██ | ██ | Silva | ██ | ██ | 2 | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | 1 | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| 6/29 | 4:23P | -0058 | ██ | ██ | Silva | ██ | ██ | 4 | --- | --- | --- |
| 6/29 | 4:41P | -3888 | ██ | ██ | Sen. Dahle | ██ | ██ | 3 | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | 1 | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | 1 | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ▌ | --- | --- | --- |

| | | | Invoice Number | Account Number | | Date Due | Page | |
|---|---|---|---|---|---|---|---|---|
| | | | ██████ | ████████████ | | 08/20/22 | ██████ | |

## Detail for : ██████–9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| 6/30 | 2:17P | 530–903–0058 | ██ | ████ | ████ | ████ | 3 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ████ | | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ████ | | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ████ | | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | ▮ | --- | --- | --- |
| ██ | ████████ | ████████ | ████ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ████ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ██ | ████ | ████ | ████ | 1 | --- | --- | --- |
| ██ | ████████ | ████████ | ████ | ████ | ████ | ████ | 1 | --- | --- | --- |

| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | ▮▮▮▮ | ▮▮▮▮▮ | 08/20/22 | ▮▮ |

## Detail for : ▮▮▮▮ –9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|------|------|--------|------|-----------|-------------|-------------|------|---------------|----------------|-------|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| 7/07 | 4:51P | 530–691–2493 | ▮ | Fernandez | ▮ | ▮ | 25 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 2 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| 7/08 | 11:04A | 530–518–1024 | ▮ | Macfarlane | ▮ | ▮ | 1 | --- | --- | --- |
| 7/08 | 11:05A | 530–518–1024 | ▮ | ▮ | ▮ | ▮ | 13 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| 7/08 | 12:58P | 530–378–6789 | ▮ | Silva | ▮ | ▮ | 2 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 2 | --- | --- | --- |
| 7/08 | 4:01P | 530–691–2493 | ▮ | Fernandez | ▮ | ▮ | 2 | --- | --- | --- |
| 7/08 | 4:18P | 530–518–1024 | Peak | PlanAllow | Macfarlane | ▮ | 4 | --- | --- | --- |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 1 | --- | --- | --- |

Invoice Number  Account Number  Date Due  Page



08/20/22

## Detail for : ████—9107

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|------|------|--------|------|------------|-------------|-------------|------|---------------|----------------|-------|
| | | | | | | | █ | --- | --- | --- |
| 7/08 | | 3888 | | Sen. Dahle | | | 5 | --- | --- | --- |
| 7/09 | | 1024 | | Macfarlane | | | 4 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| 7/09 | 12:02P | 3888 | | Sen. Dahle | | | 2 | --- | --- | --- |
| 7/09 | 12:09P | 1024 | | | | | 1 | --- | --- | --- |
| 7/09 | 12:09P | 1024 | | | | | 1 | --- | --- | --- |
| 7/09 | 12:10P | 1024 | | | | | 1 | --- | --- | --- |
| 7/09 | 12:11P | 1024 | | | | | █ | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| 7/10 | 6:45P | 2493 | | Fernandez | | | 4 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |
| 7/11 | 8:44A | 1024 | | Macfarlane | | | 2 | --- | --- | --- |
| | | | | | | | █ | --- | --- | --- |

Invoice Number  Account Number      Date Due   Page

08/20/22

**Detail for:** ███ —9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|------|------|--------|------|------------|-------------|-------------|------|---------------|----------------|-------|
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| 7/11 | 2:44P | ██–6789 | | | Silva | | | 7 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| 7/13 | 10:27A | ██1024 | | | Macfarlane | | | 2 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |

Invoice Number  Account Number     Date Due   Page

██████████  ████████████  08/20/22  ████████

## Detail for : ████████—9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██████████ | ██ | ████ | | ██████ | ████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ████ | █ | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ████ | 1 | --- | --- | --- |
| 7/14 | 2:33P | 530–378–6789 | ██ | ████ | Silva | ████ ʌ | 2 | --- | --- | --- |
| 7/14 | 2:35P | 530–518–1024 | ██ | ████ | Macfarlane | ████ ʌ | 2 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| █ | ██████████ | ██ | ████ | | ██████ | ████ | █ | --- | --- | --- |
| ██ | ██████████ | ██ | ██████ | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | █ | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| █ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| █ | ██████████ | ██ | ████ | | ██████ | ████████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | █ | --- | --- | --- |
| █ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | █ | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | █ | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| █ | ██████████ | ██ | ████ | | ██████ | ██████ | █ | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| █ | ██████████ | ██ | ██████████ | | ██████ | ██████ | █ | --- | --- | --- |
| █ | ██████████ | ██ | ████ | | ██████ | ██████ | █ | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | █ | --- | --- | --- |
| ██ | ██████████ | | ██ | ████ | ██████ | ██████ | █ | --- | --- | --- |
| 7/15 | 7:05P | 530–518–1024 | ██ | ████ | Macfarlane | ████ ʌ | 1 | --- | --- | --- |
| 7/15 | 7:07P | 530–518–1024 | ██ | ████ | Macfarlane | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ██ | ████ | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ████████ | | | ██████ | ██████ | █ | --- | --- | --- |
| ██ | ██████████ | ████████ | | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ████████ | | | ██████ | ██████ | █ | --- | --- | --- |
| ██ | ██████████ | ██ ██ | | | ██████ | ██████ | █ | --- | --- | --- |
| █ | ██████████ | ████████ | | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ████████ | | | ██████ | ██████ | 1 | --- | --- | --- |
| ██ | ██████████ | ████████ | | | ██████ | ██████ | █ | --- | --- | --- |

## Detail for: ▮▮▮▮▮–9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| 7/22 | 11:22A | 530–518–1024 | | | Macfarlane | | 2 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| 7/25 | 9:54A | ▮1024 | | | Macfarlane | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| 7/25 | 11:09A | ▮1024 | | | Macfarlane | | 3 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | 6 | --- | --- | --- |

| | | | | Invoice Number | Account Number | | Date Due | Page |
|---|---|---|---|---|---|---|---|---|
| | | | | ██████ | ██████████ | | 09/20/22 | █████ |

## Detail for : ████████—9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|------|------|--------|------|-----------|-------------|-------------|------|---------------|----------------|-------|
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ ██ | ██████ | | ██ | ██ | | | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | | | 1 | --- | --- | --- |
| ██ | | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| 8/03 | 3:14P | ██ —6789 | ██ | ██ | Silva | ██ | 2 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██████ | ██ | 1 | --- | --- | --- |
| ██ | ██████ | | ██ | ██ | ██ | ██ | 1 | --- | --- | --- |

| | | Invoice Number | Account Number | | Date Due | Page |
|---|---|---|---|---|---|---|

 10/20/22

## Detail for ███████9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ██ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| 8/31 | 9:58A | 530−518−1024 | ██ | ███ | Macfarlane | ███ | ███ | 9 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| █1 | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███████ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ████ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ████████ | | ███ | ███ | 2 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | █ | — | — | — |
| ██ | ██ | ████ | ██ | ███ | | ███ | ███ | 1 | — | — | — |

| | | | | | | Invoice Number | Account Number | | Date Due | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ▉ | ▉ | | 10/20/22 | ▉ |

## Detail for ▉–9107

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| 9/01 | 10:53A | ▉–6789 | ▉ | ▉ | Silva | ▉ | 1 | — | — | — |
| 9/01 | 10:54A | ▉–6789 | ▉ | ▉ | ▉ | ▉ | 7 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| 9/01 | 3:17P | ▉–2493 | ▉ | ▉ | Fernandez | ▉ | 11 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| 9/01 | 5:35P | ▉–1024 | ▉ | ▉ | ▉ | ▉ | 10 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 2 | — | — | — |
| 9/01 | 6:38P | ▉–3888 | ▉ | ▉ | Sen. Dahle | ▉ | 1 | — | — | — |
| 9/01 | 6:38P | ▉–3888 | ▉ | ▉ | Sen. Dahle | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | 1 | — | — | — |
| ▉ | ▉ | | | | | | | | | |