# EXHIBIT 32

| Date | Time | Description | Shakib Decl. ¶ |
|---|---|---|---|
| **6/25** | Evening | Plaintiffs removed Cedar from SDF | 10 |
| **6/27** | Unknown | Bleating Hearts published Viral Instagram Post | 11 |
| | 11:42 am | Mr. Flores (5038) called Ms. Silva (0058) | 7, 15 |
| | 11:52 am | Mr. Macfarlane (1024) called Mrs. Muse (9107) (18:52 UTC) | 6, 9 |
| | 12:13 pm | Ms. Silva (6789) called Mr. Macfarlane (1024) (19:13 UTC) | 6 |
| | 12:32 pm | Mr. Ross (3769) texted Mr. Macfarlane (1024): "BJ, I had a lovely time out at the fair last week, but I have this crazy email in my inbox from a mom who apparently liberated her daughter's goat, which was then purchased by Brian Dahle at the auction. Your name was mentioned. Would you have a minute to discuss?" (19:32 UTC) | 12 |
| | 12:33 pm | Mr. Macfarlane (1024) called Mr. Ross (3769) (19:33 UTC) | 6 |
| | 1:02 pm | Ms. Silva (6789) called Mrs. Muse (9107) | 8, 9 |
| | 4:18 pm | Mr. Ross (3769) texted Mr. Macfarlane (1024): "BJ, fyi I spoke to Mrs. Long and told her he state owns the goat and we couldn't undo the sale if we wanted to. She said is trying to talk to lawyers seeking a loohole [sic] of some kind, but that she expects to bring it back tomorrow. Hope it gets all cleared up with minimal added headaches." (23:18 UTC) | 6, 12 |
| | 5:41 pm | Mrs. Long emailed Ms. Silva Offer to Pay Damages | 13 |
| **6/28** | 8:22 am | Ms. Silva (6789) called Mr. Macfarlane (1024) (15:22:29 UTC) | 6, 8 |
| | 8:22 am | Ms. Silva (6789) called Mr. Macfarlane (1024) (15:22 UTC) | 6, 8 |
| | 8:22 am | Ms. Silva texted Mr. Macfarlane: "Please call me asap" | 14 |
| | 8:23 am | Mr. Macfarlane (1024) called Ms. Silva (0058) (15:23:31 UTC) | 6, 7 |
| | ~8:22 am | Mr. Macfarlane texted Ms. Silva screenshot from Mrs. Long | 14 |
| | 9:27 am | Ms. Silva (6789) called Mr. Macfarlane (1024) (16:27 UTC) | 6, 8 |

| | 9:32 am | Mr. Macfarlane (1024) called Mrs. Muse (9107) (16:32 UTC) | 6, 9 |
|---|---|---|---|
| | 9:47 am | Mrs. Muse (9107) called Mr. Macfarlane (1024) (16:47 UTC) | 6, 9 |
| | 9:51 am | Mrs. Muse (9107) called Senator Dahle (3888) | 9, 16 |
| | 9:54 am | Senator Dahle (3888) called Mrs. Muse (9107) | 9, 16 |
| | 9:58 am | Mrs. Muse (9107) called Mr. Macfarlane (2014) (16:58 UTC) | 6, 9 |
| | 10:03 am | Mrs. Muse (9107) called Mr. Ross (3769) | 9, 12 |
| | 10:37 am | Senator Dahle (3888) called Mrs. Muse (9107) | 9, 16 |
| | 10:43 am | Mrs. Muse (9107) called Mr. Macfarlane (1024) (17:43 UTC) | 6, 9 |
| | 11:07 am | Mr. Macfarlane (1024) called Ms. Silva (0058) (18:07 UTC) | 6, 7 |
| | 11:19 am | Mr. Macfarlane (1024) called Ms. Silva (0058) (18:19 UTC) | 6, 7 |
| | 1:31 pm | Ms. Silva emailed Mrs. Long, rejecting Offer to Pay Damages and stating, "I have spoken with the California Department of Food and Agriculture and they have informed me that for the good of all we have to stick to the State Rules. You will need to bring the goat back to the Shasta District Fair immediately." | 17 |
| | 3:07 pm | Ms. Silva emailed Mr. Francesconi, "Hi Mike, I have included the response I sent her. I have also updated my Board Member" | 18 |
| | 3:08 pm | Mr. Francesconi emailed Ms. Silva: "Hello Melanie Did BJ go out to pick up the goat? Thanks Mike" | 18 |
| | 3:40 pm | Ms. Silva emailed Mr. Francesconi, "Hi Mike, She is not responding to either of us. Should we involve CHP next?" | 18 |
| | 5:50 pm | Mr. Francesconi emailed Ms. Silva, "I am checking with Michael Flores on how he would like you to proceed. I will let you know when I learn more. Thanks Mike" | 18 |
| | 6:13 pm | Mrs. Muse (9107) called Mr. Macfarlane (1024) (6/29 at 1:13 UTC) | 6, 9 |
| | 8:06 pm | Mrs. Muse (9107) called Mr. Macfarlane (1024) (6/29 at 3:06 | 6, 9 |

Declaration of Vanessa Shakib, Exhibit 32

|  |  | UTC) |  |
|---|---|---|---|
|  | 8:06 pm | Mr. Macfarlane (1024) called Mrs. Muse (9107) (6/29 at 3:06 UTC) | 6, 9 |
|  | 8:07 pm | Mr. Macfarlane (1024) called Mrs. Muse (9107) (6/29 at 3:07 UTC) | 6, 9 |
|  | 8:16 pm | Senator Dahle (3888) called Mrs. Muse (9107) | 9, 16 |
| 6/29 | 8:51 am | Mr. Macfarlane (1024) texted Ms. Silva: "Good morning. Any word from your goat lady?" | 14 |
|  | ~8:51 - 11:52 am | Ms. Silva texted Mr. Macfarlane, "No You either I take it?" | 14 |
|  | ~8:51 - 11:52 am | Mr. Macfarlane texted Ms. Silva, "I told her 10. Kathy is pissed now too cause technically she owns the goat. You want to call chp or you want me to?" | 14 |
|  | 9:06 am | Ms. Silva emailed Mr. Francesconi: "Hi Mike, Please call my cell number XXX-XXX-0058 when you call back. We have the phones forwarded since they posted our number to instagram." | 18 |
|  | ~9:10 am | Ms. Silva wrote the following note: "spoke w/him next / no response next / step? Will get / Back after speak w/flores" (day/time estimated from written notes) | 19 |
|  | 9:22 am | Mr. Flores (5038) called Ms. Silva (0058) | 7, 16 |
|  | unknown | Ms. Silva wrote the following note: "Flores 6/29 Local Sheriffs" | 19 |
|  | 9:26 am | "VM Deposit" Mr. Macfarlane (1024) / Ms. Silva (0058) | 7 |
|  | ~8:51 - 11:52 am | "Flores 6/29 Local Sheriffs" (estimated from Ms. Silva's handwritten notes) | 19 |
|  | 9:27 am | Ms. Silva (0058) called Mr. Macfarlane (16:27 UTC) | 6, 7 |
|  | 9:27 am | Ms. Silva (0058) called Mr. Macfarlane (16:27 UTC) | 6, 7 |
|  | ~8:51 - 11:52 am | Ms. Silva texted Mr. Macfarlane, "Can you call me please ur voicemail is full" | 14 |
|  | ~8:51 - 11:52 am | Ms. Silva texted Mr. Macfarlane: "Call me please" | 14 |

|  | 9:35 am | Mr. Macfarlane (1024) called Ms. Silva (0058) (16:35 UTC) | 6, 7 |
|---|---|---|---|
|  | 9:35 am | Ms. Silva (0058) called Mr. Macfarlane (1024) (16:35 UTC) | 6, 7 |
|  | ~8:51 - 11:52 am | Mr. Macfarlane texted Ms. Silva, "Goat Theif" [sic] [contact share] | 14 |
|  | ~8:51 - 11:52 am | Ms. Silva texted Mr. Macfarlane, "We are contacting the Sheriff for the goat waiting for a call back" | 14 |
|  | ~8:51 - 11:52 am | Ms. Silva texted Mr. Macfarlane, "I available today if they need someone to haul it? Just so I am prepared if they do" | 14 |
|  | ~8:51 - 11:52 am | Ms. Silva texted Mr. Macfarlane, "I can keep you posted on that part too" | 14 |
|  | 9:49 am | Mrs. Long emailed Ms. Silva Notice of Civil Claim and Intention to Sue | 20 |
|  | 9:55 am | Ms. Silva emailed Mr. Francesconi: "Hi Mike, Here is the email from Jessica. I also just found out Kathie Muse, 4-H/FFA Community BBQ, has contacted her lawyers regarding the theft of the goat donated to the bbq." | 18 |
|  | 10:07 am | Michael Flores (5038) called Silva (0058) | 7 |
|  | 10:13 am | Ms. Silva (0058) called Mr. Macfarlane (1024) (17:13 UTC) | 6, 7 |
|  | 10:21 am | Mr. Macfarlane (1024) called Ms. Silva (0058) (17:21 UTC) | 6, 7 |
|  | 11:04 am | Mr. Flores (5038) called Ms. Silva (0058) | 7, 15 |
|  | 11:20 am | Mrs. Muse (9107) called Ms. Silva (0058) | 7, 9 |
|  | 11:24 am | Ms. Silva (0058) called Mrs. Muse (9107) | 7, 9 |
|  | 11:29 am | Mr. Francesconi (5365) called Ms. Silva (0058) | 7, 21 |
|  | ~8:51 - 11:52 am | Ms. Silva texted Mr. Macfarlane, "Or Jerry Fernandez is going to call you for info on goat please pickup if you can" | 14 |
|  | ~8:51 - 11:52 am | Ms. Silva texted Mr. Macfarlane, "Lt Jerry Fernandez with Sheriffs office" | 14 |
|  | 11:52 am | Lieutenant Fernandez (8333) called Mr. Macfarlane (1024) (18:52 UTC) | 6, 23 |
|  | 11:52 am | Lieutenant Fernandez (8333) called Mr. Macfarlane (1024) (18:52 UTC) | 6, 23 |

Declaration of Vanessa Shakib, Exhibit 32

|  | 11:55 am | Mrs. Muse (9107) called Ms. Silva (0058) | 7, 9 |
|---|---|---|---|
|  | 12:04 pm | Mr. Macfarlane (1024) called Lieutenant Fernandez (8333) (19:04 UTC) | 6, 23 |
|  | 12:06 pm | Mr. Macfarlane (1024) called Lieutenant Fernandez (8333) (19:07 UTC) | 6, 23 |
|  | 12:14 pm | Mr. Macfarlane (1024) called Ms. Silva (0058) | 6, 7 |
|  | ~8:31 am - 12:27 pm | Mr. Macfarlane texted Ms. Silva: "JXXXXXz@co.XXXX.us" [redacted email address of Lieut. Fernandez] | 14 |
|  | 12:27 pm | Ms. Silva emailed requested information to Lieutenant Fernandez | 22 |
|  | 2:03 pm | Mr. Macfarlane texted Mrs. Muse, "Sheriffs r working on it now." | 24 |
|  | ~2:03 pm | Mrs. Muse texted Mr. Macfarlane, "Thanks jKeep me upated please" | 24 |
|  | ~2:03 pm | Mr. Macfarlane texted Mrs. Muse, "Will do" | 24 |
|  | 2:29 pm | Lieutenant Fernandez (2493) called Ms. Silva (0058) | 7, 23 |
|  | 2:55 pm | Lieutenant Fernandez (2493) called Ms. Silva (0058) | 7, 23 |
|  | 4:23 pm | Mrs. Muse (9107) calls Ms. Silva (0058) | 7, 9 |
|  | 4:41 pm | Mrs. Muse (9107) called Senator Dahle (3888) | 9, 16 |
|  | ~5:20 pm | Lieutenant Fernandez went to Mrs. Long's residence | 25 |
|  | 6:13 pm | Mr. Ross (3769) texted Mr. Macfarlane (1024): "I hear a team was sent to retrieve the goat. Mission accomplished?" (6/30 at 1:13 UTC) | 6, 12 |
|  | 6:14 pm | Mr. Macfarlane (1024) texted Mr. Ross (3768): "No one home and no goat" (6/30 at 1:14 UTC) | 6, 12 |
|  | 6:14 pm | Mr. Ross (3769) texted Mr. Macfarlane (1024): "Ugh." (6/30 at 1:14 UTC) | 6, 12 |
| **6/30** | 2:17 pm | Mrs. Muse (9107) called Ms. Silva (0058) | 7, 9 |
| **7/6** | 2:41 pm | Mr. Macfarlane (1024) called Lieutenant Fernandez (8333) | 6, 23 |

Declaration of Vanessa Shakib, Exhibit 32

|  |  | (21:41 UTC) |  |
|---|---|---|---|
| **7/7** | 4:51 pm | Mrs. Muse (9107) called Lieutenant Fernandez (2493) | 9, 23 |
| **7/8** | 11:04 am | Mr. Macfarlane (1024) called Mrs. Muse (9107) (18:04 UTC) | 6, 9 |
|  | 11:05 am | Mrs. Muse (9107) called Macfarlane (1024) (18:05 UTC) | 6, 9 |
|  | 12:58 pm | Mrs. Muse (9107) called Ms. Silva (6789) | 8, 9 |
|  | 1:15 pm | Lieutenant Fernandez (8333) called Mr. Macfarlane (1024) (20:15 UTC) | 6, 23 |
|  | 1:17 pm | Lieutenant Fernandez (8333) called Mr. Macfarlane (1024) (20:17 UTC) | 6, 23 |
|  | 4:01 pm | Lieutenant Fernandez (2493) called Mrs. Muse (9107) | 9, 23 |
|  | 4:18 pm | Mrs. Muse (9107) called Mr. Macfarlane (1024) (23:18 UTC) | 6, 9 |
|  | 5:17 pm | Mrs. Muse (9107) called Senator Dahle (3888) | 9, 16 |
|  | 5:26 pm | Lieutenant Fernandez (8333) called Mr. Macfarlane (7/9 at 00:26 UTC) | 6, 23 |
|  | 5:26 pm | Lieutenant Fernandez (8333) called Mr. Macfarlane (7/9 at 00:26 UTC) | 6, 23 |
|  | 7:19 pm | Lieutenant Fernandez (8333) called Mr. Macfarlane (1024) (7/9 at 2:19 UTC) | 6, 23 |
|  | 8:14 pm | Lieutenant Fernandez (2493) called Mr. Macfarlane (7/9 at 03:14 UTC) | 6, 23 |
|  | 8:21 pm | Mr. Macfarlane (1024) called Lieutenant Fernandez (2493) (03:21 UTC) | 6, 23 |
|  | ~9:00 pm | Lieutenant Fernadez and Detective Duncan seize Cedar from third-party location | 25 |
| **7/9** | 12:22 am | Lieutenant Fernandez (8333) called Mr. Macfarlane (7:22:10 UTC) | 6, 23 |
|  | 12:22 am | Lieutenant Fernandez (8333) called Mr. Macfarlane (1024) (7:22:11 UTC) | 6, 23 |
|  | 12:22 am | Lieutenant Fernandez (8333) called Mr. Macfarlane (1024) | 6, 23 |

Declaration of Vanessa Shakib, Exhibit 32

| | | | |
|---|---|---|---|
| | | (7:22:51 UTC) | |
| | 12:22 am | Lieutenant Fernandez (8333) called Mr. Macfarlane (1024) (7:22:52 UTC) | 6, 23 |
| | ~12:30 am | Lieutenant Fernandez turns over Cedar to Mr. Macfarlane | 25 |
| | 7:13 am | Mr. Macfarlane texted Mrs. Muse: "Goat is at my house" | 24 |
| | 7:14 am | Mrs. Muse (9107) called Mr. Macfarlane (1024) (14:14 UTC) | 6, 9 |
| | 12:02 pm | Mrs. Muse (9107) called the Senator Dahle (3888) | 9, 16 |
| | 12:09 pm | Mrs. Muse (9107) called Mr. Macfarlane (1024) (19:09 UTC) | 6, 9 |
| | 12:09 pm | Mrs. Muse (9107) called Mr. Macfarlane (1024) (19:09 UTC) | 6, 9 |
| | 12:10 pm | Mrs. Muse (9107) called Mr. Macfarlane (1024)  (19:10 UTC) | 6, 9 |
| | 12:11 pm | Mr. Macfarlane (1024) called Mrs. Muse (9107) (19:11 UTC) | 6, 9 |
| **7/10** | 6:45 pm | Lieutenant Fernandez (2493) called Mrs. Muse (9107) | 9, 23 |
| **7/11** | 8:43 am | Mr. Macfarlane texted Mrs. Muse, "Good morning. I am gone till tomorrow afternoon. Talked to sheriff and he said to wait until he talks to DA before we kill goat. It is perfectly fine at my house till we figure it out. Just wanted to touch base with you." | 24 |
| | 8:44 am | Mrs. Muse (9107) called Mr. Macfarlane (1024) (15:44 UTC) | 6, 9 |
| | 2:44 pm | Mrs. Muse (9107) called Ms. Silva (6788) | 8, 9 |
| | 3:02 pm | Ms. Silva emailed Mrs. Muse, "Hi Kathie, I have attached [the Dahles'] bills [for Cedar]. I appreciate the update!" | 26 |
| **7/13** | 10:27 am | Mr. Macfarlane (1024) called Mrs. Muse (9107) (17:27 UTC) | 6, 9 |
| **7/14** | 2:33 pm | Mrs. Muse (9107) called Ms. Silva (6789) | 8, 9 |
| | 2:35 pm | Mrs. Muse (1024) called Mr. Macfarlane (9107) (21:35 UTC) | 6, 9 |

Declaration of Vanessa Shakib, Exhibit 32

| | | | |
|---|---|---|---|
| **7/15** | 11:41 am | Plaintiffs' counsel called Defendant Detective Duncan | 27 |
| | 1:30 pm | Plaintiffs' counsel called Office of Shasta County Counsel | 27 |
| | 1:35 pm | Plaintiffs' counsel called Office of Shasta County Counsel | 27 |
| | 6:27 pm | Mr. Macfarlane (1024) called Mrs. Muse (9107) (7/16 at 1:27 UTC) | 6, 9 |
| | 7:06 pm | Mrs. Muse (9107) called Mr. Macfarlane (1024) (7/16 at 2:06 UTC) | 6, 9 |
| | 7:07 pm | Mrs. Muse (9107) called Mr. Macfarlane (1024) (7/16 at 2:07 UTC) | 6, 9 |
| **7/18** | 10:51 am | Plaintiffs' counsel called Defendant Detective Duncan | 27 |
| | ~10:29 am | Mr. Macfarlane texted Ms. Silva: "I'll get Randy's address. I have a goat if you want one? 😁" | 14 |
| | ~10:29 am | Ms. Silva texted Mr. Macfarlane, "The word goat makes my eye twitch now " | 14 |
| | ~10:29 am | Mr. Macfarlane texted Ms. Silva, "It should. Lol" | 14 |
| **7/19** | 10:24 am | Plaintiffs' counsel called Defendant Lieutenant Fernandez | 27 |
| **7/20** | 4:02 pm | Plaintiffs' counsel called Defendant Lieutenant Fernandez | 27 |
| **7/21** | 12:17 pm | Plaintiffs' counsel called Defendant Lieutenant Fernandez | 27 |
| ~7/15 - 8/30 | Unknown | Ms. Silva wrote the following note: "Mike Francesconi / DA / Local Sheriff / transpired / 15-20 min / Back / owner / wont / press charges / lawyer / pro bono" | 19 |
| ~7/15-7/31 | Unknown | Mr. Flores views Viral Instagram Post | 15 |
| **7/22** | 11:17 am | Ms. Silva (6789) called Mr. Macfarlane (1024) (18:17 UTC) | 6, 8 |
| | 11:22 am | Mr. Macfarlane (1024) called Mrs. Muse (9107) (18:22 UTC) | 6, 9 |
| | 11:22 am | Mr. Macfarlane texted Ms. Silva: "What's gals name at bowman? Kathy said ok but no one needs to know about this. U me and Kathy are only ones. It got killed and donated to non profit if anyone asks." | 14 |
| | ~11:22 am | Ms. Silva texted Mr. Macfarlane: "Serene" | 14 |

Declaration of Vanessa Shakib, Exhibit 32

|  | ~11:22 am | Ms. Silva texted Mr. Macfarlane, "Thank you" | 14 |
|---|---|---|---|
|  | ~11:22 am | Ms. Silva texted Mr. Macfarlane, "We are a non profit " | 14 |
|  | 11:29 am | Mr. Macfarlane (1024) called Bowman Meat (4463) (18:29 UTC) | 6, 28 |
|  | 12:22 pm | Bowman Meat (4463) called Mr. Macfarlane (1024) (19:22 UTC) | 6, 28 |
|  | 1:54 pm | Plaintiffs' counsel called Senior Deputy County Counsel | 27 |
|  | 1:58 pm | Plaintiffs' counsel emailed Senior Deputy County Counsel | 27 |
| 7/25 | 9:54 am | Mrs. Muse (9107) called Mr. Macfarlane (1024) (16:54 UTC) | 6, 9 |
|  | 9:57 am | Mrs. Muse texted Mr. Macfarlane, "Hey Bj What did you end up doing with the goat?" | 24 |
|  | 11:09 am | Mr. Macfarlane (1024) called Mrs. Muse (9107) (18:09 UTC) | 6, 9 |
|  | 3:15 pm | Ms. Silva (6789) called Mr. Macfarlane (1024) (22:15 UTC) | 6, 8 |
|  | 3:31 pm | Mr. Macfarlane (1024) called Ms. Silva (6789) | 6, 8 |
| 7/26 | 12:14 pm | Lieutenant Fernandez last modified his Original Narrative | 25 |
|  | 2:54 pm | Senior Deputy County Counsel emailed Plaintiffs' counsel | 27 |
|  | 2:54 pm | Plaintiffs' counsel emailed Senior Deputy County Counsel | 27 |
| 7/27 | 2:42 pm | Bowman Meat (4463) called Mr. Macfarlane (21:42 UTC) | 6, 28 |
|  | 2:42 pm | Bowman Meat (4463) called Mr. Macfarlane (21:42 UTC) | 6, 28 |
|  | 1:32 pm | Plaintiffs' counsel emailed Senior Deputy County Counsel | 27 |
|  | 1:32 pm | Senior Deputy County Counsel emailed Plaintiffs' counsel: "I'm just not willing to get involved to that point. The Sheriff's Office does not have the goat." | 27 |
| 7/28 | 7:45 am | Bowman Meat (4463) called Mr. Macfarlane (14:45 UTC) | 6, 28 |
|  | 12:32 pm | Bowman Meat (4463) called Mr. Macfarlane (1024) (19:32 UTC) | 6, 28 |
|  | 7:47 am | Mr. Macfarlane texted Mrs. Muse: "Goat is getting butchered within the half hour. Finally." | 24 |

Declaration of Vanessa Shakib, Exhibit 32

Plaintiffs' Master Log

|  | ~7:43 am | Mrs. Muse texted Mr. Macfarlane: "Good news finally. Yes they have been that way for years always amazed they are still in business [laughing emoji] don't forget to save the ear tags please" | 24 |
|---|---|---|---|
|  | ~7:43 am | Mr. Macfarlane texted Mrs. Muse: "Will do." | 24 |
| 8/3 | 3:14 pm | Ms. Silva (6789) called Mrs. Muse (9107) | 8, 9 |
| 8/8 | 10:30 am | Senator Dahle's staff member internal email, stating: "Birria?" | 29 |
|  | 12:01 pm | Senator Dahle's staff member internal email, stating: "So is the stolen goat issues over?" | 29 |
| 8/9 | 1:01 pm | Ms. Silva (0058) called Mr. Macfarlane (1024) (20:01 UTC) | 6, 7 |
|  | 1:01 pm | Ms. Silva (0058) called Mr. Macfarlane (1024) (20:01 UTC) | 6, 7 |
| 8/31 | ~9:00 am | Plaintiffs filed underlying civil rights litigation | 1 |
|  | 9:51 am | Mr. Ross text messaged Mr. Macfarlane about this litigation | 12 |
|  | 9:51 am | Mr. Macfarlane texted Mr. Ross: "Are you kidding me? I'm call our sheriffs office. News to me." | 12 |
|  | 9:53 am | Mr. Macfarlane (1024) called Lieutenant Fernandez (8333) (16:53 UTC) | 6, 23 |
|  | 9:58 am | Mr. Macfarlane (1024) called Mrs. Muse (9107) (16:58 UTC) | 6, 9 |
|  | 5:39 pm | Mrs. Muse texted Lieutenant Fernandez, "Is the da going to do anything with the goat?" | 30 |
| 9/2 | 4:15 pm | Mrs. Muse texted Lieutenant Fernandez, "Hi Jerry this is Kathie Muse did the DA decide to do anything today with the goat?" | 30 |
| 9/9 | 5:40 pm | Mrs. Muse texted Lieutenant Fernandez, "Hi Jerry hate to bother you on a weekend eve but did the da do anything?" | 30 |
| 9/15 | 1:23 pm | Mrs. Muse texted Lieutenant Fernandez, "Hi Jerry any word on the DA? I just had the Sacramento bee call" | 30 |

Declaration of Vanessa Shakib, Exhibit 32