# EXHIBIT 33

STATEMENT OF CANDIDACY FOR STATE ASSEMBLY, 1ST DISTRICT BRIAN DAHLE

Occupation: Farmer/Assemblyman Age: 52

It is an honor to represent you in the State Assembly.

Since going to the Legislature I kept my promises to the people of Northern California, focusing my time and energy creating jobs while voting against regulations and taxes.

I am proud of what I have been able to accomplish. Through bipartisan efforts, I worked across party lines to save our rural hospitals, skilled nursing facilities and biomass plants from closing. I was able to get needed support for community college programs that actually get young people jobs, so they do not have to leave our communities to find work. Through my district office I have been able to help thousands of people and small businesses with state government agency problems; ensuring that people are represented and heard.

California faces many challenges and there is still much work to be done in Sacramento. Too many families are struggling and people are out of work. I will continue to work as hard for you and your family as I do my own.

Feel free to give me a call on my cell phone at ███████ 3888, or visit www.BrianDahle.com.

I would appreciate your vote, thank you.