# EXHIBIT 34



# Shasta County Sheriff's Office

Incident #: 22S019984

Reporting Officer: Fernandez, Jerry

Report Time: 06/29/2022 11:00:00

## Incident

| | | |
|---|---|---|
| Incident Nature<br>GRAND THEFT REPORT | Address<br>1890 BRIGGS ST<br>ANDERSON, California 96007 | Occurred From<br>06/25/2022 09:00:00 |
| Occurred To<br>06/25/2022 22:30:00 | Received By<br>Severson, Reed | How Received<br>On View |
| Contact | Disposition<br>Closed Case | |
| Disposition Date<br>07/08/2022 | Cleared<br>N | |
| Cleared Date | Clearance<br>Report Required | Cargo Theft Related<br>N |

Responding Officer(s)

Fernandez, Jerry

## Offenses

### All Other Larceny

| | | |
|---|---|---|
| Completed?<br>C | Method Of Entry | Gambling Motivated? |
| Premises Entered? | Location Type<br>39 | Cargo Theft Related? |
| Statute<br>487A(A) PC F (23248) | Description<br>GRAND THEFT ANIMAL | Category<br>PC |

Bias Motivation

88

Offender Used

N

## Persons



## Audio CD      Evidence

| | | |
|---|---|---|
| Brand<br>378/1 Interview | Model | Serial Number |
| Color | Quantity<br>1 | Total Value<br>$0.00 |
| Measurement | Amount Recovered<br>$0.00 | Date Recovered |
| Status | Owner | |

## Data CD     Evidence

| | | |
|---|---|---|
| Brand<br>378/2 Emails | Model | Serial Number |
| Color | Quantity<br>1 | Total Value<br>$0.00 |
| Measurement | Amount Recovered<br>$0.00 | Date Recovered |
| Status | Owner | |

## CD-ROM     Evidence

| | | |
|---|---|---|
| Brand | Model | Serial Number |
| Color | Quantity<br>1 | Total Value<br>$0.00 |
| Measurement | Amount Recovered<br>$0.00 | Date Recovered |
| Status | Owner | |

## Narratives

### Original Narrative     07/26/2022 12:14:17

I. INVESTIGATIVE NARRATIVE

On Wednesday, June 29, 2022 at about 1150 hours, I contacted Shasta District Fairgrounds Livestock Superintendent Bruce MacFarlane regarding a theft of a goat. MacFarlane provided me with the following statement in summary.

MacFarlane stated on Saturday, 6-25-22 at about 2230 hours, fair staff along with volunteers found a goat missing from the goat barn at the Shasta District Fairgrounds, located at 1890 Briggs Street Anderson. Staff found the goat missing while they were attempting to load livestock for transportation. MacFarlane advised the goat was sold earlier in the day during the Junior Livestock Auction. In the process of trying to locate the goat MacFarlane determined the goat was from the



Cow Creek 4-H Club. MacFarlane contacted Chad Fowler who is the Community Leader and Goat Leader for the Cow Creek 4-H Club. MacFarlane stated based on his conversation with Fowler, Fowler suspected the mother of the junior exhibitor stole the goat from the fairground to prevent it from being transported and slaughtered.

At about this time, MacFarlane informed me the junior exhibitor was ▮ Long and her mother was Jessica Long. MacFarlane advised Jessica had sent an email to the fairgrounds office on Monday, 6-27-22 admitting she had taken the goat from the fairgrounds. Jessica was requesting to resolve this incident and the CEO of the Shasta District Fair, Melanie Silva, responded in an email informing Jessica she needed to return the goat. Jessica responded by sending an email correspondence on the morning of Wednesday 6-29-22 and has not returned the goat.

At this time, I provided MacFarlane with my department email address and requested any and all documentation be forwarded to me regarding the sale of the goat and emails from Jessica Long and the Shasta District Fair.

On 6-29-22 at about 1230 hours, Silva emailed me the following items:

* Shasta District Fair Sale Invoice
* Fair entry form
* email correspondence from Jessica Long and Shasta District Fair CEO Silva.

I reviewed the documents Silva sent me. In regard to the Sale Invoice, I noted the date of the invoice was for June 25, 2022. The sale order was 132 and the ear tag number for the market goat was 367. The seller name was ▮ Long and the goat weighed 82 pounds and sold for $11.00 per pound, for a total of $902. There were two buyers listed on the invoice, Brian Dahle and Megan Dahle. who donated the goat to the 4-H and FFA Community BBQ. Based on this invoice, at the time of the sale Kathie Muse became the responsible owner of the market goat. Refer to the attached invoice for further detail.

Upon reviewing the fair entry form and Shasta District Fair accountability and liability form, I noted the following. By completing the entry form you agree to the following. You certify that you are the owner of the property specified or the supervisor of the project with authorization to act as agent and to bind the owners of the property in all matters herein. Online submission of data requires that a person has read, understands and agrees to abide by all the rules and regulations governing the fair entries as published in the official Shasta District Fair Handbook. Under penalty of perjury, you certify that the information provided is true and agree to defend, indemnify, and hold harmless the fair, the county, and the State of California, its officers, agents and employees from and against any liability, claim, loss or expense (including any reasonable attorney fees) arising out of any injury or damage, which is caused by, arises from or is in any way connected with the participation in the program or event, excepting only that caused by the sole active negligence of the Fair. The Fair Management shall not be responsible.

To enter online, you must be over 18 years of age or be the parent and/or guardian of the exhibitor if the exhibitor is under the age 18, or the 4-H Leader or FFA advisor, with the authorization from the parent and/or guardian of the exhibitor, or authorization from the exhibitor if 18 years of age or older. In addition to confirming you are one of the aforementioned, you must also confirm that you have read, understand and agree to abide by all the rules and regulations governing the Fair entries as published in the official Shasta District Fair Handbook, and that everything submitted is "true and correct."

On the entry form it listed ▮ Long as the exhibitor with personal identifying information. On the form it states "I've read the rules" with "I agree." The form asks if the "Information is true" with "I Agree." The form also states "Hold Harmless Clau" with "Parent/Guardian Agrees."

Based on this entry form and accountability and liability wavier, Jessica Long who is the parent of ▮ Long agreed to all rules and regulations set forth and published in the Shasta District Fair Handbook. Refer to the attached entry form and accountability and liability form for further detail.

I then reviewed emails from Jessica Long and the CEO of the Shasta District Fair, Melanie Silva. The first email was sent on Monday 6-27-22 at 1741 hours. The subject line of the email stated "Requesting solutions for the goat that was taken." The following is a summary of the email Jessica sent.

The first paragraph of the email stated, "I am the mom who took my daughter's goat from the fairgrounds and wanted to explain myself and look for solutions with you. If we can't come up with any other solution, I will bring the goat back for slaughter." Jessica goes on to explain that this was her daughters first year in 4-H and that they had joined 4-H so that she could learn how to properly take care of livestock. In addition to caring for livestock, her daughter would learn where her food comes from and the effort it takes to raise quality meat products. Jessica then talked about how she was made aware of how the animals were loaded after the sale and that this process didn't sit well with her. Jessica further advised that when she learned of this process several weeks ago, she began looking for another solution. Due to not having property to maintain and take care of the goat she began asking people she knew if she could give them the goat so it didn't have to be sold for slaughter. Jessica advised she eventually heard back from someone willing to take the goat, but it was the second day of fair. Jessica further advised that she spent the next couple of days reviewing the fair rules looking for a way out of the fair. Jessica stated she couldn't find any rules that would allow her to quite once at the fair. On Saturday night, 6-25-22, at about 2100 hours, Jessica advised her daughter was saying her final goodbyes and she was sobbing in the pen with her goat. Jessica explained the goat barn was mostly empty and at the last minute she decided to break the rules and take the goat. Jessica further stated she would deal with the consequences later. Jessica stated she would pay the for the goat and any other expenses and that she didn't fully understand that there are terminal and non-terminal fairs. Jessica further advised that she had been contacted by the livestock manager of the fair who had threatened to have her arrested for a felony for stealing the goat if she did not return it immediately. Jessica advises near the end of her email that if the only solution is to return the goat then she will return it to avoid being charged.

SDF CEO Silva responded to Jessica's email on Tuesday, 6-28-22, at about 1331 hours. Silva explained to Jessica that she had spoken with the California Department of Food and Agriculture and that the fair has to adhere to state rules. Silva informed Jessica she needed to bring the goat back to the Shasta District Fair immediately.

On Wednesday, 6-29-22 at about 0949 hours, Jessica sent another email to Silva. The email contained an attachment which was a letter regarding Dispute over Cedar (cedar is the goat). In this letter, Jessica stated she received another text message from BJ McFarlane (Bruce MacFarlane livestock superintendent) demanding the return of the goat. Jessica goes on to state that she has not violated CA PC 487a due to it not belonging to the organization (Shasta District Fair). Jessica further talks about the fair rules, the legality of ownership, and agrees to compensate the fair. She further explains that her daughter had bonded with the goat and had she known what a terminal auction entailed, she would have never gone down this path.

Based on this last email from Jessica, it was apparent she was not going to return the goat and based on her interpretation of the law she felt she had not committed any crime. Refer to the attached emails for further details.

At this time, I reviewed the Shasta District Fair & Event Center Livestock Rules, which is located on the SDF website. On page 51 of All General Livestock Rules and Guidelines it states the following.

"ALL ANIMALS (Steers - Replacement Heifers - Swine - Lambs - Meat Goats - Rabbit Meat Pens) ENTERED IN MARKET CLASSES & QUALIFYING FOR THE JUNIOR LIVESTOCK AUCTION MUST BE SOLD as listed on the Sale Order. There will be no set prices (or STOPS) AND NO "NO-SALES" at any time during the Sale."

"ALL ANIMALS sold in the Shasta Junior Livestock Auction sale MUST go to processing, directly from the Fairgrounds and will be transported on the trucks provided by the Fair on Saturday, June 25, 2022. No Junior Exhibitors will be allowed in barns while the animals are loading, failure to leave the barn when asked may result in the loss of premiums." Refer to the attached guidelines for

further.

On 6-29-22 at about 1720 hours, I responded to Jessica's residence, located at ▮▮▮▮▮▮▮▮ Redding, in an attempt to contact her regarding this incident. I attempted contact at the front door of the residence; however, no one responded to my knocks and I suspected no one was home. I entered my patrol vehicle and attempted to contact Jessica via cell phone at about 1724 hours. Jessica did not answer her phone and I left her a message requesting she contact me regarding the theft of the goat. The phone number I called was ▮▮▮▮-5701.

On 6-29-22 at about 1735 hours, I contacted Chad Fowler via cell phone. Fowler was the Cow Creek 4-H Community Leader and Goat Leader for ▮▮▮ Long. The following is a summary of my phone conversation with Fowler.

Fowler advised he had learned that Jessica had taken the goat from the SDF and had taken the goat out of the area. Fowler stated he had allowed Jessica and ▮▮▮ to keep the goat at his property prior to the fair due to them not being able to have the goat at their residence. Fowler advised Jessica's claims about not knowing that the SDF required the animals be transported and slaughtered wasn't true. Fowler advised they had numerous meetings regarding the entire project to include that the animal would be butchered after the sale at the fair. Fowler further advised at one of the meetings, the 4-H members even ate goat to better explain/ demonstrate the importance of raising quality meat for buyers. When asked Fowler advised he didn't know where Jessica had taken the goat. This concluded my contact with Fowler.

On 6-30-22 at about 1741 hours, I again attempted to contact Jessica via cell phone. When I tried calling this time, her voicemail box was full and would not accept any new message.

On 7-7-21 SDF CEO Silva informed me of a post on social media. The social media post was made on Instagram from Bleatingheartsfarm. In the post the goat is pictured with an SDF ear tag and Scrapie ear tag. A Scrapie ear tag is a breeder ear tag that identifies the flock and the individual animal number. Silva advised Bleating Hearts Farm was located in Napa CA. I asked Silva to contact the breeder of the goat that was taken and obtain the Scrapie ear tag number. Silva later provided me with a Scrapie ear tag number of CAL0ZA0700. The SDF ear tag number was 367.

On 7-8-22 I contacted Lieutenant Donald Maiden with the Napa County Sheriff's Office. I informed Lieutenant Maiden of my investigation and believed the goat was located in his jurisdiction. I was requesting his office respond to the address listed for Bleating Hearts Farm, located at 1142 3rd Avenue, Napa CA., and determine if the goat was there and to take custody of the goat. While talking to Lieutenant Maiden on the phone, he checked his local database and determined the owners for Bleating Hearts Farm was Justin Starky. Lieutenant Maiden determined Starky worked for the Napa County Sheriff's Office in the records unit.

Based on this information, I contacted Detective Ashbee and provided him with a summary of events regarding this investigation. Detective Ashbee authored a Search Warrant for the location in Napa CA, which was signed by Superior Court Judge Monique McKee. As the warrant was being authored and signed, Detective Duncan and I responded to the Napa County Sheriff's Office, where we met with Lieutenant Maiden. At about 1932 hours, Detective Duncan, Lieutenant Maiden and two other Napa County Sheriff's Office employee's arrived at ▮▮▮▮▮▮▮▮, Napa CA to serve the warrant. Upon arrival, we contacted Justin Starky and Kristin Stover. We informed them of the reason why we were at their residence and provided them with a copy of the warrant. Starky and Stover advised the goat in question was not at their residence nor had it ever been at their residence. Starky and Stover then accompanied us to the back of the property were goats were located. I searched the property for the goat; however, was unable to locate the goat in question.

While in the back yard of the property, I conducted an interview with Starky. Starky advised he was contacted by Jessica via email and she was asking if he and Stover could take the goat. Starky informed Jessica they could facilitate taking the goat, but once he found out it was a terminal fair and the authorities were getting involved he refused the goat. Starky advised the goat never came to his property and he had no idea were Jessica took the goat.

While I was interviewing Starky, Detective Duncan was interviewing Stover. Detective Duncan informed me that Stover had admitted to knowing where the goat was taken to. Detective Duncan advised he also read email conversations between Stover and Jessica. Duncan advised the goat was located a a property in Sonoma County at Billy's Mini Farm. We located an address for this farm, which was located at 3440 Roblar Road, Petaluma, CA. Refer to Detective Duncan's supplemental report for further.

At about 2100 hours, Detective Duncan and I responded to the ▮▮▮▮▮▮ address and were accompanied by two Sonoma County Deputy Sheriff's. Upon arriving at the residence, I attempted contact at the front door to the residence, but it appeared as if no one was home. Detective Duncan had a phone number for Billy's Mini Goat Farm and called the number listed. Detective Duncan contacted a Raymond Allen. Detective Duncan talked with Allen for several minutes then got off the phone. Detective Duncan advised he had informed Allen of the reason why we were at his property. Allen advised he didn't know the goat was stolen and that we had his permission to retrieve the goat. Allen further advised that the goat still had both ear tags in it's ears.

We responded to the back of the property where there were pens with numerous goats located. I was able to identify the goat in question and retrieved it from the pen. Prior to leaving the property, I took digital photos of the goat and of the ear tags. The goat had the correct ear tags and distinct coloring/marks matched.

On 7-9-22 at about 0030 hours, I met with Bruce MacFarlane and turned the goat over into his care and control per Kathie Muse's request. I took digital photos of the goat in MacFarlane's custody.

In conclusion, Jessica Long signed her daughter ▮▮▮▮ Long up to be an exhibitor at the Shasta District Fair. By doing so she agreed to all the rules and terms of this fair. Jessica claims in emails that she didn't know that the SDF was a terminal (animals for slaughter/butcher) fair; however, she contradicts herself in emails and did know weeks in advance. Jessica further claims she did not violate any laws; however, once the goat was sold at the Junior Livestock Auction on 6-25-22 in the morning hours the goat became the property of Kathie Muse. Jessica in fact violated CA PC 487a(a) grand theft when she decided to knowingly violate the rules of the fair and state when she stole the goat at about 2100 hours on 6-25-22. Jessica admits to this theft via email and then went through great lengths to conceal the goat by taken it to a property in Petaluma CA. To further conceal where the goat was, Kristin Stover from Bleating Hearts Farm made posts on social media indicating the goat was safe at their location. If Jessica sincerely did not want to move forward with the sale of the goat at a terminal fair then she should have never have registered ▮▮▮▮ as an exhibitor in the fair and should have never taken the goat to the fair.

Based on the totality of the circumstances, I am requesting Jessica Long be charged with 487a(a) PC Grand Theft.

II. CASE STATUS: Closed


## Supplemental Narrative      07/12/2022 10:12:57 Duncan, Jacob

I. INVESTIGATIVE NARRATIVE - Bleating Hearts Goat Sanctuary

On Friday, July 8th, 2022, I was assigned to assist Lt. Fernandez with this investigation. At approximately 1932 hours, we arrived on the 1100 block of 3rd Avenue in Napa, CA, to serve a search warrant related to a stolen goat. Refer to Lt. Fernandez's report for additional information on the initial report and investigation. We contacted Justin Starkey and his wife, Kristin Stover, in front of the residence. It should be noted both of these subjects were the