JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
damian.northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:   (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY
SHERIFF'S DEPARTMENT; LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB DUNCAN, and
DETECTIVE JEREMY ASHBEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>            Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**<br><br>Action Filed:   August 31, 2022<br>Trial Date:      October 7, 2024 |

55398.00040\42492771.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants, County of Shasta, Shasta County Sheriff's Office, Lieutenant Jerry Fernandez, Detective Jacob Duncan and Detective Jeremy Ashbee (collectively "County Defendants") have submitted their Settlement Conference Statement in this action to Magistrate Judge Chi Soo Kim pursuant to Local Rule 270(d).

Dated: July 29, 2024                    BEST BEST & KRIEGER LLP


By:/s/ Damian A. Northcutt
JEFFREY V. DUNN
CHRISTOPHER M. PISANO
DAMIAN A. NORTHCUTT

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\42492771.1

2:22-CV-01527-DAD-AC
NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT