| | |
|---|---|
| 1 | IAN S. COLLINS (State Bar No. 318064) |
| 2 | REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP<br>1265 Willis Street |
| 3 | Post Office Box 994647<br>Redding, California 96099-4647 |
| 4 | Telephone: (530) 241-1611<br>Facsimile:  (530) 364-1645 |
| 5 | E-mail: *ian.collins@rswslaw.com* |
| 6 | Attorney for Defendant |
| 7 | KATHIE MUSE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.L., a minor, by and through her general Guadian, JESSICA LONG; JESSICA LONG, an individual, | Civil Action No. 2:22-cv-01527-DAD-AC |
| Plaintiff, | DEFENDANT KATHIE MUSE'S NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT |
| v. | |
| LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district anticultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official Capacity; BJ MACFARLANE, in his individual and official capacity, KATHIE MUSE, in her individual and official capacity, and DOES 1 THROUGH 10, | DATE: August 5, 2024<br>TIME:  10:00 a.m.<br>JUDGE: Chi Soo |
| Defendants. | |

Defendant Kathie Muse submitted her settlement conference statement to CSKorders@caeud.uscourts.gov on July 29, 2024.

---

1

DEFENDANT KATHI MUSE'S NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT