1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
3 | JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
4 |   1300 I Street, Suite 125
P.O. Box 944255
5 |   Sacramento, CA 94244-2550
Telephone: (916) 210-7529
6 |   Fax: (916) 322-8288
E-mail: John.Bridges@doj.ca.gov
7 | *Attorneys for Defendants State of California, by and*
*through the 27th District Agricultural Association,*
8 | *Melanie Silva, and B.J. MacFarlane*

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

**E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**

Plaintiffs,

v.

**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**

Defendants.

2:22-CV-01527 DAD AC

**DEFENDANT'S NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**

Trial Date:     March 24, 2025
Action Filed:   August 2022

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendants 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane are represented by John Bridges of the California Attorney General's Office, have submitted their Settlement Conference Statement in this action to Magistrate Judge Chi Soo Kim pursuant to Local Rule 270(d).

Dated:  July 29, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ John C. Bridges*

JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

SA2023302187
95578861

1

# CERTIFICATE OF SERVICE

Case Name:   **E.L., a minor and Jessica Long**          No.     **2:22-CV-01527 DAD AC**
             **v. Lieutenant Jerry Fernandez,**
             **et al.**

I hereby certify that on July 29, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 29, 2024, at Los Angeles, California.

| V. Pampenelli | */s/ V. Pampenelli* |
|:---:|:---:|
| Declarant | Signature |

SA2023302187
95578857