RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br>　　　　　　Plaintiffs,<br>　　v.<br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10,<br>　　　　　　Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**PLAINTIFFS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE THAT Plaintiff Jessica Long and her minor daughter, Plaintiff E.L., proceeding by and through her guardian ad litem, have submitted their Confidential Settlement Conference Statement in this action to Magistrate Judge Chi Soo Kim pursuant to Local Rule 270(d).

Respectfully submitted,

Dated: July 29, 2024      **ADVANCING LAW FOR ANIMALS**

By: /s/Vanessa Shakib
Ryan Gordon
Vanessa Shakib
Attorneys for Plaintiffs