JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
damian.northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:  (949) 263-2600
Facsimile:  (949) 260-0972

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**DEFENDANTS COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN AND DETECTIVE JEREMY ASHBEE'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:  October 1, 2024<br>Time:  1:30 p.m.<br>Judge:  Hon. Dale A. Drozd<br>Action Filed:  August 31, 2022<br>Trial Date:  October 7, 2024 |

**SEPARATE STATEMENT OF UNCONTROVERTED MATERIAL FACTS**

Defendants COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE (collectively, "County Defendants") hereby submit this Separate Statement of Undisputed Material Facts in support of their Motion for Summary Judgment or, in the alternative, Summary Adjudication, of Plaintiffs Second Amended Complaint.

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| 1. In September or October of 2021, Chad Fowler (leader of E.L. 4-H group) informed Jessica Long that meat goats in the 4-H program would likely be sold and used as meat. | Jessica Long Deposition, Vol. I ("Long Depo 1"), p. 45 lns. 4-25. |
| 2. Prior to the District Fair on June 25, 2022, Jessica Long never contacted anyone with the Shasta District Fair ("District Fair") about removing Cedar from the auction | Long Depo 1, p. 47, lns. 2-8. |
| 3. Prior to the District Fair on June 25, 2022, Jessica Long never wrote anyone at the District Fair or 4-H asking if she could remove Cedar from the District Fair. | Long Depo 1, p. 48, lns. 1-9 |
| 4. Cedar did not have to participate in the District Fair. | Long Depo 1, p. 48, lns. 1-9 |
| 5. Two weeks prior to the auction of Cedar, Jessica Long and E.L. were aware he would be ultimately killed and used for meat after the auction. | Long Depo 1, p. 49, lns. 15-25; p. 50, lns. 1-25; p. 51, lns. 1-12. |
| 6. Jessica Long decided to remove Cedar from the Shasta District fairgrounds at around | Long Depo 1, p. 82, lns. 20-21. |

| UNDISPUTED MATERIAL FACT: | SUPPORTING EVIDENCE: |
|---|---|
| 9:00 p.m. on June 25, 2022. | |
| 7. Plaintiffs attended the District Fair on June 25, 2022. She exhibited Cedar and bids were accepted. The bidding for Cedar ended early afternoon on June 25, 2022. Jessica Long believed California State Senator Brian Dahle was the high bidder. | Long Depo 1, p. 71, lns. 5-10; 82, lns. 22-25; p. 76, lns. 24-25; p. 77, lns. 1-19; p. 78, lns. 10-25; p. 79, lns. 1-9. |
| 8. Jessica Long removed Cedar from the District Fair fairgrounds at approximately 9:15 p.m. on June 25, 2022. | Long Depo 1, p. 86, lns. 17-19; Long Decl., p. 2, ln. 8. |
| 9. After Jessica Long removed Cedar from the District Fair fairgrounds, she took him to Sacramento, California. | Long Depo 1, p. 88, lns. 1-12. |
| 10. On June 26, 2022, Jessica Long took Cedar from Sacramento to Raymond Allen's farm in Petaluma, California. | Long Depo 1, p. 95., lns. 16-18; p. , lns. 1-9; p. 6-13. |
| 11. Jessica Long registered Cedar for the District Fair in May of 2022. She recalls selecting a box on the electronic registration for the District Fair that said, "I agree". | Long Depo 1, p. 123, lns. 3-16; p. 124, lns. 17-25; p. 125, lns. 1-5; Declaration of Jessica Long in Support of Counter-Defendant Jessica Long's Anti-SLAPP Motion to Strike Counterclaims of Melanie Silva and BJ MacFarlane ("Long Decl."), p. 1, lns. 21-23. |
| 12. Jessica Long clicked the "I agree" box for the local rules for the District Fair. | Long Depo 1, p. 138, lns. 1-12; Long Decl. 1-2. |
| 13. It is Jessica Long's understanding that a parent needed to enter a minor into the District | Long Depo 1, p. 144, lns. 7-24. |

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| Fair. | |
| 14. The night before the auction E.L. prepared a thank you note for who would be the highest bidder of Cedar. E.L. delivered it to Kathie Muse after the auction. | Long Depo 1, p. 147, lns. 1-18; p. 149, lns. 1-10; p. 150, lns. 1-3. |
| 15. E.L. wrote a handwritten bidder/buyer's letter. A buyer's letter is something you can take to companies, friends, families, and they can bid on your goat or buy your wether goat. In it E.L. stated: "Dear buyer, hello, my name is E.L. I am in Cow Creek 4-H. This is my first year in 4-H. I have decided to raise a meat got [SIC] whether for my project. His name is Cedar. In this year I have learned how to feed a….I have learned how to cure goat diseases. This year I have learned how to take care of meat goat. My goat is very great and he will be very good palin [SIC] and in tacos and every other way he will be very good and tasty. The Shasta County Fair starts at 8:00 a.m. The day of the fair is June 22nd at the Shasta County fairgrounds. Sincerely, E.L." | Long Depo 1, p. 159, lns. 15-25; p. 160, lns. 1-14.; Delaloza Depo, p. 27, lns. 16-25; p. 28, lns. 1-17. |
| 16. E.L. ate goat meat during the 4-H market goat program. The animal was raised as part of the 4-H program and killed for the meal. | Long Depo 1, p. 153, lns. 21-25; p. 154; p. 1-11. |
| 17. Jessica Long agreed to do whatever was needed to enter the fair, including agreeing to the | Jessica Long Deposition, Vol. II ("Long Depo 2"), p. 224 lns. 5-14. |

55398.00040\42427732.1    - 4 -    2:22-CV-01527-DAD-AC
SEPARATE STATEMENT IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| state/local rules for the fair. | |
| 18.   Jessica Long entered E.L. into the District Fair; she did it on E.L.'s behalf.  E.L. never physically logged onto a website or clicked any boxes. | Long Depo 2, p. 225, lns. 4-10. |
| 19.   Jessica Long had a contract with the District Fair, not E.L. | Long Depo 2, p. 263, lns. 4-6. |
| 20.   It was Jessica Long's idea to remove Cedar from the fairgrounds.  She presented it as an option to E.L. even though E.L. did not think she could remove Cedar. | Long Depo 2, p. 264, lns. 14-19. |
| 21.   During the auction, it was announced that Cedar would be donated.  The highest bidder was going to donate him to the 4-H/FFA Community barbeque. | Long Depo 2, p. 298, lns. 22-25; p. 299, lns. 1-3. |
| 22.   After the bidding was over in the late morning, E.L. and her mother enjoyed the County Fair visiting exhibits.  E.L. went on rides, explored buildings with quilts and archery, and got food and an icy snow cone. | Long Depo 1, p. 81, lns. 21-24; p. 83, lns. 14-23. |
| 23.   No law enforcement officer from any agency has searched the inside of Plaintiff Jessica Long and E.L.'s home as part of the investigation into Cedar. | Long Depo 2, p. 302, lns. 1-4. |
| 24.   No law enforcement officer from any agency has searched Plaintiff Jessica Long or | Long Depo 2, p. 302, lns. 5-9. |

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| E.L. personally. | |
| 25.     No law enforcement officer from any agency has searched Plaintiff Jessica Long's vehicle as part of the investigation into Cedar. | Long Depo 2, p. 302, lns. 10-13. |
| 26.     Plaintiff Jessica Long was never arrested for taking Cedar from the fair. | Long Depo 2, p. 302, lns. 14-20. |
| 27.     Plaintiff Jessica Long and E.L. were never questioned by law enforcement. | Long Depo 2, p. 302, lns. 21-25; p. 303, lns. 1-6. |
| 28.     Plaintiffs only allege that Cedar himself was seized by law enforcement. | Long Depo 2, p. 303, lns. 7-10. |
| 29.     Bruce "BJ" MacFarlane ("BJ MacFarlane") was the first person who Lieutenant Jerry Fernandez ("Lt. Fernandez") called as part of the investigation into Cedar. He learned that the goat was missing from the District Fair fairgrounds. | Lieutenant Jerry Fernandez Deposition ("Fernandez Depo"), p. 87, lns. 17-25; p. 88, lns. 7-25. |
| 30.     Lieutenant Fernandez asked BJ MacFarlane to provide any documents Jessica Long had sent to the District Fair. BJ MacFarlane provided the documents to Lt. Fernandez in a day or two. The documents included email communications between Jessica Long and the District Fair. They also included a copy of the liability, accountability and waiver information, as well as the online registration form that was completed by Jessica Long. Lt. Fernandez was | Fernandez Depo, p. 89, 1-25; p. 90, lns. 1-12; p. 92, lns. 8-25. |

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| also provided a copy of the sales invoice for Cedar. As part of his investigation, Lt. Fernandez reviewed the documents and also reviewed the fair rules and handbook for the fair. | |
| 31. After Jessica Long removed Cedar from the fairgrounds, a social media post on Instagram suggested Cedar was located at Bleating Heart Farms in Napa, CA. | Long Depo 1, Exhibit A. |
| 32. Prior to the day of the auction of Cedar, Plaintiff Jessica Long read the 2022 State Rules for California Fairs. | Long Depo 1, p. 126, lns. 6-25; p. 127, lns. 1-10. |
| 33. It is Jessica Long's understanding that ownership of Cedar transferred to the winning bidder. | Long Depo 1, p. 132, lns. 13-25; p. 133, lns. 1-2. |
| 34. The night before the auction, E.L. drafted a handwritten card for the winning bidder, expressing her appreciation for the bidder purchasing Cedar. On the day of the auction E.L. delivered it to Kathie Muse | Long Depo 1, p. 148, lns. 14-25; p. 149, lns. 1-10, 24-25; p. 150, lns. 1-3. |
| 35. On July 8, 2022, Detective Jacob Duncan ("Detective Duncan) was told he would be assisting Lt. Fernandez with the investigation concerning Plaintiffs and Cedar. | Detective Jacob Duncan Deposition ("Duncan Depo"), p. 77, lns. 17-25; lns. p. |
| 36. Lt. Fernandez asked Detective Duncan for help conducting a livestock investigation concerning Cedar. | Duncan Depo, p. 82, lns. 17-19. |

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| 37.   Lt. Fernandez and Detective Duncan drove to Napa County to locate Cedar. | Duncan Depo, p. 89, lns. 8-11. |
| 38.   Justin Starkey informed Detective Duncan that Cedar was not at Bleating Hearts Farm. | Duncan Depo, p. 117, lns. 18-25; p. 118, ln. 1. |
| 39.   Detective Duncan spoke with Kristin Stover at Bleating Hearts Farm. | Duncan Depo, p. 124, lns. 3-7. |
| 40.   Kristin Stover gave consent to Detective Duncan to look at her phone.  She handed the phone to Detective Duncan so he could search her phone. | Duncan Depo, p. 145, lns. 25; p. 146, lns. 1-8. |
| 41.   Detective Duncan felt Kristin Stover lied to him about not knowing where Cedar was located. | Duncan Depo, p. 146, lns. 11-15. |
| 42.   In his conversation with Kristin Stover and review of her phone, Detective Duncan discovered that Cedar was located at Billy's Mini Goat Farm in Sonoma. | Duncan Depo, p. 147, lns. 9-11. |
| 43.   After leaving Bleating Hearts Farm, Lt. Fernandez and Detective Duncan went directly to Billy's Mini Goat Farm in Sonoma. | Duncan Depo, p. 147, lns. 13-17. |
| 44.   Detective Duncan called the owner of Billy's Mini Goat Farm in Sonoma, Raymond Allen.  He explained that he and Lt. Fernandez were conducting an investigation into a stolen goat and had reason to believe the goat was on his | Duncan Depo, p. 151, lns. 1-25; p. 152, lns. 1-17. |

| UNDISPUTED MATERIAL FACT: | SUPPORTING EVIDENCE: |
|---|---|
| property. | |
| 45.   Raymond Allen told Detective Duncan that a female had come and donated Cedar to him. He knew which goat was Cedar, and told Detective Duncan he did not want anything to do with it. He gave permission to Detective Duncan to retrieve Cedar, and told him where Cedar was on his property. Detective Duncan is certain Raymond Allen stated the woman donated Cedar to him. | Duncan Depo, p. 153, lns. 12-19; p. 154, lns. 6-23. |
| 46.   At Bleating Heart Farm, Ms. Stover admitted that she had communicated with Jessica Long and suggested that Cedar was located at Billy's Mini Farm in Sonoma County, California. | Fernandez Depo, p. 246, lns. 1-5. |
| 47.   After the County Officers obtained Cedar the goat at Raymond Allen's farm, they returned him to BJ MacFarlane. | Fernandez Depo, p. 269, lns. 17-25; p. 270, lns. 1-10; p. 271, lns. 15-19; Duncan Depo., p. 157, lns. 2-9; p. 158, lns. 1-4. |
| 48.   Cedar was not obtained by Lt. Fernandez and Detective Duncan on a warrant. He was obtained at a later time. | Duncan Depo., p. 184, lns. 11-16. |
| 49.   E.L. enrolled in the Cow Creek 4-H Community Club meat goat project in October of 2021. | Deposition of Chad Fowler ("Fowler Depo."), p. 14, lns. lns. 13-18; p. 15, lns. 1-3. |
| 50.   As part of the 4-H meat goat project, participants get their goat in mid spring, feed it, train it, weight it, teach it how to walk on a collar, | Fowler Depo., p. 16, lns. 24-25; p. 17, lns. 1-22. |

| UNDISPUTED MATERIAL FACT: | SUPPORTING EVIDENCE: |
|---|---|
| prepare it to show it in the ring, and then the ultimate end is that the participants are going to sell the animal as a meat product at the auction at the District Fair in June. This was described by the community leader for the Cow Creek-4-H (Chad Fowler) to E.L. and Jessica Long at the beginning of the 4-H meat goat project. | |
| 51. At the 4-H meat goat project meetings, the members learn about what a goat tastes like. They eat goat tacos at one of the meetings. They learn about the body parts and anatomy of a goat. The members also learn that 80 percent of the population on the planet eats meat and where the meat goat originated. E.L. and her meat goat group learned about the different body parts of a goat, and E.L. ate goat as part of the project. E.L. attended 90 percent or more of the meat goat project meetings between December and June of 2022. | Fowler Depo., p. 18, lns. 7-25; p. 19, lns. 1-25; p. 20, lns. 11-15; p.21, lns. 6-23; p. 22, lns. 4-25; p. 23, lns. 1-7. |
| 52. There are a variety of projects that 4-H offers. Kids do not have to participate in the meat goat project if they do not want to end up with a terminal outcome. | Fowler Depo, p. 23, lns. 23-25; p. 24, lns. 1-5. |
| 53. At no point prior to the start of the Shasta Fair in June of 2022, did either Jessica Long or E.L. approach the 4-H meat goat project leader | Fowler Depo, p. 24, lns. 6-11. |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\42427732.1  - 10 -  2:22-CV-01527-DAD-AC
SEPARATE STATEMENT IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

| UNDISPUTED MATERIAL FACT: | SUPPORTING EVIDENCE: |
|---|---|
| about concerns that it was a terminal fair. | |
| 54. E.L. could have raised Cedar as part of the meat goat project, but then decide not to enter him into the auction at the fair. E.L. never told her 4-H meat goat project leader that she wanted that. E.L. never told her 4-H meat goat project leader that she no longer wanted Cedar to go through with the fair. She never asked him if there was any way she could remove Cedar from the fair. | Fowler Depo, p. 25, lns. 23-25; p. 26, lns. 1-5; p. 28, lns. 9-15. |
| 55. A check was issued to E.L. for payment of the sale of Cedar at the auction. She never collected it. | Fowler Depo, p. 33, lns. 4-11. |
| 56. Between October of 2021 and June of 2022, E.L. and Jessica Long were informed that Cedar was being raised to be killed and used for meat. Neither E.L. or Jessica Long tried to remove Cedar from the meat goat project because he was going to be killed and used for food. | Fowler Depo, p. 34, lns. 20-25; p. 35, lns. 1-12. |
| 57. In approximately April 2022, Kay Delaloza sold Cedar the goat to Jessica Long for 4-H. | Deposition of Kay Delaloza ("Delaloza Depo.), p. 17, lns. 2-18, 22-24. |
| 58. A meat goat, also known as a wether goat, is sold at auction for meat. It is a male castrated goat. It cannot reproduce and has no value for any milk. Cedar was a wether goat. Between April and June of 2022, Kay Delaloza had | Delaloza Depo., p. 22, lns. 24-25; p. 23, lns. 1-25; p. 33, lns. 1-8. |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| conversations with E.L. about Cedar being a wether goat. | |
| 59.   Between April and June of 2022, E.L. was aware that Cedar was going to go to the fair, be sold, and killed for meat. | Delaloza Depo., p. 23, lns. 23-25; p. 24, lns. 1-2. |
| 60.   Kay Delaloza spent time with E.L. on a daily basis between April and June of 2022. At no time did E.L. tell her that she did not want Cedar to go forward with the fair, or to be killed and used as meat. At no time did Jessica Long indicate she did not want Cedar to go the fair, or that she did not want Cedar to be auction, killed and used for meat. | Delaloza Depo., p. 24, lns. 7-22. |
| 61.   In May of 2022, E.L. was aware that Cedar was going to be sold and eaten. | Delaloza Depo., p. 29, lns. 10-13. |
| 62.   The language of E.L.'s buyer letter concerning Cedar was E.L.'s idea. | Delaloza Depo., p. 29, lns. 16-20. |
| 63.   Jessica Long sent an email to the Shasta County Fair Manager on June 27, 2022. In that email, she admitted that she took Cedar from the fairgrounds, and that Senator Brian Dahle bought Cedar. | Long Depo 1, Exhibit B; Lt. Fernandez's responses to Plaintiffs' Request for Production of Documents (Set 1), Exhibit "A", p. FERN 000041. |
| 64.   Jessica Long received an email from the Shasta District Fair and Event Center on June 28, 2022. | Long Depo 1, Exhibit C. |
| 65.   Jessica Long sent a letter to the Shasta | Long Depo 1, Exhibit D. |

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| District Fair on June 28, 2022 | |
| 66. An Instagram photo of Jessica Long, E.L. and Cedar was taken by Raymond Allen and posted by Kristin Starkey from Bleating Hearts Farm. | Long Depo 1, p. 110, lns. 2-25; p. 111, lns. 1-4; Exhibit A. |
| 67. On July 28, 2022, Bowman Meats took Cedar from BJ MacFarlane and processed him for meat which was donated to a nonprofit. | Bruce MacFarlane Deposition Vol. 2, p. 252, lns. 7-12; p. 348, lns. 20-21; MacFarlane Depo 1, p. 211, lns. 17-25; p. 212, lns. 1-15. |
| 68. Detective Jeremy Ashbee ("Detective Ashbee") learned of Jessica Long's removal of Cedar on July 8, 2022. He was informed by Lt. Fernandez who asked him to draft a search warrant. | Deposition of Detective Jeremy Ashbee ("Ashbee Depo"), p. 79, lns. 23-25; p. 80, lns. 1-3. |
| 69. Lt. Ramirez explained to Detective Ashbee that Jessica Long had stolen a goat from the Shasta District Fairgrounds and that it had been transported to a goat sanctuary in Napa County. Lt. Ramirez told Detective Ashbee that Cedar had been sold and donated. | Ashbee Depo, p. 81, lns. 3-9; p. 82, lns. 3-6; p. 120, lns. 24-25; p. 121, ln. 1. |
| 70. Language in the warrant stated "Due to the fact that items to be seized include living animals, deputies shall secure the property in a humane and appropriate location, and the rightful owner of said property shall be notified of the location. The property may be release to the owner upon seizure." Shasta County Lieutenant | Ashbee Depo, p. 140, lns. 23-25; p. 141, lns. 1-22; p. 144, lns. 3-6. |

55398.00040\42427732.1                - 13 -                2:22-CV-01527-DAD-AC
SEPARATE STATEMENT IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| Chris Edwards advised Detective Ashbee to include the language in the warrant. The Shasta County District Attorney had advised that such language can be included in a warrant to have certain evidence items released back to owners, especially in unique circumstances, like a living animal. The District Attorney signed off on the warrant. | |
| 71. A judge signed off on both warrants for Cedar. There was a miscommunication in the first warrant which was removed. | Ashbee Depo, p. 169, lns. 1-18; p. 173, lns. 17-25. |
| 72. Cedar was not found at Bleating Hearts Farm and was not seized pursuant to a warrant. | Ashbee Depo, p. 178, lns. 9-12. |
| 73. Raymond Allen understood that Jessica Long donated Cedar to him, and believed Cedar was his property. | Raymond Allen Deposition ("Allen Depo")., p. 27, lns. 18-20; p. 28, lns. 23-25; p. 29, lns. 1-9; p. 31, lns. 21-25; p. 71, lns. 6-20. |
| 74. On July 8, 2022, Raymond Allen received a phone call from the Shasta County Sheriff's Department. Raymond Allen told the Sheriff's Department where Cedar was located on his property, and gave them consent to retrieve Cedar from his property. Cedar was obtained by sheriffs from Raymond Allen's property. | Allen Depo, p. 30, lns. 5-25; p. 31, lns. 1-20 |
| 75. BJ MacFarlane learned that Cedar was missing at approximately 9:00 p.m. on July 8, 2022 | Bruce MacFarlane Deposition Volume 1 ("MacFarlane Depo 1"), p. 84, lns. 22-25. |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| UNDISPUTED MATERIAL FACT: | SUPPORTING EVIDENCE: |
|---|---|
| 76. California State Senator Brian Dahle was the bidder who bought Cedar. He purchased Cedar and donated it back for the 4-H/FFA BBQ. | MacFarlane Depo 1, p. 132, lns. 1-6.; Deposition of Kathie Muse ("Muse Depo"), p. 45, lns. 20-24; Lt. Fernandez's responses to Plaintiffs' Request for Production of Documents (Set 1), Exhibit "A", p. FERN 000038. |
| 77. Lt. Fernandez and Detective Duncan dropped Cedar the goat off at BJ MacFarlane's house on July 8, 2022. | MacFarlane Depo 1, p. 201, lns. 21-25; p. 202, lns. 1-6. |
| 78. California State Senator Brian Dahle ("Senator Dahle"), through his agent, provided Kathie Muse with authority to bid on Cedar. Kathie Muse had previously bid for Senator Dahle approximately four times before 2022. Senator Dahle placed the highest bid and purchased Cedar for $902.00, who was then donated to the 4-H/FFA Community barbeque. | Muse Depo, p. 66, lns. 23-25; p. 67, lns. 1-8; p. 45, lns. 20-24; Lt. Fernandez's responses to Plaintiffs' Request for Production of Documents (Set 1), Exhibit "A". |
| 79. Kathie Muse instructed Lt. Fernandez to turn over Cedar to BJ MacFarlane | Muse Depo, p. 132, lns. 1-15; p. 234, lns. 10-17. |
| 80. On or about June 29, 2022, Kathie Muse spoke with Lt. Fernandez. She explained that Jessica Long was not going to bring Cedar back and that she wanted to press charges. | Muse Depo, p. 138, lns. 18-25; p. 139, lns. 7-13. |
| 81. After California State Senator Brian Dahle was the highest bidder, the owner of Cedar was the 4-H/FFA Community BBQ. | Muse Depo, p. 153, lns. 2-15; Lt. Fernandez's responses to Plaintiffs' Request for Production of Documents (Set 1), Exhibit |

| **UNDISPUTED MATERIAL FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| | "A". |
| 82.  Detective Ashbee drafted two warrants to search Bleating Hearts Farm and Sanctuary located at 1132 3rd Avenue, Napa California. | Lt. Fernandez's responses to Plaintiffs' Request for Production of Documents (Set 1), Exhibit "A". |
| 83.  After conducting his investigation into the removal of Cedar, Lt. Fernandez determined that Jessica Long had committed grand theft under Penal Code § 487(a). | Lt. Fernandez's responses to Plaintiffs' Request for Production of Documents (Set 1), Exhibit "A". |
| 84.  In May of 2022, Kay Delaloza heard E,.L. state, "Oh, I'm so tired of Cedar. I can't wait till I sell him at fair." | Delaloza Depo, p. 36, lns. 11-25. |
| 85.  Lt. Fernandez and Detective Duncan's decision to return Cedar for processing was not a broad policy decision. | Plaintiff's Second Amended Complaint ("SAC"), ¶80, 84. |

Dated: July 31, 2024    BEST BEST & KRIEGER LLP

By:/s/ Damian A. Northcutt
 JEFFREY V. DUNN
 CHRISTOPHER M. PISANO
 DAMIAN A. NORTHCUTT

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\42427732.1   - 16 -   2:22-CV-01527-DAD-AC
SEPARATE STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT