JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
damian.northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:  (949) 263-2600
Facsimile:  (949) 260-0972

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF DAMIAN A. NORTHCUTT IN SUPPORT OF DEFENDANTS COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN AND DETECTIVE JEREMY ASHBEE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date: October 1, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Dale A. Drozd<br>Action Filed: August 31, 2022<br>Trial Date: October 7, 2024 |

**DECLARATION OF DAMIAN A. NORTHCUTT**

I, Damian A. Northcutt, declare:

1. I am an attorney at law, licensed to practice before all of the courts in the State of California. I am of Counsel with the law firm of Best Best & Krieger LLP, attorneys of record for Defendant COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE (collectively "County Defendants") in this case. I make this declaration in support of the County Defendants' Motion for Summary Judgment or, in the alternative, Summary Adjudication. I have personal knowledge of the facts below, unless stated on information and belief in which case I have a good faith reason to believe those facts to be true and if called upon to do so, I could testify competently thereto in a court of law.

2. On July 22, 2023, I sent a meet and confer email to Plaintiffs' counsel outlining the arguments the County Defendants intend to raise in their Motion for Summary Judgment/Summary Adjudication ("Motion"). A true and correct copy of my email is attached hereto as Exhibit "A".

3. On July 23, 2023, pursuant to District Judge Drozd's standing order, I spoke with Plaintiffs' counsel at length and we discussed the positions raised by the County Defendants. We thoroughly discussed the facts of the case, the substance of the contemplated Motion (as outlined in my July 22, 2023 email), the potential resolution of certain issues, and case law concerning the County Defendants' positions. Despite the parties best efforts, all meet and confer efforts have been exhausted, and the issues raised by the County Defendants have not been resolved. Thus, the County Defendants must now seek judicial intervention by way of their Motion.

4. On July 23, 2023, after our call, I sent a follow-up email to Plaintiffs' counsel. A true and correct copy of that email is attached hereto as Exhibit "B". In that email, I provided case law showing Plaintiffs cannot assert their fifth and sixth causes of action. I also inquired as to whether Plaintiffs would dismiss their claims against the County of Shasta and the Shasta County Sheriff's Department because Plaintiffs did not assert a *Monell* claim. Prior to the filing

1  of the County Defendants' Motion, I did not receive any response from Plaintiffs on these issues
2  so they are included in the Motion.

3      5.    Attached hereto as Exhibit "C" is a true and correct copy of Lieutenant Jerry
4  Fernandez's response to Plaintiffs' Request for Production of Documents with pertinent portions
5  of its exhibit (with redactions for privacy).

6      6.    Attached hereto as Exhibit "D" is a true and correct condensed copy of the first
7  volume of the deposition of Jessica Long, with pertinent exhibits attached (with redactions for
8  privacy).

9      7.    Attached hereto as Exhibit "E" is a true and correct condensed copy of the
10 Declaration of Jessica Long in Support of Counter-Defendant Jessica Long's Anti-SLAPP Motion
11 to Strike Counterclaims of Melanie Silva and BJ MacFarlane.

12     8.    Attached hereto as Exhibit "F" is a true and correct condensed copy of the
13 Deposition of Kay Delaloza, without exhibits (with redactions for privacy).

14     9.    Attached hereto as Exhibit "G" is a true and correct condensed copy of the second
15 volume of the deposition of Jessica Long, without exhibits..

16     10.    Attached hereto as Exhibit "H" is a true and correct condensed copy of the
17 deposition of Lieutenant Jerry Fernandez, without exhibits.

18     11.    Attached hereto as Exhibit "I" is a true and correct condensed copy of the
19 Deposition of Detective Jacob Duncan, without exhibits.

20     12.    Attached hereto as Exhibit "J" is a true and correct condensed copy of the
21 Deposition of Chad Fowler, without exhibits (with redactions for privacy).

22     13.    Attached hereto as Exhibit "K" is a true and correct copy of the first volume of the
23 Deposition of Bruce "BJ" MacFarlane, without exhibits (with redactions for privacy).

24     14.    Attached hereto as Exhibit "L" is a true and correct copy of the second volume of
25 the Deposition of Bruce "BJ" MacFarlane, without exhibits (with redactions for privacy).

26     15.    Attached hereto as Exhibit "M" is a true and correct condensed copy of the
27 Deposition of Detective Jeremy Ashbee, without exhibits.

28

16. Attached hereto as Exhibit "N" is a true and correct condensed copy of the Deposition of Raymond Allen, without exhibits (with redactions for privacy).

17. Attached hereto as Exhibit "O" is a true and correct copy of the Deposition of Kathie Muse, without exhibits (with redactions for privacy).

18. Attached hereto as Exhibit "P" is a true and correct copy of Plaintiffs' Second Amended Complaint.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed this 31st day of July, 2024, in Ontario, California.

*/s/ Damian A. Northcutt*
DAMIAN A. NORTHCUTT