# EXHIBIT A

| | |
|---|---|
| **From:** | Damian Northcutt |
| **Sent:** | Monday, July 22, 2024 10:07 AM |
| **To:** | Ryan Gordon; Vanessa Shakib |
| **Cc:** | Kathy Rockenstein |
| **Subject:** | re: Long - meet and confer re MSJ/MSA |

Hi Ryan and Vanessa,

In anticipation of our meet and confer tomorrow regarding the County Defendants' MSJ/MSA, I wanted to provide you with a bullet point summary of the arguments we intend to raise in our motion:

1. The 1st Cause of Action for Search and Seizure Fails because
    a. Cedar was Not Plaintiffs' Property After the Auction and E.L. had no right to disaffirm any contract.
    b. Cedar Was Not Seized Pursuant to Warrant; He was Obtained During A Consent Search
    c. Even if Cedar Was seized Pursuant to a Warrant, the Warrant Was Valid, Based on Probable Cause, and Was Reasonable

2. The 2nd Cause of Action of Violation of Due Process Fails because Plaintiffs did not have any property interest in Cedar after the auction.

3. The 5th and 6th Causes of Action fail because there is no private cause of action for unreasonable search and seizure or violation of due process under the CA constitution.  *See, Astorga v. Cnty. Of Los Angeles* 2022 WL 3449810, at *4 (C.D. Cal. Feb. 9, 2022) and *Doe v. Cnty of Orange,* 2022 WL 18776166, at * 22 (C.D. Cal. Dec. 16, 2022).

4. The 9th Cause of Action fails as plaintiffs did not have any ownership interest in Cedar after the auction.

5. The 10th Cause of Action fails because Plaintiffs lacked any ownership interest in Cedar after the auction.  Therefore, the County Defendants did not owe a duty to Plaintiffs or breach any duty.

6. The County is entitled to summary judgment on all claims as Plaintiffs fail to assert a Monell Claim.  Plaintiffs do not have a constitutional right to a goat they don't own, and they have not shown a policy, practice or custom giving rights to a violation of their rights.

7. The County Defendants are entitled to qualified immunity and state immunities under CA government code sections 821.6, 815.2, and 820.2.

We can discuss these more tomorrow on our call.  Look forward to talking with you both.

Damian



**Damian Northcutt**
Of Counsel
damian.northcutt@bbklaw.com
T: (909) 466-4903 | C: (909) 809-4372
bbklaw.com |