Case 2:22-cv-01527-DAD-AC   Document 99-4   Filed 07/31/24   Page 1 of 2

# EXHIBIT B

| | |
|---|---|
| **From:** | Damian Northcutt |
| **Sent:** | Tuesday, July 23, 2024 2:34 PM |
| **To:** | Ryan Gordon; Vanessa Shakib |
| **Cc:** | Kathy Rockenstein |
| **Subject:** | Long v. Shasta - meet and confer re MSJ/MSA |

Ryan and Vanessa,

It was good talking with you both about the County's motion for summary judgment/summary adjudication.  Thank you for meeting and conferring with me.

Ryan, per our call here are the cases I mentioned with respect to Plaintiffs' fifth and sixth causes of action:

In Est. of F.R. v. Cnty. of Yuba, No. 223CV00846WBSCKD, 2023 WL 6130049, at *7 (E.D. Cal. Sept. 19, 2023), ["The court therefore concludes that no private cause of action is available under Article I, Section 13."]

Reese-Bey v. Ochoa, No. CV 20-06693, 2020 WL 11767431, at *5 (C.D. Cal. Sept. 29, 2020) [ "It is undisputed that the California Constitution does not provide a direct cause of action for damages for either equal protection or a due process liberty interest violation."  (

Cabral v. Cnty. of Glenn, 624 F. Supp. 2d 1184, 1196 (E.D. Cal. 2009) ["Article I, § 7(a) does not "afford a right to seek damages to remedy the asserted violation of the due process liberty interest."]

If you intend to dismiss those causes of action, please do so, and I will not address them in the County's motion.

Additionally, if you intend to dismiss the County/Sheriff's Department for lack of a *Monell* claim, please do so and let me know.

Thanks,

Damian



**Damian Northcutt**
Of Counsel
damian.northcutt@bbklaw.com
T: (909) 466-4903 | C: (909) 809-4372
bbklaw.com |