EXHIBIT F

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF CALIFORNIA

3                        SACRAMENTO DIVISION

4

5

6     E.L., A MINOR, BY AND THROUGH HER      )
      GENERAL GUARDIAN, JESSICA LONG;        )
7     JESSICA LONG, AN INDIVIDUAL,           )
                                             )
8                    Plaintiffs,             )
                                             )
9          vs.                               )   No. 2:22-CV-
                                             )   01527-DAD-AC
10    LIEUTENANT JERRY FERNANDEZ, IN HIS     )
      INDIVIDUAL CAPACITY; DETECTIVE JACOB   )
11    DUNCAN, IN HIS INDIVIDUAL CAPACITY;    )
      DETECTIVE JEREMY ASHBEE, IN HIS        )
12    INDIVIDUAL CAPACITY; AND DOES 1        )
      THROUGH 10,                            )
13                                           )
                     Defendants.             )
14    _____)

15

16

17          DEPOSITION BY ZOOM OF KAY DELALOZA, a witness

18          herein, noticed by Best Best & Krieger, LLP, at

19          9:53 a.m., on Friday, November 17, 2023, before

20          Jana Ruiz, CSR 12837.

21

22

23

24

25

                                                 Page 1

1   APPEARANCES OF COUNSEL:

2

3   For Plaintiffs:

4   ADVANCING LAW FOR ANIMALS

5   BY RYAN GORDON

6   407 North Pacific Coast Highway, Suite 267

7   Redondo Beach, California 90277

8   (202)996-8389

9   ryan.robert.gordon@gmail.com

10

11   For Defendants LIEUTENANT JERRY FERNANDEZ; DETECTIVE

12   JACOB DUNCAN; DETECTIVE JEREMY ASHBEE; COUNTY OF SHASTA;

13   and SHASTA COUNTY SHERIFF'S DEPARTMENT:

14   BEST BEST & KRIEGER, LLP

15   BY DAMIAN A. NORTHCUTT

16   1801 Von Karman Avenue, Suite 1000

17   Irvine, California 92612

18   (949)263-2600

19   damian.northcutt@bbklaw.com

20

21        (Continued on following page.)

22

23

24

25

Page 2

---

1   For Defendant SHASTA COUNTY FAIR:

2   CALIFORNIA DEPARTMENT OF JUSTICE

3   TORT AND CONDEMNATION SECTION

4   BY JOHN BRIDGES, Deputy Attorney General IV

5   1300 I Street, Suite 1210

6   Sacramento, California 95814

7   (916)210-7529

8   john.bridges@doj.ca.gov

9

10

11             I N D E X

12   WITNESS:  KAY DELALOZA

13   EXAMINATION BY:              PAGE

14   MR. NORTHCUTT            5, 45

15   MR. GORDON               41, 44

16   MR. BRIDGES              42

17

18

19

20

21

22

23

24

25

Page 3

---

1                E X H I B I T S

2   DEFENSE      DESCRIPTION         IDENTIFIED  MARKED

3   EXHIBIT A    Photograph           25       47

4

5

6   INFORMATION TO BE SUPPLIED:  Page(s) 39

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

---

1        THE REPORTER:  My name is Jana Ruiz with Veritext,

2   located at 3960 Howard Hughes Parkway, Las Vegas,

3   Nevada.  I am located in Chino Hills, California,

4   CSR 12837.  Today's date is November 17, 2023, at

5   approximately 9:53 a.m.  The witness today is

6   Kay Delaloza.  Present are Mr. Northcutt, Mr. Gordon,

7   and Mr. Bridges.

8

9               KAY DELALOZA,

10   a witness herein, having been sworn, testifies as

11   follows:

12

13             -EXAMINATION-

14

15   BY MR. NORTHCUTT:

16        Q.  Good morning, Ms. Delaloza.  My name is

17   Damian Northcutt.  I'm an attorney with Best Best &

18   Krieger, and we represent various defendants in a

19   lawsuit that's been brought by Jessica Long and her

20   daughter Eliza Long.

21        For the purposes of this deposition going forward,

22   we're just going to refer to Eliza Long as E.L. to

23   minimize, you know, talking about her name, since she's

24   a minor, too much.

25        Is that okay?  Do you understand that?

Page 5

---

2 (Pages 2 - 5)

1    A.  Yes.

2    Q.  Great.

3    Can you go ahead and state and spell your name for

4  the record.

5    A.  My name is Kay Delaloza.  It's K-A-Y

6  D-E-L-A-L-O-Z-A.

7    Q.  Great.

8    Have you ever had a deposition before?

9    A.  No.

10    Q.  So let me go through a little bit of kind of

11  the background rules.  This will help make things

12  easier.

13    We are here today and we're doing a deposition,

14  which basically is like a chance for the attorneys to

15  flush out some of the facts of the case.

16    Even though we're in kind of an informal setting

17  via Zoom and we're not in a court of law, the court

18  reporter has given you an oath, and it's the same oath

19  as if you were in a court of law.  So it's under the

20  penalty of perjury, and you're expected to tell the

21  truth, just as if you were right in front of a judge.

22    Do you understand that?

23    A.  Yes.

24    Q.  Great.

25    From time to time, there might be objections

1  asserted from some of the attorneys here, probably not

2  many, but they have a right to assert objections.  Those

3  objections are being preserved so that we can discuss it

4  at a later date.

5    If you hear an attorney assert an objection, that

6  doesn't mean don't answer that question.  That just

7  means they're preserving those objections.

8    So if, for example, Mr. Gordon says, "Objection,

9  it's an incomplete hypothetical," or something to that

10  effect, still go ahead and answer the question.  We can

11  argue about that in front of a judge at a later date.

12    Is that understood?

13    A.  Yes.

14    MR. GORDON:  I would add, Damian -- I'm not putting

15  words in your mouth, Ms. Delaloza -- if I say "vague,"

16  you know, and in her mind, just she really doesn't

17  understand the question, then --

18    MR. NORTHCUTT:  Right.

19    We'll get to that.

20    Q.  So do you mind if I go by your first name, Kay?

21  Is that okay?

22    A.  That's fine, yes.

23    Q.  So, Kay, I don't want you to guess at any of my

24  questions today.  If you don't understand, just like

25  Mr. -- just like plaintiff's counsel just informed you,

1  if there's a question I posed and you don't understand

2  it, please tell me and I'll rephrase it.

3    If I go ahead and I ask a question and you answer

4  it, I'm going to assume that you understood the

5  question.

6    Fair enough?

7    A.  Okay, yes.

8    Q.  Awesome.

9    So have you taken any medications today so that

10  would make it so that you wouldn't be able to give us

11  your best testimony?

12    A.  No.

13    Q.  Okay, good.

14    Have you had any alcohol or other medications that

15  could possibly impact your testimony this morning?

16    A.  No.

17    Q.  Even though we're doing this via Zoom and I can

18  see you, it's not being recorded on a video, but we do

19  have a clerk here -- a court reporter who is typing down

20  everything that we say.  At the end of the deposition,

21  she's going to prepare a booklet, and you're going to

22  get a copy of that booklet at a later date.

23    You'll have a chance to go ahead and review that

24  booklet and see if there's any changes that need to be

25  made to your testimony.  However, that being said, we're

1  here to get your best testimony today.  So if you say

2  like something was red and later on, you think, No, I

3  meant it was blue, let's have you correct that today on

4  the record and have your best testimony.

5    If you, later on, make really substantive changes

6  to your testimony when you're going through the booklet,

7  counsel could either comment on that.  It could go to

8  issues of your credibility.

9    So the hope is that, today, we can get your best

10  testimony, and if you need to correct anything at any

11  time or change it, just let us know and we can go ahead

12  and give you the opportunity to do that; okay?

13    A.  Okay.

14    Q.  Awesome.

15    If, for any reason, you need to take a break at any

16  time, we can do that.  The only time that I would ask

17  that we don't do that is if I've already posed a

18  question to you.  In that situation, go ahead, answer

19  the question, and then we can take a break right

20  afterwards.

21    A.  Okay.

22    Q.  I'm not going to spend a lot of time here today

23  with you.  I appreciate you being here.  I understand

24  it's a Friday.  Probably not your favorite thing to be

25  doing a deposition.  So we'll try to make this as short

1    and sweet as we can to get the facts that we need from
2    you.
3         So, Kay, can you tell me, do you currently have a
4    job?
5         A. No.
6         Q. Okay.
7         I'm summarizing here -- and, Ryan, if you want to
8    make a comment afterwards, you can -- but this lawsuit
9    in question involves, as I mentioned, Jessica Long and
10   her daughter E.L. They're suing the Shasta County, who
11   is our client, three of its officers, who are also our
12   client, the Shasta County Sheriff's Department, which is
13   also one of my clients, and then a number of defendants
14   that are either employees or were employed by the Shasta
15   District Fair & Event Center and the event center
16   itself.
17        Essentially, the lawsuit arises out of an auction
18   that occurred back in June of 2022 whereby Jessica Long
19   and her daughter had a goat by the name of Cedar at the
20   fair and ultimately decided to remove that goat at the
21   end of the fair. Essentially, they're alleging various
22   violations of civil rights among other things, but
23   that's kind of the overall 30,000-foot picture of the
24   lawsuit.
25        Are you familiar or have you heard of this lawsuit,

Page 10

1    by any chance?
2         A. Yes.
3         Q. And how did you become aware of this lawsuit?
4         A. It's on the TV, on the news.
5         Q. Back in June of 2022, were you employed at that
6    time?
7         A. I worked, yes.
8         Q. And what were you working at at that time?
9         A. I was helping at the Farm and Roots, an
10   afternoon program.
11        Q. Okay.
12        What is the Farm and Roots program?
13        A. It's school -- how could I explain this? You
14   know, the kids go there. They like work with animals,
15   but it's kind of like -- it's a Christian. They do
16   Bible studies. It's just a private school.
17        Q. And did you have a title that's like -- were
18   you considered a teacher, a mentor, a tutor, anything.
19        A. No.
20        I was just an afternoon program. I would just stay
21   with the kids until their parents picked them up.
22        Q. Were you also -- so we were talking about that
23   this is in June of 2022.
24        How long had you been with the Farm and Roots
25   program?

Page 11

1         A. Like four months.
2         Q. Four months.
3         Going back from June, so that would be -- that
4    would be February?
5         A. Yeah.
6         I started in February.
7         Q. That brings us up to May.
8         So was it four months or five months, do you know?
9         A. Well, I started the beginning of February, and
10   the school was over a week before fair. So it was over
11   sometimes in June.
12        Q. Did you, also in addition to having this work,
13   do you also have your own business, by any chance?
14        A. We sell like 4-H animals, like goats for the
15   4-H kids and the FFA kids and the people that want the
16   animals.
17        Q. Is there a business name for that? Do you have
18   a business name or name for a ranch or anything like
19   that?
20        A. Well, no.
21        We do the Delaloza Ranch. It's on our tags.
22        Q. And how long have you been doing
23   Delaloza Ranch?
24        A. Oh, wow, for like 20 years, around 20 years.
25        Q. And during those 20 years, have you been

Page 12

1    working with 4-H during those 20 years?
2         A. No.
3         I've been doing 4-H for 15 years.
4         Q. And the FFA, you said, are you also involved
5    with that as well?
6         A. We sell the goats to the FFA members, but
7    that's it.
8         Q. So in 2022, can you give me an approximate
9    number of how many goats you sold to the 4-H?
10        MR. GORDON: Just objection. Misstates testimony.
11   I think she's selling to the individual kids, not the
12   4-H, the organization.
13        MR. NORTHCUTT: Okay, that's fine.
14        Q. If they weren't being sold to the 4-H, to the
15   individual members in 4-H, if you can give me an
16   estimate on that, that would --
17        A. I think we sold like ten goats, ten wethers.
18        Q. And how many goats do you think you had,
19   approximately, at the ranch in 2022?
20        A. I think we had like 60, but we're talking about
21   the females also -- right? -- the --
22        Q. All the goats.
23        A. All of them? Around 60.
24        Q. Do you also raise other animals as well besides
25   the goats?

Page 13

4 (Pages 10 - 13)

1    A. We have chickens, but that's it.
2    Q. Now, you mentioned you've had some involvement
3  with 4-H over the last 20 years -- is that right? --
4  approximately?
5    A. No, 15 years.
6    Q. Fifteen years.
7    And what is your involvement with 4-H over those
8  15 years?
9    A. I've been a leader.
10    Q. Now, as part of the Delaloza Ranch, do you
11  actually breed the goats there?
12    A. Yes.
13    Q. Have you been doing that for -- was that
14  20 years?
15    A. Yes.
16    Q. So is it fair to say you're very familiar with
17  the different types of goats and kind of what like their
18  agriculture purpose is?
19    A. Yes.
20    Q. So for example, some are like, I guess, dairy
21  goats. Some are meat goats; is that correct?
22    A. Yes.
23    Q. And are there other types of goats as well?
24    A. Yes.
25    Q. Okay.

Page 14

So one of the things I forgot to mention kind of
during our initial kind of admonitions at the beginning,
one thing is, I'm entitled to your best estimate of
things, and you're doing a great job in terms of that.
So if you can give me an estimate like you did
earlier, you know, you started working in approximately
February 2022, I'm entitled to the estimate.
If, on the other hand, the question would cause you
to guess, I don't want you to guess at the question.
So the typical version the attorneys usually
explain is, if you had to estimate the table that maybe
you're sitting at right now, the length of it, you could
probably give me an estimate.
But if I asked you about the dining room table in
my house, you couldn't do because you'd have to guess
it. You've never been there.
Do you understand the difference between an
estimate and a guess?
A. Yes.
Q. The other issue I forgot to mention,
unfortunately, is, since we've got a court reporter
sitting here typing everything down, we need to not talk
over each other. So I'll do the best I can to let you
answer the question and if you could let me get the
question out.

Page 15

And I know, normally, in normal conversation, we
talk over each other, but since she's typing everything
down, we need to give her a chance to do that clearly.
Fair enough?
A. Yes.
Q. And you're doing a great job so far. I just
wanted to kind of go over those few issues that, I'm
sorry, I didn't bring up earlier.
So you've been involved as a leader for 4-H for
approximately 15 years. You've been doing the
Delaloza Ranch for approximately 20 years.
Is that all correct?
A. Yes.
Q. Can you tell me what a 4-H leader does, or more
specifically, what you've done as a 4-H leader.
A. I teach the kids about the goat diseases, about
the -- how to raise the goats, and we talk about the
fair and about the auction, and we also do -- I make
goat meat for all the kids and I'll do it in December.
And because my thing is, if you're going to sell a
goat, you need to tell the people, "Oh, I've had goat
meat before, and it's" -- "and it tastes good," and I
teach them, you know, how -- how many calories the goat
has, how much fat it has, and the shelters. Anything
that has to do with the animal, I'll teach them.

Page 16

Q. Okay.
Now, in 2022, you said you sold approximately ten
goats to either the 4-H or their members.
Is that accurate?
A. Yes, uh-huh.
Q. And do you recall if one of those goats that
you sold was sold to Jessica Long?
A. Yes.
Q. Do you recall the name of the goat?
A. Cedar.
Q. Did you raise Cedar?
A. When it was four months old, they came and
picked it up, but yes.
Q. Do you recall -- so this would be approximately
in April of 2022.
Do you recall -- I mean, in your mind, can you
specifically remember selling Cedar to Jessica Long?
A. Yes.
Q. Did she ask you any questions when she was
purchasing the goat?
A. No.
Q. Did she tell you why she was purchasing the
goat?
A. For 4-H.
Q. Did she mention if she was in any specific

Page 17

5 (Pages 14 - 17)

1  programs at 4-H?
2      A. She was just in goat.
3      Q. When you say "goat," do you mean the market
4  goat program through --
5      A. Yeah, the market goat.
6      Q. Did you have a conversation in terms of how to
7  take care of Cedar going forward or anything like that?
8      A. Yes, yes.
9      Q. And what do you recall telling her?
10     A. Right when she bought the goat or later on?
11     Q. Right when she bought the goat.
12     A. I just told her how to take care of it and
13  about the shelter, and I told her a little bit about the
14  fair.
15     Q. Was E.L. with her when she was purchasing the
16  goat?
17     A. Yes.
18     Q. And did you have any conversations with E.L. at
19  that time?
20     A. I just told her about her feeding and giving it
21  fresh water all the time and that she had to be in the
22  pen with Cedar, that she can get to know Cedar and pet
23  him and stuff.
24     Q. Was Cedar the name that you gave the goat, or
25  did they name Cedar?

Page 18

1      A. No.
2      She named it.
3      Q. Do you recall what Jessica Long paid for the
4  goat, for Cedar?
5      A. Oh, wow, I don't remember.
6      Q. Like an approximate?
7      A. I think it was 350.
8      Q. Was there anything else that they purchased
9  from you besides Cedar?
10     A. She purchased -- I don't remember if she
11  purchased one bag of feed that day.
12     Q. At the time when she purchased the goat, did
13  you have any conversations with either Jessica Long or
14  E.L. about raising a market goat -- I mean, not a market
15  goat, strike that -- a meat goat?
16     A. I don't think so.
17     Q. Do you remember approximately how long your
18  whole transaction with them was that day in April when
19  you sold Cedar?
20     A. It was a couple of hours, because they weren't
21  the only ones here. It was also the other 4-H kids.
22     Q. Had you had any interaction with either
23  Jessica Long -- with Jessica Long prior to the sale of
24  Cedar?
25     A. No.

Page 19

1      Q. How about her daughter E.L.?
2      A. I seen her -- oh, gosh, I think it was last
3  year.
4      Q. I'm talking about prior to the sale of Cedar
5  back in April of 2022, did you ever speak with E.L.
6  before that date in person?
7      A. Yes.
8      Q. Did you know E.L. before April 2022?
9      A. No.
10     You know, I'm wrong on that. We had 4-H meetings
11  with them. Yes, I did know her.
12     Q. Do you recall that meeting?
13     A. Oh, it was like a lot of meetings. We would --
14  we would have once a month.
15     Q. Let me try to be a little bit clearer with my
16  questions. I feel like I'm confusing.
17     So you were in -- so in late 2021, you were a
18  leader in 4-H; is that correct?
19     A. Yes.
20     But I wasn't in their club.
21     Q. And you were also a leader throughout 4-H in
22  2022; correct?
23     A. Yes.
24     Q. When you say you weren't in their club, you
25  mean -- I'm blanking -- the Cow Creek Club?

Page 20

1      A. No.
2      I was in Golden Acres 4-H, but because Chad just
3  started that club, the Cow Creek, so I would go and help
4  them. So we would have our meetings with Golden Acres
5  and Cow Creek.
6      Q. So can you recall approximately the first time
7  you met either E.L. or Jessica Long?
8      A. Oh, wow, I think I met them in -- gosh, in
9  December.
10     Q. Of 2021?
11     A. Yes.
12     Q. And between December of 2021 and when you sold
13  the goat Cedar in April of 2022, how often -- how much
14  interaction did you have with either Jessica Long or her
15  daughter E.L.?
16     A. I started working in February at the school.
17  So I would see them Monday through Friday.
18     Q. So every day?
19     A. Yes.
20     Q. Between February of 2022 and June of 2022?
21     A. Yes.
22     Q. How often on those days, like how much time
23  would you spend, approximately, with E.L. between Monday
24  and Friday of February of 2022 and April -- June of
25  2022?

Page 21

6 (Pages 18 - 21)

Page 22

```
 1      A. The afternoon program would start at 3:00, and
 2   it would end at 5:00.
 3      Q. And were there other kids in the program
 4   besides E.L.?
 5      A. Yes.
 6      There was like six.
 7      Q. Can you give me an estimate of how much time
 8   actually you spent with E.L. as opposed to the other
 9   five on a daily basis?
10      A. I would have to spend the whole time with all
11   the kids, not just E.L.
12      Q. During this time between February and April --
13   and June of 2022 when you're seeing E.L. on a daily
14   basis, did you have communications with her regarding
15   Cedar?
16      A. Yes.
17      Q. Did she ever mention to you that Cedar was a
18   market goat -- I mean, a meat goat?
19      I keep forgetting the phrases.
20      MR. GORDON:  Damian, aren't they synonymous?  That
21   was my understanding, but I don't know --
22      MR. NORTHCUTT:  There must be a -- let's just go
23   with meat goat.
24      THE WITNESS:  Or call him a wether, because he was
25   a wether.
```

Page 23

```
 1      MR. NORTHCUTT:  Okay.
 2      Q. What is a wether goat?
 3      A. It's -- how could I explain wether goat?  How
 4   could I explain wether goat?  It's a goat that they take
 5   to the fair.  That's the one that gets sold.
 6      Q. And what's it sold for?
 7      A. For auction, for meat.
 8      Q. And so did you have -- the phrase again is a
 9   wether?
10      A. Yes.
11      Q. And how do you spell that?
12      A. W-E-T-H-E-R.
13      Q. So wether goat is a goat that's taken to
14   auction for meat; is that correct?
15      A. Yes.
16      Q. Did you ever have any conversations with E.L.
17   during that time period -- so we're talking between
18   April when she got the goat to June when the fair
19   happened -- about Cedar being a wether goat?
20      A. Yes.
21      Q. Can you tell me -- strike that.  Let me try to
22   phrase this.
23      So was it your understanding that E.L., during this
24   time period between April and June of 2022, that she was
25   aware that Cedar was going to go to fair, be sold, and
```

Page 24

```
 1   be killed for meat?
 2      A. Yes.
 3      Q. And what is the basis for your understanding?
 4      A. When we talk in meetings, we tell them that the
 5   goat gets sold and it's for meat.  People buy it to eat
 6   it.
 7      Q. At any time while you were with her on a daily
 8   basis during this same time period, did E.L. tell you
 9   that she did not want Cedar to go forward with the fair?
10      A. No.
11      Q. At any time, did she tell you that -- this is
12   E.L. again -- that she did not want Cedar to be killed
13   and used for meat?
14      A. No.
15      Q. So at any time in this same time period, so
16   April 2022, June 2022, did Jessica Long ever tell you
17   that she did not want Cedar to go to the fair?
18      A. No.
19      Q. At any time, did she ever tell you that she did
20   not want Cedar to be killed -- auctioned, killed, and
21   used for meat?
22      A. No.
23      Q. At any time -- I'm sorry, some of these
24   questions seem repetitious.  We're going back to E.L.
25   again.
```

Page 25

```
 1      At any time, did E.L. ever ask you during this same
 2   time period if there was a way to remove Cedar from
 3   being auctioned?
 4      A. No.
 5      Q. Same question with respect to Jessica Long, at
 6   any time during this same time period, did Jessica Long
 7   ever approach you about possibly trying to remove Cedar
 8   from being auctioned and slaughtered?
 9      A. She did at the fair.
10      Q. She did at the fair?
11      A. Yeah.
12      Q. So we'll get to the actual fair.
13      A. Okay.
14      Q. But at any point prior to the fair?
15      A. No.
16      Q. I have one exhibit I'm going to pull up here,
17   and I apologize, it's a little bit grainy, but it's the
18   best copy we have of this thing.  I'm going to try to
19   share my screen with you, and let me know if you're able
20   to see it.
21      So I'll have the court reporter mark this document
22   as Exhibit A.
23      (Whereupon the document referred to is marked by
24   the reporter as EXHIBIT A for identification.)
25      MR. NORTHCUTT:
```

7 (Pages 22 - 25)

1    Q.  Can you see my screen?
2    A.  Yes.
3    Q.  Is there a way to make it big?
4    How about now, is it bigger?
5    A.  No.
6    Here, let me see if I can -- I made it bigger.
7    Okay.
8    Q.  And just for the record, these three pages were
9    produced in discovery previously -- this is, I'm just
10   noting for the record -- as Fern000079 through 81.
11   A.  Uh-huh.
12   Q.  So have you seen -- so this first page is 79.
13   It appears to be a person's hand holding what appears to
14   be an image that says, "Cow Creek," I believe it's,
15   "4-H, Shasta County 2022"?
16   A.  Yes.
17   Q.  Have you seen this image before?
18   A.  This picture?
19   Q.  Yeah.
20   Have you seen this picture?
21   A.  No.
22   Q.  Not the picture of the hand, but the picture of
23   the child with the goat in it, have you seen --
24   A.  No.
25   I've never seen this one before.

Page 26

1    Q.  All right.
2    So I'm going to try to do my best here to -- let's
3    do it this way.
4    Can you see the image, it's marked 80?
5    It looks like it's a handwritten letter.
6    Do you see that?
7    A.  Yes.
8    Q.  Can you either zoom in or zoom out to the point
9    where you can actually read the writing on it?
10   A.  I can read it.  Well, some of it.
11   Q.  Can you read, to the best of your ability, what
12   it says on the --
13   A.  On this page?  It says --
14   Q.  Start with the one with more writing on it and
15   then go to --
16   A.  It says, "Hello," and I can't read what that
17   says.  It says, "Hello, my name is" -- I think it's her
18   name, and it says, "I am" -- I could barely read it.
19   Says, "Cow Creek 4-H.  This is my first year in 4-H.  I
20   have" -- something -- "to have a meat goat wether for my
21   project.  His name is Cedar.  In this year, I have
22   learned how to" -- I think it says, "feed and I have
23   learned how to cure goat diseases.  This is" -- "this is
24   how I have learned to take of my meat goat.
25   "My goat is a very" -- I'm not sure what that word

Page 27

1    is, "and he will be very good," and then I'm not sure
2    what that word is, and I think, "in tacos and every
3    other way will be very good and tasty.  The Shasta
4    county fair starts at 8:00 a.m. the day of June 22 at
5    the Shasta County fairgrounds.  Sincerely, E.L."
6    Q.  Have you seen this letter before?
7    A.  Yes.
8    Q.  Where have you seen it?
9    A.  I helped her write it.
10   Q.  Is it called a buyers letter?
11   A.  Yes.
12   Q.  And can you tell me briefly what a buyers
13   letter is.
14   A.  You do a letter for the buyers, and you take it
15   to different kind of companies, your friends, your
16   family, and then they can bid on your goat or buy your
17   goat or your wether.
18   Q.  So you helped her write it.
19   Was that your testimony?
20   A.  There was -- I don't remember if there was two
21   or three other 4-H members that were selling goats, and
22   so one day, we didn't have nothing to do, and on the
23   chalkboard, I just wrote, well, okay, let's work on your
24   letters, and I just gave them ideas.
25   Q.  So do you recall approximately when this buyers

Page 28

1    letter was first written with you and E.L.?
2    A.  I think it was sometime in May, because in the
3    middle of May, you have to take them to the different
4    companies.
5    Q.  So is it your understanding -- I mean, based
6    off of this letter, she refers to Cedar being put in
7    tacos, and every other way, he'll be good and tasty, I
8    believe is what you read.
9    A.  Uh-huh.
10   Q.  So it's your understanding that in May of 2022,
11   E.L. was aware that Cedar was going to be sold for meat
12   and eaten in tacos or other things?
13   A.  Yes.
14   Q.  Do you know, did she write any -- is
15   this -- strike that.
16   To your knowledge, is there any portion of this
17   letter that she, if you recall, that she specifically
18   came up with the language for, that was her idea?
19   A.  Yes.
20   I think it was her idea.
21   Q.  What was her idea?
22   A.  Well, because all I would say is, "Well, you
23   guys tasted goat meat.  What did you think?"
24   And she would go -- and she said, "Oh, it's very
25   tasty."

Page 29

And I would say, "Okay, then you have to write that down and people know that you had goat meat before."
Q. So it's your understanding that, specifically, this language dealing with, "So my goat is a very great goat. He'll be very good" -- I believe it's supposed to be plain, but it's spelled palin -- "in tacos and every other way. He'll be very good and tasty," is it your testimony that E.L. decided on that language?
A. Well, I just gave them ideas. I would think so.
Q. And did she seem -- did E.L. seem to have a good time drafting these buyers letters?
A. Yes.
Q. Did she ever indicate to you she didn't want to do a buyers letter because she didn't want Cedar to be sold?
A. No.
Q. I'm going to stop screen-sharing here.
Do you know if E.L. actually at any point distributed the buyers letters?
A. No, I don't know.
Q. Do you know approximately how many buyers letters E.L. drafted?
A. No.
Q. Can you give an estimate? Can you say less

than 15, more than 15?
A. No.
Q. More than five?
A. Probably more than five. Most kids take at least ten.
Q. Do you think that she, E.L., made approximately ten of those buyers letters?
A. Yes.
Q. My understanding is, the fair took place in June, the latter part of June in 2022 for several days. I believe that Cedar was removed on June 25th, 2022.
Does that sound about accurate to you?
A. Yes.
MR. GORDON: No personal knowledge, but --
MR. NORTHCUTT:
Q. Were you at the fair at any point in June of 2022?
A. Yes.
Q. Okay.
Can you tell me which days you were there?
A. Because I'm a leader, I have to be there. We weigh the animals on a Monday, and then we have to be there every single day until the fair's over.
Q. So let me just quickly, if you don't mind, Kay, let's go off the record for just one second so I can get

the dates and have the accurate dates in front of me, and then I'll go through those dates with you.
A. Okay.
Q. It shouldn't be more than -- let's say we'll go off the record for five minutes.
A. Okay, that's fine.
(A recess is taken.)
MR. NORTHCUTT: So I guess we're back on the record.
Q. Kay, you understand you're still under oath, the same as earlier when we talked?
A. Yes.
Q. Great, okay.
Off the record, you mentioned that there were two things you wanted to change or correct your testimony?
A. Okay.
Q. Can you go ahead and tell us what those are.
A. The school, it's called Root Farm EDU, and it's a charter school.
Q. Where is that located?
A. It's in Palo Cedro.
Q. And what was the other thing that you said you wanted to correct?
A. The wether, remember you asked me? The wether is a male castrated goat.

Q. As a male castrated goat -- I know this is going to sound silly -- but I assume that means the goat can't reproduce; correct?
A. No. Yes.
Q. And the goat has no value for any milk because it's not a dairy goat?
A. No.
It's just a meat goat.
Q. All right, thank you. I appreciate you clarifying that.
So according to my handy dandy calendar here, you said that before the fair on a Monday, you'd have to weigh in the animals; is that correct?
A. Yes, yes.
Q. So that, according to the calendar, would have been June 20th, 2022.
Does that sound about accurate?
A. Yes.
Q. And you said then that the goat -- that you were personally present at the fair every day during that week; is that correct?
A. Yes.
Q. So that would have been June 21st through the 25th of 2022?
A. It's from Monday all the way to Saturday.

1    Q.  Correct.
2        And I can represent to you that June 25th, 2022, is
3    a Saturday.
4    A.  Yes.
5    Q.  Also, at any point during your time at the
6    fair, I think you mentioned earlier that you did have a
7    conversation with Jessica Long.
8        Is that accurate?
9    A.  Yes.
10   Q.  What was that conversation?
11   A.  It was -- I don't remember what date, but it
12   was sometimes that week.
13   Q.  Can you recall kind of the substance of that
14   conversation, what you guys talked about?
15   A.  She decided that she didn't want to sell the
16   goat or the wether and --
17   Q.  Oh, go ahead.
18   A.  Okay.
19       So I told her that she signed the contract and she
20   would have to go talk to the fair board and talk to
21   them, because after you sign the contract, the wether's
22   not yours.  It's the county's.
23   Q.  Do you know if she ever went and talked to the
24   board?
25   A.  No, I don't.

Page 34

1    Q.  Did you just have that one conversation?
2    A.  No.
3        We had a couple of different -- you know, yes.
4    We -- how can I explain?  We had different
5    conversations.
6    Q.  Did you ever speak with E.L. at any point
7    during the fair?
8    A.  Yes.
9    Q.  Do you recall what your conversation with E.L.
10   was about?
11   A.  When she sold her wether, she got like I
12   think -- I don't remember it was 10 or $11 a pound, and
13   so she just walked up to me and asked me -- she was
14   crying and asked me, "What did I do wrong?"
15       And I said, "You didn't do anything wrong."  I
16   said, "Sometimes" -- I said, "My daughter sold her goat
17   for 5.50 a pound.  You didn't do anything wrong," and
18   she just walked off.
19   Q.  So what was your understanding of what she
20   meant when she said, "What did I do wrong?"
21   A.  The girl that was ahead of her got, I think,
22   $59 a pound, and so I assumed that she thought she was
23   going to get more than $11 a pound.
24   Q.  So was it your belief that she was upset
25   because she didn't get the amount of money that she was

Page 35

1    hoping to get when selling Cedar?
2    A.  Yes.
3    Q.  Did she say anything else to you during that
4    conversation?
5    A.  No.
6    Q.  Do you recall the date?
7    I assume it's the date of the auction, June 25th,
8    2022.
9        Is that accurate?
10   A.  Yes.
11   Q.  When you were assisting at Roots Farm and you
12   were interacting with E.L. on a daily basis between -- I
13   guess it was February of 2022 and June of 2022, did E.L.
14   ever indicate to you that she was hoping to finish her
15   work with 4-H?
16   A.  Yes.
17   Q.  Can you tell me, do you recall having a
18   conversation about that?
19   A.  Her mom was talking to me, and E.L. walked up
20   to me in front of her mom and said, "Oh, I'm so tired of
21   Cedar.  I can't wait till I sell him at fair."
22   Q.  Do you recall when this conversation was?
23   A.  It was sometimes in May.
24   Q.  May of 2022?
25   A.  Yes.

Page 36

1    Q.  And you were present when you physically heard
2    E.L. say that?
3    A.  Yeah.
4        She told -- she said it to me.
5    Q.  Did her mom have a response to that?
6    A.  She just said, "She'd rather be at the house
7    swimming."
8    Q.  Jessica Long said that -- when you say, "She
9    would rather" --
10   A.  Yeah.
11       Jessica Long said, "She'd rather be at the house
12   swimming."
13   Q.  Meaning that E.L. would rather be at the house
14   swimming; correct?
15   A.  Yes, yes.
16   Q.  Got it, okay.
17       So based on that statement that she made, was it
18   your understanding that E.L. didn't want to have to care
19   for Cedar anymore after May of 2022?
20   A.  Yes.
21   Q.  How did you ultimately hear -- strike that.
22       Did you ultimately hear at some point that Cedar
23   had been removed from the Shasta District Fair?
24   A.  They called me at 3:00 o'clock in the morning
25   because they thought she was in my club, and they said

Page 37

1  that one of the goats was -- one of the wethers was
2  removed.
3      Q.  When you say "they," who was it that called
4  you?
5      A.  I'm not sure if it was -- it was 3:00 o'clock
6  in the morning.  I don't remember who it was.  I think
7  it was somebody from the fair.
8      Q.  Okay.
9      And do you remember what you told them?  Did you
10  have a response?
11      A.  No.
12      I said, "When I left, all our wethers were there,
13  because we're" -- like I said, I'm from Golden Acres,
14  and all our wethers were there.
15      Q.  Did anyone from the fair follow up with you
16  regarding the removal of Cedar?
17      A.  No.
18      Q.  Did Jessica Long ever reach out to you after
19  she removed Cedar from the fair?
20      A.  No.
21      Q.  Did E.L. ever reach out to you after --
22      A.  No.  I'm sorry, no.
23      Q.  You testified earlier that you have -- you
24  know, you've been raising goats for a long time, some
25  years as many as 60 goats on your property.

Page 38

1      MR. NORTHCUTT:  I know.  She raised --
2      MR. GORDON:  Yeah, I understand.
3      MR. NORTHCUTT:  -- and she breeds them --
4      MR. GORDON:  I understand, yeah.
5      MR. NORTHCUTT:
6      Q.  Kay, has there been any -- you mentioned
7  earlier in your testimony that kind of the removal of
8  the goat -- and maybe if I'm wrong here, you know,
9  correct me -- but that you heard about it kind of in the
10  news -- is that right? -- or the media?
11      A.  About the goat being taken?
12      Q.  Yes.
13      A.  Yeah.
14      Q.  Have there been any repercussions for your
15  involvement in terms of selling Cedar to either Jessica
16  or E.L.?
17      A.  No.
18      Q.  Have you received any sorts of threats or
19  anything related to Cedar?
20      A.  No.
21      MR. NORTHCUTT:  I'm going to reserve some time.  If
22  anyone has any follow-up questions, I may have a
23  follow-up question myself, but otherwise, I think I've
24  covered the majority of what we wanted to talk about
25  with you today.

Page 40

1      So do you know or can you approximate an
2  approximate fair market value for Cedar, like -- I mean,
3  I know what he was sold for, but what you as a goat
4  owner/breeder would value him at?
5      MR. GORDON:  I'm just going to testify.  It
6  calls -- or object.  It calls for expert opinion, but of
7  course, she can give her answer.
8      THE WITNESS:  I don't know.
9      MR. NORTHCUTT:
10      Q.  Do you have an estimate, like a range?
11      A.  No, I don't.
12      I can come back with it, but I don't know.
13      Q.  If we left a blank in the -- like a line where
14  you could fill it in in the deposition transcript, is
15  that something you would be able to provide to us?
16      A.  Yes.
17      Q.  Well, I'll go ahead and have the court reporter
18  leave a spot, and if you're able to give it, great, and
19  if not, just please feel free to leave it blank.
20      (INFORMATION TO BE SUPPLIED:_____
21  _____
22  _____.)
23      THE WITNESS:  Okay.
24      MR. GORDON:  Still subject to my objection Damian,
25  though --

Page 39

1      Does anyone have any questions?
2      MR. GORDON:  John, do you have any?
3      MR. BRIDGES:  No, I don't.
4      MR. GORDON:  I might have one.  Just give me --
5  okay, just give me one second.
6
7      -EXAMINATION-
8
9  BY MR. GORDON:
10      Q.  Ms. Delaloza, do you recall -- Ryan Gordon for
11  plaintiffs here.  So we're representing the Longs in
12  this matter.
13      Do you recall -- again, thank you for being here.
14  Will not take up much of your time.  This went quickly.
15  So thank you for being here.  I know you don't want to
16  be here on a Friday, nonetheless, under oath, et cetera.
17  So I do have a question.
18      Do you recall -- I'm estimating here, because I
19  wasn't there, of course, but do you recall maybe two to
20  three weeks before the fair, having a conversation with
21  Ms. Long where you stated that, you know, around the end
22  of the fair, end of the -- after the auction or towards
23  the end of the night, to make sure Eliza is on the rides
24  because it's sad when all the animals get corralled into
25  a pen and get put on the trucks?

Page 41

11 (Pages 38 - 41)

1    Do you recall that conversation?
2    A.  Yes.
3    Q.  So earlier, you mentioned -- strike that.
4    So you were basically advising her to get Eliza
5    away from Cedar because the kids get sad at that point
6    in the evening; is that correct?
7    A.  Yes.
8    Q.  And I know that you mentioned, I guess --
9    Damian, do you have any recross?  I'm trying to find my
10   other notes here which is not popping up.
11   MR. BRIDGES:  For what it's worth -- this is
12   John -- I do have one or two questions if you want me to
13   jump in?
14   MR. GORDON:  John, go ahead.
15
16            -EXAMINATION-
17
18   BY MR. BRIDGES:
19   Q.  Ms. Delaloza, can you hear me okay?
20   A.  Yes.
21   Q.  My name is John Bridges.  I'm from the attorney
22   general's office.  I represent the district fair.
23   I just want to make sure, in 2022 during the fair,
24   were you ever an employee or agent of the Shasta
25   District Fair?

Page 42

1    A.  No.
2    Q.  Okay.
3    Just want to make sure you didn't work for the
4    fair.
5    Did you do any -- other than your involvement in
6    4-H, did you volunteer at the fair that year?
7    A.  No.
8    MR. BRIDGES:  Okay.
9    That's all I have.  Thank you very much.
10   MR. GORDON:  David, do you have anything else?
11   Because I just want to quickly hop off and call
12   Vanessa real quick, because I can't find this one file,
13   and see if I have one question.  I may not, but I want
14   to call and make sure I'm not hallucinating.
15   MR. NORTHCUTT:  I have one final question.  So why
16   don't you check with Vanessa and come back.
17   MR. GORDON:  Okay.
18   We'll go off for three minutes; okay?
19   MR. NORTHCUTT:  Great.
20   MR. GORDON:  Great.
21   (A recess is taken.)
22   MR. GORDON:  Back on the record.
23   (Continued on following page.)
24
25

Page 43

1            -EXAMINATION-
2
3    BY MR. GORDON:
4    Q.  Ms. Delaloza, just because I don't have the
5    transcript in front of me, you testified that Jessica
6    did ask you about removing Cedar.
7    Did you say at the fair or before the fair?  Can
8    you refresh my memory?
9    A.  At the fair.
10   Q.  Do you remember about what date that was?
11   A.  No, I don't.
12   Q.  So but between the 21st and 25th, one of those
13   days?
14   A.  I think it was during the auction.
15   Q.  Okay, that's fine.
16   I thought you said it earlier.  I wasn't -- I
17   wasn't certain if you did, but I don't have any further
18   questions, Damian.
19   A.  Okay.
20   But I'm not sure; okay?
21   Q.  I beg your pardon, I'm sorry?
22   A.  I said I'm not sure.  She did talk to me about
23   it, but I don't remember if it was after the auction.
24   Q.  But sometime after that period of time?
25   A.  Yeah, yes.

Page 44

1    Q.  That's fine.  I know it's hard to remember
2    everything.  I forget what happened yesterday.  So
3    that's fine.
4    A.  Me too.  Okay.
5
6            -EXAMINATION-
7
8    BY MR. NORTHCUTT:  I just have two quick questions.
9    Q.  One, you said you were -- you've been a group
10   leader for 4-H for 15 years; is that right?
11   A.  Yes, uh-huh.
12   Q.  At any point during those 15 years, has any
13   child in 4-H, that you're aware of, tried to remove an
14   animal from a terminal fair auction such as the one that
15   E.L. did with Cedar?
16   A.  No.  No.
17   MR. NORTHCUTT:  Okay.
18   That's all I've got.
19   You have a follow-up, Ryan?
20   MR. GORDON:  No.
21   I said that's all I have, Damian.
22   MR. NORTHCUTT:  Let's go ahead, I would like a copy
23   of the transcript and like printed version.  We'll go
24   ahead and we'll have the transcript, and once we get a
25   copy of the transcript, Kay, we'll forward it to you.

Page 45

12 (Pages 42 - 45)

**Page 46**

1    Can you give us a good address to forward that to
2  on the record?
3    THE WITNESS:  You're asking me?
4    MR. NORTHCUTT:  Yeah.
5    Is there an address where we can send you the copy
6  of the transcript?
7    THE WITNESS:  Yes.
8    It's ████████████████████████████
9  ██████
10   MR. NORTHCUTT:  Okay.
11   We'll send that to your attention, and once you've
12  reviewed it, please sign it and return it.
13   I'm going to go ahead and propose the same
14  stipulation which we've done in the past that a
15  certified copy of this deposition transcript can be used
16  as if it was the original for all purposes, including at
17  the time of trial.
18   THE WITNESS:  Okay.
19   MR. GORDON:  So stipulated.
20   THE REPORTER:  Mr. Gordon, did you want a copy?
21   MR. GORDON:  Can I let you know in a day or two?
22   THE REPORTER:  Yeah, no problem.
23   Mr. Bridges?
24   MR. BRIDGES:  Yes, please.
25   I would like a copy, thank you.

**Page 48**

1    I, Jana Ruiz, CSR 12837, do hereby declare:
2    That, prior to being examined, the witness named in
the foregoing deposition was by me duly sworn pursuant
3  to Section 30(f)(1) of the Federal Rules of Civil
Procedure and the deposition is a true record of the
4  testimony given by the witness.
5    That said deposition was taken down by me in
shorthand at the time and place therein named and
6  thereafter reduced to text under my direction.
7  _____  That the witness was requested to review the
transcript and make any changes to the
8    transcript as a result of that review
pursuant to Section 30(e) of the Federal
9    Rules of Civil Procedure.
10  _____  No changes have been provided by the witness
during the period allowed.
11
_____  The changes made by the witness are appended
12   to the transcript.
_____  No request was made that the transcript be
13   reviewed pursuant to Section 30(e) of the
Federal Rules of Civil Procedure.
14
15   I further declare that I have no interest in the
event of the action.
16
I declare under penalty of perjury under the laws
17  of the United States of America that the foregoing is
true and correct.
18
WITNESS my hand this 5th day of December, 2023.
19
20
21
22
23
24   Jana Ruiz, CSR 12837
25

**Page 47**

1    MR. GORDON:  Actually, we'll take a copy.
2    (The proceedings concluded at 11:05 a.m.)
3    ***
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 49**

1  DAMIAN A. NORTHCUTT
2  damian.northcutt@bbklaw.com
3    December 5, 2023
4  RE: E.L., A MINOR vs. LIEUTENANT JERRY FERNANDEZ
5  November 17, 2023, KAY DELALOZA, JOB NO. 6306998
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10   to schedule a time to review the original transcript at
11   a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13   Transcript - The witness should review the transcript and
14   make any necessary corrections on the errata pages included
15   below, noting the page and line number of the corrections.
16   The witness should then sign and date the errata and penalty
17   of perjury pages and return the completed pages to all
18   appearing counsel within the period of time determined at
19   the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21   Counsel - Original transcript to be released for signature
22   as determined at the deposition.
23  __ Signature Waived – Reading & Signature was waived at the
24   time of the deposition.
25

13 (Pages 46 - 49)

1 _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2 Transcript - The witness should review the transcript and

3 make any necessary corrections on the errata pages included

4 below, notating the page and line number of the corrections.

5 The witness should then sign and date the errata and penalty

6 of perjury pages and return the completed pages to all

7 appearing counsel within the period of time determined at

8 the deposition or provided by the Federal Rules.

9 __ Federal R&S Not Requested - Reading & Signature was not

10 requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 50

1 CASE: E.L., A MINOR vs. LIEUTENANT JERRY FERNANDEZ

2 WITNESS: KAY DELALOZA (#JOB NO 6306998)

3 　　　　E R R A T A  S H E E T

4 PAGE_____ LINE_____ CHANGE_____

5 _____

6 REASON_____

7 PAGE_____ LINE_____ CHANGE_____

8 _____

9 REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____  _____

24 WITNESS                Date

25

Page 51

14 (Pages 50 - 51)

1          I, Jana Ruiz, CSR 12837, do hereby declare:

2          That, prior to being examined, the witness named in
the foregoing deposition was by me duly sworn pursuant
3     to Section 30(f)(1) of the Federal Rules of Civil
Procedure and the deposition is a true record of the
4     testimony given by the witness.

5          That said deposition was taken down by me in
shorthand at the time and place therein named and
6     thereafter reduced to text under my direction.

7          _____   That the witness was requested to review the
transcript and make any changes to the
8                  transcript as a result of that review
pursuant to Section 30(e) of the Federal
9                  Rules of Civil Procedure.

10         _____   No changes have been provided by the witness
during the period allowed.

11

           _____   The changes made by the witness are appended
12                 to the transcript.

13         _____   No request was made that the transcript be
reviewed pursuant to Section 30(e) of the
14                 Federal Rules of Civil Procedure.

15         I further declare that I have no interest in the
event of the action.

16

           I declare under penalty of perjury under the laws
17    of the United States of America that the foregoing is
true and correct.

18

           WITNESS my hand this 5th day of December, 2023.

19

20

21

22    _Jana Ruiz_

23

24    Jana Ruiz, CSR 12837

25

                                              Page 48

**[& - add]**

## &

**&**   1:18 2:14
5:17 10:15
49:23 50:9

## 0

**01527**   1:9

## 1

**1**   1:12 48:3
50:1
**10**   1:12 35:12
**1000**   2:16
**11**   35:12,23
**11:05**   47:2
**1210**   3:5
**12837**   1:20 5:4
48:1,24
**1300**   3:5
**15**   13:3 14:5,8
16:10 31:1,1
45:10,12
**17**   1:19 5:4
49:5
**1801**   2:16

## 2

**20**   12:24,24,25
13:1 14:3,14
16:11
**202**   2:8
**2021**   20:17
21:10,12
**2022**   10:18
11:5,23 13:8
13:19 15:7
17:2,15 20:5,8

20:22 21:13,20
21:20,24,25
22:13 23:24
24:16,16 26:15
29:10 31:10,11
31:17 33:16,24
34:2 36:8,13
36:13,24 37:19
42:23
**2023**   1:19 5:4
48:18 49:3,5
**2025.520**   49:9
49:12
**20th**   33:16
**210-7529**   3:7
**21st**   33:23
44:12
**22**   28:4
**25**   4:3
**25th**   31:11
33:24 34:2
36:7 44:12
**263-2600**   2:18
**267**   2:6
**2:22**   1:9

## 3

**30**   48:3,8,13
50:1
**30,000**   10:23
**31735**   48:23
**350**   19:7
**39**   4:6
**3960**   5:2
**3:00**   22:1 37:24
38:5

## 4

**4**   12:14,15 13:1
13:3,9,12,14,15
14:3,7 16:9,14
16:15 17:3,24
18:1 19:21
20:10,18,21
21:2 26:15
27:19,19 28:21
36:15 43:6
45:10,13
**407**   2:6
**41**   3:15
**42**   3:16
**44**   3:15
**45**   3:14
**47**   4:3

## 5

**5**   3:14 49:3
**5.50**   35:17
**59**   35:22
**5:00**   22:2
**5th**   48:18

## 6

**60**   13:20,23
38:25
**6306998**   49:5
51:2
**6565**   46:8

## 7

**79**   26:12

## 8

**80**   27:4
**81**   26:10
**8:00**   28:4

## 9

**90277**   2:7
**916**   3:7
**92612**   2:17
**949**   2:18
**95814**   3:6
**96002**   46:9
**996-8389**   2:8
**9:53**   1:19 5:5

## a

**a.m.**   1:19 5:5
28:4 47:2
**ability**   27:11
**able**   8:10 25:19
39:15,18
**above**   49:6
**ac**   1:9
**accurate**   17:4
31:12 32:1
33:17 34:8
36:9
**acres**   21:2,4
38:13
**action**   48:15
**actual**   25:12
**actually**   14:11
22:8 27:9
30:19 47:1
**add**   7:14

Litigation Services
A Veritext Company                www.veritext.com

**[addition - bridges]**

**addition** 12:12
**address** 46:1,5
**admonitions**
   15:2
**advancing** 2:4
**advising** 42:4
**afternoon**
   11:10,20 22:1
**agent** 42:24
**agriculture**
   14:18
**ahead** 6:3 7:10
   8:3,23 9:11,18
   32:17 34:17
   35:21 39:17
   42:14 45:22,24
   46:13
**alcohol** 8:14
**alleging** 10:21
**allowed** 48:10
**america** 48:17
**amount** 35:25
**animal** 16:25
   45:14
**animals** 2:4
   11:14 12:14,16
   13:24 31:22
   33:13 41:24
**answer** 7:6,10
   8:3 9:18 15:24
   39:7
**anymore** 37:19
**apologize** 25:17
**appearances**
   2:1

**appearing**
   49:18 50:7
**appears** 26:13
   26:13
**appended**
   48:11
**appreciate** 9:23
   33:9
**approach** 25:7
**approximate**
   13:8 19:6 39:1
   39:2
**approximately**
   5:5 13:19 14:4
   15:6 16:10,11
   17:2,14 19:17
   21:6,23 28:25
   30:22 31:6
**april** 17:15
   19:18 20:5,8
   21:13,24 22:12
   23:18,24 24:16
**argue** 7:11
**arises** 10:17
**ashbee** 1:11
   2:12
**asked** 15:14
   32:24 35:13,14
**asking** 46:3
**assert** 7:2,5
**asserted** 7:1
**assisting** 36:11
**assume** 8:4
   33:2 36:7

**assumed** 35:22
**attention** 46:11
**attorney** 3:4
   5:17 7:5 42:21
**attorneys** 6:14
   7:1 15:10
**auction** 10:17
   16:18 23:7,14
   36:7 41:22
   44:14,23 45:14
**auctioned**
   24:20 25:3,8
**avenue** 2:16
**aware** 11:3
   23:25 29:11
   45:13
**awesome** 8:8
   9:14

**b**

**b** 4:1 50:1
**back** 10:18
   11:5 12:3 20:5
   24:24 32:8
   39:12 43:16,22
**background**
   6:11
**bag** 19:11
**barely** 27:18
**based** 29:5
   37:17
**basically** 6:14
   42:4
**basis** 22:9,14
   24:3,8 36:12

**bbklaw.com**
   2:19 49:2
**beach** 2:7
**beg** 44:21
**beginning** 12:9
   15:2
**belief** 35:24
**believe** 26:14
   29:8 30:5
   31:11
**best** 1:18,18
   2:14,14 5:17
   5:17 8:11 9:1,4
   9:9 15:3,23
   25:18 27:2,11
**bible** 11:16
**bid** 28:16
**big** 26:3
**bigger** 26:4,6
**bit** 6:10 18:13
   20:15 25:17
**blank** 39:13,19
**blanking** 20:25
**blue** 9:3
**board** 34:20,24
**booklet** 8:21,22
   8:24 9:6
**bought** 18:10
   18:11
**break** 9:15,19
**breed** 14:11
**breeder** 39:4
**breeds** 40:3
**bridges** 3:4,16
   5:7 41:3 42:11

Litigation Services
A Veritext Company                    www.veritext.com

**[bridges - corrections]**

42:18,21 43:8
46:23,24
**briefly** 28:12
**bring** 16:8
**brings** 12:7
**brought** 5:19
**business** 12:13
12:17,18
**buy** 24:5 28:16
**buyers** 28:10
28:12,14,25
30:12,15,20,22
31:7

**c**

**ca** 49:9,12,20
**calendar** 33:11
33:15
**california** 1:2
2:7,17 3:2,6
5:3 46:8
**call** 22:24
43:11,14
**called** 28:10
32:18 37:24
38:3
**calls** 39:6,6
**calories** 16:23
**capacity** 1:10
1:11,12
**care** 18:7,12
37:18
**case** 6:15 51:1
**castrated** 32:25
33:1

**cause** 15:8
**ccp** 49:9,12
**cedar** 10:19
17:10,11,17
18:7,22,22,24
18:25 19:4,9
19:19,24 20:4
21:13 22:15,17
23:19,25 24:9
24:12,17,20
25:2,7 27:21
29:6,11 30:15
31:11 36:1,21
37:19,22 38:16
38:19 39:2
40:15,19 42:5
44:6 45:15
**cedro** 32:21
**center** 10:15,15
**certain** 44:17
**certified** 46:15
**cetera** 41:16
**chad** 21:2
**chalkboard**
28:23
**chance** 6:14
8:23 11:1
12:13 16:3
**change** 9:11
32:15 51:4,7
51:10,13,16,19
**changes** 8:24
9:5 48:7,10,11
**charter** 32:19

**check** 43:16
**chickens** 14:1
**child** 26:23
45:13
**chino** 5:3
**christian** 11:15
**civil** 10:22 48:3
48:9,14 49:19
49:20
**clarifying**
33:10
**clearer** 20:15
**clearly** 16:3
**clerk** 8:19
**client** 10:11,12
**clients** 10:13
**club** 20:20,24
20:25 21:3
37:25
**coast** 2:6
**code** 49:9,12,19
49:20
**come** 39:12
43:16
**comment** 9:7
10:8
**communicati...**
22:14
**companies**
28:15 29:4
**completed** 49:7
49:17 50:6
**completion**
50:10

**concluded** 47:2
**condemnation**
3:3
**confusing**
20:16
**considered**
11:18
**contact** 49:9
**continued** 2:21
43:23
**contract** 34:19
34:21
**conversation**
16:1 18:6 34:7
34:10,14 35:1
35:9 36:4,18
36:22 41:20
42:1
**conversations**
18:18 19:13
23:16 35:5
**copy** 8:22
25:18 45:22,25
46:5,15,20,25
47:1
**coralled** 41:24
**correct** 9:3,10
14:21 16:12
20:18,22 23:14
32:15,23 33:3
33:13,21 34:1
37:14 40:9
42:6 48:17
**corrections**
49:14,15 50:3

Litigation Services
A Veritext Company                    www.veritext.com

[corrections - e.l.]

50:4
**counsel** 2:1
7:25 9:7 49:18
49:21 50:7
**county** 2:12,13
3:1 10:10,12
26:15 28:4,5
**county's** 34:22
**couple** 19:20
35:3
**course** 39:7
41:19
**court** 1:1 6:17
6:17,19 8:19
15:21 25:21
39:17
**covered** 40:24
**cow** 20:25 21:3
21:5 26:14
27:19
**credibility** 9:8
**creek** 20:25
21:3,5 26:14
27:19
**crying** 35:14
**csr** 1:20 5:4
48:1,24
**cure** 27:23
**currently** 10:3
**cv** 1:9

**d**

**d** 3:11 6:6
**dad** 1:9
**daily** 22:9,13
24:7 36:12

**dairy** 14:20
33:6
**damian** 2:15
5:17 7:14
22:20 39:24
42:9 44:18
45:21 49:1
**damian.north...**
2:19 49:2
**dandy** 33:11
**date** 5:4 7:4,11
8:22 20:6
34:11 36:6,7
44:10 49:16
50:5 51:24
**dates** 32:1,1,2
**daughter** 5:20
10:10,19 20:1
21:15 35:16
**david** 43:10
**day** 19:11,18
21:18 28:4,22
31:23 33:20
46:21 48:18
**days** 21:22
31:10,20 44:13
**dealing** 30:4
**december**
16:19 21:9,12
48:18 49:3
**decided** 10:20
30:8 34:15
**declare** 48:1,15
48:16

**defendant** 3:1
**defendants**
1:13 2:11 5:18
10:13
**defense** 4:2
**delaloza** 1:17
3:12 5:6,9,16
6:5 7:15 12:21
12:23 14:10
16:11 41:10
42:19 44:4
49:5 51:2
**department**
2:13 3:2 10:12
**deposition** 1:17
5:21 6:8,13
8:20 9:25
39:14 46:15
48:2,3,5 49:19
49:22,24 50:8
50:10
**deputy** 3:4
**description** 4:2
**detective** 1:10
1:11 2:11,12
**determined**
49:18,22 50:7
**difference**
15:17
**different** 14:17
28:15 29:3
35:3,4
**dining** 15:14
**direction** 48:6

**discovery** 26:9
**discuss** 7:3
**diseases** 16:16
27:23
**distributed**
30:20
**district** 1:1,2
10:15 37:23
42:22,25
**division** 1:3
**document**
25:21,23
**doing** 6:13 8:17
9:25 12:22
13:3 14:13
15:4 16:6,10
**doj.ca.gov** 3:8
**drafted** 30:23
**drafting** 30:12
**duly** 48:2
**duncan** 1:11
2:12

**e**

**e** 3:11 4:1 6:6
23:12,12 48:8
48:13 49:9,12
50:1 51:3,3,3
**e.l.** 1:6 5:22
10:10 18:15,18
19:14 20:1,5,8
21:7,15,23
22:4,8,11,13
23:16,23 24:8
24:12,24 25:1
28:5 29:1,11

**[e.l. - four]**

30:8,11,19,23
31:6 35:6,9
36:12,13,19
37:2,13,18
38:21 40:16
45:15 49:4
51:1
**earlier** 15:6
16:8 32:11
34:6 38:23
40:7 42:3
44:16
**easier** 6:12
**eastern** 1:2
**eat** 24:5
**eaten** 29:12
**edu** 32:18
**effect** 7:10
**either** 9:7 10:14
17:3 19:13,22
21:7,14 27:8
40:15
**eliza** 5:20,22
41:23 42:4
**employed**
10:14 11:5
**employee** 42:24
**employees**
10:14
**entitled** 15:3,7
**errata** 49:14,16
50:3,5
**essentially**
10:17,21

**estimate** 13:16
15:3,5,7,11,13
15:18 22:7
30:25 39:10
**estimating**
41:18
**et** 41:16
**evening** 42:6
**event** 10:15,15
48:15
**examination**
3:13 5:13 41:7
42:16 44:1
45:6
**examined** 48:2
**example** 7:8
14:20
**exhibit** 4:3
25:16,22,24
**expected** 6:20
**expert** 39:6
**explain** 11:13
15:11 23:3,4
35:4

**f**

**f** 48:3
**facts** 6:15 10:1
**fair** 3:1 8:6
10:15,20,21
12:10 14:16
16:4,18 18:14
23:5,18,25
24:9,17 25:9
25:10,12,14
28:4 31:9,16

33:12,20 34:6
34:20 35:7
36:21 37:23
38:7,15,19
39:2 41:20,22
42:22,23,25
43:4,6 44:7,7,9
45:14
**fair's** 31:23
**fairgrounds**
28:5
**familiar** 10:25
14:16
**family** 28:16
**far** 16:6
**farm** 11:9,12
11:24 32:18
36:11
**fat** 16:24
**favorite** 9:24
**february** 12:4,6
12:9 15:7
21:16,20,24
22:12 36:13
**federal** 48:3,8
48:14 50:1,8,9
**feed** 19:11
27:22
**feeding** 18:20
**feel** 20:16 39:19
**females** 13:21
**fern000079**
26:10
**fernandez** 1:10
2:11 49:4 51:1

**ffa** 12:15 13:4,6
**fifteen** 14:6
**file** 43:12
**fill** 39:14
**final** 43:15
**find** 42:9 43:12
**fine** 7:22 13:13
32:6 44:15
45:1,3
**finish** 36:14
**first** 7:20 21:6
26:12 27:19
29:1
**five** 12:8 22:9
31:3,4 32:5
**flush** 6:15
**follow** 38:15
40:22,23 45:19
**following** 2:21
43:23
**follows** 5:11
49:8
**foot** 10:23
**foregoing** 48:2
48:17
**forget** 45:2
**forgetting**
22:19
**forgot** 15:1,20
**forward** 5:21
18:7 24:9
45:25 46:1
**four** 12:1,2,8
17:12

[frcp - highway]

| | | | |
|---|---|---|---|
| **frcp**   50:1 | 45:22,23 46:13 | 46:13 | **h** |
| **free**   39:19 | **goat**   10:19,20 | **golden**   21:2,4 | **h**   4:1 12:14,15 |
| **fresh**   18:21 | 16:16,19,21,21 | 38:13 | 13:1,3,9,12,14 |
| **friday**   1:19 | 16:23 17:9,20 | **good**   5:16 8:13 | 13:15 14:3,7 |
| 9:24 21:17,24 | 17:23 18:2,3,4 | 16:22 28:1,3 | 16:9,14,15 |
| 41:16 | 18:5,10,11,16 | 29:7 30:5,7,12 | 17:3,24 18:1 |
| **friends**   28:15 | 18:24 19:4,12 | 46:1 | 19:21 20:10,18 |
| **front**   6:21 7:11 | 19:14,15,15 | **gordon**   2:5 | 20:21 21:2 |
| 32:1 36:20 | 21:13 22:18,18 | 3:15 5:6 7:8,14 | 23:12 26:15 |
| 44:5 | 22:23 23:2,3,4 | 13:10 22:20 | 27:19,19 28:21 |
| **further**   44:17 | 23:4,13,13,18 | 31:14 39:5,24 | 36:15 43:6 |
| 48:15 | 23:19 24:5 | 40:2,4 41:2,4,9 | 45:10,13 51:3 |
| | 26:23 27:20,23 | 41:10 42:14 | **hallucinating** |
| **g** | 27:24,25 28:16 | 43:10,17,20,22 | 43:14 |
| **general**   1:6 3:4 | 28:17 29:23 | 44:3 45:20 | **hand**   15:8 |
| **general's**   42:22 | 30:2,4,5 32:25 | 46:19,20,21 | 26:13,22 48:18 |
| **girl**   35:21 | 33:1,2,5,6,8,19 | 47:1 | **handled**   49:8 |
| **give**   8:10 9:12 | 34:16 35:16 | **gosh**   20:2 21:8 | **handwritten** |
| 13:8,15 15:5 | 39:3 40:8,11 | **grainy**   25:17 | 27:5 |
| 15:13 16:3 | **goats**   12:14 | **grass**   46:8 | **handy**   33:11 |
| 22:7 30:25 | 13:6,9,17,18,22 | **great**   6:2,7,24 | **happened** |
| 39:7,18 41:4,5 | 13:25 14:11,17 | 15:4 16:6 30:4 | 23:19 45:2 |
| 46:1 | 14:21,21,23 | 32:13 39:18 | **hard**   45:1 |
| **given**   6:18 48:4 | 16:17 17:3,6 | 43:19,20 | **he'll**   29:7 30:5 |
| **giving**   18:20 | 28:21 38:1,24 | **group**   45:9 | 30:7 |
| **gmail.com**   2:9 | 38:25 | **guardian**   1:6 | **hear**   7:5 37:21 |
| **go**   6:3,10 7:10 | **going**   5:21,22 | **guess**   7:23 | 37:22 42:19 |
| 7:20 8:3,23 9:7 | 8:4,21,21 9:6 | 14:20 15:9,9 | **heard**   10:25 |
| 9:11,18 11:14 | 9:22 12:3 | 15:15,18 32:8 | 37:1 40:9 |
| 16:7 21:3 | 16:20 18:7 | 36:13 42:8 | **hello**   27:16,17 |
| 22:22 23:25 | 23:25 24:24 | **guys**   29:23 | **help**   6:11 21:3 |
| 24:9,17 27:15 | 25:16,18 27:2 | 34:14 | **helped**   28:9,18 |
| 29:24 31:25 | 29:11 30:18 | | **helping**   11:9 |
| 32:2,4,17 | 33:2 35:23 | | **highway**   2:6 |
| 34:17,20 39:17 | 39:5 40:21 | | |
| 42:14 43:18 | | | |

**[hills - lawsuit]**

**hills**  5:3
**holding**  26:13
**hop**  43:11
**hope**  9:9
**hoping**  36:1,14
**hours**  19:20
**house**  15:15
  37:6,11,13
**howard**  5:2
**hughes**  5:2
**huh**  17:5 26:11
  29:9 45:11
**hypothetical**
  7:9

**i**

**idea**  29:18,20
  29:21
**ideas**  28:24
  30:9
**identification**
  25:24
**identified**  4:2
**image**  26:14,17
  27:4
**impact**  8:15
**included**  49:14
  50:3
**including**  46:16
**incomplete**  7:9
**indicate**  30:14
  36:14
**individual**  1:7
  1:10,11,12
  13:11,15

**informal**  6:16
**information**
  4:6 39:20
**informed**  7:25
**initial**  15:2
**interacting**
  36:12
**interaction**
  19:22 21:14
**interest**  48:15
**involved**  13:4
  16:9
**involvement**
  14:2,7 40:15
  43:5
**involves**  10:9
**irvine**  2:17
**issue**  15:20
**issues**  9:8 16:7
**iv**  3:4

**j**

**jacob**  1:10 2:12
**jana**  1:20 5:1
  48:1,24
**jeremy**  1:11
  2:12
**jerry**  1:10 2:11
  49:4 51:1
**jessica**  1:6,7
  5:19 10:9,18
  17:7,17 19:3
  19:13,23,23
  21:7,14 24:16
  25:5,6 34:7
  37:8,11 38:18

  40:15 44:5
**job**  10:4 15:4
  16:6 49:5 51:2
**john**  3:4 41:2
  42:12,14,21
**john.bridges**
  3:8
**judge**  6:21 7:11
**jump**  42:13
**june**  10:18 11:5
  11:23 12:3,11
  21:20,24 22:13
  23:18,24 24:16
  28:4 31:10,10
  31:11,16 33:16
  33:23 34:2
  36:7,13
**justice**  3:2

**k**

**k**  6:5
**karman**  2:16
**kay**  1:17 3:12
  5:6,9 6:5 7:20
  7:23 10:3
  31:24 32:10
  40:6 45:25
  49:5 51:2
**keep**  22:19
**kids**  11:14,21
  12:15,15 13:11
  16:16,19 19:21
  22:3,11 31:4
  42:5
**killed**  24:1,12
  24:20,20

**kind**  6:10,16
  10:23 11:15
  14:17 15:1,2
  16:7 28:15
  34:13 40:7,9
**know**  5:23 7:16
  9:11 11:14
  12:8 15:6 16:1
  16:23 18:22
  20:8,10,11
  22:21 25:19
  29:14 30:2,19
  30:21,22 33:1
  34:23 35:3
  38:24 39:1,3,8
  39:12 40:1,8
  41:15,21 42:8
  45:1 46:21
**knowledge**
  29:16 31:14
**krieger**  1:18
  2:14 5:18

**l**

**l**  6:6,6
**lane**  46:8
**language**  29:18
  30:4,8
**las**  5:2
**late**  20:17
**law**  2:4 6:17,19
**laws**  48:16
**lawsuit**  5:19
  10:8,17,24,25
  11:3

Page 7

**[leader - never]**

**leader**  14:9
  16:9,14,15
  20:18,21 31:21
  45:10
**learned**  27:22
  27:23,24
**leave**  39:18,19
**left**  38:12 39:13
**legal**  49:7
**length**  15:12
**letter**  27:5 28:6
  28:10,13,14
  29:1,6,17
  30:15
**letters**  28:24
  30:12,20,23
  31:7
**lieutenant**  1:10
  2:11 49:4 51:1
**line**  39:13
  49:15 50:4
  51:4,7,10,13,16
  51:19
**little**  6:10 18:13
  20:15 25:17
**llp**  1:18 2:14
**located**  5:2,3
  32:20
**locked**  49:12
  50:1
**long**  1:6,7 5:19
  5:20,22 10:9
  10:18 11:24
  12:22 17:7,17
  19:3,13,17,23

19:23 21:7,14
  24:16 25:5,6
  34:7 37:8,11
  38:18,24 41:21
**longs**  41:11
**looks**  27:5
**lot**  9:22 20:13

## m

**made**  8:25 26:6
  31:6 37:17
  48:11,13
**majority**  40:24
**make**  6:11 8:10
  9:5,25 10:8
  16:18 26:3
  41:23 42:23
  43:3,14 48:7
  49:14 50:3
**male**  32:25
  33:1
**mark**  25:21
**marked**  4:2
  25:23 27:4
**market**  18:3,5
  19:14,14 22:18
  39:2
**matter**  41:12
**mean**  7:6 17:16
  18:3 19:14
  20:25 22:18
  29:5 39:2
**meaning**  37:13
**means**  7:7 33:2
**meant**  9:3
  35:20

**meat**  14:21
  16:19,22 19:15
  22:18,23 23:7
  23:14 24:1,5
  24:13,21 27:20
  27:24 29:11,23
  30:2 33:8
**media**  40:10
**medications**
  8:9,14
**meeting**  20:12
**meetings**  20:10
  20:13 21:4
  24:4
**members**  13:6
  13:15 17:3
  28:21
**memory**  44:8
**mention**  15:1
  15:20 17:25
  22:17
**mentioned**  10:9
  14:2 32:14
  34:6 40:6 42:3
  42:8
**mentor**  11:18
**met**  21:7,8
**middle**  29:3
**milk**  33:5
**mind**  7:16,20
  17:16 31:24
**minimize**  5:23
**minor**  1:6 5:24
  49:4 51:1

**minutes**  32:5
  43:18
**misstates**  13:10
**mom**  36:19,20
  37:5
**monday**  21:17
  21:23 31:22
  33:12,25
**money**  35:25
**month**  20:14
**months**  12:1,2
  12:8,8 17:12
**morning**  5:16
  8:15 37:24
  38:6
**mouth**  7:15

## n

**n**  3:11
**name**  5:1,16,23
  6:3,5 7:20
  10:19 12:17,18
  12:18 17:9
  18:24,25 27:17
  27:18,21 42:21
**named**  19:2
  48:2,5
**necessary**
  49:14 50:3
**need**  8:24 9:10
  9:15 10:1
  15:22 16:3,21
**nevada**  5:3
**never**  15:16
  26:25

**[news - point]**

**news** 11:4
40:10
**night** 41:23
**normal** 16:1
**normally** 16:1
**north** 2:6
**northcutt** 2:15
3:14 5:6,15,17
7:18 13:13
22:22 23:1
25:25 31:15
32:8 39:9 40:1
40:3,5,21
43:15,19 45:8
45:17,22 46:4
46:10 49:1
**notating** 49:15
50:4
**notes** 42:10
**noticed** 1:18
**noting** 26:10
**november** 1:19
5:4 49:5
**number** 10:13
13:9 49:15
50:4

**o**

**o** 6:6
**o'clock** 37:24
38:5
**oath** 6:18,18
32:10 41:16
**object** 39:6
**objection** 7:5,8
13:10 39:24

**objections** 6:25
7:2,3,7
**occurred** 10:18
**office** 42:22
49:11
**officers** 10:11
**oh** 12:24 16:21
19:5 20:2,13
21:8 29:24
34:17 36:20
**okay** 5:25 7:21
8:7,13 9:12,13
9:21 10:6
11:11 13:13
14:25 17:1
23:1 25:13
26:7 28:23
30:1 31:19
32:3,6,13,16
34:18 37:16
38:8 39:23
41:5 42:19
43:2,8,17,18
44:15,19,20
45:4,17 46:10
46:18
**old** 17:12
**once** 20:14
45:24 46:11
**ones** 19:21
**opinion** 39:6
**opportunity**
9:12
**opposed** 22:8

**organization**
13:12
**original** 46:16
49:10,21
**overall** 10:23
**own** 12:13
**owner** 39:4

**p**

**pacific** 2:6
**page** 2:21 3:13
4:6 26:12
27:13 43:23
49:15 50:4
51:4,7,10,13,16
51:19
**pages** 26:8
49:14,17,17
50:3,6,6
**paid** 19:3
**palin** 30:6
**palo** 32:21
**pardon** 44:21
**parents** 11:21
**parkway** 5:2
**part** 14:10
31:10
**past** 46:14
**pdf** 49:12 50:1
**pen** 18:22
41:25
**penalty** 6:20
48:16 49:16
50:5
**people** 12:15
16:21 24:5

**30:2**
**period** 23:17,24
24:8,15 25:2,6
44:24 48:10
49:18 50:7
**perjury** 6:20
48:16 49:17
50:6
**person** 20:6
**person's** 26:13
**personal** 31:14
**personally**
33:20
**pet** 18:22
**photograph** 4:3
**phrase** 23:8,22
**phrases** 22:19
**physically** 37:1
**picked** 11:21
17:13
**picture** 10:23
26:18,20,22,22
**place** 31:9 48:5
**plain** 30:6
**plaintiff's** 7:25
**plaintiffs** 1:8
2:3 41:11
**please** 8:2
39:19 46:12,24
**point** 25:14
27:8 30:19
31:16 34:5
35:6 37:22
42:5 45:12

Litigation Services
A Veritext Company                    www.veritext.com

**[popping - repercussions]**

| | | | |
|---|---|---|---|
| **popping** 42:10 | **propose** 46:13 | **r** | **record** 6:4 9:4 |
| **portion** 29:16 | **provide** 39:15 | **r** 23:12 51:3,3 | 26:8,10 31:25 |
| **posed** 8:1 9:17 | **provided** 48:10 | **r&s** 50:1,9 | 32:5,9,14 |
| **possibly** 8:15 | 49:19 50:8 | **raise** 13:24 | 43:22 46:2 |
| 25:7 | **pull** 25:16 | 16:17 17:11 | 48:3 |
| **pound** 35:12,17 | **purchased** 19:8 | **raised** 40:1 | **recorded** 8:18 |
| 35:22,23 | 19:10,11,12 | **raising** 19:14 | **recross** 42:9 |
| **prepare** 8:21 | **purchasing** | 38:24 | **red** 9:2 |
| **present** 5:6 | 17:20,22 18:15 | **ranch** 12:18,21 | **redding** 46:8 |
| 33:20 37:1 | **purpose** 14:18 | 12:23 13:19 | **redondo** 2:7 |
| **preserved** 7:3 | **purposes** 5:21 | 14:10 16:11 | **reduced** 48:6 |
| **preserving** 7:7 | 46:16 | **range** 39:10 | **refer** 5:22 |
| **previously** 26:9 | **pursuant** 48:2 | **rather** 37:6,9 | **referenced** 49:6 |
| **printed** 45:23 | 48:8,13 | 37:11,13 | **referred** 25:23 |
| **prior** 19:23 | **put** 29:6 41:25 | **reach** 38:18,21 | **refers** 29:6 |
| 20:4 25:14 | **putting** 7:14 | **read** 27:9,10,11 | **refresh** 44:8 |
| 48:2 | **q** | 27:16,18 29:8 | **regarding** |
| **private** 11:16 | **question** 7:6,10 | **reading** 49:23 | 22:14 38:16 |
| **probably** 7:1 | 7:17 8:1,3,5 | 50:9 | **related** 40:19 |
| 9:24 15:13 | 9:18,19 10:9 | **real** 43:12 | **released** 49:21 |
| 31:4 | 15:8,9,24,25 | **really** 7:16 9:5 | **remember** |
| **problem** 46:22 | 25:5 40:23 | **reason** 9:15 | 17:17 19:5,10 |
| **procedure** 48:3 | 41:17 43:13,15 | 51:6,9,12,15,18 | 19:17 28:20 |
| 48:9,14 49:19 | **questions** 7:24 | 51:21 | 32:24 34:11 |
| 49:20 | 17:19 20:16 | **recall** 17:6,9,14 | 35:12 38:6,9 |
| **proceedings** | 24:24 40:22 | 17:16 18:9 | 44:10,23 45:1 |
| 47:2 | 41:1 42:12 | 19:3 20:12 | **removal** 38:16 |
| **produced** 26:9 | 44:18 45:8 | 21:6 28:25 | 40:7 |
| **program** 11:10 | **quick** 43:12 | 29:17 34:13 | **remove** 10:20 |
| 11:12,20,25 | 45:8 | 35:9 36:6,17 | 25:2,7 45:13 |
| 18:4 22:1,3 | **quickly** 31:24 | 36:22 41:10,13 | **removed** 31:11 |
| **programs** 18:1 | 41:14 43:11 | 41:18,19 42:1 | 37:23 38:2,19 |
| **project** 27:21 | | **received** 40:18 | **removing** 44:6 |
| **property** 38:25 | | **recess** 32:7 | **repercussions** |
| | | 43:21 | 40:14 |

Litigation Services
A Veritext Company                    www.veritext.com

**[repetitious - spelled]**

**repetitious**
  24:24
**rephrase**  8:2
**reporter**  5:1
  6:18 8:19
  15:21 25:21,24
  39:17 46:20,22
**represent**  5:18
  34:2 42:22
**representing**
  41:11
**reproduce**  33:3
**request**  48:13
**requested**  48:7
  50:1,9,10
**reserve**  40:21
**respect**  25:5
**response**  37:5
  38:10
**result**  48:8
**return**  46:12
  49:17 50:6
**review**  8:23
  48:7,8 49:8,10
  49:13 50:2
**reviewed**  46:12
  48:13
**rides**  41:23
**right**  6:21 7:2
  7:18 9:19
  13:21 14:3
  15:12 18:10,11
  27:1 33:9
  40:10 45:10

**rights**  10:22
**room**  15:14
**root**  32:18
**roots**  11:9,12
  11:24 36:11
**ruiz**  1:20 5:1
  48:1,24
**rules**  6:11 48:3
  48:9,14 50:8
**ryan**  2:5 10:7
  41:10 45:19
**ryan.robert.g...**
  2:9

**s**

**s**  4:1,6 51:3
**sacramento**  1:3
  3:6
**sad**  41:24 42:5
**sale**  19:23 20:4
**saturday**  33:25
  34:3
**says**  7:8 26:14
  27:12,13,16,17
  27:17,18,19,22
**schedule**  49:10
**school**  11:13,16
  12:10 21:16
  32:18,19
**screen**  25:19
  26:1 30:18
**second**  31:25
  41:5
**section**  3:3 48:3
  48:8,13

**see**  8:18,24
  21:17 25:20
  26:1,6 27:4,6
  43:13
**seeing**  22:13
**seem**  24:24
  30:11,11
**seen**  20:2 26:12
  26:17,20,23,25
  28:6,8
**sell**  12:14 13:6
  16:20 34:15
  36:21
**selling**  13:11
  17:17 28:21
  36:1 40:15
**send**  46:5,11
**setting**  6:16
**several**  31:10
**share**  25:19
**sharing**  30:18
**shasta**  2:12,13
  3:1 10:10,12
  10:14 26:15
  28:3,5 37:23
  42:24
**she'd**  37:6,11
**shelter**  18:13
**shelters**  16:24
**sheriff's**  2:13
  10:12
**short**  9:25
**shorthand**  48:5
**sign**  34:21
  46:12 49:16

  50:5
**signature**  48:23
  49:21,23,23
  50:9
**signed**  34:19
**silly**  33:2
**sincerely**  28:5
**single**  31:23
**sitting**  15:12,22
**situation**  9:18
**six**  22:6
**slaughtered**
  25:8
**sold**  13:9,14,17
  17:2,7,7 19:19
  21:12 23:5,6
  23:25 24:5
  29:11 30:16
  35:11,16 39:3
**solutions**  49:7
**somebody**  38:7
**sorry**  16:8
  24:23 38:22
  44:21
**sorts**  40:18
**sound**  31:12
  33:2,17
**speak**  20:5 35:6
**specific**  17:25
**specifically**
  16:15 17:17
  29:17 30:3
**spell**  6:3 23:11
**spelled**  30:6

**[spend - time]**

**spend** 9:22
  21:23 22:10
**spent** 22:8
**spot** 39:18
**start** 22:1
  27:14
**started** 12:6,9
  15:6 21:3,16
**starts** 28:4
**state** 6:3 49:9
  49:12
**stated** 41:21
**statement**
  37:17
**states** 1:1 48:17
**stay** 11:20
**stipulated**
  46:19
**stipulation**
  46:14 49:20
**stop** 30:18
**street** 3:5
**strike** 19:15
  23:21 29:15
  37:21 42:3
**studies** 11:16
**stuff** 18:23
**subject** 39:24
**substance**
  34:13
**substantive** 9:5
**suing** 10:10
**suite** 2:6,16 3:5
**summarizing**
  10:7

**supplied** 4:6
  39:20
**supposed** 30:5
**sure** 27:25 28:1
  38:5 41:23
  42:23 43:3,14
  44:20,22
**sweet** 10:1
**swimming** 37:7
  37:12,14
**sworn** 5:10
  48:2
**synonymous**
  22:20

**t**

**t** 4:1 23:12 51:3
  51:3
**table** 15:11,14
**tacos** 28:2 29:7
  29:12 30:6
**tags** 12:21
**take** 9:15,19
  18:7,12 23:4
  27:24 28:14
  29:3 31:4
  41:14 47:1
**taken** 8:9 23:13
  32:7 40:11
  43:21 48:5
**talk** 15:22 16:2
  16:17 24:4
  34:20,20 40:24
  44:22
**talked** 32:11
  34:14,23

**talking** 5:23
  11:22 13:20
  20:4 23:17
  36:19
**tasted** 29:23
**tastes** 16:22
**tasty** 28:3 29:7
  29:25 30:7
**teach** 16:16,23
  16:25
**teacher** 11:18
**tell** 6:20 8:2
  10:3 16:14,21
  17:22 23:21
  24:4,8,11,16,19
  28:12 31:20
  32:17 36:17
**telling** 18:9
**ten** 13:17,17
  17:2 31:5,7
**terminal** 45:14
**terms** 15:4 18:6
  40:15
**testified** 38:23
  44:5
**testifies** 5:10
**testify** 39:5
**testimony** 8:11
  8:15,25 9:1,4,6
  9:10 13:10
  28:19 30:8
  32:15 40:7
  48:4
**text** 48:6

**thank** 33:9
  41:13,15 43:9
  46:25
**thing** 9:24 15:3
  16:20 25:18
  32:22
**things** 6:11
  10:22 15:1,4
  29:12 32:15
**think** 9:2 13:11
  13:17,18,20
  19:7,16 20:2
  21:8 27:17,22
  28:2 29:2,20
  29:23 30:9
  31:6 34:6
  35:12,21 38:6
  40:23 44:14
**thought** 35:22
  37:25 44:16
**threats** 40:18
**three** 10:11
  26:8 28:21
  41:20 43:18
**till** 36:21
**time** 6:25,25
  9:11,16,16,22
  11:6,8 18:19
  18:21 19:12
  21:6,22 22:7
  22:10,12 23:17
  23:24 24:7,8
  24:11,15,15,19
  24:23 25:1,2,6
  25:6 30:12

**[time - witness]**

34:5 38:24
40:21 41:14
44:24 46:17
48:5 49:10,18
49:24 50:7
**tired** 36:20
**title** 11:17
**today** 5:5 6:13
7:24 8:9 9:1,3
9:9,22 40:25
**today's** 5:4
**told** 18:12,13
18:20 34:19
37:4 38:9
**took** 31:9
**tort** 3:3
**towards** 41:22
**transaction**
19:18
**transcript**
39:14 44:5
45:23,24,25
46:6,15 48:7,8
48:12,13 49:6
49:8,10,13,13
49:21 50:2,2
**trial** 46:17
**tried** 45:13
**trucks** 41:25
**true** 48:3,17
**truth** 6:21
**try** 9:25 20:15
23:21 25:18
27:2

**trying** 25:7
42:9
**tutor** 11:18
**tv** 11:4
**two** 28:20
32:14 41:19
42:12 45:8
46:21
**types** 14:17,23
**typical** 15:10
**typing** 8:19
15:22 16:2

**u**

**uh** 17:5 26:11
29:9 45:11
**ultimately**
10:20 37:21,22
**under** 6:19
32:10 41:16
48:6,16,16
**understand**
5:25 6:22 7:17
7:24 8:1 9:23
15:17 32:10
40:2,4
**understanding**
22:21 23:23
24:3 29:5,10
30:3 31:9
35:19 37:18
**understood**
7:12 8:4
**unfortunately**
15:21

**united** 1:1
48:17
**upset** 35:24
**used** 24:13,21
46:15
**usually** 15:10

**v**

**vague** 7:15
**valley** 46:8
**value** 33:5 39:2
39:4
**vanessa** 43:12
43:16
**various** 5:18
10:21
**vegas** 5:2
**veritext** 5:1
49:7,9,11
**version** 15:10
45:23
**video** 8:18
**violations**
10:22
**volunteer** 43:6
**von** 2:16
**vs** 1:9 49:4 51:1

**w**

**w** 23:12
**wait** 36:21
**waived** 49:23
49:23
**waiving** 49:20
**walked** 35:13
35:18 36:19

**want** 7:23 10:7
12:15 15:9
24:9,12,17,20
30:14,15 34:15
37:18 41:15
42:12,23 43:3
43:11,13 46:20
**wanted** 16:7
32:15,23 40:24
**water** 18:21
**way** 25:2 26:3
27:3 28:3 29:7
30:7 33:25
**we've** 15:21
46:14
**week** 12:10
33:21 34:12
**weeks** 41:20
**weigh** 31:22
33:13
**went** 34:23
41:14
**wether** 22:24
22:25 23:2,3,4
23:9,13,19
27:20 28:17
32:24,24 34:16
35:11
**wether's** 34:21
**wethers** 13:17
38:1,12,14
**witness** 1:17
3:12 5:5,10
22:24 39:8,23
46:3,7,18 48:2

Litigation Services
A Veritext Company                    www.veritext.com

**[witness - zoom]**

48:4,7,10,11,18
49:13,16 50:2
50:5 51:2,24
**word**   27:25
28:2
**words**   7:15
**work**   11:14
12:12 28:23
36:15 43:3
**worked**   11:7
**working**   11:8
13:1 15:6
21:16
**worth**   42:11
**wow**   12:24 19:5
21:8
**write**   28:9,18
29:14 30:1
**writing**   27:9,14
**written**   29:1
**wrong**   20:10
35:14,15,17,20
40:8
**wrote**   28:23

| x |
|---|

**x**   3:11 4:1 50:1

| y |
|---|

**y**   6:5
**yeah**   12:5 18:5
25:11 26:19
37:3,10 40:2,4
40:13 44:25
46:4,22

**year**   20:3 27:19
27:21 43:6
**years**   12:24,24
12:25 13:1,3
14:3,5,6,8,14
16:10,11 38:25
45:10,12
**yesterday**   45:2

| z |
|---|

**z**   6:6
**zoom**   1:17 6:17
8:17 27:8,8

Litigation Services
A Veritext Company                    www.veritext.com

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.