EXHIBIT J

```
1                    UNITED STATE DISTRICT COURT
2                  EASTERN DISTRICT OF CALIFORNIA
3                      SACRAMENTO DIVISION
4
5    E.L., a minor, by and through )
     her general guardian, JESSICA )
6    LONG; JESSICA LONG, an        )
     individual,                   )
7                                  )
                    Plaintiffs,    )
8                                  )
           vs.                     ) No. 2:22-cv-01527-DAD-AC
9                                  )
     LIEUTENANT JERRY FERNANDEZ,   )
10   in his individual capacity;   )
     DETECTIVE JACOB DUNCAN, in    )
11   his individual; DETECTIVE     )
     JEREMY ASHBEE, in his         )
12   individual capacity; and      )
     DOES 1 through 10,            )
13                                 )
                    Defendants.    )
14   _____)
15
16            REMOTE DEPOSITION OF CHAD FOWLER
17                 Palo Cedro, California
18                Tuesday, November 7, 2023
19
20
21
22   Reported by:
     SALLY HENRY-SMITH
23   CSR No. 4810
     JOB No. 6272734
24
25
```

Page 1

```
 1                     UNITED STATE DISTRICT COURT
 2                 EASTERN DISTRICT OF CALIFORNIA
 3                     SACRAMENTO DIVISION
 4
 5   E.L., a minor, by and through )
     her general guardian, JESSICA )
 6   LONG; JESSICA LONG, an        )
     individual,                   )
 7                                  )
                   Plaintiffs,      )
 8                                  )
           vs.                      ) No. 2:22-cv-01527-DAD-AC
 9                                  )
     LIEUTENANT JERRY FERNANDEZ,    )
10   in his individual capacity;    )
     DETECTIVE JACOB DUNCAN, in     )
11   his individual; DETECTIVE      )
     JEREMY ASHBEE, in his          )
12   individual capacity; and       )
     DOES 1 through 10,            )
13                                  )
                   Defendants.      )
14   _____)
15
16
17          Remote Deposition of CHAD FOWLER, taken on
18       behalf of Defendants, at 22209 Oak Tree Lane,
19       Palo Cedro, California, beginning at 3:32 P.M.
20       and ending at 4:41 P.M. on Tuesday, November 7,
21       2023, before SALLY HENRY-SMITH, Certified
22       Shorthand Reporter No. 4810.
23
24
25
```

Page 2

```
 1      APPEARANCES:
 2
 3      For Plaintiffs:
 4           ADVANCING LAW FOR ANIMALS
             BY:  RYAN GORDON
 5           Attorney at Law
             407 North Pacific Coast Highway, Suite 267
 6           Redondo Beach, California  90277
             (202)996-8389
 7           Rgordon@advancinglawforanimals.org
 8      For Defendants Fernandez, Duncan, Ashbee,
        County of Shasta and Shasta County Sheriff's
 9      Department:
10           BEST BEST & KRIEGER LLP
             BY:  DAMIAN NORTHCUTT
11           Attorney at Law
             2855 East Guasti Road, Suite 400
12           Ontario, California  92761
             (909)466-4903
13           Damian.northcutt@bbklaw.com
14      For Defendants Shasta County District Fair,
        Silva and MacFarland:
15
             CALIFORNIA DEPARTMENT OF JUSTICE
16           BY:  JOHN BRIDGES
             Deputy Attorney General IV
17           1300 I Street, Suite 1210
             Sacramento, California  95814
18           (916)210-7529
             John.bridges@doj.ca.gov
19
20
21
22
23
24
25
```

Litigation Services
A Veritext Company                    www.veritext.com

```
 1                        I N D E X

 2    WITNESS                              EXAMINATION

 3    CHAD FOWLER

 4         (By Mr. Northcutt)              5, 40, 42

 5         (By Mr. Gordon)                 36, 41

 6

 7

 8

 9

10

11

12

13

14                        EXHIBITS

15                   (None offered.)

16

17

18

19

20

21

22

23

24

25
```

Page 4

 1    Palo Cedro, California, Tuesday, November 7, 2023

 2                        3:32 P.M. - 4:41 P.M.

 3

 4                        CHAD FOWLER,

 5    having been first duly sworn, was examined and testified

 6    as follows:

 7

 8                        EXAMINATION

 9    BY MR. NORTHCUTT:

10        Q    Good afternoon, Mr. Fowler.  My name is Damian

11    Northcutt, and I'm with Best, Best and Krieger, and we

12    represent the County of Shasta, along with some of its

13    officers, in a lawsuit that's been filed by Jessica Long

14    and her daughter Eliza Long, who we will only refer to

15    as E.L. from here on out.  The lawsuit also is filed

16    against defendants from the Shasta County District Fair,

17    and some of their individuals, as well.  We appreciate

18    you being here today for your deposition.  The goal of

19    this is to flush out some of the facts of the case, and

20    to just get a better understanding of the allegations

21    that are being made against both my clients and against

22    the fair's clients.

23             Can you go ahead and state your name, and spell

24    it for me on the record.

25        A    Chad Fowler, it's C-h-a-d, last name is

                                                      Page 5

```
 1    F-o-w-l-e-r.

 2         Q     Have you ever had your deposition taken before?

 3         A     I think once.

 4         Q     Let me go over a few guidelines here.

 5    Hopefully these will either refresh your memory of your

 6    last deposition, or it will shed some light on kind of

 7    how we're going to do things here.

 8               So we're doing this deposition remotely via

 9    Zoom.  And even though we're not in a court of law, the

10    court reporter has given you an oath, and you have sworn

11    under penalty of perjury to tell the truth.  So even

12    though we're in an informal setting, it's still the same

13    as in a court of law, we need to tell the truth.

14               Do you understand that?

15         A     Yes.

16         Q     Great.

17               In normal conversations we have a tendency to

18    talk over one another, which is totally normal.  But

19    here we have a court reporter who is typing everything

20    down, what we're saying.  So I will try to ask my

21    questions, and if you could give me a second to get the

22    question out completely, and I will try in turn to wait

23    and listen to your response.  And with any luck, we

24    won't talk over each other, even though this is being

25    done remotely.
```

```
 1              Do you understand?
 2      A     Sounds good.  Yes.
 3      Q     Since we have a court reporter and she's typing
 4   everything down, we need audible responses to
 5   everything.  So no head nodding, things of that nature.
 6   Instead we need an affirmative yes or no, things to that
 7   effect.
 8              Do you understand?
 9      A     Yes.
10      Q     These events occurred some time ago.  If you
11   can't remember or don't recall, that's completely
12   normal, and you're okay to say that.  If you can provide
13   me with an estimate of time, such as it was during the
14   summer, it was during the winter, it was close to
15   Christmas, I'm entitled to your best estimate.  But I
16   don't want you to guess at any of my questions.
17              The kind of typical example attorneys give, the
18   difference between an estimate and a guess is if I told
19   you to estimate how big your TV is on the wall behind
20   you there, you could probably give me an estimate of its
21   size.  But if I told you to give me an estimate of my
22   dining room table, you would have to guess because
23   you've never been to my house.
24              Do you understand the difference between an
25   estimate and a guess?
```

Page 7

1        A    Yes.

2        Q    If at any time you need to take a break for any

3    reason, you're able to do that.  The only time I would

4    caution not to do that is if I have posed a question, if

5    you could just go ahead and answer the question, and

6    then we'll take the break afterwards.

7             Fair enough?

8        A    Yes.

9        Q    Once your deposition is concluded the court

10   reporter will be kind enough to put it all down together

11   for us in a transcript.  The transcript will then be

12   provided to you for your review.  You're able to go

13   ahead and make comments at a later date -- I'm sorry,

14   strike that.

15           You're able to make revisions to that

16   transcript if you need to.  For example, if you need to

17   change a yes to a no.  But it might touch on your

18   credibility if it's something of substance.  So we're

19   here to get your best testimony today.  So, for example,

20   if, for example, you thought the traffic light was red,

21   and then at a later point in time during your deposition

22   you decide no, it was actually green, let's go ahead and

23   just get your best testimony today.  You can correct

24   your testimony today as opposed to having to do it down

25   the road later.

```
 1              Fair enough?

 2      A     Yeah.  Yes.

 3              MR. GORDON:  Damian, do you want to give him

 4      just a quick admonishment on if one of us gives an

 5      objection, to answer.

 6              MR. NORTHCUTT:  I'm still going to get there.

 7              MR. GORDON:  I thought you were about to start.

 8      I'm sorry.  Apologize.

 9              MR. NORTHCUTT:  No, no.

10      Q     So my good colleague Mr. Gordon has brought up

11      the issue of objections.  From time to time, and

12      particularly in this case, we've had objections go back

13      and forth.  It's completely normal for attorneys to

14      assert objections to go ahead and preserve those

15      objections for a later date to be addressed by a court.

16      It doesn't mean that you're not supposed to answer the

17      question, it just means that they're asserting their

18      objections for the record.  So if you hear some

19      objections, that's fine, go ahead and answer the

20      question afterwards, and the attorneys can deal with

21      that issue in front of a judge at a later date.

22              Do you understand?

23      A     I think so.

24              So I can still answer the question, I'm going

25      to ignore the objection basically.
```

Page 9

1          MR. GORDON:  Yeah.  Unless it's so vague you

2     don't get it.  I guess that would be the only exception.

3          MR. NORTHCUTT:  Correct.  Correct.

4     Q     And if for any reason you don't understand the

5     question I'm posing, like Mr. Gordon said, it's vague,

6     please let me know, and I'll go ahead and rephrase it.

7     If for some reason that you feel -- I mean, if you

8     answer a question, I'm going to assume that you

9     understood that question.

10          Fair enough?

11     A     Yes.

12     Q     So can I get an address from you if we need to

13     contact you in the future for any particular reason.

14     A     ████ -- just a mailing address, physical?

15     Q     Yes.

16     A     ████████████████████████████████████████

17     ████████

18     Q     What is the best email address if we need to

19     contact you that way?

20     A     It's the ███████████████████████████████

21     ████████████████████████████████████████████████

22     Q     Is there a good phone number to reach you at if

23     we need to reach you?

24     A     ████████████████████

25     Q     Mr. Fowler, what is your current occupation?

                                          Page 10

1      A    I'm an instructor at a learning center, a

2   tutoring center.

3      Q    In addition are you involved with 4-H at all?

4      A    Yes.  I'm a community leader for 4-H.

5      Q    Is a community leader synonymous with a group

6   leader?  Do those names go back and forth?

7      A    Yes.  So there's a county leader that's over

8   the whole county, and then there is a community group

9   leader where a group of kids would meet as a community

10   typically in their residence area, but not always.  And

11   then there are project leaders, as well.

12      Q    And as to community, is there a specific I

13   guess title for like your location?  Are you community

14   leader of this town, or --

15      A    Cow Creek 4-H.

16      Q    Is Cow Creek a location, or is that just a

17   name?

18      A    Well, that's the name of a creek in Palo Cedro

19   in a town nearby.

20           So within Shasta County, for instance, I think

21   we have 38 community 4-H groups.

22      Q    Gotcha.  And yours is Cow Creek.

23      A    Yes.

24      Q    How long have you been the community leader for

25   the Cow Creek 4-H?

1          A     This is my third year.  But I've been involved

2     in 4-H since -- do you want extra information?

3               I've been involved in 4-H for nine years, but

4     three years as a community leader.  My girls have been

5     in 4-H for many years prior to that.

6          Q     Gotcha.

7               What is 4-H?  If you kind of had to give a

8     general summary of what 4-H is as an organization.

9          A     It's been around for over a hundred years, it's

10    a nationwide program that develops youth leadership,

11    community service.  They conduct their own meetings, the

12    kids do, using Robert's Rules of Order, so it's teaching

13    them, you know, conducting meeting.  And they do

14    presentation, demonstration also as part of their yearly

15    project.

16              And then within our community meetings there

17    are separate projects.  For instance, somebody might

18    choose photography, or somebody might choose to take a

19    pig to the fair, or they might choose a ton -- there's

20    tons and tons of projects.  Cooking, sewing.

21         Q     How many kids are -- strike that.

22              So let's go back.

23              The allegations in the complaint essentially

24    allege that -- give me one second here.

25              So the allegations in the complaint allege that

Litigation Services
A Veritext Company                    www.veritext.com

```
1    Jessica Long and her daughter were raising a goat by the
2    name of Cedar back in 2022, and that she entered this
3    goat into the Shasta District Fair.  And again I'm just
4    summarizing here.  And at that fair they decided they
5    did not want to go forward with the fair because it was
6    a terminal fair, so Jessica Long removed the goat.
7              (Reporter clarification.)
8              MR. NORTHCUTT:  Terminal, t-e-r-m-i-n-a-l.
9              MR. GORDON:  To the extent you're summarizing
10   the complaint, I'm just -- just give me a running
11   objection so I don't need to do it each time for
12   misstates testimony, or something like that.  I don't
13   have to interrupt you then.
14             MR. NORTHCUTT:  That's fine.
15             MR. GORDON:  Thank you.
16       Q    BY MR. NORTHCUTT:  Does the summary that I just
17   provided, are you familiar with any of those facts?
18   Have you heard of any of that before?
19       A    What a terminal fair is?
20       Q    I'll take it from the beginning.
21             So the Shasta Fair operates yearly; is that
22   correct?  Do you know?
23       A    Yes, that's correct.
24       Q    So they have an annual fair.
25             Yes?
```

```
 1        A    Yes.  Yes.
 2        Q    So back in 2022, it's my understanding that the
 3   fair went from June 22nd of 2022 to June 25, 2022.
 4             Does that sound --
 5        A    That sounds right, yes.
 6        Q    At that time were you community leader for the
 7   Cow Creek 4-H?
 8        A    Yes.
 9        Q    Earlier I mentioned the name Jessica Long.
10             Do you know who that person is?
11        A    Yes.
12        Q    How do you know who that person is?
13        A    Her daughter is -- was registered in Cow Creek
14   4-H Community Club.  And she was, as well -- I'm a
15   project leader within Cow Creek 4-H, and she was signed
16   up under the meat goat project.  And I also know her
17   because Eliza, E.L., was in my tutoring group at our
18   learning center.
19        Q    Do you recall approximately when E.L. signed up
20   for the -- for your 4-H group, Cow Creek?
21        A    Likely October.
22             It would have had to have been prior to
23   November 30th.  So we usually start our year in
24   September with our first meeting, and they typically
25   enroll, you know, prior -- anywhere from that first
```

Page 14

1    September meeting, which is the first Wednesday of the

2    month, and they need to be enrolled by November 30th in

3    order to participate in the fair.

4        Q    So would that be October of 2021, then?

5        A    Yes.

6        Q    Now, you mentioned the meat goat project;

7    correct?  That's one of the projects that the 4-H has?

8        A    Yes.

9        Q    Can you describe to me kind of in detail what

10    the meat goat project is?

11        A    So there are many different animals that the

12    kids can choose from.  Like I said, some kids choose to

13    take a pig to the fair --

14             (Technical difficulties.)

15             MR. NORTHCUTT:  We're having some feedback from

16    your microphone.  I don't know if it would help to log

17    out and log back in.

18             Do you think we'll have the same problem?

19             THE WITNESS:  I can try it.

20             MR. GORDON:  Sounds good right now.

21             THE WITNESS:  There is nothing going on in here

22    really.  Unless it is the internet.  You guys are a bit

23    choppy too.  It could be the internet here in this

24    building.  But I could try that if you think this will

25    work.

1              MR. NORTHCUTT:  I guess we can give it a trial.

2       Otherwise we're going to have to slow things down quite

3       a bit.  Because it is kind of choppy.

4              Why don't we go off the record.

5              (Brief recess.)

6              (Whereupon the record was read

7               by the reporter.)

8       Q    BY MR. NORTHCUTT:  Mr. Fowler, if you could

9       pick up where the court reporter just left off.

10      A    Could you repeat the question.

11      Q    Sure.

12             The question was can you describe to me in

13      detail what the 4-H meat goat project is.

14      A    Yes.

15             So the beginning of the year often the first

16      meeting we discuss the various projects that are

17      available for the children to choose from.  So this is

18      where we might have somebody stand up and say, I did

19      sewing, and last year in the sewing projects I made a

20      skirt and I made a quilt.  And somebody might say, I did

21      a market lamb, I raised a lamb and fed it and taught it

22      how to walk, and sold it as a market product to a buyer

23      at the fair.

24             And then we describe the meat goat project

25      essentially the same, where you get your goat in

1    mid spring, you feed it, you train it, you weigh it, you

2    teach it how to walk on a collar, prepare it to show it

3    in the ring, and then the ultimate end is that you're

4    going to sell this animal as a meat product at the fair

5    in June, the annual fair.

6         Q    Was that described to E.L. at the beginning of

7    that 2021, I guess, 4-H season?

8         A    Yes.

9         Q    Was that described to Jessica Long?

10        A    Yes.

11        Q    So the 4-H members -- and if I'm incorrect,

12   correct me, please -- but the 4-H members learn at the

13   beginning of 4-H of the different projects, the meat

14   goat project is one where they're explained basically

15   how to raise a goat that will ultimately end up being

16   slaughtered and used for meat; is that correct?

17        A    That's correct.

18             Throughout the year we meet -- you know, we

19   have -- the community meetings we hold monthly.  And

20   that's where everybody, whatever project they're doing,

21   we meet together.  And then there is individual meat

22   goat meetings.

23             So we typically -- this particular year I don't

24   remember -- but we typically have one in December, and

25   we discuss what we need to do to prepare:  We need to

Litigation Services
A Veritext Company                    www.veritext.com

1   have shelter, we need to have a collar, a bucket for

2   water, and know what we're going to feed.  And we also

3   discuss what to look for when you're going to purchase

4   your goat that you're going to raise, and when you go to

5   whatever ranch or farmer that you're going to get your

6   goat from.

7           And then the next meeting, and particularly

8   this year I know for sure, we did have a meeting where

9   we -- the kids all ate goat meat.  So if they're selling

10   a product, we want them to know what that product tastes

11   like.  So we had goat tacos at one of our meetings when

12   we played Goat Jeopardy, which was also learning the

13   parts of -- the body parts, anatomy, of the goat.

14           And then as the meetings go along, in late

15   March we'll eventually get your goat, and that's when we

16   actually hold meetings all together where they'll bring

17   their goat to typically it was at our place because we

18   have a large pasture, the kids will practice walking

19   their goat around as if it were a show ring.  We're

20   weighing the goat, because we want to make sure that it

21   reaches 65 pound minimum weight, and a maximum of

22   110 pound.  We spend quite a deal of time talking about

23   that.

24           And then also at the meetings we talk about

25   with the body parts what is the most -- the best part of

Litigation Services
A Veritext Company                           www.veritext.com

1    the goat as something to eat.  Which is the loin, or

2    like the back strap of the goat is the most -- the most

3    desired cut of meat from the goat.  And we also talk

4    about how there's 80 percent of the population eats goat

5    meat; where the meat goat is originated from, which is

6    Africa.  If you consider the countries, the Middle

7    Eastern countries and Africa, that's a pretty big

8    population, so that's how you get 80 percent of the

9    population that eats goat meat.

10        Q    Interesting.

11             So with respect to back in -- so this would be

12   back starting October of 2021 through 2022, you

13   mentioned all these different things.

14             So learning about the different body parts of

15   the goat, was that something that you would have

16   instructed E.L. and her meat goat group on during that

17   time period?

18             MR. GORDON:  Objection, improper hypothetical.

19             THE WITNESS:  Absolutely.

20        Q    BY MR. NORTHCUTT:  And you mentioned something

21   to the effect of the 4-H members get to try to -- to try

22   the meat of the goat itself, of a goat.

23             Is that something that would have also been

24   done with E.L.'s 4-H meat goat group, including her?

25        A    Correct.

Page 19

1          MR. GORDON:  Mr. Fowler, if I'm putting an

2    objection on the record, just give me a moment so we're

3    not talking over each other.  So I'm probably not going

4    to do it much, but before you answer just maybe delay

5    half a second.

6          So maybe you can see if maybe Mr. Bridges --

7    probably won't be Mr. Bridges -- but if I am, just give

8    me a brief moment just to put an objection on the

9    record.

10          THE WITNESS:  Got it.

11     Q    BY MR. NORTHCUTT:  Do you recall one way or the

12    other if E.L. actually ate goat as part of her 4-H

13    project?

14     A    I'm pretty certain that everybody there did,

15    yes.  And E.L. did, as well.

16     Q    And can you as part of 4-H -- can you as part

17    of 4-H sign up for a different project?  It sounded like

18    there was a bunch of different projects.  Can you sign

19    up for a different project where you can raise an

20    animal, but that animal ultimately wouldn't be killed

21    and used for food?

22     A    Yeah.  We actually had a couple girls in our

23    group that do dairy goats, and the dairy goat is raised

24    for milk only.  So when you go to fair you're being

25    judged on conformation, you know, the body structure of

Page 20

1    your goat, the mammary system, you're being judged on

2    that as your dairy goat.  So you don't ultimately sell

3    your dairy goat at the fair, you go home with the prize

4    of first place, second place, third place, and you take

5    your goat home.

6         Q    How often -- again the timeframe I'm working

7    with here is so it's between October, 2021 when you said

8    E.L. and her mother signed up for 4-H, and then up to

9    the time of the Shasta Fair June of 2022.  So just keep

10   that timeframe in mind.

11            So during that timeframe, how often would

12   4-H -- the 4-H meat goat group that E.L. was involved in

13   meet?

14        A    Typically once in December, once in January,

15   potentially once in February, once in March, and then as

16   now they have their animal we sometimes bump it up in

17   April to two to three times per month in April, May and

18   in June.

19        Q    And to the best of your recollection, how often

20   did E.L. attend those meetings that you just mentioned?

21        A    I would say 90 percent or more of the time.  I

22   don't think she missed very many meetings.  Of all

23   those, she may have missed two at most.

24        Q    Are the kids -- and I'm talking specifically

25   about E.L. and her group there -- are they informed by

Litigation Services
A Veritext Company                          www.veritext.com

1   you that after the Shasta Fair their animals will be

2   slaughtered and used for food?

3        A    Yes.

4            I mean, throughout the year we're discussing,

5   you know, why -- you know, we want to have a nice long

6   loin on your goat, level top line, we talk about how

7   you're going to market your animal to the buyers that

8   you're going to sell them to.  You take letters out to

9   community businesses and tell them, you know, Hey, I'm

10  going to be at the fair, I raised this animal, I'm going

11  to sell it for sale, for purchase.

12           Again, we talk pretty regularly about the body

13  parts of the goat.  The best, as I said before, the best

14  meat cut of the goat being the loin.  There is

15  discussion of how much it weighs.  If you don't make

16  weight -- in fact, that particular year there were some

17  concerns of some people not making weight -- and if they

18  didn't make that 65 pound weight limit then they would

19  be what's called sifted from the fair, meaning they

20  wouldn't be allowed to show their animal at the fair and

21  they would have to take it home.  We talk about that as

22  you go to check in for the fair.  Likewise, if you were

23  overweight you can't -- over the 110 pounds, you would

24  also be sifted and sent home so you couldn't show your

25  animal at fair because you didn't make the guidelines.

1    Lots of discussion around your product, raising a good

2    product.

3          We even talked about any vaccination or worming

4    of your animal that has a withdrawal period because we

5    don't want the end product to have any residual

6    vaccination or medicine in the body when it goes to be

7    butchered.

8          And we also discussed on Friday of the fair --

9    sorry, on Saturday of the fair after the sale to suggest

10   to the kids, Hey, they're going to be loading up the

11   goats to take them away on Saturday evening.  So after

12   you sell your animal at fair, you know, go on the rides

13   or go home for the day, feed your animal one last time.

14   Don't be hanging out in the barn, because they're going

15   to be gathering up the goats in one area away from their

16   normal pen that they've been in, and the trucks come

17   pick them up.

18   Q    Was that explained to E.L., do you know?

19   A    I don't know specifically.  I mean, if she was

20   listening to anything that was happening and engaged

21   with what was going on, I think it would have been

22   fairly clear, yes.

23   Q    And the kids -- so the kids -- there are a

24   variety of projects that 4-H offers.  The kids do not

25   have to participate in the meat goat if they don't want

Litigation Services
A Veritext Company                    www.veritext.com

1    to end up with a terminal outcome.

2         A    That's correct, yeah.

3              They can do chicken, take a chicken and show

4    the chicken and get their blue ribbon, and come home and

5    put the chicken back in the backyard.

6         Q    At any point prior to the Shasta Fair in June

7    of 2022, did either Jessica Long or E.L. approach you

8    with concerns about it being a terminal fair?

9         A    Prior to the start of the fair?

10        Q    Correct.

11        A    No.

12        Q    Do you know where Jessica Long and E.L.

13   obtained Cedar?

14        A    Yes.

15        Q    Where did they get Cedar from?

16        A    From our old goat -- meat goat leader in

17   Redding, California.

18        Q    And do you know their names?

19        A    De la Loza Ranch.

20        Q    After E.L. obtained Cedar, it's my

21   understanding that she kept him on your property.

22             Is that correct?

23        A    Yes.

24        Q    Why was that?

25        A    I just like to give the opportunity for kids

Page 24

1    that live in neighborhoods that don't have the ability
2    to house an animal a place to keep them, to raise them.
3    So I offered our place as an opportunity for them to
4    keep an animal.
5         Q    Do you recall how often E.L. visited Cedar
6    during that time period we talked about?  So between
7    October, 2021 and June of 2022.
8         A    So let's guesstimate that she got her goat at
9    the beginning of April, because it's usually -- it has
10   to be 60 days before fair, so usually we get them around
11   the first week of April.  Once the goat was at our
12   house, she was there nightly to feed.
13            My daughter kept a meat goat, as well, and so
14   she -- they were in the pen together.  And so my
15   daughter fed in the morning, fed and watered in the
16   morning, and E.L. and her mother would come out and feed
17   in the evenings.  Occasionally she came with her father.
18   And that's when she would feed and also spend time
19   teaching him how to walk on a lead.
20        Q    So Cedar was on your property approximately
21   between April of 2022 and June of 2022; is that correct?
22        A    Yes.
23        Q    Could E.L. have raised Cedar as part of the
24   meat goat project, but then prior to the date of the
25   Shasta District Fair decided that she did not want to

1    enter him into the fair?

2        A    Yes.

3        Q    Did she ever tell you that that's what she

4    wanted?

5        A    No.

6        Q    So focusing on the Shasta Fair itself in June

7    of 2022, did you attend that fair?

8        A    Oh yeah.  I was there every day.

9             That's part of my job as the community leader,

10   to be there making sure the kids are all feeding and

11   watering, and we have a show date and they show their

12   animal, they get graded for their market, and then they

13   also get judged on their showmanship ability.

14       Q    How many kids were in E.L.'s meat goat group?

15            That's a mouthful.

16       A    I am going to say there were eight.

17       Q    Do you know if all eight of those kids' goats

18   sold at the Shasta Fair?

19       A    Yes, they all sold at the fair.

20       Q    And do you know if all -- I'm assuming is out

21   of the eight, E.L. is one of them; correct?

22       A    Yes.

23       Q    So with respect to the other seven, those

24   animals, do you know if they ultimately were killed and

25   used for the Shasta barbecue that comes after the fair?

1        A    I don't know.  I don't know whose animals were

2    purchased for the barbecue.

3        Q    So you said you were there at the fair every

4    day.

5             At some point did you end up seeing E.L. or her

6    mother?

7        A    Oh yeah.  Daily.

8        Q    So would you say that E.L. was there the entire

9    three days at the fair?

10       A    Four days.

11       Q    Four days?

12       A    Yes.

13            They're required to be there to feed their

14   animal by 8:00 in the morning, and then they have to

15   feed their animal in the evening before they leave.

16   Wednesday is our big show day, and then Saturday is the

17   sale day.  But they still have to be there the rest of

18   the days in order to feed their animal and water.

19       Q    At any point during the fair did you speak with

20   E.L.?

21       A    Yes.  For sure, yes.

22       Q    So would that be daily, or once?  Or can you

23   give an estimate?

24       A    I mean, she's a -- she's pretty quiet.  But, I

25   mean, as the leader, I'm saying -- you know, yelling

Litigation Services

A Veritext Company          www.veritext.com

1    out, Hey guys, make sure you all have your animals fed

2    and watered before you take off.  So it might be more

3    generally talking to the group as a whole rather than a

4    specific individual conversation, you know, with her.

5    Could have been things like, you know, Do you have your

6    uniform you need to wear for the show?  Are you ready?

7    Did you trim your goat's hooves?

8              Something, you know, small talk conversations.

9        Q    Did E.L. at any point during the Shasta Fair

10   tell you that she no longer wanted Cedar to go through

11   with the fair itself?

12       A    No.

13       Q    Did she ever at any point ask you if there was

14   a way that she could remove Cedar from the fair?

15       A    No.

16       Q    What about did you have any conversations with

17   her mother, Jessica Long, at the Shasta Fair?

18       A    I do remember her mothering saying, This is

19   going to be really hard on us.  I'm not really sure, you

20   know, that we can -- that we can go through with it.  Is

21   there some way that we can get out of it?

22             And I responded with, I don't think so, but I

23   don't know.  You would need to check with the fair

24   office.

25             So I referred her to check with the livestock

1    office at the fair.

2        Q    Do you know if she ever did check with the

3    livestock office with the fair?

4        A    For a hundred percent certain I don't, no.

5             I do remember her saying that she printed out

6    the list of like fair rules.  And I don't know if she

7    got that from them, or off the website, or what.

8        Q    But you never -- did you at any point ever tell

9    her that she couldn't remove Cedar from the fair?

10       A    I don't really think that ever came up in

11   discussion.  I probably would not have said that she

12   could remove the animal, because I know that, you know,

13   you're under contract at that point.  So --

14       Q    In your entire time -- I think you've been

15   saying you've been a community leader for 4-H for three

16   years, but involved for even longer -- in your entire

17   time you've been involved with 4-H, had you ever had or

18   known of a kid involved in the meat goat project

19   removing their animal from the fair?

20       A    Never.

21       Q    I assume at some point you learned that Cedar

22   had been taken from the fair; is that correct?

23       A    Yes.

24       Q    When did you hear about that?

25       A    It was around midnight on the Saturday of the

1    fair, the last day.

2        Q    How did you learn about that?

3        A    My daughter came up after she was done on the

4    rides, I was with our dairy goats kind of waiting for

5    her, and she came over and said, Oh, they're looking for

6    you over at the livestock office.

7        Q    And can you tell me what happened next after

8    that?

9        A    They said, We're missing one of your goats from

10   your group.  And I immediately knew whose goat it was

11   likely.  And then they said, Do you have a way to get

12   ahold of her?

13            I said, I do have her cell phone number.

14            I believe I tried to call her and/or text her,

15   and, I mean, I think at that point that was -- that was

16   in the livestock trailer with the livestock manager

17   BJ MacFarland, and that was -- I mean, there wasn't much

18   more you can do after trying to make the phone call.

19            I believe they asked if I knew where she lived

20   and where she could have taken it, and I said I knew

21   where she lived, but I didn't know if that's where she

22   would have taken the goat.  At that point I didn't know

23   anything.

24       Q    When you called her -- did you call her, or you

25   think you did?

1      A    I'm pretty sure I did.  I'm pretty sure I

2    attempted to call her from my cell phone.

3      Q    Were you able to reach her?

4      A    No.  No answer.

5      Q    Did you leave a voicemail?

6      A    I don't recall.

7      Q    Have you spoken with either E.L. or Jessica

8    Long since the end of the Shasta Fair?

9      A    Yes.

10     Q    And when did that occur?

11     A    She called or text me a few months afterward

12   and just said, Hey, I want you to know that we're going

13   to file suit.  And you're probably going to hear

14   something in the news, and I just wanted you to know

15   before you hear it somewhere else basically is what she

16   said.

17     Q    You're saying Jessica Long said this; correct?

18     A    Yes.

19     Q    And was this -- is this a phone call that she

20   made to you?

21     A    Again, it was either a phone call or a text.

22          I'm pretty sure it might have been a phone

23   call.

24     Q    Did you respond to that phone call or text?

25     A    Yeah.  I believe I was talking to her on the

Litigation Services
A Veritext Company                    www.veritext.com

1     phone, yeah.

2          Q     And what was your -- if you can recall what you

3     said?

4          A     I just said, I don't really want to be caught

5     in the middle of it.  I don't want to be -- I don't want

6     my kid, my 4-H kids to get repercussions.  You know,

7     what you're going to do is your business.  I can't

8     control what you're going to do.

9               And that was kind of it.  I think I just said,

10    Thank you for letting me know.

11         Q     Do you know if Jessica Long ever received any

12    sort of payment related to the sale of Cedar?

13         A     She did not receive a payment.

14               I get the checks as the community leader.  Once

15    the fair balances all their books and everything has

16    come in, I get each seller's check, and then they come

17    to me.  And if they've turned in their record books to

18    us, then they sign something that they received their

19    check.  So I had Jessica's check, or Eliza -- E.L.'s

20    check for quite a while.  I think I may have told her

21    that I had it, and she said she didn't want it.

22               And then probably September or October after

23    the fair I think it was that the local 4-H -- the head

24    gal at the local county office said, Hey, do you still

25    have that check?

Litigation Services
A Veritext Company                          www.veritext.com

```
 1              And I said, Yes.
 2              And she said, Can you bring it to me or bring
 3      it in, or can I get that from you, whatever it was.
 4        Q    But there was a check issued to her, she just
 5      never collected it; is that correct?
 6        A    Correct.
 7        Q    And do you recall approximately the amount of
 8      that check?
 9        A    I want to say it was around $800, somewhere --
10      you know, not over 900.  Somewhere in the $800 range, if
11      I remember correctly.
12        Q    Have you spoken with anyone about Cedar since
13      June of 2022?  Obviously aside from the conversations we
14      just mentioned that you had with Jessica Long where she
15      called you up and told you she was filing a lawsuit.
16        A    And that's a serious question, I presume.  Only
17      because I would say a thousand -- I mean, literally
18      probably 800 people.
19        Q    Let's go through them one -- I'm kidding.
20        A    So they know that I'm the community leader;
21      right?  And they hear that this person is from my club.
22      Born and raised in this county, I used to show 4-H as a
23      kid.  Like I said, my girls were in a different club for
24      nine years, I know a lot of people in the community just
25      because things that I do and being around.  So
```

Page 33

1   absolutely from, you know, other 4-H leaders, members to

2   breeders, meat goat breeders, to, you know, even at the

3   barbecue, the community barbecue after the fair I had

4   several people come up and say something.  So yeah.

5            MR. NORTHCUTT:  Can we go off the record for a

6   second, just like a five minute break, and then I'll be

7   back.  I think I've only got a couple follow-up

8   questions.  I don't know about the other counsel.  But

9   if we could go off the record for five minutes.

10            MR. GORDON:  I might have one or two.  But I

11   would like to get Mr. Fowler out of here also.

12            MR. NORTHCUTT:  See you in five.

13            MR. BRIDGES:  I don't anticipate having many

14   questions either at this point.  So it will be quick.

15            (Brief recess.)

16     Q    BY MR. NORTHCUTT:  Mr. Fowler, I only have two

17   final questions for you subject to obviously reserving

18   follow-ups I may have after counsel have posed their

19   questions, if any.

20            The first would be would it be fair to say that

21   during the 4-H time period in which E.L. was involved --

22   so this is between approximately October of 2021 to June

23   of 2022 -- that E.L. and her mother Jessica Long were

24   informed that Cedar was being raised to be killed and

25   used for meat?

Litigation Services
A Veritext Company                    www.veritext.com

1       A    You're asking if at any time they were informed

2   that that was going to be the final result?

3       Q    Right.

4       A    Yes.

5       Q    So they were aware, at least to your knowledge,

6   that Cedar was going to be killed and used for meat; is

7   that correct?

8       A    Yes.

9       Q    And at any time during that same time period

10  that I just referenced, did E.L. or her mother try to

11  remove Cedar from the meat goat project because he was

12  going to be killed and used for food?

13      A    No.

14           MR. NORTHCUTT:  I'm going to turn it over to

15  co-counsel here if they have any questions.  Otherwise I

16  don't have anything further at this time.

17           MR. GORDON:  I have a few.

18           Unless John, are you passionate about going

19  first?

20           MR. BRIDGES:  I don't have any questions

21  anyway.  So go for it.

22           MR. GORDON:  I'll be quick so we can all go

23  enjoy our evening.

24  ///

25  ///

```
 1                    EXAMINATION
 2   BY MR. GORDON:
 3        Q    Mr. Fowler, my name is Ryan Gordan, I am an
 4   attorney for Jessica Long.  And thank you for being here
 5   today.  I just have a few quick follow-ups if you don't
 6   mind.
 7             So a moment ago you said that -- Damian asked
 8   you if you were aware -- if Jessica or E.L. had tried to
 9   remove Cedar at any point during 4-H.
10             Or Damian, did you ask leave the meat goat
11   program?  What was your question?  Was that it?
12             MR. NORTHCUTT:  Yes.  I believe it was to
13   remove Cedar from the meat goat program.
14             MR. GORDON:  Okay.  Remove Cedar from the meat
15   goat program.
16             MR. NORTHCUTT:  To be killed and used for food.
17        Q    BY MR. GORDON:  And you answered no.
18             You're referring to asking you or someone you
19   know if they could remove Cedar; is that correct?  You
20   don't know if they asked other people.
21        A    Correct, yes.
22        Q    So I understood your testimony is that Jessica
23   was informed or E.L. was informed that Cedar would
24   ultimately be sold and killed for meat.
25             Do you know about when they were informed that
```

Page 36

1   it would be -- that Cedar would immediately from fair go

2   to -- not that he would be killed, but that it was

3   immediately from the fair he went to a slaughterhouse?

4   Do you know about when they would have been informed of

5   that?

6        A    I mean, I would say specifically it would have

7   been when we get closer to fair and we talk about what

8   fair week looks like.  So likely March, April.  Because

9   I really make sure that parents know the time commitment

10  involved, that they're there every single day, and it's

11  a week long because we're actually there a day prior to

12  the fair and then we have cleanup the day after the

13  fair.  So I typically am going to describe the week, and

14  everything that they need to be there to attend.

15       Q    When about was that?  You said closer to the

16  fair?

17       A    I would say in April.  It's usually a time when

18  I'm making sure the parents have everything on their

19  calendar that they need to know about.

20       Q    Do you know, if you can recall, do you know

21  when -- you said it would be -- but do you know when, in

22  fact, with her group it was described to her that it

23  would be -- that Cedar would immediately from the fair

24  go to a slaughterhouse?

25       A    I don't remember.

Page 37

1     Q     If you don't remember, you don't remember.

2   But --

3     A     I would say --

4     Q     I don't want you to guess what you think would

5   have happened.  I'm just asking if you can recall when,

6   in fact, she was informed that Cedar went directly from

7   slaughter, you know -- or when you think, you know, that

8   was explained to her.

9     A     I can't.  I can't give you an answer.

10         The best answer I would have is that after --

11   like I said, prior to the final day of the fair, the

12   sale day on that Saturday, that they, you know, need to

13   either go home, or go enjoy the rides of the fair.

14   Because they're going to gather all the goats up, and

15   that's when the trucks come and pick them up.

16     Q     So you're confident you had that conversation

17   at some point, you just don't recall when.

18     A     Correct.  Yeah.

19     Q     Now, did you use -- the word terminal, again

20   this isn't a judgment or anything, I'm just curious for

21   the case, the word terminal, when you describe Cedar --

22   not Cedar -- when you describe that the animals would

23   be, you know, ultimately sold for meat at some point in

24   time, did you use the word terminal, or did you just put

25   it in layman's terms?  Because obviously the word

Page 38

```
1    terminal is not something that is typically used in

2    normal parlance when people are talking about an animal

3    being slaughtered.

4        A    No.   That was not any language I ever heard

5    before.

6        Q    And the check that was issued, that was -- you

7    received that I'm assuming it was months after the fair

8    had ended, though; correct?   For Jessica.

9             Let me strike that.   Let me ask a different

10   question.   Terrible foundation.

11            Earlier you testified based on Damian's

12   question that you received a check that was earmarked

13   for Eliza, or E.L.

14            When about did you receive that check?

15       A    Early August.

16       Q    Early August, okay.

17            And do you know if Cedar was actually served at

18   the barbecue?

19       A    I have no idea.

20       Q    No idea.

21            And do you know if -- you attended the

22   barbecue; yes?

23       A    Yeah, I attended the setup in the morning of.

24       Q    You weren't actually at the barbecue with

25   guests?
```

Page 39

1      A     No.

2            MR. GORDON:  I have no further questions.  Or

3      I'll reserve in case anyone else has anything.  But I

4      don't -- Damian, do you have any follow-up?

5            MR. NORTHCUTT:  The only question I had was

6      Ryan, you asked him essentially when he informed E.L.'s

7      group that the animal would be immediately taken away to

8      be killed after the fair, and I think his initial

9      response was he estimated it was in April-ish of 2022.

10     But then I think your follow-up question was Do you know

11     for certain, and he said something to the effect of,

12     Well, I know I said it on the last day of the fair.  So

13     I just wanted to be clear.

14

15                         EXAMINATION

16     BY MR. NORTHCUTT:

17     Q     Mr. Fowler, is it your testimony that you

18     believe you instructed the kids that their animals would

19     be taken immediately from the fairground and killed

20     sometime in approximately April of 2022?

21     A     Yes.  As I'm describing the week to the kids

22     and the parents of where they need to be and what fair

23     week looks like, I had said that that Sunday evening

24     stay away from the barn, go on the rides, go home,

25     they're going to -- you know, all the goats are going to

                                                    Page 40

1    be put in one pen, and the trucks will come and pick

2    them up.

3        Q    And then you again kind of reinforced that at

4    the fair; is that correct?

5        A    Yes.  Absolutely.

6             And probably numerous times between April and

7    the fair.  Because if the parents and the kids aren't

8    there, then the work falls onto me or reflects on our

9    club.  So it's really supposed to be all the kids doing

10   all the work.  The parents aren't allowed to touch the

11   animals at the fair.  The parents have to -- sorry, the

12   kids have to do all of the work from the grooming and

13   the showing and the whatever is involved.

14             MR. NORTHCUTT:  Fair enough.  Thank you.

15             MR. GORDON:  Let me just ask one follow-up,

16   then.

17

18                        EXAMINATION

19   BY MR. GORDON:

20        Q    Just so I'm clear.  It's your testimony that --

21   I guess I'm still confused.  Because before you phrased

22   it as you would have done it.

23             Do you remember -- do you remember doing this?

24   Like do you remember telling a group, including Jessica

25   with E.L. present, that right after the -- Right after

                                                    Page 41

1    the fair ends, you know, the animals, including Cedar --

2    you wouldn't have said including Cedar -- you said, Your

3    kids' animals are going right to the slaughterhouse?  Or

4    are you saying that is something you would have done,

5    but you do not remember necessarily here doing it?

6        A    Well, I think that your question, Ryan, was did

7    I say that they're immediately going to go to get

8    slaughtered.

9        Q    Yes, that is it.

10       A    And I never said that it was going to go get

11    slaughtered.  I said the truck was coming.

12       Q    But to Damian's question you're saying

13    throughout the time you told them they were going --

14    they were going to be meat goats, but were going to be

15    killed, but you didn't say they were going immediately

16    to the slaughterhouse?

17       A    Correct.

18       MR. GORDON:  No further questions.

19

20                   EXAMINATION

21    BY MR. NORTHCUTT:

22       Q    I guess the last follow-up to that is,

23    Mr. Fowler, but to your knowledge both the kids and the

24    parents had some understanding that A, the trucks would

25    be immediately taking away the animals after the sale at

Litigation Services

A Veritext Company          www.veritext.com

1    the fair; and that B, they would be used for meat; is

2    that correct?

3         A    Correct.  Yes.  Absolutely.

4              MR. GORDON:  All right.

5              MR. NORTHCUTT:  All right.  If there are no

6    further questions, thank you for your time, Mr. Fowler.

7              As I mentioned, there will be a deposition

8    transcript that will be mailed to you.  We'll mail it to

9    the address that you provided at the beginning of your

10   deposition.  Please review it, if there is any changes

11   let us know.

12             And other than that, thank you for your time,

13   and have a good evening.

14             MR. GORDON:  Madam Court Reporter, I don't know

15   if we're going to want a transcript of this yet.  Can I

16   let you know?

17             (Reporter responds.)

18             MR. BRIDGES:  I would like a copy.

19             (Whereupon at the hour of 4:41 P.M.,

20              the deposition was concluded.)

21

22

23

24

25

Litigation Services
A Veritext Company                    www.veritext.com

1    //

2    //

3

4

5

6

7

8

9

10

11

12          I, CHAD FOWLER, do hereby declare under penalty

13    of perjury that I have read the foregoing transcript;

14    that I have made any corrections as they appear noted on

15    the errata sheet, which is signed by me; that my

16    corrected testimony as contained herein is true and

17    correct.

18          EXECUTED this _____ day of _____,

19    20_____, at_____,_____.
                        (City)                    (State)

20

21

22          _____

                CHAD FOWLER

23

24

25

                                              Page  44

1

2          I, the undersigned, a Certified Shorthand

3   Reporter of the State of California, do hereby certify:

4          That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand which

9   was thereafter transcribed under my direction; that the

10  foregoing transcript is a true record of the testimony

11  given.

12         Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal Case,

14  before completion of the proceedings, review of the

15  transcript [x] was [ ] was not requested.

16         I further certify I am neither financially

17  interested in the action, nor a relative or employee of

18  any attorney or party to this action.

19         IN WITNESS WHEREOF, I have this date subscribed

20  my name.

21  Dated: November 9 2023

22

23

24  *Sally Henry-Smith*

25                    SALLY HENRY-SMITH, CSR No. 4810

                                              Page  45

1    CHAD FOWLER

2    ██████████████████

3                                    November 9, 2023

4    RE: E.L., A Minor et al. v. Lieutenant Jerry Fernandez et al.

5    11/7/2023, CHAD FOWLER, JOB NO. 6272734

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13       Transcript – The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel – Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24       time of the deposition.

25

                                              Page 46

1   x Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2      Transcript - The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, notating the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested - Reading & Signature was not

10     requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Litigation Services
A Veritext Company                    www.veritext.com

1    E.L., A Minor et al. v. Lieutenant Jerry Fernandez et al.

2    CHAD FOWLER (#6272734)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   CHAD FOWLER                           Date

25

                                              Page 48

[& - allowed]

| & | | |
|---|---|---|
| **&** 3:10 46:23 47:9 | | |

| 0 |
|---|
| **01527** 1:8 2:8 |

| 1 |
|---|
| **1** 1:12 2:12 47:1 |
| **10** 1:12 2:12 |
| **11/7/2023** 46:5 |
| **110** 18:22 22:23 |
| **1210** 3:17 |
| **1300** 3:17 |
| **18183** 45:24 |

| 2 |
|---|
| **20** 44:19 |
| **202** 3:6 |
| **2021** 15:4 17:7 19:12 21:7 25:7 34:22 |
| **2022** 13:2 14:2 14:3,3 19:12 21:9 24:7 25:7 25:21,21 26:7 33:13 34:23 40:9,20 |
| **2023** 1:18 2:21 5:1 45:21 46:3 |
| **2025.520** 46:9 46:12 |
| **210-7529** 3:18 |
| **22209** 2:18 10:14,16 |

**22nd** 14:3
**25** 14:3
**267** 3:5
**2855** 3:11
**2:22** 1:8 2:8

| 3 |
|---|
| **30** 47:1 |
| **30th** 14:23 15:2 |
| **36** 4:5 |
| **38** 11:21 |
| **3:32** 2:19 5:2 |

| 4 |
|---|
| **4** 10:20 11:3,4 11:15,21,25 12:2,3,5,7,8 14:7,14,15,20 15:7 16:13 17:7,11,12,13 19:21,24 20:12 20:16,17 21:8 21:12,12 23:24 29:15,17 32:6 32:23 33:22 34:1,21 36:9 |
| **40** 4:4 |
| **400** 3:11 |
| **407** 3:5 |
| **41** 4:5 |
| **42** 4:4 |
| **466-4903** 3:12 |
| **4810** 1:23 2:22 45:25 |
| **4:41** 2:20 5:2 43:19 |

**4chadf** 46:2

| 5 |
|---|
| **5** 4:4 |
| **530** 10:24 |

| 6 |
|---|
| **60** 25:10 |
| **6272734** 1:23 46:5 48:2 |
| **65** 18:21 22:18 |

| 7 |
|---|
| **7** 1:18 2:20 5:1 |

| 8 |
|---|
| **80** 19:4,8 |
| **800** 33:9,10,18 |
| **8:00** 27:14 |

| 9 |
|---|
| **9** 45:21 46:3 |
| **90** 21:21 |
| **900** 33:10 |
| **90277** 3:6 |
| **909** 3:12 |
| **916** 3:18 |
| **92761** 3:12 |
| **941-9707** 10:24 |
| **95814** 3:17 |
| **96073** 10:17 |
| **996-8389** 3:6 |

| a |
|---|
| **ability** 25:1 26:13 |
| **able** 8:3,12,15 31:3 |

**above** 46:6
**absolutely** 19:19 34:1 41:5 43:3
**ac** 1:8 2:8
**action** 45:17,18
**actually** 8:22 18:16 20:12,22 37:11 39:17,24
**addition** 11:3
**address** 10:12 10:14,18 43:9
**addressed** 9:15
**admonishment** 9:4
**advancing** 3:4
**advancingla...** 3:7
**affirmative** 7:6
**africa** 19:6,7
**afternoon** 5:10
**afterward** 31:11
**ago** 7:10 36:7
**ahead** 5:23 8:5 8:13,22 9:14 9:19 10:6
**ahold** 30:12
**al** 46:4,4 48:1,1
**allegations** 5:20 12:23,25
**allege** 12:24,25
**allowed** 22:20 41:10

**[amount - butchered]**

**amount** 33:7
**anatomy** 18:13
**animal** 17:4
  20:20,20 21:16
  22:7,10,20,25
  23:4,12,13
  25:2,4 26:12
  27:14,15,18
  29:12,19 39:2
  40:7
**animals** 3:4
  15:11 22:1
  26:24 27:1
  28:1 38:22
  40:18 41:11
  42:1,3,25
**annual** 13:24
  17:5
**answer** 8:5 9:5
  9:16,19,24
  10:8 20:4 31:4
  38:9,10
**answered**
  36:17
**anticipate**
  34:13
**anyway** 35:21
**apologize** 9:8
**appear** 44:14
**appearances**
  3:1
**appearing**
  46:18 47:7
**appreciate** 5:17

**approach** 24:7
**approximately**
  14:19 25:20
  33:7 34:22
  40:20
**april** 21:17,17
  25:9,11,21
  37:8,17 40:9
  40:20 41:6
**area** 11:10
  23:15
**ashbee** 1:11
  2:11 3:8
**aside** 33:13
**asked** 30:19
  36:7,20 40:6
**asking** 35:1
  36:18 38:5
**assert** 9:14
**asserting** 9:17
**assume** 10:8
  29:21
**assuming** 26:20
  39:7
**ate** 18:9 20:12
**attempted** 31:2
**attend** 21:20
  26:7 37:14
**attended** 39:21
  39:23
**attorney** 3:5,11
  3:16 36:4
  45:18
**attorneys** 7:17
  9:13,20

**audible** 7:4
**august** 39:15
  39:16
**available** 16:17
**aware** 35:5
  36:8

**b**

**b** 43:1 47:1
**back** 9:12 11:6
  12:22 13:2
  14:2 15:17
  19:2,11,12
  24:5 34:7
**backyard** 24:5
**balances** 32:15
**barbecue** 26:25
  27:2 34:3,3
  39:18,22,24
**barn** 23:14
  40:24
**based** 39:11
**basically** 9:25
  17:14 31:15
**bbklaw.com**
  3:13
**beach** 3:6
**beginning** 2:19
  13:20 16:15
  17:6,13 25:9
  43:9
**behalf** 2:18
**believe** 30:14
  30:19 31:25
  36:12 40:18

**best** 3:10,10
  5:11,11 7:15
  8:19,23 10:18
  18:25 21:19
  22:13,13 38:10
**better** 5:20
**big** 7:19 19:7
  27:16
**bit** 15:22 16:3
**bj** 30:17
**blue** 24:4
**body** 18:13,25
  19:14 20:25
  22:12 23:6
**books** 32:15,17
**born** 33:22
**break** 8:2,6
  34:6
**breeders** 34:2,2
**bridges** 3:16
  20:6,7 34:13
  35:20 43:18
**brief** 16:5 20:8
  34:15
**bring** 18:16
  33:2,2
**brought** 9:10
**bucket** 18:1
**building** 15:24
**bump** 21:16
**bunch** 20:18
**business** 32:7
**businesses** 22:9
**butchered** 23:7

**[buyer - cooking]**

**buyer** 16:22
**buyers** 22:7

**c**

**c** 5:25
**ca** 46:9,12,20
**calendar** 37:19
**california** 1:2
   1:17 2:2,19 3:6
   3:12,15,17 5:1
   10:16 24:17
   45:3
**call** 30:14,18,24
   31:2,19,21,23
   31:24
**called** 22:19
   30:24 31:11
   33:15
**capacity** 1:10
   1:12 2:10,12
**case** 5:19 9:12
   38:21 40:3
   45:13
**caught** 32:4
**caution** 8:4
**ccp** 46:9,12
**cedar** 13:2
   24:13,15,20
   25:5,20,23
   28:10,14 29:9
   29:21 32:12
   33:12 34:24
   35:6,11 36:9
   36:13,14,19,23
   37:1,23 38:6
   38:21,22 39:17

42:1,2
**cedro** 1:17 2:19
   5:1 10:16
   11:18
**cell** 30:13 31:2
**center** 11:1,2
   14:18
**certain** 20:14
   29:4 40:11
**certified** 2:21
   45:2
**certify** 45:3,16
**chad** 1:16 2:17
   4:3 5:4,25
   10:20 44:12,22
   46:1,5 48:2,24
**change** 8:17
   48:4,7,10,13,16
   48:19
**changes** 43:10
**check** 22:22
   28:23,25 29:2
   32:16,19,19,20
   32:25 33:4,8
   39:6,12,14
**checks** 32:14
**chicken** 24:3,3
   24:4,5
**children** 16:17
**choose** 12:18
   12:18,19 15:12
   15:12 16:17
**choppy** 15:23
   16:3

**christmas** 7:15
**city** 44:19
**civil** 46:19,20
**clarification**
   13:7
**cleanup** 37:12
**clear** 23:22
   40:13 41:20
**clients** 5:21,22
**close** 7:14
**closer** 37:7,15
**club** 14:14
   33:21,23 41:9
**coast** 3:5
**code** 46:9,12,19
   46:20
**collar** 17:2 18:1
**colleague** 9:10
**collected** 33:5
**com** 10:21
**come** 23:16
   24:4 25:16
   32:16,16 34:4
   38:15 41:1
**comes** 26:25
**coming** 42:11
**comments** 8:13
**commitment**
   37:9
**community**
   11:4,5,8,9,12
   11:13,21,24
   12:4,11,16
   14:6,14 17:19
   22:9 26:9

**29:15** 32:14
   33:20,24 34:3
**complaint**
   12:23,25 13:10
**completed** 46:7
   46:17 47:6
**completely**
   6:22 7:11 9:13
**completion**
   45:14 47:10
**concerns** 22:17
   24:8
**concluded** 8:9
   43:20
**conduct** 12:11
**conducting**
   12:13
**confident** 38:16
**conformation**
   20:25
**confused** 41:21
**consider** 19:6
**contact** 10:13
   10:19 46:9
**contained**
   44:16
**contract** 29:13
**control** 32:8
**conversation**
   28:4 38:16
**conversations**
   6:17 28:8,16
   33:13
**cooking** 12:20

Litigation Services
A Veritext Company                    www.veritext.com

**[copy - dot]**

copy 43:18
correct 8:23
  10:3,3 13:22
  13:23 15:7
  17:12,16,17
  19:25 24:2,10
  24:22 25:21
  26:21 29:22
  31:17 33:5,6
  35:7 36:19,21
  38:18 39:8
  41:4 42:17
  43:2,3 44:17
corrected 44:16
corrections
  44:14 46:14,15
  47:3,4
correctly 33:11
counsel 34:8,18
  35:15 46:18,21
  47:7
countries 19:6
  19:7
county 3:8,8,14
  5:12,16 11:7,8
  11:20 32:24
  33:22
couple 20:22
  34:7
court 1:1 2:1
  6:9,10,13,19
  7:3 8:9 9:15
  16:9 43:14
cow 11:15,16
  11:22,25 14:7

14:13,15,20
credibility 8:18
creek 11:15,16
  11:18,22,25
  14:7,13,15,20
csr 1:23 45:25
curious 38:20
current 10:25
cut 19:3 22:14
cv 1:8 2:8

**d**

d 4:1 5:25
dad 1:8 2:8
daily 27:7,22
dairy 20:23,23
  21:2,3 30:4
damian 3:10
  5:10 9:3 36:7
  36:10 40:4
damian's 39:11
  42:12
damian.north...
  3:13
date 8:13 9:15
  9:21 25:24
  26:11 45:19
  46:16 47:5
  48:24
dated 45:21
daughter 5:14
  13:1 14:13
  25:13,15 30:3
day 23:13 26:8
  27:4,16,17
  30:1 37:10,11

37:12 38:11,12
  40:12 44:18
days 25:10 27:9
  27:10,11,18
de 24:19
deal 9:20 18:22
december
  17:24 21:14
decide 8:22
decided 13:4
  25:25
declare 44:12
defendants
  1:13 2:13,18
  3:8,14 5:16
delay 20:4
demonstration
  12:14
department 3:9
  3:15
deposition 1:16
  2:17 5:18 6:2,6
  6:8 8:9,21 43:7
  43:10,20 45:13
  46:19,22,24
  47:8,10
deputy 3:16
describe 15:9
  16:12,24 37:13
  38:21,22
described 17:6
  17:9 37:22
describing
  40:21

desired 19:3
detail 15:9
  16:13
detective 1:10
  1:11 2:10,11
determined
  46:18,22 47:7
develops 12:10
difference 7:18
  7:24
different 15:11
  17:13 19:13,14
  20:17,18,19
  33:23 39:9
difficulties
  15:14
dining 7:22
direction 45:9
directly 38:6
discuss 16:16
  17:25 18:3
discussed 23:8
discussing 22:4
discussion
  22:15 23:1
  29:11
district 1:1,2
  2:1,2 3:14 5:16
  13:3 25:25
division 1:3 2:3
doing 6:8 17:20
  41:9,23 42:5
doj.ca.gov 3:18
dot 10:21

**[duly - feed]**

**duly** 5:5 45:7
**duncan** 1:10
2:10 3:8

**e**

**e** 4:1 6:1 13:8
46:9,12 47:1
48:3,3,3
**e.l.** 1:5 2:5 5:15
14:17,19 17:6
19:16 20:12,15
21:8,12,20,25
23:18 24:7,12
24:20 25:5,16
25:23 26:21
27:5,8,20 28:9
31:7 34:21,23
35:10 36:8,23
39:13 41:25
46:4 48:1
**e.l.'s** 19:24
26:14 32:19
40:6
**earlier** 14:9
39:11
**early** 39:15,16
**earmarked**
39:12
**east** 3:11
**eastern** 1:2 2:2
19:7
**eat** 19:1
**eats** 19:4,9
**effect** 7:7 19:21
40:11

**eight** 26:16,17
26:21
**either** 6:5 24:7
31:7,21 34:14
38:13
**eliza** 5:14 14:17
32:19 39:13
**email** 10:18
**employee** 45:17
**ended** 39:8
**ends** 42:1
**engaged** 23:20
**enjoy** 35:23
38:13
**enroll** 14:25
**enrolled** 15:2
**enter** 26:1
**entered** 13:2
**entire** 27:8
29:14,16
**entitled** 7:15
**errata** 44:15
46:14,16 47:3
47:5
**essentially**
12:23 16:25
40:6
**estimate** 7:13
7:15,18,19,20
7:21,25 27:23
**estimated** 40:9
**et** 46:4,4 48:1,1
**evening** 23:11
27:15 35:23
40:23 43:13

**evenings** 25:17
**events** 7:10
**eventually**
18:15
**everybody**
17:20 20:14
**examination**
4:2 5:8 36:1
40:15 41:18
42:20
**examined** 5:5
**example** 7:17
8:16,19,20
**exception** 10:2
**executed** 44:18
**exhibits** 4:14
**explained**
17:14 23:18
38:8
**extent** 13:9
**extra** 12:2

**f**

**f** 6:1 10:21
**fact** 22:16
37:22 38:6
**facts** 5:19
13:17
**fair** 3:14 5:16
8:7 9:1 10:10
12:19 13:3,4,5
13:6,19,21,24
14:3 15:3,13
16:23 17:4,5
20:24 21:3,9
22:1,10,19,20

22:22,25 23:8
23:9,12 24:6,8
24:9 25:10,25
26:1,6,7,18,19
26:25 27:3,9
27:19 28:9,11
28:14,17,23
29:1,3,6,9,19
29:22 30:1
31:8 32:15,23
34:3,20 37:1,3
37:7,8,12,13,16
37:23 38:11,13
39:7 40:8,12
40:22 41:4,7
41:11,14 42:1
43:1
**fair's** 5:22
**fairground**
40:19
**fairly** 23:22
**falls** 41:8
**familiar** 13:17
**farmer** 18:5
**father** 25:17
**february** 21:15
**fed** 16:21 25:15
25:15 28:1
**federal** 45:13
47:1,8,9
**feed** 17:1 18:2
23:13 25:12,16
25:18 27:13,15
27:18

**[feedback - gordon]**

| | | | |
|---|---|---|---|
| **feedback** 15:15 | **forward** 13:5 | **given** 6:10 | 35:11 36:10,13 |
| **feeding** 26:10 | **foundation** | 45:11 | 36:15 |
| **feel** 10:7 | 39:10 | **gives** 9:4 | **goat's** 28:7 |
| **fernandez** 1:9 | **four** 27:10,11 | **gmail** 10:21 | **goats** 20:23 |
| 2:9 3:8 46:4 | **fowler** 1:16 | **gmail.com** 46:2 | 23:11,15 26:17 |
| 48:1 | 2:17 4:3 5:4,10 | **go** 5:23 6:4 8:5 | 30:4,9 38:14 |
| **file** 31:13 | 5:25 10:25 | 8:12,22 9:12 | 40:25 42:14 |
| **filed** 5:13,15 | 16:8 20:1 | 9:14,19 10:6 | **goes** 23:6 |
| **filing** 33:15 | 34:11,16 36:3 | 11:6 12:22 | **going** 6:7 9:6 |
| **final** 34:17 35:2 | 40:17 42:23 | 13:5 16:4 18:4 | 9:24 10:8 |
| 38:11 | 43:6 44:12,22 | 18:14 20:24 | 15:21 16:2 |
| **financially** | 46:1,5 48:2,24 | 21:3 22:22 | 17:4 18:2,3,4,5 |
| 45:16 | **frcp** 47:1 | 23:12,13 28:10 | 20:3 22:7,8,10 |
| **fine** 9:19 13:14 | **friday** 23:8 | 28:20 33:19 | 22:10 23:10,14 |
| **first** 5:5 10:20 | **front** 9:21 | 34:5,9 35:21 | 23:21 26:16 |
| 10:20 14:24,25 | **further** 35:16 | 35:22 37:1,24 | 28:19 31:12,13 |
| 15:1 16:15 | 40:2 42:18 | 38:13,13 40:24 | 32:7,8 35:2,6 |
| 21:4 25:11 | 43:6 45:12,16 | 40:24 42:7,10 | 35:12,14,18 |
| 34:20 35:19 | **future** 10:13 | **goal** 5:18 | 37:13 38:14 |
| **five** 34:6,9,12 | | **goat** 13:1,3,6 | 40:25,25 42:3 |
| **flush** 5:19 | **g** | 14:16 15:6,10 | 42:7,10,13,14 |
| **focusing** 26:6 | **gal** 32:24 | 16:13,24,25 | 42:14,15 43:15 |
| **follow** 34:7,18 | **gather** 38:14 | 17:14,15,22 | **good** 5:10 7:2 |
| 36:5 40:4,10 | **gathering** | 18:4,6,9,11,12 | 9:10 10:22 |
| 41:15 42:22 | 23:15 | 18:13,15,17,19 | 15:20 23:1 |
| **follows** 5:6 | **general** 1:5 2:5 | 18:20 19:1,2,3 | 43:13 |
| 46:8 | 3:16 12:8 | 19:4,5,9,15,16 | **gordan** 36:3 |
| **food** 20:21 22:2 | **generally** 28:3 | 19:22,22,24 | **gordon** 3:4 4:5 |
| 35:12 36:16 | **girls** 12:4 20:22 | 20:12,23 21:1 | 9:3,7,10 10:1,5 |
| **foregoing** | 33:23 | 21:2,3,5,12 | 13:9,15 15:20 |
| 44:13 45:4,6 | **give** 6:21 7:17 | 22:6,13,14 | 19:18 20:1 |
| 45:10,12 | 7:20,21 9:3 | 23:25 24:16,16 | 34:10 35:17,22 |
| **forth** 9:13 11:6 | 12:7,24 13:10 | 25:8,11,13,24 | 36:2,14,17 |
| 45:5 | 16:1 20:2,7 | 26:14 29:18 | 40:2 41:15,19 |
| | 24:25 27:23 | 30:10,22 34:2 | 42:18 43:4,14 |
| | 38:9 | | |

**[gotcha - jessica]**

**gotcha**  11:22
  12:6
**graded**  26:12
**great**  6:16
**green**  8:22
**grooming**
  41:12
**group**  11:5,8,9
  14:17,20 19:16
  19:24 20:23
  21:12,25 26:14
  28:3 30:10
  37:22 40:7
  41:24
**groups**  11:21
**guardian**  1:5
  2:5
**guasti**  3:11
**guess**  7:16,18
  7:22,25 10:2
  11:13 16:1
  17:7 38:4
  41:21 42:22
**guesstimate**
  25:8
**guests**  39:25
**guidelines**  6:4
  22:25
**guys**  15:22 28:1

**h**

**h**  5:25 11:3,4
  11:15,21,25
  12:2,3,5,7,8
  14:7,14,15,20
  15:7 16:13

  17:7,11,12,13
  19:21,24 20:12
  20:16,17 21:8
  21:12,12 23:24
  29:15,17 32:6
  32:23 33:22
  34:1,21 36:9
  48:3
**half**  20:5
**handled**  46:8
**hanging**  23:14
**happened**  30:7
  38:5
**happening**
  23:20
**hard**  28:19
**head**  7:5 32:23
**hear**  9:18 29:24
  31:13,15 33:21
**heard**  13:18
  39:4
**help**  15:16
**henry**  1:22 2:21
  45:25
**hey**  22:9 23:10
  28:1 31:12
  32:24
**highway**  3:5
**hold**  17:19
  18:16
**home**  21:3,5
  22:21,24 23:13
  24:4 38:13
  40:24

**hooves**  28:7
**hopefully**  6:5
**hour**  43:19
**house**  7:23 25:2
  25:12
**hundred**  12:9
  29:4
**hypothetical**
  19:18

**i**

**idea**  39:19,20
**ignore**  9:25
**immediately**
  30:10 37:1,3
  37:23 40:7,19
  42:7,15,25
**improper**  19:18
**included**  46:14
  47:3
**including**  19:24
  41:24 42:1,2
**incorrect**  17:11
**individual**  1:6
  1:10,11,12 2:6
  2:10,11,12
  17:21 28:4
**individuals**
  5:17
**informal**  6:12
**information**
  12:2
**informed**  21:25
  34:24 35:1
  36:23,23,25
  37:4 38:6 40:6

**initial**  40:8
**instance**  11:20
  12:17
**instructed**
  19:16 40:18
**instructor**  11:1
**interested**
  45:17
**interesting**
  19:10
**internet**  15:22
  15:23
**interrupt**  13:13
**involved**  11:3
  12:1,3 21:12
  29:16,17,18
  34:21 37:10
  41:13
**ish**  40:9
**issue**  9:11,21
**issued**  33:4
  39:6
**iv**  3:16

**j**

**jacob**  1:10 2:10
**january**  21:14
**jeopardy**  18:12
**jeremy**  1:11
  2:11
**jerry**  1:9 2:9
  46:4 48:1
**jessica**  1:5,6
  2:5,6 5:13 13:1
  13:6 14:9 17:9
  24:7,12 28:17

**[jessica - location]**

31:7,17 32:11
33:14 34:23
36:4,8,22 39:8
41:24
**jessica's** 32:19
**job** 1:23 26:9
46:5
**john** 3:16 35:18
**john.bridges**
3:18
**judge** 9:21
**judged** 20:25
21:1 26:13
**judgment**
38:20
**june** 14:3,3
17:5 21:9,18
24:6 25:7,21
26:6 33:13
34:22
**justice** 3:15

**k**

**keep** 21:9 25:2
25:4
**kept** 24:21
25:13
**kid** 29:18 32:6
33:23
**kidding** 33:19
**kids** 11:9 12:12
12:21 15:12,12
18:9,18 21:24
23:10,23,23,24
24:25 26:10,14
26:17 32:6

40:18,21 41:7
41:9,12 42:3
42:23
**killed** 20:20
26:24 34:24
35:6,12 36:16
36:24 37:2
40:8,19 42:15
**kind** 6:6 7:17
8:10 12:7 15:9
16:3 30:4 32:9
41:3
**knew** 30:10,19
30:20
**know** 10:6
12:13 13:22
14:10,12,16,25
15:16 17:18
18:2,8,10
20:25 22:5,5,9
23:12,18,19
24:12,18 26:17
26:20,24 27:1
27:1,25 28:4,5
28:8,20,23
29:2,6,12,12
30:21,22 31:12
31:14 32:6,10
32:11 33:10,20
33:24 34:1,2,8
36:19,20,25
37:4,9,19,20,20
37:21 38:7,7
38:12,23 39:17
39:21 40:10,12

40:25 42:1
43:11,14,16
**knowledge**
35:5 42:23
**known** 29:18
**krieger** 3:10
5:11

**l**

**l** 6:1 13:8
**la** 24:19
**lamb** 16:21,21
**lane** 2:18 10:16
**language** 39:4
**large** 18:18
**late** 18:14
**law** 3:4,5,11
6:9,13
**lawsuit** 5:13,15
33:15
**layman's** 38:25
**lead** 25:19
**leader** 11:4,5,6
11:7,9,14,24
12:4 14:6,15
24:16 26:9
27:25 29:15
32:14 33:20
**leaders** 11:11
34:1
**leadership**
12:10
**learn** 17:12
30:2
**learned** 29:21

**learning** 11:1
14:18 18:12
19:14
**leave** 27:15
31:5 36:10
**left** 16:9
**legal** 46:7
**letter** 10:21
**letters** 22:8
**letting** 32:10
**level** 22:6
**lieutenant** 1:9
2:9 46:4 48:1
**light** 6:6 8:20
**likely** 14:21
30:11 37:8
**likewise** 22:22
**limit** 22:18
**line** 22:6 46:15
47:4 48:4,7,10
48:13,16,19
**list** 29:6
**listen** 6:23
**listening** 23:20
**literally** 33:17
**live** 25:1
**lived** 30:19,21
**livestock** 28:25
29:3 30:6,16
30:16
**llp** 3:10
**loading** 23:10
**local** 32:23,24
**location** 11:13
11:16

Litigation Services
A Veritext Company                    www.veritext.com

**[locked - nature]**

**locked**  46:12
  47:1
**log**  15:16,17
**loin**  19:1 22:6
  22:14
**long**  1:6,6 2:6,6
  5:13,14 11:24
  13:1,6 14:9
  17:9 22:5 24:7
  24:12 28:17
  31:8,17 32:11
  33:14 34:23
  36:4 37:11
**longer**  28:10
  29:16
**look**  18:3
**looking**  30:5
**looks**  37:8
  40:23
**lot**  33:24
**lots**  23:1
**loza**  24:19
**luck**  6:23

**m**

**m**  13:8
**macfarland**
  3:14 30:17
**machine**  45:8
**madam**  43:14
**made**  5:21
  16:19,20 31:20
  44:14 45:8
**mail**  43:8
**mailed**  43:8

**mailing**  10:14
**make**  8:13,15
  18:20 22:15,18
  22:25 28:1
  30:18 37:9
  46:14 47:3
**making**  22:17
  26:10 37:18
**mammary**  21:1
**manager**  30:16
**march**  18:15
  21:15 37:8
**market**  16:21
  16:22 22:7
  26:12
**maximum**
  18:21
**mean**  9:16 10:7
  22:4 23:19
  27:24,25 30:15
  30:17 33:17
  37:6
**meaning**  22:19
**means**  9:17
**meat**  14:16
  15:6,10 16:13
  16:24 17:4,13
  17:16,21 18:9
  19:3,5,5,9,16
  19:22,24 21:12
  22:14 23:25
  24:16 25:13,24
  26:14 29:18
  34:2,25 35:6
  35:11 36:10,13

  36:14,24 38:23
  42:14 43:1
**medicine**  23:6
**meet**  11:9
  17:18,21 21:13
**meeting**  12:13
  14:24 15:1
  16:16 18:7,8
**meetings**  12:11
  12:16 17:19,22
  18:11,14,16,24
  21:20,22
**members**  17:11
  17:12 19:21
  34:1
**memory**  6:5
**mentioned**  14:9
  15:6 19:13,20
  21:20 33:14
  43:7
**microphone**
  15:16
**mid**  17:1
**middle**  19:6
  32:5
**midnight**  29:25
**milk**  20:24
**mind**  21:10
  36:6
**minimum**
  18:21
**minor**  1:5 2:5
  46:4 48:1
**minute**  34:6

**minutes**  34:9
**missed**  21:22
  21:23
**missing**  30:9
**misstates**  13:12
**moment**  20:2,8
  36:7
**month**  15:2
  21:17
**monthly**  17:19
**months**  31:11
  39:7
**morning**  25:15
  25:16 27:14
  39:23
**mother**  21:8
  25:16 27:6
  28:17 34:23
  35:10
**mothering**
  28:18
**mouthful**  26:15

**n**

**n**  4:1 13:8
**name**  5:10,23
  5:25 10:20,21
  11:17,18 13:2
  14:9 36:3
  45:20
**names**  11:6
  24:18
**nationwide**
  12:10
**nature**  7:5

**[nearby - party]**

nearby   11:19
necessarily
   42:5
necessary
   46:14 47:3
need   6:13 7:4,6
   8:2,16,16
   10:12,18,23
   13:11 15:2
   17:25,25 18:1
   28:6,23 37:14
   37:19 38:12
   40:22
neighborhoods
   25:1
neither   45:16
never   7:23 29:8
   29:20 33:5
   42:10
news   31:14
nice   22:5
nightly   25:12
nine   12:3 33:24
nodding   7:5
normal   6:17,18
   7:12 9:13
   23:16 39:2
north   3:5
northcutt   3:10
   4:4 5:9,11 9:6
   9:9 10:3 13:8
   13:14,16 15:15
   16:1,8 19:20
   20:11 34:5,12
   34:16 35:14

36:12,16 40:5
40:16 41:14
42:21 43:5
notating   46:15
   47:4
noted   44:14
november   1:18
   2:20 5:1 14:23
   15:2 45:21
   46:3
number   10:22
   30:13 46:15
   47:4
numerous   41:6

**o**

o   6:1
oak   2:18 10:16
oath   6:10
objection   9:5
   9:25 13:11
   19:18 20:2,8
objections   9:11
   9:12,14,15,18
   9:19
obtained   24:13
   24:20
obviously
   33:13 34:17
   38:25
occasionally
   25:17
occupation
   10:25
occur   31:10

occurred   7:10
october   14:21
   15:4 19:12
   21:7 25:7
   32:22 34:22
offered   4:15
   25:3
offers   23:24
office   28:24
   29:1,3 30:6
   32:24 46:11
officers   5:13
oh   26:8 27:7
   30:5
okay   7:12
   36:14 39:16
old   24:16
once   6:3 8:9
   21:14,14,15,15
   25:11 27:22
   32:14
ontario   3:12
operates   13:21
opportunity
   24:25 25:3
opposed   8:24
order   12:12
   15:3 27:18
organization
   12:8
original   45:13
   46:10,21
originated   19:5
outcome   24:1

overweight
   22:23
own   12:11

**p**

p.m.   2:19,20
   5:2,2 43:19
pacific   3:5
page   46:15
   47:4 48:4,7,10
   48:13,16,19
pages   46:14,17
   46:17 47:3,6,6
palo   1:17 2:19
   5:1 10:16
   11:18
parents   37:9,18
   40:22 41:7,10
   41:11 42:24
parlance   39:2
part   12:14
   18:25 20:12,16
   20:16 25:23
   26:9
participate
   15:3 23:25
particular
   10:13 17:23
   22:16
particularly
   9:12 18:7
parts   18:13,13
   18:25 19:14
   22:13
party   45:18

**[passionate - quite]**

**passionate** 35:18
**pasture** 18:18
**payment** 32:12 32:13
**pdf** 46:12 47:1
**pen** 23:16 25:14 41:1
**penalty** 6:11 44:12 46:16 47:5
**people** 22:17 33:18,24 34:4 36:20 39:2
**percent** 19:4,8 21:21 29:4
**period** 19:17 23:4 25:6 34:21 35:9 46:18 47:7
**perjury** 6:11 44:13 46:17 47:6
**person** 14:10 14:12 33:21
**pertains** 45:12
**phone** 10:22 30:13,18 31:2 31:19,21,22,24 32:1
**photography** 12:18
**phrased** 41:21
**physical** 10:14

**pick** 16:9 23:17 38:15 41:1
**pig** 12:19 15:13
**place** 18:17 21:4,4,4 25:2,3 45:5
**plaintiffs** 1:7 2:7 3:3
**played** 18:12
**please** 10:6 17:12 43:10
**point** 8:21 24:6 27:5,19 28:9 28:13 29:8,13 29:21 30:15,22 34:14 36:9 38:17,23
**population** 19:4,8,9
**posed** 8:4 34:18
**posing** 10:5
**potentially** 21:15
**pound** 18:21,22 22:18
**pounds** 22:23
**practice** 18:18
**prepare** 17:2 17:25
**present** 41:25
**presentation** 12:14
**preserve** 9:14
**presume** 33:16

**pretty** 19:7 20:14 22:12 27:24 31:1,1 31:22
**printed** 29:5
**prior** 12:5 14:22,25 24:6 24:9 25:24 37:11 38:11 45:6
**prize** 21:3
**probably** 7:20 20:3,7 29:11 31:13 32:22 33:18 41:6
**problem** 15:18
**procedure** 46:19,20
**proceedings** 45:4,6,8,14
**product** 16:22 17:4 18:10,10 23:1,2,5
**program** 12:10 36:11,13,15
**project** 11:11 12:15 14:15,16 15:6,10 16:13 16:24 17:14,20 20:13,17,19 25:24 29:18 35:11
**projects** 12:17 12:20 15:7 16:16,19 17:13

20:18 23:24
**property** 24:21 25:20
**provide** 7:12
**provided** 8:12 13:17 43:9 46:19 47:8
**purchase** 18:3 22:11
**purchased** 27:2
**put** 8:10 20:8 24:5 38:24 41:1
**putting** 20:1

**q**

**question** 6:22 8:4,5 9:17,20 9:24 10:5,8,9 16:10,12 33:16 36:11 39:10,12 40:5,10 42:6 42:12
**questions** 6:21 7:16 34:8,14 34:17,19 35:15 35:20 40:2 42:18 43:6
**quick** 9:4 34:14 35:22 36:5
**quiet** 27:24
**quilt** 16:20
**quite** 16:2 18:22 32:20

Litigation Services
A Veritext Company                    www.veritext.com

**[r - sacramento]**

| r |
|---|
| **r**  6:1 13:8 48:3 48:3 |
| **r&s**  47:1,9 |
| **raise**  17:15 18:4 20:19 25:2 |
| **raised**  16:21 20:23 22:10 25:23 33:22 34:24 |
| **raising**  13:1 23:1 |
| **ranch**  18:5 24:19 |
| **range**  33:10 |
| **rather**  28:3 |
| **reach**  10:22,23 31:3 |
| **reaches**  18:21 |
| **read**  16:6 44:13 |
| **reading**  46:23 47:9 |
| **ready**  28:6 |
| **really**  15:22 28:19,19 29:10 32:4 37:9 41:9 |
| **reason**  8:3 10:4 10:7,13 48:6,9 48:12,15,18,21 |
| **recall**  7:11 14:19 20:11 25:5 31:6 32:2 33:7 37:20 38:5,17 |

**receive**  32:13 39:14
**received**  32:11 32:18 39:7,12
**recess**  16:5 34:15
**recollection**  21:19
**record**  5:24 9:18 16:4,6 20:2,9 32:17 34:5,9 45:7,10
**red**  8:20
**redding**  24:17
**redondo**  3:6
**refer**  5:14
**referenced**  35:10 46:6
**referred**  28:25
**referring**  36:18
**reflects**  41:8
**refresh**  6:5
**registered**  14:13
**regularly**  22:12
**reinforced**  41:3
**related**  32:12
**relative**  45:17
**released**  46:21
**remember**  7:11 17:24 28:18 29:5 33:11 37:25 38:1,1 41:23,23,24 42:5

**remote**  1:16 2:17
**remotely**  6:8,25
**remove**  28:14 29:9,12 35:11 36:9,13,14,19
**removed**  13:6
**removing**  29:19
**repeat**  16:10
**repercussions**  32:6
**rephrase**  10:6
**reported**  1:22
**reporter**  2:22 6:10,19 7:3 8:10 13:7 16:7 16:9 43:14,17 45:3
**represent**  5:12
**requested**  45:15 47:1,9 47:10
**required**  27:13
**reserve**  40:3
**reserving**  34:17
**residence**  11:10
**residual**  23:5
**respect**  19:11 26:23
**respond**  31:24
**responded**  28:22
**responds**  43:17

**response**  6:23 40:9
**responses**  7:4
**rest**  27:17
**result**  35:2
**return**  46:17 47:6
**review**  8:12 43:10 45:14 46:8,10,13 47:2
**revisions**  8:15
**rgordon**  3:7
**ribbon**  24:4
**rides**  23:12 30:4 38:13 40:24
**right**  14:5 15:20 33:21 35:3 41:25,25 42:3 43:4,5
**ring**  17:3 18:19
**road**  3:11 8:25
**robert's**  12:12
**room**  7:22
**rules**  12:12 29:6 47:8
**running**  13:10
**ryan**  3:4 36:3 40:6 42:6

| s |
|---|
| **s**  48:3 |
| **sacramento**  1:3 2:3 3:17 |

Litigation Services
A Veritext Company                    www.veritext.com

**[sale - sunday]**

| | | | |
|---|---|---|---|
| **sale** 22:11 23:9 27:17 32:12 38:12 42:25 | **seven** 26:23 | **silva** 3:14 | **spell** 5:23 |
| **sally** 1:22 2:21 45:25 | **several** 34:4 | **single** 37:10 | **spend** 18:22 25:18 |
| **saturday** 23:9 23:11 27:16 29:25 38:12 | **sewing** 12:20 16:19,19 | **size** 7:21 | **spoken** 31:7 33:12 |

sale  22:11 23:9
    27:17 32:12
    38:12 42:25
sally  1:22 2:21
    45:25
saturday  23:9
    23:11 27:16
    29:25 38:12
saying  6:20
    27:25 28:18
    29:5,15 31:17
    42:4,12
schedule  46:10
season  17:7
second  6:21
    12:24 20:5
    21:4 34:6
see  20:6 34:12
seeing  27:5
sell  17:4 21:2
    22:8,11 23:12
seller's  32:16
selling  18:9
sent  22:24
separate  12:17
september
    14:24 15:1
    32:22
serious  33:16
served  39:17
service  12:11
set  45:5
setting  6:12
setup  39:23

seven  26:23
several  34:4
sewing  12:20
    16:19,19
shasta  3:8,8,14
    5:12,16 11:20
    13:3,21 21:9
    22:1 24:6
    25:25 26:6,18
    26:25 28:9,17
    31:8
shed  6:6
sheet  44:15
shelter  18:1
sheriff's  3:8
shorthand  2:22
    45:2,8
show  17:2
    18:19 22:20,24
    24:3 26:11,11
    27:16 28:6
    33:22
showing  41:13
showmanship
    26:13
sifted  22:19,24
sign  20:17,18
    32:18 46:16
    47:5
signature  45:24
    46:21,23,23
    47:9
signed  14:15,19
    21:8 44:15

silva  3:14
single  37:10
size  7:21
skirt  16:20
slaughter  38:7
slaughtered
    17:16 22:2
    39:3 42:8,11
slaughterhouse
    37:3,24 42:3
    42:16
slow  16:2
small  28:8
smith  1:22 2:21
    45:25
sold  16:22
    26:18,19 36:24
    38:23
solutions  46:7
somebody
    12:17,18 16:18
    16:20
sorry  8:13 9:8
    23:9 41:11
sort  32:12
sound  14:4
sounded  20:17
sounds  7:2 14:5
    15:20
speak  27:19
specific  11:12
    28:4
specifically
    21:24 23:19
    37:6

spell  5:23
spend  18:22
    25:18
spoken  31:7
    33:12
spring  17:1
stand  16:18
start  9:7 14:23
    24:9
starting  19:12
state  1:1 2:1
    5:23 44:19
    45:3 46:9,12
stay  40:24
stipulation
    46:20
strap  19:2
street  3:17
strike  8:14
    12:21 39:9
structure  20:25
subject  34:17
subscribed
    45:19
substance  8:18
suggest  23:9
suit  31:13
suite  3:5,11,17
summarizing
    13:4,9
summary  12:8
    13:16
summer  7:14
sunday  40:23

**[supposed - true]**

**supposed** 9:16
41:9
**sure** 16:11 18:8
18:20 26:10
27:21 28:1,19
31:1,1,22 37:9
37:18
**sworn** 5:5 6:10
45:7
**synonymous**
11:5
**system** 21:1

**t**

**t** 13:8 48:3,3
**table** 7:22
**tacos** 18:11
**take** 8:2,6
12:18 13:20
15:13 21:4
22:8,21 23:11
24:3 28:2
**taken** 2:17 6:2
29:22 30:20,22
40:7,19 45:4
**talk** 6:18,24
18:24 19:3
22:6,12,21
28:8 37:7
**talked** 23:3
25:6
**talking** 18:22
20:3 21:24
28:3 31:25
39:2

**tastes** 18:10
**taught** 16:21
**teach** 17:2
**teaching** 12:12
25:19
**technical** 15:14
**tell** 6:11,13
22:9 26:3
28:10 29:8
30:7
**telling** 41:24
**tendency** 6:17
**terminal** 13:6,8
13:19 24:1,8
38:19,21,24
39:1
**terms** 38:25
**terrible** 39:10
**testified** 5:5
39:11
**testifying** 45:7
**testimony** 8:19
8:23,24 13:12
36:22 40:17
41:20 44:16
45:10
**text** 30:14
31:11,21,24
**thank** 13:15
32:10 36:4
41:14 43:6,12
**things** 6:7 7:5,6
16:2 19:13
28:5 33:25

**think** 6:3 9:23
11:20 15:18,24
21:22 23:21
28:22 29:10,14
30:15,25 32:9
32:20,23 34:7
38:4,7 40:8,10
42:6
**third** 12:1 21:4
**thought** 8:20
9:7
**thousand** 33:17
**three** 12:4
21:17 27:9
29:15
**time** 7:10,13
8:2,3,21 9:11
9:11 13:11
14:6 18:22
19:17 21:9,21
23:13 25:6,18
29:14,17 34:21
35:1,9,9,16
37:9,17 38:24
42:13 43:6,12
45:5 46:10,18
46:24 47:7
**timeframe** 21:6
21:10,11
**times** 21:17
41:6
**title** 11:13
**today** 5:18 8:19
8:23,24 36:5

**together** 8:10
17:21 18:16
25:14
**told** 7:18,21
32:20 33:15
42:13
**ton** 12:19
**tons** 12:20,20
**top** 22:6
**totally** 6:18
**touch** 8:17
41:10
**town** 11:14,19
**traffic** 8:20
**trailer** 30:16
**train** 17:1
**transcribed**
45:9
**transcript** 8:11
8:11,16 43:8
43:15 44:13
45:10,13,15
46:6,8,10,13,13
46:21 47:2,2
**tree** 2:18 10:16
**trial** 16:1
**tried** 30:14
36:8
**trim** 28:7
**truck** 42:11
**trucks** 23:16
38:15 41:1
42:24
**true** 44:16
45:10

Litigation Services
A Veritext Company                    www.veritext.com

**[truth - yeah]**

| | | | |
|---|---|---|---|
| **truth** 6:11,13 | **understanding** | **wait** 6:22 | **weigh** 17:1 |
| **try** 6:20,22 | 5:20 14:2 | **waiting** 30:4 | **weighing** 18:20 |
| 15:19,24 19:21 | 24:21 42:24 | **waived** 46:23 | **weighs** 22:15 |
| 19:21 35:10 | **understood** | 46:23 | **weight** 18:21 |
| **trying** 30:18 | 10:9 36:22 | **waiving** 46:20 | 22:16,17,18 |
| **tuesday** 1:18 | **uniform** 28:6 | **walk** 16:22 | **went** 14:3 37:3 |
| 2:20 5:1 | **united** 1:1 2:1 | 17:2 25:19 | 38:6 |
| **turn** 6:22 35:14 | **ups** 34:18 36:5 | **walking** 18:18 | **whereof** 45:19 |
| **turned** 32:17 | **use** 38:19,24 | **wall** 7:19 | **winter** 7:14 |
| **tutoring** 11:2 | **used** 17:16 | **want** 7:16 9:3 | **withdrawal** |
| 14:17 | 20:21 22:2 | 12:2 13:5 | 23:4 |
| **tv** 7:19 | 26:25 33:22 | 18:10,20 22:5 | **witness** 4:2 |
| **two** 21:17,23 | 34:25 35:6,12 | 23:5,25 25:25 | 15:19,21 19:19 |
| 34:10,16 | 36:16 39:1 | 31:12 32:4,5,5 | 20:10 45:19 |
| **typical** 7:17 | 43:1 | 32:21 33:9 | 46:13,16 47:2 |
| **typically** 11:10 | **using** 12:12 | 38:4 43:15 | 47:5 |
| 14:24 17:23,24 | 45:8 | **wanted** 26:4 | **witnesses** 45:6 |
| 18:17 21:14 | **usually** 14:23 | 28:10 31:14 | **word** 38:19,21 |
| 37:13 39:1 | 25:9,10 37:17 | 40:13 | 38:24,25 |
| **typing** 6:19 7:3 | **v** | **water** 18:2 | **work** 15:25 |
| **u** | **v** 46:4 48:1 | 27:18 | 41:8,10,12 |
| **ultimate** 17:3 | **vaccination** | **watered** 25:15 | **working** 21:6 |
| **ultimately** | 23:3,6 | 28:2 | **worming** 23:3 |
| 17:15 20:20 | **vague** 10:1,5 | **watering** 26:11 | **x** |
| 21:2 26:24 | **variety** 23:24 | **way** 10:19 | **x** 4:1 45:15 |
| 36:24 38:23 | **various** 16:16 | 20:11 28:14,21 | 47:1 |
| **under** 6:11 | **veritext** 46:7,9 | 30:11 | **y** |
| 14:16 29:13 | 46:11 | **we've** 9:12 | **yeah** 9:2 10:1 |
| 44:12 45:9 | **visited** 25:5 | **wear** 28:6 | 20:22 24:2 |
| **undersigned** | **voicemail** 31:5 | **website** 29:7 | 26:8 27:7 |
| 45:2 | **vs** 1:8 2:8 | **wednesday** | 31:25 32:1 |
| **understand** | **w** | 15:1 27:16 | 34:4 38:18 |
| 6:14 7:1,8,24 | **w** 6:1 | **week** 25:11 | 39:23 |
| 9:22 10:4 | | 37:8,11,13 | |
| | | 40:21,23 | |

Litigation Services
A Veritext Company                www.veritext.com

**[year - zoom]**

| | |
|---|---|
| **year** | 12:1 14:23 |
| | 16:15,19 17:18 |
| | 17:23 18:8 |
| | 22:4,16 |
| **yearly** | 12:14 |
| | 13:21 |
| **years** | 12:3,4,5,9 |
| | 29:16 33:24 |
| **yelling** | 27:25 |
| **youth** | 12:10 |

**z**

| | |
|---|---|
| **zoom** | 6:9 |

Litigation Services
A Veritext Company                    www.veritext.com

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.