EXHIBIT K

# In The Matter Of:

*LONG vs.*

*FERNANDEZ*

---

*BRUCE JOHN 'B.J.' MACFARLANE*

*November 15, 2023*

---

*Challe, Fisher & Morfin*

*1828 South Street*

*Redding, California  96001*

*(530)246-0942*

*cfmdepos@att.net*

Original File B.J. Macfarlane.txt

**Min-U-Script® with Word Index**

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF CALIFORNIA

 3                  SACRAMENTO DIVISION

 4   E.L., a minor, by and through her   )
     general guardian, JESSICA LONG;     )
 5   JESSICA LONG, an individual,        )
                                         )
 6                      Plaintiffs,      )
                                         )
 7      vs.                              )
                                         ) NO. 2:22-cv 01527
 8   LIEUTENANT JERRY FERNANDEZ,         ) DAD-AC
     individually and in his            )
 9   individual capacity as Sheriff     )
     for the County of Shasta;          )
10   DETECTIVE JACOB DUNCAN,            )
     individually and in his            )
11   individual capacity as Sheriff     )
     for the County of Shasta;          )
12   DETECTIVE JEREMY ASHBEE,           )
     individually and in his            )
13   individual capacity as Sheriff     )
     for the County of Shasta; SHASTA   )
14   DISTRICT FAIR AND EVENT CENTER, a  )
     district agricultural              )
15   association; COUNTY OF SHASTA;     )
     SHASTA COUNTY SHERIFF'S            )
16   DEPARTMENT; MELANIE SILVA, in her  )
     individual capacity; BJ            )
17   MACFARLANE, in his individual      )
     capacity; and DOES 1 through 10,   )
18                                       )
                       Defendants.       )
19   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

20                    ---oOo---
                WEDNESDAY, NOVEMBER 15, 2023
21                    10:08 a.m.
         VIDEOTAPED DEPOSITION OF BRUCE JOHN "B.J."
22                    MACFARLANE
                     ---oOo-
23


24


25       Reported by:  CAROL J. CHASE, CSR No. 13538
```

1                          INDEX

2

3     WITNESS:  BRUCE JOHN "B.J." MACFARLANE

4

5     EXAMINATION:                                    PAGE
      By MR. GORDON................................  5
6

7

8                        ---oOo---

9
                       E X H I B I T S
10
      Exhibit                                        Page
11    Exhibit A    All General Livestock Rules &    107
                   Guidelines, page 49-56, Bates
12                 FERN000030-37, 8 pages

13    Exhibit B    Instagram post from Bleating     146
                   Hearts Farm, Bates 0017, 1 page
14
      Exhibit C    Text messages (B&W) with from    148
15                 6/28/22 to 9/6/22 and 4/13/23
                   letter from DA to Ms. Muse,
16                 8 pages

17    Exhibit D    E-mail chain on 6/27/22 RE: Goat  168
                   theft at the Fair, 3 pages
18
      Exhibit E    E-mail chain 6/27-6/29/22 RE:     180
19                 Requesting solutions for the
                   goat that was taken and 6/28/22
20                 letter from Ms. Long to SDF,
                   Bates 0006-13, 8 pages
21
      Exhibit F    6/28/22 texts, 1 page            180
22

23                        ---oOo---

24

25

1                          APPEARANCES:

2

3    For Plaintiffs E.L., a minor, by and through her
     general guardian, Jessica Long; Jessica Long, an
4    individual:

5            ADVANCING LAW FOR ANIMALS
             BY:  RYAN R. GORDON, ESQ.
6            BY:  VANESSA T. SHAKIB, ESQ.
             407 N. Pacific Coast Highway #267
7            Redondo Beach, California 90277
             202-996-8389
8            rgordon@advancinglawforanimals.org
             vshakib@advancinglawforanimals.org
9
     For Defendants State of California, by and through
10   the 27th district Agricultural Association;
     B.J. Macfarlane; Melanie Silva:
11
             CALIFORNIA DEPARTMENT OF JUSTICE
12           Tort and Condemnation Section
             BY:  JOHN C. BRIDGES, ESQ.
13           1300 I Street, Suite 1210
             Sacramento, California 95814
14           916-210-7529
             916-322-8288 Fax
15           John.Bridges@doj.ca.gov

16   For Defendants Shasta County; Shasta County
     Sheriff's Department; Lieutenant Jerry Fernandez;
17   Detective Jacob Duncan; Detective Jeremy Ashbee,

18           (Present Via Zoom)

19           BEST BEST & KRIEGER LLP
             BY:  DAMIAN A. NORTHCUTT, ESQ.
20           2855 East Guasti Road, Suite 400
             Ontario, California  91761
21           909-989-8584
             Damian.Northcutt@bbklaw.com
22
     Videographer:
23
             TERRY FOX, REDDING VIDEO PRODUCTIONS
24                   ---oOo---

25

```
 1                    VIDEOTAPED DEPOSITION OF BRUCE JOHN "B.J."
 2        MACFARLANE, taken on behalf of the Plaintiffs, at
 3        the offices of Challe, Fisher & Morfin, 1828 South
 4        Street, Redding, California, on WEDNESDAY,
 5        NOVEMBER 15, 2023, commencing at the hour of
 6        10:08 a.m., before CAROL J. CHASE, a Certified
 7        Shorthand Reporter of the State of California, taken
 8        pursuant to Notice.
 9                             ---oOo---
10:08:17 10              THE VIDEOGRAPHER:  Ladies and gentlemen,
11        we're on video record with the deposition of
12        B.J. Macfarlane.  The date is November 15th, 2023,
13        and the time is 10:08 a.m.
14              I'm Terry Fox, the visual specialist from
10:08:38 15        the firm of Redding Video Productions.  This is the
16        beginning of media number 1 regarding case
17        22-cv-01527-DAD-AC of the United States District
18        Court for the Eastern District of California.
19              This deposition is being taken at the
10:08:55 20        offices of Challe, Fisher & Morfin at 1828 South
21        Street, Redding, California.  The court reporter is
22        Carol Chase associated with Challe Fisher & Morfin.
23              Counsel will now introduce themselves, who
24        they represent, and the witness will then be sworn
10:09:12 25        in by the court reporter.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1               MR. GORDON:  Ryan Gordon for Plaintiffs.

2               MS. SHAKIB:  Vanessa Shakib for Plaintiffs.

3               MR. BRIDGES:  And John Bridges for the

4     State of California by and through the 27th District

10:09:19  5     Agricultural Association, the witness

6     B.J. Macfarlane, and Melanie Silva.

7               THE COURT REPORTER:  Please raise your

8     right hand to be sworn.

9

10               BRUCE JOHN "B.J." MACFARLANE,

11       being first duly sworn, testified as follows:

12

13               THE WITNESS:  I do.

14               THE COURT REPORTER:  Thank you.

10:09:39  15               MR. GORDON:  Okay.  All right.

16     Mr. Macfarlane, before I start speaking, do --

17     Vanessa, do you want to put that -- put that -- on

18     the record?

19               MS. SHAKIB:  Yeah.  Mr. Bridges, I want to

10:09:46  20     summarize our conversation.  Feel free to jump in if

21     you feel any part of it is mischaracterized.

22     Yesterday, we had the deposition of Ms. Silva.  It

23     sounds like there's some documents that she did not

24     produce and, today, we learned this morning there's

10:09:59  25     additional documents that we haven't yet reviewed

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    from Mr. Macfarlane.
 2             MR. BRIDGES:  Hm-hmm.
 3             MS. SHAKIB:  Plaintiffs are prejudiced
 4    completing depositions without careful review of all
 5    documents.  So today, we are intending to go until
 6    about 2 o'clock and we will resume the remainder of
 7    our time, if necessary, on a different date to be
 8    scheduled.
 9             MR. BRIDGES:  Yeah --
10             MR. GORDON:  All right.
11             MR. BRIDGES:  -- that -- that's fine.
12    Just -- I would just add I believe the only
13    documents he has that he still has to produce were
14    some text messages between Ms. Silva and him which
15    he will produce today.  We're just going to try to
16    do that on a break at some point --
17             MR. GORDON:  Yeah.
18             MR. BRIDGES:  -- to make sure it's in a
19    format that you can use and access.
20             MS. SHAKIB:  Thank you.
21             MR. GORDON:  Understood.  Thank you so
22    much.  Okay.
23    ///
24    ///
25    ///
```

10:10:08 — line 5
10:10:18 — line 10
10:10:31 — line 15
10:10:39 — line 20

**BRUCE JOHN 'B.J.' MACFARLANE**

| | |
|---|---|
| 1 | EXAMINATION |
| 2 | BY MR. GORDON: |
| 3 | Q     Okay.  All right.  Mr. Macfarlane, if you |
| 4 | could state your name for the record. |
| 10:10:45 5 | A     My real name? |
| 6 | Q     Yes, please. |
| 7 | A     Bruce John Macfarlane. |
| 8 | Q     Okay.  All right. |
| 9 | A     Sorry. |
| 10:10:52 10 | Q     No.  It's fine.  What would you like to be |
| 11 | called? |
| 12 | A     B.J. |
| 13 | Q     B.J.  All right. |
| 14 | A     Yeah. |
| 10:10:58 15 | Q     So all right.  B.J.  And can you just first |
| 16 | name spelling B-R-U-C-E -- |
| 17 | A     Yes. |
| 18 | Q     -- and J-O-H-N? |
| 19 | And then could you spell your last name for |
| 10:11:02 20 | the record? |
| 21 | A     M-A-C-F-A-R-L-A-N-E. |
| 22 | Q     Okay.  Great.  So your nick -- your |
| 23 | nickname is B- -- is B- -- and I guess it's not a |
| 24 | nickname. |
| 10:11:13 25 | A     Initials. |

1        Q       Initials.  Oh, okay.  So it's not a

2    nickname.  But you go by B.J.

3        A       (Nodding.)

4        Q       All right.  So have you ever been a

10:11:21  5    defendant in a lawsuit before?

6        A       No, sir.

7        Q       No?  All right.  All right.  Have you ever

8    been deposed before?

9        A       No, sir.

10:11:24 10        Q       Okay.  So have you ever testified at a

11    trial in anything before?

12        A       No, sir.

13        Q       Okay.  All right.  So I'm going to go over

14    the ground rules.  Your attorney albeit certainly

10:11:33 15    has told you most of these, but just so we're clear,

16    I'm going to go over them again.

17           So we don't talk over each other or we'll

18    try not to.  It helps the court reporter out.  It

19    will happen sometimes, because that's how

10:11:48 20    conversations go.  But she has to write everything

21    down that you say and that I say and that everyone

22    else in this room says.  So she needs to hear only

23    one person at a -- speaking at a time.  And she's

24    already admonished me earlier to speak slower, so

10:12:01 25    I'm going to try and do that.

1          So also we need -- if I ask you a question

2     for -- whatever response it calls for a, you know, a

3     yes, a no, whatever, but or a verbal -- make sure

4     your response is verbal.

10:12:11  5     A     Okay.

6     Q     So feel free to shake your head but -- but

7     just make sure we get a yes or no or whatever the

8     question calls, you know, some -- a narrative or

9     whatever it is, just make sure it's audible for her

10:12:22 10    to transcribe.

11         So I'm also going to ask you questions

12    about things that you might not remember as well as

13    you remember, you know, what happened five seconds

14    ago because, you know, some time has passed.  But

10:12:36 15    I'm entitled to your best estimate.  So if you --

16    if -- now the distinction here that attorneys always

17    say is we don't want you to guess, but I'm entitled

18    to your -- whatever your best estimate is and I'm

19    entitled to that.

10:12:48 20         So the example that we've been -- attorneys

21    always use is that, if I asked you to estimate the

22    size of this table, you don't have a tape measure on

23    you, but you could give a ballpark as to eight feet

24    by -- eight by four or something like that.  But if

10:13:03 25    I asked you to estimate the size of the table in my

1   house, you wouldn't be able to do that because

2   you're just guessing.  You've never seen it.  So --

3   so it's -- that's the difference between a guess and

4   an estimate.

10:13:11  5        So if I ask for something that happened on

6   a -- when did you speak with X, and -- and you're,

7   well, I don't remember, but you know it's between,

8   you know, Labor Day and -- and -- is Labor Day the

9   one in September?  I'm forgetting.  But okay.  Yeah,

10:13:27  10  I get confusing it with Memorial Day.  So Labor Day

11  and Thanksgiving, then I'm entitled to, well, it's

12  between then and -- it is between those dates or

13  even more narrow frame would even be better if you

14  know that.  So anyway.  So your best estimate's is

10:13:39  15  what I'm entitled to.  All right?  So do you

16  understand?

17       A     Yes.

18       Q     Okay.  Great.  So -- and also even though

19  we're in an informal setting in a court reporter's

10:13:50  20  office and you're not in court, there's no judge

21  here, this -- your testimony here still has the same

22  effect as if you were in a court of law.  You're

23  still under oath.  You're still to say -- tell the

24  truth, et cetera.  And at the end of the deposition,

10:14:04  25  you're going to get a -- a booklet that's going to

1    contain all of your testimony and you are able to --

2    maybe afterwards you realize, oh, I was wrong about

3    that, you have an opportunity to -- to change your

4    testimony.

10:14:15  5         However, if you change it, you know, we get

6    to comment on it at trial.  It might be used against

7    you.  So it's very important you get your -- your

8    best testimony out today.  Understood?

9         So you -- and this did come up in a depo

10:14:28 10   once, but someone -- I always say, "You can change

11   my testimony.  You can't change my question."

12   Someone did ask me that once:  Can I change your

13   question?  No.

14        So -- okay.  So you can't change my

10:14:39 15   questions.  You can change your -- you can change

16   your answers, though.  But I'm sure your attorney

17   would advise you not to.  So anyway -- or to give

18   your best testimony today so that doesn't arise.

19        So he's -- what -- as I'm asking questions,

10:14:52 20   your attorney is also going to interpose objections.

21   And that doesn't mean you don't answer the question.

22   It -- if he instructs you not those answer, you

23   know, on the basis of attorney-client privilege or

24   something like that, you know.  Because I -- if I

10:15:05 25   were to ask you, what did you guys talk about this

1    morning, I'm not going to, but objection, don't

2    answer, attorney-client privilege, okay, fine, you

3    don't answer.

4        A      (Nodding.)

10:15:15  5    Q      But if -- if -- if he -- you know, other

6    objections, you know, leading or argumentative, if

7    you understand what I'm saying, he's just -- please

8    answer the question.  Attorneys just put objections

9    on the record for later.  This isn't going into

10:15:28 10    evidence yet.  This is -- this is just going to be

11    on paper and it's for your testimony.  So it's not

12    being submitted into the Court, it's not going into

13    evidence at the moment.  So he's pre- -- preserving

14    objections for later.

10:15:40 15            So if you don't understand what I'm

16    actually asking, though, maybe I ask you a question

17    that just that the words -- syntax doesn't make

18    sense, just tell me, I'll rephrase it.  But if you

19    understand me, you know, just answer the question

10:15:45 20    even if he objects.  All right?

21            THE COURT REPORTER:  Slow down.

22            MR. BRIDGES:  I just got a text message

23    from Damian saying he's in the waiting room.

24            MR. GORDON:  Okay.

10:15:52 25            THE COURT REPORTER:  Oh no, he's not.

```
 1              MR. BRIDGES:  Trying to log in.  I think
 2     someone needs to let me in.
 3              MR. GORDON:  You know, I wonder if he's
 4     using the original Muse link from today.  Because
 5     didn't -- remember, we switched the depo dates?  I
 6     wonder if they --
 7              MR. BRIDGES:  That's a good point.  Let's
 8     see here.
 9              THE VIDEOGRAPHER: Want to go off the
10     record?
11              MR. GORDON:  Yeah, we'll go off the record
12     for a moment.
13              THE VIDEOGRAPHER:  We're off the record.
14     The time is -- the time is 10:16.
15              (Whereupon, recess was taken
16              from 10:16 a.m. to 10:21 a.m.)
17              THE VIDEOGRAPHER:  We're back on the record
18     and the time is 10:21.
19              MR. GORDON:  All right.  We're back on the
20     record.  Mr. Northcutt has joined us.  Damian, do
21     you want to announce yourself and who you're
22     representing for the record?
23              MR. NORTHCUTT:  Sure.  Thi is
24     Damian Northcutt appearing on behalf of the County
25     of Shasta, the sheriff's department, and its
```

Timestamps in left margin:
10:16:07 (line 5)
10:16:13 (line 10)
10:16:19 (line 15)
10:21:46 (line 20)
10:21:56 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    officers.
 2              MR. GORDON:  All right.
 3              MR. BRIDGES:  Can we go off the record for
 4    just one second?
 5              MR. GORDON:  Yeah, you may.
 6              MR. BRIDGES:  I'm really sorry.
 7              MR. GORDON:  It's fine.
 8              MR. BRIDGES:  Damian --
 9              THE VIDEOGRAPHER:  Wait a minute.  We're
10    off the record and the time is 10:22.
11              (Whereupon, recess was taken
12              from 10:22 a.m. to 10:23 a.m.)
13              THE VIDEOGRAPHER:  We're back on the record
14    and the time is 10:23.
15              MR. GORDON:  Yeah.  Back on the record.
16    BY MR. GORDON:
17       Q    All right.  So Mr. Macfarlane, we're still
18    just going through the ground rules of the
19    deposition.  So you understood you're under oath.
20    You understand you're still under oath?
21       A    Yes.
22       Q    Okay.  And are you on any -- have you taken
23    any meds today that might interfere with your
24    ability to --
25       A    No, sir.
```

Time stamps: 10:22:04 (line 5), 10:22:10 (line 10), 10:23:15 (line 15), 10:23:23 (line 20), 10:23:26 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1       Q      -- testify?
 2              All right.  Okay.  And -- or yesterday that
 3       might a still be in your --
 4       A      No, sir.
10:23:32  5       Q      -- system?  Okay.  All right.
 6              You drink today?
 7       A      No, sir.
 8       Q      All right.
 9              MR. BRIDGES:  Slow down.  It's hard for her
10:23:36 10      to --
11              THE WITNESS:  Okay.
12              MR. BRIDGES:  You're answering before he's
13       completely finished with his question.  So just try
14       to take a second, let him ask his question, and then
10:23:46 15      answer it.
16       BY MR. GORDON:
17       Q      And, obviously, no drugs or anything that
18       might interfere with your ability to give your best
19       testimony today?
10:23:52 20      A      No, sir.
21       Q      Okay.  All right.  So can you think of any
22       reason why you can't give your best testimony today?
23       A      No.
24       Q      All right.  Okay.  So can you -- you reside
10:24:04 25      in Shasta County, correct?
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        A       No, sir.
 2        Q       Where do you live?
 3        A       I live in Tehama County.
 4        Q       Oh, Tehama.  How do you spell that?
10:24:12  5        A       T-E-H-A-M-A.
 6        Q       Okay.  Understand -- all right.  And are
 7    you -- are you from Tehama County?  Am I --
 8        A       Tehama.
 9        Q       Tehama.  I'm sorry.  I apologize.
10:24:21 10        A       Okay.
11        Q       Are you from Tehama County?  Born and
12    raised?
13        A       No.
14        Q       Where did you grow up?
10:24:29 15        A       I grew up in -- I was born in Salmon,
16    Idaho.
17        Q       Okay.
18                THE COURT REPORTER:  Were at?
19                THE WITNESS:  Salmon.  The fish.
10:24:37 20    BY MR. GORDON:
21        Q       Yeah.  I've heard of it.  When did you move
22    to California?
23        A       Fifth grade.
24        Q       Fifth grade.  Okay.  So you would have
10:24:46 25    been, what, like, 13 or so?
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        A      12, I think.

 2        Q      No, no, 12, yeah.  Yeah.

 3        A      Twelve.

 4        Q      All right.  And did you -- I asked about

 5   your education.  Did you go to school in -- in this

 6   area?

 7        A      I went to high school in Grass Valley at

 8   Bear River High School.

 9        Q      Okay.  And where -- where is Grass Valley?

10        A      It is just east of Sacramento on I80.

11        Q      Okay.  Okay.  So it's not -- it's --

12        A      Not in this area.

13        Q      Not in this area.  Okay.  A few hours from

14   here.

15        A      Yes.

16        Q      Gotcha.  And what is your current

17   employment?

18        A      I'm currently the manager of the Red Bluff

19   Bull and Gelding Sale.

20        Q      And how do you spell the gelding part of

21   it?

22        A      G-E-L-D-I-N-G.

23        Q      Okay.  Okay.  I saw someone spell it the

24   other day with a U, G-U-L-D.  I thought I had been

25   spelling it wrong.  Okay.  Okay.  And you -- and
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    what is your -- I'm sorry.  What is your title
 2    there?
 3        A    Manager.
 4        Q    Manager.  Okay.  Is that a -- is that a
10:25:54 5    company or is it just a --
 6        A    It's a private -- or not private.  It's a
 7    nonprofit.
 8        Q    A nonprofit.  Okay.
 9        A    Corporation.
10:26:02 10    Q    Gotcha.  California organized?
11        A    Yes.
12        Q    Did you organize it?
13        A    No, sir.
14        Q    Okay.  Do you have a superior there?
10:26:09 15    A    A board of directors.
16        Q    Board of directors.  Okay.  Okay.  All
17    right.  And what -- what are your roles as manager
18    of this nonprofit?
19        A    I'm sorry.  My what?
10:26:23 20    Q    What are your roles --
21        A    Roles.
22        Q    -- or your duties?
23        A    To produce in Jan- -- end of January, the
24    last week of January, we have a week-long event
10:26:33 25    where we sell bulls, geldings and stock dogs, as
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1   well as a large trade show.  My responsibilities are
 2   the sponsors and making the whole event happen with
 3   help of a couple other people and lots of
 4   volunteers.  My main goal is to schedule the hiring
 5   of people, the -- everything that has to do with the
 6   dog, bull, gelding and the trade show.
 7       Q     So you're organizing a -- a week-long event
 8   in January.
 9       A     (Nodding.)
10       Q     That's your -- and that's a -- are there
11   any other events throughout the year that you're
12   working on or is it just this one in January?
13       A     This was the only one I do now.
14       Q     Only one you do now.  Okay.  Gotcha.  All
15   right.  And is this your only employment at the
16   Red Bluff Bull and Gelding Sale?
17       A     Yes.
18       Q     Okay.  All right.  But is that -- I mean no
19   disrespect, but is that full-time work if it's just
20   one --
21       A     It is a -- it is considered a full time
22   job, but I ranch myself so --
23       Q     I see.
24       A     -- that gives me time in -- busy time in
25   the spring is the reason why I like this job, took
```

10:26:57 (line 5)
10:27:12 (line 10)
10:27:21 (line 15)
10:27:31 (line 20)
10:27:39 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    the job, because it gives me time in the spring
 2    after the event to do so some of my own stuff in --
 3        Q      Gotcha.
 4        A      -- April, May, June.
10:27:50  5        Q      So would you say you're self-employed also?
 6        A      Sure.
 7        Q      Okay.  You said you --
 8        A      Yes.
 9        Q      -- ranch so you're --
10:27:55 10        A      Yes.
11        Q      -- selling animals?
12        A      Yes.
13        Q      Gotcha.  Okay.  And how long have you been
14    a rancher?
10:28:03 15        A      The -- I've owned cows for -- I don't know
16    the technical term.  The ranch we're at right now is
17    six years, but I've owned cows my whole life.
18        Q      Uh-huh.  Even in Idaho?
19        A      Yes.
10:28:21 20        Q      You grew up --
21        A      With my family.
22        Q      Okay.  Grew up on a farm presumably?
23        A      Yes.
24        Q      Okay.  How many -- are there -- how many
10:28:31 25    head of cattle do you have in your -- at your
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1   property?
 2        A     The drought has kind of diminished.  I'm
 3   trying to count.  There's 50 head.  Roughly --
 4        Q     Is that --
 5        A     -- 50 head.
 6        Q     Gotcha.  Is that considered -- this is just
 7   pure curiosity.  Is that a large heard or is -- what
 8   size --
 9        A     That is --
10        Q     -- large -- or smaller?
11        A     To be sustainable for one family is --
12        Q     Yeah.
13        A     -- I think it's 200 to 250 head right now.
14        Q     Oh, okay.
15        A     So it's not...
16        Q     What do you mean "sustainable for one
17   family"?
18        A     To make a living.
19        Q     I see.  I see.  Okay.  Okay.  So you must
20   have -- for 50 head, how much -- that's got to be a
21   lot of acreage, though, they require?
22        A     Just a -- well, a little over a hundred
23   acres and then I lease some ground in the
24   wintertime.
25        Q     Okay.  All right.
```

(line timestamps: 10:28:47 line 5; 10:28:53 line 10; 10:29:01 line 15; 10:29:07 line 20; 10:29:18 line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

1      A      It's more of a lifestyle than a -- for my

2    kids, that's my wife and I's --

3      Q      Yeah.

4      A      If it's 250 to make a living, well --

10:29:20  5      Q      Yeah.

6      A      -- it takes a lot of money to get to that.

7    And the land --

8      Q      Sure.

9      A      -- is hard to come by.  And so that's why.

10:29:30 10      Q      I understand.  I understand.  It's more of

11    a lifestyle thing than for the actual profit of it.

12      A      For our kids, yeah.

13      Q      Gotcha.  Understood.  Okay.  All right.  So

14    but you -- at a certain point in time you were the

10:29:40 15    CEO of the Shasta District Fair and Event Center,

16    correct?

17      A      Yes, sir.

18      Q      Okay.  All right.  And I'm going just going

19    to refer to that organization as the Shasta District

10:29:48 20    Fair, but you know what I'm talking about, the 27th

21    District Agricultural Association --

22      A      Yes.

23      Q      -- correct?

24             And how long did you work at the Shasta

10:29:58 25    District Fair?

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1      A      I believe the 8 through -- '18 through '22,
 2   three fairs, I believe.
 3      Q      Okay.
 4      A      Three Junes.  '21, maybe.  The COVID was
 5   the last year -- or no...
 6      Q      And that's as CEO?
 7      A      Yes.
 8      Q      So when you worked for the fair, were you
 9   immediately the CEO or did you have a prior role
10   there?
11      A      I worked in the -- since my daughter was
12   nine, ten years ago, I helped with the beef barn
13   aspect of the fair --
14      Q      Okay.
15      A      -- for several years.
16      Q      And this is at Shasta --
17      A      Shasta District Fair.
18      Q      Okay.
19      A      Where I was -- I think they gave me 250
20   bucks or something.  It was not that -- miniscule.
21   I was just somebody that knew that the livestock
22   superintendent hired to help to take care of just
23   the beef barn.
24      Q      Okay.  Okay.  Yeah, everyone has testified
25   that you're very forthcoming with giving help.
```

BRUCE JOHN 'B.J.' MACFARLANE

```
 1       A       (Nodding.)
 2       Q       You come over to the sheriff's house to
 3    help him with, I think -- I think Fernandez
 4    testified that he said one of his cattle had -- I
10:31:16  5    don't want to say indigestion but I'm using the --
 6       A       Bloat.
 7       Q       Bloat.  Yeah, it was something with --
 8    yeah, the stomach, and you came over and --
 9       A       It was a long time ago.
10:31:20 10       Q       Yeah.  He said -- that's what he said he
11    remembered, he came over to my house once.  And I
12    don't remember what he said you did, but he said --
13    you said the cow was -- survived.  Okay.  And Kathie
14    Muse had some other anecdote yesterday.  I don't
10:31:37 15    recall what it was that you went over to help her.
16    But in any event, okay, so you were paid 250 bucks.
17    What year was that to work for the fair.  It was
18    some --
19       A       Ten years ago.
10:31:46 20       Q       Ten years ago.
21       A       And I became CEO in '18 --
22       Q       And --
23       A       -- so five years, six years, something like
24    that, five years maybe.
10:31:54 25       Q       Okay.  So you became '18 -- in 2018 CEO,
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1    but you worked there, you said, about five years

2    before that?

3        A     Yeah, for three or four days a year.

4        Q     Three or four days a year.  Okay.  Gotcha.

10:32:01 5    A     During the fair, which, you know --

6        Q     Just as a temporary employee.

7        A     While my kid was at the fair --

8        Q     I see.

9        A     -- while she had a steer at the fair.

10:32:10 10   Q     I understand.  Okay.  So did that just make

11    a sound?  I thought I heard.

12            THE VIDEOGRAPHER:  Something did.

13            MR. BRIDGES:  It was my chair.

14            MR. GORDON:  Okay.  All right.  I thought

10:32:24 15   Damian went hmm and it didn't sound like him at all.

16    BY MR. GORDON:

17        Q     Okay.  All right.  So you were a temporary

18    employee from, you know, '05 to '18, then became

19    CEO.  How did you come about getting the CEO

10:32:34 20   position?

21        A     Just -- I think my -- it came open and

22    several of the community members had come to me --

23        Q     Yeah.

24        A     -- to apply for it.

10:32:49 25   Q     Okay.  So some people suggested you apply

BRUCE JOHN 'B.J.' MACFARLANE

| | |
|---|---|
| 1 | for it? |
| 2 | A      (Nodding.) |
| 3 | Q      Okay.  All right.  And you were offered |
| 4 | CEO, you said, in 2018.  And -- and your last year |
| 10:32:58  5 | as CEO was? |
| 6 | A      It had to be '21. |
| 7 | Q      '21.  Okay. |
| 8 | A      What year was COVID?  The heat of COVID was |
| 9 | '20? |
| 10:33:08 10 | Q      Yeah -- |
| 11 | A      So '21 -- |
| 12 | Q      -- yeah, '20, '21 was really taking over -- |
| 13 | THE COURT REPORTER:  One at a time, please. |
| 14 | BY MR. GORDON: |
| 10:33:13 15 | Q      I just said '20 and '21 was when it was |
| 16 | really affected. |
| 17 | THE COURT REPORTER:  Sorry.  It's |
| 18 | cross-talk a lot. |
| 19 | BY MR. GORDON: |
| 10:33:21 20 | Q      Yeah.  Okay.  So then after you became CEO |
| 21 | you worked as the livestock manager, correct, for |
| 22 | the fair? |
| 23 | A      When I was done with CEO? |
| 24 | Q      Yes. |
| 10:33:30 25 | A      Yes, I was hired back that year. |

BRUCE JOHN 'B.J.' MACFARLANE

1       Q       Okay.

2       A       The following year.

3       Q       Gotcha.  Do you remember abouts [sic] when

4    you were hired as livestock manager?

10:33:38 5       A       I -- I do --

6       Q       Is it --

7       A       Sometime between, like, I think I resigned

8    in August-ish --

9       Q       Uh-huh.

10:33:53 10       A       -- and the spring, so somewhere in that

11   time Melanie and I talked -- or no.  I don't know

12   how quick she got hired, but we talked and I

13   agreed --

14       Q       Okay.

10:34:04 15       A       -- to do that.

16       Q       Sometime in the spring for the fair that

17   year.

18       A       For that fair that year.

19       Q       Okay.  So there's not a livestock manager

10:34:11 20   for the fair year round because there's no livestock

21   on --

22       A       No.

23       Q       -- it's just for the fair.  So it's a --

24   it's a temporary position.  And you -- you -- you

10:34:20 25   resigned -- what -- why did you resign as CEO just

```
 1    out of curiosity?
 2        A     Like I had mentioned earlier, the job that
 3    I have now gives more time to do things that I like
 4    to do.
10:34:33  5        Q     Yeah.
 6        A     And to be honest with you, COVID took a lot
 7    out of me.
 8        Q     Okay.  Okay.  How did COVID affect the
 9    fair?
10:34:40 10       A     Substantially.  We didn't have a fair that
11    year.
12        Q     In -- in '21 or '20 or both years perhaps?
13        A     '20.  '20 we had -- we only had a Junior
14    Livestock Auction and nothing else on the fair,
10:34:58 15   which is close to our -- most of our -- all of our
16    income comes --
17        Q     Yeah.
18        A     -- from that fair.
19        Q     Okay.
10:35:03 20       A     And then '21 we had a fair.
21        Q     Okay.  All right.
22        A     So it was -- it helped the thing for a
23    little bit because people were wanting out of their
24    house.
10:35:15 25       Q     Sure.  Okay.  So you -- it was just too
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    much work and you wanted to resign, and this other

 2    job was better suited for you --

 3        A     Not too much.

 4        Q     Okay.

 5            THE COURT REPORTER:  What was the answer?

 6            THE WITNESS:  Not too much work.  It was

 7    just the type of work.

 8    BY MR. GORDON:

 9        Q     Type of work.  Understood.

10            So then Melanie asked you to come help out

11    with the 2022 fair in spring.  And you --

12        A     Yes.

13        Q     -- accepted, okay, as livestock manager?

14            Okay.  And you resigned around August, you

15    said, correct?

16        A     That's my rough guesstimate of when I

17    resigned.

18        Q     All right.  Okay.  All right.  And why did

19    you resign?

20        A     Just the -- to do what I said the -- go to

21    work at the bull sale --

22        Q     Okay.

23        A     -- on my own -- I was able to do some of my

24    own stuff.

25        Q     Gotcha.  When you -- when you resigned as
```

Timestamps in left margin:
- Line 5: 10:35:24
- Line 10: 10:35:40
- Line 15: 10:35:54
- Line 20: 10:36:01
- Line 25: 10:36:17

## BRUCE JOHN 'B.J.' MACFARLANE

```
 1    CEO, I assumed you maybe got the bull --

 2        A      Yeah, I did get the bull job.

 3        Q      You -- then.  Okay.

 4        A      Yes.

10:36:22 5        Q      Okay.  So you resigned for the livestock

 6    manager position simply to have more time for that

 7    job to -- is that your testimony?

 8        A      I'm sorry.  I thought we were talking

 9    about -- the livestock job, I resigned.

10:36:34 10        Q      Yes.

11        A      -- because of this case.

12        Q      Okay.  I see.

13               When you say "because of this case," were

14    you -- were you asked to resign?

10:36:46 15        A      No.

16        Q      No?  Okay.  You, on your own, decided to

17    resign?

18        A      Yes.

19        Q      Okay.  So when the case was -- you mean,

10:36:56 20    when the lawsuit was filed or when the dispute with

21    Ms. --

22        A      I'm sorry.  When the lawsuit was filed

23    which was --

24        Q      August.

10:37:03 25        A      -- September-ish.
```

1      Q     Yeah, it was August 31st.

2            Okay.  So you resigned at that point in

3      time?  Okay.

4      A     I don't know about officially, because it's

10:37:10  5   a year-round -- I mean, I'm not sure when I actually

6      told Melanie I wasn't coming back but --

7      Q     I see.  Okay.  So she would have had to --

8      would she have -- would you have come back

9      automatically by being asked the year before or --

10:37:23 10   A     No, not --

11     Q     -- she'd have to ask you again?

12     A     Not really unless there was --

13     Q     I see.  So you would -- so if,

14     hypothetically, in, you know, this year she would

10:37:31 15   have had to -- you would have -- you would have

16     ex- -- even though you were the livestock manager

17     the prior year, you would have expected her to ask

18     you again to come to the fair again this year?

19     A     Yes.

10:37:41 20   Q     Okay.  Okay.  So why -- why did you resign

21     because of the lawsuit?  You weren't -- you were not

22     named originally.

23     A     I was not named, but the amount of social

24     media and --

10:37:54 25   Q     Uh-huh.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1       A       -- phone calls and just ridicule I got --
 2       Q       Yeah.
 3       A       -- from across the country was more than I
 4   ever wanted to deal with again.
 5       Q       I understand.  Did you -- did -- I --
 6   yesterday -- or, John, was it the prior day?  The
 7   voice memo.
 8               MR. BRIDGES:  Two days ago.
 9               MR. GORDON:  Two days ago.  Thank you.
10   BY MR. GORDON:
11       Q       So we did hear a voice memo from Ms. Muse
12   that was saved on her cell phone that was sent to
13   you.  So we have that.  But have you -- and -- have
14   you kept an inventory -- inventory is a bad word --
15   but did you save any -- were you getting e-mails?
16   Were you getting phone calls --
17       A       I'd have to -- the -- I have, I'm guessing,
18   eight to ten voicemails from disgruntled people
19   across the country --
20       Q       Uh-huh.
21       A       -- wishing death upon me and my family.
22   That's why I changed my phone number when they
23   started threatening my family.
24       Q       Okay.  And did you -- did you save any of
25   these voice- --
```

10:38:06 — line 5
10:38:17 — line 10
10:38:30 — line 15
10:38:42 — line 20
10:38:55 — line 25

**BRUCE JOHN 'B.J.' MACFARLANE**

1      A     Yes, I -- I think I could -- I haven't

2   looked at 'em -- in May or April, I changed my phone

3   number.  I saved 'em.

4      Q     Okay.  Okay.  And did you --

10:39:04  5      A     Somewhere.  I haven't looked at 'em.

6      Q     I understand.  Okay.  All right.

7            You saved 'em somewhere.  Did you report

8   any of these to the police?

9      A     I did not.

10:39:12 10      Q     Okay.  All right.  And did you -- and I

11   asked this to Melanie.  It's only because she's got

12   a public position at the fair.  But did you -- this

13   is an awkward question.  But you didn't hire any

14   sort of security or anything like that --

10:39:27 15      A     No.

16      Q     -- did you?

17            Yeah.  All right.  All right.  But you

18   saved them.  These are anonymous pe- -- I'm not

19   saying it's not jarring.  I'm saying but you -- you

10:39:32 20   saved them, but you don't know who any of these

21   people were?

22      A     It was from Louisville to Detroit to --

23      Q     Yeah.

24      A     -- I don't -- our whole country.

10:39:41 25      Q     All right.  Okay.  All right.  And do you

```
 1    use -- did you also -- Melanie, most of her focus

 2    seemed to be on e-mails she had received.  Did

 3    you -- did you receive e-mails or do you not --

 4        A    I remember two that were threatening --

 5        Q    Okay.

 6        A    -- that were -- some gentleman in Texas.

 7    And I'm trying to think of the other one.  I -- I

 8    can remember two that --

 9        Q    Two stick out.

10        A    I'm not sure because everybody else was

11    phone-calling me.  And I only got a -- I think I

12    only got two that were e-mail.

13        Q    Yeah.  Okay.  And did you -- you saved

14    those e-mails presumably?

15        A    Yeah.

16        Q    Okay.  Did you -- did you -- again, did you

17    report those people to the police?

18        A    I did not.

19        Q    That's not a -- I'm not making a

20    judgment --

21        A    No, I --

22        Q    -- call that you didn't.  I'm just curious

23    if you did -- how -- if you did or did not.

24        A    No.

25        Q    Okay.  All right.  So.  Okay.  So -- and
```

Timestamps in left margin:
- 10:39:57 (line 5)
- 10:40:10 (line 10)
- 10:40:19 (line 15)
- 10:40:25 (line 20)
- 10:40:32 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

1   did you resign upon the lawsuit being filed or as

2   upon when the attention came from the lawsuit

3   afterwards?

4        A     The attention.

10:40:44 5   Q     The attention.  Okay.  So you gave your

6   formal resignation in response --

7        A     I -- I never gave a formal resignation.

8        Q     Well, when I say "formal," I mean you just

9   told her.

10:40:53 10      A     Okay.

11       Q     I know -- you didn't write it down, but you

12  called her up and said, "I'm out" to that effect?

13  Okay.  All right.  Okay.  All right.  So --

14       A     (Nodding.)

10:41:00 15      Q     Okay.  And were you involved in -- in 4-H

16  growing up?

17       A     Yes.  4-H and FFA.

18       Q     Okay.

19       A     I -- I lived in Nevada for four years.  I

10:41:24 20  left that part out.  I'm sorry.

21       Q     Yeah.  Okay.  That's fine.

22       A     So Idaho, I moved when I was seven or

23  eight.  We were in Nevada on a ranch for four years

24  and then I moved.

10:41:34 25      Q     Okay.

## BRUCE JOHN 'B.J.' MACFARLANE

```
 1      A     So I was in -- my first 4-H was in Nevada
 2   actually.
 3      Q     First 4-H was in Nevada.  So you moved to
 4   California then when you were a teenager?
 5      A     Twelve.  Twelve.
 6      Q     Oh, 12, okay.  Oh, I understand.  So you
 7   left --
 8      A     I left a portion -- fours years of my
 9   growing up.  Sorry.
10      Q     Out -- out of Nevada.  Okay.  Where did you
11   live in Nevada?
12      A     Harrington.
13      Q     I only know, like, Reno and Vegas.  Is that
14   near any of them?
15      A     It's two hours from Reno to the -- whatever
16   that is -- to the southeast.
17      Q     Okay.  I was at Lake Tahoe once and then
18   went around Nevada.  I was -- it looks very
19   different Northern Nevada to Southern Nevada.
20   It's -- it's still deserty, but it's not like, oh,
21   I'm not going to die if I'm left out here in the
22   desert, you know, there's -- grew trees and stuff
23   and, you know --
24      A     You can see lights.
25      Q     Yeah, yeah, yeah, yeah.  There's also trees
```

```
 1    and it looks like, yeah, they get a little more rain
 2    here but -- okay.  All right.
 3            So you were in 4-H and FFA.  And 4-H, from
 4    what I've looked on -- those are the -- that's for
 5    the younger kids, so you were in 4-H first, I
 6    presume?
 7        A    Yes, and -- I was in 4-H till I was 12.
 8    And then -- and yes, 4-H is -- can be from nine to
 9    18.
10        Q    Okay.
11        A    FFA is only for high school students.  So a
12    few years I was actually an independent exhibitor,
13    and then I went to FFA.
14        Q    Okay.  Gotcha.
15        A    Just all the...
16        Q    Gotcha.  Okay.  So -- and did you -- for
17    4-H, were you doing market animals, I presume?
18        A    Yes.
19        Q    Okay.  And -- and what year did you start
20    4-H just out of curiosity?
21        A    When I was nine years old, so '76 -- '95.
22        Q    Okay.
23        A    Oh, sheez.  '85.  I'm sorry.
24        Q    '85.  Okay.  So you were born in --
25        A    I was born in '76 so that -- that's nuts.
```

10:42:34 (line 5)
10:42:48 (line 10)
10:43:01 (line 15)
10:43:17 (line 20)
10:43:34 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

1        Q        '76.  Okay.  All right.  That's fine.
2    Don't worry about it.  Okay.  Okay.
3            So -- and have you had any sub- --
4    subsequent to when moving to California, have you --
10:43:51  5    have you volunteered for -- had any involvement with
6    4-H in Shasta?
7        A        Yes.  In a roundabout way, I was the farm
8    manager at Shasta College for ten years prior to my
9    employment at the Shasta District Fair as CEO.
10:44:05  10        Q        Okay.
11        A        And I had a lot of involvement with 4-H and
12    FFA kids, as we sold livestock to a lot of kids
13    going to fairs.  So I had an extreme amount of --
14        Q        Interaction with.
10:44:20  15        A        -- interaction with them, helped out with
16    FFA chapters, friends with several FFA teachers.  So
17    they all -- just, like, Kathie or whoever said, for
18    some reason, my phone number pops up and --
19        Q        I see.
10:44:33  20        A        -- I'm more than willing to help 'em.
21        Q        Okay.  And you mentioned Shasta -- and you
22    said where you went to high school, but did you -- I
23    didn't ask you this earlier.  Did you go to college
24    out here, too?
10:44:44  25        A        Yes, I went to several junior colleges from

**BRUCE JOHN 'B.J.' MACFARLANE**

1    '95 to ninety- -- fall of '98.  And then I started

2    Chico State late in the fall of '98, graduated in

3    2001 in May with an animal science degree.

4        Q     Okay.  Did you go to, you know, get a

10:45:17  5    master's or anything like that afterwards or any

6    other education?

7        A     I got a hands-on education.  My wife got

8    her master's in -- at Michigan State University from

9    '01 to the fall of '03.  And I worked as Michigan

10:45:34 10    State University as a research assistant.

11        Q     Okay.  Okay.  Did you get a degree at the

12    end of that or just --

13        A     No.  Just a hands-on.

14        Q     Gotcha.

10:45:39 15        A     I was the research assistant that got to

16    learn how to do things.

17        Q     That's great.  Research -- Research

18    assistant in -- in what?

19        A     Bovine reproduction.

10:45:48 20        Q     Okay.  So they have a lab out there or --

21        A     Yeah.

22        Q     -- a facility?

23        A     They have a large beef dairy.  Did the most

24    of our work on dairy cattle.

10:45:59 25        Q     Okay.  Okay.  All right.  I understand.

**BRUCE JOHN 'B.J.' MACFARLANE**

1    All right.  Is it similar to the one at UC --

2        A     Yes.

3        Q     -- at Davis?  All right.  Same kind of

4    thing?

10:46:07  5        A     It's -- yeah -- a research facility.

6        Q     Gotcha.  All right.

7        A     Well -- yeah.

8        Q     Okay.  All right.  So where was I?

9        A     A little colder in Michigan.

10:46:17 10        Q     It is.  It's very pretty there, though.

11        A     (Nodding.)

12        Q     I -- sometimes I look at -- because I'm

13    from back East.  Sometimes I look at the, you know,

14    real estate places in the Midwest.  I'm, like, oh,

10:46:28 15    man, it's really pretty but yet -- three months out

16    of the year.  I don't know if I can handle it.

17    So --

18            MR. BRIDGES:  Three months.  It might be

19    longer than three months.

10:46:37 20            MR. GORDON:  Three months.  Yeah.  I saw --

21    a few months ago, there's a -- there was a house for

22    sale.  It was expensive.  It was -- it was in

23    Detroit for 1.2 million.  It was one of those houses

24    that, you know, one of those industrialists built in

10:46:49 25    the 190- -- like 1900s and it's, like -- it's just

|  |  |
|--|--|
| 1 | astonishingly beautiful.  I mean, it would be such |
| 2 | an upkeep.  I probably would not be able to.  But I |
| 3 | -- you know, you look around California and, gosh, |
| 4 | we're just getting so ripped off, you know. |
| 10:47:02 5 | Anyways. |
| 6 | BY MR. GORDON: |
| 7 | Q     So you were in 4-H, FFA, and you were an |
| 8 | independent exhibitor also.  Okay.  So -- and you |
| 9 | told me your role at the -- what would you say in -- |
| 10:47:15 10 | for the 2022 fair, what were your roles as livestock |
| 11 | manager or duties, whatever word you're more |
| 12 | comfortable with? |
| 13 | A     Helping with the entries for all the |
| 14 | animals, not just Junior Livestock. |
| 10:47:37 15 | Q     What other animals are there? |
| 16 | A     Well, there's -- they call it an open show, |
| 17 | which is seniors or adults showing animals. |
| 18 | Q     Okay. |
| 19 | A     There isn't a whole bunch, but there's |
| 10:47:49 20 | goats and sheep and cattle.  Lining up judges, |
| 21 | lining up an auctioneer, staff for that week I need |
| 22 | to take care of, stalling requirements. |
| 23 | Q     You say stalling for the pens? |
| 24 | A     Yeah.  Where you put your animals. |
| 10:48:09 25 | Q     Right. |

BRUCE JOHN 'B.J.' MACFARLANE

1      A      Which is an undertaking.

2      Q      Sure.  Because you assemble them --

3      A      Yes, sir.

4      Q      -- then, right?  They're not permanent,

10:48:17  5  right?

6      A      Yeah.

7      Q      Okay.

8      A      And just making everybody fit like a jigsaw

9   puzzle.

10:48:23  10     Q      Sure.  And it varies every year, presumably

11  there's different amounts of animals?

12     A      Yes.

13     Q      Yeah.

14     A      Putting on the auction, which is a large

10:48:32  15  portion of it and facilitating the auction.

16     Q      Okay.  So are you -- you said lined up

17  judges and the auctioneers.  So would you say that's

18  your responsibility or was that -- Melanie said she

19  helped organize everything --

10:48:50  20     A      Yeah.

21     Q      -- with the fair, so I'm just curious

22  whether it was your responsibilities.

23     A      It was a joint -- it was a joint -- if I

24  knew somebody or if I heard somebody to hire, she

10:48:58  25  did the contracts.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        Q      Okay.
 2        A      I wasn't an employee anymore, so I couldn't
 3    do --
 4        Q      I see.
 5        A      -- that -- I couldn't do the contracts, so
 6    I would -- she would do that.  I just helped
 7    facilitate the -- here's the name, here's the
 8    address, we want this guy to judge the sheep --
 9        Q      Okay.
10        A      -- on whatever day.
11        Q      So this is like a joint undertaking.  You
12    would find a person.  She would carry it home --
13        A      Yeah.
14        Q      -- with the contract?
15        A      Yeah.
16        Q      Did you know Melanie before -- before
17    becoming the livestock manager?
18        A      Yes.  I had -- just with my help through
19    the fairs for -- when I was just the beef guy.
20        Q      Yeah.
21        A      I had a few interactions with her there.
22        Q      Okay.  Okay.  All right.
23        A      And then she was the business assistant
24    when I was CEO.
25        Q      Yeah.  Okay.  So you knew her when you were
```

Timestamps: 10:49:02 (line 5), 10:49:11 (line 10), 10:49:18 (line 15), 10:49:39 (line 20), 10:49:46 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

1    CEO for sure.

2         A     Yeah.

3         Q     Probably fairly well, because you -- but

4    then before that, you knew her slightly because

10:49:54  5    you're outside with the animals and she's in the

6    office --

7         A     Yeah.

8         Q     -- correct?

9               Okay.  All right.  So are there any

10:50:01 10    other -- any other duties that you can think of as

11    livestock manager?

12         A     Trying to think through the week.  Then

13    the -- the end of it's the lining up the trucks

14    and -- and actually before that is lining up the

10:50:25 15    processing facilities.

16         Q     Mm.  And Melanie testified that she

17    arranged that, too.  So you --

18         A     Yes.

19         Q     -- you two worked together on that?

10:50:32 20         A     Yes.  And Larry -- actually, Larry Forero,

21    the 4-H extension -- kind of extension agent had

22    done a lot of that before I became CEO.

23         Q     Uh-huh.

24         A     And he still helped out a lot.  But he had

10:50:48 25    actually a big start in helping with the processing.

**BRUCE JOHN 'B.J.' MACFARLANE**

1   But again, it's all -- it goes back to the CEO

2   getting it finalized --

3        Q      Yeah.

4        A      -- and all that.

10:50:54  5        Q      Yeah.  She mentioned yesterday that Larry

6   gave her some assistance or helped her, you know,

7   with some thoughts on it, so -- okay.  So you said

8   lining up the processing facilities and then you

9   said arranging the trucks, you said, as well?

10:51:09  10        A      Yeah.

11        Q      But it -- again, you do it, but then

12   Melanie does the contracts --

13        A      Yeah.

14        Q      -- and finalizes it?  Okay.

10:51:17  15        A      And just responsible for paying 'em and all

16   that good stuff.

17        Q      Yeah.  You're responsible for that.  Yeah,

18   I didn't think you were cutting a check out of your

19   pocket.  So it's a lot of money there, all -- I

10:51:28  20   mean --

21        A      Yeah.

22        Q      -- hauling things is expensive, so.

23             Okay.  What about delivering meat -- or any

24   of the animals that are sold?  I'm saying meat

10:51:39  25   because at that point they're processed, right?  So

BRUCE JOHN 'B.J.' MACFARLANE

```
 1    what about delivering animals after -- their meat
 2    after they're --
 3        A       Processed.
 4        Q       -- after they're sold, who's responsible
10:51:48  5    for that?
 6        A       We -- we work that out ahead of time that
 7    the processor will haul 'em back to the local
 8    butcher shops here.
 9        Q       Okay.
10:52:00 10        A       So if somebody bought an animal, they
11    would -- they could pick which butcher shop they
12    wanted to process that animal all the way till it's
13    steaks and ready to eat.
14        Q       Okay.
10:52:13 15        A       So they would haul 'em -- the processor
16    would haul 'em to five or six of the local butcher
17    shops to --
18        Q       Okay.
19        A       -- finalize the processing of the animal.
10:52:25 20        Q       So does the processing -- or the does the
21    processing plants, do they send any receipts or any
22    items like that to the fair for the animals or
23    any -- you know, any records related to the animals
24    that --
10:52:37 25        A       Yes.  A packing -- basically a packing slip
```

BRUCE JOHN 'B.J.' MACFARLANE

```
 1    that says these --
 2       Q      Packing.
 3       A      -- are -- corresponds with the animal's ear
 4    tag.
10:52:45 5    Q      Okay.  Was -- and they send that back to
 6    the fair.  Okay.  All right.
 7       A      And then it comes with the animals to the
 8    butcher shops, too.
 9       Q      Oh, okay.
10:52:54 10   A      And -- and we get one back from the fair,
11    yes.
12       Q      Sure, sure.  I'm just trying to -- you
13    know, so they -- the processing plant sends -- it
14    sends the cuts, obviously, to the -- or not the
10:53:03 15   cuts -- it's not cut yet.  But the -- sends the --
16    the carcass or what is the proper --
17       A      Carcass.
18       Q      Carcass.  Okay.  Sends the carcass to the
19    butcher and it's got the -- not the receipt.  What
10:53:13 20   is the word you just used?
21       A      Uh.
22       Q      When I said where is the paper trail, but
23    you -- you said something slip.
24       A      Packing.  Packing.
10:53:21 25   Q      Packing slip.  Is that packing slip?  Okay.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1    It send the packing slip for -- with that animal's

2    information to the --

3         A      Um, it's usually just the ear tag number.

4         Q      Okay.

10:53:31  5    A      And then the butcher shops, we will send

6    them a list of -- because the buyer has the option

7    to pick which -- which one they go to.

8         Q      Yeah.

9         A      So when they buy the animal, they put that,

10:53:43 10   and then it goes -- so, A&R, here's your animals.

11        Q      Yeah.

12        A      And then the processing plant also gets

13   that.  These are A&R's animals.

14        Q      Okay.

10:53:54 15   A      And it's just the ear tag.  It has no -- it

16   usually doesn't have an exhibitor or --

17        Q      Okay.  Okay.  But just --

18        A      -- it isn't associated.  It's usually just

19   the ID we use to identify that animal is the ear

10:54:08 20   tag.

21        Q      I understand.  So they get their ID from

22   the processing plant and the processing plant sends

23   the ID and the packing slip to the butcher.  And

24   then when the butcher -- so does the processing

10:54:19 25   plant send the ID and the -- any other sorts of

**BRUCE JOHN 'B.J.' MACFARLANE**

1    receipts or whatever they're giving back to the fair

2    at that point or is it after -- after the butcher?

3       A    It's usually at the same time is they'll

4    send us a bill basically is what they're sending us.

10:54:32 5    Q    Okay.

6       A    They're sending us a bill -- or Melanie a

7    bill --

8       Q    Okay.

9       A    -- of we processed this many animals,

10:54:41 10   here's their numbers, here's your bill.

11      Q    Okay.  So the -- so the butchers then have

12   no obligations for sending anything back to the

13   fair?  It's --

14      A    No.

10:54:48 15   Q    -- just -- okay.  That makes sense.

16          So it goes to the processing plant, the

17   processing plant has the contract with the fair, so

18   the processing plant then says, okay, here's what we

19   sent out, we fulfilled our contract, and then --

10:54:58 20   then it's just the butcher does X, Y, Z, cuts it and

21   the people pick it up, correct?

22      A    Yes, sir.

23      Q    Okay.  All right.  So the individuals then

24   presumably who -- who purchased it go to the

10:55:09 25   butchers themselves and -- and pick up the -- what

1   they already -- they don't pay the butcher again, do

2   they?  Or they do pay the butcher?

3       A    It's -- it's the processing fee of --

4       Q    Oh.

10:55:21 5    A    -- cutting that carcass into individual

6   cuts of meat.

7       Q    Oh.  And that's not included with the bid?

8       A    No.

9       Q    Oh, okay.  All right.  So that's a separate

10:55:29 10 fee that they pay.

11      A    Yes.

12      Q    Okay.  I see.  All right.  So then what

13  is -- what is processing included?  Just the --

14  the -- at the processing is just the slaughter and

10:55:44 15 nothing else?

16      A    Yes.

17      Q    What -- okay.  What -- well, how does

18  the -- what does the butcher then receive?  Is it a

19  full -- is it a full -- like, a full animal with fur

10:55:58 20 on it and everything still or is it mush --

21  processed sightly?

22      A    I'm sorry.  Yes, it's -- the processing

23  facility is responsible for skinning.  I don't know

24  the --

10:56:12 25     Q    You can you make up a term if it

BRUCE JOHN 'B.J.' MACFARLANE

```
 1    describes --
 2        A      The term.
 3        Q      -- it substantively.
 4        A      What's --
10:56:17 5        Q      One --
 6        A      No --
 7               THE COURT REPORTER:  One at a time, please.
 8               Go ahead.
 9               THE WITNESS:  There's a proper term for it,
10:56:27 10    but gutting the animal.
11    BY MR. GORDON:
12        Q      Okay.
13        A      I'm sorry.  I wish I knew the proper
14    terms --
10:56:32 15        Q      You gut it, you mean removing the --
16        A      Yes.  So basically the butcher will get
17    back on pigs, sheep, and goats, a full carcass.  On
18    cattle, it will be a half a carcass --
19        Q      Okay.
10:56:49 20        A      -- or a whole carcass split in two.
21        Q      Okay.  Okay.  All right.  Okay.  But so
22    when you say -- you meant the organs are all gone?
23        A      Yes, everything's --
24        Q      It looks likes the -- it looks like the
10:56:59 25    beef hanging in Rocky when he --
```

## BRUCE JOHN 'B.J.' MACFARLANE

1      A      Yes, exactly like that.

2      Q      Okay.  Okay.  Everyone knows when you use a

3  movie reference.  Okay.  All right.  Rocky I for the

4  record, so we all know which one we're talking about

10:57:10  5  here.

6             Anyway.  Okay.  Okay.  So the auction fee

7  includes the processing fee but not the butchering

8  fee?

9      A      (Nodding.)

10:57:19  10      Q      Okay.  All right.  Okay.  Correct, right?

11  You --

12      A      Yes.

13      Q      -- shook your head.

14      A      I'm sorry.

10:57:24  15      Q      No, it's fine.  It's fine.  It's fine.  I

16  just realized you shook your head.  It's fine.

17  You've before very audible so, but anyway.

18             Okay.  So -- and I know that there's a

19  local 4-H office in town, correct?  I -- I -- it's

10:57:50  20  called a cooperative extension; is that the correct

21  term?

22      A      Yes.

23      Q      Or something like that.  Okay.  Do you

24  know -- do you know the term?

10:57:56  25      A      It's the cooperative extension agency,

 1    which each -- I think each county has one.  And

 2    that's usually where the 4-H is based out of.

 3        Q     Okay.

 4        A     Which -- not usually.  That's where 4-H is

10:58:11  5    based out of each county.

 6        Q     Yeah.  Okay.  When you were CEO, how

 7    much -- how much interaction did you have with --

 8    with that office?

 9        A     A decent amount.  Larry Forero, like I

10:58:22 10    mentioned before, was -- I'm not sure of his term or

11    his title was.  He's the heads guy there.

12        Q     Yeah.

13        A     Just lining up -- just being in

14    communication with him about days of when we're

10:58:39 15    doing pre weigh-ins for animals, ear tags.  And like

16    I said, he helped out with lining up the processors

17    and trucking.  And also, the 4-H office hands out

18    those checks.  So when we get the checks -- when we

19    collect all the money from the sale after however

10:59:03 20    many days it is, all the 4-H offices, the one that

21    hands out those checks --

22        Q     Okay.

23        A     -- to the 4-H individuals.

24        Q     Okay.  But the fair gives -- sends them the

10:59:12 25    money and then they cut the checks?

## BRUCE JOHN 'B.J.' MACFARLANE

1      A      No.  We give them a printed out check.

2      Q      Oh.  The fair -- I see.  I see.  So the

3   fair -- that's right.  Melanie explained that.

4      A      The stipulation's that -- and I'm not sure

10:59:24  5   it is why it is that way, but I think it's due to

6   the -- make sure that indiv- -- that individual --

7   4-H individual had completed all of the tasks

8   necessary to be a 4-H member --

9      Q      Yeah.

10:59:33 10      A      -- I think is why -- each county is

11   different, some -- I know south county, every kid

12   picks up their own check at the fair office.

13      Q      Yeah.

14      A      Here, that's the way this 4-H office wanted

10:59:44 15   to do it.

16      Q      That's my understanding as well, that they

17   needed to complete some program -- or to -- for

18   their program.

19      A      And we also give the checks to the FFA

10:59:54 20   advisors.

21      Q      Okay.

22      A      So a kid does not come pick up their own

23   individual check from the -- I mean -- the fair

24   office.

11:00:01 25      Q      I see.  There's not an -- there's no FFA

| | |
|---|---|
| 1 | office equivalent to the 4-H office in town, though. |
| 2 | A      Every high school. |
| 3 | Q      Oh. |
| 4 | A      Not every, but every high school that has |
| 11:00:10  5 | an FFA -- |
| 6 | Q      It just operates through their high school. |
| 7 | A      -- the ag teacher is like the Larry Forero. |
| 8 | Q      Yeah. |
| 9 | A      Each ag teacher is that guy. |
| 11:00:16 10 | Q      I see.  Okay.  Okay.  So there's -- |
| 11 | A      They have the same stipulations to -- |
| 12 | similar stipulation to abide by to be able to take |
| 13 | care of the animal and receive that check. |
| 14 | Q      Yeah. |
| 11:00:23 15 | A      And a lot of that is a thank you note is |
| 16 | to -- is my guess -- why they do that is to make |
| 17 | sure a thank you note has gotten to that buyer. |
| 18 | Q      Okay. |
| 19 | A      Is one reason, too. |
| 11:00:35 20 | Q      I see.  Okay.  Interesting.  Okay.  All |
| 21 | right.  Okay.  So when you were -- when you were CEO |
| 22 | or even the livestock manager, at any point in time |
| 23 | with -- with -- in your role for the Shasta fair, |
| 24 | you -- did you -- you said you were speaking with |
| 11:00:53 25 | the local 4-H office.  Were you -- were you trying |

1    to coordinate, like, events so the timing would work

2    for them for having the fair in a given year or

3    anything like that?

4       A    It's more so they know -- because our fair

11:01:06   5    is always -- the carnival dictates when the fair is,

6    when we can get a carnival.

7       Q    Okay.

8       A    That's the nitty-gritty of it.  So the

9    fair's always going to be -- unless there's a

11:01:19  10    catastrophe, which the only one that's been in 15

11    years has been the carnival -- the state fair moved,

12    so we had to move because we couldn't get our

13    carnival.

14       Q    Okay.

11:01:27  15       A    So that's always going to stay pretty

16    stationary.  The -- it's just the little things, I

17    guess.  The -- I mean, my guess that's mostly with

18    the ear tags.  They had to give ear tags to each

19    individual to put in their animals.

11:01:42  20       Q    Yeah.  And the fair provides the ear tags.

21       A    We give the ear tags to them and --

22       Q    And they put them --

23       A    -- we got to have records back and forth.

24       Q    Yeah.

11:01:47  25       A    Erin -- I think Erin Paradis is the one

BRUCE JOHN 'B.J.' MACFARLANE

1     that I dealt with most on that aspect of it.

2         Q     Okay.  All right.

3         A     Larry was just the trucking and the -- I'm

4     trying to think of what else I dealt with him on.

11:02:07  5     Just making sure everything's -- if he needs -- he

6     was always willing to help, too, so...

7         Q     If random stuff came up and you might have

8     called him.

9         A     Yeah.

11:02:15 10        Q     Yeah, I'm not expecting you to remember

11    everything that happened in your conversation with

12    Larry Forero from 2018 or so.  But he was around,

13    then you would call on him for assistance and some

14    issues and --

11:02:24 15        A     Yes.

16        Q     -- that's seems to be what you're saying.

17    Okay.  All right.  And was there anyone else at the

18    office -- at the 4-H office that you, as CEO or

19    Melanie as CEO when you were there, are you aware

11:02:40 20    that the fair CEOs coordinated with --

21        A     Yes.

22        Q     -- besides Larry?

23        A     Erin Paradis.

24        Q     Okay.

11:02:46 25        A     She got hired -- I'm not sure.  She was

1    there a couple years, I think, in '22, a year maybe.

2         Q     Okay.  So 4-H doesn't -- and I asked this

3    to Melanie also, but I'm not -- I don't quite

4    remember what her answer was.  But 4-H doesn't have

11:03:11 5    any -- do they have any authority over any

6    activities at the fairgrounds?

7         A     No.

8         Q     Okay.

9         A     I don't --

11:03:15 10        Q     They don't make decisions on any- --

11        A     No.

12        Q     -- -thing that happens?

13        A     Not that I can think of, no.

14        Q     Okay.  All right.  That's fine.  If

11:03:31 15   anything comes to mind, just let me know.

16             Do -- do -- is 4-H -- is it -- when you

17   were the CEO, did you consider, like, 4-H and FFA

18   almost to be in -- in partnership with the fair

19   with -- with throwing the -- the Junior Livestock

11:03:46 20   Auction or any other events?

21        A     The -- there were a mass help in terms of

22   the parents and the leaders in terms of volunteering

23   help during the auction, during the show, during the

24   whole week setting up.

11:03:59 25        Q     Okay.

**BRUCE JOHN 'B.J.' MACFARLANE**

1      A      They helped out a great -- great deal just

2   being volunteers and...

3      Q      Okay.  So to say this in the most

4   attorney-like fashion I can, they provided a lot of

11:04:12  5   resources to run the -- to run the show in those

6   years; is that fair?

7      A      Yeah.  And not everybody.  Some people help

8   more than others but --

9      Q      Yeah.

11:04:19  10      A      -- yeah.

11      Q      Yeah.  Yeah.  Okay.  All right.  All right.

12   Are you implying that volunteers aren't always

13   reliable?

14      A      No.  A lot of people like helping.

11:04:27  15      Q      Yeah.

16      A      Some people don't like it.

17      Q      Yeah, all right.  All right.  Okay.  So

18   what was the -- what was the fair's role with --

19   because you were still at -- at the fair at this

11:04:41  20   point.  What was the -- the fair's role with respect

21   to the -- and your role and the CEO's role and

22   everyone's role with respect to the -- the July 9th

23   community barbecue of 2022?  I know at least space,

24   but anything else?

11:04:56  25      A      Not that I'm aware of.  And my time as CEO,

**BRUCE JOHN 'B.J.' MACFARLANE**

1    that is all they asked from us, because I actually

2    never have made one.

3        Q      Okay.

4        A      Ever.  I've never been to it, because

11:05:12  5    it's -- we were showing cattle somewhere else --

6        Q      Yeah.

7        A      -- or something.  I don't know why, but I

8    never made one of the barbecues --

9        Q      Okay.

11:05:22  10   A      -- to be honest with you.

11       Q      Okay.  So --

12       A      So with that -- as the CEO, I never --

13   that's all we provided was space.

14       Q      Yeah.  Do you remember who you leased the

11:05:31  15   space to?  Like, who was the -- the other

16   contracting party?  I'm assuming there's a written

17   agreement somewhere, correct, so --

18       A      Yes.

19       Q      Okay.  Do you remember who it was made

11:05:41  20   out -- the contract was between?

21              MR. BRIDGES:  I'll just say don't

22   speculate.  If you know.

23   BY MR. GORDON:

24       Q      Yeah.  If you know.

11:05:51  25   A      No.  I'm -- there had to be a rent

```
 1    agreement.  The -- the -- Kathie's the one that was
 2    dealing with it.  Kathie Muse.
 3        Q     Uh-huh.  But your contract was not with
 4    Kathie Muse, though, correct?
 5        A     It was with the --
 6        Q     4-H or FFA?
 7        A     No.  It was with the -- I -- I have no clue
 8    who it was with.
 9        Q     Okay.  Okay.  But she was signing for it?
10        A     She was signing for it.
11        Q     Sorry.
12        A     Again, I was never involved with any of it.
13    All the people that came and helped that -- but I
14    was never there.  I was trying to think if there was
15    somebody else.  I'm pretty sure it was always
16    Kathie.
17        Q     Always Kathie.  Okay.  But she was --
18        A     I know the name.  That's what I'm trying
19    to --
20        Q     Yeah, yeah.
21        A     I think it was written --
22        Q     You don't --
23        A     I'd be speculating if I said I remember.
24        Q     It's fine.  It's fine.
25              Did you -- yeah, it's fine.  Did you
```

Timestamps in left margin:
- 11:06:13 (line 5)
- 11:06:23 (line 10)
- 11:06:49 (line 15)
- 11:06:56 (line 20)
- 11:07:02 (line 25)

BRUCE JOHN 'B.J.' MACFARLANE

1    consider the community barbecue to be a 4-H event?

2         A     4-H and FFA.

3         Q     4-H and FFA.  Okay.  All right.  So like,

4    those organizations were collectively throwing it?

11:07:19 5     A     (Nodding.)

6         Q     Okay.  Okay.  But you don't know if the

7    contract was with one or the other -- I don't -- I

8    understand.  This was a long time ago when you were

9    signing these contracts and you probably signed a

11:07:31 10   lot of contracts.  So you don't --

11        A     Yeah, I --

12        Q     Okay.  I appreciate it.  Hey, I -- I can

13   see you're really thinking.  I appreciate that --

14        A     I just don't.

11:07:40 15    Q     -- you don't recall.  Okay.  So thank you.

16              So but appare- -- apart from leasing the

17   space, the -- to your understanding, the -- the

18   Shasta District Fair and Event Center, it's not

19   their event.  They have no relationship with the

11:07:54 20   barbecue.

21        A     Yes.

22        Q     Okay.  All right.  Okay.  Other than, I

23   mean, I suppose for they're some- -- they're selling

24   and holding an auction that they know some of the

11:08:04 25   meat is going to go towards?

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        A      Yes.
 2        Q      That is the relationship, I suppose?  Okay.
 3     All right.  Or -- all right.  Okay.
 4             So what is -- what -- do you have a -- when
 5     you were CEO or even as livestock manager, did you
 6     have any sort of document retention policy?
 7        A      Say that again.
 8        Q      I know.  Sorry.  Document -- lawyer speak.
 9     Document retention policy, like what -- how did you
10     maintain your records for anything that transpired
11     in the -- in those roles?
12        A      Five or seven year -- I can't remember if
13     it was five or seven years, but we had those -- the
14     documents as long as we -- all the documents
15     never -- we had files of them.
16        Q      Files of --
17        A      Files from -- I mean, when I took over CEO
18     there was some from a long -- like 10 or 12 years
19     before that that each year was kept.
20        Q      That were still there?
21        A      Yes.
22        Q      Did you --
23        A      And we mainly keep the prior two years.  I
24     kept doing it the way they were doing it, prior two
25     years, so we could look back to whatever -- if we
```

11:08:18  5
11:08:30  10
11:08:48  15
11:09:00  20
11:09:09  25

1  couldn't remember what happened last year, we could

2  look into those files and say --

3      Q      Okay.

4      A      -- they were mainly right there.

11:09:18  5      Q      But then some of the records went back

6  even -- you said there were some things, like, nine

7  years?

8      A      (Nodding.)

9      Q      Do -- did you-- did you -- either you or is

11:09:26 10  there any policy that you'd go through at any point

11  in time and say, oh, these are nine years old, it's

12  time to -- we don't need these any longer?

13      A      I wasn't there long enough, I guess.

14      Q      Okay.

11:09:36 15      A      I -- I -- I still to -- even my current --

16  I keep --

17      Q      Yeah.

18      A      -- as much as possible.  I think it's five

19  years.  I don't know what their current -- what it

11:09:45 20  is -- five or seven years.  I don't know what -- I

21  can't remember.

22      Q      When you -- when you say five or seven

23  years, you're thinking --

24      A      That --

11:09:50 25      Q      -- complying with --

**BRUCE JOHN 'B.J.' MACFARLANE**

1       A       The legal.

2       Q       -- the legal records.

3       A       Yeah.

4       Q       Yeah.

11:09:53  5     A       Is it five or something?  Because we never

6       had that -- I never had that discussion with the

7       state --

8       Q       Uh-huh.

9       A       -- or anybody about --

11:10:02 10     Q       Yeah.

11      A       -- our records, but I knew that there was

12      boxes and boxes of records before my time.

13      Q       Yeah.  Did -- did you -- in your experience

14      there, did you not receive a lot of or many public

11:10:16 15     record requests at that point in time?

16      A       (Shaking head.)

17      Q       No.  Reporters or anyone asked for 'em or

18      just random people for --

19      A       To my recollection, I do not remember

11:10:26 20     getting -- in my three years there, getting a public

21      records -- I do not remember.

22      Q       Hmm.  What -- had you got -- yeah.  Had you

23      gotten one, would you -- would you have tried to

24      fill the request or do you outsource that someone

11:10:43 25     else?  Who would you have outsourced to?

## BRUCE JOHN 'B.J.' MACFARLANE

```
 1        A     I would have -- I would have probably done
 2     it, but I'd go through the state --
 3        Q     Yeah.
 4        A     -- through the CDFA to make sure I did it
 5     to the right way.
 6        Q     Yeah.  Okay.  All right.  Okay.  So is -- I
 7     know you said you were -- you -- the five or seven
 8     years, one of them, whatever you thought was
 9     appropriate.  What -- and is that in your role as
10     a -- when you were -- in your role as livestock
11     manager, too, did you turn over all the documents
12     you had to the office for retention or whatever they
13     were supposed to do --
14        A     Yeah.
15        Q     -- with them?  Okay.
16        A     Yes.
17        Q     All right.  So -- and do -- what was
18     your -- as CEO and as a livestock manager, was it
19     the same retention policy for e-mails and texts?
20     Like if there's a work text or a -- you know,
21     whatever or...
22        A     I didn't have a text for sure.
23        Q     Okay.  Did you have a -- I know you've
24     changed your phone number, but was that -- was
25     that -- was that your work phone as CEO and --
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1         A      (Shaking head.)
 2         Q      Okay.  But did you have a -- a different
 3   work phone?  I thought you just said it was -- did
 4   you have a work cell phone as CEO and as livestock
11:11:53  5   manager?
 6         A      No, sir.
 7         Q      No.  Okay.  All right.  So it was your
 8   private phone?
 9         A      (Nodding.)
11:11:56 10         Q      Had -- would you have a -- did you have a
11   private e-mail address or a -- a work e-mail address
12   as CEO?
13         A      Yes, sir.
14         Q      You had which one?
11:12:05 15         A      A work, a Shasta District Fair e-mail
16   address.
17         Q      Okay.  Okay.  All right.  And as -- did
18   they give you an e-mail address as livestock manager
19   also?
11:12:15 20         A      No.
21         Q      No.  Okay.  So it was just -- were you
22   communicating for in your role as livestock manager
23   through your private e-mail at all to the fair?
24         A      I did not find any when I looked.
11:12:28 25         Q      All right.  I believe you didn't find any.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1    But at the time were you communicating using your

2    e-mail at all?

3        A    I thought I was more than -- but no,

4    apparently it was all phone calls.

11:12:34  5        Q    All phone calls.  Okay.  All right.

6        A    Yeah.

7        Q    And -- and texts.

8        A    (Nodding.)

9        Q    Okay.  Okay.  Were there ever been anyone

11:12:41 10    you would have been communicating about the '22 fair

11    by text apart from Melanie Silva or would that have

12    all been phone calls?

13        A    I -- I had some with Kathie, Melanie

14    that -- and I think --

11:13:13 15        Q    Larry Forero potentially?

16        A    He does not use his cell phone.

17        Q    He's doesn't use his cell phone.  Okay.  Is

18    he off the grid or is --

19        A    Well, he has a cell phone, but he doesn't

11:13:22 20    like answering it or using it.

21        Q    All right.

22        A    He makes that known, which I don't know why

23    he has a cell phone, but...

24        Q    Well, doesn't he prefer texts then so he

11:13:32 25    doesn't have to answer his phone?

**BRUCE JOHN 'B.J.' MACFARLANE**

1      A      That's -- he's interesting.  He's a good

2    guy.  He's interesting that way.  He doesn't --

3      Q      Okay.

4      A      Technology, he -- he's born in the wrong

11:13:42  5    century.

6      Q      Gotcha.  How old is he out of curiosity.

7      A      He retired -- excuse me.  He's -- I think

8    he still might be working or retired.  He's

9    60-something.

11:13:50 10      Q      Sixty-something.  Okay.  All right.  Okay.

11    So he's approaching retirement and --

12      A      He's -- he's still -- he retired, still

13    doing some -- he can't let it go, I guess.

14      Q      Gotcha.  Okay.  Well, no one wants to sit

11:14:01 15    home and do -- I understand that, you know.

16            So you mentioned that there were -- there

17    was no policy in retaining texts, if I understand

18    you correctly.  But was there a policy in retaining

19    e-mails that you can think of?

11:14:14 20      A      No, at that time.  Not personal.  The --

21      Q      Work-related e-mails at the -- at the -- as

22    fair or livestock manager -- I'm sorry -- as CEO or

23    livestock manager.

24      A      I don't know if there's a policy.  I --

11:14:31 25      Q      You don't know.  Okay.

## BRUCE JOHN 'B.J.' MACFARLANE

```
 1       A       Because it was just -- as CEO, there was
 2   two -- I think three:  The maintenance guy, the BA,
 3   and myself had a business e-mail, so I don't --
 4       Q       Yeah.
 5       A       I don't know if there was a policy.  I
 6   didn't have a policy.
 7       Q       Yeah, yeah.  So --
 8               THE COURT REPORTER:  What -- what was the
 9   one?  BA?  Business?
10               THE WITNESS:  Business assistant.  I'm
11   sorry.
12   BY MR. GORDON:
13       Q       Okay.  Okay.  So -- so yesterday -- and I'm
14   only using this for -- for background.  Maybe it
15   will refresh your memory.  Melanie essentially
16   testified that -- that she would, you know, try to
17   exercise some discretion on determining what she
18   thought was important to save or not for e-mails and
19   maybe she printed a hard copy.  But that -- is that
20   something that you did, too?  Like, oh, this looks
21   important, I'll save it.  And there are other ones
22   that -- I understand you probably got a lot of spam
23   in your e-mail and -- but I'm just curious what your
24   procedure was and stuff.
25       A       My --
```

The timestamps in the left margin: 11:14:50 (line 5), 11:14:58 (line 10), 11:15:04 (line 15), 11:15:18 (line 20), 11:15:29 (line 25).

**BRUCE JOHN 'B.J.' MACFARLANE**

| | |
|---|---|
| 1 | Q     Save the -- |
| 2 | A     My proce- -- unless it was complete spam, |
| 3 | I -- I -- I tried to keep everything myself. |
| 4 | Q     All right. |
| 11:15:40  5 | A     I mean... |
| 6 | Q     On your work e-mail, you mean? |
| 7 | A     (Nodding.) |
| 8 | Q     Okay.  All right. |
| 9 | A     And -- yeah. |
| 11:15:46 10 | Q     Okay.  That's fine.  Okay.  All right.  So |
| 11 | when you -- you did produce some documents for |
| 12 | discovery in this case.  So what sort of -- for |
| 13 | your -- your e-mails in relation to, you know, the |
| 14 | Longs or Cedar or -- or the lawsuits or any of those |
| 11:16:06 15 | sorts of things, what sort of search do you |
| 16 | undertake to look for items?  If you could describe |
| 17 | your -- just describe your efforts as best you can. |
| 18 | A     I put Jessica Long in the search, goat. |
| 19 | That was the two that I used. |
| 11:16:28 20 | Q     Okay. |
| 21 | A     And tried to look back in that time frame |
| 22 | as well. |
| 23 | Q     Okay.  And those are the two terms.  No |
| 24 | other search terms. |
| 11:16:37 25 | A     (Shaking head.) |

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1      Q      And did you search your -- just your
 2   e-mails through that or -- with those search terms,
 3   or did you search your computer database as well?
 4      A      Just my e-mails.
 5      Q      Okay.  But you -- okay.
 6      A      I don't have a personal.
 7      Q      We understand that.  And I'm not a tech
 8   person either, but we -- you understand that files
 9   can be potentially saved, not just in e-mail, right?
10   You could download it to your computer or whatever,
11   your phone?
12      A      (Nodding head.)
13      Q      Oh.  You do not use a computer?  It's just
14   your phone?
15      A      A majority, I have a tablet that -- I don't
16   know -- I don't know the last time I used that.
17   It's probably been -- my kid's been using it, so
18   it's been quite a while since I think I've used it.
19      Q      Okay.  Okay.  So you did not -- you said
20   you searched for Jessica Long and goat, but you
21   didn't search for, for example, Kathie Muse through
22   your e-mails or anything like that?
23      A      Yeah, Melanie.  Sorry.  I searched for
24   Melanie.
25      Q      How about Kathie?
```

Timestamps (left margin): 11:16:49 (line 5), 11:17:03 (line 10), 11:17:12 (line 15), 11:17:27 (line 20), 11:17:41 (line 25)

BRUCE JOHN 'B.J.' MACFARLANE

```
 1        A     I really don't remember if I did.
 2        Q     So you might not have?
 3        A     I think, because I did -- there's just so
 4     many texts that I might have.  I --
11:17:55  5        Q     Yeah.
 6        A     Which I don't -- I don't even know if I
 7     have her e-mail to be honest with you.  I might.
 8        Q     Okay.
 9        A     I don't --
11:18:02 10        Q     But you don't -- okay.  Okay.  But you
11     might -- you don't recall if you searched or not.
12     You might not have?
13        A     I might not have.
14        Q     Okay.  Okay.  All right.  Okay.  And -- but
11:18:10 15     you believe you did search for Melanie?
16        A     Yes.
17        Q     Okay.  All right.  Okay.  And any other --
18     any other people potentially also -- I know there --
19     there's been a cast of names thrown around.  And I
11:18:24 20     don't mean that disparaging.  But when I say cast of
21     characters, it's just a lot of -- lot of, you
22     know -- our client, too.  There's a lot of names
23     floating around.  Like people at the CDFA, di you
24     search for -- yesterday, we saw e-mails -- Mike
11:18:36 25     Flores was calling -- or had conversations with
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1  Melanie apparently.  Like, did you search for him?

2      A     I only remember talking to -- I know the

3  CDFA -- he's the head of CDFA.

4             MR. BRIDGES:  Is it one of the lawyers?

11:19:07  5             THE WITNESS:  No -- who's head -- oh,

6  Mike Francesconi.  Sorry.

7  BY MR. GORDON:

8      Q     Mike Francesconi.  Okay.

9      A     I can only remember talking to him after

11:19:17 10  actually any of this.

11     Q     Oh.  After -- when did you speak to him?

12     A     From June -- from middle of June till

13  September.

14     Q     Okay.  When you say "after any of this,"

11:19:25 15  what does that --

16     A     I mean, any -- that's the only person that

17  I believe that I -- I don't believe I talked to

18  Mike Flores to my knowledge --

19     Q     Okay.

11:19:33 20     A     -- but when the lawsuit --

21     Q     Yeah.  And, B.J., I wasn't implying that

22  you did.  I'm just --

23     A     No, I -- no, no.

24     Q     -- curious if you searched terms.  I'm

11:19:41 25  not -- okay.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        A     I do -- I did not remember giving any --

 2        Q     Okay.

 3        A     -- because it was all --

 4        Q     Okay.  But -- so it's of your memory the

 5   only terms you searched for -- through your e-mail,

 6   not your computer is -- is Jessica Long, goat, and

 7   then Melanie.  Those are the ones you're certain of,

 8   though.  But the rest you're not --

 9        A     No.

10        Q     -- you don't know?

11              But for Kathie, you're not certain of, but

12   the other ones, the CDFA actors or Larry Forero,

13   you're -- for those ones you're confident you didn't

14   search for?

15        A     Yes.

16        Q     Okay.  All right.  Okay.

17              Let me take a -- and this is -- if you want

18   to take a bathroom break, I have to go, also use it

19   as well.  Go off record for a moment.

20              THE VIDEOGRAPHER:  We're off the record and

21   the time is 11:20.

22              (Whereupon, recess was taken

23              from 11:20 a.m. to 11:30 a.m.)

24              THE VIDEOGRAPHER:  We're back on the record

25   and the time is 11:30.
```

BRUCE JOHN 'B.J.' MACFARLANE

1    BY MR. GORDON:

2        Q     All right.  So B.J., before we went off the

3    record, I asked you a question about your search

4    terms, and -- and I'm going to clarify it again for

5    your counsel pursuant to a conversation we had off
11:30:41

6    the record.  You searched for Jessica Long and goat

7    and you -- and Melanie as well, correct --

8        A     (Nodding.)

9        Q     -- through your e-mail?  And I might have

10   searched for Kathie, but you're not sure.  And any
11:30:56

11   of the other cast of characters, as I said in this

12   case, the CDFA or any other -- Mike Flores or

13   Mike -- the other --

14       A     Francesconi.

15       Q     Yes, thank you.
11:31:06

16             You did not search for him.  But -- but to

17   your counsel's point that -- that -- he wanted me to

18   clarify, that did not mean that everything wasn't

19   produced necessarily, because the -- those searches

20   that you did do might have captured those names that
11:31:20

21   we didn't mention.  But nonetheless, you did not --

22   for clarity's sake, you did not search for those

23   terms in your e-mail or -- you only searched your

24   e-mail and you didn't do any searchs on your

25   database, correct?
11:31:35

BRUCE JOHN 'B.J.' MACFARLANE

```
 1        A      Yes.
 2        Q      Okay.  All right.  Okay.  Do you back up
 3     your e-mails anywhere, like, the Cloud?
 4        A      (Shaking head.)
11:31:46  5     Q      No?  Okay.  Oh, and your text messages, do
 6     you back up them anywhere?
 7        A      They might be on the Cloud.  I don't keep
 8     track.  I don't --
 9        Q      Do you --
11:31:55 10     A      I don't know.
11        Q      Do you use iCloud?
12        A      Yes, I have iCloud, so...
13        Q      So your text messages and e-mails might
14     potentially be backed up there, but you don't use it
11:32:05 15     enough to know one way or the other?
16        A      No.
17        Q      Okay.  Okay.  All right.  And were there
18     other communications that you had that you -- I
19     mean, obviously this story has gotten a lot of
11:32:28 20     attention.  Did you -- you did not receive or send
21     any e-mails to your knowledge to anyone
22     concerning -- concerning the case with commentary
23     particularly on the case or anything like that?
24        A      I think I -- I mean -- there's lots of --
11:32:52 25     people sent it to me.
```

BRUCE JOHN 'B.J.' MACFARLANE

```
 1        Q     People you know sending things to you?
 2        A     Yeah.  When the case hit, yeah.
 3        Q     Okay.  Have there been since that point
 4   people still sending you items concerning --
11:33:12 5   concerning those items --
 6        A     I haven't -- not -- not since -- no, not
 7   since I got named.
 8        Q     Okay.  Okay.  And you were -- you were
 9   brought in, I believe, April of this year
11:33:29 10   thereabouts.  Is that --
11        A     Yeah, I think so.
12              MR. BRIDGES:  I think that's right.
13   BY MR. GORDON:
14        Q     Okay.  So since -- so it's your testimony
11:33:34 15   that since about April of this year you have not --
16   you have not had any e-mails with anyone concerning
17   this case or concerning Jessica or --
18        A     Not that I've found.
19        Q     Not -- but there might be?
11:33:50 20        A     No, I don't -- no, I -- I don't think that
21   there is.  I'm...
22        Q     Okay.  But did you search for any of them?
23        A     Goat and Jessica Long.
24        Q     Okay.  Okay.
11:33:58 25        A     That's -- would have been --
```

## BRUCE JOHN 'B.J.' MACFARLANE

1     Q    That would have been it.

2          But do you actively recall receiving any

3  e-mails from any -- anyone?

4     A    No e-mails, no.

11:34:05  5     Q    Okay.  What about text messages from --

6  concerning the case where you had conversations

7  about it?

8     A    Not that -- I mean, the -- text me a

9  newspaper article after -- in April --

11:34:20 10     Q    Uh-huh.

11     A    -- when those were all going out, but

12  that's all I...

13     Q    And -- and -- okay.  So you said lots of

14  people sent things to you.

11:34:29 15     A    I -- I don't --

16     Q    But --

17     A    -- yeah.

18     Q    Okay.  That's fine.

19          So did they send links, like, to articles

11:34:37 20  or was it -- was it commentary?

21     A    It was links.

22     Q    Links to articles?  Okay.  No one had any

23  commentary or, you know, about the case, like this

24  is nuts or this is -- you know, anything?

11:34:50 25     A    Not that I recall.

**BRUCE JOHN 'B.J.' MACFARLANE**

1    Q      Not that you recall.  Okay.  All right.
2    Okay.
3            So I know you don't recall it, but there
4    could potentially be e-mails between -- or texts
11:35:23  5    between you and third parties concerning the case if
6    that did not pop up on your side- -- on your search
7    terms, correct?
8    A      Anything's possible, I guess.  I -- yeah.
9    There's -- I don't...
11:35:39 10    Q      Possible.  Okay.  All right.  Okay.  Well,
11    we'll talk to your counsel about it afterwards of
12    undertaking a, you know, more thorough search.
13    So -- okay.
14            Did you -- when you were -- do you
11:35:58 15    understand a duty to preserve -- it sounds like a
16    loaded term, but I know -- know the term.  Do you
17    understand in a lawsuit that there's a duty to
18    preserve evidence?
19    A      (Nodding.)
11:36:07 20    Q      Yes?
21    A      I -- roughly.
22    Q      You were shaking your head.
23    A      I'm sorry.  Yes.  Yeah, I --
24    Q      Yes?  Okay.  So -- okay.  All right.  So --
11:36:24 25    well, we'll talk about -- with your attorney

**BRUCE JOHN 'B.J.' MACFARLANE**

1     afterwards about searching through -- through items.

2              So -- okay.  So -- so you were the

3     livestock manager of the 2022 fair and when did

4     you -- oh, thank you.

11:36:43  5              All right.  By the way, I asked earlier --

6     strike that.

7              I'm not sure if I asked this earlier.  Do

8     you -- for your work phone, is it a mobile phone or

9     a cellular phone?

11:36:57 10     A      My personal phone.  I only have a personal

11     phone, yes.

12     Q      Okay.  All right.  And what -- and you only

13     have a personal phone.  So you used your personal

14     phone for work purposes at -- at the time -- at --

11:37:09 15     in around, let's say --

16     A      Yes.

17     Q      -- you know, June, July, August 2022.

18     Okay.  All right.  And what was -- do you recall the

19     phone number?  I know you said you've changed it,

11:37:20 20     but did -- is that the phone number that you, in

21     fact, changed?

22     A      Yes.

23     Q      Okay.  So do you recall the phone number?

24     A      ███████████████.

11:37:32 25     Q      ██████.  Okay.  All right.  And what is your

```
 1   carrier?  Or was your carrier for it?
 2       A       ████
 3       Q       ████   Okay.  All right.  And -- and what
 4   date did you switch your numbers if you can recall?
 5   Your best estimate.  I know you probably --
 6       A     It was a Saturday morning, my daughter's
 7   track meet.  It's -- when was -- it was probably two
 8   weeks after I got served or after I -- I knew that
 9   was --
10       Q     April.  Okay.  So -- so it would have
11   been --
12       A     I can tell you where it was at if that
13   helps.
14       Q     So it would have been -- I'm -- I'm going
15   to put a date and you can just about tell me if it's
16   accurate.  So it would have been about, you know,
17   probably May of this year --
18       A     Yes.
19       Q     Sometime in May.
20       A     Yes.
21       Q     At one of your doc- -- daughter's --
22       A     Enterprise High School.
23       Q     Enterprise High School soccer game or
24   something.  Okay.  All right.  And -- and your --
25   your new number and carrier as well?
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1     A     ███████████████.

2     Q     Okay.  All right.  Okay.  And you've had

3     that number since and you also use it for work and

4     personal --

11:39:07  5     A     (Nodding.)

6     Q     -- as well?

7     A     Yes.

8     Q     Okay.  And do -- do you have a landline?

9     A     No, sir.

11:39:11 10     Q     No?  Okay.  All right.  So let's go to

11    the -- the fair dates themselves.  So the -- do you

12    remember the dates in 2022 that the Junior Livestock

13    Auction was held?

14    A     June 20-ish.

11:39:30 15     Q     Okay.  The Saturday -- yeah.  The Saturday

16    was the 25th.  Does that sound about right to you?

17    A     Sure.

18    Q     Yeah, I believe it's the 25th.  So the --

19    when did you find out that -- so did you -- well,

11:39:41 20    strike that.

21          The Junior Livestock Auction was on 6/25.

22    That's your -- the -- I can show you a calendar if

23    that makes you feel more --

24    A     (Nodding.)

11:39:49 25     Q     Let me just show you a calendar so we can

**BRUCE JOHN 'B.J.' MACFARLANE**

1    both know that that is the date.  To be honest, I'm

2    not that confident on that either.  I'm pretty sure

3    but -- okay.  So here's a June 2022 calendar.

4         A    Yeah, that would be the auction on the

11:40:08  5    25th.

6         Q    Okay.  All right.  So that's a Saturday --

7         A    Yeah.

8         Q    -- the 25th.  Okay.  All right.  So when

9    did you about -- and you were -- strike that.

11:40:14 10         You were at the fair all day?

11         A    (Nodding.)

12         Q    Okay.

13         A    I -- I did not leave from Monday till

14    Sunday night.

11:40:22 15         Q    Okay.

16         A    I stayed on grounds.

17         Q    Even at night?

18         A    I had a camp trailer, yeah.

19         Q    Oh.  Okay.  All right.  Okay.  When did you

11:40:32 20    first learn about Jessica removing Cedar from the

21    fair?

22         A    Well, I learned that there was a goat

23    missing approximately -- our truck showed up at

24    roughly 9 o'clock on Saturday night.  We were

11:40:49 25    running behind, because of some clerical issues,

## BRUCE JOHN 'B.J.' MACFARLANE

 1   because usually we have everything sorted and marked

 2   because we do mark the animals to which local

 3   butcher they're coming back to.

 4        Q      Yeah.

11:41:07  5        A      My crew came to me roughly 9:30 the first

 6   time and said, "There's a goat missing."

 7               I said, "No, there's not."

 8               "We looked everywhere."

 9        Q      Yeah.

11:41:20 10       A      They go back, they counted.  So we looked

11   for, I'm guessing, an hour and a half till -- we --

12   we had to go.  We had -- you know, we had -- we had

13   to send the trucks.  So we looked for probably 9:30

14   to -- and at some point, the 4-H leader,

11:41:49 15  Jessica Long's 4-H leader -- or her daughter's 4-H

16   leader --

17        Q      I'm going to the interrupt for one --

18   Chad Fowler?

19        A      Yes.  Thank you.

11:41:59 20       Q      You're welcome.

21        A      He was there.  He came to me and had seemed

22   like he had an idea that she might have taken it.

23        Q      He came to you.  Did you approach --

24        A      Well, it came to -- we started calling.

11:42:16 25  I'll back up.

## BRUCE JOHN 'B.J.' MACFARLANE

1          As soon as that hour -- I mean, the third,

2     fourth check went around, we go to the records, try

3     calling Jessica.  No answer, which -- I don't know,

4     my crew, the girls that worked for me were calling.

11:42:33  5     I was dealing with the other animals and just

6     overseeing everything.

7          And then Chad came at some point that

8     night, 11:00-ish, 12:00-ish, 11:30, somewhere in

9     that time frame and had assumptions that she might

11:42:59 10     have taken it.

11          At that point, we had already sent

12     everything -- not -- when he had -- sorry.  I think

13     we sent -- sent some animals.  So that's when I

14     first -- and that was -- it was the three -- three

11:43:19 15     of the women that helped me were at majority of the

16     fairs.  So it was just an awe-shock deal that I

17     worked fairs since I was 15.  They worked

18     everything -- a lot of fairs up the Central Valley.

19     We never had something going missing like this, and

11:43:37 20     so it was kind of a -- an oddity.

21     Q     Oddity.  Okay.  All right.  Okay.  Okay.

22     And this was about -- so I do have a question.  So

23     you -- why couldn't -- you had -- all the goats had

24     ear tag numbers, correct?  You couldn't determine

11:43:58 25     which particular goat was missing right away?

**BRUCE JOHN 'B.J.' MACFARLANE**

1       A       Yes, we did.

2       Q       Oh.

3       A       Oh, we knew right away which one was

4    missing.

11:44:02  5       Q       Okay.

6       A       We didn't -- the first 45 minutes, "The ear

7    tag, whatever it is is missing somewhere on this

8    grounds, we'll find it," is what I said to my crew.

9       Q       Yeah.

11:44:15 10       A       Maybe it got over to the sheep barn.  Go

11   back to the cattle barn.  Don't think it's over

12   there, but --

13       Q       I see.

14       A       -- we did a mass search.  So we he spent --

11:44:29 15   and again the time frame, hour, hour and a half

16   frantically looking for this goat.  And then that's

17   when Chad -- somebody had gotten ahold of him,

18   someone on the crew, I think maybe because it was

19   close to midnight.  I think pretty close to there.

11:44:46 20   So I imagine he was already in bed, maybe he was on

21   his way home, I'm guaranteeing.  He came back -- or

22   he showed up.  I don't know where he was.

23       Q       Okay.  So someone reached out to Chad, and

24   Chad can said -- what had -- what had Chad

11:45:04 25   communicated to your understanding?

1        A       To my understanding, was that he thought it

2    might be possible.  He didn't say yes or no or

3    anything of definites, but he thought he might think

4    that she may have taken him.

11:45:22  5        Q       I see.  And -- but earlier you weren't --

6    this is just sheer morbid curiosity.  Earlier you

7    thought Cedar might have just escaped the pen

8    himself and gone off --

9        A       Yes.

11:45:34 10       Q       -- made a run for it?

11       A       And that's -- I don't know.  I've worked

12   big fairs helping out because -- like that crew, I

13   say, I'm talking to are high school kids or college

14   girls.  And three of girls -- the women are -- it's

11:45:50 15   their profession.  But I mean, I worked this many

16   fairs and that was just -- that has never happened

17   to us in I don't know how many fairs.  And so it

18   just kind of just shocked us greatly when he thought

19   that that might be the case.

11:46:09 20       Q       Okay.  Did he give any explanation or did

21   you any understanding at the time of why she might

22   have taken Cedar?

23       A       No, I -- I mean, I can assume.

24       Q       Well, what did you -- do you have a belief?

11:46:20 25       A       Well, it's the fact of every 4-H kid, they

1    don't -- they get connected to these animals and

2    that's part of the process and...

3         Q    Okay.  And so what was your -- I know you

4    said it was an oddity or what -- so was your

11:46:42 5    reaction just like a -- I don't want to put words in

6    your mouth, but I'm -- shock or what was your --

7    what was --

8         A    Shock.

9         Q    -- your reaction?

11:46:46 10        A    I mean, the -- there's three other gals

11   that work there that -- I mean, we were all in

12   disbelief and shock that -- that it was -- that it

13   happened.

14        Q    Yeah.

11:47:00 15        A    Because again, it's -- I don't know, I'm --

16   for 25, 30 years and they're all 25 years plus

17   working in this industry and -- and much larger

18   fairs than Shasta District Fair and it's never

19   occurred.

11:47:13 20        Q    Okay.  All right.  So were you present at

21   the Junior Livestock Auction earlier in the day?

22        A    Yeah.  I was -- I'm all over because of --

23   I'm in the livestock area.  I'm there most of time.

24   Like, 90 percent of the time there, I -- it depends

11:47:41 25   on if I'm -- I'm doing some -- fixing something.

BRUCE JOHN 'B.J.' MACFARLANE

1    I'm doing something.  My -- I'm just the -- during

2    that, it's -- I mean sound, I think we had a power

3    issue that year, those kinds of things, I'm doing

4    that.

11:47:55  5    Q    I see.  So at any point during the

6    livestock auction or at any other point during the

7    fair, did you ever speak with Mrs. Long?

8    A    I did not.  To my recollection, there's 500

9    and -- whatever it was that year, 540 animals, so a

11:48:16 10    thousand, 1300, 1500 parents, depending on how many

11    parents they have, I -- I probably -- I could not

12    pick her out of a lineup today.

13    Q    Yeah.  I -- oh, really?  I wasn't

14    expecting -- I wasn't implying or thinking that you

11:48:30 15    necessarily did.  I was just curious.

16    A    And that's what -- you know, it's -- I

17    couldn't pick her out.

18    Q    Yeah.  I understand.

19    A    I never had any interaction with her to my

11:48:43 20    knowledge.  And there's lots and lots of parents

21    that come talk to me that...

22    Q    Yeah.  So -- okay.  So you have no

23    knowledge that you spoke with her or ever heard any

24    of her conversations throughout the fair or any

11:48:58 25    other time apart from the conversations you had with

**BRUCE JOHN 'B.J.' MACFARLANE**

1    her after removal --

2         A      (Nodding.)

3         Q      -- correct?

4         A      Yes.

11:49:04 5    Q      Okay.  And the same presumably goes for

6    the -- the daughter?

7         A      Yes.

8         Q      Awesome.  So moving forward -- and I should

9    have said this earlier, because we're in Federal

11:49:17 10  Court there -- maybe it's all courts, but there's a

11   rule in Federal Court that we have to try to take

12   efforts to keep the minors anonymous.  So that's why

13   you see the abbreviation E.L. in the Complaint and

14   in everything.

11:49:32 15       So -- and you have not said it, but do try

16   to say the abbreviations of her name as E.L. or the

17   daughter, something like that as opposed to the

18   child actual name if you can recall.  Everyone has

19   slipped up and said it.  Mostly me, I have --

11:49:46 20  A      Okay.

21        Q      -- said it several times on the record when

22   I shouldn't have.  So just -- we'll both be mindful

23   of it.  I'm not -- anyway, just --

24        A      Okay.

11:49:54 25  Q      -- be mindful of it, I guess.

1            Okay.  So but you -- so you have no

2     recollection speaking to any of those either of

3     those two and -- or do you have any recollection of

4     speaking to anyone that they might be associated

11:50:05 5     with at the fair, like -- apart from Chad Fowler?

6        A     I didn't know Chad Fowler.  And that might

7     have been my only interaction was that night in the

8     trailer.  I didn't know him from -- I didn't know

9     him neither.

11:50:17 10        Q     Okay.

11        A     From my -- and I might have, but if you

12     would have said Chad Fowler before that night, I

13     would have been, like, I don't know who that is.  I

14     know some Fowlers up north.  Maybe they're related,

11:50:28 15     which I think they are now come to find out, but

16     that's the only thing that I have recollection of

17     Chad Fowler.

18        Q     Okay.  I -- all right.  Did -- now, you

19     said your interaction with Chad Fowler in the -- was

11:50:38 20     he -- in the trailer.  Was Chad Fowler personally

21     present?  Okay.

22        A     Yes.

23        Q     So when you spoke to him, he had not left

24     the fair yet or he returned to the fair?

11:50:50 25        A     From -- I couldn't tell you.  He showed up

1    in the trailer, it is -- because it is a mad house.

2    And a majority of those people are gone and he's the

3    one that stayed, I don't think he was.  But yet

4    again, I don't know if he stayed or left.  I know

11:51:04  5    that at roughly 12 o'clock, I turned around and he

6    was talking to one of my gals.

7        Q     Okay.  All right.  And this is the first

8    time you spoke with Chad Fowler -- Chad Fowler?

9        A     Yes.

11:51:14  10        Q     Okay.  So I should have asked this earlier.

11    How does the auction -- how does the auction operate

12    during the day?  I jumped past it.  But what time

13    does it start?  Or that day, what time did it start

14    if you can recall?

11:51:35  15        A     I believe we start that auction because

16    there's so many animals at 8:00 a.m.  Could be 9:00,

17    but I'm pretty sure it's 8:00.

18        Q     Okay.  And how long about does it go for?

19        A     Depending on the year and how -- that's --

11:51:57  20    usually we try to be done by 5:00 p.m. and I think

21    we were pretty close to that that year.  I -- we

22    were between 4:00 and -- it wasn't 4:00.  So 5:00

23    and 6:00, I think we were done.

24        Q     Yeah.

11:52:11  25        A     It's a long, hot day.

**BRUCE JOHN 'B.J.' MACFARLANE**

1        Q      Long, hot -- how warm was it?

2        A      Probably 100 and something -- 107 or

3    something, I think, if I remember right.

4        Q      Wow.

11:52:22  5        A      Not as hot as -- it was nice, because I've

6    been there when it was 115.

7        Q      Really?  Geez.  That's like -- that's like

8    the desert heat almost.

9        A      Yeah.

11:52:33  10        Q      I didn't know -- I didn't know it got that

11    hot up here.

12        A      That's the -- that's what makes that day

13    so -- I mean, there's lots of animals, but it's --

14    we go through cases and cases of water keeping

11:52:44  15    everybody hydrated --

16        Q      Yeah.

17        A      -- and fans on everybody.

18        Q      Give me one moment, Mr. Macfarlane.

19            (Pause in proceedings.)

11:52:47  20    BY MR. GORDON:

21            So the auction is -- how many children --

22    do you remember about how many -- when you say the

23    auction went from -- I think you said it started, I

24    think, at, did you say, 8:00 or 9:00?

11:53:17  25        A      Yep.

## BRUCE JOHN 'B.J.' MACFARLANE

1    Q    Okay.  And it went till 5:00.  And that

2    just is -- is that only the Junior Livestock

3    Auction?

4    A    Yes, only the Junior Livestock -- I mean,

11:53:25 5    only animals entered in the market portion of the

6    show.

7    Q    Okay.  All right.  And so the -- there's --

8    well, I'm going to mark this Exhibit A, which is --

9    I have a couple questions, not many.

11:53:44 10    But -- so you've seen this bottom document

11    before, correct?

12    A    Yes.  It's been a minute since I've --

13    Q    I understand.

14    A    A couple years.

11:53:53 15    Q    Okay.  So is it your understanding that

16    from that year the -- well, perhaps in every year

17    the auctions are governed by -- there's state rules

18    from the CDFA, correct?  So I don't have a printout

19    of the state rules here but -- and then there's

11:54:11 20    these local rules and these are the governing

21    documents, correct?

22    A    Yes.

23    Q    Okay.  So is there anything in these about

24    the, you know, the -- I don't know what that was --

11:54:25 25    is there anything in either of these rules that

1    you -- that you know of -- and again, I know you

2    don't have them memorized -- but that -- that

3    dictate what happens at the auctions?  You know, it

4    starts at X time and kids go in whatever order, you

11:54:40  5    know, anything like that or...

6        A    I believe it would be in the entries of

7    what time it starts.  It could -- it should say

8    whenever it starts, but I don't think it says when

9    it's -- it's over when it's over.

11:54:56  10        Q    Uh-huh, okay.  So why are some things,

11    like, marked in red, for example?  Like, that

12    doesn't say it on yours.  But, for example, on

13    the -- the reminder portion right here where it says

14    "reminder."  This is -- on the -- this is a

11:55:14  15    black-and-white version --

16        A    Yeah.

17        Q    -- so my apologies.  A black-and-white

18    printer at the hotel.  But in -- I'll show you very

19    quickly, so on -- you know, the -- the PDF version,

11:55:23  20    for example --

21        A    Yeah.

22        Q    -- the reminder is marked in red.  Is there

23    any particular -- is that meant to signify something

24    important to your understanding?

11:55:29  25        A    Something new.

BRUCE JOHN 'B.J.' MACFARLANE

1      Q      Something new?

2      A      Newer.

3      Q      Newer.  Okay.  Okay.  So...

4      A      Within a few years, I believe, of

11:55:37  5   showmanship -- yeah, because that time of the year,

6      that one -- that one was mainly because it's so hot

7      during there that we -- the way that showmanship for

8      swine rolls is that when you're in your market

9      class, the judge will either pick you for

11:55:57  10  showmanship or not to come back for showmanship.

11            Market's judging the animal.  Showmanship's

12     judging how the kid is showing the animal.  So

13     there's two different classes a kid can participate

14     in taking a market animal:  One is showmanship and

11:56:11  15  one is market.  So during market which is first --

16     let me -- I'll back up.

17            Other species and other fairs that have

18     more time and more space and stuff, every kid is

19     able to do market and showmanship.  Not every fair.

11:56:27  20  Lots of 'em.

21            Other fairs that are limited in terms of

22     size of how many days we have to get this done, how

23     many entries we have, which we have a lot of pigs,

24     on -- for example, this one's marked in red.  We

11:56:40  25  have a lot of pigs and it's hot.  Pigs don't like --

**BRUCE JOHN 'B.J.' MACFARLANE**

1    we're trying to be good for the pigs.

2        Q      Uh-huh.

3        A      So on that one, you only get picked for

4    showmanship if the judge during the market class

11:56:55  5    says, "Yes, you can come back to showmanship."  They

6    call it "pulling your card" is what -- I don't know

7    if it says it there.  But they'll pull your card and

8    that's -- that's only -- that was only a couple

9    years new, so we -- people are -- we wanted to make

11:57:08 10    sure they knew that.

11        Q      I see.  Okay.  So -- so you -- this is --

12    obviously, you have a lot of experience with 4-H and

13    these things, so you know much more about the terms

14    and the way things go than we do.  So you said that

11:57:24 15    there's -- just so I understand the distinction

16    correctly, there's market -- and you said the kids

17    show them in both.

18        A      And showmanship.

19        Q      There's market and showmanship.  But the

11:57:34 20    kids -- the kids show them in both, but the kid is

21    judged in one, and then the other one, they're

22    showing the animals so the animal's judged, correct?

23        A      Correct.

24        Q      Okay.  All right.  And the market goes

11:57:46 25    first.  And then -- it's after the child shows --

|    |    |
|----|----|
| 1 | shows the animal at the market, they're bidding for |
| 2 | purchasing the animal at the market auction, though, |
| 3 | no? |
| 4 | A     Yes. |
| 11:57:57  5 | Q     Okay.  But nonetheless it can still be |
| 6 | selected by a judge and go show the animal again |
| 7 | after the market -- |
| 8 | A     Yes. |
| 9 | Q     -- for the showmanship? |
| 11:58:05 10 | A     For just swine. |
| 11 | Q     For just swine. |
| 12 | A     Just swine. |
| 13 | Q     Okay.  Okay.  All right.  Okay.  So |
| 14 | there's -- okay.  So the -- I see, just swine. |
| 11:58:13 15 | So -- so -- so Cedar, for example, could |
| 16 | not have been selected to go show subsequently.  He |
| 17 | was just being shown for the market? |
| 18 | A     And then she could do -- I believe she did |
| 19 | showmanship as well. |
| 11:58:25 20 | Q     I thought that preceded it, though. |
| 21 | MR. BRIDGES:  It preceded the auction.  Is |
| 22 | that what you're saying? |
| 23 | BY MR. GORDON: |
| 24 | Q     Yeah, yeah.  So maybe I'm confused.  When |
| 11:58:32 25 | he's saying "market," I thought that the market was |

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    the --
 2        A    Was the market.
 3        Q    -- was the Junior Livestock Auction.
 4        A    I'm sorry.  No.
11:58:34  5   Q    No.
 6        A    Market is a -- we call it a market class,
 7    and that's how we pick a champion animal.
 8        Q    Okay.
 9        A    And place them in order -- or that judge's
11:58:46 10   particular opinion that day judges the animals.
11        Q    Okay.
12        A    And then after that showmanship is on how
13    well you show --
14        Q    I see.
11:58:55 15   A    -- individually.  You still have the same
16    exact animal -- or yeah.  At this fair you have the
17    same exact animal you showed in market.  Now the
18    show- -- the judge is looking at you on your ability
19    to make that animal look good.
11:59:08 20   Q    Okay.  And that --
21        A    And that's called showmanship.
22        Q    Okay.  And that's why the -- I'm sorry.
23        A    It's -- no.
24        Q    That's why the children, for example,
11:59:16 25   practice bracing --
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1      A      Yes.

 2      Q      -- and everything?

 3             Okay.  Okay.  Okay.  So those events are

 4      prior to the Junior Livestock Auction.  Okay.

11:59:25  5    A      Yes.

 6      Q      And then at the Junior Livestock Auction,

 7      the child still, at least from the video I've seen,

 8      goes and shows the goat.  They do bracing and things

 9      like that as well, but this time the -- the

11:59:37 10   distinction is someone's purchasing it.

11      A      Yeah.

12      Q      There's no -- there are no judges at the

13      Junior Livestock Auction.  It's just bidders; is

14      that accurate?

11:59:47 15   A      Very accurate, yes.

16      Q      Okay.  All right.  Okay.  Okay.  So the

17      next page, too, there is one in -- in red.

18             (Phone interruption in proceedings.)

19      BY MR. GORDON:

11:59:59 20   Q      The one in red is -- where is it?  One

21      second.  I'll apologize.  I'll show you my computer.

22      This one that says "importance."  We're on page 51

23      of what is going on Exhibit A.  But it says,

24      "importance."  Do you see this -- so you see how

12:00:15 25   this is marked in red on the --
```

```
 1      A      Yes.
 2      Q      -- on the PDF that is, you know, not
 3  printed in black and white but -- so what was
 4  important about this for -- why was this flagged in
 5  particular?
 6      A      I don't know why there's -- I'm not sure
 7  why that one's flagged.
 8      Q      Okay.  So exhibitors must be ready.  And so
 9  the exhibitors are the children with the -- the
10  4-H -- not necessarily 4-H, but the children
11  marketing their animals?
12      A      Yes.
13      Q      And must be ready with animal -- with
14  animal and in line as listed on the sales order.
15  What does -- what does that mean as listed on the
16  sales order?
17      A      So Friday, as soon as the beef show is done
18  on Friday, because the goat show -- goats and sheep
19  show on Wednesday.
20      Q      Okay.
21      A      That's where they do their market and their
22  showmanship.  Thursday is all swine and Friday is
23  the cattle show.  So as soon as the cattle show is
24  done, the buyers are already asking for a list for
25  Saturday morning for the sale, a list.  So we're --
```

Timestamps: 12:00:27 (line 5), 12:00:46 (line 10), 12:00:58 (line 15), 12:01:10 (line 20), 12:01:26 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

1    they get sold in terms of how they placed in class.

2    And the champions sell in the middle.  We call it

3    the champion and harness (phonetic) or whatever they

4    call it.  And so there is an order that everybody's

12:01:43  5    following, the whole -- everybody.  So when they

6    get --

7        Q     I see.

8        A     -- trying to get them not off of order,

9    because then it throws -- potentially, somebody will

12:01:55 10    buy it and they'll think that Johnny's next and,

11    well, he didn't show up and they buy the animal and

12    it's not Johnny's.

13        Q     I see.

14        A     So it's -- that's the reason.

12:02:02 15        Q     I see.  So a sales order is a -- is a

16    sequence?

17        A     (Nodding.)

18        Q     Understood.  Okay.

19        A     It's -- the sale's not just next kid, next

12:02:10 20    kid.  It's completely in line of start to finish who

21    goes one after -- after animal.

22        Q     I see.  And then the next paragraph -- the

23    next paragraph also -- it's not in red, but it says

24    there will be no set prices or stops.  What's a

12:02:26 25    "stop"?

**BRUCE JOHN 'B.J.' MACFARLANE**

1     A     They can sell for as much as you want 'em

2   to.  A stop would be that cattle can only sell for

3   $5 a pound.  Nothing will sell over $5 a pound,

4   which I don't -- I don't know why that's in there to

12:02:43  5   be honest with you.  That's -- some fairs might have

6   it.  I've never heard of it that I can recollect.

7   But a stop would be you can't sell your animal for

8   more than whatever.

9     Q     So a stop would be a cap on the price,

12:02:52 10   something like that?

11     A     Yes, yeah.

12           MR. BRIDGES:  (Shaking head.)

13           MR. GORDON:  John, you're shaking your head

14   also.  That's what it is?

12:02:58 15           MR. BRIDGES:  Yes.

16   BY MR. GORDON:

17     Q     Okay.  All right.  And what about a no no

18   sales?  What -- what does that mean?

19     A     Because again during the auction, we have

12:03:05 20   somebody to buy the animals, if -- if, say, John

21   came and bought a pig and he didn't -- he just

22   wanted to help the kid out and -- and just help the

23   kid out as a tax write-off, he would get a resale

24   value.  So we have set up beforehand people that

12:03:25 25   will take those animals and process them themselves,

BRUCE JOHN 'B.J.' MACFARLANE

1   but they'll buy 'em for us.  So we have a floor

2   price with them.  So we know -- I don't know how

3   it's worded.

4        Q     The no sales, it's --

12:03:39   5        A     Yeah.

6        Q     Where is the all animals paragraph?  It's

7   in the bottom.  I'm just curious what a no no sales

8   is.

9        A     It would be that a private sale -- if I'm

12:03:52  10   selling cattle --

11        Q     Yeah.

12        A     -- and I have my own auction, there would

13   be a no sale.  I didn't get enough money for 'em.

14   Is that -- why -- a no sale would be -- they call it

12:04:03  15   a "pass out."  And in car auctions, I think so they

16   call it a "pass out."  That would be a pass out.

17   They didn't get enough money.  But we have a floor.

18   We know what the floor is, and that animal will sell

19   for that or more.

12:04:17  20        Q     Okay.

21        A     So, say, pigs that year was $0.42 a pound,

22   which never happens.  Neither one of those ever

23   happen.  They never even get close to the floor.  So

24   the floor is what the commercial carcass is worth,

12:04:33  25   which is miniscule to what these animals are worth

**BRUCE JOHN 'B.J.' MACFARLANE**

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | to -- because the community helps out the kids.  So    |
|          | 2  | the -- that paragraph, I think, is a pretty moot        |
|          | 3  | point, because neither one of those ever happen.  I     |
|          | 4  | have never seen either one of those happen where        |
| 12:04:48 | 5  | it's too -- too low or too high (indicating).           |
|          | 6  | Q     Okay.  Understood.  And --                         |
|          | 7  | A     Yeah.                                              |
|          | 8  | Q     I want to see if there's any other things          |
|          | 9  | flagged in red here that I'm just curious about.  I     |
| 12:05:02 | 10 | don't think so.  And when -- when you were the CEO,     |
|          | 11 | did you update these rules yearly?                       |
|          | 12 | A     Yes.                                               |
|          | 13 | Q     Yes?  Okay.  What sorts of things did you          |
|          | 14 | change, if anything?                                     |
| 12:05:19 | 15 | A     It would have to be passed by the board of        |
|          | 16 | directors to change anything on there.  We can go       |
|          | 17 | back through the minutes.  I don't recall               |
|          | 18 | changing -- I'd have to look through it.  I don't       |
|          | 19 | imagine -- I don't remember changing any -- the only    |
| 12:05:54 | 20 | one that I think that we changed, to my                 |
|          | 21 | recollection, would be the showmanship or the pig       |
|          | 22 | one, the first red marked one you put.                  |
|          | 23 | Q     Yeah, with -- the one that said --                 |
|          | 24 | A     The minor.                                         |
| 12:06:05 | 25 | Q     The -- yeah.  There you go.  Okay.  So             |

1    generally, is it fair to say these are fairly

2    consistent year to year?

3        A    Yes.

4        Q    Okay.  All right.  Okay.  So just make this

12:06:15  5    Exhibit A.  I don't know if we'll -- she'll do it,

6    B.J.  You don't have to worry about it.

7            (Exhibit A was marked.)

8    BY MR. GORDON:

9        Q    So you had a meeting with -- I'm saying a

12:06:43 10    meeting -- a meeting formally.  You met with

11    Chad Fowler on your office on Saturday evening

12    regarding the -- the -- what he suspected was

13    Jessica removing Cedar and you qualified -- you

14    described that everyone was -- it was shocking.  And

12:07:00 15    did you take any other actions that evening with

16    respect to Cedar?

17        A    I don't believe I did.  I know that a

18    couple of the women had left voicemails for her.

19        Q    Okay.  They're -- I believe there is a --

12:07:18 20    A    Text.  Text.

21        Q    Yeah.

22        A    Some sort of communication that, while I

23    was doing other stuff, they were -- at this point

24    we're just trying to get ahold of her to see what

12:07:30 25    had happened.  We wouldn't -- we didn't expect that

1    at some point.

2        Q     Yes.  But you knew that they were texting

3    her to figure out what was going on.

4        A     Yes.

12:07:37  5    Q     I should have printed out this -- that text

6    because I do have a copy of it.  It has -- to

7    refresh your memory, it has your phone number on it.

8    It says, "Call B.J."

9        A     I texted her or --

12:07:47 10    Q     No.  You -- some other --

11        A     Okay.

12        Q     -- person -- some other person did.

13        A     Oh.

14        Q     I don't -- I would have shown it to you.  I

12:07:51 15    just didn't print it out.

16            MR. GORDON:  Okay.  Can we take another

17    bathroom break?  Actually, I drank far too much

18    water if you don't mind.  Thank you.

19            MR. BRIDGES:  That's fine.

12:08:02 20            THE VIDEOGRAPHER:  I've got about

21    17 minutes on this.  Do you want to change it now

22    or --

23            MR. GORDON:  No, we'll finish it out.

24            THE VIDEOGRAPHER:  We're off the record and

12:08:07 25    the time is 12:08.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1              (Whereupon, recess was taken
 2         from 12:08 p.m. to 12:13 p.m.)
 3              THE VIDEOGRAPHER:  We're back on the record
 4    and the time is 12:13.
 5              MR. GORDON:  Madam Court Reporter, can you
 6    tell me what the last question I asked him was?
 7              (Record read.)
 8    BY MR. GORDON:
 9       Q    Do you remember -- and I don't have them
10    here, the -- the text messages.  But do you remember
11    who the women were that -- you said the women in the
12    barn or something texted Jessica.  Do you remember
13    who that was?
14       A    It could have been Jessica -- sorry.  I
15    don't remember her last name.  Andrea Thomas.  I'm
16    terrible with names.  I suck at names.  Lori Marchi,
17    M-A-R-C-H-I.  I had to be one of those.
18       Q    One of those three women --
19       A    Yes.
20       Q    -- is your understanding texted Jessica
21    to -- for a status to inquire about where --
22       A    Yeah.
23       Q    -- where Cedar was.  Okay.  And they would
24    have reached out to her after talking with
25    Chad Fowler is your understanding or --
```

12:13:09  5
12:13:32 10
12:13:49 15
12:14:30 20
12:14:45 25

## BRUCE JOHN 'B.J.' MACFARLANE

1     A     No.  As soon as we found the goat was

2   missing.

3     Q     As soon as you found out it was Cedar, you

4   knew to call -- you called her?

12:14:54 5     A     Yeah.

6     Q     Gotcha.

7     A     We went back through the records, found

8   her -- her entries or whatever that had a phone

9   number on it and called or texted.

12:15:01 10     Q     Okay.  Now, I know you said it was jarring

11   or shocking -- jarring, that's the word I used.  You

12   used shocking or an oddity, but it was -- it was

13   shocking because of the -- in your mind because of

14   someone removing the animal, not -- not because

12:15:17 15   there was anything special or unique about Cedar,

16   correct?

17     A     Yes.

18     Q     Okay.  Just -- if any animal had been

19   removed, you would have been -- you'd have been

12:15:26 20   shocked.

21     A     Correct.

22     Q     Has anyone ever in all our time with any of

23   the fairs ever removed an animal before?

24     A     Not -- not to my recollection unless it was

12:15:44 25   injured or sifted.  Because in the market class,

1    they can get sifted.  And some fairs require you to

2    remove them from the fairgrounds before the sale and

3    some let stay with it.

4        Q    What does "sifted" mean?

12:15:58  5        A    It's not of quality.  That's what the -- in

6    the market portion, the judge is there to make sure

7    that that market animal is of -- going to be, as far

8    as he can tell, a good quality product for someone.

9    So if it's not fat enough, if it didn't get fed good

12:16:26  10    enough, if it's lame, those things, they get sifted

11    for.

12        Q    Okay.

13        A    A majority of the time on a market show is

14    because it's not -- they don't believe that it's

12:16:34  15    going to be an enjoyable eating experience for

16    whoever may want to purchase that animal.  And more

17    times than not, it's not -- it didn't get fat enough

18    to be a quality product.

19        Q    Okay.  So if an animal -- sifted is a -- a

12:16:50  20    term of art for -- in livestock, I guess?  Okay.

21        A    Yes.

22        Q    I've never heard the term before.

23        A    It's -- and I don't know -- it's -- where

24    it originated from, but, like, in our bull sale, if

12:17:02  25    a bull is lame or something, we call it.  So it's a

BRUCE JOHN 'B.J.' MACFARLANE

1    term of livestock.  So if it get sifted, it doesn't

2    get to sell.

3        Q    I see.  I see.  And --

4        A    Even on the -- I'm sorry.

12:17:09 5        Q    No.

6        A    Even on the geldings and the dogs and

7    all -- any consignment sale in the livestock

8    industry, it's called "sifted" where you don't --

9    it's not of quality of some variety.  Something's

12:17:22 10   wrong with that animal in somebody's opinion.

11       Q    Is that usually determined, whether there's

12   something wrong, just eyeballing it or is it

13   something else?

14       A    Eyeballing it and then on the -- there's

12:17:35 15   a -- a trained person judging can tell if one's been

16   fed enough.  But on -- especially on sheep goats and

17   cattle, they actually handle the animal over its

18   ribs, because animals put fat on from front to back.

19   So their last rib, if it's not -- has some coverage,

12:17:54 20   if you can't -- if you feel like this (indicating),

21   then it's not had -- it hasn't been fed enough.

22       Q    I see.  I see.  Okay.  Like when I bring my

23   dog to vet and he feels his ribs, he's, like, your

24   dog's too fat.

12:18:08 25       A    (Indicating.)

### BRUCE JOHN 'B.J.' MACFARLANE

1    Q    So the feel of the ribs.  Same thing?

2    A    Same thing.

3    Q    Okay.  Okay.  All right.  Interesting.  So

4  one of those three women who you mentioned a few

12:18:18  5  minutes ago texted Jessica.  And did you -- you did

6  not -- did you get a response from Jessica that

7  evening?

8    A    I don't believe so.  No.  Not that I -- I

9  don't think we did.

12:18:31 10    Q    Okay.  So you spoke with Chad.  And is

11  there anything else you did that night to -- to

12  revolve the issue with Cedar missing?

13    A    No, not that I think that -- at that point,

14  we -- it's a -- it's gone.  We -- there's nothing I

12:18:56 15  think -- I don't think we did.  I'm almost positive

16  we didn't.  There's nothing to deal with at that

17  point, I didn't think.

18    Q    Did you report to Melanie Silva that

19  evening that he was missing?

12:19:08 20    A    (Nodding.)  I think.

21    Q    Okay.  So the evening of -- I'm guessing

22  times here -- well, I'm estimating times here, let's

23  say, but you can tell me it's about right.  So you

24  said the trucks came in roughly at 9:00, you noticed

12:19:23 25  Cedar was missing thenabouts, looked for him about

BRUCE JOHN 'B.J.' MACFARLANE

1    an hour and a half or so.  And during that period,

2    someone had reached out to Chad Fowler, one of those

3    three women, and then he came to your office later.

4    And I'm assuming he probably came, what, between

12:19:40 5    what, 10:00 and 11:00?

6        A    11:00 and 12:00, I believe.

7        Q    Oh, it was pretty late then.

8        A    It was -- yes.

9        Q    Okay.

12:19:46 10      A    I don't believe we finished loading till

11   3:00 or 4:00 in the morning that morning --

12       Q    Wow.

13       A    -- with pigs.  So it was -- I'm trying to

14   remember what I can, but that was a long day.

12:19:59 15      Q    Yeah.  Okay.  So he came and spoke with you

16   late that evening, almost into the next morning,

17   and -- and then -- and at what point did you report

18   to Melanie Silva that Cedar was missing?

19       A    At some point that night, I -- I called

12:20:14 20   her, I believe.  Well, the girls, I think, had

21   called her, too.  That's how we had to get the

22   information, I think.

23       Q    Okay.  That makes sense.  Because you did

24   not have -- you weren't dealing with the kids.  You

12:20:27 25   didn't have her contact --

**BRUCE JOHN 'B.J.' MACFARLANE**

```
         1        A      I didn't have her entry, no.
         2        Q      Okay.  So you called Melanie that evening
         3    or the three women did as well?
         4        A      Yes.
12:20:34 5        Q      What -- what did -- do you know what they,
         6    Jessica, Andrea, or Lori Marchi told Melanie?
         7        A      That we had a goat missing and it -- and
         8    then it progressed through the night.  The first
         9    hour was, like, there's a goat running on the
12:20:49 10   fairgrounds somewhere --
        11        Q      Uh-huh.
        12        A      -- to maybe it's not, to then when Chad,
        13   like, oh, possibly it -- we might have found out
        14   where it went.
12:20:59 15       Q      Yeah.  So out of curiosity, can -- I mean,
        16   Cedar was -- he was, what, about 90 pounds at that
        17   point thereabouts?
        18        A      Yeah.
        19        Q      Something like that?
12:21:08 20              Can a goat that size -- I've seen them
        21   climb cliffs and all.  I know that's a different
        22   breed, but can they -- can they escape?  I mean,
        23   once a farmer told me years ago is the reason why
        24   I'm asking is that, oh, fences are for people, not
12:21:22 25   for animals, so -- because they'll figure a way
```

 1    through 'em or over it or something.  I'm just
 2    curious, could -- could Cedar have gotten out of his
 3    pen?
 4        A    Definitely could have gotten out of his
12:21:33 5   pen.
 6        Q    Okay.
 7        A    And to my knowledge that week -- and I
 8    mean, but that's the -- if something does get out,
 9    there's enough eyes around there that it's rectified
12:21:44 10  before it even gets out of the barn.
 11       Q    I see.
 12       A    If it gets out of the barn, there's even
 13   more eyes, so -- and our security gates and our
 14   fences for the perimeter, especially the livestock
12:21:59 15  side, and actually all of 'em during the fair,
 16   they're only open this wide (indicating) and there's
 17   a security guard standing there, and it's a
 18   chain-link fence.
 19            We've had -- I know years past when I
12:22:09 20  was -- before I was CEO maybe that people have
 21   climbed over cutting the barbed wire to get into the
 22   fairgrounds, vagrants or whatever have you.  So I
 23   know that fence was -- nothing's goat-proof if
 24   you've ever had a goat.  But it was eight or -- I
12:22:30 25  don't know how tall -- eight-foot chain-link fence

```
 1    and we had that thing patched up just because of
 2    the -- whoever was trying to get into the
 3    fairgrounds.  There wasn't any holes.
 4        Q     So it would have been quite a goat to get
 5    over the fence?
 6        A     Yes.
 7        Q     So you knew he would have been in the
 8    fairgrounds had he escaped his pen?
 9        A     Yes.
10        Q     Okay.  All right.  All right.  So you -- do
11    you know what -- and you mentioned that Jessica,
12    Andrea, and Lori, one of them, I know you don't --
13    do not know which one told Melanie that Cedar was
14    missing.  Do you know how Melanie responded?
15        A     I think she was worried, like, same as we
16    reacted.
17        Q     Okay.  Did -- and then after you spoke with
18    Chad, you told -- you spoke with Melanie that --
19    that evening?
20        A     Yeah, I believe so.
21        Q     All right.  And what did you tell Melanie?
22        A     That the 4-H leader had thought that maybe
23    the individual had taken the animal.
24        Q     And what did Melanie say in response?
25        A     I -- I don't remember.  I...
```

12:22:43   5
12:22:47  10
12:23:01  15
12:23:17  20
12:23:32  25

**BRUCE JOHN 'B.J.' MACFARLANE**

1    Q      As best you can remember.  I know you're

2    not --

3    A      I think same as us, just kind of shocked.

4    Q      Okay.

12:23:44 5    A      And live- -- livestock's not her forte, so

6    I mean that -- I know she was shocked.  I don't know

7    what she said, but I know she was shocked.

8    Q      Okay.  Did she make any comments about

9    the -- what to do next?

12:24:00 10    A      I think because I was -- at that point, I

11    think, we were still loading hog trucks that we were

12    going to deal with it in the morning, I think is

13    what she had said.  Because again, there was nothing

14    we could do at that point in time to -- to do

12:24:24 15    anything, so keep -- don't let the one deal mess up

16    the rest of the night, which we just kept going.

17    Q      So to your memory -- to the best of your

18    memory, she just basically implied -- not with these

19    necessarily -- let's, you know, kick the can down

12:24:41 20    the road and deal with this tomorrow, okay, because

21    it's, at this point 12:30 in the morning or so and

22    are loading up animals.

23         Okay.  All right.  But she knew that -- did

24    you send her any -- so she knew that evening and --

12:24:55 25    correct?

**BRUCE JOHN 'B.J.' MACFARLANE**

 1      A      Yes.

 2      Q      Yeah.  And did you send her any texts that

 3    evening by chance that you recall?

 4      A      I don't recall.

12:25:03  5      Q      Okay.  It was important enough in your mind

 6    to just merit a phone call?

 7      A      (Nodding.)

 8      Q      Okay.  All right.  And did she --

 9              THE VIDEOGRAPHER:  We should probably work

12:25:14 10    on changing this.

11              MR. GORDON:  Okay.  Can I ask one more

12    question?

13              THE VIDEOGRAPHER:  Sure.

14    BY MR. GORDON:

12:25:18 15      Q      Did she, at that point, at all mention

16    calling the law enforcement at all?

17      A      I believe, we -- I don't know if it was

18    that night or the next morning, we talked about it

19    that we were, I believe, waiting to -- I don't

12:25:34 20    remember -- talk to CDFA.

21      Q      Okay.  Okay.

22      A      It was probably mentioned in conversation,

23    because that's...

24      Q      Either the first conversation you had with

12:25:46 25    her on the night of the auction or the next morning?

**BRUCE JOHN 'B.J.' MACFARLANE**

1      A      Yeah.  One or the other.  I -- at some

2   point it was mentioned, but nothing was ever done at

3   that point, I don't believe.

4      Q      Okay.  All right.  Okay.  All right.  We'll

12:25:57   5   go off.  He needs to change the -- the film, so you

6   got 10 minutes or so, 12 minutes.

7      A      Okay.

8      Q      And we're moving right along here, so...

9           THE VIDEOGRAPHER:  We're off the record and

12:26:10  10   the time is 12:26.  And this is the end of the media

11   number 1.

12           (Whereupon, recess was taken

13           from 12:26 p.m. to 12:40 p.m.)

14           THE VIDEOGRAPHER:  We're back on the

12:40:09  15   record.  The time is 12:40 and this is the start of

16   media number 2.

17   BY MR. GORDON:

18      Q      All right.  We're back on the record.

19   B.J., you understand you're still under oath,

12:40:18  20   correct?

21      A      Yes, sir.

22      Q      All right.  So where we left off, we were

23   asking -- I was asking what happened the evening of

24   June 25th, 2022, when you learned Cedar was removed

12:40:30  25   and when -- what you first did, who you contacted.

## BRUCE JOHN 'B.J.' MACFARLANE

1    And you mentioned that you believed Jessica, surname

2    unknown, last name unknown, Andrea Thomas and

3    Lori Marchi might have reached out to Melanie -- or

4    did they reach out to Melanie and you said they --

12:40:53 5    one of them sent a text to -- Jessica, is your

6    understanding, for a status -- inquiring where Cedar

7    was.

8         So do you happen to have their contact

9    infection; Jessica, Andrea and Lori?

12:41:08 10    A    Yeah.

11    Q    Okay.  Can you provided that, please?

12    A    I don't know about Jessica.

13    Q    Okay.  While you're doing that, I'll ask

14    another question.  Are they temporary workers at the

12:41:24 15    fair or are they volunteers or employees?

16    A    They're contract laborers.

17    Q    Contract laborers.  What were their --

18    A    I don't know how they were hired to be

19    honest with you.

12:41:34 20    Q    Okay.  What were --

21    A    They're livestock clerks.

22    Q    I'm sorry?

23    A    They're livestock clerks --

24    Q    Livestock --

12:41:40 25    A    -- is what they are.

## BRUCE JOHN 'B.J.' MACFARLANE

1      Q      Livestock clerks.  Were -- what were their

2    roles at the fair or duties at the fair?

3      A      Being a livestock clerk, handling the

4    shows.

12:42:00  5      Q      Handling the shows.  So --

6      A      Like, the -- making sure the shows --

7    they -- the clerk, they do all the clerical work for

8    the shows to record all the placings, make sure all

9    the kids get in the right class.  The classes are

12:42:19 10    not a free-for-all.  It's either by age or weight.

11    So make sure -- I don't know if you dealt with 500

12    little kids, but -- and their parents, but to get

13    them in their right -- whether it's age or weight,

14    to get 'em in their right classes, they have to deal

12:42:37 15    with that.

16      Q      Okay.  So they handle that for the --

17    the -- you said, the shows.  So there's several

18    events that happen there.  So they're handling it

19    for the market -- I'm forgetting the term you used

12:42:49 20    before.

21      A      Market and showmanship.

22      Q      Market and showmanship.  And then the

23    auction for --

24      A      And then the auction, they're running

12:42:55 25    around doing -- just everybody has their own role

**BRUCE JOHN 'B.J.' MACFARLANE**

1    making sure it goes.

2        Q    Okay.  All right.

3        A    And it's all clerical work basically.

4        Q    Okay.  So just making sure the paperwork's

12:43:07  5    in order and everyone gets in -- and so the -- so

6    you and the other people can have all the children

7    sequenced correctly?

8        A    Yes.

9        Q    All right.  But not handling the animals,

12:43:17 10    though.  Or are they handling the animals?

11       A    Not per se, no.

12       Q    Okay.  That -- that's not their role, but

13    they may help out sometime?

14       A    If they need -- if they need to, they

12:43:28 15    would.

16       Q    I see.  So what is their contact

17    information if you have it?

18       A    Andrea is ██████████████.

19       Q    Does she have any e-mail address or

12:43:39 20    anything like that also?

21       A    Not on my contacts here.

22       Q    Okay.  Do you have it -- an e-mail for her

23    somewhere?

24       A    I don't know.  That -- that is my niece as

12:43:51 25    well --

**BRUCE JOHN 'B.J.' MACFARLANE**

1        Q       I see.  Okay.

2        A       -- just to be -- so I could find it.

3        Q       Understood.

4        A       So Lori is 209-678-1265.

12:44:05  5      Q       So 209-678-1265.  Do you have an e-mail

6    address for Lori?

7        A       Not on here, no.

8        Q       But elsewhere?

9        A       I don't remember.  I don't think we have --

12:44:30 10   I don't -- I don't know.

11       Q       Maybe, but you're not sure.

12       A       Not sure.

13       Q       That's fine.  And the -- who are the

14   last -- you said Marchi or --

12:44:37 15      A       That was Marchi.

16       Q       That's Lori Marchi is -- okay.  So Jessica

17   was the first individual.  You don't have Jessica's

18   contact information or do you?

19       A       I do not.  I do not.

12:44:57 20      Q       Okay.  And when was the last time you spoke

21   with Jessica?

22       A       Long?

23       Q       No, no, the Jessica you just mentioned

24   whose last name you can't recall.

12:45:16 25      A       I -- I saw her in August in Tulare.

**BRUCE JOHN 'B.J.' MACFARLANE**

1      Q      Did you guys discuss this case?

2      A      I don't believe so.  She was working the --

3   my kids were showing, and she was working the show.

4              MR. BRIDGES:  Do you mean August of this

12:45:33  5   year?

6              THE WITNESS:  Yeah.  I don't think -- I

7   don't have her phone number.  I don't think I ever

8   talked to her.  She's an acquaintance.

9   BY MR. GORDON:

12:45:42 10      Q      Gotcha.  That's fine.  In Tulare you saw

11   her.  Tulare County?

12      A      Yeah.

13      Q      Okay.  Is there a Tulare city or just -- I

14   know there's the county.

12:45:51 15      A      Yeah, there's a city, Tulare.

16      Q      I know there's this giant lake there now.

17   Have you seen it?

18      A      I didn't see it.  I was just down thee.  I

19   didn't see it.

12:45:57 20      Q      I tried to pull off the road to see it when

21   I was driving back from some event a few months

22   back.  I did want to see it and -- and it was too

23   far off the highway but a -- so -- all right.

24              Okay.  And Andrea, I know she's your niece,

12:46:16 25   so -- but I'm not trying to intrude, but when did --

1  when was the last time you spoke with her about this

2  case?  Have you ever?

3      A     It would have been right after --

4      Q     Right --

12:46:31 5      A     -- like within a couple months of it.

6      Q     Right after the case being filed or right

7  after you being named?

8      A     I -- I truthfully don't recall.  I -- it

9  was at some point.  It's not a topic of

12:46:44 10  conversation.  I don't see her that often.

11      Q     Okay.  So when you say "right after the

12  event you spoke to her," you mean?

13      A     Within a couple weeks of.

14      Q     Of that fair of 2022?

12:46:58 15      A     Yes.  Because everybody that had worked for

16  me is calling and seeing what I'm -- not everybody.

17  People are wondering what was going on.

18      Q     Okay.  All right.  Do you remember who

19  called you at that time?

12:47:10 20      A     No.

21      Q     No.  But -- but many people did?

22      A     (Nodding.)

23      Q     Okay.  Can you remember any of their names?

24  I understand you can't remember all of them.  But

12:47:18 25  about how many?

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        A      Well, the people that were working for me.
 2        Q      How many people --
 3        A      Those three.
 4        Q      Those three.
12:47:23  5       A      Those three.
 6        Q      Anyone else?
 7        A      Not that I can recall.
 8        Q      How many people were working for you?
 9        A      Maybe -- no more than six.  And I couldn't
12:47:46 10  tell you who the other two are -- three.  There's a
11  high school kid.  I'd have to look at the payroll.
12  I -- um, another clerk from the state fair.
13        Q      Do you mean -- when you say "state fair,"
14  do you mean CDFA or Cal Expo?
12:48:22 15       A      Cal -- Cal Expo.  She -- I'm sorry.  She's
16  with the state fair.  She clerks and helps run the
17  state -- the California State Fair in the livestock
18  department.  And I can't remember her name.
19        Q      One more, right?  You said the high school
12:48:43 20  kid and the clerk from the Cal Expo State Fair.
21        A      I'm trying.  That's all I can recall.
22        Q      So there might have been someone else that
23  you -- you're struggling to remember who that person
24  was?
12:49:07 25       A      Yeah, I can't remember.  Sorry.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1       Q       That's all right.  But you -- okay.

2               But you're certain there was someone else.

3       You just don't remember.  So there might not have

4       been someone else?

12:49:23  5     A       Might not have been someone else.  I'm

6       trying to picture faces in the office and --

7       Q       Yeah.

8       A       -- and it's not coming to me.  Those are

9       the ones that I can...

12:49:31 10     Q       So -- so Lori, Jessica, and Andrea inquired

11      about what was going on the following few weeks --

12      A       Lori and Andrea.  Because Jessica, I don't

13      have her phone number, so I don't think she called

14      me.

12:49:49 15     Q       Okay.  Lori and Andrea did.  And the other

16      two, the high school kid you don't -- was the high

17      school kid a male or female?

18      A       Female.

19      Q       Female?  Okay.  And then -- and the clerk

12:50:01 20     from Cal Expo?

21      A       Yes.

22      Q       Okay.  Was that --

23      A       I don't have her number either.  I don't

24      think --

12:50:07 25     Q       Okay.

**BRUCE JOHN 'B.J.' MACFARLANE**

1     A     -- so.

2     Q     Okay.  All right.  No worries.  Okay.

3           And what did they -- when Andrea and Lori

4     inquired, what was -- did you tell 'em everything

12:50:19  5     that was going on?

6     A     I think they'd seen the Instagram post is

7     maybe why they called actually.  I -- yeah, we

8     discussed the -- at that point, it -- I had talked

9     to Jessica and she -- she knew that they had the

12:50:48 10    goat.  But I think the Instagram post had come out

11    from whatever that -- from Napa.

12    Q     The Bleating Hearts.

13    A     Yes.

14    Q     The Bleating Hearts -- and I'm not trying

12:51:02 15    to put words in your mouth but --

16    A     No, yes, I believe that's what it was.

17    Q     Okay.  And it was an Instagram post and

18    also, again, I'm trying to refresh your memory

19    was -- I believe -- we'll double check this, but I

12:51:13 20    believe it was posted on June 27th.  So that would

21    have been the Monday, I believe, for that -- I'll

22    pull it up.  I think that's the date on it.

23    A     Okay.

24    Q     There's a lot of dates and I forget them

12:51:27 25    all, too.  Okay.  So do you remember about how many

## BRUCE JOHN 'B.J.' MACFARLANE

```
 1    times you spoke with -- with them?
 2        A      That'd be once.  I mean, it was not a -- I
 3    don't believe it was -- I don't -- I don't recall.
 4        Q      Was it just over e-mail?  Or I'm sorry.
12:51:40 5    Just over the phone?
 6        A      Yes.
 7        Q      No e-mails?
 8        A      No e-mails.
 9        Q      And no texts?
12:51:44 10        A      I don't believe so, no.
11        Q      You don't believe so.  Did you check for
12    any texts?
13        A      Yes.  From the goat just --
14        Q      On the -- on the texts, though?  How did
12:51:53 15    you search --
16        A      Yeah.
17        Q      -- through texts?
18        A      I believe by goat.  Yeah, I don't -- I
19    didn't text Lori because she doesn't want -- she
12:52:00 20    doesn't like texting.  And my niece, I don't think
21    we texted --
22        Q      Okay.
23        A      We talk.  They're more phone call.
24        Q      Okay.  So for your texts for your
12:52:07 25    searches -- I don't mean to revisit this again.  But
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    for your texts for your searches, you just searched
 2    goat?  Like, on -- on your phone itself, how do you
 3    search through --
 4        A      On texts.
12:52:17 5       Q      On a -- do you have an iPhone?
 6        A      Yes.
 7        Q      Okay.  Can -- are you -- are we able --
 8    I've never done this before --
 9            MR. BRIDGES:  Uh-huh.
12:52:23 10  BY MR. GORDON:
11        Q      -- so on the text bar, you just -- so if I
12    open my iPhone and my text messages --
13            MS. SHAKIB:  Yes.
14    BY MR. GORDON:
12:52:31 15       Q      Maybe I have done this before or -- oh, on
16    the search bar.  Okay.  So you typed in "goat" for
17    your texts?  Okay.  All right.  Okay.  And you
18    didn't -- and you didn't -- that was the only search
19    term you used on your texts?
12:52:41 20       A      Yeah.
21        Q      Okay.  Okay.  Okay.  So the evening you --
22    you spoke with Melanie Silva.  Did you speak with --
23    did she tell you who -- who bought the goat that
24    evening or who the bidder was?
12:53:04 25       A      Yes.  We -- we -- we do -- in our trailer,
```

1    we have that information.

2    Q    Okay.  So -- so who do you understand the

3    bidder to be then?

4    A    It was Brian and -- I don't know if it was

12:53:16  5    just Brian or if it was Brian and Megan.  I think it

6    was just Brian Dahle.

7    Q    Okay.  I'm -- I'm not trying to change -- I

8    believe -- I'll show you some documents --

9    A    Okay.

12:53:24 10    Q    I think it was both, to refresh your

11    memory.  But the Dahles is your understanding of --

12    A    Yes.  That's --

13    Q    At least Brian Dahle?

14    A    Yes.

12:53:29 15    Q    Okay.

16    A    And that --

17    Q    Okay.  So you --

18    A    And I don't know at that point I knew that

19    Kathie had -- I don't remember who -- how that

12:53:37 20    transpired to be all honest with you.  That wasn't

21    my concern at that point.

22    Q    Okay.  So in your mind that evening,

23    Brian Dahle, to the best of your recollection was

24    the -- was the bidder?

12:53:49 25    A    And the -- yeah.  It would have to be

**BRUCE JOHN 'B.J.' MACFARLANE**

1    because we had it right there.  I don't recall

2    actually looking at it, but I do know and remember

3    that's who bought it and that Kathie -- when I found

4    that out, could have been Sunday, could have been

12:54:01  5    Saturday night.  I have no clue when I found that

6    out -- or when I saw it.  I imagine it was Saturday

7    night, because we have that information in our

8    office.  But again that's part of the problem we

9    were running late is our gal doing the clerical

12:54:14 10    stuff.

11         That's her.  I just remembered.  Sorry.

12    I knew there was one more.  Now, I can't remember

13    her name.

14    Q    You got a face, though.

12:54:32 15    A    Yeah.  She was the one -- she was the one

16    running our portion of the clerical for the sale

17    that made us late.  Dang it.  Laura something.

18    Laura...

19    Q    Laura, not Lori?

12:54:53 20    A    Laura.  Yeah, that even brings it back more

21    because I was that was confusing that way, Lori and

22    Laura.  I don't remember her last name.

23    Q    Okay.  But you remember Laura?

24    A    Yes.  That was --

12:55:10 25    Q    Did you have her contact information?

## BRUCE JOHN 'B.J.' MACFARLANE

1      A      I don't believe so.

2      Q      Okay.  And did you have any conversations

3   with her that evening about -- about the -- Cedar or

4   the removal?

12:55:22  5      A      I think the only conversation we would have

6   had is two.  And I don't recall if we asked her

7   right then or -- she was smoke coming out of her

8   ears, so I don't know if we actually -- she was

9   overwhelmed with what her job was, so I don't know

12:55:40 10   if we actually bothered her.  Because we had a

11   computer that we could look on connected to her

12   database, I believe, is how we did it.

13           I'm sure she knew what was going on.  I

14   don't know if we directly -- she was in a different

12:55:54 15   part of the trailer.  We had an office trailer.  And

16   we locked her in one end -- I don't mean to say lock

17   her in.  She needed to be able to think and not be

18   interrupted, so we put her in a space where we could

19   close the door and she wouldn't be interrupted.

12:56:08 20   So --

21      Q      So smoke -- okay.  So smoke coming out of

22   her ears --

23      A      Means.

24      Q      -- is the referring to?

12:56:12 25      A      The workload, the auction.

BRUCE JOHN 'B.J.' MACFARLANE

1      Q     I see.  Yeah, processing the --

2      A     Processing all the stuff.  I didn't mean

3   to --

4      Q     No, it's fine.  It was not in relation

12:56:21  5   to --

6      A     No.

7      Q     -- what you were doing?

8      A     No.

9      Q     It's just in relation to --

12:56:22  10     A     Sorry.

11     Q     -- she was overwhelmed?

12     A     Yes.

13     Q     Okay.  It's fine.  Okay.  So do you know if

14   she spoke with Melanie that evening to apprise her

12:56:35  15   of -- of Cedar?

16     A     I do not believe so.  I -- again, I'm not

17   sure if she went to the off- -- main office.  I have

18   no idea if she did or not.

19     Q     Okay.  All right.  So -- and so that

12:56:46  20   evening, did you reach out to the Dahles at all that

21   evening?

22     A     (Witness shaking head.)

23     Q     I realize it would have been late, but did

24   you reach out to the Dahles at all that evening?

12:56:56  25     A     I did not that evening.  I don't know if

**BRUCE JOHN 'B.J.' MACFARLANE**

 1   I'm not sure if I ever did.

 2       Q    Did you reach out to Kathie Muse that

 3   evening?

 4       A    I do not recall.  I -- I'd say I probably

12:57:19  5   didn't.  I don't think I did, but...

 6       Q    It -- it seems like you were saying you --

 7   I'm assuming -- again, I'm not trying to put words

 8   in your mouth.  But from what you said a moment ago,

 9   the Dahles, you believe the -- were the purchasers

12:57:31 10   so you -- why would you have even reached to

11   Kathie Muse that evening?  You didn't -- did you

12   know her involvement at that point?

13       A    Because I think -- no, I don't know why I

14   would.  That's why -- that time frame is not -- I'm

12:57:52 15   not sure if I knew at that point, that's what I said

16   earlier, I don't know when I found out that exactly.

17   I knew at some point between Saturday night and

18   Sunday sometime we found out the whole -- who bought

19   the goat, who bid on the goat and where the goat was

12:58:09 20   going.

21       Q    Okay.  All right.

22       A    We -- we -- I don't know if I knew --

23   because I -- we did know.  Backing up here, we did

24   know that that goat was for the barbecue that night.

12:58:25 25   I do know that, because they got marked differently.

```
 1        Q      Okay.  They get marked.  How are they
 2   marked versus -- how is it marked differently?
 3        A      Re- -- they go to Kent's.  Yeah.  They go
 4   to Kent's Market.  They get brought back to Kent's
 5   Market.  He takes care of the barbecue and --
 6        Q      Do --
 7        A      -- also -- I --
 8        Q      Do any other animals go to Kent's Market or
 9   is it only animals going to barbecue?
10        A      Other animals.  So it's marked -- I'm not
11   sure how they decipher that.  I think that's on
12   Kent's side of things.
13        Q      Okay.  So in your mind was -- at that point
14   in time was -- was Brian Dahle the -- the bidder
15   of -- of -- I don't know -- he was the bidder,
16   correct?
17        A      Yes.
18        Q      He was the bidder.  And who would be --
19   would be deemed -- I know it hasn't gone to Kent's
20   yet and the barbecue hasn't happened yet, but who
21   would be deemed the owner at that point in time?
22        A      I believe at that time the owner is
23   Brian Dahle, and we have -- the fair, not we, is the
24   one to mitigate getting it to the processor.  And
25   then the processor needs to get it to Kent and
```

12:58:43 (line 5)
12:58:55 (line 10)
12:59:14 (line 15)
12:59:24 (line 20)
12:59:41 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

1   that's...

2       Q      Okay.  Okay.  So the next morning -- so

3   this is -- we're still late in the evening on

4   Saturday now.  So -- and you had testified earlier

13:00:01  5   that you spoke with Melanie and she was shocked, and

6   then -- but you were busy that evening handling a

7   lot of matters with getting the other animals

8   onto -- onto the truck, et cetera, and any related

9   matters.  So to the best of your memory, your

13:00:17  10   conversation was let's -- let's kick the can down

11   the road is what I think is what I said or pass the

12   ball to the morning.

13           So what time did you arrive on the

14   fairgrounds the next morning?  This is Sunday now.

13:00:31  15       A      Yeah.  I couldn't recall.  My hours that

16   week are from probably 5:00 till 1:00 in the

17   morning.  5:00 a.m. to 1:00 in the morning, so I

18   am -- so I might have slept in till 8:00 that

19   morning.  I have no idea.

13:00:55  20       Q      Yeah.  It's draining is what you're saying?

21       A      Yes.  And especially that night -- that

22   day, I think we were up for almost 24 hours there.

23       Q      I see.  All right.

24       A      I -- I think we got finished loading at

13:01:09  25   4:00.  Well, I was up at 5:00 that -- or before

1    5:00 that morning, so...

2        Q    So whenever you did arrive was Melanie

3    already there?

4        A    I don't believe so.  I -- again, I can't

13:01:26  5    recall.

6        Q    Okay.  And what -- so you recall speaking

7    to her the next day, though?

8        A    I'm sure we did, but I don't -- I don't

9    recall it, no.  I don't recall it, but -- I'm I had

13:01:35 10    to have.

11        Q    Because she was the CEO and you were the

12    livestock manager and you would --

13        A    Yeah.  Just I'm cleaning up the livestock

14    office now and -- because we have a livestock office

13:01:47 15    out of livestock and -- and that's only used once a

16    year -- or a week a year, and the rest of it goes

17    to -- back to the main office at that point.

18        Q    Did you speak -- do you remember speaking

19    with her about Cedar on Sunday or Jessica?

13:02:00 20        A    If I -- if I did talk to her, I'm sure we

21    talked about it.

22        Q    Do you remember the content of any of those

23    conversations?

24        A    I must have -- no, I don't.  I do not.  I'm

13:02:13 25    sorry.  I'm sure we talked about it, but I don't

**BRUCE JOHN 'B.J.' MACFARLANE**

1    know the content.

2        Q      Did you -- earlier, you mentioned that

3    you -- I think you mentioned this -- that you had

4    reached out to -- that either -- was it -- you

13:02:34  5    mentioned that Melanie -- I asked if -- if -- you

6    reached -- if Melanie had brought up law enforcement

7    on Saturday night.  And refresh my memory on your

8    answer.

9        A      I'm not sure if we -- I don't recall.  I

13:02:48 10    don't think we were even to that -- because at that

11    point we didn't know what was going on.  We didn't

12    know the -- the -- what was going on for the most

13    part.  I mean, we still didn't know.  We know she

14    had the goat.  We didn't know what was going on.

13:03:02 15        Q      Okay.  What -- did you have -- did Melanie

16    have any -- did she relay any suspicions to you at

17    that point in time why she thought Jessica took the

18    goat either Saturday night or Sunday morning?

19        A      I do not recall.  If she did, I don't -- I

13:03:18 20    don't think anybody knew.

21        Q      Okay.  Okay.  So -- but you said you

22    suspected it because earlier, you know -- I'm

23    paraphrasing -- but you said, well, kids bond with

24    the animals and that was your suspicion, something

13:03:33 25    along those lines.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        A       (Nodding.)

 2        Q       Okay.  And did you relay that to Melanie at

 3    all?

 4        A       I -- I --

13:03:40  5       Q       Potentially?  But you don't recall?

 6        A       I do not recall.

 7        Q       Okay.  So you mentioned earlier in your

 8    testimony, at some point, you said about contacting

 9    the CDFA.  Do you remember when you first reached

13:03:58 10   out to the CDFA?

 11       A       I don't believe I did.  I think Melanie

 12   did.

 13       Q       Okay.  Do you know about when -- abouts

 14   when she did that?

13:04:08 15       A       I would imagine it would have been Monday

 16   morning --

 17       Q       Okay.

 18       A       -- as soon as they opened.  I don't know,

 19   though.  It had to be then.  It had to be close to

13:04:15 20   then.

 21       Q       Is there anyone on Sundays at CDFA you

 22   could have called?

 23       A       No.  I don't think so.  Not that I know of.

 24   I didn't think I had anybody's cell phone number.

13:04:25 25       Q       Hmm.
```

1     A     And I don't know if Melanie did, but she
2     would have been the one to contact them, not me.
3     Q     Do you know who she contacted at the CDFA?
4     A     It was either Mike Francesconi or the
13:04:39 5     old -- I don't remember when Mike took office.  It
6     must have been Mike is who she would have -- he was
7     the head of CDFA, so that's who she would have --
8     and it might have been Michael Flores.  I don't
9     know.  But I'm pretty sure it would have been
13:04:52 10     Michael Francesconi --
11     Q     Okay.
12     A     -- Mike Francesconi.
13     Q     But he was the head of CDFA?
14     A     I'm not sure of their title, but he was the
13:05:01 15     one that was -- the boss of all the fair managers.
16     Q     Okay.
17     A     From my knowledge.  That's who I was
18     reported when I was CEO was the person in his
19     position.
13:05:10 20     Q     And by the fair managers, you mean people
21     in Melanie Silva's position, which is the -- the CEO
22     or your --
23     A     Yes.  I'm sorry.  The CEOs of the district
24     fair, would -- he's ultimately the -- any questions
13:05:25 25     that you have, that's your guy, like...

1     Q     Okay.

2     A     They have a whole department, but he's the

3   head of it.

4     Q     I see.  Now, did you ever report the

13:05:39  5   Cedar -- the Jessica Long issue to the board of

6   supervisors of the Shasta Fair -- the Shasta -- or

7   the 27th District Agricultural Association?

8     A     Not that I recall.  It would have been -- I

9   don't believe I would have -- the only person I knew

13:05:59 10   on there would be Mary Rickert to my remembrance.

11   And I don't believe I -- I don't -- I didn't have

12   any reason to tell them, I don't think.

13     Q     You say Mary or --

14     A     Mary.

13:06:19 15     Q     Mary.  Okay.  And you don't believe you

16   spoke with -- with Mary about -- about Cedar?

17     A     No.

18     Q     Is -- is Mary still on the board?

19     A     Sure.

13:06:30 20     Q     Sure?  Okay.

21     A     Sure.  I believe she -- this is her last

22   term, I think.  I don't know -- this county -- yeah,

23   I'm...

24     Q     Potentially.  You don't know for sure.

13:06:39 25     A     Potentially, I think so.

## BRUCE JOHN 'B.J.' MACFARLANE

1       Q       Okay.  Had -- and did you speak with her

2    about this case at any point in time?

3       A       Not that I recall.

4       Q       Did she send you any e-mails or texts?

13:06:54  5       A       No.  I might have, in passing -- I don't

6    know.  I -- the next time I seen her was the

7    McArthur fair two months later.  I don't think we

8    talked about it.

9       Q       Two months later after the --

13:07:09 10       A       After the -- after the county fair.

11       Q       Okay.  After -- so -- so this would be end

12    of August?

13       A       Yeah.

14       Q       Okay.  So before the lawsuit --

13:07:16 15       A       Yeah.

16       Q       -- came up?

17       A       I don't think.

18       Q       Okay.  All right.  Okay.  So when did you

19    first -- and did you -- I know you had some text

13:07:28 20    exchanges with Jessica Long.  Did you review them

21    before coming here today?

22       A       A little bit, yeah.

23       Q       So it's somewhat fresh in your mind?  Okay.

24    Well, I mean, I can --

13:07:36 25       A       Yeah.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1      Q     I know they're somewhere.  I can show 'em
 2   to you but just generally.
 3            So you -- when did you -- you texted
 4   Jessica Long, I believe, on the -- the -- I
13:07:49  5   should -- before I get to that, let me ask you about
 6   the Instagram post because that's popped up a few
 7   times.  So let me get the -- this -- I'll find the
 8   date it came out, too, just for a time frame.
 9            MR. GORDON:  John, I'm just using your
13:08:11 10   public records again.  So you have them?  I don't
11   need them to --
12            MR. BRIDGES:  No, that's fine.
13   BY MR. GORDON:
14      Q     So this will be Bates stamp number 17 from
13:08:20 15   the public records.  So take a look at that and let
16   me get you -- that is the Instagram post you're
17   referring to, right --
18      A     Yes.
19      Q     -- which we'll mark as Exhibit B?
13:08:36 20            THE COURT REPORTER:  B.
21   BY MR. GORDON:
22      Q     B, yes.
23            B.J., let me get you -- I'll show you a
24   better look at it, just so we can agree on the date
13:08:44 25   because it's not on that public records.  But it was
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1   in the warrant and has a -- the more full printout
 2   that has the date.  So I'll just show you on my
 3   computer and we can agree on it in one second.
 4            (Exhibit B was marked.)
13:09:12  5   BY MR. GORDON:
 6      Q    I have a better copy somewhere, but I think
 7   this will -- if it isn't sufficient, I'll get the
 8   clearer one.  But here's the warrant.  It's in the
 9   warrant.  But June 27th, it appears to be --
13:09:21 10      A    Yeah.
11            MR. GORDON:  John, do you need to see?
12   You're aware of the date?
13            MR. BRIDGES:  Yeah.
14   BY MR. GORDON:
13:09:26 15      Q    So it's posted June 27th.  So that would
16   have been Monday, Monday morning.
17      A    Yeah.
18      Q    How soon did you -- how soon did -- before
19   you saw this Instagram post when it was posted?
13:09:39 20      A    I believe it took a few days.  To my
21   recollection, it took till -- I -- I do believe it
22   took till, like, Wednesday or Thursday before
23   somebody --
24      Q    All right.
13:09:57 25      A    -- mentioned it.  I don't know, though.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1    Maybe it was sooner.  I have no idea.

2       Q    Well, I'll -- I'll try to refresh your

3    memory.  So --

4       A    I could.

13:10:07  5       Q    No.  I -- yeah.  I hear you.  That's fine.

6            So this is -- and I've already talked this

7    through with your attorney.  So you know Ms. Muse

8    produced the text chain.  So it's slightly fuller

9    than the one you have -- by "fuller," I mean there's

13:10:21 10    more to see on it.  So I'm going to use hers, but

11    it's the same --

12       A    Yeah.

13       Q    -- it's the same -- it's just what she's

14    produced.  It's just -- so this would be the

13:10:30 15    inverse --

16       A    Okay.

17       Q    So, you know, she's in the dark shaded and

18    you're -- or these -- you're presumably --

19       A    Yes.

13:10:32 20       Q    -- on these unless --

21       A    Yes.

22       Q    -- you tell me this isn't you texting in

23    the -- the -- you know, on the other -- left side of

24    the -- of the -- of the page.  So -- so this will --

13:10:44 25    we'll mark this Exhibit C.  And before I hand it to

```
 1    you, it is the -- this is the same Instagram post as

 2    you on the front.

 3        A    Yeah.

 4             (Exhibit C was marked.)

 5    BY MR. GORDON:

 6        Q    And it says June 28th at 6:16 p.m.  So I'm

 7    wondering if that is when --

 8        A    Yes.  Okay.  So it was then.

 9        Q    Okay.  So --

10        A    Just -- I could not remember when -- for

11    some reason it stuck in the back in my mind.  I

12    didn't see it for a few days, but apparently not.

13        Q    No.  That's fine.  For and so -- okay.

14    So you learned about it first on 6/28.  Is this

15    about --

16        A    Yeah.

17        Q    Okay.  Did you immediately text it to

18    Kathie Muse right afterwards?

19        A    I don't know that.  I don't remember the

20    time frame, but I probably did because, at that

21    point, we knew that she was involved in it.

22        Q    Okay.

23        A    She bought it.

24        Q    I know it's --  who is --

25        A    Bid on it.
```

Time stamps in left margin: 13:10:50 (line 5), 13:10:58 (line 10), 13:11:22 (line 15), 13:11:34 (line 20), 13:11:43 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

1      Q     Sorry.  Okay.  Okay.  So who is -- is this

2   a pen of yours?

3            THE VIDEOGRAPHER:  I don't think so.

4   BY MR. GORDON:

13:11:54  5      Q     It's fine.  I'm just using it as a pointer

6   at the moment.

7            So I notice this is the Bleating Hearts --

8   the one in the warrant and the one from the public

9   records is from -- does this say Bleating Hearts on

13:12:03 10   there?

11      A     Yes.

12      Q     Okay.  So this is their post.  They -- this

13   organization posted it.  Did you -- did you

14   understand when you first saw it that Jessica had

13:12:11 15   posted it?

16      A     No.

17      Q     No.

18      A     Because I read the -- the Bleating Heart

19   deal.

13:12:20 20      Q     Okay.  But do you think that Jessica was at

21   all responsible for this post?

22      A     I mean, it's, like, I couldn't presume who

23   was responsible.

24      Q     I'm asking you.  What -- and at that time,

13:12:34 25   did you understand that Jessica had posted this to,

1    you know, so people would call the fairgrounds

2    and -- and, you know --

3        A    Yeah, somebody -- yeah.

4        Q    I know.  I know someone did, but did you --

13:12:44  5        A    Yes, I -- yeah, but that information's

6    readily available.

7        Q    Yes.

8        A    Yeah.  Yeah, I guess it would -- she took

9    the goat to Napa is what I -- that's what I presumed

13:12:54 10    is she took the goat over there.

11        Q    Yes.  I understand that, but what I'm

12    asking you is this Instagram because it contains --

13    it contains pleas to contact the fairgrounds and

14    whatnot?

13:13:04 15        A    Uh-huh.

16        Q    Did you think Jessica was -- had posted

17    this to get people to contact the fairgrounds to,

18    you know, plea for her -- her, you know, being able

19    to save Cedar or something to that effect?

13:13:17 20        A    Yeah.

21        Q    You thought -- okay.  So you thought -- I

22    know Bleating Hearts is doing it, but you thought

23    they were doing it at the behest of Jessica, for

24    example, like she wanted this thing to go --

13:13:26 25        A    I'm not sure who wanted it to go.

**BRUCE JOHN 'B.J.' MACFARLANE**

1    Q    Well, that's what I'm asking.  At the time,
2    did you think that Jessica was the one, you know --
3    A    I thought she had some involvement, but
4    I -- the Bleating Heart, I knew had some
13:13:38 5    involvement, too.
6    Q    Yes, I understand.  I understand you knew
7    Bleating Hearts would have some involvement.  But
8    you also thought from what you said a moment ago --
9    A    Yeah.
13:13:45 10    Q    -- that Jessica also wanted people to
11    contact the fairgrounds to help save Cedar.
12    A    Just --
13    Q    There's not a right or wrong answer --
14    A    Yeah.
13:13:52 15    Q    -- I'm just curious of what you thought.
16    A    That's -- what I presume that Bleating
17    Heart Farms, she found them, and they're going to do
18    this.
19    Q    And maybe she had them post this to help
13:14:03 20    her out.
21    A    Maybe.
22    Q    Okay.  All right.  So you thought at the
23    time that Jessica was trying to get some assistance
24    from the public to get --
13:14:08 25    A    Yes.  Because she reached out to these

1    people.  They didn't reach out to her.  I shouldn't

2    say that.  I have no idea who reached out to who,

3    but with that -- and looking up Bleating Farms and

4    what they are about, I presumed it was them, as well

13:14:24  5    probably as Jessica.

6        Q    Okay.  That's fine.  I mean, for -- I know

7    we're well past that point now but for -- I now

8    understand you presumed at that time, but, you know,

9    Jessica asked them to remove this, so it didn't pick

13:14:40 10    up a cir- --

11        A    Oh.

12        Q    They put it up on their own.  So maybe it

13    would have helped at the time, but -- but it didn't.

14    Anyways, so who is this (indicating)?  So --

13:14:50 15        A    That's what I just looked at.  I don't -- I

16    don't recall.

17        Q    You don't know who -- okay.  I mean, I

18    don't know -- you probably don't believe me, but

19    we're -- I had no idea who she was.  She's

13:15:02 20    apparently -- she's got, like, a Wikipedia page,

21    so -- and she's an animal right activist.

22    Kathie Muse, I'll represent, apparently if you

23    recall, made some comments she knew who this person

24    was.  But I'm wondering do you know who Zoe -- I

13:15:15 25    can't -- I -- it's upside down.  Zoe --

```
     1        A       Rosenberg.
     2        Q       -- Rosenberg -- I'm sorry -- is?
     3        A       I remember seeing that name.
     4        Q       And --
13:15:23  5   A       And I don't know why -- did she share it
     6   and that's the picture I got?  I'm not sure.
     7        Q       You know, I -- because we just got this --
     8   I -- I --
     9        A       Yeah.
13:15:33 10   Q       -- googled her the other day.  Let me just
    11   show you a photo of this woman to see if you,
    12   potentially, you do know who she is.  So for the
    13   record, I'm googling Zoe Rosenberg -- yeah, Siri
    14   auto-populates -- it did it to me last night, too,
13:15:51 15   when I googled it who it is.  And it's -- it says an
    16   American animal rights activists, so it's -- one
    17   second.  Wikipedia -- so I know this isn't on the
    18   record, but does that -- have you seen this woman
    19   before?
13:16:01 20   A       (Shaking head.)
    21   Q       Okay.
    22   A       No.
    23   Q       All right.  Kathie Muse apparently knows
    24   who she is.
13:16:05 25           So is there any reason you forwarded this
```

1    IG post from Zoe Rosenberg's social media as opposed

2    to Bleating Hearts?  How did you --

3        A     I have -- I must have searched it and

4    that's the one that came up.  I don't -- I'm not --

13:16:19  5    I'm seeing that now because it's -- I remember

6    seeing Bleating Hearts, and I'm not sure why -- I

7    have no idea.

8        Q     Okay.

9        A     What I sear- -- when I searched it, because

13:16:31 10   I didn't save it or like it or anything like that.

11   So I had to search it a few times I looked it up and

12   I don't know if that's because she shared it.  I'm

13   not -- I have no idea why.

14       Q     Okay.  Okay.  So but -- okay.  So you don't

13:16:44 15   remember but -- so did someone potentially send you

16   this from Zoe Rosenberg?

17       A     Possibly.  I -- I...

18       Q     I simply asked --

19       A     I searched -- I don't...

13:16:57 20       Q     I simply ask because, you know, and

21   you're -- you're a farmer, you're involved in

22   agricultural.  This might be someone who -- who

23   farmers or people involved -- might be mindful of

24   or, you know, deem antagonistic or something like

13:17:12 25   that.  So that's -- that's why I'm -- I'm not

**BRUCE JOHN 'B.J.' MACFARLANE**

1    representing her.  I've never met this woman.

2         I -- in all sincerity, I didn't know -- any

3    idea who she was until last night.  And that was

4    only because Kathie Muse said, "Oh, she chains

13:17:22  5    herself to something, you know, trees," and she made

6    some passing comment.  I'm probably butchering what

7    she actually said.  But at any -- in any case --

8         MR. BRIDGES:  No -- no pun intended.

9    BY MR. GORDON:

13:17:34 10    Q     In any case, I was just curious.  So you

11    don't know how you came across this particular

12    Instagram post --

13    A     No.

14    Q     -- I mean, but we agree it's the same post?

13:17:42 15    A     Yes, sir.

16    Q     Okay.  So then you -- so at the time, did

17    you think that Jessica was potentially working

18    with -- with people in the animal rights community?

19    A     Yeah, it's potentially -- I didn't --

13:18:04 20    Q     Was that -- I mean --

21    A     Potentially.  I didn't know.  I just knew

22    that after researching what Bleating Heart Farm was,

23    it's a sanctuary, I guess, I knew they were a big

24    part of it.

13:18:16 25    Q     Yeah.  I'm not making a judgment call.

1       A       Yeah.  That's --

2       Q       So -- so from -- from your perspective at

3   that time you suspected that Jessica was dealing

4   with people involved in the animal rights community

13:18:25  5   based off of --

6       A       Well, and also --

7       Q       -- Bleating Hearts?

8       A       -- off of her telling me she took it to

9   Napa.  At some point, she had -- she didn't tell me

13:18:34 10   she took it to Napa.  She told me she took it two

11   hours away or something.  So I knew at some point

12   she did tell me she took it.  I don't know if it was

13   two hours.  I don't know.  But she told me she took

14   it away.  So she got it there, so...

13:18:49 15       Q       Were you aware of Bleating Hearts -- again,

16   this is not -- it's not -- it's not a judgment call.

17   Were you aware of Bleating Hearts before this?

18       A       No, sir.

19       Q       Because it's -- it's a small -- you've

13:18:59 20   looked at it online.  It's, you know, almost -- I

21   don't want to say mom and pop, but it's two people

22   at their house.

23       A       Yes.

24       Q       So -- okay.  But -- so she took it two

13:19:10 25   hours away, and you interpreted that to mean she

1    took it to some sanctuary or --

2        A    I couldn't tell you until I saw this is

3    where it's at.  I couldn't tell you.  She could have

4    took it to her third cousin's house.  I have no idea

13:19:23 5    where she took it.

6        Q    Hm.  Okay.  Okay.  So -- but she took it

7    there or she said she took it two hours away or so,

8    and then you saw the Instagram post and it kind

9    of -- then your -- your picture or it distilled more

13:19:35 10    clearly --

11        A    Yes.

12        Q    -- of what happened -- or what you thought

13    happened.  Okay.  All right.  That's fine.

14            Okay.  So the post comes out on -- on

13:19:46 15    June 27th.  About how long before the fair, to your

16    knowledge -- I know you were not CEO at that time,

17    but about how long until the fair started getting

18    calls if you can recall?

19        A    The next couple days.  I mean, within two

13:20:05 20    days.  And talking to Melanie, she had to shut her

21    phones off.

22        Q    Okay.  So you don't recall which day

23    precisely but it was within --

24        A    Within two days, I'm guessing.

13:20:14 25        Q    Okay.  Within two days.  Okay.  All right.

```
 1    And is that -- were the phone calls to the fair what

 2    prompted you to seek out the -- the post?

 3       A      No.

 4       Q      No.  So it's -- so you knew about the

13:20:29 5    post --

 6       A      Somebody had told me about it, so I

 7    searched it is how -- I don't remember seeing it.

 8       Q      Okay.  Do you remember who told you?

 9       A      No, I do not.

13:20:41 10      Q      Okay.  Okay.  So -- so at what point --

11    and -- one second.  Can we go off the record for a

12    second?  I don't want to be fumbling through the

13    documents while I find the one I want because I have

14    multiple here.  We'll go off the record.

13:21:07 15            THE VIDEOGRAPHER:  We're off the record.

16    The time is 1321.

17            (Whereupon recess was taken

18            from 1:21 p.m. to 1:25 p.m.)

19            THE VIDEOGRAPHER:  We're back on the record

13:25:36 20    and the time is 1325.

21    BY MR. GORDON:

22       Q      Okay.  So Monday morning Instagram post

23    gets out, but you -- you don't learn about it until

24    a day or two later potentially.  And -- and upon

13:25:50 25    seeing it, you had some suspicion that Jessica was
```

1    maybe working with people in the animal rights

2    community, something like that, correct so far?

3    Yes?

4        A    Yes.

13:26:01  5        Q    Okay.  And did you -- did you talk about

6    the post with Melanie Silva at all?

7        A    I'm sure we did, yeah.

8        Q    Do you remember what you discussed?

9        A    The -- I remember -- we knew where the --

13:26:14 10   the goat was somewhere in Napa maybe.  That's about

11   the gist I can remember of talking about it.

12       Q    Did you fill Melanie in on -- on what kind

13   of organization Bleating Hearts was at that time?

14       A    Yeah.  If she hadn't known already, I told

13:26:33 15   her it was an animal sanctuary.

16       Q    Okay.  Okay.  So she also knew what type

17   of -- it's your understanding that she also knew

18   what type of --

19       A    I --

13:26:43 20       Q    -- organization it was at that time?

21       A    Yeah, I'm not -- I don't remember.  I don't

22   recall these conversations at all, but I'm -- I'm

23   guessing that's what our conversations were.

24       Q    Okay.  Okay.  Did she ever make any

13:26:55 25   comments about, oh, she's, you know, run off with --

BRUCE JOHN 'B.J.' MACFARLANE

1    you know, Cedar off with, you know, PETA people or

2    anything to that effect?

3        A     No, I don't recall anything like that.

4        Q     Okay.  Okay.  You don't recall anything

13:27:06  5    like that, but you -- you recall that she was aware

6    that she, too, thought Cedar was there and in -- at

7    some animal sanctuary in Napa?

8        A     Yeah.

9        Q     Yes?

13:27:21 10           Okay.  And did either of you ever try to

11   reach out to Bleating Hearts just out of curiosity?

12       A     I don't think I did.  And I'm not -- I

13   don't think she did either.  I don't recall reaching

14   out to them.  I don't think I would have.

13:27:41 15       Q     Uh-huh.

16       A     I didn't -- I wasn't running -- I wasn't --

17   I would add I don't think I reached out.  I know I

18   didn't reach out to 'em to my knowledge.  I don't

19   think she did, but I have no idea.

13:27:54 20       Q     I haven't heard any -- that's not a trick.

21       A     Yeah -- no.

22       Q     I hadn't heard that you -- that you --

23       A     That's why I'm trying to think --

24       Q     -- did.

13:28:00 25       A     -- if I had and I don't recall.

1        Q      Okay.  Did you ever consider it?

2        A      No.  Because I was waiting to -- at this

3    point, I'm waiting to hear from Melanie who's

4    waiting to hear from CDFA and I'm not doing anything

13:28:18  5    else.

6        Q      Okay.  All right.

7        A      In terms of recovering a goat, that was up

8    to CDFA and Melanie to say yes or no if they're

9    going to recover the goat.

13:28:32 10       Q      So when did you first make contact with --

11    I know we discussed -- strike that.

12             We discussed Sunday how you went back to

13    the fair and you had conversations with Melanie, but

14    you don't recall what exactly you spoke about.  Do

13:28:45 15    you recall if you tried to reach -- if you tried to

16    reach out to Jessica that day?  This is -- this is

17    Sunday now.

18       A      I think it was Mon- -- I might have reached

19    out to her that day, but I think it was Monday

13:28:57 20    before I actually talked to her.  But that's a vague

21    remembrance.

22       Q      That's fine.

23       A      Monday is when I actually talked to her.

24       Q      And did you --

13:29:08 25       A      But then we had a text of stuff back and

1    forth.

2        Q     Okay.  And you spoke with her on the phone,

3    correct?

4        A     (Nodding.)

13:29:14 5        Q     Do you remember about what time you spoke

6    with her on the phone?

7        A     It was mid morning maybe.  I remember,

8    again -- I don't know why I can't remember times.  I

9    remember where I was standing in the middle of the

13:29:27 10   fairgrounds, but I'm guessing mid morning 9:00-ish.

11       Q     Maybe you're spatially oriented and that's

12   why you couldn't remember -- and not temporarily

13   oriented.  I don't know.

14             So you remember speaking with her on the

13:29:40 15   phone around 9:00-ish at the fairgrounds.  And do

16   you remember what you discussed with her?

17       A     Yes.  I asked her that we need to get the

18   goat back.

19             And she said, "There's got to be some other

13:29:55 20   way."

21             And I said, "No, there's no other way that

22   you don't own the goat at this time.  It's my

23   opinion you're stealing something over $400 of

24   agricultural commodities.  It's considered a

13:30:09 25   felony," which I had to look it up.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1              MR. BRIDGES:  Stop for the second for --
 2      you good?
 3              THE COURT REPORTER:  I'm good.
 4              MR. BRIDGES:  Go ahead.  I'm sorry.
 5              THE WITNESS:  And then she said, "There's
 6      got to be some other way to work it out," back and
 7      forth, back and forth.  And then I believe she
 8      wanted the documentation from the 4-H office and
 9      from us.  And then -- then that correspondence went
10      from Melanie to her.
11      BY MR. GORDON:
12         Q    Okay.  So you said you had to look at the
13      felony.  What felony did you -- I know you not an
14      attorney --
15         A    No, but it's --
16         Q    -- but you -- what do you recall?
17         A    Well, I just -- anything -- a stolen
18      property over $400 of agriculture commodity is
19      what...
20         Q    If I -- if I throw a statute out there,
21      might you recall?
22         A    No.
23         Q    487- -- Penal Code 487(a); is that
24      potentially livestock theft?
25         A    Yeah.  It was a livestock, yeah.  It was
```

13:30:16 (line 5)
13:30:35 (line 10)
13:30:40 (line 15)
13:30:53 (line 20)
13:31:04 (line 25)

BRUCE JOHN 'B.J.' MACFARLANE

1    livestock.

2        Q     I'll just show it to you, and you can tell

3    me if that's the one you were talking with her

4    about.  I'll just pull it up online.  You can read

13:31:14  5    it and tell me if it's the one.  It's the one that's

6    written all over the sheriff's investigation

7    reports.  I assume it's -- and it's the one that

8    Jessica understood you to be talking about.  But

9    I'll just see if you can tell me.  Just a second.

13:31:33 10    But maybe you have another one in mind.  It's --

11    it's a long one.  But is this generally -- take a

12    look.

13        A     Yes, I believe that's the one I --

14              MR. GORDON:  John, is this your first case

13:32:01 15    ever involving this statute in any capacity?

16              MR. BRIDGES:  Yes.

17              MR. GORDON:  Yeah.  Okay.

18              THE WITNESS:  I think that's the one I saw.

19    BY MR. GORDON:

13:32:07 20        Q     Okay.  All right.  Okay.  So and -- so you

21    told her on the phone that what she did was

22    potentially a violation of this Penal Code statute,

23    correct?

24        A     Yeah.

13:32:18 25        Q     Okay.  All right.  And had you -- again,

**BRUCE JOHN 'B.J.' MACFARLANE**

1    not a judgment.  But had you had any training in law

2    enforcement or at this point in time?

3        A     No, sir.

4        Q     Any training on Penal Code at this point in

13:32:29  5    time?

6        A     No, sir.

7        Q     No.  Okay.  Had you had any training on --

8    I know you said -- you did not believe she was the

9    owner, but had you had any training on contracts at

13:32:40 10    this point in time?

11        A     What kind of -- like, the fair contracts?

12        Q     Oh, like training on interpreting

13    contracts, what kind of -- you know, what contract

14    laws apply here, et cetera, like the civil code,

13:32:57 15    commercial code, things of that nature?

16        A     No.

17        Q     Okay.  All right.  But it was your

18    impression, for whatever reason, that the -- the

19    Penal Code here might apply and that she committed a

13:33:08 20    felony, correct?

21        A     Yes.

22        Q     Okay.  And you represented that to her?

23        A     Yes.

24        Q     Okay.  What was her reaction when you

13:33:17 25    represented that to her?

**BRUCE JOHN 'B.J.' MACFARLANE**

1     A     I believe it was, "There's got to be some

2  other way."  She just kept saying that.  That's what

3  I remember her saying is "There's got to be some

4  other way."

13:33:28  5     Q     Okay.  Did was seem frightened?

6     A     No.  She just was seemed she wasn't going

7  to give the goat back.

8     Q     All right.  All right.

9     A     I don't think she seemed -- I don't -- no,

13:33:41 10  I don't think she was frightened.

11     Q     You don't think she was frightened.  Okay.

12  All right.

13           Did you think -- again, I'm asking you

14  personally, did you think a felony was maybe

13:33:52 15  overkill for what happened here?

16           MR. BRIDGES:  Just object that's not

17  relevant, but if you have an opinion I guess you can

18  share it.

19  BY MR. GORDON:

13:34:02 20     Q     Yeah.

21     A     At this point, no -- I don't know.  I don't

22  know.  At -- there was a goat that was stolen and so

23  that's what I thought at that point.

24     Q     Okay.  Yeah.  I mean, the reason I'm asking

13:34:14 25  is because earlier you used the word "everyone was

## BRUCE JOHN 'B.J.' MACFARLANE

1   shocked," so -- so shocked to the level of this is a

2   felony?

3       A    No, I just -- shocked that someone stole a

4   goat.  I mean, that's not -- felony had nothing to

13:34:31  5   do with it in my opinion.  I mean -- no.

6       Q    Well, it must have had something to do with

7   it because you said it to her.

8       A    I looked it up and I just thought -- but I

9   just wanted the stolen goat back at that point n

13:34:48 10   time.  It would make things a lot easier.

11      Q    So you looked -- whenabouts did you look

12   this -- I know it was before talking to Jessica, but

13   do you know whenabouts?

14      A    Sunday sometime maybe.

13:34:58 15      Q    Sunday.  Okay.  All right.  And -- okay.

16   So you had this conversation with Jessica on the

17   phone.  You tell her she committed a felony in your

18   opinion or potentially committed a felony, you

19   know --

13:35:08 20      A    Yeah.

21      Q    I know you're not a cop or the DA, but

22   that's what's expressed to her.  And -- and then

23   your communications pivoted just to texts, correct?

24      A    (Nodding.)

13:35:21 25      Q    Okay.  And -- okay.  So on -- also on

```
 1    Monday morning you produced this in discovery.  So
 2    I'm going to give you -- John, do you need a copy of
 3    this?  It's the goat theft at fair.  You sent this
 4    to us.
 5            MR. BRIDGES:  I don't need to see it.
 6            MR. GORDON:  So this will be exhibit --
 7    exhibit -- what are we at?
 8            THE COURT REPORTER:  D.
 9            MR. GORDON:  D.  All right.
10            (Exhibit D was marked.)
11    BY MR. GORDON:
12       Q    Okay.  Okay.  So this is Exhibit D.  Did
13    you review this in preparation for today?
14       A    Yes.
15       Q    Okay.  What is this an e-mail chain of if
16    you could just describe it?
17       A    Bruce Ross who is Brian Dahle's assistant,
18    or I'm not sure, his district director, e-mailed me
19    this.
20       Q    He e-mailed you -- okay.  So he -- trying
21    to find when the chain starts.  Okay.
22       A    Bruce Ross to bjherefords.  The front page.
23    I don't know where -- that's where it ended but --
24       Q    So I see the earlier text chain's
25    June 27th, 12:21.  I'm looking at the bottom of the
```

Timestamps in left margin:
13:35:37 (line 5)
13:35:47 (line 10)
13:35:54 (line 15)
13:36:12 (line 20)
13:36:27 (line 25)

**BRUCE JOHN 'B.J.' MACFARLANE**

1    first page.

2        A    Okay.

3        Q    And that's the -- that's the first chain --

4    although this --

13:36:33  5        A    I don't know who Sheldon Fort is.

6        Q    Yeah, I think this is just something that's

7    left off -- or something from -- he forwarded you an

8    e-mail that he had received.  That's, I guess, what

9    happened here.

13:36:44 10             But so Fort Sheldon -- or Sheldon Fort --

11    I'm sorry -- looks like initiated this e-mail on

12    June 27th at 12:21 p.m., goes the Bruce Ross, and

13    then Bruce Ross sends it to you at 12:41 p.m. the

14    same day.

13:37:00 15             Okay.  So did you read this e-mail at the

16    time?

17        A    Yes.

18        Q    Okay.  And so you saw on the second page,

19    it looks like -- do you know what this paragraph is

13:37:17 20    on the second page that was forwarded to you?

21        A    I'm guessing it was from Jessica.

22        Q    Okay.  So at the -- at the time, though,

23    you understood this paragraph to be from Jessica,

24    correct?

13:37:27 25        A    Yes.

BRUCE JOHN 'B.J.' MACFARLANE

1      Q     Okay.

2      A     I mean, I -- I don't -- that's what it

3    implies to me.

4      Q     No, I understand.  Yeah, I'm just asking

13:37:36 5    what you understood at the time, B.J., so --

6      A     Yeah.

7      Q     -- it's -- so she offers in it -- and you

8    read this at the time.  So you saw that she offered,

9    "I will pay you back for the goat and any other

13:37:49 10   expenses I caused"?

11     A     Yes.

12     Q     Okay.  And -- and did you have any reaction

13   to that at the time why -- her offer to pay?

14     A     No, I'm -- no.  Because the owners -- there

13:38:06 15   was new owners so there's no -- in my opinion,

16   there's no one to pay.  It sold.

17     Q     Okay.  Do you know about when -- for an

18   animal or goods in general, do you know when --

19   when -- how title transfers to determine ownership?

13:38:23 20   Have you ever -- have you ever been trained on that?

21     A     No.

22     Q     Are you familiar with -- you may be now,

23   because I'm sure you've read the Complaint.  But at

24   the time were you familiar with a minor's right to

13:38:40 25   disaffirm a contract?

BRUCE JOHN 'B.J.' MACFARLANE

1       A       No.

2       Q       No.  Okay.  Did -- let me ask you this.  At

3  the time, though, and maybe take out the word

4  disaffirm, but at the time did you know that the

13:38:48  5  minors were -- basically every state has the rule to

6  my understanding and I believe it's a common law

7  rule so it's -- it's well established.  But do

8  you -- did you understand the minors are not held to

9  the same standards for contracting with people or

13:39:02 10  making agreements with people as -- as is someone

11  over 18?

12      A       I would think that's somewhat common sense.

13      Q       Okay.  So you were vaguely familiar with it

14  at the time.  You might not know the word

13:39:17 15  "disaffirm," but you knew that minors don't contract

16  in the same way as -- as adults?  It's common sense

17  as you just said.

18      A       Yeah.

19      Q       Yes?  Okay.

13:39:26 20      A       That's why the parents sign these forms.

21      Q       Yes.  Based -- and all the forms, though,

22  the ex- -- owner, the exhibitor is still the owner,

23  though, correct?

24      A       Yes.

13:39:36 25      Q       And here, E.L. is the exhibitor, correct?

**BRUCE JOHN 'B.J.' MACFARLANE**

1      A      (Nodding.)

2      Q      Okay.  All right.  So -- so you read this

3    at the time.  Was this the only letter you saw

4    that she -- or communication that Jessica provided

13:39:53  5    to the Dahles?  There is -- the reason I'm asking

6    because I believe she -- she walked in -- a letter

7    into their office as well.  I'm wondering if you've

8    ever -- have seen that?

9      A      No.  I called -- no.  This is the only

13:40:10 10    thing I got.

11      Q      Gotcha.  And what did you do upon receipt

12    of this e-mail?

13      A      I called Bruce and asked what was -- what

14    was the deal.  And I -- I said it's the state's

13:40:27 15    decision at this point.  But at the time he had

16    donated this to the barbecue, so it's -- and again,

17    not -- I'm not trained in anything, but it was the

18    barbecue's possession.

19      Q      Okay.  Just to be clear, the barbecue was

13:40:45 20    getting -- wasn't getting Cedar.  They were getting

21    cuts or meat that were Cedar at some point in time,

22    though, correct?

23      A      Correct.

24      Q      All right.  Okay.  So Cedar at this point

13:40:55 25    in time is still alive and ticking, correct?

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        A       Here.

 2        Q       Yeah.  All right.  So -- so you spoke to

 3     Bruce on the phone.  And did you -- did you discuss

 4     anything else with -- did you discuss Jessica's

13:41:12  5     offer to pay and see if he was -- if Mr. Dahle was

 6     amenable to that potentially?

 7        A       I don't recall saying anything about that,

 8     no.

 9        Q       Okay.  All right.  Do you recall if he

13:41:28 10     brought it up?

11        A       I do not.

12        Q       Do you recall if he said anything like,

13     "Look, she's offering to pay, take the money and

14     let's move on with life"?

13:41:40 15        A       I don't -- I don't recall that, no.

16        Q       Okay.  But at this point in time, Jessica

17     had not re- -- and the daughter hadn't received any

18     money for Cedar yet at this point in time, correct?

19        A       I don't believe so.  The checks are usually

13:41:58 20     30 days out, so no.

21        Q       Nor had -- to your understanding, the

22     Dahle's had not even paid at this point either,

23     correct?

24        A       I -- that's a question for -- I have no

13:42:06 25     clue.
```

1    Q    Did you see if the Dahles had paid at this

2    point?

3    A    No.

4    Q    No.  Did -- did Melanie Silva ever

13:42:14  5    represent that the Dahles has paid at that point as

6    of Monday the 27th?

7    A    I have no idea when they paid.

8    Q    Okay.  But -- but she didn't tell you that

9    they hadn't or had, one way or the other?

13:42:25 10    A    No.

11    Q    Okay.  Okay.  And if -- did you forward

12    this e-mail on to anyone else after receiving it?

13    A    I did not.

14    Q    Okay.  All right.  Did -- does

13:42:36 15    Melanie Silva know you were in conversation with --

16    A    Yes.

17    Q    -- Bruce Ross about this?

18    A    I believe I called her after this --

19    Q    Okay.  So --

13:42:45 20    A    -- to --

21    Q    At about -- you received it, it looks like,

22    12:41 p.m., so you called her around that time?

23    A    Yeah.

24    Q    Okay.  Okay.  All right.  And what did you

13:42:52 25    report to her that Bruce Ross had said?

BRUCE JOHN 'B.J.' MACFARLANE

1      A      I don't recall the conversation.  I just

2   told what had happened, what -- the e-mail I had

3   gotten.

4      Q      Okay.  Had -- at this point in time, you

13:43:17  5   don't recall the conversation with Melanie.  Do --

6   did you recall -- and you did not forward her this

7   e-mail?

8      A      I don't believe so, no.

9      Q      Okay.  Okay.  Did you tell her that Jessica

13:43:30  10   had reached out -- Jessica Long, that is, not that

11   other Jessica from -- from this point on, I'm

12   basically just -- when I say "Jessica," I mean

13   Jessica Long.

14            Did you tell her that Jessica Long had

13:43:41  15   reached out to the Senator's -- Dahle's office?

16      A      I think that's what I say called and told

17   her.

18      Q      Okay.  Okay.

19      A      I think.  I...

13:43:50  20      Q      Well, hey, B.J., I'm --

21      A      I know --

22      Q      -- just asking for your best estimate.

23      A      -- I'm -- I'm trying to think, yeah.

24      Q      No, no.  I -- I'm not saying you're not.

13:43:56  25   I'm just saying if that's your best estimate --

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1      A       Yeah.

 2      Q       -- that's your best estimate.

 3      A       My best estimate is I -- I believe -- I

 4   would guess we talked about this, yes.

 5      Q       Okay.  All right.  Okay.  And if I may --

 6              THE COURT REPORTER:  May I?  Thank you.

 7   BY MR. GORDON:

 8      Q       Okay.  So on your -- on your phone

 9   conversation with Jes- -- with Jessica, she told you

10   that -- and I know you kept saying there must be

11   another way.  Did she tell you -- or did -- did you

12   discuss why she removed the -- Cedar?

13      A       That doesn't stick out in my brain.

14      Q       I mean, I know at some point in time you

15   likely read her e-mails and you knew why she did.

16   But on the conversation itself, did she tell you, my

17   daughter, you know, really loves Cedar, bonded with

18   him, and we -- she, you know -- we -- she didn't

19   want him to get killed?

20      A       That doesn't -- that doesn't stick out in

21   my brain.  I'm not saying we didn't, but that sticks

22   out in my brain of just the back and forth of we're

23   going to do this a different way and I disagreed.

24      Q       You said we're going to do this a different

25   way --
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1       A       She said she was going to do this a

2    different way.  She just kept telling me, we got to

3    do this -- there has to be another way, there has to

4    be another way, there has to be another way.  That's

13:45:57  5    what I remember of that conversation.

6       Q       So she was essentially pleading?

7       A       Yes.

8       Q       Okay.  All right.  Okay.  I'm going to show

9    you an e-mail from Melanie Silva.  You're not cc'd

13:46:06 10    on it, but there's some other attachments in it.

11            Okay.  So have you seen -- so this was

12    sent -- all right.

13            MR. GORDON:  John, these are the Bates

14    stamped number 6 to 13, so yesterday you agreed that

13:46:27 15    was one complete e-mail chain.

16            MR. BRIDGES:  (Nodding.)

17    BY MR. GORDON:

18       Q       So have you seen this -- these e-mails

19    before?  And feel free to take a look.  The top

13:46:40 20    two -- just to help orient you through it faster,

21    B.J. the -- the top two are from -- from Kathie to

22    people at CDFA.  And the other ones are Jessica's

23    letters which I believe you have seen.

24       A       Jessica's letters?

13:46:55 25       Q       Well, a moment ago you said you saw her

**BRUCE JOHN 'B.J.' MACFARLANE**

1    e-mails.  I'm assuming this is her -- do you recall

2    that Jessica sent a -- on the -- I believe it was

3    the 27th sent a -- may I have it back for just one

4    moment?  I'll --

13:47:06  5    A    I don't recall it if she did -- if I did

6    read it, I don't recall it.

7    Q    Okay.  Well, I'm not asking you to recall

8    everything verbatim necessarily, but did you -- so

9    this -- on June 27th at 5:41 p.m., Jessica sent this

13:47:20  10   e-mail beginning here.  If you want to just take a

11   look a quick look --

12   A    Okay.

13   Q    -- at it.  I believe you saw it at the

14   time, but tell me if you -- if you didn't.  I mean,

13:47:29  15   everyone's seen it, but...

16   A    I don't recall seeing it.  I mean, I could

17   have.  I don't -- because I think I would have

18   remembered this -- her saying that her -- I'm the

19   mom who took...

13:47:52  20   Q    It is similar in -- in substance to the one

21   you read from -- of the Dahles' chain, so I'm not

22   asking you to confuse it with that.  They do have

23   some differences.  She offers to pay in both of

24   them, but this one is longer obviously.

13:48:08  25   A    I do remember the -- I don't know where, if

         1    it was here, but her daughter lost her three

         2    grandparents, and I don't know if that was her

         3    telling me that or me reading it.

         4         Q     Okay.

13:48:18 5         A     But it sticks out in my brain that

         6    somewhere along the line I heard something about

         7    losing some grandparents.

         8         Q     Yeah.

         9         A     So...

13:48:27 10         Q     Okay.  So you might have seen it at the

        11    time?

        12         A     Possibly, but I don't recall.

        13         Q     Possibly.  You don't recall.  Okay.  But

        14    you knew she was offering to pay at that time?

13:48:38 15         A     Yeah.

        16         Q     Okay.  Well, I'm going to give this back to

        17    you in a moment.  There's a second letter on here

        18    also, which was sent a few days -- a few days later.

        19    This is -- this is sent to Melanie Silva.  And I

13:48:53 20    know you're not cc'd on this, but you did --

        21    actually, one second here.  One second.  We'll put

        22    your text -- oh, this will be.  What exhibit was

        23    this?

        24         A     E.

13:49:18 25                THE COURT REPORTER:  E.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1              (Exhibit E was marked.)
 2       BY MR. GORDON:
 3          Q     E.  Okay.  I'm going to mark that.
 4              Okay.  So Mr. -- B.J., here's two pages.
13:49:29  5    Let's make this an exhibit.  Now these are -- again,
 6       I already spoke with your counsel.  These are -- I
 7       know you sent your text messages with -- to Jessica,
 8       but you -- nothing wrong, but yours had a black
 9       background, so I -- I printed Jessica's because --
13:49:40 10        A     Yes.
11          Q     -- I didn't want to go through all the
12       hotel's toner, so -- because it would have printed
13       out black pages.
14              So -- so but -- and so this is from -- I
13:49:53 15    just want to make sure I have it in the correct
16       order.  And it's just this page, so take a look at
17       this.  You can make that Exhibit F.
18              (Exhibit F was marked.)
19       BY MR. GORDON:
13:50:12 20        Q     You recall the -- the text correspondence?
21          A     Yes.
22          Q     Okay.  And so she asks here, did you
23       receive my e-mail?
24          A     (Nodding.)
13:50:24 25        Q     Or here rather.  And this is on June 28th.
```

## BRUCE JOHN 'B.J.' MACFARLANE

1              The second e-mail she sent came on the

2      29th.  So this, to my understanding, could only

3      refer to the one you -- you -- I just asked you if

4      you had seen discussing the grandparents, and you

13:50:40  5      respond -- and she says, "I sent it.  Did you see

6      it?"

7              And you respond, "Yes"?

8         A     Okay.

9         Q     So does that refresh your memory that you

13:50:46 10      read the e-mail at the time or --

11        A     I -- I guess.  I don't know.  I -- I didn't

12      know that -- I even didn't know that was the e-mail

13      she was referring to.

14        Q     I'm just --

13:51:03 15        A     I even don't remember -- it could be.  I

16      don't even remember what that e-mail was about so --

17      or what it was for.

18        Q     But --

19        A     I thought it was for some -- some records

13:51:11 20      or something, not a letter.  So it -- it possibly, I

21      could have.  I -- but I do -- I mean, it says

22      there -- I do remember seeing the three

23      grandparents.  I don't know if that was a verbal or

24      me reading that.

13:51:24 25        Q     Uh-huh.

**BRUCE JOHN 'B.J.' MACFARLANE**

 1      A      For some reason, it stuck in my head it was

 2   a -- something verbal that somebody had told me.

 3      Q      Uh-huh.

 4      A      I don't know who.

13:51:31  5      Q      Yeah.

 6      A      And I -- I could have seen it.

 7      Q      Okay.  So three grandparents, you -- that

 8   resonates with you, but --

 9      A      (Nodding.)

13:51:37 10      Q      Okay.  All right.  And so then she sent

11   a -- I'll hand this back to you, of course, but --

12   so she sent -- so Melanie -- okay.  Let's go through

13   Melanie's also.  On -- on -- it looks like

14   Jessica -- I'm sorry.  Strike that.

13:52:07 15              On June 28th, in response to the e-mail you

16   just read, the reference to three grandparents,

17   Melanie Silva responds to -- to Jessica.  And have

18   you -- have you seen this e-mail before?  It's from

19   Melanie to Jessica.  Or did you see the e-mail at

13:52:27 20   the time, let me ask?

21      A      I -- it might have been verbally through --

22   I don't remember seeing it.  I think it was verbal.

23      Q      Uh-huh.

24      A      I remember -- so again, if it was verbal or

13:52:52 25   I read it, I'm not sure.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        Q      When you say "verbal," you mean --
 2        A      She --
 3        Q      -- Melanie told you --
 4        A      Melanie told me.
13:52:57 5       Q      -- what she told Jessica?
 6        A      On both these letters.  I --
 7        Q      Okay.  So -- so went over this yesterday
 8    with her a little bit, but it -- you know, she
 9    writes, "Having said that please understand the fair
13:53:20 10   industry is set up to teach our youth responsibility
11    and for the future generations -- generations of
12    ranchers and farmers to learn the process and
13    whatever it takes to raise quality meat.  So making
14    exception for your -- for you will only teach our
13:53:35 15   youth that they do not have to abide by the rules
16    that are set up for all participants."
17            So what lesson was -- was Melanie or the
18    fair trying to teach Jessica and the -- and the
19    daughter at -- at this point?
13:53:54 20           MR. BRIDGES:  Say it calls for speculation
21    in terms of what Melanie meant.
22            But if you're able to answer.
23            MR. NORTHCUTT:  Join.
24            THE WITNESS:  To follow through.
13:54:09 25   ///
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    BY MR. GORDON:
 2        Q     To follow through with?
 3        A     The whole process of what you signed up
 4    for -- to do.
13:54:14  5        Q     Uh-huh.  Okay.  Because Cedar was a -- a
 6    market goat, he had to -- he had to go to slaughter;
 7    is that correct?
 8        A     And whoever signed an animal up for this
 9    fair, it's no different than any of the other 540
13:54:27 10    kids that signed -- or marked their animal up for
11    this that -- to follow through all the way through
12    your project.  And that's part of following through
13    on your project.
14        Q     Okay.  Okay.  And -- yeah, that's what I'm
13:54:42 15    asking.  Because Cedar was a market animal --
16        A     Yes.
17        Q     -- he had -- that's his purpose.  He had to
18    go --
19        A     And it's not so much that Cedar was a
13:54:49 20    market animal.  They signed Cedar up as a market
21    animal.
22        Q     Okay.  Okay.  Isn't Cedar bred to be --
23    wasn't he bred --
24        A     He was bred to be a market animal.
13:54:55 25        Q     Yeah, okay.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

```
         1        A       Yes.

         2        Q       Okay.  So that's --

         3        A       I mean --

         4        Q       That's why --

13:54:59  5        A       -- yeah, yes.

         6        Q       I'm just trying to understand the head

         7    space.

         8        A       Yes, yes.

         9        Q       So that's -- so that's Cedar's purpose is a

13:55:07 10    market animal, he goes to slaughter, that's what

        11    market --

        12        A       Yes.

        13        Q       -- animals do.

        14        A       Yes.

13:55:10 15        Q       And she needs to follow through, because he

        16    was -- you know, he was a market animal and they

        17    registered him as such, and that's what he was bred

        18    for, and that's the lesson, correct?

        19        A       Yes.

13:55:22 20        Q       Okay.  Have any other exceptions ever

        21    been -- been made for any other participants?

        22        A       No.  Like I said earlier, it's the first

        23    time it's -- something like this has happened to my

        24    knowledge.

13:55:38 25        Q       Yeah.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1      A     I don't think, to my knowledge, any
2  exceptions have been made.
3      Q     Okay.  What happens if, to your
4  knowledge -- or what has happened to your knowledge
13:55:46  5  if an animal is -- is ill, like so it's sold at -- I
6  imagine the animal is sold at an auction and then,
7  ultimately, he's ill, so the bidder -- the
8  successful bidder doesn't -- can't get him, for
9  whatever reason, after the bid, you know, the
13:56:06  10  auctioneer says, you know, the gavel goes down and
11  yours.  What is the -- is there a procedure to
12  handle that?
13      A     Not that I'm aware of.  It's not -- hasn't
14  been -- to my knowledge, it hasn't -- it has never
13:56:26  15  been an animal -- an animal that got ill that we had
16  to do anything with.
17      Q     Uh-huh.  What would happen, though?  Let me
18  ask you before -- strike that.  Is an animal that
19  gets ill in those situations, is that a sifted
13:56:39  20  animal?
21      A     If -- it would be sifted at that point,
22  yes.
23      Q     Okay.
24      A     If it hadn't sold yet.  If it sold, it
13:56:49  25  would be extremely -- extreme circumstances where

**BRUCE JOHN 'B.J.' MACFARLANE**

1     we'd have -- which if that -- if it's ill, a vet's

2     involved anyway no matter what.  A vet would have to

3     make that determination.

4         Q     Now does that -- at this point in time in

13:57:04  5   this hypothetical, does the -- does the money -- I

6     know there's a bid.  Does the -- does the seller,

7     the exhibitor still get paid and you just tell the

8     bidder, sorry, the sale's over, you took it as is?

9         A     We would replace it probably.  The fair

13:57:20 10   would, I'm guessing, replace that animal with

11    something of equal or greater total pounds.

12        Q     Okay.  So the fair would eat the loss then

13    in those -- in that --

14        A     The Junior Livestock would.

13:57:31 15       Q     The --

16        A     The -- yes, the fair would.  The fair

17    would.

18        Q     Is that separate from the Junior --

19        A     No.  Same, same.  Sorry.

13:57:37 20       Q     Did you mean that because -- and maybe just

21    'cause Melanie yesterday said I think she -- John,

22    tell me if I'm making this up.  But didn't she say

23    there's a separate pot of money for the Junior

24    Livestock Auction?

13:57:45 25       A     It's in its own account, I believe.

**BRUCE JOHN 'B.J.' MACFARLANE**

1    Q   Okay.  That's -- okay.  So when you say the

2   Junior Livestock --

3    A   Junior Livestock, which it's the whole

4   livestock, I think, that it's its own account.  It's

13:57:55  5   the fair's money, but it's dog-eared or whatever,

6   bookmarked as Junior Livestock.

7    Q   Okay.

8    A   So we can follow that for -- not we -- I'm

9   not there anymore -- of how that account --

13:58:03  10   Q   Okay.

11    A   -- how things are going.

12    Q   I see what you mean.  So you meant that

13   account would --

14    A   Yeah.

13:58:09  15   Q   -- cover the loss?

16    So where would a sifted animal go after the

17   fair replaces him with another animal?

18    A   If -- if it's before the sale, the --

19   the --

13:58:25  20   Q   No, I mean in this hypothetical, there's an

21   auction --

22    A   Oh, if the sale's over and it's ill?

23   There's usually not that time, because the sale ends

24   at 5:00 and the animals are shipped by night.

13:58:39  25   Q   Okay.

```
 1        A      So you're, 99 percent, not going to find --
 2    there's not going to be an ill animal in that time
 3    frame.
 4        Q      But if you did, would the animal just go
13:58:45 5    home with the exhibitor at that point in time?
 6        A      Um.
 7        Q      It's not going to slaughter, right?  It's
 8    sifted and ill.
 9        A      I don't know what happens at that point.
13:58:56 10    I -- I've never run into it in the eight or nine
11    years I've helped load trucks at this fair.  We've
12    never -- because the sale's over and we'd usually
13    find it before the sale.  And we would -- we never
14    have found one ill on Saturday.
13:59:10 15        Q      Okay.  Had you -- had -- imagine if after
16    the sale Cedar was ill, would you have just sent him
17    after the -- after the auction --
18        A      That's not in my pay range.
19        Q      So you wouldn't have made the decision
13:59:22 20    on --
21        A      No.
22        Q      -- on what's to happen there?
23               Okay.  Okay.  When you were CEO would you
24    have just sent the animal when -- when --
13:59:25 25        A      That still -- I would have -- somehow --
```

1  no, I would have -- that's a state -- I would have

2  followed the state's recommendations on that.  I'm

3  not going to make that call.

4      Q    Okay.  Are you aware -- are there state

13:59:40 5  recommendations on that to your knowledge?

6      A    I have no idea.  I have -- I don't recall

7  ever having something like that.

8      Q    Okay.  Is this -- would that be a sort of

9  decision that if it happened when you were at the

13:59:49 10  fair, would those sorts of decisions be made by

11  Melanie Silva?

12      A    I don't --

13      Q    When she was CEO, of course, I mean, not

14  when you were CEO.

13:59:57 15      A    No.  I think we went by -- she went by

16  state recommendations as well just as I did.

17      Q    Okay.  The -- when you said state

18  recommendations, you're referring to the -- the CDFA

19  rules?  Okay.

14:00:08 20      A    And talking with somebody at CDFA.

21      Q    Okay.  Okay.  All right.  So CDFA rules.

22  And the local rules, too, presumably --

23      A    Yeah.

24      Q    -- if they dictate?

14:00:20 25          Okay.  All right.  I'll ask -- I know we're

1  going to break soon, but let me ask a couple more

2  questions.

3        So this is Exhibit E.

4        And I -- could we go back to where is the

14:00:32  5  text chain of Ms. Muse?  No, not that one, B.J.  The

6  other one.  This -- this one.  If you wouldn't mind

7  pulling that up for one moment.

8        (Referring to Exhibit C.)

9  BY MR. GORDON:

14:00:49  10    Q    So give me one second.  All right.

11        So -- so you had this -- do you recall

12  this -- these texts with Ms. Muse?  This looks

13  accurate to you?  It's the same --

14    A    Yeah.

14:01:09  15    Q    -- the inverse of what you produced the

16  other day.  Same thing, correct?

17    A    Yes.

18    Q    All right.  Okay.  So do you know who -- so

19  this -- this text chain begins on June 28th with the

14:01:21  20  Instagram post.  Do you know if the sheriffs were

21  involved at that point in time?

22    A    I do not recall.

23    Q    I believe it's Tuesday, the 28th.  Isn't

24  it?  Because 25th is Saturday, 26th, 27th, yeah,

14:01:41  25  Tuesday, right?

1       A      I don't recall when the sheriffs were -- I
2    believe I called Sheriff Johnson at some point this
3    week and I don't remember when.
4       Q      Oh, you -- so you called --
14:01:52 5       A      I -- not me, yeah, somebody did.
6       Q      Somebody did.  But you called Sheriff
7    Johnson at some point?
8       A      And I think it was me.  Again...
9       Q      Do you remember what date that was about?
14:02:02 10       A      No clue.  Some -- I'm guessing sometime
11    this week, maybe Tuesday, maybe Wednesday.  I...
12       Q      Now could it have been -- and the reason
13    I'm asking this -- could it have been earlier than
14    that?  Could it have been the 26th?  And I'll show
14:02:25 15    you why I'm wondering that, because the -- the
16    police report for the -- the case or the sheriff's
17    report -- I'm happy to show it to you -- I believe
18    was generated on the 26th.
19       A      Okay.  Then it was the 26th.
14:02:39 20       Q      Well, let -- let me look first to make
21    sure, because I don't want to -- I want to pull it
22    up and double check and I'll show it to you.
23    Because I -- I might have -- I'm almost positive,
24    but -- because, as you can imagine, I've looked at
14:02:56 25    this police report, you know, way more than I've

## BRUCE JOHN 'B.J.' MACFARLANE

```
 1    wanted to in life, so...

 2        A    I'm not sure if...

 3        Q    I'm sorry.  What did you say, B.J.?

 4        A    I'm not sure if -- I'm not even sure if I'm
14:03:14  5   the one that called him, but...

 6        Q    Well, you just said a moment ago you called

 7    Sheriff Johnson.

 8        A    I -- yeah, I -- I think I did.  I couldn't

 9    tell you for exact if I did or not.

14:03:25 10       Q    Well, I'm asking you to remember the exact

11    day you did.  That's what I'm trying to help you

12    with.  But you do -- you do remember calling him,

13    yes?

14        A    I believe I talked to him at one point,

14:03:37 15   yes.  I don't know if I'm the one that called

16    and ac- -- actually had the actual complaint or if

17    Melanie did.

18        Q    Okay.  That's fine.  That's fine.  But

19    you --

14:03:45 20       A    Because I do remember talking to him at

21    some point.

22        Q    I'll represent to you Fernandez testified

23    that Sheriff Johnson told him to investigate the

24    matter.  So someone told him.  You had a

14:03:58 25   conversation --
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1    A    Yeah.

2    Q    -- with him at some point.

3         Okay.  So where is the date?  Time, that's

4    6/29.  I thought there was an earlier time.  Wasn't

14:04:09  5    there -- testified that on an earlier date.  I don't

6    know.  Maybe I'm reading this wrong.

7         Okay.  But you talked to him at some point

8    in time.  I --

9    A    I don't know.

14:04:16  10    Q    There's an e-mail from Melanie sending

11   various attachments to Lieutenant Fernandez on 6/29.

12   So might you have you talked to the sheriff before

13   that date?

14   A    I -- I don't know when I talked to him to

14:04:34  15   be honest with you.

16   Q    Okay.  So that would have been -- that

17   would have been a Wednesday, the 29th, so -- which

18   is initially the date you thought.  And your -- your

19   texts say, we're going to call law enforcement

14:04:45  20   Wednesday.  So do you think you called the sheriff

21   on Wednesday?

22   A    It must have been, because that's what

23   Melanie said, I think, in her e-mail response.  It

24   followed whatever the --

14:04:56  25   Q    Feel free to -- to refresh your memory.

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        A      Whatever they told me.  I -- I don't know.

 2        Q      Yeah.

 3        A      This wasn't me, so I don't know.

 4        Q      Let me show you your -- your -- I think I

14:05:21  5   have a text --

 6        A      It's right here.

 7        Q      -- from you saying that.  Here you go.

 8   Here you go.  Here you go.  Is this -- this might

 9   be.

14:05:29 10        A      This is part of this one.

11        Q      I don't know.  They all came in separate

12   PDFs.  So there -- you there you go.  It's the same

13   one.  The bottom there.

14        A      Yeah.

14:05:39 15        Q      Is that -- okay.  Take a look at that.

16        A      Yeah.  So it must have been Wednesday night

17   or Thursday morning, I'm guessing.

18        Q      Okay.  I'm guessing it was -- I don't know.

19   I'm guessing Wednesday simply because that's -- I'll

14:05:52 20   show you.  Here's the sheriff's report.

21        A      Okay.  Yeah.

22        Q      It's got -- you see the report time?  I

23   think this is when -- do you need to see it, John?

24               I think it was when -- this is when it was

14:06:02 25   generated, I think, which would have been Wednesday.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1    But I wasn't there, I don' t-- but that seems right

2    to you?

3       A     Yeah.

4       Q     Okay.

14:06:09 5     A     That's in the realm of --

6       Q     Your best estimate is you probably called

7    the sheriff --

8       A     Yeah.

9       Q     -- on Wednesday?

14:06:14 10          Okay.  That's fine.  All right.  So -- and

11   what did you report to the sheriff?

12      A     Exactly what -- when I had -- the events

13   that had happened throughout -- from Saturday night

14   till then.

14:06:27 15     Q     Okay.

16      A     That we'd some -- I talked to her and

17   that's --

18      Q     Did you relay to the sheriff that Jessica

19   had offered to pay?

14:06:40 20     A     I don't recall.

21      Q     Okay.  All right.  Okay.  I mean, they --

22   they -- the -- those deputies all seen her e-mails

23   offering --

24      A     Yeah.

14:06:52 25     Q     I was just curious if you sent it to them.

1    It's not like it's a secret.

2            So -- so in this -- on this e-mail chain,

3    you respond, "Sheriffs r working on it."  And so it

4    looks like you --

14:07:04  5    A    What date is that?

6    Q    This is -- well, it looks like 6/29.  And

7    then -- and then it says -- am I reading that

8    correct?  It says --

9            MS. SHAKIB:  Yeah.

14:07:13  10            THE WITNESS:  It's clear on this one, yeah.

11    BY MR. GORDON:

12    Q    So 6/29 at 2:00 or 3:00 p.m., it looks like

13    you text Kathie Muse --

14    A    Yeah.

14:07:20  15    Q    -- "Sheriffs r working on it now."

16            And out of the blue, that wouldn't make

17    sense, so you must have talked to her beforehand,

18    correct?

19    A    Yes.

14:07:29  20    Q    You talked to her on the phone that

21    morning?

22    A    I must have, yes.

23    Q    Okay.  Do you know what you discussed that

24    morning?

14:07:36  25    A    I don't know.  I'm sure it was about the

1    goat and what was going to happen with it.

2         Q     Okay.

3         A     She wanted to know.

4         Q     Okay.  Okay.  And you -- had you told her

14:07:48  5    on the phone earlier that you were talking to the

6    sheriffs or sheriff?

7         A     I don't think so if I replied with that

8    right there.  I would say no.

9         Q     Okay.  Okay.  But did you tell her that you

14:08:02 10    were going to call the sheriffs?

11         A     That was a possibility, but I'm sure I told

12    her it was a possibility, yeah --

13         Q     Okay.

14         A     -- and that's why I texted her that.

14:08:12 15         Q     Now, are you -- are you -- how do you know

16    Sheriff Johnson?  Are you friends with him?

17         A     No.  Acquaintances -- he used to be the

18    mayor -- or mayor -- police captain at Anderson the

19    first year I was the CEO.  So it was just

14:08:30 20    acquaintances.

21         Q     The CEO of the --

22         A     Fair.

23         Q     -- the Shasta Fair?

24               Okay.  Okay.  So you were acquaintances.

14:08:35 25    Do you have -- so are -- is he -- you're saying

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1    acquaintances, but, I mean, do you ever --
 2        A    No --
 3        Q    -- social with him or anything like that?
 4        A    -- I have not.
14:08:41 5    Q    Do you have his -- do you have his cell
 6    phone?
 7        A    That's how I might -- somebody might have
 8    given it to me --
 9        Q    Okay.
14:08:47 10   A    -- I believe.
11        Q    For this?
12        A    Yes.
13        Q    Okay.  So someone -- who gave you his cell
14    phone to call?
14:08:52 15   A    Might be the city manager that I knew would
16    have it.
17        Q    Who's the city manager?
18        A    Hmm.  The -- dang it.
19        Q    If you want to look through your phone to
14:09:21 20   refresh your memory of the name.
21        A    I can't even -- or can -- I believe it was
22    Baron Browning City Councilman.  And I don't know,
23    but --
24        Q    Baron Browning of the city council.
14:09:39 25   A    He was an Anderson City Council Member.
```

**BRUCE JOHN 'B.J.' MACFARLANE**

1      Q      So Mr. Browning was aware of this matter?

2      A      Yes, I believe so.

3      Q      Okay.  All right.  And he gave you

4    Sheriff Johnson's cell phone?  But you've already --

14:09:57  5      A      I believe that's how it happened.

6      Q      Okay.  You believe that's how?

7      A      Yeah.

8      Q      But you already also knew Sheriff Johnson

9    slightly.  You were --

14:10:05  10      A      Slightly.  In passing.  He was CEO -- or I

11    was the CEO and just cordial.

12      Q      Okay.

13      A      Maybe one or two meetings that we had with

14    many people.

14:10:16  15      Q      Do -- did Baron Browning already know about

16    the incident and he called you?

17      A      No.  Baron Browning is our -- he was --

18    also runs the security, so he was the security so he

19    definitely knew about this.  He owned the security

14:10:33  20    company.

21      Q      He owned the security company at the

22    fair --

23      A      Security company at the fairgrounds.

24      Q      Okay.  All right.  And do you have his cell

14:10:41  25    phone and contact information?

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1              And, B.J., we're not going to be publishing
 2     anyone's --
 3         A     I know.
 4         Q     -- phone numbers.  It's just in case we
14:10:57  5     need to get in touch --
 6         A     ████████████
 7         Q     ████████  Okay.  All right.
 8         A     He's going to get a lot of spams.
 9         Q     Okay.  All right.  So back to this e-mail
14:11:13 10    chain for a moment.  So Kathie responds, "Thanks.
11    Keep me updated."  She testified that J was a typo
12    that -- she didn't mean your nickname J instead of
13    B.J.
14              And -- so then there's a -- there's a --
14:11:27 15    that's June 29th.  And then there's a -- then
16    there's a -- a gap.  And the next one is June 9 --
17    July 9th at 7:13 a.m.  I'm sorry.  You respond,
18    "Will do."  I'm assuming that is in -- your response
19    to, "Keep me post- -- updated"?
14:11:45 20        A     Yeah.
21        Q     So then, it looks like, July 9th, "Goat is
22    at my house."
23              So the -- the sheriffs or several of
24    sheriff -- Lieutenant Fernandez and Duncan dropped
14:11:58 25    the goat off the preceding evening at your house,
```

1    correct?

2        A    Yes.

3        Q    Okay.  All right.  And about what time did

4    they drop him off?

14:12:06 5        A    It was 11:30 or something.  It was late at

6    night.

7        Q    Late at night.  Okay.  And did you know

8    they were dropping him off that day?

9        A    Yes.

14:12:17 10        Q    Okay.

11        A    I think Melanie -- I don't know how it went

12    down.  I don't know if Melanie called me and told me

13    they were bringing it.

14        Q    Do you about know what time she called?

14:12:38 15        A    No.  It would have been -- no idea.  And if

16    she -- I don't -- I do not remember how.

17        Q    Okay.  But, obviously, earlier than when

18    the sheriffs got there?

19        A    Yeah.

14:12:58 20        Q    Yeah.  So --

21        A    That afternoon, assuming.  I think it was

22    Melanie that afternoon said that they were going to

23    perform the search warrant or whatever warrant they

24    had.

14:13:18 25        Q    Uh-huh.  Okay.  So she told you in the

| | |
|---|---|
| 1 | afternoon that they were going to go bring the -- |
| 2 | the goat to you that night? |
| 3 | A    Yeah. |
| 4 | Q    Did she give you any instructions? |
| 14:13:25  5 | A    I don't --- that I was to hold on to the |
| 6 | goat. |
| 7 | Q    Okay.  Hold on to the goat for -- until |
| 8 | when? |
| 9 | A    Until the state said what was going to |
| 14:13:33 10 | happen. |
| 11 | Q    Till the state -- what do you mean "the |
| 12 | state"? |
| 13 | A    Mike Francesconi or the lawyer.  I don't |
| 14 | know.  That's -- that's above my pay grade.  I was |
| 14:13:46 15 | just -- |
| 16 | Q    I understand. |
| 17 | A    -- housing the goat. |
| 18 | Q    Okay.  Do you know which lawyer? |
| 19 | A    No. |
| 14:13:51 20 | Q    Was this the CDFA's lawyer? |
| 21 | A    Yes. |
| 22 | Q    Okay. |
| 23 | A    Yes, it was the CDFA's lawyer. |
| 24 | Q    Okay.  So then -- I know we're getting |
| 14:14:01 25 | tight on time for today but -- but your -- your |

**BRUCE JOHN 'B.J.' MACFARLANE**

| | |
|---|---|
| 1 | follow-up text to -- to Kathie is: "Good morning. |
| 2 | I'm gone till tomorrow afternoon, talked to sheriff |
| 3 | and he said to wait until he talks to DA before we |
| 4 | kill goat." It's per- -- |
| 14:14:17 5 | A     Yeah. |
| 6 | Q     Okay. So -- |
| 7 | A     And I believe the -- because I thought |
| 8 | Melanie -- we were in touch with the CDFA's lawyer |
| 9 | as well. |
| 14:14:26 10 | Q     Okay. Do you remember what that lawyer's |
| 11 | name was? |
| 12 | A     Excuse me? |
| 13 | Q     Do you remember the lawyer's name at CDFA? |
| 14 | A     I've never dealt with them. Melanie. |
| 14:14:36 15 | Q     Melanie would know. Okay. Okay. So -- |
| 16 | but you know -- when you say the sheriff here, do |
| 17 | you know -- "talked to sheriff." Do you know who |
| 18 | you -- |
| 19 | A     Johnson. |
| 14:14:45 20 | Q     Johnson. Okay. And the -- and as far as |
| 21 | the DA here, do you know which DA you're talking |
| 22 | about? |
| 23 | A     It's a woman. I do not know her name. |
| 24 | Q     Is it -- so if you go to the last page of |
| 14:15:01 25 | that, is it Stephanie Bridgett, by chance? The very |

**BRUCE JOHN 'B.J.' MACFARLANE**

1    last page.  This is --

2      A     Yeah.  That would be the district attorney,

3    yeah.  I don't know her and --

4      Q     Okay.  So you were waiting on the sheriff

14:15:18  5    and the District -- District Attorney and the CDFA

6    to determine what to do with -- with Cedar?

7      A     Yes.

8      Q     Okay.  All right.  Okay.  Okay.  And

9    then -- I'm just going to finish this chain and then

14:15:36 10    we'll get out of here.  We're almost to the end of

11    it.  Go to the next page, would you?

12             MR. NORTHCUTT:  Ryan?

13             MR. GORDON:  Ys.

14             MR. NORTHCUTT:  Can we get these documents

14:15:44 15    that he's looking at now marked as an exhibit?

16             MR. GORDON:  Yes.  Well, it is marked as an

17    exhibit.  It's --

18             THE WITNESS:  C.

19             MR. GORDON:  It's Exhibit C.  It's the

14:15:56 20    e-mail chain that Kathie -- Ms. Muse produced the

21    other day, Damian.

22             MR. BRIDGES:  It's a text -- text chain.

23             MR. GORDON:  Sorry.  Thank you, John.  Text

24    chain.

14:16:01 25             MR. NORTHCUTT:  Okay.  I just want to be

**BRUCE JOHN 'B.J.' MACFARLANE**

1   clear.

2         MR. GORDON:  Sure.  Okay.  Yeah.  We're --

3   for the record, we are looking at Exhibit C.

4   BY MR. GORDON:

14:16:07  5     Q    So it looks like on Exhibit C, July --

6   you -- July 11th and so -- but we're on -- he's good

7   at my place.  And then Kathie -- so that's -- B.J.,

8   if you go to the preceding page.  Jeff -- this is on

9   July 11th.  You're right --

14:16:30 10     A    Yeah.

11     Q    Jeff at Kent's said -- or I'm sorry.

12         Kathie writes, "Jeff at Kent's said

13   probably a week before he can get the goat.  Will

14   they be -- will they be okay with you if not come --

14:16:43 15   I can find a temporary home."

16         And you respond, "He's good at my place,

17   thumbs up."

18         That's July 11th.  And then your next

19   communication with her was -- at least by text, was

14:16:56 20   July 25th.  Did you have any calls with Ms. Muse

21   between July 11th and the 25th concerning Cedar

22   at -- at your property?

23     A    Not that I -- maybe.  I have no idea.

24     Q    Do you think you did?

14:17:11 25     A    I don't -- I have no idea.

**BRUCE JOHN 'B.J.' MACFARLANE**

1      Q      Okay.  How would you refresh your memory?

2      A      I --

3      Q      Is there any way you could refresh your

4   memory to remember?

14:17:26  5    A      I don't -- I don't think we did, but I'm

6   not going to -- I'm guessing we hadn't with that

7   text.

8      Q      Okay.  Uh --

9      A      I don't know.

14:17:37 10    Q      Okay.  And what did -- do you know how many

11  times between that period you talked with Sheriff

12  Johnson and the DA between the 11th and the 25th of

13  July?

14     A      A couple times maybe.  And this was -- I

14:17:59 15  never talked to the DA.

16     Q      Oh, how did you know the DA -- did the

17  sheriffs say that he was waiting on the DA?

18     A      Yes.

19     Q      Okay.  Sheriff Johnson said he's waiting on

14:18:06 20  the --

21     A      I think it was --

22     Q      -- Stephanie Bridgett.  Okay.

23            And do you know why they were waiting on --

24  were they reviewing the legality of anything or --

14:18:23 25  did -- was anything like that explained to you?

**BRUCE JOHN 'B.J.' MACFARLANE**

1       A       I have no idea.

2       Q       Okay.  Did you ask?

3               MR. BRIDGES:  Don't speculate.  But if you

4       know, you can tell him.

14:18:38   5               THE WITNESS:  I -- I don't.  I'm not

6       speculating.  I don't know.  I don't think I asked.

7       No, I didn't ask.  I don't --

8       BY MR. GORDON:

9       Q       Okay.

14:18:43  10       A       -- I was holding a goat.  I was -- I had

11       nothing to do besides I was holding a goat.

12       Q       Nah, I understand.  Okay.  So Ms. Muse --

13       so Ms. Muse writes, looks like, "Hey B.J. what did

14       you end up doing with the goat?"  And this is the

14:19:02  15       25th.  And then there's a gap of three days.

16               Were there any other communications before

17       you respond on July -- July 28th?  Were you -- were

18       you -- did you communicate with Kathie anymore

19       before that -- within that window?

14:19:16  20       A       I don't believe so.  I might have -- no, I

21       might have dealt -- been talking with Melanie, too,

22       through -- I'm talking to Melanie through this, too.

23       Q       Yes.  Okay.

24       A       But she --

14:19:27  25       Q       Yeah.  About how many times would you say

**BRUCE JOHN 'B.J.' MACFARLANE**

1    you talked to Melanie through this?

2         A    I --

3         Q    Multiple times?

4         A    Yeah, multiple times.

14:19:38 5    Q    Okay.  So this is from July 11th now.

6    I'm -- and that's the same from July -- when you got

7    Cedar on July 8 through, let's say, the 28th is when

8    it appears that he's killed or goes to slaughter,

9    you talked to Melanie multiple times, correct?

14:19:53 10   A    Yes.

11        Q    Okay.  And -- and did you tell Melanie that

12   we're waiting to hear from the sheriff and the DA?

13        A    And I'm -- yeah, and I don't remember if

14   she was the one talking to the sheriff.  I think --

14:20:04 15  I know I did a couple times, but I want to think

16   that -- I thought she was the one that was gearing

17   it, so what -- with the state and the sheriff, so...

18        Q    Okay.  And -- but it was never -- did you

19   ever ask -- well, I shouldn't -- I know you said you

14:20:23 20  didn't ask.  But what was your understanding of --

21   from talking with the sheriff?  And I know you may

22   not say precisely in legal terms, but what was your

23   understanding of what they were waiting to

24   determine?

14:20:35 25   A    I don't -- I think it was over if the DA

**BRUCE JOHN 'B.J.' MACFARLANE**

1  was going to prosecute.

2  Q     Whether the DA was -- why would they

3  dictate whether they were going to kill Cedar or

4  not?

14:20:55  5  A     I don't -- I -- I don't know.

6  Q     Did it have anything to do with Jessica

7  potentially bringing legal claims?

8  A     That was never discussed in my knowledge.

9  I never presumed that.

14:21:06 10  Q     Okay.  Was it ever suggested at any -- I

11  know you may not have presumed it, but was it ever

12  suggested that --

13  A     Not that I -- no.

14  Q     -- that Jessica's attorneys had called

14:21:13 15  county counsel and the sheriffs, asked --

16  A     That was never informed to me if she did.

17  Q     Did you know Jessica's attorneys -- me --

18  called the sheriffs and the county counsel during

19  this period?

14:21:24 20  A     No, sir.

21  Q     Okay.  All right.  Okay.  Asking for the

22  status of Cedar --

23  A     No.

24  Q     -- among other things?

14:21:32 25        Okay.  So -- okay.  So you -- you felt like

BRUCE JOHN 'B.J.' MACFARLANE

```
 1    you were -- just to clarify in your -- from your
 2    perspective, you felt like you were operating under
 3    the direction of Melanie and the sheriff --
 4        A     Yes.
 5        Q     -- office?
 6              Okay.  And potentially the CDFA, I guess,
 7    also?
 8        A     Yes.  The CDFA.
 9        Q     And the District Attorney?  Okay.  All
10    right.
11              Okay.  So what -- Bowman is a -- is a -- a
12    slaughtering facility, yes?
13        A     Processing facility.
14        Q     Processing facility.  I apologize.
15              Okay.  And what is the full name if you
16    know?
17        A     Bowman Meats.
18        Q     Bowman Meats.  And where is that at?
19        A     Bowman Road, Cottonwood.
20        Q     Bowman Road, Cottonwood.  Okay.  So did you
21    bring Cedar to Bowman Meats on the 28th?
22        A     No.
23        Q     What day did you bring him there?
24        A     They came to my house.
25        Q     They came to your house.  So they came and
```

14:21:45 (line 5)
14:21:50 (line 10)
14:22:02 (line 15)
14:22:11 (line 20)
14:22:29 (line 25)

## BRUCE JOHN 'B.J.' MACFARLANE

1    retrieved Cedar on --  what day did that happen?

2       A     (Nodding.)  The 28th, I'm guessing.

3       Q     Okay.  Okay.  Well, did this refresh your

4    memory and you remember now it being the 28th, the

14:22:44  5    same day you wrote this text?

6       A     I don't know.  I -- I couldn't tell you the

7    dates.  I'm sorry.

8       Q     Okay.  Okay.

9       A     I can tell you the dates, because I can

14:22:51 10    look at this text message and see it was --

11       Q     Okay.

12       A     -- the 28th.

13       Q     Okay.  So is it fair to say your best

14    estimate, though --

14:22:54 15       A     Yes.

16       Q     -- is the 28th?

17             Okay.  All right.  Okay.  So were -- so

18    Kathie writes, Goods news.  Finally.  And please

19    don't forget to save the ear tags.  Did -- did you

14:23:09 20    save Cedar's ear tags?

21       A     I did at one point.  I'm not sure what

22    happened to 'em to be honest with you.

23       Q     Okay.  And why were you supposed to save

24    his ear tags?

14:23:22 25       A     I -- because Kathie told me to save ear

**BRUCE JOHN 'B.J.' MACFARLANE**

1    tags, so I saved ear tags.

2         Q    Why would Kathie -- what's the purpose in

3    saving ear tags?

4         A    I have no idea.  She wanted ear tags, and

14:23:31  5    then she never -- I might have thrown 'em away.  I

6    don't -- they were, I think, out in my barn and she

7    never asked for 'em again.  And I have no idea why

8    she wanted 'em?

9         Q    So they might be still in your barn

14:23:42 10    potentially?

11         A    Sure.

12         Q    Have you looked?

13         A    No.

14         Q    Okay.  All right.

14:23:46 15         A    But it's been --

16         Q    It's been a minute, I understand.  But they

17    might still be there.  You don't know what happened

18    to them.  Why would you have thrown 'em away?

19         A    Well, I -- I don't know if I threw 'em

14:23:58 20    away.  I don't know where they're at to be honest.

21    But they're somewhere.  Because I have a wife and

22    three kids; that's why they might not have made it.

23         Q    Okay.  All right.  So your kids would have

24    taken the ear tags?

14:24:05 25         A    Well, not on purpose.  I think -- no, they

## BRUCE JOHN 'B.J.' MACFARLANE

1    might have -- we have animals, and we have ear tags

2    laying around, and we throw 'em away when we cut 'em

3    out of the -- if we change ear tags on an animal,

4    there's always ear tags laying around.

14:24:16  5    Q    Gotcha.  All right.

6    A    And we try to clean up.

7    Q    Okay.  All right.  So let's go to the next

8    page and I'll try to get through it quicker here.

9    So this appears to be -- the lawsuit's filed, and

14:24:31 10    this is about the time you -- you resigned.  This

11    is -- so this would have been August -- I think the

12    date is actually on the preceding page.

13    A    The 31st?

14    Q    Yeah, August 31st of 2022.

14:24:44 15    A    5:33 p.m.?

16    Q    Yeah.

17    A    Yeah.

18    Q    Or thereabouts.  Yeah.  So yes, you're

19    correct, on the bottom.  And that is the time.  So

14:24:56 20    you -- who sent -- how did you find out about the

21    lawsuit?  Because it looks like you're texting this

22    to -- to Kathie.

23    A    Somebody called me.  Somebody that was

24    not -- Bruce Ross called me.

14:25:39 25    Q    Bruce Ross called you.  Okay.  From Dahle's

1   office.

2       A    Dahle's.

3       Q    So --

4       A    I -- I -- that's my rec- --

14:25:48  5       Q    Okay.

6       A    -- because it was not -- it was somebody

7   kind off the wall, and he kept calling and I was,

8   like, why is he calling, and that's how --

9       Q    Gotcha.  And I forgot to ask you.  So Cedar

14:25:58  10   went to Bowman.  What happened to Cedar's -- his

11   remains afterwards?

12       A    There -- he replaced -- I didn't do the

13   paperwork, but I believe he replaced the goat that

14   was taken in Cedar's place from the resale animals

14:26:29  15   to go to the barbecue.

16       Q    Okay.  So Cedar went to another bidder from

17   the Junior Livestock Auction?

18       A    Yes.  Maybe.  I believe that's what

19   happened.

14:26:41  20       Q    Who would know for sure on that?

21       A    I believe Melanie would.

22       Q    Okay.

23       A    But I -- because we had to take one...

24       Q    May I help you out?  I just -- this is

14:27:01  25   what Muse said -- and you can tell me if I'm wrong,

**BRUCE JOHN 'B.J.' MACFARLANE**

1    but I believe -- it appears that Melanie or the fair

2    gave Ms. Muse a replacement goat for the fair --

3    that's what you're --

4        A    Yes, yes.

14:27:13  5        Q    -- referring to earlier for the barbecue.

6    Okay.

7        A    To replace.

8        Q    So Cedar went to whoever the bidder was

9    for --

14:27:18 10        A    On the other goat.

11        Q    -- on that other goat.

12            Okay.  But -- so this is just a few weeks

13    later though when --

14        A    Yes.

14:27:24 15        Q    -- he went to that person?

16            Okay.  All right.  Okay.  And Melanie would

17    know for sure.  Would there -- Melanie would know

18    for sure is your understanding?  Would there be a

19    paper trail of this?

14:27:36 20        A    I was housing the goat.

21        Q    Not with you?

22        A    I -- with -- possibly.

23        Q    Possibly.  Who?  Where would -- where would

24    we look for that?

14:27:45 25        A    Bowman Meats.

**BRUCE JOHN 'B.J.' MACFARLANE**

1     Q    Bowman Meats would have some --

2     A    Well, they would have the gentleman that

3    got the meats, which I don't know with who it is.

4     Q    Okay.  Okay.  So -- but it's -- did the --

14:27:56  5   did you tell Bowman to give Cedar to -- was it your

6    instruction to tell Bowman Meats --

7     A    I don't -- I don't remember the guy's name,

8    but that's who it was --

9     Q    Okay.  So -- so Melanie had you --

14:28:05 10   A    It was one of their customers already,

11   so...

12     Q    Okay.  So just to be clear, Melanie had you

13   direct Cedar's remains to this --

14     A    Yes.

14:28:15 15   Q    -- other person?  Okay.  Okay.  That's

16   fine.

17           Okay.  And then so -- so would the fair

18   have gotten a paper confirmation of Cedar's

19   processing --

14:28:28 20   A    That is --

21     Q    -- from Bowman?

22     A    Yes.

23     Q    Okay.

24     A    Because -- yeah.

14:28:37 25   Q    Earlier -- earlier, you testified that the

**BRUCE JOHN 'B.J.' MACFARLANE**

| | |
|---|---|
| 1 | processing -- |
| 2 | A     Yeah. |
| 3 | Q     -- it would send something to -- okay.  All |
| 4 | right.  So yes is your answer? |
| 14:28:44 5 | A     Yes. |
| 6 | Q     All right.  So then on this e-mail chain |
| 7 | after the lawsuit comes out, you say, "I sent to |
| 8 | Melanie and Jerry."  Is it Jerry Fernandez? |
| 9 | A     Yes. |
| 14:28:53 10 | Q     Jerry on there. |
| 11 | Okay.  And -- and "told Melanie to send the |
| 12 | CDFA to get this taken care of quickly in the |
| 13 | media."  What did -- so you sent a copy of the |
| 14 | lawsuit to -- or the article or whatever this |
| 14:29:07 15 | link -- |
| 16 | A     Yes. |
| 17 | Q     -- is to Melanie? |
| 18 | A     Yeah. |
| 19 | Q     By e-mail or text? |
| 14:29:12 20 | A     It had to be -- because I didn't plan |
| 21 | anything -- like I said, I searched my text for -- |
| 22 | it had to be -- so e-mail, so it had to be text |
| 23 | maybe. |
| 24 | Q     So which -- |
| 14:29:27 25 | A     Yeah. |

**BRUCE JOHN 'B.J.' MACFARLANE**

```
 1        Q       Okay.
 2        A       See how many texts that is.
 3        Q       And you texted it to Jerry as well?
 4        A       I don't remember doing any texting.
14:29:38  5       Q       So would you have e-mailed that to Jerry --
 6    Lieutenant Fernandez?
 7        A       I don't recall.  I can -- I don't recall.
 8        Q       But you sent it.  You recall sending it
 9    somehow to --
14:29:55 10       A       To Melanie.
11        Q       -- to one -- to them in some form, text or
12    e-mail?
13        A       Yeah.
14        Q       Okay.  All right.  Okay.
14:30:01 15       A       Which -- I think -- yeah.
16        Q       Okay.  So -- and told Melanie to send to
17    CDFA to get this taken care of quickly in the media.
18                What -- is -- what -- so you told that to
19    Melanie over the phone to get this taken care of in
14:30:18 20   the media or did you say it in your --
21        A       I called to talk to her, I believe.
22        Q       Okay.  And what did she -- what did she
23    say?
24        A       She was going to -- I -- I don't remember.
14:30:26 25   Because we were both getting blown up on this, so
```

BRUCE JOHN 'B.J.' MACFARLANE

1    I'm pretty sure we asked her to -- if she was going

2    to talk to 'em to see if they could do something to

3    curb this a little bit.

4        Q    Okay.  Talk to the CDFA?

14:30:41 5        A    Yes.  And the lawyers -- the lawyer for

6    CDFA and, you know, I mean, to try to --

7        Q    Do you -- do you know what efforts were

8    undertaken to curb the spread of the story?  Or the

9    lawsuit?

14:30:56 10        A    I don't believe any.

11        Q    Okay.  All right.  Okay.  And are you on --

12    is there any reason you used the word "Jerry" as

13    opposed to Lieutenant Fernandez?  Ae you -- for

14    example, are you on a first-name basis with Jerry?

14:31:14 15        A    He was an acquaintance, too.

16        Q    You've known him for a few years at this

17    point, yes?

18        A    Yeah.

19        Q    Do you -- do you have his cell phone in

14:31:24 20    your phone?

21        A    I don't believe so.

22        Q    You don't believe so.  All right.  If you

23    want to check really quick just to verify.

24             THE COURT REPORTER:  Bless you.

14:31:37 25             MR. NORTHCUTT:  Thank you.

**BRUCE JOHN 'B.J.' MACFARLANE**

 1                THE WITNESS:  No.

 2                MR. GORDON:  Okay.  All right.  Okay.

 3     We'll -- we'll stop there for today, because we'll

 4     review the rest of the documents and -- we'll stop

14:31:53  5     there for the day.  Okay.

 6                Is that okay with you, John?

 7                MR. BRIDGES:  Whatever you want.

 8                MR. GORDON:  Yeah, yeah.  Okay.  All right.

 9                THE COURT REPORTER:  Could I get the orders

14:31:59 10     on the record, please?

11                MR. BRIDGES:  I would like a copy of the

12     transcript, no video, please.

13                THE COURT REPORTER:  And Mr. Northcutt?

14                MR. NORTHCUTT:  I'll take a copy of the

14:32:07 15     transcript and the video, please.

16                MS. SHAKIB:  And we're transcript and video

17     on Plaintiffs' side.

18                THE VIDEOGRAPHER:  Okay.  This is the end

19     of the deposition of B.J. Macfarlane.  All original

14:32:18 20     videos will be retained at the offices of Redding

21     Video Productions at 8954 Old Oregon Trail.  We're

22     off the record, and the time is 14:32.

23        (Videotaped deposition adjourned at 2:32 p.m.)

24                        ---oOo---

25

1                    PENALTY OF PERJURY

2

3             I, the undersigned, hereby certify that I

4      have read the foregoing deposition, that I know the

5      contents thereof, and I declare under penalty of

6      perjury under the laws of the State of California

7      that the foregoing is true and correct.

8

9             Executed on _____, 2023.

10

11

12

13                    _____

                       BRUCE JOHN "B.J." MACFARLANE
14                          ---o0o---

15

16

17

18

19

20

21

22

23

24

25

1              WITNESS' CHANGES OR CORRECTIONS

2

3     NOTE:  If you are adding to your testimony, print
      the exact words you want to add.  If you are
4     deleting from your testimony, print the exact words
      you want to delete.  Specify with "Add" or "Delete"
5     and sign this form.

6     Deposition of:  BRUCE JOHN "B.J." MACFARLANE
      Case Title:  LONG V. FERNANDEZ, ET AL.
7     Date of Deposition:  WEDNESDAY, NOVEMBER 15, 2023

8     Page   Line        Change/Add/Delete

9     _____  _____   _____

10    _____  _____   _____

11    _____  _____   _____

12    _____  _____   _____

13    _____  _____   _____

14    _____  _____   _____

15    _____  _____   _____

16    _____  _____   _____

17    _____  _____   _____

18    _____  _____   _____

19    _____  _____   _____

20    _____  _____   _____

21    _____  _____   _____

22    _____  _____   _____

23    _____  _____   _____

24    _____  _____

25    BRUCE JOHN "B.J." MACFARLANE        DATED

1                    CERTIFICATE OF REPORTER

2

3          I, CAROL J. CHASE, a Certified Shorthand

4     Reporter, licensed by the State of California,

5     License No. 13538, being empowered to administer

6     oaths and affirmations pursuant to Section 2093 (b)

7     of the Code of Civil Procedure, do hereby certify:

8          That the witness in the foregoing deposition,

9     BRUCE JOHN "B.J." MACFARLANE, was present at the

10    time and place specified and was by me sworn to

11    testify to the truth, the whole truth, and nothing

12    but the truth;

13         That said proceeding was taken before me in

14    shorthand writing, and was thereafter transcribed

15    under my direction by computer-aided transcription;

16         That the foregoing transcript constitutes a

17    full, true, and accurate record of the proceeding

18    which took place; That I am not of counsel or

19    attorney for any of the parties hereto, or in any

20    way interested in the event of this cause, and that

21    I am not related to any of the parties hereto.

22         IN WITNESS WHEREOF, I have hereunto subscribed

23    my signature on this 28th day of November, 2023.

24

25                    _____
                                  CAROL J. CHASE

**$**

**$0.42 (1)**
105:21
**$400 (2)**
162:23;163:18
**$5 (2)**
104:3,3

**/**

**/// (4)**
6:23,24,25;183:25

**[**

**[sic] (1)**
27:3

**A**

**A&R (1)**
48:10
**A&R's (1)**
48:13
**abbreviation (1)**
91:13
**abbreviations (1)**
91:16
**abide (2)**
55:12;183:15
**ability (3)**
14:24;15:18;100:18
**able (10)**
10:1;11:1;29:23;
41:2;55:12;97:19;
131:7;134:17;150:18;
183:22
**abouts (2)**
27:3;141:13
**above (1)**
203:14
**ac- (1)**
193:16
**accepted (1)**
29:13
**access (1)**
6:19
**account (4)**
187:25;188:4,9,13
**accurate (4)**
82:16;101:14,15;
191:13
**acquaintance (2)**
125:8;220:15
**Acquaintances (4)**
198:17,20,24;199:1
**acreage (1)**
21:21
**acres (1)**
21:23
**across (3)**

32:3,19;155:11
**actions (1)**
107:15
**actively (1)**
79:2
**activist (1)**
152:21
**activists (1)**
153:16
**activities (1)**
58:6
**actors (1)**
75:12
**actual (3)**
22:11;91:18;193:16
**actually (22)**
12:16;31:5;36:2;
37:12;44:14,20,25;
60:1;74:10;108:17;
112:17;116:15;129:7;
133:2;134:8,10;
155:7;161:20,23;
179:21;193:16;
214:12
**add (2)**
6:12;160:17
**additional (1)**
5:25
**address (7)**
43:8;67:11,11,16,
18;123:19;124:6
**adjourned (1)**
221:23
**admonished (1)**
8:24
**adults (2)**
41:17;171:16
**advise (1)**
11:17
**advisors (1)**
54:20
**Ae (1)**
220:13
**affect (1)**
28:8
**affected (1)**
26:16
**afternoon (4)**
202:21,22;203:1;
204:2
**afterwards (7)**
11:2;35:3;39:5;
80:11;81:1;148:18;
215:11
**ag (2)**
55:7,9
**again (35)**
8:16;31:11,18,18;
32:4;34:16;45:1,11;
50:1;61:12;63:7;76:4;
87:15;89:15;93:4;
96:1;99:6;104:19;
118:13;129:18;

130:25;133:8;135:16;
136:7;139:4;145:10;
156:15;162:8;164:25;
166:13;172:16;180:5;
182:24;192:8;213:7
**against (1)**
11:6
**age (2)**
122:10,13
**agency (1)**
52:25
**agent (1)**
44:21
**ago (15)**
9:14;23:12;24:9,19,
20;32:8,9;40:21;62:8;
113:5;115:23;136:8;
151:8;177:25;193:6
**agree (3)**
145:24;146:3;
155:14
**agreed (2)**
27:13;177:14
**agreement (2)**
60:17;61:1
**agreements (1)**
171:10
**Agricultural (5)**
5:5;22:21;143:7;
154:22;162:24
**agriculture (1)**
163:18
**ahead (3)**
46:6;51:8;163:4
**ahold (2)**
87:17;107:24
**albeit (1)**
8:14
**alive (1)**
172:25
**almost (8)**
58:18;94:8;113:15;
114:16;138:22;
156:20;192:23;
205:10
**along (3)**
120:8;140:25;179:6
**although (1)**
169:4
**always (11)**
9:16,21;11:10;56:5,
9,15;57:6;59:12;
61:15,17;214:4
**amenable (1)**
173:6
**American (1)**
153:16
**among (1)**
210:24
**amount (3)**
31:23;38:13;53:9
**amounts (1)**
42:11

Anderson (2)
198:18;199:25
**Andrea (11)**
109:15;115:6;
117:12;121:2,9;
123:18;125:24;
128:10,12,15;129:3
**anecdote (1)**
24:14
**animal (63)**
39:3;46:10,12,19;
48:9,19;50:19;51:10;
55:13;97:1,11,12,14;
99:1,2,6;100:7,16,17,
19;102:13,14;103:11,
21;104:7;105:18;
110:14,18,23;111:7,
16,19;112:10,17;
117:23;152:21;
153:16;155:18;156:4;
159:1,15;160:7;
170:18;184:8,10,15,
20,21,24;185:10,16;
186:5,6,15,15,18,20;
187:10;188:16,17;
189:2,4,24;214:3
**animals (47)**
20:11;37:17;41:14,
15,17,24;42:11;44:5;
45:24;46:1,22,23;
47:7;48:10,13;49:9;
53:15;56:19;85:2;
86:5,13;89:1;90:9;
93:16;94:13;95:5;
98:22;100:10;102:11;
104:20,25;105:6,25;
112:18;115:25;
118:22;123:9,10;
137:8,9,10;138:7;
140:24;185:13;
188:24;214:1;215:14
**animal's (3)**
47:3;48:1;98:22
**announce (1)**
13:21
**anonymous (2)**
33:18;91:12
**antagonistic (1)**
154:24
**any- (1)**
58:10
**anymore (3)**
43:2;188:9;208:18
**Anything's (1)**
80:8
**Anyways (2)**
41:5;152:14
**apart (4)**
62:16;68:11;90:25;
92:5
**apologies (1)**
96:17
**apologize (3)**

16:9;101:21;211:14
**appare- (1)**
62:16
**apparently (6)**
68:4;74:1;148:12;
152:20,22;153:23
**appearing (1)**
13:24
**appears (4)**
146:9;209:8;214:9;
216:1
**apply (4)**
25:24,25;165:14,19
**appreciate (2)**
62:12,13
**apprise (1)**
135:14
**approach (1)**
85:23
**approaching (1)**
69:11
**appropriate (1)**
66:9
**approximately (1)**
84:23
**April (6)**
20:4;33:2;78:9,15;
79:9;82:10
**area (4)**
17:6,12,13;89:23
**argumentative (1)**
12:6
**arise (1)**
11:18
**around (15)**
29:14;36:18;41:3;
57:12;73:19,23;
81:15;86:2;93:5;
116:9;122:25;162:15;
174:22;214:2,4
**arranged (1)**
44:17
**arranging (1)**
45:9
**arrive (2)**
138:13;139:2
**art (1)**
111:20
**article (2)**
79:9;218:14
**articles (2)**
79:19,22
**aspect (2)**
23:13;57:1
**assemble (1)**
42:2
**assistance (3)**
45:6;57:13;151:23
**assistant (6)**
39:10,15,18;43:23;
70:10;168:17
**associated (2)**
48:18;92:4

**Association (3)**
  5:5;22:21;143:7
**assume (2)**
  88:23;164:7
**assumed (1)**
  30:1
**assuming (6)**
  60:16;114:4;136:7;
  178:1;201:18;202:21
**assumptions (1)**
  86:9
**astonishingly (1)**
  41:1
**AT&T (3)**
  82:2,3;83:1
**attachments (2)**
  177:10;194:11
**attention (4)**
  35:2,4,5;77:20
**attorney (9)**
  8:14;11:16,20;
  80:25;147:7;163:14;
  205:2,5;211:9
**attorney-client (2)**
  11:23;12:2
**attorney-like (1)**
  59:4
**attorneys (5)**
  9:16,20;12:8;
  210:14,17
**Auction (35)**
  28:14;42:14,15;
  52:6;58:20,23;62:24;
  83:13,21;84:4;89:21;
  90:6;93:11,11,15;
  94:21,23;95:3;99:2,
  21;100:3;101:4,6,13;
  104:19;105:12;
  119:25;122:23,24;
  134:25;186:6;187:24;
  188:21;189:17;
  215:17
**auctioneer (2)**
  41:21;186:10
**auctioneers (1)**
  42:17
**auctions (3)**
  95:17;96:3;105:15
**audible (2)**
  9:9;52:17
**August (9)**
  29:14;30:24;31:1;
  81:17;124:25;125:4;
  144:12;214:11,14
**August-ish (1)**
  27:8
**authority (1)**
  58:5
**automatically (1)**
  31:9
**auto-populates (1)**
  153:14
**available (1)**

**aware (9)**
  57:19;59:25;
  146:12;156:15,17;
  160:5;186:13;190:4;
  200:1
**away (10)**
  86:25;87:3;156:11,
  14,25;157:7;213:5,18,
  20;214:2
**awe-shock (1)**
  86:16
**Awesome (1)**
  91:8
**awkward (1)**
  33:13

**B**

**B- (2)**
  7:23,23
**BA (2)**
  70:2,9
**back (57)**
  13:17,19;14:13,15;
  26:25;31:6,8;40:13;
  45:1;46:7;47:5,10;
  49:1,12;51:17;56:23;
  63:25;64:5;71:21;
  75:24;77:2,6;85:3,10,
  25;87:11,21;97:10,
  16;98:5;106:17;
  109:3;110:7;112:18;
  120:14,18;125:21,22;
  133:20;137:4;139:17;
  148:11;158:19;
  161:12,25;162:18;
  163:6,7;166:7;167:9;
  170:9;176:22;178:3;
  179:16;182:11;191:4;
  201:9
**backed (1)**
  77:14
**background (2)**
  70:14;180:9
**Backing (1)**
  136:23
**bad (1)**
  32:14
**ball (1)**
  138:12
**ballpark (1)**
  9:23
**bar (2)**
  131:11,16
**barbecue (11)**
  59:23;62:1,20;
  136:24;137:5,9,20;
  172:16,19;215:15;
  216:5
**barbecues (1)**
  60:8
**barbecue's (1)**

**172:18
barbed (1)**
  116:21
**barn (9)**
  23:12,23;87:10,11;
  109:12;116:10,12;
  213:6,9
**Baron (4)**
  199:22,24;200:15,
  17
**based (4)**
  53:2,5;156:5;
  171:21
**basically (7)**
  46:25;49:4;51:16;
  118:18;123:3;171:5;
  175:12
**basis (2)**
  11:23;220:14
**Bates (2)**
  145:14;177:13
**bathroom (2)**
  75:18;108:17
**Bear (1)**
  17:8
**beautiful (1)**
  41:1
**became (5)**
  24:21,25;25:18;
  26:20;44:22
**becoming (1)**
  43:17
**bed (1)**
  87:20
**beef (6)**
  23:12,23;39:23;
  43:19;51:25;102:17
**beforehand (2)**
  104:24;197:17
**beginning (1)**
  178:10
**begins (1)**
  191:19
**behalf (1)**
  13:24
**behest (1)**
  150:23
**behind (1)**
  84:25
**belief (1)**
  88:24
**besides (2)**
  57:22;208:11
**best (19)**
  9:15,18;10:14;11:8,
  18;15:18,22;71:17;
  82:5;118:1,17;
  132:23;138:9;175:22,
  25;176:2,3;196:6;
  212:13
**better (4)**
  10:13;29:2;145:24;
  146:6

**bid (5)**
  50:7;136:19;
  148:25;186:9;187:6
**bidder (11)**
  131:24;132:3,24;
  137:14,15,18;186:7,8;
  187:8;215:16;216:8
**bidders (1)**
  101:13
**bidding (1)**
  99:1
**big (3)**
  44:25;88:12;155:23
**bill (4)**
  49:4,6,7,10
**bit (4)**
  28:23;144:22;
  183:8;220:3
**BJ (23)**
  5:6,10;7:12,13,15;
  8:2;74:21;76:2;107:6;
  108:8;120:19;145:23;
  170:5;175:20;177:21;
  180:4;191:5;193:3;
  201:1,13;206:7;
  208:13;221:19
**bjherefords (1)**
  168:22
**black (3)**
  102:3;180:8,13
**black-and-white (2)**
  96:15,17
**Bleating (18)**
  129:12,14;149:7,9,
  18;150:22;151:4,7,
  16;152:3;154:2,6;
  155:22;156:7,15,17;
  159:13;160:11
**Bless (1)**
  220:24
**Bloat (2)**
  24:6,7
**blown (1)**
  219:25
**blue (1)**
  197:16
**Bluff (2)**
  17:18;19:16
**board (5)**
  18:15,16;106:15;
  143:5,18
**bond (1)**
  140:23
**bonded (1)**
  176:17
**booklet (1)**
  10:25
**bookmarked (1)**
  188:6
**Born (5)**
  16:11,15;37:24,25;
  69:4
**boss (1)**

**142:15
both (9)**
  28:12;84:1;91:22;
  98:17,20;132:10;
  178:23;183:6;219:25
**bothered (1)**
  134:10
**bottom (5)**
  95:10;105:7;
  168:25;195:13;
  214:19
**bought (6)**
  46:10;104:21;
  131:23;133:3;136:18;
  148:23
**Bovine (1)**
  39:19
**Bowman (12)**
  211:11,17,18,19,20,
  21;215:10;216:25;
  217:1,5,6,21
**boxes (2)**
  65:12,12
**bracing (2)**
  100:25;101:8
**brain (4)**
  176:13,21,22;179:5
**break (4)**
  6:16;75:18;108:17;
  191:1
**bred (4)**
  184:22,23,24;
  185:17
**breed (1)**
  115:22
**Brian (9)**
  132:4,5,5,6,13,23;
  137:14,23;168:17
**Bridges (41)**
  5:3,3,19;6:2,9,11,
  18;12:22;13:1,7;14:3,
  6,8;15:9,12;25:13;
  32:8;40:18;60:21;
  74:4;78:12;99:21;
  104:12,15;108:19;
  125:4;131:9;145:12;
  146:13;155:8;163:1,
  4;164:16;166:16;
  168:5;177:16;183:20;
  205:22;208:3;221:7,
  11
**Bridgett (2)**
  204:25;207:22
**bring (4)**
  112:22;203:1;
  211:21,23
**bringing (2)**
  202:13;210:7
**brings (1)**
  133:20
**brought (4)**
  78:9;137:4;140:6;
  173:10

**Browning (5)**
199:22,24;200:1,
15,17
**BRUCE (12)**
5:10;7:7;168:17,22;
169:12,13;172:13;
173:3;174:17,25;
214:24,25
**B-R-U-C-E (1)**
7:16
**bucks (2)**
23:20;24:16
**built (1)**
40:24
**Bull (8)**
17:19;19:6,16;
29:21;30:1,2;111:24,
25
**bulls (1)**
18:25
**bunch (1)**
41:19
**business (4)**
43:23;70:3,9,10
**busy (2)**
19:24;138:6
**butcher (15)**
46:8,11,16;47:8,19;
48:5,23,24;49:2,20;
50:1,2,18;51:16;85:3
**butchering (2)**
52:7;155:6
**butchers (2)**
49:11,25
**buy (5)**
48:9;103:10,11;
104:20;105:1
**buyer (2)**
48:6;55:17
**buyers (1)**
102:24

## C

**Cal (5)**
127:14,15,15,20;
128:20
**calendar (3)**
83:22,25;84:3
**California (7)**
5:4;16:22;18:10;
36:4;38:4;41:3;
127:17
**call (21)**
34:22;41:16;57:13;
98:6;100:6;103:2,4;
105:14,16;108:8;
110:4;111:25;119:6;
130:23;150:1;155:25;
156:16;190:3;194:19;
198:10;199:14
**called (37)**
7:11;35:12;52:20;

57:8;100:21;110:4,9;
112:8;114:19,21;
115:2;126:19;128:13;
129:7;141:22;172:9,
13;174:18,22;175:16;
192:2,4,6;193:5,6,15;
194:20;196:6;200:16;
202:12,14;210:14,18;
214:23,24,25;219:21
**calling (9)**
73:25;85:24;86:3,4;
119:16;126:16;
193:12;215:7,8
**calls (11)**
9:2,8;32:1,16;68:4,
5,12;157:18;158:1;
183:20;206:20
**came (26)**
24:8,11;25:21;35:2;
57:7;61:13;85:5,21,
23,24;86:7;87:21;
104:21;113:24;114:3,
4,15;144:16;145:8;
154:4;155:11;181:1;
195:11;211:24,25,25
**camp (1)**
84:18
**can (84)**
6:19;7:15;11:10,12,
15,15;14:3;15:21,24;
34:8;36:24;37:8;
40:16;44:10;50:25;
56:6;58:13;59:4;
62:12;69:19;71:17;
72:9;74:9;82:4,12,15;
83:22,25;87:24;
88:23;91:18;93:14;
97:13;98:5;99:5;
104:1,2,6;106:16;
108:16;109:5;111:1,
8;112:15;113:23;
114:14;115:15,20,22,
22;118:1,19;119:11;
121:11;123:6;126:23;
127:7,21;128:9;
131:7;138:10;144:24;
145:1,24;146:3;
157:18;158:11;
159:11;164:2,4,9;
166:17;180:17;188:8;
192:24;199:21;
205:14;206:13,15;
208:4;212:9,9;
215:25;219:7
**cap (1)**
104:9
**capacity (1)**
164:15
**captain (1)**
198:18
**captured (1)**
76:20
**car (1)**

105:15
**carcass (9)**
47:16,17,18,18;
50:5;51:17,18,20;
105:24
**card (2)**
98:6,7
**care (7)**
23:22;41:22;55:13;
137:5;218:12;219:17,
19
**careful (1)**
6:4
**carnival (4)**
56:5,6,11,13
**carrier (3)**
82:1,1,25
**carry (1)**
43:12
**case (22)**
30:11,13,19;71:12;
76:12;77:22,23;78:2,
17;79:6,23;80:5;
88:19;125:1;126:2,6;
144:2;155:7,10;
164:14;192:16;201:4
**cases (2)**
94:14,14
**cast (3)**
73:19,20;76:11
**catastrophe (1)**
56:10
**cattle (12)**
20:25;24:4;39:24;
41:20;51:18;60:5;
87:11;102:23,23;
104:2;105:10;112:17
**cause (1)**
187:21
**caused (1)**
170:10
**cc'd (2)**
177:9;179:20
**CDFA (29)**
66:4;73:23;74:3,3;
75:12;76:12;95:18;
119:20;127:14;141:9,
10,21;142:3,7,13;
161:4,8;177:22;
190:18,20,21;204:13;
205:5;211:6,8;
218:12;219:17;220:4,
6
**CDFA's (3)**
203:20,23;204:8
**Cedar (50)**
71:14;84:20;88:7,
22;99:15;107:13,16;
109:23;110:3,15;
113:12,25;114:18;
115:16;116:2;117:13;
120:24;121:6;134:3;
135:15;139:19;143:5,

16;150:19;151:11;
160:1,6;172:20,21,24;
173:18;176:12,17;
184:5,15,19,20,22;
189:16;205:6;206:21;
209:7;210:3,22;
211:21;212:1;215:9,
16;216:8;217:5
**Cedar's (6)**
185:9;212:20;
215:10,14;217:13,18
**cell (12)**
32:12;67:4;68:16,
17,19,23;141:24;
199:5,13;200:4,24;
220:19
**cellular (1)**
81:9
**Center (2)**
22:15;62:18
**Central (1)**
86:18
**century (1)**
69:5
**CEO (46)**
22:15;23:6,9;24:21,
25;25:19,19;26:4,5,
20,23;27:25;30:1;
38:9;43:24;44:1,22;
45:1;53:6;55:21;
57:18,19;58:17;
59:25;60:12;63:5,17;
66:18,25;67:4,12;
69:22;70:1;106:10;
116:20;139:11;
142:18,21;157:16;
189:23;190:13,14;
198:19,21;200:10,11
**CEOs (2)**
57:20;142:23
**CEO's (1)**
59:21
**certain (4)**
22:14;75:7,11;
128:2
**certainly (1)**
8:14
**cetera (3)**
10:24;138:8;165:14
**Chad (20)**
85:18;86:7;87:17,
23,24,24;92:5,6,12,
17,19,20;93:8,8;
107:11;109:25;
113:10;114:2;115:12;
117:18
**chain (15)**
147:8;168:15,21;
169:3;177:15;178:21;
191:5,19;197:2;
201:10;205:9,20,22,
24;218:6
**chain-link (2)**

116:18,25
**chains (1)**
155:4
**chain's (1)**
168:24
**chair (1)**
25:13
**champion (2)**
100:7;103:3
**champions (1)**
103:2
**chance (2)**
119:3;204:25
**change (14)**
11:3,5,10,11,12,14,
15,15;106:14,16;
108:21;120:5;132:7;
214:3
**changed (6)**
32:22;33:2;66:24;
81:19,21;106:20
**changing (3)**
106:18,19;119:10
**chapters (1)**
38:16
**characters (2)**
73:21;76:11
**check (10)**
45:18;54:1,12,23;
55:13;86:2;129:19;
130:11;192:22;
220:23
**checks (6)**
53:18,18,21,25;
54:19;173:19
**Chico (1)**
39:2
**child (3)**
91:18;98:25;101:7
**children (5)**
94:21;100:24;
102:9,10;123:6
**cir- (1)**
152:10
**circumstances (1)**
186:25
**city (7)**
125:13,15;199:15,
17,22,24,25
**civil (1)**
165:14
**claims (1)**
210:7
**clarify (3)**
76:4,18;211:1
**clarity's (1)**
76:22
**class (6)**
97:9;98:4;100:6;
103:1;110:25;122:9
**classes (3)**
97:13;122:9,14
**clean (1)**

214:6
**cleaning (1)**
  139:13
**clear (5)**
  8:15;172:19;
  197:10;206:1;217:12
**clearer (1)**
  146:8
**clearly (1)**
  157:10
**clerical (5)**
  84:25;122:7;123:3;
  133:9,16
**clerk (5)**
  122:3,7;127:12,20;
  128:19
**clerks (4)**
  121:21,23;122:1;
  127:16
**client (1)**
  73:22
**cliffs (1)**
  115:21
**climb (1)**
  115:21
**climbed (1)**
  116:21
**close (7)**
  28:15;87:19,19;
  93:21;105:23;134:19;
  141:19
**Cloud (2)**
  77:3,7
**clue (4)**
  61:7;133:5;173:25;
  192:10
**Code (6)**
  163:23;164:22;
  165:4,14,15,19
**colder (1)**
  40:9
**collect (1)**
  53:19
**collectively (1)**
  62:4
**College (3)**
  38:8,23;88:13
**colleges (1)**
  38:25
**comfortable (1)**
  41:12
**coming (6)**
  31:6;85:3;128:8;
  134:7,21;144:21
**comment (2)**
  11:6;155:6
**commentary (3)**
  77:22;79:20,23
**comments (3)**
  118:8;152:23;
  159:25
**commercial (2)**
  105:24;165:15

**committed (3)**
  165:19;167:17,18
**commodities (1)**
  162:24
**commodity (1)**
  163:18
**common (3)**
  171:6,12,16
**communicate (1)**
  208:18
**communicated (1)**
  87:25
**communicating (3)**
  67:22;68:1,10
**communication (4)**
  53:14;107:22;
  172:4;206:19
**communications (3)**
  77:18;167:23;
  208:16
**community (7)**
  25:22;59:23;62:1;
  106:1;155:18;156:4;
  159:2
**company (4)**
  18:5;200:20,21,23
**Complaint (3)**
  91:13;170:23;
  193:16
**complete (3)**
  54:17;71:2;177:15
**completed (1)**
  54:7
**completely (2)**
  15:13;103:20
**completing (1)**
  6:4
**complying (1)**
  64:25
**computer (7)**
  72:3,10,13;75:6;
  101:21;134:11;146:3
**concern (1)**
  132:21
**concerning (9)**
  77:22,22;78:4,5,16,
  17;79:6;80:5;206:21
**confident (2)**
  75:13;84:2
**confirmation (1)**
  217:18
**confuse (1)**
  178:22
**confused (1)**
  99:24
**confusing (2)**
  10:10;133:21
**connected (2)**
  89:1;134:11
**consider (3)**
  58:17;62:1;161:1
**considered (2)**
  19:21;21:6;162:24

**consignment (1)**
  112:7
**consistent (1)**
  107:2
**contact (11)**
  114:25;121:8;
  123:16;124:18;
  133:25;142:2;150:13,
  17;151:11;161:10;
  200:25
**contacted (2)**
  120:25;142:3
**contacting (1)**
  141:8
**contacts (1)**
  123:21
**contain (1)**
  11:1
**contains (2)**
  150:12,13
**content (2)**
  139:22;140:1
**contract (11)**
  43:14;49:17,19;
  60:20;61:3;62:7;
  121:16,17;165:13;
  170:25;171:15
**contracting (2)**
  60:16;171:9
**contracts (8)**
  42:25;43:5;45:12;
  62:9,10;165:9,11,13
**conversation (16)**
  5:20;57:11;76:5;
  119:22,24;126:10;
  134:5;138:10;167:16;
  174:15;175:1,5;
  176:9,16;177:5;
  193:25
**conversations (10)**
  8:20;73:25;79:6;
  90:24,25;134:2;
  139:23;159:22,23;
  161:13
**cooperative (2)**
  52:20,25
**coordinate (1)**
  56:1
**coordinated (1)**
  57:20
**cop (1)**
  167:21
**copy (7)**
  70:19;108:6;146:6;
  168:2;218:13;221:11,
  14
**cordial (1)**
  200:11
**Corporation (1)**
  18:9
**correctly (3)**
  69:18;98:16;123:7
**correspondence (2)**

163:9;180:20
**corresponds (1)**
  47:3
**Cottonwood (2)**
  211:19,20
**council (2)**
  199:24,25
**Councilman (1)**
  199:22
**counsel (5)**
  76:5;80:11;180:6;
  210:15,18
**counsel's (1)**
  76:17
**count (1)**
  21:3
**counted (1)**
  85:10
**country (3)**
  32:3,19;33:24
**County (15)**
  13:24;15:25;16:3,7,
  11;53:1,5;54:10,11;
  125:11,14;143:22;
  144:10;210:15,18
**couple (12)**
  19:3;58:1;95:9,14;
  98:8;107:18;126:5,
  13;157:19;191:1;
  207:14;209:15
**course (2)**
  182:11;190:13
**COURT (26)**
  5:7,14;8:18;10:19,
  20,22;12:12,21,25;
  16:18;26:13,17;29:5;
  51:7;70:8;91:10,11;
  109:5;145:20;163:3;
  168:8;176:6;179:25;
  220:24;221:9,13
**courts (1)**
  91:10
**cousin's (1)**
  157:4
**cover (1)**
  188:15
**coverage (1)**
  112:19
**COVID (5)**
  23:4;26:8,8;28:6,8
**cow (1)**
  24:13
**cows (2)**
  20:15,17
**crew (5)**
  85:5;86:4;87:8,18;
  88:12
**cross-talk (1)**
  26:18
**curb (2)**
  220:3,8
**curiosity (7)**
  21:7;28:1;37:20;

69:6;88:6;115:15;
  160:11
**curious (15)**
  34:22;42:21;70:23;
  74:24;90:15;105:7;
  106:9;116:2;151:15;
  155:10;196:25
**current (3)**
  17:16;64:15,19
**currently (1)**
  17:18
**customers (1)**
  217:10
**cut (3)**
  47:15;53:25;214:2
**cuts (5)**
  47:14,15;49:20;
  50:6;172:21
**cutting (3)**
  45:18;50:5;116:21

**D**

**DA (11)**
  167:21;204:3,21,
  21;207:12,15,16,17;
  209:12,25;210:2
**Dahle (6)**
  132:6,13,23;
  137:14,23;173:5
**Dahles (7)**
  132:11;135:20,24;
  136:9;172:5;174:1,5
**Dahles' (1)**
  178:21
**Dahle's (5)**
  168:17;173:22;
  175:15;214:25;215:2
**dairy (2)**
  39:23,24
**Damian (6)**
  12:23;13:20,24;
  14:8;25:15;205:21
**Dang (2)**
  133:17;199:18
**dark (1)**
  147:17
**database (3)**
  72:3;76:25;134:12
**date (16)**
  6:7;82:4,15;84:1;
  129:22;145:8,24;
  146:2,12;192:9;
  194:3,5,13,18;197:5;
  214:12
**dates (7)**
  10:12;13:5;83:11,
  12;129:24;212:7,9
**daughter (7)**
  23:11;91:6,17;
  173:17;176:17;179:1;
  183:19
**daughter's (3)**

82:6,21;85:15
**Davis (1)**
40:3
**Day (31)**
10:8,8,10,10;17:24;
32:6;43:10;84:10;
89:21;93:12,13,25;
94:12;100:10;114:14;
138:22;139:7;153:10;
157:22;158:24;
161:16,19;169:14;
191:16;193:11;202:8;
205:21;211:23;212:1,
5;221:5
**days (17)**
25:3,4;32:8,9;
53:14,20;97:22;
146:20;148:12;
157:19,20,24,25;
173:20;179:18,18;
208:15
**deal (10)**
32:4;59:1;86:16;
113:16;118:12,15,20;
122:14;149:19;
172:14
**dealing (4)**
61:2;86:5;114:24;
156:3
**dealt (5)**
57:1,4;122:11;
204:14;208:21
**death (1)**
32:21
**decent (1)**
53:9
**decided (1)**
30:16
**decipher (1)**
137:11
**decision (3)**
172:15;189:19;
190:9
**decisions (2)**
58:10;190:10
**deem (1)**
154:24
**deemed (2)**
137:19,21
**defendant (1)**
8:5
**Definitely (2)**
116:4;200:19
**definites (1)**
88:3
**degree (2)**
39:3,11
**delivering (2)**
45:23;46:1
**department (3)**
13:25;127:18;143:2
**depending (2)**
90:10;93:19

**depends (1)**
89:24
**depo (2)**
11:9;13:5
**deposed (1)**
8:8
**deposition (5)**
5:22;10:24;14:19;
221:19,23
**depositions (1)**
6:4
**deputies (1)**
196:22
**describe (3)**
71:16,17;168:16
**described (1)**
107:14
**describes (1)**
51:1
**desert (2)**
36:22;94:8
**deserty (1)**
36:20
**determination (1)**
187:3
**determine (4)**
86:24;170:19;
205:6;209:24
**determined (1)**
112:11
**determining (1)**
70:17
**Detroit (2)**
33:22;40:23
**di (1)**
73:23
**dictate (3)**
96:3;190:24;210:3
**dictates (1)**
56:5
**die (1)**
36:21
**difference (1)**
10:3
**differences (1)**
178:23
**different (12)**
6:7;36:19;42:11;
54:11;67:2;97:13;
115:21;134:14;
176:23,24;177:2;
184:9
**differently (2)**
136:25;137:2
**diminished (1)**
21:2
**direct (1)**
217:13
**direction (1)**
211:3
**directly (1)**
134:14
**director (1)**

168:18
**directors (3)**
18:15,16;106:16
**disaffirm (3)**
170:25;171:4,15
**disagreed (1)**
176:23
**disbelief (1)**
89:12
**discovery (2)**
71:12;168:1
**discretion (1)**
70:17
**discuss (4)**
125:1;173:3,4;
176:12
**discussed (7)**
129:8;159:8;
161:11,12;162:16;
197:23;210:8
**discussing (1)**
181:4
**discussion (1)**
65:6
**disgruntled (1)**
32:18
**disparaging (1)**
73:20
**dispute (1)**
30:20
**disrespect (1)**
19:19
**distilled (1)**
157:9
**distinction (3)**
9:16;98:15;101:10
**District (17)**
5:4;22:15,19,21,25;
23:17;38:9;62:18;
67:15;89:18;142:23;
143:7;168:18;205:2,
5,5;211:9
**doc- (1)**
82:21
**document (4)**
63:6,8,9;95:10
**documentation (1)**
163:8
**documents (13)**
5:23,25;6:5,13;
63:14,14;66:11;
71:11;95:21;132:8;
158:13;205:14;221:4
**dog (2)**
19:6;112:23
**dog-eared (1)**
188:5
**dogs (2)**
18:25;112:6
**dog's (1)**
112:24
**don' (1)**
196:1

**donated (1)**
172:16
**done (11)**
26:23;44:22;66:1;
93:20,23;97:22;
102:17,24;120:2;
131:8,15
**door (1)**
134:19
**double (2)**
129:19;192:22
**down (10)**
8:21;12:21;15:9;
35:11;118:19;125:18;
138:10;152:25;
186:10;202:12
**download (1)**
72:10
**draining (1)**
138:20
**drank (1)**
108:17
**drink (1)**
15:6
**driving (1)**
125:21
**drop (1)**
202:4
**dropped (1)**
201:24
**dropping (1)**
202:8
**drought (1)**
21:2
**drugs (1)**
15:17
**due (1)**
54:5
**duly (1)**
5:11
**Duncan (1)**
201:24
**During (15)**
25:5;58:23,23,23;
90:1,5,6;93:12;97:7,
15;98:4;104:19;
114:1;116:15;210:18
**duties (4)**
18:22;41:11;44:10;
122:2
**duty (2)**
80:15,17

**E**

**ear (22)**
47:3;48:3,15,19;
53:15;56:18,18,20,21;
86:24;87:6;212:19,
20,24,25;213:1,3,4,
24;214:1,3,4
**earlier (26)**
8:24;28:2;38:23;

81:5,7;88:5,6;89:21;
91:9;93:10;136:16;
138:4;140:2,22;
141:7;166:25;168:24;
185:22;192:13;194:4,
5;198:5;202:17;
216:5;217:25,25
**ears (2)**
134:8,22
**easier (1)**
167:10
**east (2)**
17:10;40:13
**eat (2)**
46:13;187:12
**eating (1)**
111:15
**education (3)**
17:5;39:6,7
**effect (4)**
10:22;35:12;
150:19;160:2
**efforts (3)**
71:17;91:12;220:7
**eight (6)**
9:23,24;32:18;
35:23;116:24;189:10
**eight-foot (1)**
116:25
**either (16)**
64:9;72:8;84:2;
92:2;95:25;97:9;
106:4;119:24;122:10;
128:23;140:4,18;
142:4;160:10,13;
173:22
**EL (3)**
91:13,16;171:25
**else (20)**
8:22;28:14;34:10;
50:15;57:4,17;59:24;
60:5;61:15;65:25;
112:13;113:11;127:6,
22;128:2,4,5;161:5;
173:4;174:12
**elsewhere (1)**
124:8
**em (29)**
33:2,3,5,7;38:20;
45:15;46:7,15,16;
65:17;97:20;104:1;
105:1,13;116:1,15;
122:14;129:4;145:1;
160:18;212:22;213:5,
7,8,18,19;214:2,2;
220:2
**e-mail (48)**
34:12;67:11,11,15,
18,23;68:2;70:3,23;
71:6;72:9;73:7;75:5;
76:9,23,24;123:19,22;
124:5;130:4;168:15;
169:8,11,15;172:12;

174:12;175:2,7;
177:9,15;178:10;
180:23;181:1,10,12,
16;182:15,18,19;
194:10,23;197:2;
201:9;205:20;218:6,
19,22;219:12
**e-mailed (3)**
168:18,20;219:5
**e-mails (27)**
32:15;34:2,3,14;
66:19;69:19,21;
70:18;71:13;72:2,4,
22;73:24;77:3,13,21;
78:16;79:3,4;80:4;
130:7,8;144:4;
176:15;177:18;178:1;
196:22
**employee (3)**
25:6,18;43:2
**employees (1)**
121:15
**employment (3)**
17:17;19:15;38:9
**end (10)**
10:24;18:23;39:12;
44:13;120:10;134:16;
144:11;205:10;
208:14;221:18
**ended (1)**
168:23
**ends (1)**
188:23
**enforcement (4)**
119:16;140:6;
165:2;194:19
**enjoyable (1)**
111:15
**enough (11)**
64:13;77:15;
105:13,17;111:9,10,
17;112:16,21;116:9;
119:5
**entered (1)**
95:5
**Enterprise (2)**
82:22,23
**entitled (5)**
9:15,17,19;10:11,
15
**entries (4)**
41:13;96:6;97:23;
110:8
**entry (1)**
115:1
**equal (1)**
187:11
**equivalent (1)**
55:1
**Erin (3)**
56:25,25;57:23
**escape (1)**
115:22

**escaped (2)**
88:7;117:8
**especially (3)**
112:16;116:14;
138:21
**essentially (2)**
70:15;177:6
**established (1)**
171:7
**estate (1)**
40:14
**estimate (12)**
9:15,18,21,25;10:4;
82:5;175:22,25;
176:2,3;196:6;212:14
**estimate's (1)**
10:14
**estimating (1)**
113:22
**et (3)**
10:24;138:8;165:14
**even (26)**
10:13,13,18;12:20;
20:18;31:16;55:22;
63:5;64:6,15;73:6;
84:17;105:23;112:4,
6;116:10,12;133:20;
136:10;140:10;
173:22;181:12,15,16;
193:4;199:21
**evening (25)**
107:11,15;113:7,
19,21;114:16;115:2;
117:19;118:24;119:3;
120:23;131:21,24;
132:22;134:3;135:14,
20,21,24,25;136:3,11;
138:3,6;201:25
**event (11)**
18:24;19:2,7;20:2;
22:15;24:16;62:1,18,
19;125:21;126:12
**events (6)**
19:11;56:1;58:20;
101:3;122:18;196:12
**everybody (9)**
34:10;42:8;59:7;
94:15,17;103:5;
122:25;126:15,16
**everybody's (1)**
103:4
**everyone (7)**
8:21;23:24;52:2;
91:18;107:14;123:5;
166:25
**everyone's (2)**
59:22;178:15
**everything's (2)**
51:23;57:5
**everywhere (1)**
85:8
**evidence (3)**
12:10,13;80:18

**ex- (2)**
31:16;171:22
**exact (4)**
100:16,17;193:9,10
**exactly (4)**
52:1;136:16;
161:14;196:12
**EXAMINATION (1)**
7:1
**example (10)**
9:20;72:21;96:11,
12,20;97:24;99:15;
100:24;150:24;
220:14
**exception (1)**
183:14
**exceptions (2)**
185:20;186:2
**exchanges (1)**
144:20
**excuse (2)**
69:7;204:12
**exercise (1)**
70:17
**Exhibit (24)**
95:8;101:23;107:5,
7;145:19;146:4;
147:25;148:4;168:6,
7,10,12;179:22;180:1,
5,17,18;191:3,8;
205:15,17,19;206:3,5
**exhibitor (7)**
37:12;41:8;48:16;
171:22,25;187:7;
189:5
**exhibitors (2)**
102:8,9
**expect (1)**
107:25
**expected (1)**
31:17
**expecting (2)**
57:10;90:14
**expenses (1)**
170:10
**expensive (2)**
40:22;45:22
**experience (3)**
65:13;98:12;111:15
**explained (2)**
54:3;207:25
**explanation (1)**
88:20
**Expo (4)**
127:14,15,20;
128:20
**expressed (1)**
167:22
**extension (4)**
44:21,21;52:20,25
**extreme (2)**
38:13;186:25
**extremely (1)**

186:25
**eyeballing (2)**
112:12,14
**eyes (2)**
116:9,13

**F**

**face (1)**
133:14
**faces (1)**
128:6
**facilitate (1)**
43:7
**facilitating (1)**
42:15
**facilities (2)**
44:15;45:8
**facility (6)**
39:22;40:5;50:23;
211:12,13,14
**fact (2)**
81:21;88:25
**Fair (105)**
22:15,20,25;23:8,
13,17;24:17;25:5,7,9;
26:22;27:16,18,20,23;
28:9,10,14,18,20;
29:11;31:18;33:12;
38:9;41:10;42:21;
46:22;47:6,10;49:1,
13,17;53:24;54:2,3,
12,23;55:23;56:2,4,5,
11,20;57:20;58:18;
59:6,19;62:18;67:15,
23;68:10;69:22;81:3;
83:11;84:10,21;
89:18;90:7,24;92:5,
24,24;97:19;100:16;
107:1;116:15;121:15;
122:2,2;126:14;
127:12,13,16,17,20;
137:23;142:15,20,24;
143:6;144:7,10;
157:15,17;158:1;
161:13;165:11;168:3;
183:9,18;184:9;
187:9,12,16,16;
188:17;189:11;
190:10;198:22,23;
200:22;212:13;216:1,
2;217:17
**fairgrounds (14)**
58:6;111:2;115:10;
116:22;117:3,8;
138:14;150:1,13,17;
151:11;162:10,15;
200:23
**fairly (2)**
44:3;107:1
**fairs (15)**
23:2;38:13;43:19;
86:16,17,18;88:12,16,

17;89:18;97:17,21;
104:5;110:23;111:1
**fair's (4)**
56:9;59:18,20;
188:5
**fall (3)**
39:1,2,9
**familiar (3)**
170:22,24;171:13
**family (5)**
20:21;21:11,17;
32:21,23
**fans (1)**
94:17
**far (5)**
108:17;111:7;
125:23;159:2;204:20
**farm (3)**
20:22;38:7;155:22
**farmer (2)**
115:23;154:21
**farmers (2)**
154:23;183:12
**Farms (2)**
151:17;152:3
**fashion (1)**
59:4
**faster (1)**
177:20
**fat (4)**
111:9,17;112:18,24
**fed (3)**
111:9;112:16,21
**Federal (2)**
91:9,11
**fee (5)**
50:3,10;52:6,7,8
**Feel (8)**
5:20,21;9:6;83:23;
112:20;113:1;177:19;
194:25
**feels (1)**
112:23
**feet (1)**
9:23
**felony (9)**
162:25;163:13,13;
165:20;166:14;167:2,
4,17,18
**felt (2)**
210:25;211:2
**female (3)**
128:17,18,19
**fence (4)**
116:18,23,25;117:5
**fences (2)**
115:24;116:14
**Fernandez (7)**
24:3;193:22;
194:11;201:24;218:8;
219:6;220:13
**few (16)**
17:13;37:12;40:21;

43:21;97:4;113:4;
125:21;128:11;145:6;
146:20;148:12;
154:11;179:18,18;
216:12;220:16

**FFA (15)**
35:17;37:3,11,13;
38:12,16,16;41:7;
54:19,25;55:5;58:17;
61:6;62:2,3

**Fifth (2)**
16:23,24

**figure (2)**
108:3;115:25

**filed (5)**
30:20,22;35:1;
126:6;214:9

**files (5)**
63:15,16,17;64:2;
72:8

**fill (2)**
65:24;159:12

**film (1)**
120:5

**finalize (1)**
46:19

**finalized (1)**
45:2

**finalizes (1)**
45:14

**Finally (1)**
212:18

**find (14)**
43:12;67:24,25;
83:19;87:8;92:15;
124:2;145:7;158:13;
168:21;189:1,13;
206:15;214:20

**fine (32)**
6:11;7:10;12:2;
14:7;35:21;38:1;
52:15,15,15,16;58:14;
61:24,24,25;71:10;
79:18;108:19;124:13;
125:10;135:4,13;
145:12;147:5;148:13;
149:5;152:6;157:13;
161:22;193:18,18;
196:10;217:16

**finish (3)**
103:20;108:23;
205:9

**finished (3)**
15:13;114:10;
138:24

**first (28)**
5:11;7:15;36:1,3;
37:5;84:20;85:5;
86:14;87:6;93:7;
97:15;98:25;106:22;
115:8;119:24;120:25;
124:17;141:9;144:19;
148:14;149:14;

161:10;164:14;169:1,
3;185:22;192:20;
198:19

**first-name (1)**
220:14

**fish (1)**
16:19

**fit (1)**
42:8

**five (12)**
9:13;24:23,24;25:1;
46:16;63:12,13;
64:18,20,22;65:5;
66:7

**fixing (1)**
89:25

**flagged (3)**
102:4,7;106:9

**floating (1)**
73:23

**floor (5)**
105:1,17,18,23,24

**Flores (4)**
73:25;74:18;76:12;
142:8

**focus (1)**
34:1

**follow (5)**
183:24;184:2,11;
185:15;188:8

**followed (2)**
190:2;194:24

**following (4)**
27:2;103:5;128:11;
184:12

**follows (1)**
5:11

**follow-up (1)**
204:1

**Forero (6)**
44:20;53:9;55:7;
57:12;68:15;75:12

**forget (2)**
129:24;212:19

**forgetting (2)**
10:9;122:19

**forgot (1)**
215:9

**form (1)**
219:11

**formal (3)**
35:6,7,8

**formally (1)**
107:10

**format (1)**
6:19

**forms (2)**
171:20,21

**Fort (3)**
169:5,10,10

**forte (1)**
118:5

**forth (5)**

56:23;162:1;163:7,
7;176:22

**forthcoming (1)**
23:25

**forward (3)**
91:8;174:11;175:6

**forwarded (3)**
153:25;169:7,20

**found (11)**
78:18;110:1,3,7;
115:13;133:3,5;
136:16,18;151:17;
189:14

**four (5)**
9:24;25:3,4;35:19,
23

**fours (1)**
36:8

**fourth (1)**
86:2

**Fowler (12)**
85:18;92:5,6,12,17,
19,20;93:8,8;107:11;
109:25;114:2

**Fowlers (1)**
92:14

**frame (8)**
10:13;71:21;86:9;
87:15;136:14;145:8;
148:20;189:3

**Francesconi (7)**
74:6,8;76:14;142:4,
10,12;203:13

**frantically (1)**
87:16

**free (4)**
5:20;9:6;177:19;
194:25

**free-for-all (1)**
122:10

**fresh (1)**
144:23

**Friday (3)**
102:17,18,22

**friends (3)**
38:16;198:16

**frightened (3)**
166:5,10,11

**front (3)**
112:18;148:2;
168:22

**fulfilled (1)**
49:19

**full (7)**
19:21;50:19,19,19;
51:17;146:1;211:15

**fuller (2)**
147:8,9

**full-time (1)**
19:19

**fumbling (1)**
158:12

**fur (1)**

50:19
**future (1)**
183:11

---

# G

**gal (1)**
133:9

**gals (2)**
89:10;93:6

**game (1)**
82:23

**gap (2)**
201:16;208:15

**gates (1)**
116:13

**gave (7)**
23:19;35:5,7;45:6;
199:13;200:3;216:2

**gavel (1)**
186:10

**gearing (1)**
209:16

**Geez (1)**
94:7

**Gelding (4)**
17:19,20;19:6,16

**G-E-L-D-I-N-G (1)**
17:22

**geldings (2)**
18:25;112:6

**general (1)**
170:18

**generally (3)**
107:1;145:2;164:11

**generated (2)**
192:18;195:25

**generations (2)**
183:11,11

**gentleman (2)**
34:6;217:2

**gets (6)**
48:12;116:10,12;
123:5;158:23;186:19

**giant (1)**
125:16

**girls (4)**
86:4;88:14,14;
114:20

**gist (1)**
159:11

**given (2)**
56:2;199:8

**gives (4)**
19:24;20:1;28:3;
199:8

**giving (3)**
23:25;49:1;75:1

**goal (1)**
19:4

**goat (60)**
71:18;72:20;75:6;
76:6;78:23;84:22;

85:6;86:25;87:16;
101:8;102:18;110:1;
115:7,9,20;116:24;
117:4;129:10;130:13,
18;131:2,16,23;
136:19,19,19,24;
140:14,18;150:9,10;
159:10;161:7,9;
162:18,22;166:7,22;
167:4,9;168:3;170:9;
184:6;198:1;201:21,
25;203:2,6,7,17;
204:4;206:13;208:10,
11,14;215:13;216:2,
10,11,20

**goat-proof (1)**
116:23

**goats (5)**
41:20;51:17;86:23;
102:18;112:16

**goes (13)**
45:1;48:10;49:16;
91:5;98:24;101:8;
103:21;123:1;139:16;
169:12;185:10;
186:10;209:8

**good (12)**
13:7;45:16;69:1;
98:1;100:19;111:8,9;
163:2,3;204:1;206:6,
16

**goods (2)**
170:18;212:18

**googled (2)**
153:10,15

**googling (1)**
153:13

**Gordon (84)**
5:1,1,15;6:10,17,
21;7:2;12:24;13:3,11,
19;14:2,5,7,15,16;
15:16;16:20;25:14,
16;26:14,19;29:8;
32:9,10;40:20;41:6;
51:11;60:23;70:12;
74:7;76:1;78:13;
94:20;99:23;101:19;
104:13,16;107:8;
108:16,23;109:5,8;
119:11,14;120:17;
125:9;131:10,14;
145:9,13,21;146:5,11,
14;148:5;149:4;
155:9;158:21;163:11;
164:14,17,19;166:19;
168:6,9,11;176:7;
177:13,17;180:2,19;
184:1;191:9;197:11;
205:13,16,19,23;
206:2,4;208:8;221:2,
8

**gosh (1)**
41:3

**Gotcha (21)**
17:16;18:10;19:14;
20:3,13;21:6;22:13;
25:4;27:3;29:25;
37:14,16;39:14;40:6;
69:6,14;110:6;
125:10;172:11;214:5;
215:9
**governed (1)**
95:17
**governing (1)**
95:20
**grade (3)**
16:23,24;203:14
**graduated (1)**
39:2
**grandparents (6)**
179:2;7;181:4,23;
182:7,16
**Grass (2)**
17:7,9
**Great (5)**
7:22;10:18;39:17;
59:1,1
**greater (1)**
187:11
**greatly (1)**
88:18
**grew (4)**
16:15;20:20,22;
36:22
**grid (1)**
68:18
**ground (3)**
8:14;14:18;21:23
**grounds (2)**
84:16;87:8
**grow (1)**
16:14
**growing (2)**
35:16;36:9
**guaranteeing (1)**
87:21
**guard (1)**
116:17
**guess (18)**
7:23;9:17;10:3;
55:16;56:17,17;
64:13;69:13;80:8;
91:25;111:20;150:8;
155:23;166:17;169:8;
176:4;181:11;211:6
**guessing (15)**
10:2;32:17;85:11;
113:21;157:24;
159:23;162:10;
169:21;187:10;
192:10;195:17,18,19;
207:6;212:2
**guesstimate (1)**
29:16
**G-U-L-D (1)**
17:24

**gut (1)**
51:15
**gutting (1)**
51:10
**guy (7)**
43:8,19;53:11;55:9;
69:2;70:2;142:25
**guys (2)**
11:25;125:1
**guy's (1)**
217:7

**H**

**half (4)**
51:18;85:11;87:15;
114:1
**hand (3)**
5:8;147:25;182:11
**handle (4)**
40:16;112:17;
122:16;186:12
**handling (6)**
122:3,5,18;123:9,
10;138:6
**hands (2)**
53:17,21
**hands-on (2)**
39:7,13
**hanging (1)**
51:25
**happen (12)**
8:19;19:2;105:23;
106:3,4;121:8;
122:18;186:17;
189:22;198:1;203:10;
212:1
**happened (23)**
9:13;10:5;57:11;
64:1;88:16;89:13;
107:25;120:23;
137:20;157:12,13;
166:15;169:9;175:2;
185:23;186:4;190:9;
196:13;200:5;212:22;
213:17;215:10,19
**happens (5)**
58:12;96:3;105:22;
186:3;189:9
**happy (1)**
192:17
**hard (3)**
15:9;22:9;70:19
**harness (1)**
103:3
**Harrington (1)**
36:12
**haul (3)**
46:7,15,16
**hauling (1)**
45:22
**head (25)**
9:6;20:25;21:3,5,

13,20;52:13,16;
65:16;67:1;71:25;
72:12;74:3,5;77:4;
80:22;104:12,13;
135:22;142:7,13;
143:3;153:20;182:1;
185:6
**heads (1)**
53:11
**hear (6)**
8:22;32:11;147:5;
161:3,4;209:12
**heard (10)**
16:21;21:7;25:11;
42:24;90:23;104:6;
111:22;160:20,22;
179:6
**Heart (4)**
149:18;151:4,17;
155:22
**Hearts (13)**
129:12,14;149:7,9;
150:22;151:7;154:2,
6;156:7,15,17;
159:13;160:11
**heat (2)**
26:8;94:8
**held (2)**
83:13;171:8
**help (20)**
19:3;23:22,25;24:3,
15;29:10;38:20;
43:18;57:6;58:21,23;
59:7;104:22,22;
123:13;151:11,19;
177:20;193:11;
215:24
**helped (13)**
23:12;28:22;38:15;
42:19;43:6;44:24;
45:6;53:16;59:1;
61:13;86:15;152:13;
189:11
**Helping (4)**
41:13;44:25;59:14;
88:12
**helps (4)**
8:18;82:13;106:1;
127:16
**here's (10)**
43:7,7;48:10;49:10,
10,18;84:3;146:8;
180:4;195:20
**herself (1)**
155:5
**Hey (3)**
62:12;175:20;
208:13
**high (15)**
17:7,8;37:11;38:22;
55:2,4,6;82:22,23;
88:13;106:5;127:11,
19;128:16,16

**highway (1)**
125:23
**himself (1)**
88:8
**hire (2)**
33:13;42:24
**hired (6)**
23:22;26:25;27:4,
12;57:25;121:18
**hiring (1)**
19:4
**hit (1)**
78:2
**Hm (1)**
157:6
**Hm-hmm (1)**
6:2
**hmm (3)**
25:15;65:22;
141:25;199:18
**hog (1)**
118:11
**hold (2)**
203:5,7
**holding (3)**
62:24;208:10,11
**holes (1)**
117:3
**home (5)**
43:12;69:15;87:21;
189:5;206:15
**honest (10)**
28:6;60:10;73:7;
84:1;104:5;121:19;
132:20;194:15;
212:22;213:20
**hot (6)**
93:25;94:1,5,11;
97:6,25
**hotel (1)**
96:18
**hotel's (1)**
180:12
**hour (6)**
85:11;86:1;87:15,
15;114:1;115:9
**hours (8)**
17:13;36:15;
138:15,22;156:11,13,
25;157:7
**house (12)**
10:1;24:2,11;28:24;
40:21;93:1;156:22;
157:4;201:22,25;
211:24,25
**houses (1)**
40:23
**housing (2)**
203:17;216:20
**hundred (1)**
21:22
**hydrated (1)**
94:15

**hypothetical (2)**
187:5;188:20
**hypothetically (1)**
31:14

**I**

**I80 (1)**
17:10
**iCloud (2)**
77:11,12
**ID (4)**
48:19,21,23,25
**Idaho (3)**
16:16;20:18;35:22
**idea (19)**
85:22;135:18;
138:19;147:1;152:2,
19;154:7,13;155:3;
157:4;160:19;174:7;
190:6;202:15;206:23,
25;208:1;213:4,7
**identify (1)**
48:19
**IG (1)**
154:1
**ill (10)**
186:5,7,15,19;
187:1;188:22;189:2,
8,14,16
**imagine (7)**
87:20;106:19;
133:6;141:15;186:6;
189:15;192:24
**immediately (2)**
23:9;148:17
**implied (1)**
118:18
**implies (1)**
170:3
**implying (3)**
59:12;74:21;90:14
**importance (2)**
101:22,24
**important (6)**
11:7;70:18,21;
96:24;102:4;119:5
**impression (1)**
165:18
**incident (1)**
200:16
**included (2)**
50:7,13
**includes (1)**
52:7
**income (1)**
28:16
**independent (2)**
37:12;41:8
**indicating (5)**
106:5;112:20,25;
116:16;152:14
**indigestion (1)**

24:5
**indiv- (1)**
  54:6
**individual (7)**
  50:5;54:6,7,23;
  56:19;117:23;124:17
**individually (1)**
  100:15
**individuals (2)**
  49:23;53:23
**industrialists (1)**
  40:24
**industry (3)**
  89:17;112:8;183:10
**infection (1)**
  121:9
**informal (1)**
  10:19
**information (8)**
  48:2;114:22;
  123:17;124:18;132:1;
  133:7,25;200:25
**information's (1)**
  150:5
**informed (1)**
  210:16
**initially (1)**
  194:18
**Initials (2)**
  7:25;8:1
**initiated (1)**
  169:11
**injured (1)**
  110:25
**inquire (1)**
  109:21
**inquired (2)**
  128:10;129:4
**inquiring (1)**
  121:6
**Instagram (12)**
  129:6,10,17;145:6,
  16;146:19;148:1;
  150:12;155:12;157:8;
  158:22;191:20
**instead (1)**
  201:12
**instruction (1)**
  217:6
**instructions (1)**
  203:4
**instructs (1)**
  11:22
**intended (1)**
  155:8
**intending (1)**
  6:5
**Interaction (6)**
  38:14,15;53:7;
  90:19;92:7,19
**interactions (1)**
  43:21
**Interesting (4)**

55:20;69:1,2;113:3
**interfere (2)**
  14:23;15:18
**interpose (1)**
  11:20
**interpreted (1)**
  156:25
**interpreting (1)**
  165:12
**interrupt (1)**
  85:17
**interrupted (2)**
  134:18,19
**interruption (1)**
  101:18
**into (10)**
  12:9,12,12;50:5;
  64:2;114:16;116:21;
  117:2;172:7;189:10
**intrude (1)**
  125:25
**inventory (1)**
  32:14,14
**inverse (2)**
  147:15;191:15
**investigate (1)**
  193:23
**investigation (1)**
  164:6
**involved (8)**
  35:15;61:12;
  148:21;154:21,23;
  156:4;187:2;191:21
**involvement (6)**
  38:5,11;136:12;
  151:3,5,7
**involving (1)**
  164:15
**iPhone (2)**
  131:5,12
**I's (1)**
  22:2
**issue (3)**
  90:3;113:12;143:5
**issues (2)**
  57:14;84:25
**items (5)**
  46:22;71:16;78:4,5;
  81:1

**J**

**Jan- (1)**
  18:23
**January (4)**
  18:23,24;19:8,12
**jarring (3)**
  33:19;110:10,11
**Jeff (3)**
  206:8,11,12
**Jerry (7)**
  218:8,8,10;219:3,5;
  220:12,14

**Jes- (1)**
  176:9
**Jessica (70)**
  71:18;72:20;75:6;
  76:6;78:17,23;84:20;
  85:15;86:3;107:13;
  109:12,14,20;113:5,6;
  115:6;117:11;121:1,
  5,9,12;124:16,21,23;
  128:10,12;129:9;
  139:19;140:17;143:5;
  144:20;145:4;149:14,
  20,25;150:16,23;
  151:2,10,23;152:5,9;
  155:17;156:3;158:25;
  161:16;164:8;167:12,
  16;169:21,23;172:4;
  173:16;175:9,10,11,
  12,13,14;176:9;178:2,
  9;180:7;182:14,17,
  19;183:5,18;196:18;
  210:6
**Jessica's (7)**
  124:17;173:4;
  177:22,24;180:9;
  210:14,17
**jigsaw (1)**
  42:8
**job (7)**
  19:22,25;20:1;28:2;
  29:2;30:2,7,9;134:9
**John (15)**
  5:3,10;7:7;32:6;
  104:13,20;145:9;
  146:11;164:14;168:2;
  177:13;187:21;
  195:23;205:23;221:6
**J-O-H-N (1)**
  7:18
**Johnny's (2)**
  103:10,12
**Johnson (10)**
  192:2,7;193:7,23;
  198:16;200:8;204:19,
  20;207:12,19
**Johnson's (1)**
  200:4
**Join (1)**
  183:23
**joined (1)**
  13:20
**joint (3)**
  42:23,23;43:11
**judge (7)**
  10:20;43:8;97:9;
  98:4;99:6;100:18;
  111:6
**judged (2)**
  98:21,22
**judges (4)**
  41:20;42:17;
  100:10;101:12
**judge's (1)**

100:9
**judging (3)**
  97:11,12;112:15
**judgment (4)**
  34:20;155:25;
  156:16;165:1
**July (16)**
  59:22;81:17;
  201:17,21;206:5,6,9,
  18,20,21;207:13;
  208:17,17;209:5,6,7
**jump (1)**
  5:20
**jumped (1)**
  93:12
**June (20)**
  20:4;74:12,12;
  81:17;83:14;84:3;
  120:24;129:20;146:9,
  15;148:6;157:15;
  168:25;169:12;178:9;
  180:25;182:15;
  191:19;201:15,16
**Junes (1)**
  23:4
**Junior (20)**
  28:13;38:25;41:14;
  58:19;83:12,21;
  89:21;95:2,4;100:3;
  101:4,6,13;187:14,18,
  23;188:2,3,6;215:17

**K**

**Kathie (31)**
  24:13;38:17;61:2,4,
  16,17;68:13;72:21,
  25;75:11;76:10;
  132:19;133:3;136:2,
  11;148:18;152:22;
  153:23;155:4;177:21;
  197:13;201:10;204:1;
  205:20;206:7,12;
  208:18;212:18,25;
  213:2;214:22
**Kathie's (1)**
  61:1
**keep (8)**
  63:23;64:16;71:3;
  77:7;91:12;118:15;
  201:11,19
**keeping (1)**
  94:14
**Kent (1)**
  137:25
**Kent's (8)**
  137:3,4,4,8,12,19;
  206:11,12
**kept (8)**
  32:14;63:19,24;
  118:16;166:2;176:10;
  177:2;215:7
**kick (2)**

118:19;138:10
**kid (16)**
  25:7;54:11,22;
  88:25;97:12,13,18;
  98:20;103:19,20;
  104:22,23;127:11,20;
  128:16,17
**kids (19)**
  22:2,12;37:5;38:12,
  12;88:13;96:4;98:16,
  20,20;106:1;114:24;
  122:9,12;125:3;
  140:23;184:10;
  213:22,23
**kid's (1)**
  72:17
**kill (2)**
  204:4;210:3
**killed (2)**
  176:19;209:8
**kind (11)**
  21:2;40:3;44:21;
  86:20;88:18;118:3;
  157:8;159:12;165:11,
  13;215:7
**kinds (1)**
  90:3
**knew (40)**
  23:21;42:24;43:25;
  44:4;51:13;65:11;
  82:8;87:3;98:10;
  108:2;110:4;117:7;
  118:23,24;129:9;
  132:18;133:12;
  134:13;136:15,17,22;
  140:20;143:9;148:21;
  151:4,6;152:23;
  155:21,23;156:11;
  158:4;159:9,16,17;
  171:15;176:15;
  179:14;199:15;200:8,
  19
**knowledge (15)**
  74:18;77:21;90:20,
  23;116:7;142:17;
  157:16;160:18;
  185:24;186:1,4,4,14;
  190:5;210:8
**known (3)**
  68:22;159:14;
  220:16
**knows (2)**
  52:2;153:23

**L**

**lab (1)**
  39:20
**Labor (3)**
  10:8,8,10
**laborers (2)**
  121:16,17
**Lake (2)**

LONG vs.
FERNANDEZ
BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Case 2:22-cv-01527-DAD-AC   Document 99-13   Filed 07/31/24   Page 236 of 247

36:17;125:16
**lame (2)**
  111:10,25
**land (1)**
  22:7
**landline (1)**
  83:8
**large (5)**
  19:1;21:7,10;39:23;
  42:14
**larger (1)**
  89:17
**Larry (1)**
  44:20,20;45:5;53:9;
  55:7;57:3,12,22;
  68:15;75:12
**last (20)**
  7:19;18:24;23:5;
  26:4;64:1;72:16;
  109:6,15;112:19;
  121:2;124:14,20,24;
  126:1;133:22;143:21;
  153:14;155:3;204:24;
  205:1
**late (9)**
  39:2;114:7,16;
  133:9,17;135:23;
  138:3;202:5,7
**later (8)**
  12:9,14;114:3;
  144:7,9;158:24;
  179:18;216:13
**Laura (6)**
  133:17,18,19,20,22,
  23
**law (6)**
  10:22;119:16;
  140:6;165:1;171:6;
  194:19
**laws (1)**
  165:14
**lawsuit (13)**
  8:5;30:20,22;31:21;
  35:1,2;74:20;80:17;
  144:14;214:21;218:7,
  14;220:9
**lawsuits (1)**
  71:14
**lawsuit's (1)**
  214:9
**lawyer (7)**
  63:8;203:13,18,20,
  23;204:8;220:5
**lawyers (2)**
  74:4;220:5
**lawyer's (2)**
  204:10,13
**laying (2)**
  214:2,4
**leader (4)**
  85:14,15,16;117:22
**leaders (1)**
  58:22

**leading (1)**
  12:6
**learn (4)**
  39:16;84:20;
  158:23;183:12
**learned (4)**
  5:24;84:22;120:24;
  148:14
**lease (1)**
  21:23
**leased (1)**
  60:14
**leasing (1)**
  62:16
**least (4)**
  59:23;101:7;
  132:13;206:19
**leave (1)**
  84:13
**left (10)**
  35:20;36:7,8,21;
  92:23;93:4;107:18;
  120:22;147:23;169:7
**legal (4)**
  65:1,2;209:22;
  210:7
**legality (1)**
  207:24
**lesson (2)**
  183:17;185:18
**letter (4)**
  172:3,6;179:17;
  181:20
**letters (3)**
  177:23,24;183:6
**level (1)**
  167:1
**Lieutenant (4)**
  194:11;201:24;
  219:6;220:13
**life (3)**
  20:17;173:14;193:1
**lifestyle (2)**
  22:1,11
**lights (1)**
  36:24
**likely (1)**
  176:15
**likes (1)**
  51:24
**limited (1)**
  97:21
**line (3)**
  102:14;103:20;
  179:6
**lined (1)**
  42:16
**lines (1)**
  140:25
**lineup (1)**
  90:12
**Lining (7)**
  41:20,21;44:13,14;

45:8;53:13,16
**link (2)**
  13:4;218:15
**links (3)**
  79:19,21,22
**list (3)**
  48:6;102:24,25
**listed (2)**
  102:14,15
**little (9)**
  21:22;28:23;37:1;
  40:9;56:16;122:12;
  144:22;183:8;220:3
**live (3)**
  16:2,3;36:11
**live- (1)**
  118:5
**lived (1)**
  35:19
**livestock (61)**
  23:21;26:21;27:4,
  19,20;28:14;29:13;
  30:5,9;31:16;38:12;
  41:10,14;43:17;
  44:11;55:22;58:19;
  63:5;66:10,18;67:4,
  18,22;69:22,23;81:3;
  83:12,21;89:21,23;
  90:6;95:2,4;100:3;
  101:4,6,13;111:20;
  112:1,7;116:14;
  121:21,23,24;122:1,3;
  127:17;139:12,13,14,
  15;163:24,25;164:1;
  187:14,24;188:2,3,4,
  6;215:17
**livestock's (1)**
  118:5
**living (2)**
  21:18;22:4
**load (1)**
  189:11
**loaded (1)**
  80:16
**loading (4)**
  114:10;118:11,22;
  138:24
**local (7)**
  46:7,16;52:19;
  55:25;85:2;95:20;
  190:22
**lock (1)**
  134:16
**locked (1)**
  134:16
**log (1)**
  13:1
**long (27)**
  20:13;22:24;24:9;
  62:8;63:14,18;64:13;
  71:18;72:20;75:6;
  76:6;78:23;90:7;
  93:18,25;94:1;

114:14;124:22;143:5;
  144:20;145:4;157:15,
  17;164:11;175:10,13,
  14
**longer (3)**
  40:19;64:12;178:24
**Longs (1)**
  71:14
**Long's (1)**
  85:15
**look (27)**
  40:12,13;41:3;
  63:25;64:2;71:16,21;
  100:19;106:18;
  127:11;134:11;
  145:15,24;162:25;
  163:12;164:12;
  167:11;173:13;
  177:19;178:11,11;
  180:16;192:20;
  195:15;199:19;
  212:10;216:24
**looked (15)**
  33:2,5;37:4;67:24;
  85:8,10,13;113:25;
  152:15;154:11;
  156:20;167:8,11;
  192:24;213:12
**looking (7)**
  87:16;100:18;
  133:2;152:3;168:25;
  205:15;206:3
**looks (17)**
  36:18;37:1;51:24,
  24;70:20;169:11,19;
  174:21;182:13;
  191:12;197:4,6,12;
  201:21;206:5;208:13;
  214:21
**Lori (15)**
  109:16;115:6;
  117:12;121:3,9;
  124:4,6,16;128:10,12,
  15;129:3;130:19;
  133:19,21
**losing (2)**
  179:7
**loss (2)**
  187:12;188:15
**lost (1)**
  179:1
**lot (27)**
  21:21;22:6;26:18;
  28:6;38:11,12;44:22,
  24;45:19;55:15;59:4,
  14;62:10;65:14;
  70:22;73:21,21,22;
  77:19;86:18;97:23,
  25;98:12;129:24;
  138:7;167:10;201:8
**lots (7)**
  19:3;77:24;79:13;
  90:20,20;94:13;97:20

**Louisville (1)**
  33:22
**loves (1)**
  176:17
**low (1)**
  106:5

## M

**Macfarlane (9)**
  5:6,10,16;6:1;7:3,7;
  14:17;94:18;221:19
**M-A-C-F-A-R-L-A-N-E (1)**
  7:21
**mad (1)**
  93:1
**Madam (1)**
  109:5
**main (3)**
  19:4;135:17;139:17
**mainly (3)**
  63:23;64:4;97:6
**maintain (1)**
  63:10
**maintenance (1)**
  70:2
**majority (4)**
  72:15;86:15;93:2;
  111:13
**makes (5)**
  49:15;68:22;83:23;
  94:12;114:23
**making (11)**
  19:2;34:19;42:8;
  57:5;122:6;123:1,4;
  155:25;171:10;
  183:13;187:22
**male (1)**
  128:17
**man (1)**
  40:15
**manager (27)**
  17:18;18:3,4,17;
  26:21;27:4,19;29:13;
  30:6;31:16;38:8;
  41:11;43:17;44:11;
  55:22;63:5;66:11,18;
  67:5,18,22;69:22,23;
  81:3;139:12;199:15,
  17
**managers (2)**
  142:15,20
**many (24)**
  20:24,24;49:9;
  53:20;65:14;73:4;
  88:15,17;90:10;
  93:16;94:21,22;95:9;
  97:22,23;126:21,25;
  127:2,8;129:25;
  200:14;207:10;
  208:25;219:2
**Marchi (6)**
  109:16;115:6;

121:3;124:14,15,16
**M-A-R-C-H-I (1)**
109:17
**mark (5)**
85:2;95:8;145:19;
147:25;180:3
**marked (20)**
85:1;96:11,22;
97:24;101:25;106:22;
107:7;136:25;137:1,
2,2,10;146:4;148:4;
168:10;180:1,18;
184:10;205:15,16
**market (40)**
37:17;95:5;97:8,14,
15,15,19;98:4,16,19,
24;99:1,2,7,17,25,25;
100:2,6,6,17;102:21;
110:25;111:6,7,13;
122:19,21,22;137:4,5,
8;184:6,15,20,20,24;
185:10,11,16
**marketing (1)**
102:11
**Market's (1)**
97:11
**Mary (6)**
143:10,13,14,15,16,
18
**mass (2)**
58:21;87:14
**master's (2)**
39:5,8
**matter (3)**
187:2;193:24;200:1
**matters (2)**
138:7,9
**may (16)**
14:5;20:4;33:2;
39:3;82:17,19;88:4;
111:16;123:13;
170:22;176:5,6;
178:3;209:21;210:11;
215:24
**maybe (42)**
11:2;12:16;23:4;
24:24;30:1;58:1;
70:14,19;87:10,18,20;
91:10;92:14;99:24;
115:12;116:20;
117:22;124:11;127:9;
129:7;131:15;147:1;
151:19,21;152:12;
159:1,10;162:7,11;
164:10;166:14;
167:14;171:3;187:20;
192:11,11;194:6;
200:13;206:23;
207:14;215:18;
218:23
**mayor (2)**
198:18,18
**McArthur (1)**

144:7
**mean (75)**
11:21;19:18;21:16;
30:19;31:5;35:8;41:1;
45:20;51:15;54:23;
56:17;62:23;63:17;
71:5,6;73:20;74:16;
76:18;77:19,24;79:8;
86:1;88:15,23;89:10,
11;90:2;94:13;95:4;
102:15;104:18;111:4;
115:15,22;116:8;
118:6;125:4;126:12;
127:13,14;130:2,25;
134:16;135:2;140:13;
142:20;144:24;147:9;
149:22;152:6,17;
155:14,20;156:25;
157:19;166:24;167:4,
5;170:2;175:12;
176:14;178:14,16;
181:21;183:1;185:3;
187:20;188:12,20;
190:13;196:21;199:1;
201:12;203:11;220:6
**Means (1)**
134:23
**meant (4)**
51:22;96:23;
183:21;188:12
**measure (1)**
9:22
**meat (7)**
45:23,24;46:1;50:6;
62:25;172:21;183:13
**Meats (7)**
211:17,18,21;
216:25;217:1,3,6
**media (7)**
31:24;120:10,16;
154:1;218:13;219:17,
20
**meds (1)**
14:23
**meet (1)**
82:7
**meeting (3)**
107:9,10,10
**meetings (1)**
200:13
**Megan (1)**
132:5
**Melanie (93)**
5:6;27:11;29:10;
31:6;33:11;34:1;
42:18;43:16;44:16;
45:12;49:6;54:3;
57:19;58:3;68:11,13;
70:15;72:23,24;
73:15;74:1;75:7;76:7;
113:18;114:18;115:2,
6;117:13,14,18,21,24;
121:3,4;131:22;

135:14;138:5;139:2;
140:5,6,15;141:2,11;
142:1,21;157:20;
159:6,12;161:3,8,13;
163:10;174:4,15;
175:5;177:9;179:19;
182:12,17,19;183:3,4,
17,21;187:21;190:11;
193:17;194:10,23;
202:11,12,22;204:8,
14,15;208:21,22;
209:1,9,11;211:3;
215:21;216:1,16,17;
217:9,12;218:8,11,17;
219:10,16,19
**Melanie's (1)**
182:13
**member (2)**
54:8;199:25
**members (1)**
25:22
**memo (2)**
32:7,11
**Memorial (1)**
10:10
**memorized (1)**
96:2
**memory (16)**
70:15;75:4;108:7;
118:17,18;129:18;
132:11;138:9;140:7;
147:3;181:9;194:25;
199:20;207:1,4;212:4
**mention (2)**
76:21;119:15
**mentioned (16)**
28:2;38:21;45:5;
53:10;69:16;113:4;
117:11;119:22;120:2;
121:1;124:23;140:2,
3,5;141:7;146:25
**merit (1)**
119:6
**mess (1)**
118:15
**message (2)**
12:22;212:10
**messages (7)**
6:14;77:5,13;79:5;
109:10;131:12;180:7
**met (2)**
107:10;155:1
**Michael (2)**
142:8,10
**Michigan (3)**
39:8,9;40:9
**mid (2)**
162:7,10
**middle (3)**
74:12;103:2;162:9
**midnight (1)**
87:19
**Midwest (1)**

40:14
**might (59)**
9:12;11:6;14:23;
15:3,18;40:18;57:7;
69:8;73:2,4,7,11,12,
13;76:9,20;77:7,13;
78:19;85:22;86:9;
88:2,3,7,19,21;92:4,6,
11;104:5;115:13;
121:3;127:22;128:3,
5;138:18;142:8;
144:5;154:22,23;
161:18;163:21;
165:19;171:14;
179:10;182:21;
192:23;194:12;195:8;
199:7,7,15;208:20,21;
213:5,9,17,22;214:1
**Mike (11)**
73:24;74:6,8,18;
76:12,13;142:4,5,6,
12;203:13
**million (1)**
40:23
**mind (10)**
58:15;108:18;
110:13;119:5;132:22;
137:13;144:23;
148:11;164:10;191:6
**mindful (3)**
91:22,25;154:23
**miniscule (2)**
23:20;105:25
**minor (1)**
106:24
**minors (4)**
91:12;171:5,8,15
**minor's (1)**
170:24
**minute (3)**
14:9;95:12;213:16
**minutes (6)**
87:6;106:17;
108:21;113:5;120:6,6
**mischaracterized (1)**
5:21
**missing (13)**
84:23;85:6;86:19,
25;87:4,7;110:2;
113:12,19,25;114:18;
115:7;117:14
**mitigate (1)**
137:24
**Mm (1)**
44:16
**mobile (1)**
81:8
**mom (2)**
156:21;178:19
**moment (13)**
12:13;13:12;75:19;
94:18;136:8;149:6;
151:8;177:25;178:4;

179:17;191:7;193:6;
201:10
**Mon- (1)**
161:18
**Monday (10)**
84:13;129:21;
141:15;146:16,16;
158:22;161:19,23;
168:1;174:6
**money (11)**
22:6;45:19;53:19,
25;105:13,17;173:13,
18;187:5,23;188:5
**months (9)**
40:15,18,19,20,21;
125:21;126:5;144:7,9
**moot (1)**
106:2
**morbid (1)**
88:6
**more (32)**
10:13;22:1,10;28:3;
30:6;32:3;37:1;38:20;
41:11;56:4;59:8;68:3;
80:12;83:23;97:18,
18;98:13;104:8;
105:19;111:16;
116:13;119:11;127:9,
19;130:23;133:12,20;
146:1;147:10;157:9;
191:1;192:25
**morning (29)**
5:24;12:1;82:6;
102:25;114:11,11,16;
118:12,21;119:18,25;
138:2,12,14,17,17,19;
139:1;140:18;141:16;
146:16;158:22;162:7,
10;168:1;195:17;
197:21,24;204:1
**most (8)**
8:15;28:15;34:1;
39:23;57:1;59:3;
89:23;140:12
**mostly (2)**
56:17;91:19
**mouth (3)**
89:6;129:15;136:8
**move (3)**
16:21;56:12;173:14
**moved (4)**
35:22,24;36:3;
56:11
**movie (1)**
52:3
**moving (3)**
38:4;91:8;120:8
**Mrs (1)**
90:7
**much (13)**
6:22;21:20;29:1,3,
6;53:7,7;64:18;89:17;
98:13;104:1;108:17;

LONG vs.
FERNANDEZ
BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Case 2:22-cv-01527-DAD-AC    Document 99-13    Filed 07/31/24    Page 238 of 247

184:19
**multiple (4)**
158:14;209:3,4,9
**Muse (22)**
13:4;24:14;32:11;
61:2,4;72:21;136:2,
11;147:7;148:18;
152:22;153:23;155:4;
191:5,12;197:13;
205:20;206:20;
208:12,13;215:25;
216:2
**mush (1)**
50:20
**must (12)**
21:19;102:8,13;
139:24;142:6;154:3;
167:6;176:10;194:22;
195:16;197:17,22
**myself (3)**
19:22;70:3;71:3

**N**

**Nah (1)**
208:12
**name (21)**
7:4,5,16,19;43:7;
61:18;91:16,18;
109:15;121:2;124:24;
127:18;133:13,22;
153:3;199:20;204:11,
13,23;211:15;217:7
**named (4)**
31:22,23;78:7;
126:7
**names (6)**
73:19,22;76:20;
109:16,16;126:23
**Napa (6)**
129:11;150:9;
156:9,10;159:10;
160:7
**narrative (1)**
9:8
**narrow (1)**
10:13
**nature (1)**
165:15
**near (1)**
36:14
**necessarily (5)**
76:19;90:15;
102:10;118:19;178:8
**necessary (2)**
6:7;54:8
**need (12)**
9:1;41:21;64:12;
123:14,14;145:11;
146:11;162:17;168:2,
5;195:23;201:5
**needed (2)**
54:17;134:17

**needs (6)**
8:22;13:2;57:5;
120:5;137:25;185:15
**neither (3)**
92:9;105:22;106:3
**Nevada (9)**
35:19,23;36:1,3,10,
11,18,19,19
**new (5)**
82:25;96:25;97:1;
98:9;170:15
**Newer (2)**
97:2,3
**news (1)**
212:18
**newspaper (1)**
79:9
**next (19)**
101:17;103:10,19,
19,22,23;114:16;
118:9;119:18,25;
138:2,14;139:7;
144:6;157:19;201:16;
205:11;206:18;214:7
**nice (1)**
94:5
**nick (1)**
7:22
**nickname (4)**
7:23,24;8:2;201:12
**niece (3)**
123:24;125:24;
130:20
**night (27)**
84:14,17,24;86:8;
92:7,12;113:11;
114:19;115:8;118:16;
119:18,25;133:5,7;
136:17,24;138:21;
140:7,18;153:14;
155:3;188:24;195:16;
196:13;202:6,7;203:2
**nine (6)**
23:12;37:8,21;64:6,
11;189:10
**ninety- (1)**
39:1
**nitty-gritty (1)**
56:8
**Nodding (32)**
8:3;12:4;19:9;24:1;
26:2;35:14;40:11;
52:9;62:5;64:8;67:9;
68:8;71:7;72:12;76:8;
80:19;83:5,24;84:11;
91:2;103:17;113:20;
119:7;126:22;141:1;
162:4;167:24;172:1;
177:16;180:24;182:9;
212:2
**nonetheless (2)**
76:21;99:5
**nonprofit (3)**

18:7,8,18
**Nor (1)**
173:21
**north (1)**
92:14
**Northcutt (10)**
13:20,23,24;
183:23;205:12,14,25;
220:25;221:13,14
**Northern (1)**
36:19
**note (2)**
55:15,17
**nothing's (1)**
116:23
**notice (1)**
149:7
**noticed (1)**
113:24
**number (20)**
32:22;33:3;38:18;
48:3;66:24;81:19,20,
23;82:25;83:3;108:7;
110:9;120:11,16;
125:7;128:13,23;
141:24;145:14;
177:14
**numbers (4)**
49:10;82:4;86:24;
201:4
**nuts (2)**
37:25;79:24

**O**

**oath (4)**
10:23;14:19,20;
120:19
**object (1)**
166:16
**objection (1)**
12:1
**objections (4)**
11:20;12:6,8,14
**objects (1)**
12:20
**obligations (1)**
49:12
**obviously (6)**
15:17;47:14;77:19;
98:12;178:24;202:17
**occurred (1)**
89:19
**o'clock (3)**
6:6;84:24;93:5
**oddity (4)**
86:20,21;89:4;
110:12
**off (33)**
13:9,11,13;14:3,10;
41:4;68:18;75:19,20;
76:2,5;88:8;103:8;
108:24;120:5,9,22;

125:20,23;156:5,8;
157:21;158:11,14,15;
159:25;160:1;169:7;
201:25;202:4,8;
215:7;221:22
**off- (1)**
135:17
**offer (2)**
170:13;173:5
**offered (3)**
26:3;170:8;196:19
**offering (3)**
173:13;179:14;
196:23
**offers (2)**
170:7;178:23
**office (29)**
10:20;44:6;52:19;
53:8,17;54:12,14,24;
55:1,1,25;57:18,18;
66:12;107:11;114:3;
128:6;133:8;134:15;
135:17;139:14,14,17;
142:5;163:8;172:7;
175:15;211:5;215:1
**officers (1)**
14:1
**offices (2)**
53:20;221:20
**officially (1)**
31:4
**often (1)**
126:10
**old (5)**
37:21;64:11;69:6;
142:5;221:21
**once (7)**
11:10,12;24:11;
36:17;115:23;130:2;
139:15
**one (127)**
8:23;10:9;14:4;
19:12,13,14,20;21:11,
16;24:4;26:13;34:7;
40:1,23,24;47:10;
48:7;51:5,7;52:4;
53:1,20;55:19;56:10,
25;60:2,8;61:1;62:7;
65:23;66:8;67:14;
69:14;70:9;74:4;
77:15;79:22;82:21;
85:17;87:3;93:3,6;
94:18;97:6,6,14,15;
98:3,21,21;101:17,20,
20,22;103:21;105:22;
106:3,4,20,22,22,23;
109:17,18;113:4;
114:2;117:12,13;
118:15;119:11;120:1;
121:5;127:19;133:12,
15,15;134:16;137:24;
142:2,15;146:3,8;
147:9;149:8,8;151:2;

153:16;154:4;158:11,
13;164:3,5,5,7,10,11,
13,18;170:16;174:9;
177:15;178:3,20,24;
179:21,21;181:3;
189:14;191:5,6,6,7,
10;193:5,14,15;
195:10,13;197:10;
200:13;201:16;
209:14,16;212:21;
215:23;217:10;
219:11
**ones (6)**
70:21;75:7,12,13;
128:9;177:22
**one's (3)**
97:24;102:7;112:15
**online (2)**
156:20;164:4
**only (41)**
6:12;8:22;19:13,14,
15;28:13;33:11;
34:11,12;36:13;
37:11;56:10;70:14;
74:2,9,16;75:5;76:23;
81:10,12;92:7,16;
95:2,4,5;98:3,8,8;
104:2;106:19;116:16;
131:18;134:5;137:9;
139:15;143:9;155:4;
172:3,9;181:2;183:14
**onto (2)**
138:8,8
**oOo- (1)**
221:24
**open (4)**
25:21;41:16;
116:16;131:12
**opened (1)**
141:18
**operate (1)**
93:11
**operates (1)**
55:6
**operating (1)**
211:2
**opinion (7)**
100:10;112:10;
162:23;166:17;167:5,
18;170:15
**opportunity (1)**
11:3
**opposed (3)**
34:9;117:154:1;220:13
**option (1)**
48:6
**order (9)**
96:4;100:9;102:14,
16;103:4,8,15;123:5;
180:16
**orders (1)**
221:9
**Oregon (1)**

221:21
**organization (4)**
22:19;149:13;
159:13,20
**organizations (1)**
62:4
**organize (2)**
18:12;42:19
**organized (1)**
18:10
**organizing (1)**
19:7
**organs (1)**
51:22
**orient (1)**
177:20
**oriented (2)**
162:11,13
**original (2)**
13:4;221:19
**originally (1)**
31:22
**originated (1)**
111:24
**others (1)**
59:8
**out (106)**
8:18;11:8;28:1,7,
23;29:10;34:9;35:12,
20;36:10,10,21;
37:20;38:15,24;
39:20;40:15;44:24;
45:18;46:6;49:19;
53:2,5,16,17,21;54:1;
59:1;60:20;69:6;
79:11;83:19;87:23;
88:12;90:12,17;
92:15;104:22,23;
105:15,16,16;106:1;
108:3,5,15,23;109:24;
110:3;114:2;115:13,
15;116:2,4,8,10,12;
121:3,4;123:13;
129:10;133:4,6;
134:7,21;135:20,24;
136:2,16,18;139:15;
140:4;141:10;145:8;
151:20,25;152:1,2;
157:14;158:2,23;
160:11,11,14,17,18;
161:16,19;163:6,20;
171:3;173:20;175:10,
15;176:13,20,22;
179:5;180:13;197:16;
205:10;213:6;214:3,
20;215:24;218:7
**outside (1)**
44:5
**outsource (1)**
65:24
**outsourced (1)**
65:25
**over (35)**

8:13,16,17;21:22;
24:2,8,11,15;26:12;
58:5;63:17;66:11;
87:10,11;89:22;96:9,
9;104:3;112:17;
116:1,21;117:5;
130:4,5;150:10;
162:23;163:18;164:6;
171:11;183:7;187:8;
188:22;189:12;
209:25;219:19
**overkill (1)**
166:15
**overseeing (1)**
86:6
**overwhelmed (2)**
134:9;135:11
**own (12)**
20:2;29:23,24;
30:16;54:12,22;
105:12;122:25;
152:12;162:22;
187:25;188:4
**owned (4)**
20:15,17;200:19,21
**owner (5)**
137:21,22;165:9;
171:22,22
**owners (2)**
170:14,15
**ownership (1)**
170:19

**P**

**packing (9)**
46:25,25;47:2,24,
24,25,25;48:1,23
**page (15)**
101:17,22;147:24;
152:20;168:22;169:1,
18,20;180:16;204:24;
205:1,11;206:8;
214:8,12
**pages (2)**
180:4,13
**paid (6)**
24:16;173:22;
174:1,5,7;187:7
**paper (4)**
12:11;47:22;
216:19;217:18
**paperwork (1)**
215:13
**paperwork's (1)**
123:4
**Paradis (2)**
56:25;57:23
**paragraph (6)**
103:22,23;105:6;
106:2;169:19,23
**paraphrasing (1)**
140:23

**parents (6)**
58:22;90:10,11,20;
122:12;171:20
**part (10)**
5:21;17:20;35:20;
89:2;133:8;134:15;
140:13;155:24;
184:12;195:10
**participants (2)**
183:16;185:21
**participate (1)**
97:13
**particular (5)**
86:25;96:23;
100:10;102:5;155:11
**particularly (1)**
77:23
**parties (1)**
80:5
**partnership (1)**
58:18
**party (1)**
60:16
**pass (4)**
105:15,16,16;
138:11
**passed (2)**
9:14;106:15
**passing (3)**
144:5;155:6;200:10
**past (3)**
93:12;116:19;152:7
**patched (1)**
117:1
**Pause (1)**
94:19
**pay (13)**
50:1,2,10;170:9,13,
16;173:5,13;178:23;
179:14;189:18;
196:19;203:14
**paying (1)**
45:15
**payroll (1)**
127:11
**PDF (2)**
96:19;102:2
**PDFs (1)**
195:12
**pe- (1)**
33:18
**pen (5)**
88:7;116:3,5;117:8;
149:2
**Penal (4)**
163:23;164:22;
165:4,19
**pens (1)**
41:23
**people (45)**
19:3,5;25:25;28:23;
32:18;33:21;34:17;
49:21;59:7,14,16;

61:13;65:18;73:18,
23;77:25;78:1,4;
79:14;93:2;98:9;
104:24;115:24;
116:20;123:6;126:17,
21;127:1,2,8;142:20;
150:1,17;151:10;
152:1;154:23;155:18;
156:4,21;159:1;
160:1;171:9,10;
177:22;200:14
**per (1)**
123:11
**per- (1)**
204:4
**percent (2)**
89:24;189:1
**perform (1)**
202:23
**perhaps (2)**
28:12;95:16
**perimeter (1)**
116:14
**period (3)**
114:1;207:11;
210:19
**permanent (1)**
42:4
**person (13)**
8:23;43:12;72:8;
74:16;108:12,12;
112:15;127:23;
142:18;143:9;152:23;
216:15;217:15
**personal (7)**
69:20;72:6;81:10,
10,13,13;83:4
**personally (2)**
92:20;166:14
**perspective (2)**
156:2;211:2
**PETA (1)**
160:1
**phone (60)**
32:1,12,16,22;33:2;
38:18;66:24,25;67:3,
4,8;68:4,5,12,16,17,
19,23,25;72:11,14;
81:8,8,9,10,11,13,14,
19,20,23;101:18;
108:7;110:8;119:6;
125:7;128:13;130:5,
23;131:2;141:24;
158:1;162:2,6,15;
164:21;167:17;173:3;
176:8;197:20;198:5;
199:6,14,19;200:4,25;
201:4;219:19;220:19,
20
**phone-calling (1)**
34:11
**phones (1)**
157:21

**phonetic (1)**
103:3
**photo (1)**
153:11
**pick (10)**
46:11;48:7;49:21,
25;54:22;90:12,17;
97:9;100:7;152:9
**picked (1)**
98:3
**picks (1)**
54:12
**picture (3)**
128:6;153:6;157:9
**pig (2)**
104:21;106:21
**pigs (7)**
51:17;97:23,25,25;
98:1;105:21;114:13
**pivoted (1)**
167:23
**place (4)**
100:9;206:7,16;
215:14
**placed (1)**
103:1
**places (1)**
40:14
**placings (1)**
122:8
**Plaintiffs (3)**
5:1,2;6:3
**Plaintiffs' (1)**
221:17
**plan (1)**
218:20
**plant (8)**
47:13;48:12,22,22,
25;49:16,17,18
**plants (1)**
46:21
**plea (1)**
150:18
**pleading (1)**
177:6
**pleas (1)**
150:13
**Please (11)**
5:7;7:6;12:7;26:13;
51:7;121:11;183:9;
212:18;221:10,12,15
**plus (1)**
89:16
**pm (15)**
93:20;109:2,2;
120:13,13;148:6;
158:18,18;169:12,13;
174:22;178:9;197:12;
214:15;221:23
**pocket (1)**
45:19
**point (82)**
6:16;13:7;22:14;

31:2;45:25;49:2;
55:22;59:20;64:10;
65:15;76:17;78:3;
85:14;86:7,11;90:5,6;
106:3;107:23;108:1;
113:13,17;114:17,19;
115:17;118:10,14,21;
119:15;120:2,3;
126:9;129:8;132:18,
21;136:12,15,17;
137:13,21;139:17;
140:11,17;141:8;
144:2;148:21;152:7;
156:9,11;158:10;
161:3;165:2,4,10;
166:21,23;167:9;
172:15,21,24;173:16,
18,22;174:2,5;175:4,
11;176:14;183:19;
186:21;187:4;189:5,
9;191:21;192:2,7;
193:14,21;194:2,7;
212:21;220:17

**pointer (1)**
149:5
**police (5)**
33:8;34:17;192:16,
25;198:18
**policy (9)**
63:6,9;64:10;66:19;
69:17,18,24;70:5,6
**pop (2)**
80:6;156:21
**popped (1)**
145:6
**pops (1)**
38:18
**portion (6)**
36:8;42:15;95:5;
96:13;111:6;133:16
**position (6)**
25:20;27:24;30:6;
33:12;142:19,21
**positive (2)**
113:15;192:23
**possession (1)**
172:18
**possibility (2)**
198:11,12
**possible (4)**
64:18;80:8,10;88:2
**possibly (7)**
115:13;154:17;
179:12,13;181:20;
216:22,23
**post (20)**
129:6,10,17;145:6,
16;146:19;148:1;
149:12,21;151:19;
154:1;155:12,14;
157:8,14;158:2,5,22;
159:6;191:20
**post- (1)**

201:19
**posted (7)**
129:20;146:15,19;
149:13,15,25;150:16
**pot (1)**
187:23
**potentially (22)**
68:15;72:9;73:18;
77:14;80:4;103:9;
141:5;143:24,25;
153:12;154:15;
155:17,19,21;158:24;
163:24;164:22;
167:18;173:6;210:7;
211:6;213:10
**pound (3)**
104:3,3;105:21
**pounds (2)**
115:16;187:11
**power (1)**
90:2
**practice (1)**
100:25
**pre (1)**
53:15
**pre- (1)**
12:13
**preceded (2)**
99:20,21
**preceding (3)**
201:25;206:8;
214:12
**precisely (2)**
157:23;209:22
**prefer (1)**
68:24
**prejudiced (1)**
6:3
**preparation (1)**
168:13
**present (2)**
89:20;92:21
**preserve (2)**
80:15,18
**preserving (1)**
12:13
**presumably (7)**
20:22;34:14;42:10;
49:24;91:5;147:18;
190:22
**presume (4)**
37:6,17;149:22;
151:16
**presumed (5)**
150:9;152:4,8;
210:9,11
**pretty (12)**
40:10,15;56:15;
61:15;84:2;87:19;
93:17,21;106:2;
114:7;142:9;220:1
**price (2)**
104:9;105:2

**prices (1)**
103:24
**print (1)**
108:15
**printed (6)**
54:1;70:19;102:3;
108:5;180:9,12
**printer (1)**
96:18
**printout (2)**
95:18;146:1
**prior (7)**
23:9;31:17;32:6;
38:8;63:23,24;101:4
**private (6)**
18:6,6;67:8,11,23;
105:9
**privilege (2)**
11:23;12:2
**probably (24)**
41:2;44:3;62:9;
66:1;70:22;72:17;
82:5,7,17;85:13;
90:11;94:2;114:4;
119:9,22;136:4;
138:16;148:20;152:5,
18;155:6;187:9;
196:6;206:13
**problem (1)**
133:8
**proce- (1)**
71:2
**procedure (2)**
70:24;186:11
**proceedings (2)**
94:19;101:18
**process (5)**
46:12;89:2;104:25;
183:12;184:3
**processed (4)**
45:25;46:3;49:9;
50:21
**processing (25)**
44:15,25;45:8;
46:19,20,21;47:13;
48:12,22,22,24;49:16,
17,18;50:3,13,14,22;
52:7;135:1,2;211:13,
14;217:19;218:1
**processor (4)**
46:7,15;137:24,25
**processors (1)**
53:16
**produce (5)**
5:24;6:13,15;18:23;
71:11
**produced (6)**
76:19;147:8,14;
168:1;191:15;205:20
**product (2)**
111:8,18
**Productions (1)**
221:21

**profession (1)**
88:15
**profit (1)**
22:11
**program (2)**
54:17,18
**progressed (1)**
115:8
**project (2)**
184:12,13
**prompted (1)**
158:2
**proper (3)**
47:16;51:9,13
**property (3)**
21:1;163:18;206:22
**prosecute (1)**
210:1
**provided (4)**
59:4;60:13;121:11;
172:4
**provides (1)**
56:20
**public (8)**
33:12;65:14,20;
145:10,15,25;149:8;
151:24
**publishing (1)**
201:1
**pull (5)**
98:7;125:20;
129:22;164:4;192:21
**pulling (2)**
98:6;191:7
**pun (1)**
155:8
**purchase (1)**
111:16
**purchased (1)**
49:24
**purchasers (1)**
136:9
**purchasing (2)**
99:2;101:10
**pure (1)**
21:7
**purpose (4)**
184:17;185:9;
213:2,25
**purposes (1)**
81:14
**pursuant (1)**
76:5
**put (17)**
5:17,17;12:8;41:24;
48:9;56:19,22;71:18;
82:15;89:5;106:22;
112:18;129:15;
134:18;136:7;152:12;
179:21
**Putting (1)**
42:14
**puzzle (1)**

42:9

---

## Q

**qualified (1)**
107:13
**quality (5)**
111:5,8,18;112:9;
183:13
**quick (3)**
27:12;178:11;
220:23
**quicker (1)**
214:8
**quickly (3)**
96:19;218:12;
219:17
**quite (3)**
58:3;72:18;117:4

---

## R

**rain (1)**
37:1
**raise (2)**
5:7;183:13
**raised (1)**
16:12
**ranch (4)**
19:22;20:9,16;
35:23
**rancher (1)**
20:14
**ranchers (1)**
183:12
**random (2)**
57:7;65:18
**range (1)**
189:18
**rather (1)**
180:25
**Re- (2)**
137:3;173:17
**reach (9)**
121:4;135:20,24;
136:2;152:1;160:11,
18;161:15,16
**reached (14)**
87:23;109:24;
114:2;121:3;136:10;
140:4,6;141:9;
151:25;152:2;160:17;
161:18;175:10,15
**reaching (1)**
160:13
**reacted (1)**
117:16
**reaction (4)**
89:5,9;165:24;
170:12
**read (13)**
109:7;149:18;
164:4;169:15;170:8,

23;172:2;176:15;
178:6,21;181:10;
182:16,25
**readily (1)**
150:6
**reading (4)**
179:3;181:24;
194:6;197:7
**ready (3)**
46:13;102:8,13
**real (2)**
7:5;40:14
**realize (2)**
11:2;135:23
**realized (1)**
52:16
**really (11)**
14:6;26:12,16;
31:12;40:15;62:13;
73:1;90:13;94:7;
176:17;220:23
**realm (1)**
196:5
**reason (16)**
15:22;19:25;38:18;
55:19;103:14;115:23;
143:12;148:11;
153:25;165:18;
166:24;172:5;182:1;
186:9;192:12;220:12
**rec- (1)**
215:4
**recall (71)**
24:15;62:15;73:11;
79:2,25;80:1,3;81:18,
23;82:4;91:18;93:14;
106:17;119:3,4;
124:24;126:8;127:7,
21;130:3;133:1;
134:6;136:4;138:15;
139:5,6,9,9;140:9,19;
141:5,6;143:8;144:3;
152:16,23;157:18,22;
159:22;160:3,4,5,13,
25;161:14,15;163:16,
21;173:7,9,12,15;
175:1,5,6;178:1,5,6,7,
16;179:12,13;180:20;
190:6;191:11,22;
192:1;196:20;219:7,
7,8
**receipt (2)**
47:19;172:11
**receipts (2)**
46:21;49:1
**receive (6)**
34:3;50:18;55:13;
65:14;77:20;180:23
**received (4)**
34:2;169:8;173:17;
174:21
**receiving (2)**
79:2;174:12

**recess (6)**
13:15;14:11;75:22;
109:1;120:12;158:17
**recollect (1)**
104:6
**recollection (9)**
65:19;90:8;92:2,3,
16;106:21;110:24;
132:23;146:21
**recommendations (4)**
190:2,5,16,18
**record (38)**
5:18;7:4,20;12:9;
13:10,11,13,17,20,22;
14:3,10,13,15;52:4;
65:15;75:19,20,24;
76:3,6;91:21;108:24;
109:3,7;120:9,15,18;
122:8;153:13,18;
158:11,14,15,19;
206:3;221:10,22
**records (15)**
46:23;56:23;63:10;
64:5;65:2,11,12,21;
86:2;110:7;145:10,
15,25;149:9;181:19
**recover (1)**
161:9
**recovering (1)**
161:7
**rectified (1)**
116:9
**Red (11)**
17:18;19:16;96:11,
22;97:24;101:17,20,
25;103:23;106:9,22
**Redding (1)**
221:20
**refer (2)**
22:19;181:3
**reference (2)**
52:3;182:16
**referring (6)**
134:24;145:17;
181:13;190:18;191:8;
216:5
**refresh (12)**
70:15;108:7;
129:18;132:10;140:7;
147:2;181:9;194:25;
199:20;207:1,3;212:3
**regarding (1)**
107:12
**registered (1)**
185:17
**related (3)**
46:23;92:14;138:8
**relation (3)**
71:13;135:4,9
**relationship (2)**
62:19;63:2
**relay (3)**
140:16;141:2;

196:18
**relevant (1)**
166:17
**reliable (1)**
59:13
**remainder (1)**
6:6
**remains (2)**
215:11;217:13
**remember (92)**
9:12,13;10:7;13:5;
24:12;27:3;34:4,8;
57:10;58:4;60:14,19;
61:23;63:12;64:1,21;
65:19,21;73:1;74:2,9;
75:1;83:12;94:3,22;
106:19;109:9,10,12,
15;114:14;117:25;
118:1;119:20;124:9;
126:18,23,24;127:18,
23,25;128:3;129:25;
132:19;133:2,12,22,
23;139:18,22;141:9;
142:5;148:10,19;
153:3;154:5,15;
158:7,8;159:8,9,11,
21;162:5,7,8,9,12,14,
16;166:3;177:5;
178:25;181:15,16,22;
182:22,24;192:3,9;
193:10,12,20;202:16;
204:10,13;207:4;
209:13;212:4;217:7;
219:4,24
**remembered (3)**
24:11;133:11;
178:18
**remembrance (2)**
143:10;161:21
**reminder (3)**
96:13,14,22
**removal (2)**
91:1;134:4
**remove (2)**
111:2;152:9
**removed (4)**
110:19,23;120:24;
176:12
**removing (4)**
51:15;84:20;
107:13;110:14
**Reno (2)**
36:13,15
**rent (1)**
60:25
**rephrase (1)**
12:18
**replace (3)**
187:9,10;216:7
**replaced (2)**
215:12,13
**replacement (1)**
216:2

**replaces (1)**
188:17
**replied (1)**
198:7
**report (12)**
33:7;34:17;113:18;
114:17;143:4;174:25;
192:16,17,25;195:20,
22;196:11
**reported (1)**
142:18
**REPORTER (20)**
5:7,14;8:18;12:21,
25;16:18;26:13,17;
29:5;51:7;70:8;109:5;
145:20;163:3;168:8;
176:6;179:25;220:24;
221:9,13
**Reporters (1)**
65:17
**reporter's (1)**
10:19
**reports (1)**
164:7
**represent (3)**
152:22;174:5;
193:22
**represented (2)**
165:22,25
**representing (2)**
13:22;155:1
**reproduction (1)**
39:19
**request (1)**
65:24
**requests (1)**
65:15
**require (2)**
21:21;111:1
**requirements (1)**
41:22
**resale (2)**
104:23;215:14
**research (5)**
39:10,15,17,17;
40:5
**researching (1)**
155:22
**reside (1)**
15:24
**resign (7)**
27:25;29:1,19;
30:14,17;31:20;35:1
**resignation (2)**
35:6,7
**resigned (9)**
27:7,25;29:14,17,
25;30:5,9;31:2;
214:10
**resonates (1)**
182:8
**resources (1)**
59:5

**respect (3)**
59:20,22;107:16
**respond (6)**
181:5,7;197:3;
201:17;206:16;
208:17
**responded (1)**
117:14
**responds (2)**
182:17;201:10
**response (8)**
9:2,4;35:6;113:6;
117:24;182:15;
194:23;201:18
**responsibilities (2)**
19:1;42:22
**responsibility (2)**
42:18;183:10
**responsible (6)**
45:15,17;46:4;
50:23;149:21,23
**rest (4)**
75:8;118:16;
139:16;221:4
**resume (1)**
6:6
**retained (1)**
221:20
**retaining (2)**
69:17,18
**retention (4)**
63:6,9;66:12,19
**retired (3)**
69:7,8,12
**retirement (1)**
69:11
**retrieved (1)**
212:1
**returned (1)**
92:24
**review (4)**
6:4;144:20;168:13;
221:4
**reviewed (1)**
5:25
**reviewing (1)**
207:24
**revisit (1)**
130:25
**revolve (1)**
113:12
**rib (1)**
112:19
**ribs (3)**
112:18,23;113:1
**Rickert (1)**
143:10
**ridicule (1)**
32:1
**right (226)**
5:8,15;6:10;7:3,8,
13,15;8:4,7,7,13;
10:15;12:20;13:19;

14:2,17;15:2,5,8,21,
24;16:6;17:4;18:17;
19:15,18;20:16;
21:13,25;22:13,18;
25:14,17;26:3;28:21;
29:18,18;33:6,10,17,
17,25,25;34:25;35:13,
13;37:2;38:1;39:25;
40:1,3,6,8;41:25;42:4,
5;43:22;44:9;45:25;
47:6;49:23;50:9,12;
51:21;52:3,10,10;
54:3;55:21;57:2,17;
58:14;59:11,11,17,17;
62:3,22;63:3,3;64:4;
66:5,6,17;67:7,17,25;
68:5,21;69:10;71:4,8,
10;72:9;73:14,17;
75:16;76:2;77:2,17;
78:12;80:1,10,24;
81:5,12,18,25;82:3,
24;83:2,10,16;84:6,8,
19;86:21,25;87:3;
89:20;92:18;93:7;
94:3;95:7;96:13;
98:24;99:13;101:16;
104:17;107:4;113:3,
23;117:10,10,21;
118:23;119:8;120:4,
4,8,18,22;122:9,13,
14;123:2,9;125:23;
126:3,4,6,6,11,18;
127:19;128:1;129:2;
131:17;133:1;134:7;
135:19;136:21;
138:23;144:18;
145:17;146:24;
148:18;151:13,22;
152:21;153:23;
157:13,25;161:6;
164:20,25;165:17;
166:8,8,12;167:15;
168:9;170:24;172:2,
24;173:2,9;174:14,
24;176:5;177:8,12;
182:10;189:7;190:21,
25;191:10,18,25;
195:6;196:1,10,21;
198:8;200:3,24;
201:7,9;202:3;205:8;
206:9;210:21;211:10;
212:17;213:14,23;
214:5,7;216:16;
218:4,6;219:14;
220:11,22;221:2,8

**rights (4)**
153:16;155:18;
156:4;159:1

**ripped (1)**
41:4

**River (1)**
17:8

**road (5)**

118:20;125:20;
138:11;211:19,20

**Rocky (2)**
51:25;52:3

**role (13)**
23:9;41:9;55:23;
59:18,20,21,21,22;
66:9,10;67:22;
122:25;123:12

**roles (6)**
18:17,20,21;41:10;
63:11;122:2

**rolls (1)**
97:8

**room (2)**
8:22;12:23

**Rosenberg (4)**
153:1,2,13;154:16

**Rosenberg's (1)**
154:1

**Ross (8)**
168:17,22;169:12,
13;174:17,25;214:24,
25

**rough (1)**
29:16

**Roughly (6)**
21:3;80:21;84:24;
85:5;93:5;113:24

**round (1)**
27:20

**roundabout (1)**
38:7

**rule (3)**
91:11;171:5,7

**rules (11)**
8:14;14:18;95:17,
19,20,25;106:11;
183:15;190:19,21,22

**run (6)**
59:5,5;88:10;
127:16;159:25;
189:10

**running (6)**
84:25;115:9;
122:24;133:9,16;
160:16

**runs (1)**
200:18

**Ryan (2)**
5:1;205:12

## S

**Sacramento (1)**
17:10

**sake (1)**
76:22

**Sale (17)**
17:19;19:16;29:21;
40:22;53:19;102:25;
105:9,13,14;111:2,24;
112:7;133:16;188:18,

23;189:13,16

**sales (6)**
102:14,16;103:15;
104:18;105:4,7

**sale's (4)**
103:19;187:8;
188:22;189:12

**Salmon (2)**
16:15,19

**same (26)**
10:21;40:3;49:3;
55:11;66:19;91:5;
100:15,17;113:1,2;
117:15;118:3;147:11,
13;148:1;155:14;
169:14;171:9,16;
187:19,19;191:13,16;
195:12;209:6;212:5

**sanctuary (4)**
155:23;157:1;
159:15;160:7

**Saturday (16)**
82:6;83:15,15;84:6,
24;102:25;107:11;
133:5,6;136:17;
138:4;140:7,18;
189:14;191:24;
196:13

**save (12)**
32:15,24;70:18,21;
71:1;150:19;151:11;
154:10;212:19,20,23,
25

**saved (8)**
32:12;33:3,7,18,20;
34:13;72:9;213:1

**saving (1)**
213:3

**saw (16)**
17:23;40:20;73:24;
124:25;125:10;133:6;
146:19;149:14;157:2,
8;164:18;169:18;
170:8;172:3;177:25;
178:13

**saying (21)**
12:7,23;33:19,19;
45:24;57:16;99:22,
25;107:9;136:6;
138:20;166:2,3;
173:7;175:24,25;
176:10,21;178:18;
195:7;198:25

**schedule (1)**
19:4

**scheduled (1)**
6:8

**school (15)**
17:5,7,8;37:11;
38:22;55:2,4,6;82:22,
23;88:13;127:11,19;
128:16,17

**science (1)**

39:3

**se (1)**
123:11

**sear- (1)**
154:9

**search (24)**
71:15,18,24;72:1,2,
3,21;73:15,24;74:1;
75:14;76:3,16,22;
78:22;80:6,12;87:14;
130:15;131:3,16,18;
154:11;202:23

**searched (14)**
72:20,23;73:11;
74:24;75:5;76:6,10,
23;131:1;154:3,9,19;
158:7;218:21

**searches (3)**
76:19;130:25;131:1

**searching (1)**
81:1

**searchs (1)**
76:24

**second (16)**
14:4;15:14;101:21;
146:3;153:17;158:11,
12;163:1;164:9;
169:18,20;179:17,21,
21;181:1;191:10

**seconds (1)**
9:13

**secret (1)**
197:1

**security (8)**
33:14;116:13,17;
200:18,18,19,21,23

**seeing (9)**
126:16;153:3;
154:5,6;158:7,25;
178:16;181:22;
182:22

**seek (1)**
158:2

**seem (1)**
166:5

**seemed (4)**
34:2;85:21;166:6,9

**seems (3)**
57:16;136:6;196:1

**selected (2)**
99:6,16

**self-employed (1)**
20:5

**sell (8)**
18:25;103:2;104:1,
2,3,7;105:18;112:2

**seller (1)**
187:6

**selling (3)**
20:11;62:23;105:10

**Senator's (1)**
175:15

**send (16)**

46:21;47:5;48:1,5,
25;49:4;77:20;79:19;
85:13;118:24;119:2;
144:4;154:15;218:3,
11;219:16

**sending (7)**
49:4,6,12;78:1,4;
194:10;219:8

**sends (7)**
47:13,14,15,18;
48:22;53:24;169:13

**seniors (1)**
41:17

**sense (6)**
12:18;49:15;
114:23;171:12,16;
197:17

**sent (27)**
32:12;49:19;77:25;
79:14;86:11,13,13;
121:5;168:3;177:12;
178:2,3,9;179:18,19;
180:7;181:1,5;
182:10,12;189:16,24;
196:25;214:20;218:7,
13;219:8

**separate (4)**
50:9;187:18,23;
195:11

**September (2)**
10:9;74:13

**September-ish (1)**
30:25

**sequence (1)**
103:16

**sequenced (1)**
123:7

**served (1)**
82:8

**set (4)**
103:24;104:24;
183:10,16

**setting (2)**
10:19;58:24

**seven (4)**
35:22;63:12,13;
64:20,22;66:7

**several (7)**
23:15;25:22;38:16,
25;91:21;122:17;
201:23

**shaded (1)**
147:17

**shake (1)**
9:6

**Shakib (8)**
5:2,2,19;6:3,20;
131:13;197:9;221:16

**Shaking (8)**
65:16;67:1;71:25;
77:4;80:22;104:12,
13;135:22;153:20

**share (2)**

153:5;166:18
**shared (1)**
154:12
**Shasta (18)**
13:25;15:25;22:15,
19,24;23:16,17;38:6,
8,9,21;55:23;62:18;
67:15;89:18;143:6,6;
198:23
**sheep (6)**
41:20;43:8;51:17;
87:10;102:18;112:16
**sheer (1)**
88:6
**sheez (1)**
37:23
**Sheldon (3)**
169:5,10,10
**Sheriff (25)**
192:2,6;193:7,23;
194:12,20;196:7,11,
18;198:6,16;200:4,8;
201:24;204:2,16,17;
205:4;207:11,19;
209:12,14,17,21;
211:3
**sheriffs (11)**
191:20;192:1;
197:3,15;198:6,10;
201:23;202:18;
207:17;210:15,18
**sheriff's (5)**
13:25;24:2;164:6;
192:16;195:20
**shipped (1)**
188:24
**shock (3)**
89:6,8,12
**shocked (9)**
88:18;110:20;
118:3,6,7;138:5;
167:1,1,3
**shocking (4)**
107:14;110:11,12,
13
**shook (2)**
52:13,16
**shop (1)**
46:11
**shops (4)**
46:8,17;47:8;48:5
**show (35)**
19:1,6;41:16;58:23;
59:5;83:22,25;95:6;
96:18;98:17,20;99:6,
16;100:13;101:21;
102:17,18,19,23,23;
103:11;111:13;125:3;
132:8;145:1,23;
146:2;153:11;164:2;
177:8;192:14,17,22;
195:4,20
**show- (1)**

100:18
**showed (4)**
84:23;87:22;92:25;
100:17
**showing (5)**
41:17;60:5;97:12;
98:22;125:3
**showmanship (18)**
97:5,7,10,10,14,19;
98:4,5,18,19;99:9,19;
100:12,21;102:22;
106:21;122:21,22
**Showmanship's (1)**
97:11
**shown (2)**
99:17;108:14
**shows (8)**
98:25;99:1;101:8;
122:4,5,6,8,17
**shut (1)**
157:20
**side (4)**
116:15;137:12;
147:23;221:17
**side- (1)**
80:6
**sifted (11)**
110:25;111:1,4,10,
19;112:1,8;186:19,
21;188:16;189:8
**sightly (1)**
50:21
**sign (1)**
171:20
**signed (5)**
62:9;184:3,8,10,20
**signify (1)**
96:23
**signing (3)**
61:9,10;62:9
**Silva (14)**
5:6,22;6:14;68:11;
113:18;114:18;
131:22;159:6;174:4,
15;177:9;179:19;
182:17;190:11
**Silva's (1)**
142:21
**similar (3)**
40:1;55:12;178:20
**simply (4)**
30:6;154:18,20;
195:19
**sincerity (1)**
155:2
**Siri (1)**
153:13
**sit (1)**
69:14
**situations (1)**
186:19
**six (4)**
20:17;24:23;46:16;

127:9
**Sixty-something (1)**
69:10
**size (5)**
9:22,25;21:8;97:22;
115:20
**skinning (1)**
50:23
**slaughter (5)**
50:14;184:6;
185:10;189:7;209:8
**slaughtering (1)**
211:12
**slept (1)**
138:18
**slightly (4)**
44:4;147:8;200:9,
10
**slip (6)**
46:25;47:23,25,25;
48:1,23
**slipped (1)**
91:19
**Slow (2)**
12:21;15:9
**slower (1)**
8:24
**small (1)**
156:19
**smaller (1)**
21:10
**smoke (3)**
134:7,21,21
**soccer (1)**
82:23
**social (3)**
31:23;154:1;199:3
**sold (9)**
38:12;45:24;46:4;
103:1;170:16;186:5,
6,24,24
**some- (1)**
62:23
**somebody (19)**
23:21;42:24,24;
46:10;61:15;87:17;
103:9;104:20;146:23;
150:3;158:6;182:2;
190:20;192:5,6;
199:7;214:23,23;
215:6
**somebody's (1)**
112:10
**somehow (2)**
189:25;219:9
**someone (21)**
11:10,12;13:2;
17:23;65:24;87:18,
23;110:14;111:8;
114:2;127:22;128:2,
4,5;150:4;154:15,22;
167:3;171:10;193:24;
199:13

someone's (1)
101:10
**Something's (1)**
112:9
**Sometime (7)**
27:7,16;82:19;
123:13;136:18;
167:14;192:10
**sometimes (3)**
8:19;40:12,13
**somewhat (2)**
144:23;171:12
**somewhere (14)**
27:10;33:5,7;60:5,
17;86:8;87:7;115:10;
123:23;145:1;146:6;
159:10;179:6;213:21
**soon (9)**
86:1;102:17,23;
110:1,3;141:18;
146:18,18;191:1
**sooner (1)**
147:1
**Sorry (46)**
7:9;14:6;16:9;18:1,
19;26:17;30:8,22;
35:20;36:9;37:23;
50:22;51:13;52:14;
61:11;63:8;69:22;
70:11;72:23;74:6;
80:23;86:12;100:4,
22;109:14;112:4;
121:22;127:15,25;
130:4;133:11;135:10;
139:25;142:23;149:1;
153:2;163:4;169:11;
182:14;187:8,19;
193:3;201:17;205:23;
206:11;212:7
**sort (6)**
33:14;63:6;71:12,
15;107:22;190:8
**sorted (1)**
85:1
**sorts (4)**
48:25;71:15;
106:13;190:10
**sound (4)**
25:11,15;83:16;
90:2
**sounds (2)**
5:23;80:15
**south (1)**
54:11
**southeast (1)**
36:16
**Southern (1)**
36:19
**space (7)**
59:23;60:13,15;
62:17;97:18;134:18;
185:7
**spam (2)**

70:22;71:2
**spams (1)**
201:8
**spatially (1)**
162:11
**speak (8)**
8:24;10:6;63:8;
74:11;90:7;131:22;
139:18;144:1
**speaking (8)**
5:16;8:23;55:24;
92:2,4;139:6,18;
162:14
**special (1)**
110:15
**species (1)**
97:17
**speculate (2)**
60:22;208:3
**speculating (2)**
61:23;208:6
**speculation (1)**
183:20
**spell (4)**
7:19;16:4;17:20,23
**spelling (2)**
7:16;17:25
**spent (1)**
87:14
**split (1)**
51:20
**spoke (20)**
90:23;92:23;93:8;
113:10;114:15;
117:17,18;124:20;
126:1,12;130:1;
131:22;135:14;138:5;
143:16;161:14;162:2,
5;173:2;180:6
**sponsors (1)**
19:2
**spread (1)**
220:8
**spring (5)**
19:25;20:1;27:10,
16;29:11
**staff (1)**
41:21
**stalling (2)**
41:22,23
**stamp (1)**
145:14
**stamped (1)**
177:14
**standards (1)**
171:9
**standing (2)**
116:17;162:9
**start (8)**
5:16;37:19;44:25;
93:13,13,15;103:20;
120:15
**started (5)**

32:23;39:1;85:24;
94:23;157:17

**starts (4)**
96:4,7,8;168:21

**State (25)**
5:4;7:4;39:2,8,10;
56:11;65:7;66:2;
95:17,19;127:12,13,
16,17,17,20;171:5;
190:1,4,16,17;203:9,
11,12;209:17

**state's (2)**
172:14;190:2

**stationary (1)**
56:16

**status (3)**
109:21;121:6;
210:22

**statute (3)**
163:20;164:15,22

**stay (2)**
56:15;111:3

**stayed (3)**
84:16;93:3,4

**steaks (1)**
46:13

**stealing (1)**
162:23

**steer (1)**
25:9

**Stephanie (2)**
204:25;207:22

**stick (3)**
34:9;176:13,20

**sticks (2)**
176:21;179:5

**still (31)**
6:13;10:21,23,23;
14:17,20;15:3;36:20;
44:24;50:20;59:19;
63:20;64:15;69:8,12,
12;78:4;99:5;100:15;
101:7;118:11;120:19;
138:3;140:13;143:18;
171:22;172:25;187:7;
189:25;213:9,17

**stipulation (1)**
55:12

**stipulations (1)**
55:11

**stipulation's (1)**
54:4

**stock (1)**
18:25

**stole (1)**
167:3

**stolen (3)**
163:17;166:22;
167:9

**stomach (1)**
24:8

**stop (7)**
103:25;104:2,7,9;

163:1;221:3,4

**stops (1)**
103:24

**story (2)**
77:19;220:8

**strike (6)**
81:6;83:20;84:9;
161:11;182:14;
186:18

**struggling (1)**
127:23

**stuck (2)**
148:11;182:1

**students (1)**
37:11

**stuff (11)**
20:2;29:24;36:22;
45:16;57:7;70:24;
97:18;107:23;133:10;
135:2;161:25

**sub- (1)**
38:3

**submitted (1)**
12:12

**subsequent (1)**
38:4

**subsequently (1)**
99:16

**substance (1)**
178:20

**Substantially (1)**
28:10

**substantively (1)**
51:3

**successful (1)**
186:8

**suck (1)**
109:16

**sufficient (1)**
146:7

**suggested (3)**
25:25;210:10,12

**suited (1)**
29:2

**summarize (1)**
5:20

**Sunday (10)**
84:14;133:4;
136:18;138:14;
139:19;140:18;
161:12,17;167:14,15

**Sundays (1)**
141:21

**superintendent (1)**
23:22

**superior (1)**
18:14

**supervisors (1)**
143:6

**suppose (2)**
62:23;63:2

**supposed (2)**
66:13;212:23

**sure (77)**
6:18;9:3,7,9;11:16;
13:23;20:6;22:8;
28:25;31:5;34:10;
42:2,10;44:1;47:12,
12;53:10;54:4,6;
55:17;57:5,25;61:15;
66:4,22;76:10;81:7;
83:17;84:2;93:17;
98:10;102:6;111:6;
119:13;122:6,8,11;
123:1,4;124:11,12;
134:13;135:17;136:1,
15;137:11;139:8,20,
25;140:9;142:9,14;
143:19,20,21,24;
150:25;153:6;154:6;
159:7;168:18;170:23;
180:15;182:25;
192:21;193:2,4,4;
197:25;198:11;206:2;
212:21;213:11;
215:20;216:17,18;
220:1

**surname (1)**
121:1

**survived (1)**
24:13

**suspected (3)**
107:12;140:22;
156:3

**suspicion (2)**
140:24;158:25

**suspicions (1)**
140:16

**sustainable (2)**
21:11,16

**swine (6)**
97:8;99:10,11,12,
14;102:22

**switch (1)**
82:4

**switched (1)**
13:5

**sworn (2)**
5:8,11

**syntax (1)**
12:17

**system (1)**
15:5

# T

**t- (1)**
196:1

**table (2)**
9:22,25

**tablet (1)**
72:15

**tag (6)**
47:4;48:3,15,20;
86:24;87:7

**tags (16)**

53:15;56:18,18,20,
21;212:19,20,24;
213:1,1,3,4,24;214:1,
3,4

**Tahoe (1)**
36:17

**talk (12)**
8:17;11:25;80:11,
25;90:21;119:20;
130:23;139:20;159:5;
219:21;220:2,4

**talked (26)**
27:11,12;74:17;
119:18;125:8;129:8;
139:21,25;144:8;
147:6;161:20,23;
176:4;193:14;194:7,
12,14;196:16;197:17,
20;204:2,17;207:11,
15;209:1,9

**talking (21)**
22:20;30:8;52:4;
74:2,9;88:13;93:6;
109:24;157:20;
159:11;164:3,8;
167:12;190:20;
193:20;198:5;204:21;
208:21,22;209:14,21

**talks (1)**
204:3

**tall (1)**
116:25

**tape (1)**
9:22

**tasks (1)**
54:7

**tax (1)**
104:23

**teach (3)**
183:10,14,18

**teacher (2)**
55:7,9

**teachers (1)**
38:16

**tech (1)**
72:7

**technical (1)**
20:16

**Technology (1)**
69:4

**teenager (1)**
36:4

**Tehama (6)**
16:3,4,7,8,9,11

**T-E-H-A-M-A (1)**
16:5

**telling (3)**
156:8;177:2;179:3

**temporarily (1)**
162:12

**temporary (5)**
25:6,17;27:24;
121:14;206:15

**ten (5)**
23:12;24:19,20;
32:18;38:8

**term (15)**
20:16;50:25;51:2,9;
52:21,24;53:10;
80:16,16;111:20,22;
112:1;122:19;131:19;
143:22

**terms (17)**
51:14;58:21,22;
71:23,24;72:2;74:24;
75:5;76:4,23;80:7;
97:21;98:13;103:1;
161:7;183:21;209:22

**terrible (1)**
109:16

**testified (11)**
5:11;8:10;23:24;
24:4;44:16;70:16;
138:4;193:22;194:5;
201:11;217:25

**testify (1)**
15:1

**testimony (12)**
10:21;11:1,4,8,11,
18;12:11;15:19,22;
30:7;78:14;141:8

**Texas (1)**
34:6

**texted (9)**
108:9;109:12,20;
110:9;113:5;130:21;
145:3;198:14;219:3

**texting (5)**
108:2;130:20;
147:22;214:21;219:4

**texts (21)**
66:19;68:7,24;
69:17;73:4;80:4;
119:2;130:9,12,14,17,
24;131:1,4,17,19;
144:4;167:23;191:12;
194:19;219:2

**Thanks (1)**
201:10

**Thanksgiving (1)**
10:11

**That'd (1)**
130:2

**thee (1)**
125:18

**theft (2)**
163:24;168:3

**thenabouts (1)**
113:25

**thereabouts (3)**
78:10;115:17;
214:18

**Thi (1)**
13:23

**thinking (3)**
62:13;64:23;90:14

**third (3)**
  80:5;86:1;157:4
**Thomas (2)**
  109:15;121:2
**thorough (1)**
  80:12
**though (25)**
  10:18;11:16;12:16;
  21:21;31:16;40:10;
  55:1;61:4;75:8;99:2,
  20;123:10;130:14;
  133:14;139:7;141:19;
  146:25;169:22;171:3,
  21,23;172:22;186:17;
  212:14;216:13
**thought (32)**
  17:24;25:11,14;
  30:8;66:8;67:3;68:3;
  70:18;88:1,3,7,18;
  99:20,25;117:22;
  140:17;150:21,21,22;
  151:3,8,15,22;157:12;
  160:6;166:23;167:8;
  181:19;194:4,18;
  204:7;209:16
**thoughts (1)**
  45:7
**thousand (1)**
  90:10
**threatening (2)**
  32:33;34:4
**three (28)**
  23:2,4;25:3,4;
  40:15,18,19,20;65:20;
  70:2;86:14,14;88:14;
  89:10;109:18;113:4;
  114:3;115:3;127:3,4,
  5,10;179:1;181:22;
  182:7,16;208:15;
  213:22
**threw (1)**
  213:19
**throughout (3)**
  19:11;90:24;196:13
**throw (2)**
  163:20;214:2
**throwing (2)**
  58:19;62:4
**thrown (3)**
  73:19;213:5,18
**throws (1)**
  103:9
**thumbs (1)**
  206:17
**Thursday (3)**
  102:22;146:22;
  195:17
**ticking (1)**
  172:25
**tight (1)**
  203:25
**till (14)**
  37:7;46:12;74:12;

**84:13;85:11;95:1;**
  114:10;138:16,18;
  146:21,22;196:14;
  203:11;204:2
**times (15)**
  91:21;111:17;
  113:22,22;130:1;
  145:7;154:11;162:8;
  207:11,14;208:25;
  209:3,4,9,15
**timing (1)**
  56:1
**title (4)**
  18:1;53:11;142:14;
  170:19
**today (15)**
  5:24;6:5,15;11:8,
  18;13:4;14:23;15:6,
  19,22;90:12;144:21;
  168:13;203:25;221:3
**together (1)**
  44:19
**told (32)**
  8:15;31:6;35:9;
  41:9;115:6,23;
  117:13,18;156:10,13;
  158:6,8;159:14;
  164:21;175:2,16;
  176:9;182:2;183:3,4,
  5;193:23,24;195:1;
  198:4,11;202:12,25;
  212:25;218:11;
  219:16,18
**tomorrow (2)**
  118:20;204:2
**toner (1)**
  180:12
**took (23)**
  19:25;28:6;63:17;
  140:17;142:5;146:20,
  21,22;150:8,10;156:8,
  10,10,12,13,24;157:1,
  4,5,6,7;178:19;187:8
**top (2)**
  177:19,21
**topic (1)**
  126:9
**total (1)**
  187:11
**touch (2)**
  201:5;204:8
**towards (1)**
  62:25
**town (2)**
  52:19;55:1
**track (2)**
  77:8;82:7
**trade (2)**
  19:1,6
**trail (3)**
  47:22;216:19;
  221:21
**trailer (7)**

**84:18;92:8,20;93:1;**
  131:25;134:15,15
**trained (3)**
  112:15;170:20;
  172:17
**training (5)**
  165:1,4,7,9,12
**transcribe (1)**
  9:10
**transcript (3)**
  221:12,15,16
**transfers (1)**
  170:19
**transpired (2)**
  63:10;132:20
**trees (3)**
  36:22,25;155:5
**trial (2)**
  8:11;11:6
**trick (1)**
  160:20
**tried (6)**
  65:23;71:3,21;
  125:20;161:15,15
**truck (2)**
  84:23;138:8
**trucking (2)**
  53:17;57:3
**trucks (6)**
  44:13;45:9;85:13;
  113:24;118:11;
  189:11
**truth (1)**
  10:24
**truthfully (1)**
  126:8
**try (14)**
  6:15;8:18,25;15:13;
  70:16;86:2;91:11,15;
  93:20;147:2;160:10;
  214:6,8;220:6
**Trying (28)**
  13:1;21:3;34:7;
  44:12;47:12;55:25;
  57:4;61:14,18;98:1;
  103:8;107:24;114:13;
  117:2;125:25;127:21;
  128:6;129:14,18;
  132:7;136:7;151:23;
  160:23;168:20;
  175:23;183:18;185:6;
  193:11
**Tuesday (3)**
  191:23,25;192:11
**Tulare (5)**
  124:25;125:10,11,
  13,15
**turn (1)**
  66:11
**turned (1)**
  93:5
**Twelve (3)**
  17:3;36:5,5

**Two (35)**
  32:8,9;34:4,8,9,12;
  36:15;44:19;51:20;
  63:23,24;70:2;71:19,
  23;82:7;92:3;97:13;
  127:10;128:16;134:6;
  144:7,9;156:10,13,21,
  24;157:7,19,24,25;
  158:24;177:20,21;
  180:4;200:13
**type (4)**
  29:7,9;159:16,18
**typed (1)**
  131:16
**typo (1)**
  201:11

## U

**UC (1)**
  40:1
**Uh (2)**
  47:21;207:8
**ultimately (2)**
  142:24;186:7
**Um (3)**
  48:3;127:12;189:6
**under (5)**
  10:23;14:19,20;
  120:19;211:2
**Understood (11)**
  6:21;11:8;14:19;
  22:13;29:9;103:18;
  106:6;124:3;164:8;
  169:23;170:5
**undertake (1)**
  71:16
**undertaken (1)**
  220:8
**undertaking (3)**
  42:1;43:11;80:12
**unique (1)**
  110:15
**University (2)**
  39:8,10
**unknown (2)**
  121:2,2
**unless (5)**
  31:12;56:9;71:2;
  110:24;147:20
**up (73)**
  11:9;16:14,15;
  20:20,22;35:12,16;
  36:9;38:18;41:20,21;
  42:16;44:13,14;45:8;
  49:21,25;50:25;
  53:13,16;54:12,22;
  57:7;58:24;77:2,6,14;
  80:6;84:23;85:25;
  86:18;87:22;91:19;
  92:14,25;94:11;
  97:16;103:11;104:24;
  117:1;118:15,22;

**129:22;136:23;**
  138:22,25;139:13;
  140:6;144:16;145:6;
  152:3,10,12;154:4,11;
  161:7;162:25;164:4;
  167:8;173:10;183:10,
  16;184:3,8,10,20;
  187:22;191:7;192:22;
  206:17;208:14;214:6;
  219:25
**update (1)**
  106:11
**updated (2)**
  201:11,19
**upkeep (1)**
  41:2
**upon (2)**
  32:21;35:1,2;
  158:24;172:11
**upside (1)**
  152:25
**use (13)**
  6:19;9:21;34:1;
  48:19;52:2;68:16,17;
  72:13;75:18;77:11,
  14;83:3;147:10
**used (14)**
  11:6;47:20;71:19;
  72:16,18;81:13;
  110:11,12;122:19;
  131:19;139:15;
  166:25;198:17;
  220:12
**using (8)**
  13:4;24:5;68:1,20;
  70:14;72:17;145:9;
  149:5
**usually (12)**
  48:3,16,18;49:3;
  53:2,4;85:1;93:20;
  112:11;173:19;
  188:23;189:12

## V

**vagrants (1)**
  116:22
**vague (1)**
  161:20
**vaguely (1)**
  171:13
**Valley (3)**
  17:7,9;86:18
**value (1)**
  104:24
**Vanessa (2)**
  5:2,17
**varies (1)**
  42:10
**variety (1)**
  112:9
**various (1)**
  194:11

**Vegas (1)**
36:13
**verbal (7)**
9:3,4;181:23;182:2,
22,24;183:1
**verbally (1)**
182:21
**verbatim (1)**
178:8
**verify (1)**
220:23
**version (2)**
96:15,19
**versus (1)**
137:2
**vet (2)**
112:23;187:2
**vet's (1)**
187:1
**video (5)**
101:7;221:12,15,
16,21
**VIDEOGRAPHER (19)**
13:9,13,17;14:9,13;
25:12;75:20,24;
108:20,24;109:3;
119:9,13;120:9,14;
149:3;158:15,19;
221:18
**videos (1)**
221:20
**Videotaped (1)**
221:23
**violation (1)**
164:22
**voice (2)**
32:7,11
**voice- (1)**
32:25
**voicemails (2)**
32:18;107:18
**volunteered (1)**
38:5
**volunteering (1)**
58:22
**volunteers (4)**
19:4;59:2,12;
121:15

**W**

**Wait (2)**
14:9;204:3
**waiting (11)**
12:23;119:19;
161:2,3,4;205:4;
207:17,19,23;209:12,
23
**walked (1)**
172:6
**wall (1)**
215:7
**wants (1)**

**warm (1)**
94:1
**warrant (6)**
146:1,8,9;149:8;
202:23,23
**water (2)**
94:14;108:18
**way (31)**
38:7;46:12;54:5,14;
63:24;66:5;69:2;
77:15;81:5;87:21;
97:7;98:14;115:25;
133:21;162:20,21;
163:6;166:2,4;
171:16;174:9;176:11,
23,25;177:2,3,4,4;
184:11;192:25;207:3
**Wednesday (10)**
102:19;146:22;
192:11;194:17,20,21;
195:16,19,25;196:9
**week (10)**
18:24;41:21;44:12;
58:24;116:7;138:16;
139:16;192:3,11;
206:13
**week-long (2)**
18:24;19:7
**weeks (4)**
82:8;126:13;
128:11;216:12
**weigh-ins (1)**
53:15
**weight (2)**
122:10,13
**welcome (1)**
85:20
**weren't (3)**
31:21;88:5;114:24
**whatnot (1)**
150:14
**What's (5)**
51:4;103:24;
167:22;189:22;213:2
**whenabouts (2)**
167:11,13
**whenever (2)**
96:8;139:2
**Whereupon (6)**
13:15;14:11;75:22;
109:1;120:12;158:17
**white (1)**
102:3
**whole (11)**
19:2;20:17;33:24;
41:19;51:20;58:24;
103:5;136:18;143:2;
184:3;188:3
**who's (4)**
46:4;74:5;161:3;
199:17
**whose (1)**

**wide (1)**
116:16
**wife (3)**
22:2;39:7;213:21
**Wikipedia (2)**
152:20;153:17
**willing (2)**
38:20;57:6
**window (1)**
208:19
**wintertime (1)**
21:24
**wire (1)**
116:21
**wish (1)**
51:13
**wishing (1)**
32:21
**Within (8)**
97:4;126:5,13;
157:19,23,24,25;
208:19
**without (1)**
6:4
**witness (17)**
5:5,13;15:11;16:19;
29:6;51:9;70:10;74:5;
125:6;135:22;163:5;
164:18;183:24;
197:10;205:18;208:5;
221:1
**woman (4)**
153:11,18;155:1;
204:23
**women (9)**
86:15;88:14;
107:18;109:11,11,18;
113:4;114:3;115:3
**wonder (2)**
13:3,6
**wondering (5)**
126:17;148:7;
152:24;172:7;192:15
**word (8)**
32:14;41:11;47:20;
110:11;166:25;171:3,
14;220:12
**worded (1)**
105:3
**words (4)**
12:17;89:5;129:15;
136:7
**work (26)**
19:19;22:24;24:17;
29:1,6,7,9,21;39:24;
46:6;56:1;66:20,25;
67:3,4,11,15;71:6;
81:8,14;83:3;89:11;
119:9;122:7;123:3;
163:6
**worked (12)**
23:8,11;25:1;26:21;

**124:24**
**wide (1)** — _(see above)_

39:9;44:19;86:4,17,
17;88:11,15;126:15
**workers (1)**
121:14
**working (11)**
19:12;69:8;89:17;
125:2,3;127:1,8;
155:17;159:1;197:3,
15
**workload (1)**
134:25
**Work-related (1)**
69:21
**worried (1)**
117:15
**worries (1)**
129:2
**worry (2)**
38:2;107:6
**worth (2)**
105:24,25
**Wow (2)**
94:4;114:12
**write (2)**
8:20;35:11
**write-off (1)**
104:23
**writes (4)**
183:9;206:12;
208:13;212:18
**written (3)**
60:16;61:21;164:6
**wrong (9)**
11:2;17:25;69:4;
112:10,12;151:13;
180:8;194:6;215:25
**wrote (1)**
212:5

**Y**

**year (42)**
19:11;23:5;24:17;
25:3,4;26:4,8,25;27:2,
17,18,20;28:11;31:9,
14,17,18;37:19;
40:16;42:10;56:2;
58:1;63:12,19;64:1;
78:9,15;82:17;90:3,9;
93:19,21;95:16,16;
97:5;105:21;107:2,2;
125:5;139:16,16;
198:19
**yearly (1)**
106:11
**year-round (1)**
31:5
**years (39)**
20:17;23:12,15;
24:19,20,23,23,24;
25:1;28:12;35:19,23;
36:8;37:12,21;38:8;
56:11;58:1;59:6;

63:13,18,23,25;64:7,
11,19,20,23;65:20;
66:8;89:16,16;95:14;
97:4;98:9;115:23;
116:19;189:11;
220:16
**Yep (1)**
94:25
**Yesterday (10)**
5:22;15:2;24:14;
32:6;45:5;70:13;
73:24;177:14;183:7;
187:21
**you- (1)**
64:9
**younger (1)**
37:5
**youth (2)**
183:10,15
**Ys (1)**
205:13

**Z**

**Zoe (5)**
152:24,25;153:13;
154:1,16

**0**

**01 (1)**
39:9
**03 (1)**
39:9
**05 (1)**
25:18

**1**

**1 (1)**
120:11
**1.2 (1)**
40:23
**1:00 (2)**
138:16,17
**1:21 (1)**
158:18
**1:25 (1)**
158:18
**10 (2)**
63:18;120:6
**10:00 (1)**
114:5
**10:16 (2)**
13:14,16
**10:21 (2)**
13:16,18
**10:22 (2)**
14:10,12
**10:23 (2)**
14:12,14
**100 (1)**
94:2

**1024 (1)**
  81:25
**107 (1)**
  94:2
**11:00 (2)**
  114:5,6
**11:00-ish (1)**
  86:8
**11:20 (2)**
  75:21,23
**11:30 (4)**
  75:23,25;86:8;
  202:5
**115 (1)**
  94:6
**11th (6)**
  206:6,9,18,21;
  207:12;209:5
**12 (7)**
  17:1,2;36:6;37:7;
  63:18;93:5;120:6
**12:00 (1)**
  114:6
**12:00-ish (1)**
  86:8
**12:08 (2)**
  108:25;109:2
**12:13 (2)**
  109:2,4
**12:21 (2)**
  168:25;169:12
**12:26 (2)**
  120:10,13
**12:30 (1)**
  118:21
**12:40 (2)**
  120:13,15
**12:41 (2)**
  169:13;174:22
**13 (2)**
  16:25;177:14
**1300 (1)**
  90:10
**1321 (1)**
  158:16
**1325 (1)**
  158:20
**14:32 (1)**
  221:22
**15 (2)**
  56:10;86:17
**1500 (1)**
  90:10
**17 (2)**
  108:21;145:14
**18 (6)**
  23:1;24:21,25;
  25:18;37:9;171:11
**190- (1)**
  40:25
**1900s (1)**
  40:25

## 2

**2 (2)**
  6:6;120:16
**2:00 (1)**
  197:12
**2:32 (1)**
  221:23
**20 (6)**
  26:9,12,15;28:12,
  13,13
**200 (1)**
  21:13
**2001 (1)**
  39:3
**2018 (3)**
  24:25;26:4;57:12
**2022 (10)**
  29:11;41:10;59:23;
  81:3,17;83:12;84:3;
  120:24;126:14;
  214:14
**209-678-1265 (2)**
  124:4,5
**20-ish (1)**
  83:14
**21 (8)**
  23:4;26:6,7,11,12,
  15;28:12,20
**22 (3)**
  23:1;58:1;68:10
**24 (1)**
  138:22
**25 (2)**
  89:16,16
**250 (4)**
  21:13;22:4;23:19;
  24:16
**25th (10)**
  83:16,18;84:5,8;
  120:24;191:24;
  206:20,21;207:12;
  208:15
**26th (4)**
  191:24;192:14,18,
  19
**27th (13)**
  5:4;22:20;129:20;
  143:7;146:9,15;
  157:15;168:25;
  169:12;174:6;178:3,
  9;191:24
**28th (12)**
  148:6;180:25;
  182:15;191:19,23;
  208:17;209:7;211:21;
  212:2,4,12,16
**29th (3)**
  181:2;194:17;
  201:15

## 3

**3:00 (2)**
  114:11;197:12
**30 (2)**
  89:16;173:20
**31st (3)**
  31:1;214:13,14

## 4

**4:00 (4)**
  93:22,22;114:11;
  138:25
**45 (1)**
  87:6
**487- (1)**
  163:23
**487a (1)**
  163:23
**4964 (1)**
  201:7
**4-H (44)**
  35:15,17;36:1,3;
  37:3,3,5,7,8,17,20;
  38:6,11;41:7;44:21;
  52:19;53:2,4,17,20,
  23;54:7,8,14;55:1,25;
  57:18;58:2,4,16,17;
  61:6;62:1,2,3;85:14,
  15,15;88:25;98:12;
  102:10,10;117:22;
  163:8

## 5

**5:00 (8)**
  93:20,22;95:1;
  138:16,17,25;139:1;
  188:24
**5:33 (1)**
  214:15
**5:41 (1)**
  178:9
**50 (3)**
  21:3,5,20
**500 (2)**
  90:8;122:11
**51 (1)**
  101:22
**518-1024 (1)**
  81:24
**530 (4)**
  81:24;83:1;123:18;
  201:6
**540 (2)**
  90:9;184:9

## 6

**6 (1)**
  177:14

**6/25 (1)**
  83:21
**6/28 (1)**
  148:14
**6/29 (4)**
  194:4,11;197:6,12
**6:00 (1)**
  93:23
**6:16 (1)**
  148:6
**60-something (1)**
  69:9

## 7

**7:13 (1)**
  201:17
**701-4890 (1)**
  123:18
**76 (3)**
  37:21,25;38:1
**776-4964 (1)**
  201:6

## 8

**8 (2)**
  23:1;209:7
**8:00 (4)**
  93:16,17;94:24;
  138:18
**803-3277 (1)**
  83:1
**85 (2)**
  37:23,24
**8954 (1)**
  221:21

## 9

**9 (2)**
  84:24;201:16
**9:00 (3)**
  93:16;94:24;113:24
**9:00-ish (2)**
  162:10,15
**9:30 (2)**
  85:5,13
**90 (2)**
  89:24;115:16
**95 (2)**
  37:21;39:1
**98 (2)**
  39:1,2
**99 (1)**
  189:1
**9th (3)**
  59:22;201:17,21