BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**[PROPOSED] ORDER RE DEFENDANTS COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN AND DETECTIVE JEREMY ASHBEE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date: October 1, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Dale A. Drozd<br>Action Filed: August 31, 2022<br>Trial Date: October 7, 2024 |

**[PROPOSED] ORDER**

Before this Court came Defendants COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE's (collectively "County Defendants") Motion for Summary Judgment or, in the alternative, Summary Adjudication of Issues.

After full consideration of the evidence and the written and oral submissions by the parties, the Court finds that the County Defendants by admissible evidence and reasonable inferences have established that Plaintiffs Jessica Long and E.L. have no legal basis to assert any of their causes of action against the County Defendants in their Second Amended Complaint, and the County Defendants are therefore entitled to summary judgment in this action.

This Order is based upon the following findings of undisputed material facts:

1. Cedar the goat was not Plaintiffs' property after the sale at auction on June 25, 2022. Therefore, Plaintiffs' First, Second, Ninth, and Eleventh Causes of Action fail as a matter of law.

2. Cedar the goat was not seized pursuant to a warrant; he was obtained during a consent search.

3. The search warrant issued to retrieve Cedar the goat was valid, based on probable cause, and was reasonable.

4. There is no private cause of action for either unreasonable search and seizure or a violation of due process under the California Constitution.  Plaintiffs cannot recover monetary damages under Article 1 Section 13 of the California Constitution, or Article 1 Section 7(a) of the Constitution.  Plaintiffs fifth and sixth causes of action fail as a matter of law.

5. Plaintiffs fail to assert a cause of action against the County of Shasta and the Shasta County Sheriff's Department because there is no evidence of any policy, practice or custom to violate a constitutional right. (*Monell v. Department of Soc. Svcs.* 436 U.S. 658, 691 (1978); *Plumeau v. School Dist. # 40 County of Yamhill*, 130 F.3d 432, 438 (9th Cir.1997).)

6. County Officers, Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee ("County Officers") are immune from liability under the doctrine of qualified immunity.  Plaintiffs do not have a constitutional right to Cedar the goat as they do not own the

1 animal. The actions the County Officers took to retrieve Cedar the goat were objectively reasonable.

2

3     7. The County Defendants are immune from liability under California Government Code §§ 815.2, 820.2, and 821.6. The County Officers retrieval of Cedar the goat was inextricable intertwined with the investigation of Plaintiffs and the theft of Cedar.

    It is therefore HEREBY ORDERED that County Defendants' Motion for Summary Judgment is GRANTED.

    IT IS FURTHER ORDERED THAT:

_____

_____

_____

_____

DATED: _____, 2024

_____
HON. DALE A. DROZD
UNITED STATES DISTRICT COURT

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\42512966.1      - 3 -      2:22-CV-01527-DAD-AC
[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT