RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br>　　　　　Plaintiffs,<br>　　v.<br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF VANESSA SHAKIB IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO OPPOSE COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, ECF NO. 99**<br><br>Current Due Date: August 14, 2024<br><br>Proposed Due Date: September 4, 2024 |

## DECLARATION OF VANESSA SHAKIB

I, Vanessa Shakib, declare as follows:

1. I am an attorney at law duly licensed to practice law before all the courts of the State of California and the District of Columbia, and am admitted to practice in the United States District Court for the Eastern District of California. I am over 18 years of age. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto. I represent Plaintiffs in their underlying civil rights litigation, originally filed on August 31, 2022. I am previously-scheduled to be out office and travelling from August 9-11 and August 14-20, and respectfully request the extension set forth in Plaintiffs' ex parte application for the additional reasons stated therein.

2. Additionally, as stated in the concurrently filed Declaration of Ryan Gordon, I also am traveling from Los Angeles to Redding, CA, from August 12 to 13, to attend and defend the deposition of minor Plaintiff, E.L.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2024.

By:   /s/Vanessa Shakib
         Vanessa Shakib