1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN  DISTRICT OF CALIFORNIA**

10

**SACRAMENTO DIVISION**

11

12

E.L., a minor, by and through her general
guardian, JESSICA LONG; JESSICA LONG, an
individual,

Case No. 2:22-cv-01527-DAD-AC

13

                    Plaintiffs,

14

          v.

**[PROPOSED] ORDER ON PLAINTIFFS'
EX PARTE APPLICATION TO EXTEND
DEADLINE TO OPPOSE COUNTY
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT, ECF NO. 99**

LIEUTENANT JERRY FERNANDEZ, in his
individual capacity; DETECTIVE JACOB

15

DUNCAN, in his individual capacity;
DETECTIVE JEREMY ASHBEE, in his

16

individual capacity; SHASTA DISTRICT FAIR
AND EVENT CENTER, a district agricultural

17

association; COUNTY OF SHASTA; SHASTA
COUNTY SHERIFF'S DEPARTMENT;

18

MELANIE SILVA, in her individual and official

Trial Date: March 24, 2025

19

capacity; BJ MACFARLANE, in his individual
and official capacity; KATHIE MUSE, in her

Action Filed: August 31, 2022

20

individual and official capacity, and DOES 1
through 10,

21

                    Defendants.

22

23

24

25

26

27

28

Before this court came PLAINTIFFS' EX PARTE REQUEST TO EXTEND DEADLINE TO OPPOSE COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, ECF NO. 99. The Court being fully advised and good and sufficient cause appearing therefore, IT IS HEREBY ORDERED:

1. PLAINTIFFS' EX PARTE REQUEST TO EXTEND DEADLINE TO OPPOSE COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, ECF NO. 99. is hereby GRANTED;

2. Plaintiffs Jessica Long and E.L., a minor by and through Jessica Long as her guardian ad litem, shall have until September 4, 2024, or _____, to file any opposition to the Motion for Summary Judgment (ECF No. 99), filed by Defendant Lieutenant Jerry Fernandez, Detective Jacob Duncan, Detective Jeremy Ashbee, and the County of Shasta (collectively, the "County Defendants.")

IT IS SO ORDERED.


Date:_____

_____
HON. DALE A. DROZD
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER