JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
damian.northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:    (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY
SHERIFF'S DEPARTMENT; LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB DUNCAN, and
DETECTIVE JEREMY ASHBEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF DAMIAN A NORTHCUTT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO EXTEND DEADLINE TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, ECF NO. 99**<br><br>Action Filed:   August 31, 2022<br>Trial Date:      October 7, 2024 |

55398.00040\42546308.1

2:22-CV-01527-DAD-AC
DECLARATION OF DAMIAN A
NORTHCUTT IN SUPPORT OF
DEFENDANTS' OPPOSITION TO
PLAINTIFF'S EX PARTE APPLICATION

**DECLARATION OF DAMIAN A. NORTHCUTT**

I, Damian A. Northcutt, declare:

1. I am an attorney at law, licensed to practice before all of the courts in the State of California. I am of Counsel with the law firm of Best Best & Krieger LLP, attorneys of record for Defendant COUNTY OF SHASTA, SHASTA COUNTY SHERIFF'S DEPARTMENT, LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE (collectively "County Defendants") in this case.

2. I make this declaration in support of the County Defendants' Opposition to Plaintiff's Ex Parte Application to Extend Deadline to Oppose Defendant's Motion for Summary Judgment, ECF No. 99. I have personal knowledge of the facts below, unless stated on information and belief in which case I have a good faith reason to believe those facts to be true and if called upon to do so, I could testify competently thereto in a court of law.

3. On July 30, 2024, I attended the informal discovery conference ("IDC") with the Honorable Magistrate Judge Allison Claire. To the best of my recollection, the IDC lasted approximately one hour or less.

4. On July 31, 2024, the County Defendants filed their Motion for Summary Judgment/Adjudication (ECF No. 99) ("MSJ") in this action.

5. On August 6, 2024, I spoke with Ryan Gordon (Plaintiff's counsel) via telephone. During our call, and for the every first time, he requested whether my clients would stipulate to extend the time to file Plaintiffs' opposition to the County Defendants' MSJ. I told him I would have to speak with my client about the proposed extension.

6. On August 7, I send an email to Ryan Gordon explaining that my clients would not stipulate to an extension. A true and correct copy of my email is attached hereto as Exhibit "A". Later that same day, I received and sent multiple emails to Plaintiffs' counsel about Plaintiffs request for *ex parte* relief. True and correct copies of the emails I sent and received are collectively attached as Exhibit "A".

55398.00040\42546308.1

2:22-CV-01527-DAD-AC
DECLARATION OF DAMIAN A NORTHCUTT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed this 8th day of August, 2024, in Ontario, California.

*/s/ Damian A. Northcutt*
DAMIAN A. NORTHCUTT

55398.00040\42546308.1

- 3 -

2:22-CV-01527-DAD-AC
DECLARATION OF DAMIAN A NORTHCUTT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION

# EXHIBIT A

| | |
|---|---|
| **From:** | Ryan Gordon <rgordon@advancinglawforanimals.org> |
| **Sent:** | Wednesday, August 7, 2024 2:19 PM |
| **To:** | Damian Northcutt |
| **Cc:** | Vanessa Shakib; Kathy Rockenstein |
| **Subject:** | Re: Long v. Shasta -- Ex Parte Application |

**CAUTION - EXTERNAL SENDER.**

Hi Damian,

As I explained on the phone,

a. I had been out of town since July 24, 2024, until August 5, 2024;

b. We were in mediation all day Monday;

c. The parties expert disclosures are due August 9, 2024, further complicating Plaintiffs' time to respond, as this week we had the MSC and I am coordinating with experts. We have three (3) reports due this week;

d. Both Vanessa and I have to travel to Redding in Shasta County on Monday August 12, 2024, to attend the deposition of minor Plaintiff E.L. set for August 13, 2024, which makes responding to the MSJ by August 14, 2024, nearly impossible.

e. Vanessa is out of town from this Friday to Sunday on a pre-planned matter (then she returns and we immediately fly to Shasta for depo)

These are valid bases for an extension. I understand your clients' desire to push my client but I believe their position here won't be well-received by the court. This is a simple stipulation which you know we'd grant if the roles were reversed.

We're filing the ex parte shortly because we really can't wait. LR 233 is the vehicle for admin motions (which include extensions) and that procedure can take up to 5 days for a ruling. So we need to do the ex parte quickly because Vanessa and I can't afford to wait 5 days. If you want to call my cell I'm around.

Best regards

Ryan Gordon, Esq.
Co-Director
**Advancing Law for Animals**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Phone:  (202) 996-8389

rgordon@advancinglawforanimals.org



On Wed, Aug 7, 2024 at 12:23 PM Damian Northcutt <Damian.Northcutt@bbklaw.com> wrote:

Vanessa,

No one is trying to strong arm anyone into settlement. Our MSJ was filed on 7/31. Local Rule 230 provide the timeframe for the opposition. Ryan mentioned that you both are very busy, but did not give a basis why you cannot oppose the MSJ timely, particularly where there are two of you handling this case. Ex parte applications are a form of emergency relief that will only be granted upon an adequate showing of good cause or irreparable injury to the party seeking relief. (*Souphasith v. ITT Hartford Life & Annuity Ins. Co*., No. 115CV01269DADSKO, 2016 WL 4011510, at *4 (E.D. Cal. July 26, 2016). What is the emergency basis here? The 14 day deadline is not a basis. "Ex parte applications throw the system out of whack. They impose an unnecessary administrative burden on the court and an unnecessary adversarial burden on opposing counsel who are required to make a hurried response under pressure, usually for no good reason. " (Aoki v. Gilbert, No. 2:11-CV-02797-TLN, 2013 WL 2474877, at *1 (E.D. Cal. June 7, 2013) What is the good cause to extend the opposition date?



**Damian Northcutt**
Of Counsel
damian.northcutt@bbklaw.com
T: (909) 466-4903 | C: (909) 809-4372
bbklaw.com |

**From:** Vanessa Shakib <vshakib@advancinglawforanimals.org>
**Sent:** Wednesday, August 7, 2024 11:52 AM
**To:** Damian Northcutt <Damian.Northcutt@bbklaw.com>
**Cc:** Ryan Gordon <rgordon@advancinglawforanimals.org>; Kathy Rockenstein <kathy.rockenstein@bbklaw.com>
**Subject:** Re: Long v. Shasta -- Ex Parte Application

CAUTION - EXTERNAL SENDER.

2

Hi Damian,

Understood. I don't understand your email; we cannot put meaningful energy into settling this case if we need to begin drafting our opposition to your MSJ.

Additionally, our ex parte is an administrative motion that will all but certainly be granted, as we have grounds for our request, as described by Ryan to you in your phone call yesterday. Given this context, your clients desire to strong-arm us into a settlement is not valid grounds upon which to oppose our extension request generally, or our ex parte application.

Thanks,

Vanessa

On Wed, Aug 7, 2024 at 11:43 AM Damian Northcutt <Damian.Northcutt@bbklaw.com> wrote:

> Hi Vanessa,
>
> I wish we were putting more effort towards settling this case, instead of further filings with the court. If you do intend to go in *ex parte* to alter the MSJ opposition date, the County Defendants will oppose it.
>
> Damian
>
> **Damian Northcutt**
> Of Counsel
> damian.northcutt@bbklaw.com
> T: (909) 466-4903 | C: (909) 809-4372
> bbklaw.com |
>
> **From:** Vanessa Shakib <vshakib@advancinglawforanimals.org>
> **Sent:** Wednesday, August 7, 2024 11:09 AM
> **To:** Damian Northcutt <Damian.Northcutt@bbklaw.com>

3

**Cc:** Ryan Gordon <rgordon@advancinglawforanimals.org>
**Subject:** Long v. Shasta -- Ex Parte Application

CAUTION - EXTERNAL SENDER.

Hi Damian,

I hope you're doing well. I'm following up, as I understand the County denied our request for an extension of time to file an opposition to the County's MSJ for unknown reasons, as well as a cited inability to alter briefing deadlines.

Per Section III of Judge Drozd's standing order, we must include in our ex parte application whether you intend to file an opposition. Please let us know.

Thanks,

Vanessa

---------- Forwarded message ---------
From: **Damian Northcutt** <Damian.Northcutt@bbklaw.com>
Date: Wed, Aug 7, 2024 at 10:24 AM
Subject: re: Long v. Shasta
To: Ryan Gordon <rgordon@advancinglawforanimals.org>
Cc: Kathy Rockenstein <kathy.rockenstein@bbklaw.com>

Hi Ryan,

I spoke with my clients, and they will not stipulate to extend the deadline for you to file an opposition to the MSJ. In fact, they do not think they can move the deadline as it set by E.D. Local Rule 230.

4

Please feel free to give me a call if you wish to discuss further.

Damian

**Damian Northcutt**
Of Counsel
damian.northcutt@bbklaw.com
T: (909) 466-4903 | C: (909) 809-4372
bbklaw.com |

--

Vanessa Shakib

**Advancing Law for Animals**

Co-Founder | Co-Director

--

Vanessa Shakib

**Advancing Law for Animals**

Co-Founder | Co-Director