RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br> Plaintiffs, <br> v. <br> LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, <br> Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 160 BETWEEN PLAINTIFFS AND DEFENDANTS LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, DETECTIVE JEREMY ASHBEE, COUNTY OF SHASTA, AND SHASTA COUNTY SHERIFF'S DEPARTMENT AND STIPULATION TO WITHDRAW PENDING MOTION FOR SUMMARY JUDGMENT (ECF No. 99)** <br><br> Trial Date: October 7, 2024 <br><br> Action Filed: August 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

In accordance with Local Rule 160, Plaintiffs E.L. and Jessica Long (collectively, "Plaintiffs") and Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, Detective Jeremy Ashbee, County of Shasta, and Shasta County Sheriff's Department (collectively, "County Defendants") hereby give notice that they have reached a resolution of the matters between those parties. The parties are in the process of drafting documents memorializing the settlement and intend to file dispositional documents based on the response from this Court as described in Local Rule 160(b).

Additionally, County Defendants filed a Motion for Summary Judgment (ECF No. 99) on July 31, 2024, and Plaintiffs' opposition to same is due September 4, 2024. Due to the agreement to settle reached between the parties, County Defendants and Plaintiffs request that the Court take the County Defendants' pending motion for summary judgment off-calendar.

IT IS SO STIPULATED.

Respectfully submitted,

**ADVANCING LAW FOR ANIMALS**

Dated: August 28, 2024         By:   /s/Ryan Gordon
                                      Ryan Gordon
                                      Vanessa Shakib
                                      Attorneys for Plaintiffs

**BEST BEST & KRIEGER LLP**

Dated: August 28, 2024         By:   /s/Damian A. Northcutt
                                      Christopher M. Pisano
                                      Damian A. Northcutt

Attorneys for Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, Detective Jeremy Ashbee, Shasta County, and Shasta County Sheriff's Office