RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, <br>　　　　　Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS RELATED TO SETTLEMENT; [PROPOSED] ORDER** <br><br> Trial Date: October 7, 2024 <br><br> Action Filed: August 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiffs E.L. and Jessica Long (collectively, "Plaintiffs") and Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee, Shasta County and the Shasta County Sheriff's Department (collectively, "County Defendants") submit this joint stipulation to extend the time to file dispositional documents in response to their settlement.

**WHEREAS**, on August 31, 2022, Plaintiffs filed the instant lawsuit against Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee.

**WHEREAS,** on March 2, 2023, Plaintiffs filed a First Amended Complaint and on October 12, 2023 Plaintiffs filed a Second Amended Complaint (SAC), which remains the operative complaint.

**WHEREAS**, the SAC asserts claims against all County Defendants, as well as against Defendants Melanie Silva, BJ Macfarlane, Kathie Muse, and the Shasta District Fair & Event Center.

**WHEREAS**, on August 28, 2024, Plaintiffs and the County Defendants filed a Notice of Settlement pursuant to Local Rule 160 of this Court, which indicated that those specific parties had "reached a resolution of the matters between those parties [and those] parties are in the process of drafting documents memorializing the settlement." EFC No. 105.

**WHEREAS,** on September 4, 2024, this Court issued a minute order stating, "those settling parties shall file dispositional documents by no later than 9/20/2024." ECF No. 107.

**WHEREAS,** in light of the Court's September 20, 2024 deadline, Plaintiffs and the County Defendants gave best efforts and worked expeditiously to review and finalize documents memorializing the settlement before the Court's due date for dispositional documents.

**WHEREAS,** despite Plaintiffs and the County Defendants' best efforts, they are still awaiting additional signatures on the agreements/documents memorializing the settlement. Consequently, Plaintiffs and County Defendants need an additional week to file dispositional documents.

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and County Defendants, that:

1. The deadline to file dispositional documents in response to the settlement noticed in ECF No. 105 is extended from September 20, 2024, to September 27, 2024.

1  IT IS SO STIPULATED.

Respectfully submitted,

**ADVANCING LAW FOR ANIMALS**

Dated:  September 20, 2024          By:    /s/Ryan Gordon
                                    Ryan Gordon
                                    Vanessa Shakib
                                    Attorneys for Plaintiffs


**BEST BEST & KRIEGER LLP**

Dated:  September 20, 2024          By:    /s/Damian A. Northcutt
                                    Christopher M. Pisano
                                    Damian A. Northcutt

                                    Attorneys for Defendants Lieutenant Jerry Fernandez,
                                    Detective Jacob Duncan, Detective Jeremy Ashbee,
                                    Shasta County, and the Shasta County Sheriff's
                                    Department

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual, <br><br>              Plaintiffs, <br>       v. <br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, <br>              Defendants. | Case No. 2:22-cv-01527-DAD-AC <br><br> **[PROPOSED] ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS RELATED TO SETTLEMENT; [PROPOSED] ORDER** <br><br> Trial Date: October 7, 2024 <br><br> Action Filed: August 31, 2022 |

Having considered the stipulation between Plaintiffs E.L. and Jessica Long (collectively, "Plaintiffs") and Defendants Lieutenant Jerry Fernandez, Detective Jacob Duncan, and Detective Jeremy Ashbee, Shasta County and the Shasta County Sheriff's Office (collectively, "County Defendants") and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to file dispositional documents in response to the settlement noticed in ECF No. 105 is extended from September 20, 2024, to September 27, 2024.

IT IS SO ORDERED

Date:_____          _____
                                                                            Hon. Dale A. Drozd
                                                                   UNITED STATES DISTRICT JUDGE