ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7529
  Fax: (916) 322-8288
  E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE MOTIONS, INCLUDING DISPOSITIVE MOTIONS**<br><br><br>Judge:      Honorable Dale A. Drozd<br>Trial Date:  March 24, 2025<br>Action Filed: August 31, 2022 |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiffs, by and through their counsel of record Ryan Gordon and Vanessa Shakib, Defendants Shasta District Fair and Event Center, Melanie Silva and B.J. MacFarlane, by and through their counsel of record John C. Bridges, Esq., and Kathie Muse, by and through her counsel of record Ian S. Collins, Esq., hereby stipulate to extend the time to file all motions, except for motions for continuances, temporary restraining orders or other emergency applications to November 15, 2024. The current deadline for filing these motions is October 8, 2024. (ECF No. 67.)

**WHEREAS**, each of the parties anticipate filing dispositive motions, including motions for summary judgment and/or summary adjudication. The parties are engaging in meet and confer efforts to resolve and/or limit the issues to be addressed in these anticipated motions. Additionally, the parties are engaged in settlement negotiations. Additional time to discuss resolution of this matter without incurring additional attorneys' fees in preparing dispositive motions that may prove unnecessary if a settlement may be reached, would be beneficial to these discussions. The parties have agreed to extend the time for filing these motions to November 15, 2024.

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1. Pursuant to FRCP Rule 6(b) and Local Rule 144, based on good cause, the deadline to file all motions, except for motions for continuances, temporary restraining orders or other emergency applications is continued from October 8, 2024, to November 15, 2024, and will be noticed for hearing on a date consistent with Judge Drozd's [3-1] Standing Order and on a date no more than 60 days after the filing of the motion; and,

2. All other case-related dates will remain unchanged.

IT IS SO STIPULATED.

2

Date: September 27, 2024         By: /s/ Ryan R. Gordon
                                     RYAN R. GORDON, ESQ.
                                     VANESSA T. SHAKIB, ESQ.

*Attorneys for Plaintiffs,
E.L., a minor, by and through her general guardian, Jessica Long, and Jessica Long, an individual*

Date: September 27, 2024         By: /s/ John C. Bridges
                                     JOHN C. BRIDGES, ESQ.

*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

Date: September 27, 2024         By: /s/ Ian S. Collins
                                     IAN S. COLLINS, ESQ.

*Attorneys for Defendant Kathie Muse*

3

Joint Stipulation to Extend Time to File Motions, Including Dispositive Motions
(ECF No. 39 & 40) (2:22-CV-01527 DAD AC)

# CERTIFICATE OF SERVICE

Case Name:   **E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.**   No.   **2:22-CV-01527 DAD AC**

I hereby certify that on <u>September 30, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO EXTEND TIME TO FILE MOTIONS, INCLUDING DISPOSITIVE MOTIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 30,</u> <u>2024</u>, at Fresno, California.

| V. Pampenelli | /s/ **V. Pampenelli** |
|---|---|
| Declarant | Signature |

SA2023302187
95571775