IAN S. COLLINS (State Bar No. 318064)
REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
Post Office Box 994647
Redding, California 96099-4647
Telephone: (530) 241-1611
Facsimile:  (530) 364-1645
E-mail: ian.collins@rswslaw.com

Attorney for Defendant
KATHIE MUSE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.L., a minor, by and through her general Guadian, JESSICA LONG; JESSICA LONG, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district anticultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official Capacity; BJ MACFARLANE, in his individual and official capacity, KATHIE MUSE, in her individual and official capacity, and DOES 1 THROUGH 10,<br><br>        Defendants. | Civil Action No. 2:22-cv-01527-DAD-AC<br><br>DEFENDANT KATHIE MUSE'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION<br><br>DATE: January 6, 2025<br>TIME: 1:30 p.m.<br>JUDGE: Hon. Dale Drozd<br>Action Filed: August 31, 2022<br><br>[Trial Date: October 7, 2024 |

///

///

1

## SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant KATHIE MUSE (hereinafter "Muse") respectfully submits the following Separate Statement of undisputed material facts together with references to supporting evidence:

| UNDISPUTED MATERIAL FACT | SUPPORTING EVIDENCE |
|---|---|
| 1. Kathie Muse is the President of Muse Trucking and has no position with and is not employed by the 4-H, the FFA or the Shasta Fair Association. | Muse Depo, p. 16, lns. 9-17. |
| 2. Kathie Muse is a volunteer organizer of the 4-H/FFA Community BBQ that raises money for participating 4-H and FFA clubs. | Muse Depo, p. 83, lns. 8-10; p. 85, lns. 3-15. Fernandez Depo p. 59, lns. 23-25; p. 60, lns. 18-24; p. 61, lns. 1-11. Muse Depo, Exhibit D. |
| 3. The 4-H/FFA Community BBQ is organized and run by volunteers from the community, not the 4-H office. | Muse Depo, p. 83, lns. 11-25; p. 84, lns. 4-12; p. 86, lns. 5-25; p. 90, lns. 23-25; p 91, lns. 1-12. |
| 4. Kathie Muse bid on Plaintiff's goat on behalf of Brian Dahle, who donated the goat to the 4-H/FFA Community BBQ. | Muse Depo p. 45 lns. 20-25; p. 49 lns. 5-16, p. 63 lns. 1-25; Exh C to Muse Depo. |
| 5. Mrs. Muse came to the fairgrounds on Sunday, June 26th to arrange for transportation of animals that were donated to the 4H/FFA Community BBQ to the butcher for processing. It was at that time that Mrs. Muse learned that a goat was missing. | Muse Depo p. 99, lns. 8-25; p. 100, lns. 1-14 |
| 6. Mrs. Muse did not immediately understand that Plaintiffs had removed their goat from the fair. She initially assumed there had been a miscount, it was hours later that she learned a goat had been taken. | Muse Depo p. 100, lns. 14-24 |
| 7. When Kathie Muse was told by BJ MacFarlane that the goat was taken from the fair, she told him that it was the 4H/FFA Community BBQ's goat | Muse Depo p. 102, lns 22-24 |

2

DEFENDANT KATHIE MUSE'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION

| | |
|---|---|
| because it was donated to them. | |
| 8. Kathie Muse told Brian Dahle that he did not own the goat because it was donated to the 4-H/FFA Community BBQ. | Muse Depo p. 47, lns. 9-11, p. 102, lns 22-24 |
| 9. Kathie Muse believed that the goat had been stolen. | Muse Depo p. 47, lns. 9-11, p.102, lns 22-24; p. 45 lns. 20-25; p. 49, lns. 5-16, p. 63, lns. 1-25; |
| 10. Kathie Muse believed that the 4-H/FFA Community BBQ was the rightful owner of Plaintiff's goat. | Muse Depo, p. 78, lns. 20-25; p. 79, lns. 1-20 |
| 11. Kathie Muse wanted Plaintiff prosecuted for removing the goat from the fairgrounds. | Muse Depo p. 161, lns. 5-16; p.162, lns. 16-20. |
| 12. Kathie Muse did not instruct BJ McFarlane to communicate with J.L. to return the goat. | Muse Depo, p. 105-106, lns 24-25, 1-3. |
| 13. Kathie Muse did not make the initial report that Plaintiff's goat had been taken from the fair, she was contacted by Lieutenant Jerry Fernandez once an investigation was already under way. | MacFarlane Depo p. 192 lns. 1-3; p. 193 lns. 4-21; Fernandez Depo p. 77 lns. 16-18; p. 78 lns. 11-14; p. 165 lns. 6-10; p 166 lns 6-15; Muse Depo 138, lns. 18-25; p. 139, lns. 7-13. |
| 14. After her initial conversation with Lieutenant Jerry Fernandez, Kathie Muse did not hear from him until he was calling her to tell her that the Sheriff's office had seized the goat. | Fernandez Depo p. 199, lns 1-22 |
| 15. Lieutenant Jerry Fernandez asked Kathie Muse where to take the goat because he believed she was the owner of the stolen property. | Fernandez Depo, p. 199, lns 1-22 |
| 16. Kathie Muse asked Jerry Fernandez to deliver Plaintiff's goat to BJ MacFarlane after Plaintiff's goat was seized. | Muse Depo, p. 132, lns. 1-15; p. 234, lns. 10-17. |
| 17. Kathie Muse did not proceed with slaughtering the goat until she heard from B.J. | Muse Depo, p. 199, lns 5-15 |

| MacFarlane that someone in law enforcement said it was ok. | |
|---|---|

Dated: November 15, 2024        REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP

By: /s/ IAN S. COLLINS
     IAN S. COLLINS
     Attorneys for Defendant
     KATHIE MUSE

4

DEFENDANT KATHIE MUSE'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION