IAN S. COLLINS (State Bar No. 318064)
REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
Post Office Box 994647
Redding, California 96099-4647
Telephone: (530) 241-1611
Facsimile:  (530) 364-1645
E-mail: ian.collins@rswslaw.com

Attorney for Defendant
KATHIE MUSE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.L., a minor, by and through her general Guadian, JESSICA LONG; JESSICA LONG, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district anticultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official Capacity; BJ MACFARLANE, in his individual and official capacity, KATHIE MUSE, in her individual and official capacity, and DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Civil Action No. 2:22-cv-01527-DAD-AC<br><br>DEFENDANT KATHIE MUSE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION<br><br>DATE: January 6, 2025<br>TIME: 1:30 p.m.<br>JUDGE: Hon. Dale Drozd<br>Action Filed: August 31, 2022<br><br>[Trial Date: October 7, 2024 |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on January 6, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard in a Courtroom 4, 15th Floor of the aforementioned Court, located at 501 I Street, Sacramento, CA 95814, Defendant KATHIE MUSE, through counsel, will and hereby does request that

this Court grant Defendant's motion for summary judgment dismissing the third, fourth, and fifteenth causes of action as to KATHIE MUSE.

Defendant files this motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) on the grounds the third, fourth, and fifteenth causes of action have no legal basis as to Kathie Muse, as she did not act under color of state law. Accordingly, the Plaintiffs' case presents no genuine issue as to any material fact. Summary judgment is warranted as a matter of law.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Evidence in support thereof, the Separate Statement of Undisputed Material Facts, the Declaration of Ian S. Collins, and all papers and records served and filed herewith and upon such other matters that may be introduced into evidence prior to the hearing.

Dated: November 15, 2024          REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP

By:      /s/  IAN S. COLLINS
         IAN S. COLLINS
         Attorneys for Defendant
         KATHIE MUSE