JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
damian.northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:   (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY
SHERIFF'S DEPARTMENT; LIEUTENANT JERRY
FERNANDEZ, DETECTIVE JACOB DUNCAN, and
DETECTIVE JEREMY ASHBEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REQUEST FOR DISMISSAL**<br><br>Action Filed:   August 31, 2022<br>Trial Date:      October 7, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiffs, by and through their counsel of record Ryan Gordon and Vanessa Shakib, and Defendants County of Shasta, Shasta County Sheriff's Department, Jerry Fernandez, Jeremy Ashbee, and Jacob Duncan (collectively "County Defendants"), by and through their counsel of record, Damian Northcutt, hereby stipulate to extend the time to file a request for dismissal of this case.

WHEREAS, the Court issued its Order Granting Motion to Approve Settlement of a Minor's Claim on October 31, 2024 (ECF No. 113) ("Order"), approving the settlement between Plaintiffs and the County Defendants.

Whereas, the Court directed the parties to file a request for dismissal of Plaintiffs' claims brought against the County Defendants by no later than November 15, 2024.

Whereas, the parties have been diligently working to fulfill the terms of the Court's Order but require additional time for settlement funds to be paid, processed, and deposited before filing a dismissal.

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, IT IS STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1.  A request for dismissal shall be filed no later than November 22, 2024.

IT IS SO STIPULATED.

**[SIGNATURES ON FOLLOWING PAGE]**

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\42931585.1

2:22-CV-01527-DAD-AC
JOINT STIPULATION TO EXTEND
DEADLINE TO FILE REQUEST FOR
DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: November 15, 2024 | BEST BEST & KRIEGER LLP |
| | | By:*/s/ Damian A. Northcutt* |
| | |    JEFFREY V. DUNN |
| | |    CHRISTOPHER M. PISANO |
| | |    DAMIAN A. NORTHCUTT |
| | | Attorneys for Defendants |
| | | COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE |
| | Dated: November 15, 2024 | ADVANCING LAW FOR ANIMALS |
| | | By:*/s/ Ryan Gordon* |
| | |    RYAN GORDON |
| | |    VANESSA T. SHAKIB |
| | | Attorneys for PLAINTIFFS E.L. AND JESSICA LONG |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55398.00040\42931585.1

- 3 -

2:22-CV-01527-DAD-AC
JOINT STIPULATION TO EXTEND DEADLINE TO FILE REQUEST FOR DISMISSAL