JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
DAMIAN A. NORTHCUTT, Bar No. 258183
damian.northcutt@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:    (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Defendants
COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; LIEUTENANT JERRY FERNANDEZ, DETECTIVE JACOB DUNCAN, and DETECTIVE JEREMY ASHBEE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01527-DAD-AC<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO FILE REQUEST FOR DISMISSAL**<br><br>Action Filed:    August 31, 2022 |

# [PROPOSED] ORDER

Having shown good cause, the Court ORDERS as follows:

1. ECF No. 113 is modified so that the parties are directed to file a request for dismissal of plaintiffs' claims brought against the County defendants by no later than November 22, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
HON. DALE A. DROZD
UNITED STATES DISTRICT COURT