# EXHIBIT "B"

# Sale Invoice
## Shasta District Fair
### JUNE 25, 2022

Invoice: 132
Sale Order: 132

| Sale Order (lot) | Entry # | Tag ID | Division | Division # |
|---|---|---|---|---|
| 132 | 1543 | 367 | 4-H Market Goat | 706 |

**Floor Amount (Market Value)**
Price: $3.40
Weight: 82
Total: $278.80

Floor this amount:

**Seller Name:**
**Exhibitor Name:** [redacted]

**4-H MARKET GOAT**

Sale Weight (units): 82
Price per lb.  11—

**CUSTOM FEE:**
GOATS and LAMBS - $95.00
HOGS - $78.00
STEERS - $200.00

Total Amount of Sale:

BUYER: _____

*** NOTE: THIS IS A TERMINAL SALE- NO LIVE PICKUP (except rabbits)***

BUYER # 920   BUYER NAME Senator Brian Dahle   AMOUNT_____
BUYER # 919   BUYER NAME Assemblywoman Megan Dahle   AMOUNT_____
BUYER #_____   BUYER NAME_____   AMOUNT_____

Please MARK ONE: _____ Consigned for RESALE at market price, bill buyer for difference

DONATE to   ☒ 4-H & FFA Community BBQ (Kents Meats) [circled]
            _____ New Rescue Mission
            _____ One Safe Place

_____ PROCESS & Deliver to selected locker below for cut & wrap

_____ A&R Custom Butcher [redacted]        _____ Country [redacted]
_____ Bowman Meat [redacted]               _____ Kents Meats [redacted]
_____ Clear Creek Market [redacted]        **Country Market accepts only current customer

EXHIBIT
D  11/13/23
K. Muse

I CERTIFY THAN I AM AUTHORIZED TO SIGN FOR THIS PURCHASE AND ACCEPT RESPONSIBILITY FOR TOTAL PAYMENT DUE AND/OR THE COLLECTION OF THE TOTAL AMOUNT DUE.

_____    Katie Muse [signature]    _____    _____
Buyer #   Printed Name               Signature         Date

0004