ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7529
  Fax: (916) 322-8288
  E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:        January 6, 2025<br>Time:       1:30 pm<br>Courtroom:  4<br>Judge:      Honorable Dale A. Drozd<br>Trial Date:  March 24, 2025<br>Action Filed: August 31, 2022 |

**TO PLAINTIFFS JESSICA LONG, E.L., and their attorneys of record:**

**PLEASE TAKE NOTICE** that on January 6, 2025, at 1:30 pm, or as soon thereafter as the matter may be heard, before the Honorable Dale A. Drozd, in Courtroom 4, of the United States District Court located at 501 I Street, Sacramento, California 95814, Defendants State of California, by and through the 27th District Agricultural Association ("Shasta District Fair"), B.J. Macfarlane, and Melanie Silva (hereinafter "Defendants") will move and hereby do move the Court for summary judgment or partial summary judgment pursuant to Federal Rule of Civil Procedure 56 on the ground that there is no genuine issue as to any material fact regarding plaintiffs' claims against Defendants, including the Third, Fourth, Seventh, Eighth, Tenth, Twelfth, Thirteenth, Fourteenth, and Fifteenth causes of action in the Second Amended Complaint (ECF No. 25), that the Defendants are entitled to qualified immunity to the claims asserted herein, and that the Defendants are entitled to judgment as a matter of law.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Defendants' Separate Statement of Undisputed Material Facts, the Declaration of B.J. Macfarlane, the Declaration of Melanie Silva, the Declaration of John C. Bridges, all pleadings and papers on file in this action and upon such other matters as may be presented to the Court at the time of the hearing.

In accordance with the Court's standing orders, counsel for the Defendants engaged in meet and confer efforts with Plaintiffs' counsel prior to the filing of this motion. The parties were unable to find a resolution of the issues raised in this Motion despite these meet and confer efforts.

/ / /

/ / /

Dated: November 15, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

/s/ John C. Bridges

JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*