ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7529
  Fax: (916) 322-8288
  E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, by and through the 27th District Agricultural Association, Melanie Silva, and B.J. MacFarlane*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association, COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual capacity; BJ MACFARLANE, in his individual capacity; and DOES 1 through 10,**<br><br>Defendants. | 2:22-CV-01527 DAD AC<br><br>**DECLARATION OF B.J. MACFARLANE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Action Filed: August 31, 2022 |

1

I, Bruce "B.J." Macfarlane, declare:

1. I am a United States citizen over the age of 18 years. At all relevant times, I was employed as the Livestock Manager by the Shasta District Fair. I have personal knowledge of each of the matters set forth below and if called as a witness could competently testify thereto.

2. On June 25, 2022, following the Junior Livestock Auction at the Shasta District Fair, I was made aware that a market goat was missing from the headcount as the livestock was being loaded for transport from the fairgrounds. I determined that the missing goat had been exhibited at the fair by plaintiff E.L.

3. On the evening of July 8, 2022, I was contacted by Lieutenant Jerry Fernandez of the Shasta County Sheriff's Office, who informed me that the goat had been recovered. Lieutenant Fernandez also told me that the goat's owner following the auction, Kathie Muse, wanted him to bring the goat to my home. I communicated with Kathie Muse that evening and agreed to house the goat.

4. I housed the goat at my home for approximately 20 days after Lieutenant Fernandez delivered it to me. Lieutenant Fernandez told me to keep the goat alive in case the Shasta County District Attorney needed it as part of its potential prosecution of plaintiff Long. During this time period, I received notice from the Shasta County Sheriff's Office that the District Attorney's Office did not need the goat for any reason, and I could proceed with arranging for the slaughter of the goat. I was also told that I needed to keep the goat's ear tags in case they were needed for a future prosecution, which I did.

5. Once law enforcement and the District Attorney gave permission to slaughter the goat, I helped Kathie Muse arrange for the slaughter of the livestock. At that time, I believed that the goat was sold to her at the Junior Livestock Auction, and I had been told that she was the legal owner of the animal by Lieutenant Fernandez.

6. Additionally, I helped arrange the slaughter of the goat because the exhibitor rules require that all market animals sold at auction are slaughtered for meat. The Shasta District Fair is a terminal fair.

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct.

Executed this 13 day of November, 2024, at Red Bluff, California.

_____
Bruce "B.J." Macfarlane

3

Declaration of B.J. Macfarlane In Support of Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication (2:22-CV-01527 DAD AC)