# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **E.L., a minor and Jessica Long v. Lieutenant Jerry Fernandez, et al.** | No. | **2:22-CV-01527 DAD AC** |

I hereby certify that on <u>November 15, 2024,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

**DECLARATION OF B.J. MACFARLANE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

**DECLARATION OF MELANIE SILVA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

**DECLARATION OF JOHN C. BRIDGES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 15, 2024</u>, at Fresno, California.

| | |
|---|---|
| V. Pampenelli | */s/ V. Pampenelli* |
| Declarant | Signature |

SA2023302187
95602586