**<u>EXHIBIT 2</u>**
**Gordon Declaration**

**(State Rules, Exhibit J to Silva Dep., Vol. 1)**



# 2022 STATE RULES
# FOR
# CALIFORNIA FAIRS



CALIFORNIA DEPARTMENT OF
FOOD & AGRICULTURE

## California Department of Food & Agriculture
## Fairs & Expositions Branch

**Physical Address:** 2399 Gateway Oaks Drive, Suite 210, Sacramento, CA 95833
**Mailing Address:** 1220 N Street, Sacramento, CA 95814
**Phone:** 916-999-3000

**By signing and submitting an entry form the exhibitors and their agents, parents and leaders acknowledge and agree that they:**

1. Understand and have read these State Rules and local fair rules;
2. Agree to abide by them;
3. Certify that all information on the entry form is true and accurate; and
4. Agree to comply with the fair's decision regarding any alleged violation of the State or Local Rules. In the event that it is determined there has been unethical treatment of animals or violation of state or federal regulations or of state or local fair drug policy rules, exhibitor names will be forwarded to the Fairs and Expositions Branch as well as given to the network of California fairs and to appropriate government agencies.

## STATE OF CALIFORNIA
**Gavin Newsom, Governor**

## Department of Food & Agriculture
**Karen Ross, Secretary**

## Fairs & Expositions Branch
**Mike Francesconi, Branch Chief**
**The Fairs and Expositions Branch will provide oversight of the State Rules of California.**

## STATE RULES ADVISORY COMMITTEE
The committee reviews and presents rules recommendations to the Branch Chief.

**Patricia Conklin (Chair),** Dixon May Fair

**Tacy Currey**, CA State Grange Representative

**Dave Dillabo,** Yuba-Sutter Fair

**Jacky Eshelby,** San Diego County Fair

**Clay Freeman,** CA State FFA Representative

**Chris Garmon,** Monterey County Fair

**Laurie Giannini,** Calaveras County Fair

**Robin Hauck,** Fair Industry Consultant

**Cody Jacobsen,** FFA Ag Instructor

**Nicole Marshall,** CA State 4-H Representative

**Miki Martin,** Western Fairs Association

**Sandi Hurtgen-Montiero,** California State Fair

**Dr. Joan Dean Rowe, DVM,** UC Davis VMTH

**Evy Young,** Orange County Fair

**Fairs and Expositions Branch**
**Physical Address:** 2399 Gateway Oaks Drive, Suite 210, Sacramento, CA 95833
**Mailing Address:** 1220 N Street, Sacramento, CA 95814
**F&E Phone**: (916) 999-3000
**Branch Chief**: (916) 900-5365
**Official Protests:** (916) 999-3000 or (916) 591-8791 (cell)

**www.cdfa.ca.gov/fairsandexpositions**

# Table of Contents

Preface..................................................................................................................4

## GENERAL RULES FOR ALL DEPARTMENTS

I    Definitions ......................................................................................................5
II   Eligibility ........................................................................................................6
        Entry Process .............................................................................6
        Ownership ...................................................................................6
        Participation ................................................................................7
        Conflict of Interest Avoidance ...................................................8
III  Judging............................................................................................................8
IV   Awards and Scoring ......................................................................................9
V    Protests ........................................................................................................10

## ADDITIONAL DEPARTMENT RULES

VI   Agriculture-Horticulture Department ........................................................11
VII  Junior Department.........................................................................................12
        Definitions.................................................................................12
        Exhibitor Age Requirements ....................................................12
        Exhibit Eligibility.......................................................................13
        Senior Department Restrictions ...............................................14
        Livestock and Horse Exhibits, Ownership ...............................14
        Livestock and Horse Exhibits, Other .......................................15
VIII Livestock Department ...................................................................................15
        Definitions.................................................................................15
        Participation .............................................................................16
        Animal Identification.................................................................17
        Market Animals ........................................................................17
        Breeding Animals Exhibit Requirements .................................17
        Registered Purebred Animal Registration Certificates ..........18
IX   Animal Species Rules...................................................................................19
X    Animal Health Rules .....................................................................................21
XI   Horse Show Department ...............................................................................27
        Exhibitors..................................................................................27
        Ownership or Lease..................................................................28
        Participation..............................................................................28
        Management..............................................................................29
        Awards .....................................................................................29
        Judges......................................................................................29
XII  Equine Health Rules .....................................................................................30

**Table of Contents (Cont.')**

XIII Judging Standards ..................................................................................................32
     Market Livestock Scorecards...............................................................................32

## ADDENDUMS

Addendum I. Summary of Changes for 2022............................................................1-3
Addendum II. Exhibit Program Guidelines ……………………………………………1-14
Addendum III. Official Youth Agreement ……………………………………………....1

## PREFACE

1. The purposes of these rules are to:

    a. Ensure educational and equitable competition;

    b. Provide state-wide competition consistency; and

    c. Maximize exhibitor and public safety.

2. These rules apply to all competitive exhibits conducted by District Agricultural Associations, citrus fruit fairs and county fairs in the State of California.

3. These rules cannot be waived or amended by anyone, including the fair board, management, or judge.

4. The Fairs & Expositions Branch (F&E) is the final and absolute interpreter of these rules. Only a fair may request, in writing a variance on their own behalf or on behalf of an exhibitor to a specific rule. This request must be made prior to the start of the fair or specific competition for which a variance is requested. If F&E approves a specific variance request it may approve a conditional variance with specific conditions. Any approved variance shall expire at the conclusion of the annual fair.

5. Fair Management and/or Board of Directors may grant variances to ownership rule in the instance of deceased animals, submission of late entries and refund of entry fees. Variances may be ruled upon by F&E at the request of Fair Management and/or Board of Directors.

6. F&E will distribute any corrections and additions to these rules to fairs. It is the fair's responsibility to make them available. F&E does not represent or endorse the accuracy, correctness or reliability of any advice, opinion, statement, or other information displayed by the fair in the distribution of corrections and additions to these rules. True and correct copies of all rules and any additions or corrections are available upon request at F&E during business hours, by mail or at www.cdfa.ca.gov/fairsandexpositions.

7. Fairs may create "Local Rules" that may be stricter than the State Rules but that may not circumvent the State Rules.

8. If a local rule is not printed in the exhibitor handbook the applicable State Rule will apply.

9. Competition at the California State Fair is not governed by State Rules for California Fairs.

## GENERAL RULES FOR ALL DEPARTMENTS

### I. DEFINITIONS

*SEE ALSO JUNIOR and LIVESTOCK DEPARTMENTS.*

1. **Amateur** - A person who engages in an event or activity as a pastime rather than a profession.  (Does not apply to junior organizations and horse shows.)
2. **Cash Awards** - Monies paid to successful contestants.  (Synonymous with Premiums.)
3. **Class** - A group of like exhibits that are judged together, a subcategory of a division.
4. **Competition** - A contest between two or more exhibits.
5. **Division** - A generalized category of exhibits or a group of classes.
6. **Entry** - An object, animal or collection of objects or animals intended for exhibit.
7. **Exhibit** - An entry becomes an exhibit when it is shown or judged at the fair.
8. **Entry Fees** – A fee charged to enter a competition. All entry fees shall be included with the proper forms on or before the competition deadline.
9. **Exhibitor** - The owner of the exhibit.
   a. In the senior department, members of a family are considered as one exhibitor and co-owners of exhibits.  This includes mother, father, unmarried minor children (under 18 years of age) and minor foster children.
   b. In the senior department, in classes that require that the exhibit be the creative work of the owner, husband and wife are considered separate exhibitors.
10. **Extended Division** - A division or class open to legal residents or producers in the State of California and any additional territory that may be specified in the Local Rules. Unless otherwise designated, all divisions are "extended" and limited to the State.
11. **Judging Systems** -
    a. American - The judging process to rank exhibits against one another and award one first placing, one second, etc.
    b. Danish - The judging process to compare each exhibit on its own merit against the scorecard or recognized standard and award as many first placings, etc. as merited.
12. **Junior Department** - A department provided for youth. *See also Junior Department.*
13. **Juried Show** - Competition where the juror(s) determines which exhibits will be displayed and judged for awards.
14. **Large Animals** - Beef, Sheep, Swine, Dairy Cattle, Dairy Goats (*exception Nigerian Dwarf Goats, to be designated at local level, but cannot be both Large and Small*), Boer Goats, Market & Fiber Goats, Horse, Alpaca and Llama.
15. **Small Animals** - Poultry, Rabbits, Cavies, Pygmy Goats, Avian Species and Dogs.
16. **Local Division** - A division or class open only to legal residents or producers in the county or district in which the fair is held, and any neighboring county/district(s) that may be specified in the Local Rules.
17. **Open Department** - See Senior Department.
18. **Open Junior Class** - A class open to all Junior exhibitors having no Junior organization affiliation requirement.

19. **Exhibitor Handbook** - An entry book, prize list, contest book or other publication specifying rules and awards for fair contests.
20. **Producer** - One who, in the area specified, raises in normal marketable or commercial quantities, the specific type of animal or product entered.
21. **Professional** - A person who engages in an event or activity as a livelihood rather than as a hobby.
22. **Senior Department** - Any department not considered a junior department.

## II. ELIGIBILITY
### Entry Process

1. By signing and submitting an entry form the exhibitors and their agents, parents and leaders acknowledge and agree that they:
    a. Understand and have read these State Rules and local fair rules;
    b. Agree to abide by them;
    c. Certify that all information on the entry form is true and accurate; and
    d. Agree to comply with the fair's decision regarding any alleged violation of the state or Local Rules.
    e. In the event that it is determined there has been unethical treatment of animals or violation of state or federal regulations or of state or local fair drug policy rules, exhibitor names will be forwarded to F&E as well as given to the Network of California fairs and to appropriate government agencies.
2. Exhibitors are responsible for obtaining entry form(s) & rules from fair and submit the form(s) and any required fees by the closing date as specified by Fair Management.
3. No entry form or entry will be accepted after the closing date for entries.
4. Entry deadlines can be extended by the fair's Board of Directors only if the extension is made prior to the original closing date.  *See also Horse Show Department.*
5. Substitutions can only be made within a division. Substitutions must be made when the exhibit arrives at the fairgrounds, or for animal, when registration certificates are checked.  In the livestock department a minimum $5 penalty must be paid prior to judging for each substitution made by the exhibitor in excess of two in the division.  *See also Horse Show Department.*
6. Requests for refunds must be made in writing to the fair and may be granted upon approval of the Fair Management.
    a. Refunds may be made only because of sickness, accident, or death, cancellation of a class or return of entries for lack of exhibit space.
    b. Non-selected exhibits in a juried show are not eligible for refunds.
    c. For animal classes, request must be made prior to the event.  Requests involving health or soundness of an animal must be accompanied by a veterinarian's certificate.

**Ownership**. Unless otherwise allowed in the exhibitor handbook, exhibitors must be legal owners of all entries. Ownership must be maintained through show date(s).  *See also Junior Department and Horse Show Department.*

1. A complete exhibit eligible in more than one division and/or class will be entered and judged only in the division and/or class for which it best qualifies.  Any exhibit not properly entered may be transferred to its proper class by Fair Management, whose decision may be changed only by the judge.

2. The Fair Management has the right to limit entries to facilities available and/or cancel any division or class in which there are not enough entries. Any return of entries or fees under this rule will be done on a nondiscriminatory basis. The decision of Fair Management under this rule is only appealable to the Chief Executive Officer (CEO), whose decision is final.

3. Fair Management may combine classes of 4 or less entries for meaningful competition.

4. Exhibitors may not submit the same entries to two or more fairs that require them to be on exhibit at the same time unless prior written approval has been obtained from both fairs.  A copy of this approval must be submitted with entry forms.

**Participation**

1. In order to participate in a youth livestock program (excluding horse, cavies & dogs) at any California Fair, all exhibitors 9 years of age and older must obtain annual certification in the Youth for the Quality Care of Animals (YQCA) program or a comparable fair run program approved by the California Department of Food and Agriculture, Fairs and Expositions Branch. Those not certified are not eligible to participate at a California Fair.

2. The Fair Management shall deny entry or disqualify and remove any exhibit or exhibitor that is ineligible for competition under State and Local Rules or endangers the public or has violated State and Local Rules. The fair may require removal of the exhibitor and/or exhibit (including animals) from the fairgrounds.

3. Exhibitors, leaders, advisors, and parents found, after a chance to provide evidence and be heard before the Fair Management (CEO and staff) of unethical practices as set forth in the State and Local Rules or in actions inimical with the fair program shall result in the exhibit being disqualified and the forfeiture of any awards and/or privileges as may be deemed appropriate to the circumstances by the Fair Management.  If the judging for the exhibit has not yet commenced the exhibitor, leaders, advisors, and parents may be denied entry in any exhibitions at the fair. The Fair Management shall report any such incidences of unethical or inimical behavior established by the fair as provided for in this rule, to F&E in writing and such reports may become the basis for any fair to refuse entries from the exhibitor, leaders, advisors, or parents for up to 5 years following the infraction.

4. Exhibits must be on exhibit as specified in the exhibitor handbook. Fair Management may allow late exhibit delivery or early removal of exhibits when it is in the best interest of the fair. Exhibits will not be removed from the fairgrounds before the release date printed in the exhibitor handbook except as determined by Fair Management in cases of sickness, accident, death, disciplinary actions requested by a youth program supervisor, or other circumstances which are in the best interests of the fair.

5. The exhibitor agrees to defend, indemnify, and hold harmless the fair, the county, and the State of California from and against any liability, claim, loss, or expense (including reasonable attorneys' fees) arising out of any injury or damage which is caused by, arises from or is in

any way connected with participation in the program or event, excepting only that caused by the sole active negligence of the Fair. The Fair Management shall not be responsible for accidents or losses that may occur to any of the exhibitors or exhibits at the fair. The exhibitor (or parent or guardian of a minor) is responsible for any injury or damage resulting from the exhibitor's participation in the program or event. This includes any injury to others or to the exhibitor or to the exhibitor's property.

6. Exhibitors, leaders, and advisors must be in good standing with the local and state organization(s) (4-H, Grange, FFA) to be eligible to exhibit at the fair.

**Conflict of Interest Avoidance**

1. Directors, Fair Management, Chief Executive Officer (CEO), and/or their spouses are not eligible to exhibit at their own district, county, or citrus fair except in timed events.  Under no circumstances shall a director, fair management, CEO and/or their spouse be eligible to collect awards.

2. Department heads, judges, staff, anyone directly involved in the judging process, and their spouses are not allowed to exhibit or sign entry forms in any division in which they or their spouse are directly involved.

3. Minor children of Directors, Chief Executive Officer (CEO), Department Supervisors, staff and/or committee members may exhibit animals or articles which are the result of the child's own earnings or a gift made to the child, provided the requirements of pertinent rules are met. All other requirements for exhibiting must be met.

## III. JUDGING

1. Judges should avoid any appearance of partiality and avoid unnecessary fraternization with exhibitors.

2. No person shall act as a judge in any division in which he/she or a member of his/her immediate family is an exhibitor, is in charge of an exhibit or division, in charge of a group of exhibitors, or a member of a group of exhibitors.

3. No person shall be allowed, under any circumstances, to interfere with the judge(s) regarding their adjudications, or with the fair's staff, or to offer any audible criticism of an exhibit or exhibitor. Violators of this rule shall be excused immediately from the competition and shall be subject to such additional penalties, including cancellations of awards, as the management shall consider proper.

4. The judge has the authority to:
   a. Disqualify or transfer to the correct class any exhibit that does not meet the requirements of the division or class in which it is entered;
   b. Disqualify any exhibit not properly cleaned or fitted;
   c. Disqualify any exhibit that is in his/her opinion hazardous to public safety;
   d. Examine the animals before entering the show ring; and/or
   e. Refuse to make award to any animal that shows visible evidence of disease, deformity, or lameness.

   No award will be made to exhibits eliminated under any of the above instances.

5. The judge may not waive State Rules.

6. The judge's decision is final. Fair Management may not request any changes in judges' rulings.

7. To encourage high standards, the judge shall award first, second, third place, etc. according to merit. If without merit, the judge shall make no award under any circumstances. The judge may award championships or other awards at his/her discretion for superior exhibits. This applies whether there are one or more exhibits in class.

## IV. AWARDS AND SCORING

1. Fair Management is not responsible for errors on entry forms. No exhibitor shall be entitled to an award that has been disallowed as the result of his/her own error.

2. All divisions or classes will be judged under the American system and/or Danish system as stated in the fair's exhibitor handbook.

3. State "Judging Standards" are to be used where applicable.  Local judging standards may be used if published in the exhibitor handbook.

4. Cash awards will be paid only as recorded on the signed Judging Sheet or judging affidavit and only to the exhibitor.

5. Fair Management shall withhold the payment of awards for exhibits that are determined ineligible under State and Local Rules and may recover awards that have been paid for ineligible exhibits.

6. No exhibitor shall receive more than two cash awards in any one class using American judging system.  (See definition of exhibitor.)

   a. When an exhibitor earns more than two awards in a class, the exhibitor will receive the two highest cash awards, and the lesser cash awards will be moved down the placings to other exhibitors; ribbons will be awarded as placed.

   b. Any difference in payment limits under the Danish system of judging shall be printed in the exhibitor handbook.

   c. When the fair combines classes, an exhibitor is entitled to two cash awards per each class that was combined.  Judges should determine special awards as printed before combining.

7. Sweepstakes shall be awarded as specified in the exhibitor handbook based upon these scoring guidelines:

   a. First award - 5 points; Second award - 3 points; Third award - 1 point.

   b. Sweepstakes shall be awarded only when at least three separate exhibitors have achieved at least a combined point total of 30.

   c. To receive sweepstakes awards, an exhibitor must have a minimum of ten points.

   d. Sweepstakes points will be credited only to the exhibitor whose name appears on the entry form.

   e. There are separate sweepstakes or high point rules for horse shows, which may be determined by the fair.

8. Ties which cannot be broken by the judge will be processed as follows (*See also Horse Show Department*):

   a. 2-way tie for 1st place: Combine 1st and 2nd place money and divide equally between the two 1st-place exhibitors.  The 3rd highest finisher receives 3rd place money etc.

   b. 3-way tie for 1st place: Combine 1st, 2nd and 3rd place money and divide equally between the three exhibitors.

9. The fair will not guarantee sponsored donations.

10. Placing of ribbons does not guarantee correct judging placement. Only the official placing stated on the judging sheet(s) constitutes the final placement.

## V.  PROTEST

1. Protests will be considered only if there has been a violation of State or Local Rules that have not been enforced.  Decisions of judges, veterinarians, weighmasters, breed callers, tail dock officials and timers cannot be protested and are final.

2. All Protests must be accompanied by a deposit of $500.00 (cash, money order or certified check made payable to the fair).  NOTE: The deposit will be returned if the protest is upheld. If the protest is upheld, the violator may be held liable for any portion of the direct costs incurred by the fair in the course of the protest resolution. Failure to reimburse the fair shall be cause for disallowing future entries in any of the network of California fairs.

3. Given the short duration of the fair:

   a. The protestor shall make every effort to file the protest prior to judging. All protests must be filed in writing within 24 hours of the time of the cause of the protest and before conclusion of fair.

   b. The fair will make every effort to resolve protests as quickly as possible.  All exhibitors by entering an exhibit and all persons by filing a protest agree to cooperate with Fair Management to resolve protests in a timely manner.

   c. Protests shall be adjudicated by Fair Management and/or members of Board of Directors.

4. Any exhibit involved in a filed protest before or during judging is eligible to compete until the protest is resolved.

5. Classes that involve a protested exhibit will not become official until the protest is resolved.

   a. In championship or special award classes that involve the protested exhibit the judge shall also select 1st and 2nd runners-up in case of disqualification.

   b. In the case of protest, the unofficial judging results may be used to prepare the sale list and other necessary information.

6. At the discretion of the CEO, judging can be delayed to allow time for the fair to resolve the protest if to do so does not unreasonably delay or disrupt the operations of the remainder of the fair judging and auction events.

7. Prior to judging the affected class, fairs may announce that an entry has been protested.

8. All questions concerning competition or non-protestable disputes or differences with staff or the exhibition not provided for under the State or Local Rules shall be referred to the CEO or their designee, whose decision shall be final.

9. Violations of State Rules may be appealed to F&E in writing.

10. An individual may appeal to F&E only after adjudication at the local level and only if:

    a. The decision upholds a Local Rule that circumvents or is not in the spirit of a State Rule(s);

    b. The individual can substantiate new and credible information that was not available at the time of the local decision; or

    c. There was inappropriate adjudication at the local level that may have included conflict of interest, lack of due process, or a significant misinterpretation of rules.

11. A fair or state, national or international organization or subdivision thereof which has a significant stake in the interpretation of rules affecting the network of California fairs may make an appeal directly to F&E concerning multiple-fair issues, industry-wide issues, unavoidable conflict of interest or assistance in enforcing its own organization rules.

12. No protest will be accepted unless it:

    a. Is filed or received, in writing, with a signed original and a signed duplicate copy;

    b. Clearly states which rule has been violated;

    c. States when the protestor first became aware of the facts and rule violation;

    d. States the facts relied upon for the basis of the protest;

    e. States that the protestor will cooperate with the investigation of the protest and that the protestor will be available and agrees to attend any hearing held to resolve the protest at the time and place directed by F&E;

    f. Includes the names of supporting witnesses, with accessible phone numbers; and

    g. Describes or attaches any documents relating to the protest, which must include the written decision issued by the local arbitrating body.

13. Fairs & Expositions Branch (F&E) must receive the appeal in writing within 24 hours from receipt of notice of local decision.

14. A hearing may be conducted at the discretion of F&E. The F&E Branch Chief may consult with and/or request that members of State Rules Advisory Committee participate in any hearing.

15. Once the Branch Chief has ruled on an appeal to F&E, no additional protest or appeal will be considered relating to that incident.

## ADDITIONAL DEPARTMENT RULES

### VI. AGRICULTURE, HORTICULTURE DEPARTMENT

Unless specified in the exhibitor handbook agricultural and horticultural products must have been produced by the exhibitor and exhibits must be at the stage of ripeness required by Sections 42513 and 42515 of the California Food and Agricultural Code in order to be considered for award.

## VII. JUNIOR DEPARTMENT

**Definitions.**  *See also Section I, Definitions.*

1. **Exhibitor** - The owner of the exhibit.
   a. In the junior department, brothers and/or sisters are considered to be separate exhibitors.
   b. In a college division market and showmanship classes the student designated on the entry form is considered the exhibitor.
2. **4-H, FFA, Grange Exhibitor** - Exhibitors who meet 4-H, FFA and Grange exhibitor requirements for the project(s) they enter.
3. **Independent Junior** - Exhibitor not eligible to compete in a certain category as a member of a 4-H, Grange or FFA junior organization.
4. **Open Junior Class** - A class open to all junior exhibitors and having no junior organization affiliation requirement.
5. **Ownership** - The growing, construction or purchase of exhibits as verified by the adult leader, teacher, or parent/guardian signature on the entry form for non-livestock exhibits, or as otherwise stated in the exhibitor handbook.
6. **Adult** - A parent, guardian, leader, instructor, or person whom the parent designates as responsible.

**Exhibitor Age Requirements**

1. FFA members may participate as members as early as entering into the seventh grade, until the end of the calendar year following the year of graduation from high school.  (For example, a graduate this year is eligible until December 31 of next year.)
2. 4-H Age Requirements: The levels of membership for 4-H are age based. Each level is defined as follows:
   a. **Primary Level**: Must be 5 years old as of December 31, 2021 to exhibit at fair. Primary membership ends when members qualify as junior members. Exhibitors who are under 9 years of age on or before December 31, 2021 are not eligible to compete in large animal (Beef, Sheep, Swine, Dairy Cattle, Dairy Goats, Boer Goats, Market & Fiber Goats, Horse & Llama) competitions at California Fairs.
   b. **Junior, Intermediate, & Senior**: Must be 9 years old on or before December 31, 2021. Exhibitors are eligible to compete/exhibit through December 31st of the year in which they turn 19 years of age.
3. **Grange Members** must be at least 5 years old on January 1, 2022 to exhibit.  They may exhibit until the end of the calendar year in which they reach age 19.
   a. All **Grange Youth** must be 9 years old on January 1, 2022 to compete in large animal (Beef, Sheep, Swine, Dairy Cattle, Dairy Goats, Boer Goats, Market & Fiber Goats, Horse, Alpaca & Llama) competitions at California Fairs.
4. **Independent Exhibitors** must be at least 9 years old by January 1, 2022 to compete in large animal (Beef, Sheep, Swine, Dairy Cattle, Dairy Goats, Boer Goats, Market & Fiber Goats, Horse, Alpaca & Llama) competitions at California Fairs.
   a. Exhibitors are eligible to compete/exhibit through December 31st of the year in which they turn 19 years of age.

    b. Youth may be ineligible to participate as Independent if documented disciplinary action involving their project(s) has been taken against them by 4-H, FFA or Grange organizations. Length of ineligibility to be determined by Fair Management.

5. **Special Divisions** - Youth under 9 years of age must exhibit in special small animal and non-livestock divisions designated by the local fair, with the exception of Pee Wee Showmanship.

    a. Pee Wee Showmanship is a learning experience for youth 5 to 8 years of age. No premiums or monetary awards to be provided by the fair as well as no possibility of participating in the livestock auction. Participants should sign a release of liability/Hold Harmless statement provided by the Fair.

6. For non-livestock junior exhibitors showing in divisions and classes other than 4-H, FFA, Grange and Independent, the local Fair Management may set requirements as to age, grade, etc.  If these requirements are not printed in the exhibitor handbook, Independent age rule above will apply.

**Exhibit Eligibility**

1. Junior exhibitors must own and/or grow or construct their exhibits.

2. 4-H, FFA and Grange Exhibitors:

    a. 4-H, FFA and Grange animal project members must be enrolled in the project for at least 60 days (120 days for horse and market beef) immediately preceding the opening day of the fair or event if held separately from fair in the case of horse shows.

    b. Eligibility of a project according to 4-H, FFA, or Grange rules shall be determined by the exhibitor's 4-H Youth Advisor, FFA Advisor, Grange Youth Advisor, Local Leader, or designee.

3. Advisor, leader, teacher, or parent/guardian signature on the entry form is required by the fair certifying that:

    a. Projects have been under their supervision in accordance with the rules and regulations of the organization and the fair; and

    b. The entry is the project of the exhibitor and is eligible for exhibit.

    Failure or refusal of such advisor, leader, or parent/guardian to sign the required entry form will prevent the exhibitor from entering that particular class(es).

4. Independent exhibitors must enter an open junior or Independent class unless one is not available. If an open or Independent class is not available, junior exhibitors may enter an appropriate 4-H, FFA or Grange class. Division and/or class placement of Independents may be determined by Fair Management.

5. **Juniors who have been 4-H, FFA or Grange project members within 60 days (120 days for horse and market beef) prior to the fair are not eligible to compete in that project as Independent exhibitors or enter project(s) under a different organization. (Please refer to 4-H/FFA/Grange/Fairs & Expositions Youth Agreement at www.cdfa.ca.gov/fairsandexpositions for more information).**

6. All junior exhibitors must have project management records and proof of supervision available as to the length of project.

7. Independent junior exhibitors entering market animals must provide Fair Management with a picture of their animal, appropriate proof of ownership, permanent tag, tattoo and/or hog ear notch information 120 days prior to the fair for beef and 60 days for sheep, swine, and goats.

8. All junior exhibitors must have "on ground" supervision by a responsible adult.

**Senior Department Restrictions**

1. Junior exhibitors and junior organizations may be allowed to enter exhibits in senior department classes for which they are eligible only when:

   a. "All Other" classes are not available; or

   b. A class for the exhibit is not provided in the junior department; or

   c. It allows participation in featured breed and/or sponsored association shows as defined by fair management.  The junior exhibitor must also exhibit the project in the junior division.

2. Junior horse exhibitors may be allowed to enter the Senior Department horse show unless Local Rules prohibit.

3. Animals entered as individuals in the junior department cannot be entered in group classes of the senior department and vice versa.

4. When violations to rules 21-23 occur the junior exhibitor is not eligible for 12 months following the infraction to exhibit in that animal species or division (non-livestock) as a junior at any California fair.

**Livestock and Horse Exhibits, Ownership**

1. Animal and horse projects must be owned (and leased horses as specified in this document) solely by and under the exhibitor's care and management and under the supervision of the organization in which the project will be shown as specified below.  The official ownership date is the date shown on the receipt of sale unless the animal was bred by the exhibitor. The days are counted prior to the opening day of the fair unless the event in the case of horse shows is held separately from the Fair. Ownership must be maintained through show date(s) of fair or event. *See also VIII Livestock Department*.

   a. Market animals: Beef - 120 consecutive days; and 60 consecutive days for swine, sheep, veal, and goats.

   b. Breeding and feeder animals: 30 consecutive days.

   c. All small market animals (rabbits and poultry): 30 consecutive days.

   d. All horses and llamas: leased or owned 120 consecutive days.

   Fairs will determine the ownership period requirement for any other animal species (e.g., potbellied pigs).

2. No animal exhibit (excluding rabbit & poultry) owned by a chapter or club, conducted as a joint project by two or more individuals, or jointly owned by two or more individuals is eligible in the junior department, unless the division or class specifically so states.

3. Under no circumstances may an exhibitor concurrently enter the same species of animal or bird (horses, beef cattle, dairy cattle, swine, sheep, dairy goats, meat goats, pygmy goats, poultry, pigeons, or rabbits) in FFA, 4-H, Grange, and Independent classes of the junior

department **(Please refer to 4-H/FFA/Grange/Fairs & Expositions Youth Agreement at www.cdfa.ca.gov/fairsandexpositions for more information).**

4. No junior exhibitor may exhibit an animal in a market class once it has been sold as a market animal through a fair junior livestock auction. These animals may be shown following the 30 consecutive day ownership requirement as breeding animals only. All champion and reserve champion market animals will be permanently identified by the fair if sold through a fair junior livestock auction unless these animals are sold at a terminal sale with no live animal pick-up.

5. Animals shown in showmanship must be owned (or leased for horses) by the exhibitor, entered by the exhibitor and shown in an appropriate market, breeding/conformation, or performance class. If dog showmanship is the only class offered, dogs are eligible for showmanship without competing in performance or conformation classes. If the exhibitor has a market animal that does not meet the weight requirements and as a result may not show in an individual market class, the exhibitor may use this animal for showmanship if and only if this animal is the only animal the exhibitor has brought to the Fair.

6. **Horse exhibits:**

   a. Proof of ownership or lease must be available at check-in time.

   b. Leased horses cannot be shown for conformation in the halter horse division.

   c. 4-H, FFA, Grange and Independent exhibitors may show leased horses, provided the member has responsibility for the care and management of the horse during the period of the lease; and the signed lease between owner and member, with a clear picture of a side view of the horse or some permanent identification is filed at least 120 consecutive days prior to the fair or event/horse show if held separately from the fair, at the County 4-H, FFA, or Grange office, or with a person designated by those offices. Independent exhibitors must file with the fair office.

   d. Junior exhibitors cannot ride or show stallions unless it is specifically provided for by the breed association and in that case only in those specific breed classes at an US Equestrian sanctioned show.

**Livestock & Horse Exhibits, Other**

1. Junior exhibitors are expected to groom and care for their animal(s) when at the fair. They shall refrain from accepting active assistance from adults and non-exhibiting youth unless the junior exhibitor is actively engaged, and the assistance is only for instruction. Local fair rules will determine enforcement.

2. Junior exhibitors in 4-H, FFA, Grange and Independent classes must wear properly strapped headgear in mounted or horse-drawn vehicle competition. Headgear must be approved by American Society for Testing and Materials / Safety Equipment Institute.

**VIII. LIVESTOCK DEPARTMENT**

*See also Livestock rules in Section VII Junior Department.*

**Definitions** (*See also Section I Definitions.*)

1. **All Other Breeds** - Breeds not previously listed that are from recognized breed associations within the specie.

2. **Breeder** - Owner of the dam at conception.  Also, owner of the egg donor for ovum/embryo transfer.

3. **Drug** - a) any substance intended for use in the diagnosis, cure, mitigation, prevention, or treatment of disease; and b) any substance, except food and water, which is intended to affect the structure or function of the body of any exhibit animal.

4. **Exhibitor** - The owner of the exhibit.

    a. In the senior department, members of a family are considered as one exhibitor and co-owners of exhibits.  This includes mother, father, unmarried minor children (under 18 years of age) and minor foster children.

    b. In the junior department, brothers and/or sisters are considered to be separate exhibitors. See Section VII for definition of junior.

    c. In college division market and showmanship classes the student designated on the entry form is to be considered the exhibitor.

5. **Grade-Crossbred** - Animals which do not meet registration requirements.

6. **Nurse Cow** - Cow that is not the natural nursing mother.

7. **Pony** - For non-breed horse shows, ponies are those horses standing less than 14.2 hands (56.8 inches) high.  For breed horse shows and registered classes within non-breed shows, refer to the breed association rules which apply.

8. **Purebred Animal** - An animal the breeding of whose sire and dam traces directly to registered animals of the same breed.

9. **Purebred Registered Animal** - An animal that is registered with a recognized breed association and that meets the breed association's requirements of purebred.

10. **Range Registered Animal** - Animals that have been issued range certificates in lieu of full registration certificates.

11. **Recognized Breed Associations** - Organizations which maintain pedigrees, issue certificates of registration, and maintain a permanent office.

12. **Recorded Grade** - An animal that is registered or recorded with a recognized breed association and does not meet that association's purebred registration requirements.

13. **Replacement Female** – A heifer, ewe, gilt, or doe raised for the purpose of replacing another female within a reproductive herd, or flock. Replacement females may be exhibited and considered as non-terminal auction animals.

14. **Veal** - Bovine primarily fed with milk or milk replacer. Local fair will establish guidelines for weights according to local industry standards of market animals.

**Participation**

1. Exhibitors must be able to prove ownership.

2. Exhibit animals will not be muzzled while on the fairgrounds.

3. Any animal that does not meet class requirements of weight, age, identification, etc. will not be paid premiums.

4. No animal may be entered in more than one division in the Livestock Department unless provided for in the specifications of the division. However, market or feeder animals may be entered in both divisions for individual and pens of market or feeder animals.

5. Animals entered in market or feeder divisions may not be entered in breeding divisions.

**Animal Identification**

**"Please Notice" - It is unlawful to remove official identification.**

1. All animals (except horses or market and feeder animals) shall be identified by a permanent number (ear tag, tattoo, photo or drawing, or brand required by breed association, ear notching or microchip) on the animal which matches the number recorded on the entry form.

2. When identification numbers are in both ears and are different, both numbers shall be recorded on the entry form.

3. Registered dairy cattle shall meet their breed associations' requirements for identification.

4. An exhibitor may not use the same permanent marking on more than one animal of the same breed and sex during: any five-month period for swine, any two consecutive calendar years for sheep, or any 12-month period for all other livestock (except that pigs may have the same litter mark).

5. For market and feeder animals, an identifying number will be placed or attached to the animal by the fair, or designee, and must be on the animal at all times or awards will not be paid.

**Market Animals**

1. All market animals owned by Independent juniors shall not be discriminated against by the sale program.

2. If the fair requires a terminal sale, the Local Rules must state it in the exhibitor handbook. Exhibitors and their parents or guardians must agree that upon entry into market competition and qualification by the market judge, the animal(s) will be sold and processed.

3. Desirable market weight will be a consideration in market animal judging.

**Breeding Animals Exhibit Requirements**

1. To qualify for exhibit and judging, the following information must be provided on the entry form by the closing date of entry:

    a. Identification of each animal at least by

        i. dam, birth date and ear tag, notching, tattoo, photo, or drawing; or by

        ii. the registration number.

    b. Sire's registration number for Get of Sire entries.

    c. Dam's registration number for Produce of Dam entries.

2. If the above information is completed after close of entry, a $5 penalty fee per entry may be required by the fair prior to judging to qualify for judging.

3. Individual animals shown in group exhibits need not be identified either on the original entry form or on supplementary entry forms unless required by a local rule.

4. Grade or Unregistered Purebred Animals by Registered Sire

   a. Animals that have been registered as purebred by a breed association are not eligible in grade or unregistered classes.

   b. Commercial unregistered animals including range, stocker, feeder, and replacements, and Range Registered or Recorded Grade animals are ineligible in Registered or Purebred divisions.

## Registered Purebred Animal Registration Certificates

1. All animals in "registered purebred breeding animal" divisions must be registered and recorded with a United States (U.S.) breed association in the exact name of the exhibitor (owner) as declared on the entry form, except for:

   a. Pigs, 12 months or younger, which are still owned by the breeder.  Litter registrations are acceptable if recorded with their breed association and if they identify the litter by birth date, sire, dam, and ear notching; and

   b. Animals whose breed association requires an inspector's approval before registering. The animal cannot be more than 12 months of age on the opening day of the fair. Exhibitors may present a statement by the secretary of the association stating that the animal is eligible to be registered.  This statement must identify the animal by birth date, sire, dam, and ear tag, tattoo, or notching.

2. Original registration certificates, a stamped duplicate issued by a U.S. breed association, or other documents mentioned above must be presented to the management when the animals arrive on the fairgrounds and must be kept on hand.

   a. Original registration certificates faxed to the fair by the U.S. breed association will also be accepted and retained by the fair.  Photocopies, letters, and telegrams are not acceptable.

   b. Clerks are instructed to correct entry records exactly as shown on the certificate. (Any exceptions will be based solely upon the recognized U.S. breed association's standard practices for issuing registration certificates. A written verification from the association of any deviation in issuing practices must be on file with F&E.

3. When the owner and breeder names are not exactly the same on the registration certificate, the fair will hold all of the exhibitor's awards until the fair receives a statement from the breed association verifying that the various names are recognized as the owner and/or breeder and including the owner's mailing address.

4. No deviation from or alteration in the information on a registration certificate will be permitted unless clearance in writing is first obtained from the breed association that issued the certificate.  Evidence of any attempt to alter information on a registration certificate shall be reported immediately to F&E and may become the basis for any California fair to refuse entries from the exhibitor and/or it's agent.

## IX. ANIMAL SPECIES RULES

State and Federal regulations concerning animal weighing and harvesting, and beef and pork promotion assessments also apply.

### Cattle (Beef, Dairy, Veal)

1. Yellow transportation slips issued by the fair are mandatory when transporting cattle to and from the fair. (CA Food & Ag Code 21054).

2. Brand Inspection requirements for cattle ownership will be enforced (CA Food & Ag Codes 21051f, 21702, 21703).

3. **Beef Cattle**

   a. Market/feeder beef are steers and heifers only.

   b. All Registered Purebred Breeding females 24 months of age or older on the opening day of the fair must: (1) have a calf; or (2) show obvious signs of pregnancy; or (3) have a veterinarian's certificate of pregnancy; or (4) have a veterinarian's certificate stating that the animal is or has been an embryo producing female.

4. **Dairy Cattle.**  Registered Purebred junior and senior yearlings in milk must be shown as two-year-old in both the individual and group classes.

5. **Veal**. "Veal" refers to steers, bulls, and heifers.

### Sheep

1. **Tail Docking** - To qualify for exhibit market lambs must be docked such that the tail (dock) is healed and can be lifted from the exterior.  Lambs that have no dock will not be eligible.

2. Lambs must show lambs teeth.

3. Market/feeder sheep are wethers and ewes only.

4. Registered Purebred Breeding Animals

   a. Flock numbers, and not registration numbers, shall be used to identify all entries. Flock numbers and breeder's initials, name or association prefix shall be on commercially used tags attached to the ear or tattooed in the ear for yearlings and lambs bred by the exhibitor. Lambs born from a purchased, bred ewe can bear the ear tag of the owner at the time of birth. They do not have to have original breeder's ear tag.

   b. An exhibitor may not use the same flock number on more than one animal during any two consecutive calendar years.

5. Natural Colored Sheep may show in "All Other Breeds" division when a separate division is not offered.

6. Certified registered and pedigree listed sheep with certificates are eligible to exhibit.

### Wool

1. Only complete fleeces sheared from sheep owned by the exhibitor and in the grease are eligible for competition. Manufacturers and dealers are excluded.

2. Fleeces shall not be more than 12 months growth. The definition of "12 months" shall be the definition commonly accepted by the wool trade. Thus, if a fleece is actually slightly more than 12 months growth, due to unavoidable delay in obtaining shearers, or by weather, it shall be termed "12 months" wool.

3. No wether fleeces may be included.

4. Each exhibitor will be limited to two fleece entries in one class, except for the group class. A group of fleeces must be owned by one exhibitor, and each fleece must have been judged in individual fleece classes.

5. The judge may classify or reclassify fleeces before making awards.

6. Fleeces shall be rolled, flesh side out and placed in a clear plastic bag. Paper twine is discouraged.

**Swine**

1. Market/feeder swine are barrows and gilts only.

2. All Registered Purebred Breeding females junior yearling or older must have raised a litter of pigs to be eligible for exhibit.

3. Potbellied Pigs must be registered with the National Committees on Potbellied Pigs, Potbellied Pig Registry Service, Inc., or the International Potbellied Pig Registry.

**Goats**

1. **Dairy Goats**

   a. Registered Purebred Breeding Animals:

      i. Animals with a "Certificate of Registry" (Blue Border) issued by the American Dairy Goat Association are eligible.

      ii. Animals with a "Certificate of Registry" (Brown Border) issued by the American Dairy Goat Association are not eligible.

      iii. The American Goat Society issues registration certificates for purebred animals only.

   b. Recorded Grade Breeding Animals: All animals registered Experimental (Blue Border Experimental), or Recorded (Brown Border Recorded) including Experimental, Native on Performance and Native on Appearance.

2. **Pygmy Goats**

   a. All animals must be registered with either the American Goat Society, Inc., or the National Pygmy Goat Association.

   b. Either horned, tipped or de-horned animals are permissible.

3. **Angora Goats**

   a. All animals must be registered with the American Angora Goat Breeders Association, Rock Springs, Texas.

   b. Either long or short clips are permissible.

4. **Boer Goats**

   a. All animals must be registered with the American Boer Goat Association, the International Boer Goat Association, Inc., the IBGA or the Canadian Boer Goat Association. Original registration certificate is required and must be in the owner's name.

   b. Either horned, tipped, or de-horned animals are permissible.

5. **Market Goats**

   a. Market goats are wethers and does only, no bucks allowed.

b. Market goats must show milk teeth.

c. Either horned, tipped, or de-horned animals are permissible.

## X. ANIMAL HEALTH RULES

Fairs will make a reasonable effort to enforce state and federal animal health regulations, and they have the right to seek assistance from the appropriate agencies.  For assistance or an entry permit contact the California Department of Food & Agriculture (CDFA), Animal Health and Food Safety Services (AHFSS) Animal Health Branch (AHB). Headquarters:  1220 N St., Sacramento, CA  95814, (916) 900-5052.

**Eligibility.**  *See also Eligibility Rule II - 1.*

1. Any inhumane activity to animals by the exhibitor, as determined by fair management in consultation with the fair veterinarian, may cause disqualification, forfeiture of awards, and removal of the exhibit or exhibitor from the fairgrounds

2. Animal health decisions will be made in the best interest of the animal and for the other animals at the fair as determined by fair management in consultation with the fair veterinarian.

3. No animal that shows any evidence of any active, unsightly, or communicable disease, or any unsightly disease or other condition shall be admitted or allowed to remain on the fairgrounds.

4. No animal shall be admitted to a fairgrounds from any premises under quarantine for disease.

5. Management reserves the right to require health inspections and/or diagnostic tests to be performed before, during or after animals are on the fairgrounds and to implement disease control procedures, which may become necessary in the event of an emergency.  The health of animals, when determined by the official veterinarian, shall be final.  Exhibitors who refuse to allow their animals to be examined shall be disqualified and such violation shall be reported to F&E.  No refund will be made.

6. All exhibitors must comply with all state and federal animal health regulations and the fair's health requirements, including submittal of the fair's certificate of animal medication. State animal health officials may enforce additional entry requirements if there is a disease outbreak in California or other states. This may include disease testing or restrictions on entering certain geographical areas.

7. Drench guns are not approved for use while on the fairgrounds. Anyone found to be using any type of drench gun to administer liquids or paste into any animal without the supervision and direction of the official fair veterinarian and/or designated fair official will result in exhibit and/or exhibitor being disqualified.

8. Castration sites shall be healed and free of inflammation.

9. Sellers are responsible for animals that are condemned or rejected at processing centers, unless contamination/injury occurred after the sale.

**Use of Pharmaceuticals in Market Animals**:

1. Signature on entry form signifies compliance with all manufacturer and veterinarian pharmaceutical, biologic and chemical instructions and withdrawal requirements, and that all off-label treatments to market animals have been administered lawfully in accordance with a

prescription from a California-licensed veterinarian whose statement notes dosage, date, and purpose for administration.

2. All exhibitors must advise management of any drugs and medications administered to an animal that might still be detected at the time of showing and at meat inspection.  The name of the drug, its purpose, withdrawal time, route, time, and date of administration must be presented to management prior to the showing and sale of the animal.  Livestock treated within the specified withdrawal period cannot be sold without notifying the buyer.

3. Exhibitors must complete the fair's medication certificate prior to sale.

**CATTLE**

**Cattle Entries from California**

1. All female dairy cattle four (4) months of age and over must bear evidence of official calfhood vaccination against brucellosis with a legible, official tattoo visible in the right ear.

2. All dairy cattle, all beef bulls 18 months of age and over, and non-virgin beef bulls less than 18 months of age changing ownership require an official identification eartag.

3. Acceptable methods for official identification of cattle include:
   a. Official USDA individual identification eartags:
      i.  National Uniform Eartagging System (NUES) eartags:
          • USDA metal brucellosis calfhood vaccination (orange) eartags for females
          • USDA metal "silver brite" eartags
      ii. Animal Identification Number (AIN) eartag (15 digits long, must begin with 840, usually Radio Frequency Identification Devices [RFID])
   b. Breed registration tattoos.

4. It is unlawful to remove official identification eartags. Requests to remove an official identification eartag must be submitted to CDFA, AHFSS in writing at least 72 hours prior to the need to remove the eartag. The request must include a photo of the eartag, the reason the eartag must be removed, and all other official eartags on the animal.

**Cattle Entries from Other States**

1. All exhibition cattle entering California require individual official identification, an Interstate Livestock Entry Permit issued within 15 days prior to entry, and an Interstate Certificate of Veterinary Inspection (ICVI) with an inspection date within 30 days before movement into the state. Official identification must be listed on the ICIV.

2. Acceptable methods for official identification of cattle include:
   a. Official USDA individual identification eartags:
      i.  National Uniform Eartagging System (NUES) eartags:
          • USDA metal brucellosis calfhood vaccination (orange) eartags for females
          • USDA metal "silver brite" eartags
      ii. Animal Identification Number (AIN) eartag (15 digits long, must begin with 840, usually Radio Frequency Identification Devices [RFID])
   b. Breed registration tattoos.

3. It is unlawful to remove official identification eartags. Requests to remove an official identification eartag must be submitted to CDFA, AHFSS in writing at least 72 hours prior to the need to remove the eartag. The request must include a photo of the eartag, the reason the eartag must be removed, and all other official eartags on the animal.

4. Testing and/or vaccination requirements include the following:

    a. All female dairy cattle four (4) months of age and over must bear evidence of official calfhood vaccination against brucellosis with a legible, official tattoo visible in the right ear.

    b. All sexually intact dairy cattle six (6) months of age and over require a negative tuberculosis (TB) test within 60 days prior to entering California or must originate from a TB accredited free herd with documentation of the herd number and test date.

    c. Cattle do not require a brucellosis test unless originating from a designated brucellosis surveillance area.

    d. All bulls 18 months of age and over, and non-virgin bulls less than 18 months of age, require a negative PCR trichomoniasis test performed within 60 days prior to entry, except bulls used solely for exhibition that were confined to the exhibition location, without access to mature female cattle and will return directly to the state of origin after exhibition. If testing is required, the sample must be run individually and cannot be pooled.

## SHEEP AND GOATS

### Sheep and Goat Entries from California

1. All sheep and goats entering fairs require individual official identification that must be kept on the animals. Acceptable methods of official identification of sheep and goats include:

    a. Official USDA individual identification eartags:

       • Animal Identification Number (AIN) eartags (15 digits long, must begin with 840, usually Radio Frequency Identification Devices [RFID])
       • Scrapie eartags: either flock identification eartags (flock identification number with individual animal number) or serial eartags (alphanumeric combination for individual animal).

    b. Legible breed registration tattoos in the ears (or tail-web of earless goats) if accompanied by breed association registration papers. Breed associations that are approved by USDA to serve as official identification can be found at USDA's scrapie program website, https://www.aphis.usda.gov/aphis/ourfocus/animalhealth/sa_animal_disease_information/sheep-goat/registry-tattoos-as-official-id.

    c. Electronic implants (microchips) when accompanied by registration papers and microchip scanner. Microchips must be ISO 11784/11785 compliant, contain 15 digits, and begin with 840. Since 2019, microchipped sheep and goats must be tattooed with a legible "E" if the implant is at the base of the ear or an "ET" if the implant is in the tail fold; the tattoo must be at least 0.3 inches high in the ear, or in the case of earless animals, the tail fold.

2. It is unlawful to remove official identification eartags. Requests to remove an official identification eartag must be submitted to CDFA, AHFSS in writing at least 72 hours prior to the

need to remove the eartag. The request must include a photo of the eartag, the reason the eartag must be removed, and all other official eartags on the animal.

3. Fairs will not accept:

   a. Animals from scrapie-infected flocks, scrapie source flocks, or scrapie "non-compliant" flocks

   b. Animals that are scrapie-positive, scrapie suspects or scrapie exposed unless they have been evaluated and approved for exhibition by the state scrapie epidemiologist.

4. Fairs will keep records of the consignor, buyer, and animal identification for five (5) years when animals change ownership in a public sale at the fair.

5. Fairs will try to accommodate Scrapie Flock Certification Program members with separate space if practical. Breeding animals should be housed in separate enclosures or locations from animals that are not in the certification program, if practical.

6. Sheep or goats within 30 days pre-or post-parturition, or with vaginal discharge, shall if practical, be kept separate from animals from different flocks and in an area that can be properly cleaned and disinfected.

**Sheep and Goat Entries from Other States**

1. All exhibition sheep and goats entering California require individual official identification, an Interstate Livestock Entry Permit issued within 15 days prior to entry, and an Interstate Certificate of Veterinary Inspection (ICVI) with an inspection date within 30 days before movement into the state with the following scrapie statement "The animals are not scrapie positive or suspect or from a scrapie non-compliant flock". Official identification must be listed on the ICVI.

2. Acceptable methods of official identification of sheep and goats include:

   a. Official USDA individual identification eartags

      • Animal Identification Number (AIN) eartags (15 digits long, must begin with 840, usually Radio Frequency Identification Devices [RFID])

      • Scrapie eartags: either flock identification eartags (flock identification number with individual animal number) or serial eartags (alphanumeric combination for individual animal).

   b. Legible breed registration tattoos in the ears (or tail-web of earless goats) if accompanied by breed association registration papers. Breed associations that are approved by USDA to serve as official identification can be found at USDA's scrapie program website, https://www.aphis.usda.gov/aphis/ourfocus/animalhealth/sa_animal_disease_information/ sheep-goat/registry-tattoos-as-official-id.

   c. Electronic implants (microchips) when accompanied by registration papers and microchip scanner. Microchips must be ISO 11784/11785 compliant, contain 15 digits, and begin with 840. Since 2019, microchipped sheep and goats must be tattooed with a legible "E" if the implant is at the base of the ear or an "ET" if the implant is in the tail fold; the tattoo must be at least 0.3 inches high in the ear, or in the case of earless animals, the tail fold.

.

3. It is unlawful to remove official identification eartags. Requests to remove an official identification eartag must be submitted to CDFA, AHFSS in writing at least 72 hours prior to the need to remove the eartag. The request must include a photo of the eartag, the reason the eartag must be removed, and all other official eartags on the animal.

4. Rams six (6) months of age and over imported into California require a negative *Brucella ovis* test within 60 days before entry OR must originate from a *Brucella ovis* certified free flock. The ICVI must include the animal's official identification number, test results, name of the approved laboratory, date of the test, and the "*Brucella ovis* free flock number", if present.

## SWINE

### Swine Entries from Other States

1. All exhibition swine entering California require individual official identification (ID), an Interstate Livestock Entry Permit issued within 15 days prior to entry, and an Interstate Certificate of Veterinary Inspection (ICVI) with an inspection date within 30 days before movement into the state. Official identification must be listed on the ICVI.

2. Acceptable methods for official identification of swine include:
    i. National Uniform Eartagging System (NUES) eartags:
        • USDA metal "silver brite" eartags
        • USDA plastic swine eartags
    ii. Animal Identification Number (AIN) eartag (15 digits long, must begin with 840, usually Radio Frequency Identification Devices [RFID])
    iii. Premises Identification Number (PIN) eartags.
    b. Ear notches or tattoos (ear or inner flank) if recorded with a purebred registry association with registration papers attached to the ICVI

3. It is unlawful to remove official identification eartags. Requests to remove an official identification eartag must be submitted to CDFA, AHFSS in writing at least 72 hours prior to the need to remove the eartag. The request must include a photo of the eartag, the reason the eartag must be removed, and all other official eartags on the animal.

4. No testing, including brucellosis and pseudorabies, is currently required.

## EQUINE

### Equine Entries from Other States

1. All exhibition equine entering California require individual official identification, an Interstate Certificate of Veterinary Inspection (ICVI) with an inspection date within 30 days before movement into the state, and evidence of a negative Equine Infectious Anemia (EIA) test performed at a USDA-approved laboratory within 12 months before the date of entry. A pending EIA test result does not satisfy the entry requirement. The requirements apply to horses, ponies, mules, donkeys, burros, and zebras.

2. Instead of an ICVI, equine may be moved on an Extended Equine CVI (EECVI) Movement Permit, also known as an equine passport.

3. Acceptable methods for official identification of equine include:

a. Complete written physical description of the animal that includes the animal's name, age, breed, sex, color, distinctive markings including brands, whorls, and scars, and any form of identification such as tattoo or microchip, if present.

b. Series of four (4) photographs with four (4) views (left-side, right-side, front view, and a view from behind).

c. Unique individual identification tattoo or brand associated with an official equine registry. Official registration papers must accompany the animal.

d. Electronic implants (microchips) that are ISO 11784/11785 complaint and contain 15 digits. Microchips are implanted in the nuchal ligament on the left side of the neck. A microchip scanner should accompany the animal.

## POULTRY

### Poultry Entries from Other States

1. All exhibition poultry entering California require official identification (ID) and an Interstate Certificate of Veterinary Inspection (ICVI), unless coming from a flock participating in the National Poultry Improvement Program (NPIP) and accompanied by the documentation required by that program (VS Form 9-3).

2. All exhibition poultry entering California shall be free of any evidence of Avian Influenza, Virulent Newcastle Disease, and all other contagious diseases.

3. Acceptable methods of official identification of poultry include:

   a. Identification devices or methods approved for use in the NPIP, such as sealed and number leg bands or wing bands.

## RABBIT AND CAVY

### Rabbit and Cavy Entries from Other States

1. All rabbits and cavies are recommended to have an Interstate Certificate of Veterinary Inspection (ICVI). An ICVI is required if coming from a state affected by Rabbit Hemorrhagic Disease (RHD). Animals must be inspected by an accredited veterinarian within 72 hours prior to shipping to California. The following statements, listed on California's regional quarantine, must be included on the ICVI:

   • All rabbits and hares in the shipment have been examined for and found free of communicable diseases, and

   • All rabbits and hares have originated from a single premise that has no signs of a communicable disease, and

   • There have been no movements of rabbit and hares onto the premises over the past 30 days, and

   • The animals have had no contact with wild rabbits or hares in the past 30 days.

2. Persons who intend to bring their animals back to the origin state after the show should check with their state's department of agriculture to make sure the animals will be allowed to return to origin state.

## XI. HORSE SHOW DEPARTMENT

*State Rules in Sections I-X also apply where there is no conflict.*

**Rules for Horse Show Management.**  At US Equestrian and/or breed association approved horse shows, association rules shall apply.  At non-US Equestrian approved horse shows, US Equestrian rules will be used as a guideline unless otherwise specified in State or Local Rules. **(See additional rules under Management)**

**Exhibitors**

1. The age of an exhibitor on **January 1** shall be maintained through the calendar year.
   **Amateur Definition**: a person who does not give riding lessons and/or ride, train, or show horses for money or assist the spouse or immediate family in this activity.  This includes a person under the age of 18 years.
   a. The management reserves the right to question anyone's amateur standing if the question of status has been presented with reasonable cause. The decision of the horse show management shall be final.
   b. At US Equestrian approved and breed association approved horse shows, their definition of amateur applies.

2. Exhibitors shall provide the following on the entry form for each entry if registered: (a) owner's name; (b) breed; (c) name of animal; (d) sex; and (e) year of birth. In breed classes where registration papers are required, the owner's name as listed on the registration papers must be the same as on the entry form.  Registration numbers of animals and their sires and dams will be required as per breed association.

3. Upon approval by the Board of Directors, post entries can be accepted at double the entry fee unless a different penalty fee is printed in the exhibitor handbook.

4. Substitutions can only be made within a division.  Substitutions must be made when the entry arrives at the fairgrounds.  For horse shows, a substitution is considered the horse, not each class in which it is entered.  A $5.00 penalty per horse must be paid prior to judging for each substitution made by the exhibitor.

5. All riders, drivers, and attendants shall be neatly and suitably dressed on entering the show ring.  Horse show manager shall have final decision.

**<u>Junior Horse Show Exhibitors in 4-H, FFA, and Grange classes, including Independent exhibitors in those classes:</u>**

6. Junior Department rules (VII) also apply.

7. Exhibitors must wear properly strapped headgear in mounted or horse-drawn vehicle competition.  Headgear must be approved by American Society for Testing and Materials/Safety Equipment Institute.

8. Junior exhibitors are expected to groom and care for their animal(s) when at the fair. They shall refrain from accepting active assistance from adults and non-exhibiting youth unless the junior exhibitor is actively engaged, and the assistance is only for instruction. Local fair rules will determine enforcement.

**Ownership or Lease**

1. Any horse exhibited in the junior or youth division must be owned or leased by the junior exhibitor showing the horse or owned by the junior exhibitor's parent, stepparent, sibling, half-sibling, stepsibling, grandparent, step grandparent, sibling's spouse, half sibling's spouse, stepsibling's spouse, or legal guardian (as evidenced by court documents) or owned by the institution in which the junior exhibitor is enrolled as a ward. Separate legal entities, such as family corporations, trusts, or partnerships, are also authorized owners of the youth exhibitor's horse so long as all legal and equitable owners and beneficiaries of the legal entity are individuals specifically authorized by this rule. "Owned" means, in addition to other legitimate methods of acquiring ownership, the bona fide legal ownership obtained for adequate consideration in reasonable relationship with the actual market value of the horse.

2. Horse projects must be owned or leased by and under the exhibitor's care and management and under the supervision of the organization in which the project will be shown 120 consecutive days prior to the opening day of fair or event/show if held separate from fair. The official ownership date is the date shown on the receipt of sale unless the animal was bred by the exhibitor. The days are counted prior to the opening day of the fair or event.

   a. Leased horses cannot be shown for conformation in the halter division.

   b. For owned horses, proof of ownership must be available at check in.

   c. For leased horses, the lease, signed by the owner and the 4-H, FFA, Grange or Independent exhibitor, and a clear picture of a side view of the horse or some permanent identification must be filed at least 120 consecutive days prior to opening day of the fair or event/show if held separately from the fair at the county 4-H, FFA, or Grange office or with a person designated by the 4-H Youth Advisor, FFA Advisor or Grange Youth Advisor.

3. Horses owned as a joint project may only be shown by one designated exhibitor at an individual show.

**4. All Junior Horse Show Exhibitors:**

a. Fair Management will not offer Lead Line classes in fair sponsored Youth Horse Shows. Lead Line classes may be offered in Open Horse Shows or according to the provisions specified in Rule 5 - a, Special Divisions, ADDITIONAL DEPARTMENTAL RULES, Section VII. Junior Department, page 13.

b. Fair Management will not allow junior exhibitors to ride or show stallions unless it is specifically provided for by the breed association and in that case only in those specific breed classes at a US Equestrian sanctioned show.

c. Junior horse exhibitors may be allowed to enter the Senior Department horse show unless Local Rules prohibit.

**Participation**

1. Ponies entered in classes in which horses are eligible to compete cannot be shown in pony classes at the same show. Fair Management can restrict ponies from entering certain classes by stating so wherever applicable in the exhibitor handbook.

2. Donkeys and mules cannot be shown in "all other breed" halter classes.

3. Elimination s, if deemed necessary by the management, may be held in classes with large entries. The exhibitor shall be expected to ascertain whether eliminations will be held.

**Management**

1. No show or contest official or his/her spouse shall enter or exhibit horses in any show or contest at which he/she is officiating, nor may any horse owned by such person be entered or exhibited. A show contest official shall be defined as any person performing the duties of a show manager, judge steward, show secretary, cutter, or chariot race official, or any other horse contest.  Duties include but are not limited to:
   a. Contacting or hiring of judges; and
   b. Acceptance of entries or entry fees.
2. Minor children of Directors, Chief Executive Officer (CEO), Department Supervisor, Show Manager, staff and/or committee members may exhibit horses which are the result of the child's own earnings or a gift made to the child, provided the requirements of the pertinent rules are met. All other requirements for exhibiting must be met.
3. Animals owned jointly by a director and his/her minor child or a CEO and his/her minor child are considered as owned by the child in junior division classes only.
4. Show Manager reserves the right to return entries, transfer entries or combine divisions or classes, and/or cancel any division or class in which, in its judgment, the entries are insufficient to secure adequate competition.
   a. Any return of entries under this rule must be done on a nondiscriminatory basis.
   b. The horse show management must divide classes of 50 or more. Separate prize money and ribbons shall be provided for each class.
5. Horse show management shall assign a number to each horse. The exhibitor must wear the number when showing the horse.
6. Photocopies of registration certificates for horse shows may be permitted for the purpose of submitting entries. However, if the fair receives any complaint or challenge concerning the registration of any animal, the fair may request an original registration certificate and may disqualify the entry if it cannot be produced.

**Awards**

1. Fair Management may withhold the payment of awards for exhibits which are in question under State and Local Rules and may recover awards that have been paid for exhibits in question.
2. For ties other than first place in a jumper or other individually worked competition, the prize money is split. Ties for first follow the jump off rules of the specific Table and Section for that jumper class. If there is still a tie, prize money is split between the winners (i.e., first and second place money is pooled and split evenly between the two riders). Distribution of non-money awards shall be determined by management.

**Judges**

1. The judge may judge for conformation before entering the show ring.

2. In halter horse classes, judges shall be expected to give reasons for their decisions, embracing the value and desirable qualifications of the animals for which premiums are awarded, whenever possible and reasonable.

3. Judges shall not discriminate against exhibitors wearing protective headgear.

## XII. EQUINE HEALTH RULES

1. All animals must be serviceably sound.  The soundness of animals when determined by the official veterinarian or by the judge shall be final and cannot be protested.  The horse show management may request the official veterinarian to examine any animal in competition. All penalties of the Horse Protection Act of 1970 shall be strictly enforced.

2. Exhibitors who refuse to allow their animal to be examined shall be disqualified from showing and such violation shall be reported to F&E.  No refund can be made in these cases.

**Equine Health Regulations**

Direct specific questions to CDFA, Animal Health and Food Safety Services, 1220 N Street, Sacramento, California 95814 -- (916) 900-5002.

1. Equines known to be EIA positive or non-negative reactors are forbidden to enter, reside, compete, or sell at any state-supported fairgrounds.

2. Equine Medication Monitoring Program (EMMP) (CA Food & Ag Code 24000-24018)

   a. Horses are subject to random drug and medication testing specified in the Food and Agricultural Code Sections 24000-24018.  The applicable fee is $8.00 per horse per event. The following events are exempt from the Equine Medication Monitoring Program:

      A rodeo – related competition, which is strictly a timed performance with no subjective judging, held apart from a public event.

      • A sale of solely racehorses,

      • Competitions under the jurisdiction of the California Horse Racing Board.

      • A public equine event for which the class or event entry fee is less than $4.99 per class and other fees do not exceed $19.99 (Other fees include but are not limited to, grounds fees, stall fees or office fees.)

      • A public equine event in which all fees for participation are less than $19.99 (Fees include but are not limited to class fees, grounds fees, stall fees or office fees.)

   b. The California Equine Medication Rule permits therapeutic drugs or medications prescribed by a licensed veterinarian for the treatment of a veterinary diagnosed illness or injury. All drugs or medications must be used in accordance with the California Equine Medication Rules. Prohibited substances include most stimulants, depressants, tranquilizers, anesthetics including local anesthetics, sedative analgesics, corticosteroids excluding dexamethasone, anabolic steroids, soring agents, and masking agents.  Nine permissible medications (dexamethasone, diclofenac acid, firocoxib, flunixin, ketoprofen, meclofenamic acid, methocarbamol, naproxen, and phenylbutazone) are restricted to therapeutic usage as prescribed or administered by a licensed veterinarian, and test-sample levels detected must be in compliance with plasma or urine levels associated with

limited dosing*. Additionally, the detection of more than one non-steroidal anti-inflammatory drug in either a blood or urine sample is a violation of California rules. Maintaining a current listing of specific prohibited substances is impossible due to the continual introduction of new pharmaceuticals, discontinuation of old ones, off labeled prescription of human products, and utilization of foreign products. Additionally, some exemptions exist.

*Specific information is contained in the "EMMP Medication Guidelines Brochure" found at http://www.cdfa.ca.gov/ahfss/Animal_Health/emmp/ or may be requested from CDFA/EMMP at (916) 508-3302 or emmp@cdfa.ca.gov.

c. Horses must be withdrawn from competition for at least 24 hours after administration of a prohibited substance. A drug declaration form must be filed with an event manager for administration of any prohibited substance three (3) days before the event, to any horse entered in the event. Penalties for violations of the medication rules include fines, suspension, and forfeiture of all winnings.

3. **Horse Protection Act**

Exhibitors must comply with the Horse Protection Act of 1970 and rules adopted by the U.S. Secretary of Agriculture to carry out its provisions.

## Equine Entries from Other States

1. All exhibition equine entering California require individual official identification (ID), an Interstate Certificate of Veterinary Inspection (ICVI) with an inspection date within 30 days before movement into the state, and evidence of a negative Equine Infectious Anemia (EIA) test performed at a USDA-approved laboratory within 12 months before the date of entry. A "pending" EIA test result does not satisfy the entry requirement. The requirements apply to horses, ponies, mules, donkeys, burros, and zebras.

2. Instead of an ICVI, equine may move on an Extended Equine CVI (EECVI) Movement Permit, also known as equine passport.

3. Acceptable methods for official identification of equine include:

   a. Complete written physical description of the animal that includes the animal's name, age, breed, sex, color, distinctive markings including brands, whorls, and scars, and any form of identification such as tattoo or microchip if present.

   b. Series of four (4) photographs with four (4) views (left-side, right-side, front view, and a view from behind).

   c. Unique individual identification tattoo or brand associated with an official equine registry. Official registration papers must accompany the animal.

   d. Electronic implants (microchips) that are ISO 11784/11785 compliant and contain 15 digits. Microchips are implanted in the nuchal ligament on the left side of the neck. A microchip scanner should accompany the animal.

**XIII. JUDGING STANDARDS**

Note to Fair Management: *See also IV-3.* "State Judging Standards" are to be used where applicable.

Fairs may allow for additional grouping systems within the Market Ready or Market Acceptable for sale purposes.

**MARKET HOG SCORECARD**
**GRADE**

| | |
|---|---|
| **Market Acceptable:** | U.S. No. 1 and No. 2 hogs of average or greater conformation that are acceptable in leanness, muscularity, and production traits. |
| **Not Market Acceptable:** | Any hog of below average conformation including U.S. number 3, U.S. number 4 and utility grade hogs. |

**MARKET LAMB SCORECARD**
**GRADE**

| | |
|---|---|
| **Market Ready:** | USDA Prime or Choice quality with 12th rib back fat range .16-.35, average or greater conformation and cutability. |
| **Not Market Ready:** | Good or lower quality grade with 12th rib back fat range <.16 or >.35; underfinished lambs grading USDA good or lower, below-average conformation or cutability. |

**MARKET BEEF SCORECARD**
**GRADE**

| | |
|---|---|
| **Market Ready:** | Market steers projected to have sufficient fat deposition to meet the marbling specifications for USDA Prime, Choice, or Select+ quality grades. |
| **Not Market Ready:** | Market steers lacking evidence of sufficient fat deposition to produce a desirable consumer product. Steers projected to grade USDA Select - or lower. |

**MARKET VEAL SCORECARD**
**GRADE**

| | |
|---|---|
| **Group 1:** | Animals are smooth, deep, thick, and compact; and the udder or scrotum shows a marked fullness. They must have youthful appearance and be in good condition. |
| **Group 2:** | Animals must possess a moderately high degree of the higher quality grade characteristics. They will carry less finish, show more bone, and have less uniformity. |
| **Group 3:** | Animals lack finish, are rather leggy and hippy, are rough in the shoulder, and are light in the round. |

**MARKET GOAT (CHEVON) SCORECARD**
**GRADE**

| | |
|---|---|
| **Market Ready:** | USDA Prime or Choice quality with 12th rib back fat range .08-12 most desirable, .13-.22 back fat acceptable, average, or greater conformation and cutability. |
| **Not Market Ready:** | Good or lower quality grade with 12th rib back fat range <.08 or >.22; underfinished goats grading USDA good or lower, below average conformation or cutability. |