# EXHIBIT 4
# Gordon Declaration

# (Text Chain, Exhibit L to Silva Dep., Vol. 1)

3:17



Jun 28, 2022 at 6:16 PM

Chad

Jun 29, 2022 at 2:03 PM

Sheriffs r working on it now.



EXHIBIT
L 11/14/23
M. Silva

Thanks jKeep me updated please




Will do

Jul 9, 2022 at 7:13 AM

Goat is at my house

Jul 11, 2022 at 8:43 AM

Good morning. I am gone till tomorrow afternoon. Talked to sheriff and he said to wait until he talks to DA before we kill goat. It is perfectly fine at my house till we figure it out. Just wanted to touch base with you.

Jul 11, 2022 at 11:13 AM

Jeff at Kents said probably a week before he can get the goat. Will they be ok with you if not I can find a temporary home

3:18 

  

 He's good at my place.

Jul 25, 2022 at 9:57 AM

> Hey Bj What did you end up doing with the goat?

Jul 28, 2022 at 7:47 AM

Bowman is killing goat today finally. They are such a shit show.

> Good news finally. Yes they have been that way for years always amazed they are still in business 🤣 don't forget to save the ear tags please

Will do.

3:18

 



**Sheriff's Deputies Broke the Law to Hunt Down Child's Beloved Goat for Slaughter**

advancinglawforanimals.org

> What a bunch of shit

I sent to Melanie and Jerry. Told Melanie to send to Cdfa to get this taken care of quickly in the media.

> Yup cause it is probably all ready out

Aug 31, 2022 at 5:33 PM

3:19



Aug 31, 2022 at 5:33 PM

**Any word yet from Jerry?**

He said he's not worried. 18 page federal suite which is all bullshit

**Is the da going to do anything?**

I was not thinking very straight when I talked to him I forgot to ask him.

**Ok thanks**

👍

**Jerry said he would call me tomorrow am mid morning**

Sep 1, 2022 at 7:46 AM

**The whole lawsuit is on Krcr site front page pretty full is bs**

3:20

< 3

Yes. My phone has not stop ringing. Busllshit.

Yeah and I don't think they are going to layoff for a bit

Sep 1, 2022 at 5:45 PM

 **voicemail-2267.m4a**
Audio Recording · 113 KB

All I can say is I hope to God you've got the numbers she's gonna be dead meat that is a pure threat

Her phone number

Blocked

Oh that make it ok pod

Pod

3:21





> Pos hate spell check when I am driving

Sep 2, 2022 at 4:14 PM

> I hope you're still surviving today in Kevin Broderick from Bejac get a hold of you about buying for him on Monday?

Yes. Your order is 1/2 beef and pig for Kent's correct?

> And if you need I will take the whole beef an give back resell to the the bull gulding sale

Perfect. Thanks.

Sep 6, 2022 at 8:57 AM

> Did you buy anything yesterday?



OFFICE OF THE
# DISTRICT ATTORNEY
Stephanie A. Bridgett
County of Shasta

Benjamin L. Hann
Chief Deputy District Attorne

Joseph Hendr
Chief Investigato

April 13, 2023

KATHERINE RAE MUSE

Re: Agency Case #22S019984/ DA#22F7033

Dear KATHERINE MUSE

    Your complaint against **JESSICA ELIZABETH LONG**, was investigated by the **Shasta County Sheriff's Office** and they submitted the appropriate reports for this office to review.

    After carefully examining the facts and circumstances surrounding the events which contained in the above police reports, this office has decided not to prosecute this matter. However, if further information is received, this complaint may be reopened prior to the expiration of the statute of limitations.

    If you have any questions regarding this matter, please do not hesitate to contact this office at (530) 245-6300.

Sincerely,
Stephanie A. Bridgett
District Attorney

By:

BENJAMIN HANNA
CHIEF DEPUTY DISTRICT ATTORNEY