# EXHIBIT 7
## Gordon Declaration

## (Sale Invoice, Exhibit D to Silva Dep., Vol. 1)

# Sale Invoice
## Shasta District Fair
### JUNE 25, 2022

Invoice: 132
Sale Order: 132

| Sale Order (lot) | Entry # | Tag ID | Division | Division # |
|---|---|---|---|---|
| 132 | 1543 | 367 | 4-H Market Goat | 706 |

**Floor Amount (Market Value)**

Price: $3.40
Weight: 82
Total: $278.80

Floor this amount:

**Seller Name:**
**Exhibitor Name:** ▮▮▮▮▮

**4-H MARKET GOAT**

Sale Weight (units): 82
Price per lb. 11—
Total Amount of Sale:

**CUSTOM FEE:**
GOATS and LAMBS - $95.00
HOGS - $78.00
STEERS - $200.00


EXHIBIT
D  11/14/23
M. Silva

**BUYER :**

*** NOTE: THIS IS A TERMINAL SALE- NO LIVE PICKUP (except rabbits)***

BUYER # 920   BUYER NAME Senator Brian Dahle   AMOUNT_____

BUYER # 919   BUYER NAME Assemblywoman Megan Dahle   AMOUNT_____

BUYER #_____   BUYER NAME_____   AMOUNT_____

**Please MARK ONE:** _____ Consigned for RESALE at market price, bill buyer for difference

DONATE to   ⊠ 4-H & FFA Community BBQ (Kents Meats)

_____ New Rescue Mission

_____ One Safe Place

_____ **PROCESS** & Deliver to selected locker below for cut & wrap

_____ A&R Custom Butcher (530) 527-6483      _____ Country Market**(530) 357-3830

_____ Bowman Meat (530) 347-4463            _____ Kents Meats (530) 365-4322

_____ Clear Creek Market (530) 246-9044     **Country Market accepts only current customer

I CERTIFY THAN I AM AUTHORIZED TO SIGN FOR THIS PURCHASE AND ACCEPT RESPONSIBILITY FOR TOTAL PAYMENT DUE AND/OR THE COLLECTION OF THE TOTAL AMOUNT DUE.

_____     Katnie M___     _____     _____
Buyer #     Printed Name     Signature           Date

0004