# EXHIBIT 8
# Gordon Declaration

# (Final Invoice, Exhibit E to Silva Dep., Vol. 1)

Shasta District Fair

1890 Briggs Street
Anderson, CA 96007

(530) 378-6789

## Shasta District Fair

Federal Tax Identification Number: ▮▮▮▮

ShoWorks

| Buyer ID: | Bill Number: | Bill Date: | Print Date: | Amount Due: | Due By: |
|---|---|---|---|---|---|
| 919 | 33 | 7/5/2022 | 7/6/2022 | $1,626.00 | 7/20/2022 |



Assemblywomen Megan Dahle
Kathie Muse

### Transaction Summary

| Type | Division | Entry | Description | Other | Ownership | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| Sale | 4-H Market G | 1543 | Inv 132/Tag 367 | ▮▮▮ | 50.0% of 82 | $11.00 | $451.00 |

*Tear off and include bottom portion with payment*

**Make Checks Payable to "Shasta District Fair"**

Assemblywomen Megan Dahle
Kathie Muse

| Buyer ID: | Bill Number: | Bill Date: | Print Date: | Amount Due: | Due By: |
|---|---|---|---|---|---|
| 919 | 33 | 7/5/2022 | 7/6/2022 | $1,626.00 | 7/20/2022 |

☐ Check if address change (make corrections below)

**Check Number:**_____

Shasta District Fair

1890 Briggs Street
Anderson, CA 96007

**$ Amount Enclosed:**_____

*Thank you for your support!*

0001

Shasta District Fair

1890 Briggs Street
Anderson, CA 96007

(530) 378-6789

## Shasta District Fair

Federal Tax Identification Number: ▮



| Buyer ID: | Bill Number: | Bill Date: | Print Date: | Amount Due: | Due By: |
|---|---|---|---|---|---|
| 920 | 296 | 7/5/2022 | 7/6/2022 | $1,126.00 | 7/20/2022 |

Senator Brian Dahle
Kathie Muse

### Transaction Summary

| Type | Division | Entry | Description | Other | Ownership | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| Sale | 4-H Market G | 1543 | Inv 132/Tag 367 | ▮ | 50.0% of 82 | $11.00 | $451.00 |

*Tear off and include bottom portion with payment*

**Make Checks Payable to "Shasta District Fair"**

Senator Brian Dahle
Kathie Muse

| Buyer ID: | Bill Number: | Bill Date: | Print Date: | Amount Due: | Due By: |
|---|---|---|---|---|---|
| 920 | 296 | 7/5/2022 | 7/6/2022 | $1,126.00 | 7/20/2022 |

☐ Check if address change (make corrections below)     **Check Number:**_____

Shasta District Fair

1890 Briggs Street
Anderson, CA 96007

**$ Amount Enclosed:**_____

*Thank you for your support!*

0002