# EXHIBIT 6
# Gordon Declaration

# (Excerpts of Silva Dep., Vol. 2)

# In The Matter Of:
*LONG vs.*
*FERNANDEZ*

*MELANIE SILVA*
*Vol. 2*
*February 9, 2024*

*Challe, Fisher & Morfin*
*1828 South Street*
*Redding, California  96001*
*(530)246-0942*
*cfmdepos@att.net*

Original File M. Silva, Vol 2.txt
**Min-U-Script® with Word Index**

```
 1                  UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF CALIFORNIA

 3                       SACRAMENTO DIVISION

 4

 5  E.L., a minor, by and through   )
    her general guardian, JESSICA   )
 6  LONG; JESSICA LONG, an          )
    individual,                     )
 7                                  )
              Plaintiffs,           )  Case No.
 8  vs.                             )  2:22-cv-01527-DAD-AC
                                    )
 9  LIEUTENANT JERRY FERNANDEZ      )
    individually and in his         )
10  individual capacity as Sheriff  )
    for the County of Shasta;       )
11  DETECTIVE JACOB DUNCAN,         )
    individually and in his         )
12  individual capacity as Sheriff  )
    for the County of Shasta;       )
13  DETECTIVE JEREMY ASHBEE,        )
    individually and in his         )
14  individual capacity as Sheriff  )
    for the County of Shasta;       )
15  SHASTA DISTRICT FAIR AND EVENT  )
    CENTER, a district agricultural )
16  association; COUNTY OF SHASTA;  )
    SHASTA COUNTY SHERIFF'S         )
17  DEPARTMENT; MELANIE SILVA, in   )
    her individual capacity; BJ     )
18  MACFARLANE, in his individual   )
    capacity; and DOES 1 through    )
19  10,                             )
                                    )
20            Defendants.           )
    _____)
21

22          VIDEO DEPOSITION OF MELANIE SILVA

23              PAGE 343-443, VOLUME II

24              FRIDAY, FEBRUARY 9, 2024

25
```

```
 1                       APPEARANCES

 2
    For the Plaintiffs:  LONG, etc.
 3
              ADVANCING LAW FOR ANIMALS
 4            407 N. Pacific Coast Highway, #267
              Redondo Beach, CA   90277
 5            (202) 996-8389
              rgordon@advancinglawforanimals.org
 6            vshakib@advancinglawforanimals.org

 7            BY:  RYAN R. GORDON, ESQ.
                   VANESSA T. SHAKIB, ESQ.
 8

 9  For the Defendant:  LIEUTENANT FERNANDEZ, etc.

10            BEST, BEST & KRIEGER
              2855 East Guasti Road, Suite 400
11            Ontario, CA   91761
              (909) 989-8584
12            damian.northcutt@bbklaw.com

13            ZOOM APPEARANCE BY:  DAMIAN A. NORTHCUTT, ESQ.

14
    For the Defendant:  SHASTA DISTRICT FAIR, etc.
15
              CALIFORNIA ATTORNEY GENERAL'S OFFICE
16            DEPARTMENT OF JUSTICE
              1300 I Street
17            Sacramento, CA   95814-2963
              (916) 210-7529
18            john.bridges@doj.ca.com

19            BY:  JOHN BRIDGES, ESQ.

20
    Also Present:  Terry Fox, Video Specialist
21

22
                        ---oOo-
23

24

25
```

## MELANIE SILVA

```
12:57:24PM  1   Vista Real Estate did not receive Cedar's meat then at
12:57:28PM  2   any point in time?
12:57:28PM  3   A.      I don't know.
12:57:29PM  4   Q.      So they might?
12:57:30PM  5   A.      I'm not sure.  We did do replacement goat for
12:57:34PM  6   it.  I mean, they did get goat meat.  I don't know what
12:57:36PM  7   animal they got.
12:57:37PM  8   Q.      When abouts did they get goat meat; do you know?
12:57:40PM  9   A.      No, I don't.
12:57:41PM 10   Q.      Okay.  Okay.  Do you have any documents that
12:57:48PM 11   would confirm when Vista got -- when Vista Real Estate
12:57:53PM 12   received the replacement meat they had?
12:57:54PM 13   A.      No.
12:57:55PM 14   Q.      No?  Okay.  Who would have documents on that?
12:57:58PM 15   A.      The butcher maybe.
12:57:59PM 16   Q.      Do you know who the butcher was?
12:58:01PM 17   A.      No.
12:58:01PM 18   Q.      Okay.  All right.  Okay.  So was someone saying
12:58:10PM 19   something?  I thought I heard.
12:58:13PM 20           Okay.  So you can go to the next page.  That was
12:58:16PM 21   July 1st.  So now we're jumping ahead.  So are you on --
12:58:23PM 22   A.      I don't know.  I'm waiting for you.
12:58:25PM 23   Q.      You're on the correct page, so.  You see where
12:58:26PM 24   it says July 22nd, some texts start, July 22nd at 11:22
12:58:32PM 25   a.m.  Do you see that timestamp, Ms. Silva?
```

**MELANIE SILVA**

| | | |
|---|---|---|
| 12:58:34PM | 1 | A.    I do. |
| 12:58:34PM | 2 | Q.    It says, "FOF pig 263 pounds."  I'm assuming |
| 12:58:38PM | 3 | that's Friends of Fair? |
| 12:58:39PM | 4 | A.    Yes. |
| 12:58:40PM | 5 | Q.    Nothing to do with Cedar?  Yes? |
| 12:58:42PM | 6 | A.    Correct. |
| 12:58:42PM | 7 | Q.    Okay.  You write, "Thanks."  Then BJ texts, |
| 12:58:47PM | 8 | "What's gal's name at Bowman?  Kathie said okay but no |
| 12:58:50PM | 9 | one needs to know about this.  You, me, Kathie are only |
| 12:58:54PM | 10 | ones.  It got killed and donated to nonprofit if anyone |
| 12:58:57PM | 11 | asks."  What is being communicated to you here as you |
| 12:59:00PM | 12 | understood it? |
| 12:59:06PM | 13 |        MR. BRIDGES:  Object it calls for BJ's state of |
| 12:59:10PM | 14 | mind.  But to the extent that you understand what he was |
| 12:59:12PM | 15 | trying to tell you, you can go ahead and answer. |
| 12:59:17PM | 16 |        MR. GORDON:  Yeah, I'm asking what she believed |
| 12:59:19PM | 17 | this meant.  Or what she believed was being communicated |
| 12:59:22PM | 18 | to her at the time. |
| 12:59:32PM | 19 |        THE WITNESS:  I'm assuming that he's talking |
| 12:59:35PM | 20 | about Cedar. |
| 12:59:36PM | 21 |        MR. GORDON:  Q.  Okay. And what about -- what |
| 12:59:42PM | 22 | about everyone agreeing that if anyone asks about Cedar |
| 12:59:46PM | 23 | that just to say he was killed and donated to a |
| 12:59:48PM | 24 | nonprofit? |
| 12:59:51PM | 25 | A.    If this is -- if Cedar was the goat that went to |

## MELANIE SILVA

| | | |
|---|---|---|
| 12:59:55PM | 1 | Vista Real Estate, I'm sure so Vista Real Estate didn't |
| 12:59:58PM | 2 | get attacked like everybody else was that was attached |
| 01:00:02PM | 3 | to this case. |
| 01:00:03PM | 4 | Q.      Okay.  So is Vista Real Estate -- Vista Real |
| 01:00:05PM | 5 | Estate is not a nonprofit, correct? |
| 01:00:07PM | 6 | A.      I would assume no.  They're just a buyer that |
| 01:00:11PM | 7 | was trying to help the kids out by purchasing their |
| 01:00:14PM | 8 | animal. |
| 01:00:14PM | 9 | Q.      But you don't know where Cedar's meat went, |
| 01:00:17PM | 10 | correct? |
| 01:00:17PM | 11 | A.      No. |
| 01:00:18PM | 12 | Q.      Okay.  Then why is it being discussed here to |
| 01:00:23PM | 13 | come up with a -- come up with something about |
| 01:00:27PM | 14 | protecting Vista Real Estate if you don't know where the |
| 01:00:30PM | 15 | meat went? |
| 01:00:31PM | 16 | A.      I don't know why.  I didn't send the text. |
| 01:00:36PM | 17 | Q.      Okay. All right.  Did you ever tell anyone his |
| 01:00:39PM | 18 | meat got donated and went to a nonprofit? |
| 01:00:41PM | 19 | A.      I don't discuss the goat. |
| 01:00:44PM | 20 | Q.      Did anyone ever ask, and you gave that response? |
| 01:00:47PM | 21 | A.      No. |
| 01:00:47PM | 22 | ==Q.      Okay.  All right.  So the next page it looks== |
| 01:00:53PM | 23 | ==like it's cut off, but I think that says "Serene" at the== |
| 01:00:56PM | 24 | ==top?== |
| 01:00:56PM | 25 | ==A.      Yes.== |

## MELANIE SILVA

```
01:00:57PM  1   Q.      And she's the woman at Bowman's Meat, correct?
01:00:59PM  2   A.      Yes.
01:01:00PM  3   Q.      And you write, "We are a nonprofit," and you
01:01:03PM  4   have some emojis for laughter tears.  So what did you
01:01:09PM  5   mean by this, "We are a nonprofit"?
01:01:11PM  6   A.      Because everybody assumes the fairgrounds has
01:01:14PM  7   lots of money, and we do not.  We struggle.
01:01:17PM  8   Q.      The preceding text is talking about donating
01:01:21PM  9   Cedar -- or telling third parties that you donated Cedar
01:01:24PM 10   to a nonprofit, and then you respond, "We are a
01:01:27PM 11   nonprofit."  And you're telling me you were
01:01:31PM 12   communicating that the fairgrounds is broke from that?
01:01:34PM 13   A.      Yes.  He was a CEO prior to me.
01:01:38PM 14   Q.      Okay.  All right.
01:01:39PM 15   A.      So he knows how the finances work for the fairs.
01:01:42PM 16   Q.      Okay.  Does this not read as if the fair got
01:01:47PM 17   Cedar's goat meat because you are a nonprofit?
01:01:50PM 18   A.      Not to me.
01:01:51PM 19   Q.      Not to you.  Okay.  All right.  Okay.
01:02:03PM 20           Can you see how someone might read it that way?
01:02:05PM 21           MR. BRIDGES:  Calls for speculation.  It's
01:02:08PM 22   argumentative.
01:02:09PM 23           MR. GORDON:  Q.  You can answer if you can see
01:02:11PM 24   how someone might read it that way.
01:02:13PM 25   A.      Not to me.
```

## MELANIE SILVA

| | | |
|---|---|---|
| 01:06:44PM | 1 | gave us was for Cedar, but shouldn't you have been able |
| 01:06:48PM | 2 | to keep track of him and where he went for processing? |
| 01:06:51PM | 3 | A.    No.  Because he didn't go through the normal |
| 01:06:54PM | 4 | channels that everything else did. |
| 01:06:55PM | 5 | Q.    Okay.  So -- |
| 01:06:57PM | 6 | A.    When we get to the invoice, if I could look at |
| 01:06:59PM | 7 | that, maybe it has a tag number on it.  I'm not sure. |
| 01:07:02PM | 8 | Q.    Okay.  That's fine.  We'll get to that.  Let's |
| 01:07:05PM | 9 | just finish this text chain, and then we'll get to that. |
| 01:07:09PM | 10 | All right.  So we'll mark that O. |
| | 11 | (Whereupon, Exhibit O, text chain between |
| | 12 | BJ Macfarlane and Melanie Silva, date range |
| | 13 | 6-29-22 through 7-18-22, totaling 8 pages, |
| | 14 | was marked for identification.) |
| 01:07:28PM | 15 | Q.    Melanie, let's just finish up the text before we |
| | 16 | get to the invoice because I'm not trying to have you, |
| 01:07:33PM | 17 | you know, get it from memory completely, so.  We just |
| 01:07:35PM | 18 | took a tangent there. |
| 01:07:38PM | 19 | These are texts between you and BJ produced |
| 01:07:46PM | 20 | again in the batch with the other ones.  They're just a |
| 01:07:52PM | 21 | different -- it was in a different pdf setting, so |
| 01:07:54PM | 22 | that's why they're separately attached, so. |
| 01:07:56PM | 23 | Do you recall getting this text from BJ, "Goat |
| 01:08:01PM | 24 | is getting butchered within the half hour finally.  I'm |
| 01:08:04PM | 25 | going to come by tomorrow if you are around after kids, |

MELANIE SILVA

```
01:08:07PM  1   doctors appointments.  Can I use Zoom one more time?"
01:08:11PM  2   Do you recall getting that text from BJ?
01:08:13PM  3   A.      Do I remember it, no.
01:08:15PM  4   Q.      Okay.  Do you remember him communicating with
01:08:16PM  5   you one way or another that Cedar was getting
01:08:19PM  6   slaughtered on about July 28th?
01:08:21PM  7   A.      I do remember him saying that the goat was going
01:08:24PM  8   to be butchered, yes.
01:08:25PM  9   Q.      Okay.  All right.  And do you remember when you
01:08:29PM 10   heard him tell you that?
01:08:32PM 11   A.      No.
01:08:33PM 12   Q.      Was it by phone?
01:08:34PM 13   A.      Isn't it in this text?
01:08:38PM 14   Q.      It is.  But there's, you know, many phone calls
01:08:41PM 15   between you also, I believe.  But do you recall if he
01:08:45PM 16   told you over the phone or in person, or is it just this
01:08:48PM 17   text?
01:08:48PM 18   A.      I do not recall.
01:08:49PM 19   Q.      Okay.  Do you recall -- so BJ had -- Cedar was
01:08:55PM 20   delivered to BJ's house on July 8th late at night.  Is
01:09:01PM 21   that your understanding?
01:09:02PM 22   A.      I didn't know dates.
01:09:04PM 23   Q.      Okay.  You understood that Cedar was delivered
01:09:07PM 24   to BJ's house sometime in July, though, correct?
01:09:09PM 25   A.      I knew he had the goat at some point.  I don't
```

## MELANIE SILVA

```
01:16:25PM  1         MR. GORDON:  Q.  Okay.  But you believed it was
01:16:27PM  2   Kathie Muse?
01:16:27PM  3   A.    Yes.
01:16:28PM  4   Q.    Okay.  All right.  Because you understood or you
01:16:33PM  5   were under the impression she was the owner of the goat
01:16:35PM  6   or that was your -- what you -- you deemed her the owner
01:16:37PM  7   of the goat at that time, so you thought she would have
01:16:41PM  8   been handling the logistics of the slaughter?
01:16:43PM  9   A.    As a representative of the community barbecue,
01:16:47PM 10   yes.
01:16:47PM 11   Q.    Okay.  Why was BJ, who's the livestock manager
01:16:55PM 12   and employee of the fair at this time, why is he
01:16:58PM 13   handling the logistics of slaughter for Kathie Muse in
01:17:02PM 14   your understanding?
01:17:04PM 15         MR. BRIDGES:  Calls for speculation but go
01:17:06PM 16   ahead.
01:17:07PM 17         THE WITNESS:  Why?
01:17:10PM 18         MR. GORDON:  Yes.
01:17:10PM 19         THE WITNESS:  I don't know.
01:17:12PM 20         MR. GORDON:  Q.  But he's your employee,
01:17:13PM 21   correct?
01:17:14PM 22   A.    Yes.
01:17:14PM 23   Q.    Okay.  So why was -- okay.  He's your employee,
01:17:20PM 24   but is he acting as your employee in that capacity with
01:17:23PM 25   Cedar?
```

**MELANIE SILVA**

| | | |
|---|---|---|
| 01:17:24PM | 1 | MR. BRIDGES: Calls for speculation. |
| 01:17:29PM | 2 | MR. GORDON: It's okay. You can answer. |
| 01:17:30PM | 3 | MR. BRIDGES: If you know, you can answer. |
| 01:17:33PM | 4 | THE WITNESS: I don't know. |
| 01:17:33PM | 5 | MR. GORDON: Q. Okay. You don't know if BJ was |
| 01:17:35PM | 6 | acting as your employee at the time. Is that your |
| 01:17:38PM | 7 | testimony? |
| 01:17:41PM | 8 | A. As livestock supervisor, I would imagine he was |
| 01:17:46PM | 9 | finishing out his job concerning the animal. That was |
| 01:17:49PM | 10 | part of the fair. |
| 01:17:49PM | 11 | Q. I believe you testified to that the last time. |
| 01:17:51PM | 12 | It's not a gotcha. So he's holding Cedar at least in |
| 01:17:55PM | 13 | some portion as an employee of the fair, correct? |
| 01:17:58PM | 14 | A. Correct. |
| 01:17:58PM | 15 | Q. Okay. All right. So -- |
| 01:18:03PM | 16 | MR. BRIDGES: I mean, so the question is did you |
| 01:18:06PM | 17 | authorize him -- I mean, were you as the CEO of the fair |
| 01:18:10PM | 18 | okay with him doing this? |
| 01:18:13PM | 19 | THE WITNESS: Yes. |
| 01:18:13PM | 20 | MR. BRIDGES: Yeah, okay. That's the question. |
| 01:18:17PM | 21 | MR. GORDON: Okay. That's fine. |
| 01:18:21PM | 22 | Q. And you were -- I know you said you're not aware |
| 01:18:23PM | 23 | of dates but you were aware that he was at your house |
| 01:18:26PM | 24 | and he was organizing the slaughter but you believed it |
| 01:18:29PM | 25 | was with Ms. Silva he was organizing with -- with Ms. |

Challe, Fisher & Morfin
Redding, California   (530)246-0942

392

**MELANIE SILVA**

```
01:18:32PM  1   Muse, I'm sorry.
01:18:32PM  2   A.      I'm sorry, can you say that again?
01:18:34PM  3   Q.      Sure, yeah.  It was a terrible question.  So
01:18:39PM  4   you're okay with him organizing the slaughter and
01:18:42PM  5   working with Ms. Silva -- Ms. Muse at the time to do so,
01:18:48PM  6   correct?
01:18:48PM  7   A.      Yes.
01:18:49PM  8   Q.      Okay.  All right.  All right.  If you want to
01:19:18PM  9   page through that to the August 31st date if you don't
01:19:22PM 10   mind.
01:19:34PM 11           Do you recall getting this text from BJ on
01:19:36PM 12   August 31st?
01:19:40PM 13   A.      I sent that to him.
01:19:42PM 14   Q.      You sent it to him, and he sent it back to you?
01:19:49PM 15   The one that says, "BJ," comma, "good morning," that's
01:19:52PM 16   the text I'm looking at.
01:19:58PM 17   A.      Oh.  I don't know who sent this to him.
01:20:02PM 18   Q.      You're presuming someone else sent this to him,
01:20:05PM 19   and he copy and pasted and forwarded it to you because
01:20:08PM 20   it starts, "BJ, good morning"?  Is that what you're --
01:20:13PM 21   is that what you meant by your statement a moment ago,
01:20:16PM 22   Ms. Silva?
01:20:17PM 23   A.      I am assuming somebody else sent this to him,
01:20:20PM 24   yes.
01:20:21PM 25   Q.      Okay.  Do you know who?
```

## MELANIE SILVA

```
01:28:36PM  1  we can meet and confer about this.
01:28:38PM  2          MR. BRIDGES:  You can send me a letter if you
01:28:40PM  3  want.
01:29:02PM  4          (Whereupon, Exhibit P, text chain between
            5          BJ Macfarlane and Melanie Silva, date range
            6          7-28-22 through 2-15-23, totaling 9 pages,
            7          was marked for identification.)
01:29:15PM  8          MR. BRIDGES:  Just for the record, I know this
01:29:17PM  9  is somewhat unrelated, but while we're here, you
01:29:20PM 10  mentioned discovery is broadly construed and I would
01:29:23PM 11  agree, yet, you still won't even produce one of the
01:29:25PM 12  plaintiffs for deposition in this case.
01:29:26PM 13          MR. GORDON:  That's not true.  I asked for more
01:29:29PM 14  time to talk to -- that's not true.  You can put that on
01:29:32PM 15  the record, but that's not a fair accusation.
01:29:34PM 16          MR. BRIDGES:  You will not produce her without
01:29:36PM 17  trying to impose limitations on the types of questions
01:29:39PM 18  we can ask her.
01:29:40PM 19          MR. GORDON:  A minor should have limitations.
01:29:41PM 20  This is well established.  That's nonsense.
01:29:44PM 21          MR. BRIDGES:  That's nowhere in the federal
01:29:46PM 22  rules of civil procedure --
01:29:46PM 23          MR. GORDON:  It's in case law.
01:29:47PM 24          MR. BRIDGES:  Nowhere in the rules of federal
01:29:50PM 25  rules of civil procedure is there a limitation or
```

**MELANIE SILVA**

| | | |
|---|---|---|
| 01:58:08PM | 1 | A.  Because this invoice is paying for a goat. |
| 01:58:10PM | 2 | Q.  Okay.  Didn't you have other invoices paying for |
| 01:58:13PM | 3 | goats? |
| 01:58:14PM | 4 | A.  No. |
| 01:58:14PM | 5 | Q.  No?  Okay.  So this is -- that's why, just |
| 01:58:17PM | 6 | through process -- |
| | 7 | A.  Yes. |
| 01:58:18PM | 8 | Q.  -- of elimination -- |
| | 9 | A.  Yes. |
| 01:58:19PM | 10 | Q.  -- you believe this is because it's the only |
| 01:58:20PM | 11 | one?  Okay. |
| 01:58:22PM | 12 | Okay.  I don't know how your business works, so |
| 01:58:24PM | 13 | you know, I don't know what you're doing on what dates |
| 01:58:26PM | 14 | when, so. |
| 01:58:27PM | 15 | Okay.  So are there any invoices for goats |
| 01:58:41PM | 16 | served at the barbecue?  Do you receive any of those |
| 01:58:44PM | 17 | invoices? |
| 01:58:45PM | 18 | A.  I don't know what you mean. |
| 01:58:47PM | 19 | Q.  ==So earlier there was a community barbecue,== |
| 01:58:50PM | 20 | ==correct, July 9th, 2022?== |
| 01:58:51PM | 21 | ==A.  Okay.== |
| 01:58:52PM | 22 | Q.  And animals are slaughtered for that, yes? |
| 01:58:54PM | 23 | A.  Uh-huh. |
| 01:58:54PM | 24 | Q.  Did you receive any of those invoices for |
| 01:58:56PM | 25 | slaughter or processing? |

**MELANIE SILVA**

| | | |
|---|---|---|
| 02:10:01PM | 1 | So let's start on page two. So you looked for |
| 02:10:05PM | 2 | email correspondence with Ms. Muse regarding articles |
| 02:10:09PM | 3 | concerning Cedar pending litigation. |
| 02:10:11PM | 4 | I did see you produced you said an article that |
| 02:10:14PM | 5 | Ms. Muse sent to you and an email, I believe, correct? |
| 02:10:19PM | 6 | Was there anything else that you found? |
| 02:10:20PM | 7 | A.      No. |
| 02:10:21PM | 8 | Q.      Just the one, okay. |
| 02:10:23PM | 9 | And slaughter bill regarding slaughter of Cedar |
| 02:10:29PM | 10 | indicating by ear tag 367, you found no such bill? |
| 02:10:35PM | 11 | A.      The only bills I found were the ones you had |
| 02:10:39PM | 12 | already put in. |
| 02:10:40PM | 13 | Q.      Okay. Okay. And then documents reflecting |
| 02:10:42PM | 14 | final payment of Cedar by the Dahles. Did you ever get |
| 02:10:45PM | 15 | the Dahles' payment documents for Cedar? |
| 02:10:47PM | 16 | A.      I don't believe they paid. |
| 02:10:48PM | 17 | Q.      You don't believe they paid? |
| 02:10:50PM | 18 | A.      No. |
| 02:10:50PM | 19 | Q.      Okay. Did Ms. Muse pay on their behalf? |
| 02:10:53PM | 20 | A.      No. |
| 02:10:53PM | 21 | Q.      Okay. All right. And then emails to and from |
| 02:10:59PM | 22 | the CDFA concerning Cedar or this litigation. You |
| 02:11:03PM | 23 | produced everything you found in relation to that, I |
| 02:11:06PM | 24 | presume? |
| 02:11:07PM | 25 | A.      Yes. |

```
 1                PENALTY OF PERJURY
 2      Please be advised I have read the foregoing
 3      deposition, and I hereby state there are:
 4
 5      (Check one)    _____ no corrections
 6                     _____ corrections attached
 7
 8      Executed on _____
 9                       Date
10
11                  _____
                         MELANIE SILVA
12
13
14
15                       ---oOo---
16
17
18
19
20
21
22
23
24
25
```

```
 1            DEPONENT'S CHANGES OR CORRECTIONS

 2   Note:  If you are adding to your testimony, print the
     exact words you want to add.  If you are deleting from
 3   your testimony, print the exact words you want to
     delete.  Specify with "Add" or "Delete" before each
 4   entry.  Please sign and date this form.

 5   Deposition of:  MELANIE SILVA
     Name of Case:  LONG vs. FERNANDEZ, etc.
 6   Date of Deposition:  FEBRUARY 9, 2023

 7
     I, _____, have made the
 8   following changes in my deposition:

 9   PAGE      LINE      ADD/DELETE

10   ____      ____      _____

11
     ____      ____      _____
12

13   ____      ____      _____

14
     ____      ____      _____
15

16   ____      ____      _____

17
     ____      ____      _____
18

19   ____      ____      _____

20
     ____      ____      _____
21

22   ____      ____      _____

23
     ____      ____      _____
24

25   SIGNATURE _____DATE _____
```

```
 1                 REPORTER'S CERTIFICATE

 2

 3          I hereby certify that the witness in the

 4   foregoing deposition was duly sworn by me to tell the

 5   truth, the whole truth, and nothing but the truth in the

 6   within-entitled cause; that said deposition was taken at

 7   the time and place herein named; and that the testimony

 8   of said witness was reported by me, a duly certified

 9   shorthand reporter and disinterested person, and was

10   thereafter transcribed under my direction by

11   computer-assisted transcription.

12          I further certify that I am not of counsel or

13   attorney for either or any of the parties to said

14   deposition, nor in any way interested in the outcome of

15   the case named in said caption.

16          IN WITNESS WHEREOF, I have hereunto set my

17   hand.

18

19          DATED:  FEBRUARY 26, 2024

20

21

22          _____

23              SUZANNA MICKELSON, CSR No. 14270

24                    State of California

25
```