# EXHIBIT 10
# Gordon Declaration

# (Text Messages, Exhibit O to Silva Dep., Vol. 2)



**Melanie**

> You alright with me sending goat lady that she has till tomorrow morning at 8 or authorities are going to be contacting her? I don't have time to deal with this much longer.

Yes

I emailed Mike and left a voicemail but he didn't reply.

Just saw voicemail I emailed Orlando list Monday but will do it again first thing tomorrow











