# EXHIBIT 11
# Gordon Declaration

# (Text Messages, Exhibit P to Silva Dep., Vol. 2)





Melanie

buyers list with addresses in excel?

At the eye dr won't be back until tomorrow but can send it then. Eyes are getting dilated I will be blind for a bit lol

Lol. No hurry. Thank you

Welcome

Aug 17, 2022 at 6:15 PM

Good evening. Did you by chance forget us? 😄

Oh crap yes is it all set up at least?

I will be there in 5

**Melanie**

> Not sure yet. Thank you

Sorry

> No worries

Thought it was next week for some reason 🫠

I'm not finding it

> I'll text them.

Maybe call your niece?

K

Forgot super steer meeting tonight so I was late and it wasn't set up and the buckle is nowhere to be found





Melanie

Supposedly.

Sam says you are named in the complaint though you are not a defendant. Would you have any interest in talking to the reporter? (He is trying to hunt down a number for you. I didn't share yours but told him I'd check if you are interested.)

He called here already I have no comments for him tho.
Did you forward that message from someone?

It's all in law enforcements hands
I did not give him your







Text conversation with Melanie:
- Livestock.
- Yea call you in a minute
- I left Mike a message and talked to Sarah.

Wed, Dec 7 at 12:40 PM
- Hi my friend. Do you have time to meet for lunch next week?

Sun, Dec 11 at 9:35 AM
- Where did u go? Delivered
- I'm still in Anderson. 🙄
- 🙂

Thu, Dec 15 at 3:40 PM

