# EXHIBIT 13
# Gordon Declaration

# (Viral Instagram Post,
# Exhibit B to Macfarlane Dep., Vol. 1)

