# EXHIBIT 15
# Gordon Declaration

# (First Offer to Pay Damages, Exhibit D to Macfarlane Dep., Vol. 1)

# Fw: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

EXHIBIT
D 11/15/23
macfarlane

----- Forwarded Message -----
**From:** Ross, Bruce <bruce.ross@sen.ca.gov>
**To:** ███
**Sent:** Monday, June 27, 2022 at 12:41:35 PM PDT
**Subject:** FW: Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

Here you go. Sorry you're dealing with this.

**Bruce Ross**

*District Director,* **Senator Brian Dahle**

Office: (530)███  •  Mobile: (530)███

Bruce.Ross@sen.ca.gov

*"An opinion should be the result of thought, not a substitute for it." -- Frazz*

**From:** Fort, Sheldon <Sheldon.Fort@sen.ca.gov>
**Sent:** Monday, June 27, 2022 12:21 PM
**To:** Ross, Bruce <Bruce.Ross@sen.ca.gov>; Bennett, Alice <Alice.Bennett@asm.ca.gov>; Cook, Josh <Josh.Cook@sen.ca.gov>; Orosco, David <David.Orosco@sen.ca.gov>; Brahms, Erik <Erik.Brahms@asm.ca.gov>
**Subject:** Goat theft at the Fair..... I think Brian bought this goat, how do we wanna handle this?

*Long, Jessica

**Address:**

Email:

jessica

Phone:

Contact Date:

06/27/2022 12:15 pm

IP Address:

97.84.102.9



List Name

Wildfire Funding

Issue Name

Wildfire Funding

Stance

Comments

Dear Brian Dahle Campaign Team,Thank you so much for supporting the 4-H kids and buying my 9-year old daughters market goat for the 4-H BBQ. We dont have land and were fortunate to have someone offer a location on their land to house her goat. She made daily trips to feed, train and care for her goat. This was my daughters first year in 4-H and my first experience with 4-H as well.Just before fair, my daughter knew she was becoming attached and the thought of slaughtering him was too sad. I started looking for solutions but wasnt able to find a solution until the second day of fair. We found a farm to donate my daughters goat to where he would clear land for fire prevention. The farmer has contracts with CalFire and this resonated strongly with us a beautiful solution as we lived here during the Carr Fire and almost lost our home to it. I asked people if we could leave fair and donate him to helping support farmers that do brush clearing. They said it was too late since we were already at fair. I spent the next several days pouring over the fair rules looking for a way out. The last night of fair it was time to say her final goodbyes. My daughter sobbed in her pen with her goat. It was heart breaking. I knew that this was our last time doing a market animal. The barn was mostly empty and I decided to break the rules and take the goat that night and deal with the consequences later. I knew when I took it that my next steps were to make it right with the buyer and the fair.I am writing to ask you how I can make things right. I will pay you back for the goat and any other expenses I caused. I would like to ask for your support in finding a solution. The live stock manager has been in contact with me and is threatening to have me arrested for a felony of stealing livestock unless I return it. Please call BJ McFarlane, the livestock manager at          and ask him to pause on the arrest threats until we can find a solution. Thank you for considering

Sheldon Fort

District Coordinator

Constituent Services Manager

Senator Brian Dahle

**Office** ███████

**Cell** ███████

Sheldon.Fort@Sen.Ca.Gov