# EXHIBIT 16
# Gordon Declaration

# (Excerpts of Macfarlane Dep., Vol. 2 )

# In The Matter Of:

*LONG vs.*

*FERNANDEZ*

*B.J. MACFARLANE*

*Vol. 2*

*February 9, 2024*

*Challe, Fisher & Morfin*

*1828 South Street*

*Redding, California  96001*

*(530)246-0942*

*cfmdepos@att.net*

Original File B.J. Macfarlane, Vol II.txt

**Min-U-Script® with Word Index**

```
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF CALIFORNIA

 3                    SACRAMENTO DIVISION

 4

 5  E.L., a minor, by and through   )
    her general guardian, JESSICA   )
 6  LONG; JESSICA LONG, an          )
    individual,                     )
 7                                  )
            Plaintiffs,             )  Case No.
 8  vs.                             )  2:22-cv-01527-DAD-AC
                                    )
 9  LIEUTENANT JERRY FERNANDEZ      )
    individually and in his         )
10  individual capacity as Sheriff  )
    for the County of Shasta;       )
11  DETECTIVE JACOB DUNCAN,         )
    individually and in his         )
12  individual capacity as Sheriff  )
    for the County of Shasta;       )
13  DETECTIVE JEREMY ASHBEE,        )
    individually and in his         )
14  individual capacity as Sheriff  )
    for the County of Shasta;       )
15  SHASTA DISTRICT FAIR AND EVENT  )
    CENTER, a district agricultural )
16  association; COUNTY OF SHASTA;  )
    SHASTA COUNTY SHERIFF'S         )
17  DEPARTMENT; MELANIE SILVA, in   )
    her individual capacity; BJ     )
18  MACFARLANE, in his individual   )
    capacity; and DOES 1 through    )
19  10,                             )
                                    )
20          Defendants.             )
    _____)
21

22          VIDEO DEPOSITION OF BJ MACFARLANE

23             PAGE 225-391, VOLUME II

24            FRIDAY, FEBRUARY 9, 2024

25
```

**Challe, Fisher & Morfin**
Redding, California   (530)246-0942

225

```
 1                    PENALTY OF PERJURY
 2      Please be advised I have read the foregoing
 3      deposition, and I hereby state there are:
 4
 5      (Check one)    _____ no corrections
 6                     _____ corrections attached
 7
 8      Executed on _____
 9                      Date
10
11                  _____
                     BJ MACFARLANE
12
13
14
                         ---oOo-
15
```

**B.J. MACFARLANE**

```
08:33:32AM  1   A.      I never added him, I don't believe, as a
08:33:36AM  2   contact.  I have not seen it.  I lost a lot of stuff
08:33:39AM  3   when I changed my phone number here in -- I don't know.
08:33:43AM  4   Q.      Okay.  So who gave you the -- you said you were
08:33:48AM  5   waiting on permission to -- for direction to have Cedar
08:33:53AM  6   slaughtered, correct?
08:33:54AM  7   A.      Yes.
08:33:54AM  8   Q.      When it was at your house?  Who ultimately gave
08:33:58AM  9   you the direction to?
08:33:58AM 10   A.      I believe it was either Melanie or Kathie.
08:34:01AM 11   Q.      Melanie or Kathie.  Did -- why do you believe
08:34:04AM 12   that?
08:34:04AM 13   A.      Because that's who -- I don't know.  That's who
08:34:10AM 14   the -- my boss -- it wasn't even my boss.  The CEO of
08:34:16AM 15   the fair and the owner of the goat.
08:34:17AM 16   Q.      Okay.  And your understanding was that they were
08:34:20AM 17   in communication with law enforcement?
08:34:21AM 18   A.      Yes.
08:34:23AM 19   Q.      And by "law enforcement," I mean the sheriff's
08:34:26AM 20   office, and you said maybe the sheriff, but it maybe it
08:34:30AM 21   was the lieutenants as well?
08:34:32AM 22           MR. NORTHCUTT:  Objection.  Misstates testimony.
08:34:34AM 23   He never said it was the sheriff.  He, in fact,
08:34:37AM 24   testified he said it wasn't the sheriff.  It was the
08:34:40AM 25   sheriff's department.
```

**B.J. MACFARLANE**

| | | |
|---|---|---|
| 10:25:08AM | 1 | This is from one of the pdf's you sent us, so. |
| 10:25:20AM | 2 | Yeah, I think it's this. |
| 10:25:31AM | 3 | It's the same.  Although this may go back -- BJ, |
| 10:25:45AM | 4 | you might want to keep your phone out.  This chain might |
| 10:25:49AM | 5 | go back -- this one looks like it goes back further.  Or |
| 10:25:54AM | 6 | no, it's the same thing. |
| 10:25:55AM | 7 | A.    August 1st. |
| 10:25:56AM | 8 | Q.    It's the same thing just repeating three times |
| 10:25:58AM | 9 | in a row, okay.  All right.  I think these are all the |
| 10:26:04AM | 10 | same, but. |
| 10:26:12AM | 11 | Yeah.  Okay.  I'll double check that. |
| 10:26:17AM | 12 | Let's go -- so this will be -- this will be |
| 10:26:21AM | 13 | Exhibit I.  BJ, keep them in order. |
| 10:26:29AM | 14 | So these appear to be the same.  Let me just |
| 10:26:31AM | 15 | reverse order this once, then I'll go through it with |
| 10:26:34AM | 16 | you. |
| | 17 | (Whereupon, Exhibit I, text chain between |
| | 18 | BJ Macfarlane and Melanie Silva, date range |
| | 19 | 7-28-22 through 2-15-23, totaling 9 pages, |
| 10:27:03AM | 20 | was marked for identification.) |
| 10:27:03AM | 21 | Q.    Okay.  So BJ, this text looks like it starts off |
| 10:27:23AM | 22 | with, we're on Exhibit I, and do you know what this -- |
| 10:27:26AM | 23 | for the record, BJ, what are you holding right now? |
| 10:27:28AM | 24 | A.    Text message from Melanie. |
| 10:27:30AM | 25 | Q.    Between you and Melanie Silva? |

**B.J. MACFARLANE**

| | | |
|---|---|---|
| 10:27:33AM | 1 | A. Yes. |
| 10:27:33AM | 2 | Q. And the first text it looks like your writing on |
| 10:27:37AM | 3 | the right hand -- the text on the right-hand side of |
| 10:27:41AM | 4 | yours, correct? |
| 10:27:42AM | 5 | A. Yes. |
| 10:27:42AM | 6 | Q. Okay. Says, "Goat is getting butchered within |
| 10:27:46AM | 7 | the half hour." So did that tell you that you must have |
| 10:27:49AM | 8 | sent this text on July 28th, correct? |
| 10:27:52AM | 9 | A. Yes. |
| 10:27:52AM | 10 | Q. Okay. And then she responds, "I'm going to come |
| 10:27:57AM | 11 | by" -- and you write, "I'm going to come by tomorrow if |
| 10:28:00AM | 12 | you are around after kids doctors appointment. Can I |
| 10:28:03AM | 13 | use Zoom one more time." |
| 10:28:04AM | 14 | And then Melanie responds, "Yes you can. I |
| 10:28:07AM | 15 | should be here trying to figure out 3K and add-ons and |
| 10:28:11AM | 16 | where it should go. I hate figuring that out." |
| 10:28:15AM | 17 | Okay. So the top text where it says, "Goat is |
| 10:28:17AM | 18 | getting butchered within the half hour," you were just |
| 10:28:22AM | 19 | explaining to Melanie -- the goat -- strike that. |
| 10:28:24AM | 20 | The goat here is Cedar, correct? |
| 10:28:26AM | 21 | A. Yes. |
| 10:28:26AM | 22 | Q. And you were explaining to Melanie that he's |
| 10:28:29AM | 23 | getting butchered within that day by -- and that, you |
| 10:28:34AM | 24 | know -- what time of day would this have been, if you |
| 10:28:37AM | 25 | know? |

B.J. MACFARLANE

```
10:28:37AM  1   A.      1:05 p.m.
10:29:20AM  2   Q.      1:05 p.m.  Okay.  All right.  Okay.  And when
10:29:24AM  3   you say, "I'm going to come by tomorrow if the kids are
10:29:27AM  4   around," what were you referring to?
10:29:31AM  5           After the kids -- "I'm going to come by tomorrow
10:29:35AM  6   if you are around after kids doctors appointments."
10:29:40AM  7   A.      I'm not sure why I wrote that.
10:29:42AM  8   Q.      Did you bring Cedar's meat to Melanie the next
10:29:45AM  9   day?
10:29:46AM 10   A.      No.
10:29:46AM 11   Q.      No?  Okay.
10:29:48AM 12           MR. BRIDGES:  Just --
10:29:51AM 13           MR. GORDON:  That's why I was asking.
10:29:52AM 14           MR. BRIDGES:  Yeah, he said he didn't know what
10:29:55AM 15   happened to the meat.
10:29:55AM 16           MR. GORDON:  Yeah.  I wasn't saying he testified
10:29:57AM 17   to it.  I was asking looking at this text.
10:30:00AM 18   Q.      Okay.  All right.  You respond on the bottom of
10:30:05AM 19   that page, "Can you send me buyers list with addresses
10:30:10AM 20   in Excel."  What were you referring to there, BJ?
10:30:13AM 21   A.      I think I was lining up the pictures for her
10:30:26AM 22   because after that we do pictures for the buyers.
10:30:33AM 23   Q.      Okay.  Did this -- did that text have anything
10:30:36AM 24   to do with Cedar?
10:30:37AM 25   A.      No.
```

## B.J. MACFARLANE

| | | |
|---|---|---|
| 10:58:44AM | 1 | all right with sending goat lady that she has till |
| 10:58:47AM | 2 | tomorrow morning at 8 or authorities are going to be |
| 10:58:50AM | 3 | contacting her," what date that is?  Check your phone if |
| 10:58:54AM | 4 | you need to. |
| 10:58:55AM | 5 | A.    June 28th. |
| 10:58:57AM | 6 | Q.    Okay.  So June 28th this begins.  And we're on |
| 10:59:06AM | 7 | Exhibit J.  This is Exhibit J.  June 28th it begins.  At |
| 10:59:10AM | 8 | what time? |
| 10:59:11AM | 9 | A.    5:41 p.m. |
| 10:59:16AM | 10 | Q.    Okay.  All right.  Okay.  So what is the next |
| 10:59:25AM | 11 | page? |
| 10:59:27AM | 12 |      Now, actually before we change, BJ, who is -- it |
| 10:59:30AM | 13 | says, "I just saw voicemail" -- at the bottom, Ms. |
| 10:59:34AM | 14 | Silva, she writes, "I just saw voicemail.  I emailed |
| 10:59:39AM | 15 | Orlando list Monday."  What list is being referred to |
| 10:59:41AM | 16 | here? |
| 10:59:41AM | 17 | A.    Orland Butcher. |
| 10:59:44AM | 18 | Q.    For -- okay, for Cedar? |
| 10:59:46AM | 19 | A.    No.  Nothing to do with this. |
| 10:59:49AM | 20 | Q.    Okay.  All right.  What I suspected, but I'm |
| 10:59:50AM | 21 | just confirming. |
| 10:59:52AM | 22 |      All right.  So let's go to the next page.  And |
| 10:59:55AM | 23 | what's the top of the next page says, "Yes"? |
| 10:59:57AM | 24 | A.    "Yes." |
| 10:59:57AM | 25 | Q.    Okay.  "Yes.  I emailed Mike and left voice" -- |

**B.J. MACFARLANE**

| | | |
|---|---|---|
| 11:09:38AM | 1 | Is that text, did you understand that to refer |
| 11:09:41AM | 2 | to Cedar because you were having a lot of issues with |
| 11:09:43AM | 3 | Cedar around that point in time? |
| 11:09:45AM | 4 | A.      Yes. |
| 11:09:47AM | 5 | Q.      Okay.  Now, this is -- do you know the date of |
| 11:09:50AM | 6 | that text? |
| 11:09:50AM | 7 | A.      July 28th.  Or July 18th, I'm sorry.  July 18th. |
| 11:10:11AM | 8 | Q.      Okay.  So the next text on here you have -- it |
| 11:10:17AM | 9 | goes to July 22nd, and you have "FOF pig 263 pounds." |
| 11:10:22AM | 10 | That has nothing to do with Cedar, correct? |
| 11:10:24AM | 11 | A.      No. |
| 11:10:24AM | 12 | Q.      And FOF is just Friends of Fair? |
| 11:10:27AM | 13 | A.      Yeah. |
| 11:10:28AM | 14 | Q.      Okay, thanks.  And then you respond, "What's |
| 11:10:30AM | 15 | gal's name at Bowman?  Kathie said okay but no one needs |
| 11:10:33AM | 16 | to know about this.  You and me are the" -- "and Kathie |
| 11:10:37AM | 17 | are the only ones" -- "are only ones."  This is |
| 11:10:39AM | 18 | referring to Cedar, yes? |
| 11:10:40AM | 19 | A.      Yes. |
| 11:10:41AM | 20 | Q.      Okay.  "It got killed and donated to nonprofit |
| 11:10:44AM | 21 | if anyone asks." |
| 11:10:47AM | 22 | Why would -- why would there be -- why did you |
| 11:10:51AM | 23 | say this should have been donated to a nonprofit if |
| 11:10:55AM | 24 | anyone asks? |
| 11:10:56AM | 25 | A.      Because the -- I think Kathie's the one that |

```
 1                 REPORTER'S CERTIFICATE

 2

 3          I hereby certify that the witness in the

 4   foregoing deposition was duly sworn by me to tell the

 5   truth, the whole truth, and nothing but the truth in the

 6   within-entitled cause; that said deposition was taken at

 7   the time and place herein named; and that the testimony

 8   of said witness was reported by me, a duly certified

 9   shorthand reporter and disinterested person, and was

10   thereafter transcribed under my direction by

11   computer-assisted transcription.

12            I further certify that I am not of counsel or

13   attorney for either or any of the parties to said

14   deposition, nor in any way interested in the outcome of

15   the case named in said caption.

16            IN WITNESS WHEREOF, I have hereunto set my

17   hand.

18

19          DATED:  FEBRUARY 25, 2024

20

21

22          _____

23              SUZANNA MICKELSON, CSR No. 14270

24                    State of California

25
```