# EXHIBIT 17
# Gordon Declaration

# (Text Messages,
# Exhibit J to Macfarlane Dep., Vol. 2 )



**Melanie**

> You alright with me sending goat lady that she has till tomorrow morning at 8 or authorities are going to be contacting her? I don't have time to deal with this much longer.

Yes

I emailed Mike and left a voicemail but he didn't reply.

Just saw voicemail I emailed Orlando list Monday but will do it again first thing tomorrow



**Melanie**

Yes

I emailed Mike and left a voicemail but he didn't reply.

Just saw voicemail I emailed Orlando list Monday but will do it again first thing tomorrow

Jun 29, 2022 at 8:51 AM

Good morning. Any word from your goat lady ?

No
You either I take it?

I told her 10. Kathy is pissed now too cause



**Melanie**

> I told her 10. Kathy is pissed now too cause technically she owns the goat. You want to call chp or you want me to?

Can you call me please ur voicemail is full

Call me please

> Goat Theif

We are contacting the Sheriff for the goat waiting for a call back

> 👍

I available today if they



**Melanie**

need someone to haul it? Just so I am prepared if they do

I can keep you posted on that part too

Or Jerry Fernandez is going to call you for info on goat please pickup if you can

Lt Jerry Fernandez with Sherriffs office

Jul 1, 2022 at 11:03 AM

Hey BJ I have lamb 215 & 251 I have no information



**Melanie**

on.

From and r

a and r

Ok thank I will investigate and call. Still have to have phones forwarded due to goat calls you can give lockers and kill plants my cell number if you like.

Jul 1, 2022 at 12:17 PM

I'm sorry to bother you I have a goat that was suppose to go Bowman Meats for Vista Real Estate and it got marked resale and is on Redwood







**Melanie**

replace missing one?

> Uhh not sure. Will have to contact superior. Or call Dwayne at a and r and see if he can get one.

Jul 18, 2022 at 10:29 AM

I keep meaning to text you and let you know your contract and check r ready
Also can I get Randy Parnells address please

> 👍 I'll get Randy's address. I have a goat if you want one? 😁