# EXHIBIT 18
# Gordon Declaration

# (Text Messages,
# Exhibit I to Macfarlane Dep., Vol. 2 )



Melanie

> Goat is getting butchered within the half hour. Finally. I am going to come by tomorrow if you are around after kids Dr appts. Can I use your zoom one more time?

Jul 28, 2022 at 2:36 PM

Yes you can
I should be here trying to figure out 3k in addons and where it should go 😭 I hate figuring that out

Aug 1, 2022 at 3:33 PM

> Can you send me the buyers list with



**Melanie**

buyers list with addresses in excel?

At the eye dr won't be back until tomorrow but can send it then. Eyes are getting dilated I will be blind for a bit lol

Lol. No hurry. Thank you

Welcome

Aug 17, 2022 at 6:15 PM

Good evening. Did you by chance forget us? 😀

Oh crap yes is it all set up at least?

I will be there in 5



**Melanie**

Not sure yet. Thank you

Sorry

No worries

Thought it was next week for some reason 🫣

I'm not finding it

I'll text them.

Maybe call your niece?

K

Forgot super steer meeting tonight so I was late and it wasn't set up and the buckle is nowhere to be found



🤣🤣

I do that way to often with you lol

😂

Aug 31, 2022 at 9:57 AM

BJ, good morning.

We got a call from Sam Stanton at the Sacramento Bee. Apparently the goat girl's mom or PETA friends are suing over the goat. Federal case. Unlawful search and seizure. Supposedly.



**Melanie**

Supposedly.

Sam says you are named in the complaint though you are not a defendant. Would you have any interest in talking to the reporter? (He is trying to hunt down a number for you. I didn't share yours but told him I'd check if you are interested.)

He called here already I have no comments for him tho.
Did you forward that message from someone?

It's all in law enforcements hands
I did not give him your







