# EXHIBIT 19
# Gordon Declaration

# (Excerpts of E.L. Dep.)

# In The Matter Of:

*LONG vs.*
*FERNANDEZ*

*E.L.*
*August 13, 2024*

*Challe, Fisher & Morfin*
*1828 South Street*
*Redding, California  96001*
*(530)246-0942*
*cfmdepos@att.net*

Original File E.L..txt
**Min-U-Script® with Word Index**

```
                UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA

                    CALIFORNIA DIVISION

                         ---o0o-

E.L., a minor, by and through her
general guardian, JESSICA LONG;
JESSICA LONG, an individual,

          Plaintiffs,
                                      Case No.
                                      2:22-cv-01527-DAD-AC
     vs.

LIEUTENANT JERRY FERNANDEZ, in
his individual capacity;
DETECTIVE JACOB DUNCAN, in his
individual; DETECTIVE JEREMY
ASHBEE, in his individual
capacity, and DOES 1 through 10,

          Defendants.
_____/


          VIDEO-RECORDED REMOTE DEPOSITION OF E.L.

                TUESDAY, AUGUST 13, 2024

                       10:10 A.M.



     Reported by:  JULIE BANGHART, CSR NO. 10547
```

**Challe, Fisher & Morfin**
**Redding, California  (530)246-0942**

```
 1                     A P P E A R A N C E S

 2        For The Plaintiffs E.L. and JESSICA LONG:

 3             (Present via computer.)
               ADVANCING LAW FOR ANIMALS
 4             BY:  RYAN R. GORDON, ESQ.
               BY:  VANESSA T. SHAKIB, ESQ.
 5             407 N. Pacific Coast Highway #267
               Redondo Beach, CA  90277
 6             (202) 996-8389
               Tgordon@advancinglawforanimals.Org
 7             Vshakib@advancinglawforanimals.Org

 8        For The Defendants COUNTY OF SHASTA; SHASTA COUNTY
          SHERIFF'S DEPARTMENT; LIEUTENANT JERRY FERNANDEZ,
 9        DETECTIVE JACOB DUNCAN AND DETECTIVE JEREMY ASHBEE:

10             (Present via computer.)
               BEST BEST & KRIEGER
11             BY:  DAMIAN A. NORTHCUTT, ESQ.
               2855 East Guasti Road, Suite 400
12             Ontario, CA  91761
               (909) 989-8584
13             Damian.Northcutt@bbklaw.Com

14        For The Defendant STATE OF CALIFORNIA:

15             (Present via computer.)
               CALIFORNIA ATTORNEY GENERAL'S OFFICE
16             BY:  JOHN C. BRIDGES, ESQ.
               1300 I Street
17             Sacramento, CA 95814-2963
               (916) 210-7529
18             John.Bridges@doj.Ca.Gov

19        For the Defendant KATHIE MUSE:

20              (Present via computer.)
                REESE SMALLEY WISEMAN & SCHWEITZER, LLP
21              By:  IAN S. COLLINS, ESQ.
                1265 Willis Street
22              Reddiing, CA  96001
                (530) 241-1611
23              Ralph.Collins@rswslaw.Com

24

25        Also PRESENT:  Jeff Leland, Videographer
```

E.L.

|       |    |                                                                                  |
|-------|----|----------------------------------------------------------------------------------|
|       | 1  | tired of taking care of Cedar?                                                   |
|       | 2  | A.    I don't remember.                                                          |
|       | 3  | Q.    Do you remember telling anyone that you were tired of                      |
|       | 4  | taking care of Cedar?                                                            |
| 11:17 | 5  | A.    I don't remember.                                                          |
|       | 6  | Q.    Were you tired of taking care of Cedar?                                    |
|       | 7  | A.    I don't remember.                                                          |
|       | 8  | Q.    Did -- as far as you can remember, did you ever tell                       |
|       | 9  | Ms. DeLarosa that you couldn't wait to sell Cedar at the                         |
| 11:17 | 10 | fair?                                                                            |
|       | 11 | A.    I don't remember.                                                          |
|       | 12 | Q.    Did you ever tell your mom that you didn't want to go                      |
|       | 13 | to the fair?                                                                     |
|       | 14 | A.    I don't remember.                                                          |
| 11:18 | 15 | Q.    Before -- before you went to the fair with Cedar, did                      |
|       | 16 | you want to avoid the fair?  I mean, did you not want to go                      |
|       | 17 | to the fair with him?                                                            |
|       | 18 |       MR. GORDON:  Vague as to time.                                             |
|       | 19 | Q.    MR. BRIDGES:  Before -- before you took him.                               |
| 11:18 | 20 | A.    I don't remember.                                                          |
|       | 21 | Q.    Did you want to go to the fair with Cedar?                                 |
|       | 22 | A.    I don't remember.                                                          |
|       | 23 | ==Q.    Did you ever tell your mom that you didn't want Cedar==                  |
|       | 24 | ==to be used for meat?==                                                         |
| 11:18 | 25 | ==A.    Yes.==                                                                   |

E.L.

| | | | |
|---|---|---|---|
| | 1 | Q. | When did you tell her that? |
| | 2 | A. | Right after the auction. |
| | 3 | Q. | Did you ever tell her that before the auction? |
| | 4 | A. | I don't remember. |
| 11:19 | 5 | Q. | What did she say after the auction when you told her that you didn't want Cedar to be used for meat? |
| | 7 | A. | I don't remember. |
| | 8 | Q. | Did she tell you that she didn't want him to be used for meat either? |
| 11:19 | 10 | A. | I don't remember. |
| | 11 | Q. | Do you remember what happened after you told your mom that you didn't want Cedar to be used for meat after the auction? |
| | 14 | A. | We took him to Sacramento. |
| 11:19 | 15 | Q. | Before that, let's say before the auction, okay, but during the fair. Okay. Do you understand my timeline? So from the time you took Cedar to the fair until the auction, did you ever ask anyone at the fair if Cedar could be removed from the fairgrounds? |
| 11:20 | 20 | A. | I don't remember. |
| | 21 | Q. | Did your mom ever do you? Do you know if your mom ever talked with anyone at the fair about taking Cedar out? |
| | 23 | A. | I don't remember. |
| | 24 | Q. | Did you ever tell anyone in the 4-H club that you did not want to sell Cedar at the auction? |

E.L.

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Q.    Have you ever been to the community barbecue?          |
|       | 2  | A.    I don't remember.                                      |
|       | 3  | Q.    Do you know if you had any friends who have been to    |
|       | 4  | the community barbecue?                                      |
| 11:24 | 5  | A.    I don't know.                                          |
|       | 6  | Q.    Do you know anything about the 4-H FFA Community       |
|       | 7  | Barbecue?                                                    |
|       | 8  | A.    No.                                                    |
|       | 9  | Q.    I'll mark this as Exhibit 3 to the deposition.  I'm    |
| 11:25 | 10 | going to stop sharing my screen now.                         |
|       | 11 |       (Exhibit 3 was marked.)                                |
|       | 12 | Q.    MR. BRIDGES:  Okay.  You said a few minutes ago that   |
|       | 13 | after the auction you told your mom that you didn't want     |
|       | 14 | Cedar to go to market, so you and your mom took him from the |
| 11:25 | 15 | fairgrounds and took him to Sacramento.                      |
|       | 16 |       Do you remember saying that?                           |
|       | 17 | A.    Yes.                                                   |
|       | 18 | Q.    Was it your idea to remove Cedar from the              |
|       | 19 | fairgrounds?                                                 |
| 11:25 | 20 | A.    Yes.                                                   |
|       | 21 | Q.    Did you think that it would be okay to do that when    |
|       | 22 | you did it?                                                  |
|       | 23 | A.    Yes.                                                   |
|       | 24 | Q.    Why did you think that?                                |
| 11:25 | 25 | A.    I don't remember.                                      |

**E.L.**

```
 1                    PENALTY OF PERJURY
 2
 3       I, the undersigned, hereby certify that I have read
 4  the foregoing deposition, that I know the contents thereof,
 5  and I declare under penalty of perjury under the laws of the
 6  State of California that the foregoing is true and correct,
 7  and that there are:
 8
 9  (Check one)                   _____   NO CORRECTIONS
10                                _____   CORRECTIONS AS ATTACHED
11
12      Executed this _____ day of _____, 2024.
13
14
15
16
17
18                              _____
19                                           E.L.
20
21                            ---o0o---
22
23
24
25
```

**Challe, Fisher & Morfin**
**Redding, California   (530)246-0942**

57

```
 1                    CERTIFICATE OF REPORTER

 2

 3         I, JULIE BANGHART, a Certified Shorthand Reporter,
    licensed by the State of California, License No. 10547,
 4  being empowered to administer oaths and affirmations
    pursuant to Section 2093(b)(1) of the Code of Civil
 5  Procedure, do hereby certify:

 6         That the witness in the foregoing deposition, E.L.,
    was present at the time and place specified and was by me
 7  sworn to testify to the truth, the whole truth, and nothing
    but the truth;
 8
           That said proceeding was taken before me in shorthand
 9  writing, and was thereafter transcribed under my direction
    by computer-aided transcription;
10
           That the foregoing transcript constitutes a full,
11  true, and accurate record of the proceedings which took
    place;
12
           That I am not of counsel of attorney for any of the
13  parties hereto, or in any way interested in the event of
    this cause, and that I am not related to any of the parties
14  hereto.

15         IN WITNESS WHEREOF, I have hereunto subscribed my
    signature on this 27th of August, 2024.
16

17

18

19
                         Julie Banghart.
20

21                       _____

22                       JULIE BANGHART, CSR 10547

23

24

25
```