# EXHIBIT 20
# Jessica Long Declaration

# (Bidder's Rules)

**FROM YOUR PURCHASE...**

You can expect to receive the following approximate amounts of TOP QUALITY meats: For each 1,000 lbs. of beef purchased; 400 lbs. of steaks, roasts, lesser cuts and ground meat. For each 200 lbs. of hog purchased: 140 lbs. ham, bacon, roasts, chops, lesser cuts, sausage and lard. For each 100 lbs. of lamb purchased: 50 lbs. of roasts, chops and lesser cuts.

## EXAMPLES

If you decide to have the auction committee resell the animal at market value, the total amount billed would be the difference between your bid and the actual market value. This is the amount billed to you (and may be tax deductible).

### Cost of A Lamb

Lambs weigh between 115-160 lbs. live. The average yield is 50 lbs. If the wholesale market price is $.80/lb., and you bid $8.00/lb. on a 120 lb. lamb, the cost would be:

| Resale | | Custom |
|---|---|---|
| $960.00 | Total Bid Price | $ 960.00 |
| ( 96.00) | Market Price I Processing | 160.00 |
| $864.00 | Total | $1,120.00 |

### Cost of a Hog

Hogs weigh between 220-285 lbs. live and the average yield is 125 lbs. of processed meat.

If the wholesale market price is $0.50/lb. and you bid $5.00/lb. on a 230 lb. hog, the cost would be:

| Resale | | Custom |
|---|---|---|
| $1,150.00 | Total Bid Price | $1,150.00 |
| ( 115.00) | Market Price I Processing | $ 365.00 |
| $1,035.00 | Total | $1,515.00 |

### Cost of a Steer

Steers weigh between 1,050-1,450 lbs. live and the average yield is 400 lbs. of processed meat.

If the wholesale market price is $0.90/lb. and you bid $4/lb. on a 1,164 lb. steer, the cost would be:

| Resale | | Custom |
|---|---|---|
| $4,656.00 | Total Bid Price | $4,656.00 |
| (1,074.60) | Market Price I Processing | $ 900.00 |
| $3,608.40 | Total | $5,556.00 |

**Processing Charges will be added to all animals not resold.**
**Processing includes: cut, wrap, etc.**

## Thank You 2021 Buyers !

**Grand Champion Steer**
Brayden Haynes, Independent - Emergency Command Center Inc., & Shasta Farm & Equipment

**Reserve Grand Champion Steer**
Ella Wilson, Foothill FFA - S T Rhoades Construction Inc.

**FFA Reserve Champion Steer**
Vanessa Adams, West Valley FFA– Ted Pella, Inc.

**4-H Reserve Champion Steer**
Sydney Frost, Golden Acres 4-H—Ray's Truck & Equipment Repair, Hutchins Inc., JVE Hay & Cattle Co.

**Grand Champion Replacement Heifer**
Luke Steele, Independent- Emergency Command Center Inc.

**Grand Champion Swine**
Marissa Davi, West Valley FFA - Emergency Command Center Inc., & Shasta Farm & Equipment

**Reserve Grand Champion Swine**
Samuel Tijerina, Swede FFA - Point S Tire & Auto Service

**4-H Reserve Champion Swine**
Sydney Jones, Foothill 4-H - Crown Motors

**FFA Reserve Champion Swine**
Jadlyn Woolery, Anderson FFA - Stimpel-Wiebelhaus Mt Gate Quarry

**Grand Champion Lamb**
Sadie Frost, Golden Acres 4-H– Rays truck & Equipment Repair, JVE Hay & Cattle Co., & Hutchins Inc.

**4-H Reserve Champion Lamb**
Faith Dersch, Black Butte 4-H– Eddie Axner Construction Inc.

**Reserve Grand Champion Lamb**
Emalee Ross, West Valley 4-H - Crown Motors

**FFA Reserve Champion Lamb**
Jenna Yost, West Valley FFA - Whitey's Custom Speed Shop

**Grand Champion Meat Goat**
Symphony Rouse, Palo Cedro, 4-H - Sierra Pacific Foundation, Peterson Timber Inc., & Creekside Logging

**Reserve Grand Champion Meat Goat**
Aubrey Lambert, Palo Cedro 4-H - Palo Cedro Feed Inc.

**FFA Champion Meat Goat**
Emma Matheson, Redding FFA - Dirt Road Trucking

**FFA Reserve Champion Meat Goat**
Gracie Wold, Anderson FFA - J&H

**4-H Reserve Champion Rabbit Pen**
Glorianna Junokas, Golden Acres 4-H– J Brown Accounting & Vestra Resources

**Grand Champion Rabbit Pen**
Angela Junokas, Golden Acres FFA - Merchant Bank of Commerce

**Reserve Grand Champion Rabbit Pen**
Zionah Young, Anderson 4-H - Dirt Road Trucking



**2022 Fair Theme:**

*Sunshine, Smiles & YOU at the Shasta District Fair 2022*

**Junior Livestock Auction Saturday, June 25, 2022 8 a.m.**

**Main Livestock Show Ring**

The Shasta District Fair invites you to invest in 4-H and FFA this year.

Support youth in our area by becoming a buyer.

See you there....



## JUNIOR LIVESTOCK AUCTION - WHAT IS IT?

The Junior Livestock Auction is the climax of one year's project activities for 4-H and FFA members. As a learning and business experience, these young people have selected, fed, and groomed either a beef, lamb, hog, rabbit, meat goat or poultry. They have brought their project to the Fair to be judged, graded and sold. This is their market place. Here they present their stock and receive monetary value for their project and year of labor.

## WHAT'S IN IT FOR YOU?

As a buyer, you are given a unique opportunity to invest in the youth of Shasta County. Buyers receive public recognition as supporters of 4-H and FFA. These two youth organizations are aimed at building leadership and responsibility in today's youth. As a buyer you are also assured of excellent quality meat. Part of your purchase may qualify for a tax deduction — check with your accountant.

## MECHANICS

Anyone may bid. You are welcome to attend the auction without bidding. A list of animals to be sold is provided for everyone who attends. This list shows the type of animal, its official sale weight, the owner's name and whether it's a 4-H or FFA project. Buyers will receive the sale list at the buyers' registration table located in the foyer of the main show ring.

## BIDS

Bids are made in cents per pound on the official sale weight. The Junior Livestock Auction committee hopes that current market prices will be the minimum; however bidding is open and competitive.

## WHAT TO DO

Buyer's registration desk will open at 7:00 a.m. near the main judging arena at the fairgrounds and will remain open until late afternoon. A buyer number is *necessary* to purchase an animal. Breakfast will be served from 7:00-8:30 a.m. for a nominal charge. The auction will begin promptly at 8:00 a.m.

<u>RETURNING BUYERS:</u> Report to the registration desk to pick up your number and lunch tickets.

<u>NEW BUYERS:</u> Report to the new buyers line at the registration desk. Volunteers will assist you to register and assign you a buyer's number. You will be issued lunch tickets when you register.

<u>BUYERS NOT ABLE TO ATTEND:</u> If you wish to purchase an animal and you are not able to attend the auction, complete the attached bid authorization form. Return the form to the fair office prior to **Thursday, June 16, 2022** and a member of the Auction Committee will purchase an animal *or* send the form with your authorized buyer.

## WHEN YOU BUY

Through arrangements made by the sale committee, you can have your purchased animal processed and delivered to the local locker plant of your choice. If you wish to resell the animal at market price, this has been arranged for you. *When you resell, you pay only the difference between market price and your bid price. This difference in price may be tax deductible.*

Members of 4-H and FFA are responsible for animals until they reach the processing plant. This includes feeding and care following the sale. These project animals have had the best care 4-H and FFA members can provide.

The Junior Livestock Auction is a rare opportunity for adults to support two important youth programs, 4-H Clubs & Future Farmers of America.

> TRI COUNTIES BANK CASHIERS WILL BE AT RING SIDE TO ACCEPT PAYMENTS MADE AT THE SALE: PAYMENT AT THE TIME OF SALE IS GREATLY APPRECIATED. INVOICES ARE MAILED IMMEDIATELY AFTER THE SALE AND PAYMENT IS DUE BY **JULY 15TH**.
>
> VISA & MASTERCARD ACCEPTED !

## 2022 SALE

The auction begins promptly at 8:00 a.m. with the sale of our Market Ready lots. The market animals are rotated periodically as we sell them. The Champions begin selling at approximately 10:00 a.m. Lunch will be provided to all buyers from 11:30 a.m. - 1:00 p.m. After the sale of the Champions we will continue selling our Market Ready animals in a similar rotation as the morning.

We appreciate your support of the Shasta County Youth and look forward to seeing you at the sale. Please call the Fair Office 378-6789 if you have any questions.

Silent Auction ends at 3:00 p.m.

## COMMUNITY BARBEQUE

The 4-H and FFA organizations will be holding a drive-thru community barbeque on Saturday, July 9, 2022 at the Shasta District Fairgrounds. The barbeque showcases the excellent products produced by these youth. If you want to donate your resale animal to this barbeque, please let your ringside clerk know at the time of purchase. **Thank you for supporting the Jr. Livestock Exhibitors.**

---

**Shasta District Fair Jr. Livestock Auction**
1890 Briggs Street, Anderson, CA 96007
**Telephone:** 530-378-6789 / **Fax:** 530-378-6788
E-mail: ceo@sdfeventcenter.com

## Absentee Buyer Form

**Buyer Information:**

Name _____

Address _____

City/State _____

Zip _____   Phone _____

Buyer Number _____

**Seller Information:**

Exhibitor Name _____

Ear Tag # _____ Lot # _____

**Monetary Information:**

Price / Pound _____

OR

Maximum Amount Authorized _____

Name of Person Authorized to Bid (please print):

_____

☐  Resale my purchase

☐  Community BBQ - July 9, 2022

☐  Cut and Wrap my purchase at _____
_____

I certify that I am authorized to sign for this purchase and accept responsibility for payment/collection of the amount due.

Signature _____

Print Name _____

Date _____

*Please note:* In the event that you are out bid by another buyer at the sale - this agreement is null and void.