RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br>v.<br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF E.L IN SUPPORT PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS MELANIE SILVA AND B.J. MACFARLANE**<br><br>[Plaintiffs' Motion for Partial Summary Judgment, Request for Judicial Notice, and Declaration of Ryan Gordon for Jessica Long filed concurrently]<br><br>Date: January 7, 2025<br>Time: 1:30 pm<br>Courtroom: 4, 15th Floor<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 2022 |

## DECLARATION OF E.L.

I, E.L., declare as follows:

1. I am eleven (11) years of age. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto. I am a plaintiff in the above-captioned matter. I am proceeding through my mother, who has been appointed as my guardian ad litem.

2. After my mother and I removed Cedar from the fairgrounds of the 27th District Agricultural Association ("Shasta District Association") on June 25, 2022, I understood that Cedar was still our goat.

3. I never received any notice from Mr. Macfarlane, Ms. Silva, Mrs. Muse, or the Shasta Fair Association that they had custody of Cedar, that they were going to slaughter him, or that they had slaughtered him.

4. I also never had any hearing regarding my rights to Cedar.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 14, 2024                By: 
                                            E.L.

Approved as to form and content.

Dated: November 14, 2024                By: _____
                                            Jessica Long,
                                            Guadian ad litem for E.L.

1

DECLARATION OF E.L. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT