RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs E.L., a minor, and Jessica Long
and Counter-Defendant Jessica Long

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br>v.<br><br>SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Case No. 2:22-cv-01527-DAD-AC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLANITIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS MELANIE SILVA AND B.J. MACFARLANE**<br><br>[Plaintiffs' Notice of Motion, Memorandum of Points and Authorities, Declaration of Ryan Gordon, and Declaration of Jessica Long filed concurrently]<br><br>Date: January 7, 2025<br>Time: 1:30 pm<br>Courtroom: 4, 15th Floor<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 2022 |

Plaintiffs Jessica Long and her minor daughter E.L. hereby request, under Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following items in connection with Plaintiffs' Motion for Partial Summary Judgment Against Defendants Melanie Silva and B.J. Macfarlane.

The following items are also authenticated by the concurrently-filed Declarations of Ryan Gordon and Jessica Long and incorporated therein by reference:

1. CAL. DEP'T OF FOOD & AGRIC., 2022 STATE RULES FOR CALIFORNIA FAIRS, *available at* https://www.cdfa.ca.gov/FairsAndExpositions/Documents/Circular_Letters/2022/2022_State_Rules.pdf a true and correct copy of **RJN 1** is attached as an Exhibit 2 to the concurrently-filed Declaration of Ryan Gordon, and to reduce the size of this filing, is not attached as an exhibit to this document;

2. SHASTA DISTRICT FAIR AND EVENT CENTER, ALL GENERAL LIVESTOCK RULES AND GUIDELINES, a true and correct copy of **RJN 2** is attached as an Exhibit 3 to the concurrently-filed Declaration of Ryan Gordon, and to reduce the size of this filing, is not attached as an exhibit to this document;

3. SHASTA DISTRICT FAIR AND EVENT CENTER SUNSHINE, SMILES & YOU AT THE SHASTA DISTRICT FAIR 2022 defined in the concurrently-filed memorandum as Bidder's Rules, a true and correct copy of **RJN 3** is attached as an Exhibit 20 to the concurrently-filed Declaration of Jessica Long, and to reduce the size of this filing, is not attached as an exhibit to this document;

4. Plaintiff Mrs. Long and Plaintiff E.L.'s Second Amended Complaint for Damages in this matter and defined in the concurrently- filed memorandum as SAC, a true and correct copy of **RJN 4** is available on the docket as ECF No. 25, and to reduce the size of this filing, is not attached as an exhibit to this document;

5. Defendants Melanie Silva's and B.J. Macfarlane's Answer, Affirmative Defenses, and Counterclaim to Second Amended Complaint defined in the concurrently-filed memorandum as Fair Defendants' Answer, a true and correct copy of **RJN 5** is available on the docket as ECF No. 29, and to reduce the size of this filing, is not attached as an exhibit to this document.

Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court

"must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). "The Court may take judicial notice of public documents, records, and reports of government bodies." *Nelson v. F. Hoffmann-La Roche, Inc.,* 642 F.Supp.3d 1115, 1126 (N.D. Cal 2022). Additionally, "[u]nder Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015); *Daniels-Hall v. Nat'l Educ. Ass'n,* 629 F.3d 992, 998-99 (9th Cir. 2010); *Teixeira v. Cty. of Alameda,* 873 F.3d 670, 676 n.6 (9th Cir. 2017).

**RJN 1** is judicially noticeable because it is a public record of the California Department of Food and Agriculture (CDFA), a government agency, and also because CDFA makes it publicly available on its website.

**RJN 2** and **RJN 3** are judicially noticeable as they are each public documents from the 27th District Agricultural Association, d/b/a the Shasta District Fair and Event Center, a government entity. *See, e.g.,* Cal. Food & Agric. Code §§ 3851, 4051; *see also Kuba v. 1-A Agr. Ass'n,* 387 F.3d 850, 852 (9th Cir. 2004) (district agricultural association was "governmental entity created by the State of California").

**RJN 4** and **RJN 5** are court filings in this litigation. The court may take judicial notice of court filings and other matters of public record. *Burbank–Glendale–Pasadena Airport Auth. v. City of Burbank,* 136 F.3d 1360, 1364 (9th Cir.1998).

Because the above items meet the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, Plaintiffs respectfully request the Court take judicial notice of them pursuant to Rule 201(c)(2).

**ADVANCING LAW FOR ANIMALS**

Dated: November 15, 2024        By: /s/Ryan R Gordon
                                Ryan Gordon
                                Vanessa Shakib
                                Attorneys for Plaintiffs