1  IAN S. COLLINS (State Bar No. 318064)
   REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
2  1265 Willis Street
   Post Office Box 994647
3  Redding, California 96099-4647
   Telephone: (530) 241-1611
4  Facsimile:  (530) 364-1645
   E-mail: ian.collins@rswslaw.com
5

6  Attorney for Defendant
   KATHIE MUSE
7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 E.L., a minor, by and through her general          Civil Action No. 2:22-cv-01527-
   Guadian, JESSICA LONG; JESSICA LONG,               DAD-AC
   an individual,
13
                   Plaintiff,
14                                                    DEFENDANT KATHIE MUSE'S
        v.                                            **FIRST AMENDED** NOTICE OF
15                                                    MOTION AND MOTION FOR
                                                      SUMMARY JUDGMENT OR IN
16 LIEUTENANT JERRY FERNANDEZ, in his                 THE ALTERNATIVE SUMMARY
   individual capacity; DETECTIVE JACOB               ADJUDICATION
17 DUNCAN, in his individual capacity;
   DETECTIVE JEREMY ASHBEE, in his                    DATE: January 6, 2025
18 individual capacity; SHASTA DISTRICT FAIR          TIME: 1:30 p.m.
   AND EVENT CENTER, a district anticultural          JUDGE: Hon. Dale Drozd
19 association; COUNTY OF SHASTA; SHASTA              Action Filed: August 31, 2022
   COUNTY SHERIFF'S DEPARTMENT;
20 MELANIE SILVA, in her individual and official      [Trial Date: October 7, 2024]
   Capacity; BJ MACFARLANE, in his individual
21 and official capacity, KATHIE MUSE, in her
   individual and official capacity, and DOES 1
22 THROUGH 10,

23                 Defendants.

24 _____

25       TO PLAINTIFF AND HER ATTORNEY OF RECORD:

26       PLEASE TAKE NOTICE that on January 6, 2025, at 1:30 p.m., or as soon thereafter as the

27 matter may be heard in a Courtroom 4, 15th Floor of the aforementioned Court, located at 501 I Street,

28 Sacramento, CA 95814, Defendant KATHIE MUSE, through counsel, will and hereby does request that

                                                 1

this Court grant Defendant's motion for summary judgment dismissing the third, fourth, and fifteenth causes of action as to KATHIE MUSE.

Defendant files this motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) on the grounds the third, fourth, and fifteenth causes of action have no legal basis as to Kathie Muse, as she did not act under color of state law. Accordingly, the Plaintiffs' case presents no genuine issue as to any material fact. Summary judgment is warranted as a matter of law.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Evidence in support thereof, the Separate Statement of Undisputed Material Facts, the Declaration of Ian S. Collins, and all papers and records served and filed herewith and upon such other matters that may be introduced into evidence prior to the hearing.

In accordance with Judge Dale Drozd's standing orders, the parties have met and conferred regarding the substantive motion with the most recent discussions held prior to filing on November 13, 2024. Despite the best efforts of the parties, the issues raised in this motion have not been resolved and meet and confer efforts have been exhausted. Mrs. Muse now seeks judicial intervention by way of this motion.

Dated: November 18, 2024          REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP

                                  By:        /s/ IAN S. COLLINS
                                      IAN S. COLLINS
                                      Attorneys for Defendant
                                      KATHIE MUSE