IAN S. COLLINS (State Bar No. 318064)
REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP
1265 Willis Street
Post Office Box 994647
Redding, California 96099-4647
Telephone: (530) 241-1611
Facsimile:  (530) 364-1645
E-mail: *ian.collins@rswslaw.com*

Attorney for Defendant
KATHIE MUSE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.L., a minor, by and through her general Guadian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district anticultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official Capacity; BJ MACFARLANE, in his individual and official capacity, KATHIE MUSE, in her individual and official capacity, and DOES 1 THROUGH 10,<br><br>Defendants. | Civil Action No. 2:22-cv-01527-DAD-AC<br><br>**FIRST AMENDED** DECLARATION OF IAN S. COLLINS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; OR IN THE ALTERNATIVE SUMMARY ADJUDICATION<br><br>DATE: January 6, 2025<br>TIME: 1:30 p.m.<br>JUDGE: Hon. Dale Drozd<br>Action Filed: August 31, 2022<br><br>[Trial Date: October 7, 2024 |

///

///

1

I, IAN S. COLLINS, declare as follows:

1. I am an attorney licensed to practice and in good standing before all courts of the State of California and an attorney at the law offices of Reese, Smalley, Wiseman & Schweitzer, LLP, attorneys of record for Defendant Kathie Muse herein. Due to my work on and participation in this matter I have personal knowledge of the facts and things attested to herein and if called upon to testify in any proceeding, I could and would competently testify from my own personal firsthand knowledge to the matters and things set forth in this declaration.

2. Plaintiff's counsel and I have discussed the facts of this case and the legal positions of the parties numerous times. Our most recent discussion was November 13, 2024, when Plaintiff's counsel and I met and conferred regarding the substance of this motion. Despite the best efforts of the parties, the issues raised in this motion have not been resolved and Mrs. Muse now seeks judicial intervention by way of this motion.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Deposition of Kathie Muse, without exhibits (with redactions for privacy).

4. Attached hereto as Exhibit "B" is a true and correct copy of Exhibit D to the Deposition of Kathie Muse (with redactions for privacy).

5. Attached hereto as Exhibit "C" is a true and correct condensed copy of the deposition of Lieutenant Jerry Fernandez, without exhibits.

6. Attached hereto as Exhibit "D" is a true and correct condensed copy of the first volume of the deposition of BJ MacFarlane, without exhibits (with redactions for privacy).

7. Attached hereto as Exhibit "E" is a true and correct condensed copy of the second volume of the deposition of BJ MacFarlane, without exhibits (with redactions for privacy).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that if called upon to testify as a witness I would and could do so competently.

**FIRST AMENDED** DECLARATION OF IAN S. COLLINS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION

Execute this 18th day of November 2024, in Redding, California, County of Shasta.

By: /s/ IAN S. COLLINS
IAN S. COLLINS

3

**FIRST AMENDED** DECLARATION OF IAN S. COLLINS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION