# EXHIBIT "B"

## Sale Invoice
### Shasta District Fair
#### JUNE 25, 2022

Invoice: 132
Sale Order: 132

| Sale Order (lot) | Entry # | Tag ID | Division | Division # |
|---|---|---|---|---|
| 132 | 1543 | 367 | 4-H Market Goat | 706 |

**Floor Amount (Market Value)**
Price: $3.40
Weight: 82
Total: $278.80

Floor this amount:

**Seller Name:**
**Exhibitor Name:** [redacted]

**4-H MARKET GOAT**

Sale Weight (units): 82
Price per lb.  11—
Total Amount of Sale:

**CUSTOM FEE:**
GOATS and LAMBS - $95.00
HOGS - $78.00
STEERS - $200.00

**BUYER :** _____

*** NOTE: THIS IS A TERMINAL SALE- NO LIVE PICKUP (except rabbits)***

BUYER # 920  BUYER NAME Senator Brian Dahle   AMOUNT_____
BUYER # 919  BUYER NAME Assemblywoman Megan Dahle  AMOUNT_____
BUYER # _____  BUYER NAME _____   AMOUNT_____

**Please MARK ONE:** _____ Consigned for RESALE at market price, bill buyer for difference

DONATE to  ☒ 4-H & FFA Community BBQ (Kents Meats)
_____ New Rescue Mission
_____ One Safe Place
_____ **PROCESS** & Deliver to selected locker below for cut & wrap

_____ A&R Custom Butcher [redacted]        _____ Country [redacted]
_____ Bowman Meat [redacted]                _____ Kents Meats [redacted]
_____ Clear Creek Market [redacted]         **Country Market accepts only current customer

**EXHIBIT**
D  11/13/23
K. Muse

I CERTIFY THAN I AM AUTHORIZED TO SIGN FOR THIS PURCHASE AND ACCEPT RESPONSIBILITY FOR TOTAL PAYMENT DUE AND/OR THE COLLECTION OF THE TOTAL AMOUNT DUE.

_____   Katmie Mus_   _____   _____
Buyer #   Printed Name    Signature         Date

0004