# EXHIBIT "E"

## In The Matter Of:
### *LONG vs.*
### *FERNANDEZ*

---

### *BRUCE JOHN 'B.J.' MACFARLANE*
### *November 15, 2023*

---

### *Challe, Fisher & Morfin*
### *1828 South Street*
### *Redding, California 96001*
### *(530)246-0942*
### *cfmdepos@att.net*

Original File B.J. Macfarlane.txt
Min-U-Script® with Word Index

## Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3                  SACRAMENTO DIVISION
 4   E.L., a minor, by and through her    )
     general guardian, JESSICA LONG;      )
 5   JESSICA LONG, an individual,         )
 6                Plaintiffs,             )
 7        vs.                             )
                                          ) NO. 2:22-cv 01527
 8   LIEUTENANT JERRY FERNANDEZ,          ) DAD-AC
     individually and in his             )
 9   individual capacity as Sheriff      )
     for the County of Shasta;           )
10   DETECTIVE JACOB DUNCAN,             )
     individually and in his             )
11   individual capacity as Sheriff      )
     for the County of Shasta;           )
12   DETECTIVE JEREMY ASHBEE,            )
     individually and in his             )
13   individual capacity as Sheriff      )
     for the County of Shasta; SHASTA    )
14   DISTRICT FAIR AND EVENT CENTER, a   )
     district agricultural               )
15   association; COUNTY OF SHASTA;      )
     SHASTA COUNTY SHERIFF'S             )
16   DEPARTMENT; MELANIE SILVA, in her   )
     individual capacity; BJ             )
17   MACFARLANE, in his individual       )
     capacity; and DOES 1 through 10,    )
18                Defendants.            )
19   ---------------------------------   )
20               ---oOo---
21          WEDNESDAY, NOVEMBER 15, 2023
                  10:08 a.m.
22      VIDEOTAPED DEPOSITION OF BRUCE JOHN "B.J."
                    MACFARLANE
23                 ---oOo---
24
25      Reported by:  CAROL J. CHASE, CSR No. 13538
```

## Page 2

```
 1                      INDEX
 2
 3   WITNESS:  BRUCE JOHN "B.J." MACFARLANE
 4
 5   EXAMINATION:                          PAGE
     By MR. GORDON.............................  5
 6
 7
 8                  ---oOo---
 9
10             E X H I B I T S
11   Exhibit                             Page
     Exhibit A   All General Livestock Rules &   107
12               Guidelines, page 49-56, Bates
                 FERN000030-37, 8 pages
13   Exhibit B   Instagram post from Bleating    146
                 Hearts Farm, Bates 0017, 1 page
14
     Exhibit C   Text messages (B&W) with from   148
15               6/28/22 to 9/6/22 and 4/13/23
                 letter from DA to Ms. Muse,
16               8 pages
17   Exhibit D   E-mail chain on 6/27/22 RE: Goat 168
                 theft at the Fair, 3 pages
18
     Exhibit E   E-mail chain 6/27-6/29/22 RE:    180
19               Requesting solutions for the
                 goat that was taken and 6/28/22
20               letter from Ms. Long to SDF,
                 Bates 0006-13, 8 pages
21
     Exhibit F   6/28/22 texts, 1 page           180
22
23                 ---oOo---
24
25
```

## Page 3

```
 1                  APPEARANCES:
 2
 3   For Plaintiffs E.L., a minor, by and through her
     general guardian, Jessica Long; Jessica Long, an
 4   individual:
 5          ADVANCING LAW FOR ANIMALS
            BY:  RYAN R. GORDON, ESQ.
 6          BY:  VANESSA T. SHAKIB, ESQ.
            407 N. Pacific Coast Highway #267
 7          Redondo Beach, California 90277
            202-996-8389
 8          rgordon@advancinglawforanimals.org
            vshakib@advancinglawforanimals.org
 9
     For Defendants State of California, by and through
10   the 27th district Agricultural Association;
     B.J. Macfarlane; Melanie Silva:
11
            CALIFORNIA DEPARTMENT OF JUSTICE
12          Tort and Condemnation Section
            BY:  JOHN C. BRIDGES, ESQ.
13          1300 I Street, Suite 1210
            Sacramento, California 95814
14          916-210-7529
            916-322-8288 Fax
15          John.Bridges@doj.ca.gov
16   For Defendants Shasta County; Shasta County
     Sheriff's Department; Lieutenant Jerry Fernandez;
17   Detective Jacob Duncan; Detective Jeremy Ashbee,
18          (Present Via Zoom)
19          BEST BEST & KRIEGER LLP
            BY:  DAMIAN A. NORTHCUTT, ESQ.
20          2855 East Guasti Road, Suite 400
            Ontario, California 91761
21          909-989-8584
            Damian.Northcutt@bbklaw.com
22
     Videographer:
23
            TERRY FOX, REDDING VIDEO PRODUCTIONS
24                 ---oOo---
25
```

## Page 4

```
 1       VIDEOTAPED DEPOSITION OF BRUCE JOHN "B.J."
 2   MACFARLANE, taken on behalf of the Plaintiffs, at
 3   the offices of Challe, Fisher & Morfin, 1828 South
 4   Street, Redding, California, on WEDNESDAY,
 5   NOVEMBER 15, 2023, commencing at the hour of
 6   10:08 a.m., before CAROL J. CHASE, a Certified
 7   Shorthand Reporter of the State of California, taken
 8   pursuant to Notice.
 9                  ---oOo---
10       THE VIDEOGRAPHER:  Ladies and gentlemen,
11   we're on video record with the deposition of
12   B.J. Macfarlane.  The date is November 15th, 2023,
13   and the time is 10:08 a.m.
14       I'm Terry Fox, the visual specialist from
15   the firm of Redding Video Productions.  This is the
16   beginning of media number 1 regarding case
17   22-cv-01527-DAD-AC of the United States District
18   Court for the Eastern District of California.
19       This deposition is being taken at the
20   offices of Challe, Fisher & Morfin at 1828 South
21   Street, Redding, California.  The court reporter is
22   Carol Chase associated with Challe Fisher & Morfin.
23       Counsel will now introduce themselves, who
24   they represent, and the witness will then be sworn
25   in by the court reporter.
```

---

Page 5

1    MR. GORDON: Ryan Gordon for Plaintiffs.
2    MS. SHAKIB: Vanessa Shakib for Plaintiffs.
3    MR. BRIDGES: And John Bridges for the
4  State of California by and through the 27th District
5  Agricultural Association, the witness
6  B.J. Macfarlane, and Melanie Silva.
7    THE COURT REPORTER: Please raise your
8  right hand to be sworn.
9
10    BRUCE JOHN "B.J." MACFARLANE,
11  being first duly sworn, testified as follows:
12
13    THE WITNESS: I do.
14    THE COURT REPORTER: Thank you.
15    MR. GORDON: Okay. All right.
16  Mr. Macfarlane, before I start speaking, do --
17  Vanessa, do you want to put that -- put that -- on
18  the record?
19    MS. SHAKIB: Yeah. Mr. Bridges, I want to
20  summarize our conversation. Feel free to jump in if
21  you feel any part of it is mischaracterized.
22  Yesterday, we had the deposition of Ms. Silva. It
23  sounds like there's some documents that she did not
24  produce and, today, we learned this morning there's
25  additional documents that we haven't yet reviewed

---

Page 6

1  from Mr. Macfarlane.
2    MR. BRIDGES: Hm-hmm.
3    MS. SHAKIB: Plaintiffs are prejudiced
4  completing depositions without careful review of all
5  documents. So today, we are intending to go until
6  about 2 o'clock and we will resume the remainder of
7  our time, if necessary, on a different date to be
8  scheduled.
9    MR. BRIDGES: Yeah --
10    MR. GORDON: All right.
11    MR. BRIDGES: -- that -- that's fine.
12  Just -- I would just add I believe the only
13  documents he has that he still has to produce were
14  some text messages between Ms. Silva and him which
15  he will produce today. We're just going to try to
16  do that on a break at some point --
17    MR. GORDON: Yeah.
18    MR. BRIDGES: -- to make sure it's in a
19  format that you can use and access.
20    MS. SHAKIB: Thank you.
21    MR. GORDON: Understood. Thank you so
22  much. Okay.
23  ///
24  ///
25  ///

---

Page 7

1    EXAMINATION
2  BY MR. GORDON:
3    Q    Okay. All right. Mr. Macfarlane, if you
4  could state your name for the record.
5    A    My real name?
6    Q    Yes, please.
7    A    Bruce John Macfarlane.
8    Q    Okay. All right.
9    A    Sorry.
10    Q    No. It's fine. What would you like to be
11  called?
12    A    B.J.
13    Q    B.J. All right.
14    A    Yeah.
15    Q    So all right. B.J. And can you just first
16  name spelling B-R-U-C-E --
17    A    Yes.
18    Q    -- and J-O-H-N?
19        And then could you spell your last name for
20  the record?
21    A    M-A-C-F-A-R-L-A-N-E.
22    Q    Okay. Great. So your nick -- your
23  nickname is B- -- is B- --- and I guess it's not a
24  nickname.
25    A    Initials.

---

Page 8

1    Q    Initials. Oh, okay. So it's not a
2  nickname. But you go by B.J.
3    A    (Nodding.)
4    Q    All right. So have you ever been a
5  defendant in a lawsuit before?
6    A    No, sir.
7    Q    No? All right. All right. Have you ever
8  been deposed before?
9    A    No, sir.
10    Q    Okay. So have you ever testified at a
11  trial in anything before?
12    A    No, sir.
13    Q    Okay. All right. So I'm going to go over
14  the ground rules. Your attorney albeit certainly
15  has told you most of these, but just so we're clear,
16  I'm going to go over them again.
17        So we don't talk over each other or we'll
18  try not to. It helps the court reporter out. It
19  will happen sometimes, because that's how
20  conversations go. But she has to write everything
21  down that you say and that I say and that everyone
22  else in this room says. So she needs to hear only
23  one person at a -- speaking at a time. And she's
24  already admonished me earlier to speak slower, so
25  I'm going to try and do that.

---

Case 2:22-cv-01527-DAD-AC    Document 125-8    Filed 11/19/24    Page 5 of 79
LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Page 9

1    So also we need -- if I ask you a question
2 for -- whatever response it calls for a, you know, a
3 yes, a no, whatever, but or a verbal -- make sure
4 your response is verbal.
5    **A    Okay.**
6    **Q    So feel free to shake your head but -- but**
7 just make sure we get a yes or no or whatever the
8 question calls, you know, some -- a narrative or
9 whatever it is, just make sure it's audible for her
10 to transcribe.
11    So I'm also going to ask you questions
12 about things that you might not remember as well as
13 you remember, you know, what happened five seconds
14 ago because, you know, some time has passed. But
15 I'm entitled to your best estimate. So if you --
16 if -- now the distinction here that attorneys always
17 say is we don't want you to guess, but I'm entitled
18 to your -- whatever your best estimate is and I'm
19 entitled to that.
20    So the example that we've been -- attorneys
21 always use is that, if I asked you to estimate the
22 size of this table, you don't have a tape measure on
23 you, but you could give a ballpark as to eight feet
24 by -- eight by four or something like that. But if
25 I asked you to estimate the size of the table in my

Page 10

1 house, you wouldn't be able to do that because
2 you're just guessing. You've never seen it. So --
3 so it's -- that's the difference between a guess and
4 an estimate.
5    So if I ask for something that happened on
6 a -- when did you speak with X, and -- and you're,
7 well, I don't remember, but you know it's between,
8 you know, Labor Day and -- and -- is Labor Day the
9 one in September? I'm forgetting. But okay. Yeah,
10 I get confusing it with Memorial Day. So Labor Day
11 and Thanksgiving, then I'm entitled to, well, it's
12 between then and -- it is between those dates or
13 even more narrow frame would even be better if you
14 know that. So anyway. So your best estimate's is
15 what I'm entitled to. All right? So do you
16 understand?
17    **A    Yes.**
18    **Q    Okay. Great. So -- and also even though**
19 we're in an informal setting in a court reporter's
20 office and you're not in court, there's no judge
21 here, this -- your testimony here still has the same
22 effect as if you were in a court of law. You're
23 still under oath. You're still to say -- tell the
24 truth, et cetera. And at the end of the deposition,
25 you're going to get a -- a booklet that's going to

Page 11

1 contain all of your testimony and you are able to --
2 maybe afterwards you realize, oh, I was wrong about
3 that, you have an opportunity to -- to change your
4 testimony.
5    However, if you change it, you know, we get
6 to comment on it at trial. It might be used against
7 you. So it's very important you get your -- your
8 best testimony out today. Understood?
9    So you -- and this did come up in a depo
10 once, but someone -- I always say, "You can change
11 my testimony. You can't change my question."
12 Someone did ask me that once: Can I change your
13 question? No.
14    So -- okay. So you can't change my
15 questions. You can change your -- you can change
16 your answers, though. But I'm sure your attorney
17 would advise you not to. So anyway -- or to give
18 your best testimony today so that doesn't arise.
19    So he's -- what -- as I'm asking questions,
20 your attorney is also going to interpose objections.
21 And that doesn't mean you don't answer the question.
22 It -- if he instructs you not those answer, you
23 know, on the basis of attorney-client privilege or
24 something like that, you know. Because I -- if I
25 were to ask you, what did you guys talk about this

Page 12

1 morning, I'm not going to, but objection, don't
2 answer, attorney-client privilege, okay, fine, you
3 don't answer.
4    **A    (Nodding.)**
5    **Q    But if -- if -- if he -- you know, other**
6 objections, you know, leading or argumentative, if
7 you understand what I'm saying, he's just -- please
8 answer the question. Attorneys just put objections
9 on the record for later. This isn't going into
10 evidence yet. This is -- this is just going to be
11 on paper and it's for your testimony. So it's not
12 being submitted into the Court, it's not going into
13 evidence at the moment. So he's pre- -- preserving
14 objections for later.
15    So if you don't understand what I'm
16 actually asking, though, maybe I ask you a question
17 that just that the words -- syntax doesn't make
18 sense, just tell me, I'll rephrase it. But if you
19 understand me, you know, just answer the question
20 even if he objects. All right?
21    **THE COURT REPORTER: Slow down.**
22    **MR. BRIDGES: I just got a text message**
23 from Damian saying he's in the waiting room.
24    **MR. GORDON: Okay.**
25    **THE COURT REPORTER: Oh no, he's not.**

Page 13

1    MR. BRIDGES: Trying to log in. I think
2  someone needs to let me in.
3    MR. GORDON: You know, I wonder if he's
4  using the original Muse link from today. Because
5  didn't -- remember, we switched the depo dates? I
6  wonder if they --
7    MR. BRIDGES: That's a good point. Let's
8  see here.
9    THE VIDEOGRAPHER: Want to go off the
10 record?
11    MR. GORDON: Yeah, we'll go off the record
12 for a moment.
13    THE VIDEOGRAPHER: We're off the record.
14 The time is -- the time is 10:16.
15    (Whereupon, recess was taken
16    from 10:16 a.m. to 10:21 a.m.)
17    THE VIDEOGRAPHER: We're back on the record
18 and the time is 10:21.
19    MR. GORDON: All right. We're back on the
20 record. Mr. Northcutt has joined us. Damian, do
21 you want to announce yourself and who you're
22 representing for the record?
23    MR. NORTHCUTT: Sure. Thi is
24 Damian Northcutt appearing on behalf of the County
25 of Shasta, the sheriff's department, and its

Page 14

1  officers.
2    MR. GORDON: All right.
3    MR. BRIDGES: Can we go off the record for
4  just one second?
5    MR. GORDON: Yeah, you may.
6    MR. BRIDGES: I'm really sorry.
7    MR. GORDON: It's fine.
8    MR. BRIDGES: Damian --
9    THE VIDEOGRAPHER: Wait a minute. We're
10 off the record and the time is 10:22.
11    (Whereupon, recess was taken
12    from 10:22 a.m. to 10:23 a.m.)
13    THE VIDEOGRAPHER: We're back on the record
14 and the time is 10:23.
15    MR. GORDON: Yeah. Back on the record.
16 BY MR. GORDON:
17    Q   All right. So Mr. Macfarlane, we're still
18 just going through the ground rules of the
19 deposition. So you understood you're under oath.
20 You understand you're still under oath?
21    A   Yes.
22    Q   Okay. And are you on any -- have you taken
23 any meds today that might interfere with your
24 ability to --
25    A   No, sir.

Page 15

1    Q   -- testify?
2    All right. Okay. And -- or yesterday that
3  might a still be in your --
4    A   No, sir.
5    Q   -- system? Okay. All right.
6    You drink today?
7    A   No, sir.
8    Q   All right.
9    MR. BRIDGES: Slow down. It's hard for her
10 to --
11    THE WITNESS: Okay.
12    MR. BRIDGES: You're answering before he's
13 completely finished with his question. So just try
14 to take a second, let him ask his question, and then
15 answer it.
16 BY MR. GORDON:
17    Q   And, obviously, no drugs or anything that
18 might interfere with your ability to give your best
19 testimony today?
20    A   No, sir.
21    Q   Okay. All right. So can you think of any
22 reason why you can't give your best testimony today?
23    A   No.
24    Q   All right. Okay. So can you -- you reside
25 in Shasta County, correct?

Page 16

1    A   No, sir.
2    Q   Where do you live?
3    A   I live in Tehama County.
4    Q   Oh, Tehama. How do you spell that?
5    A   T-E-H-A-M-A.
6    Q   Okay. Understand -- all right. And are
7  you -- are you from Tehama County? Am I --
8    A   Tehama.
9    Q   Tehama. I'm sorry. I apologize.
10    A   Okay.
11    Q   Are you from Tehama County? Born and
12 raised?
13    A   No.
14    Q   Where did you grow up?
15    A   I grew up in -- I was born in Salmon,
16 Idaho.
17    Q   Okay.
18    THE COURT REPORTER: Were at?
19    THE WITNESS: Salmon. The fish.
20 BY MR. GORDON:
21    Q   Yeah. I've heard of it. When did you move
22 to California?
23    A   Fifth grade.
24    Q   Fifth grade. Okay. So you would have
25 been, what, like, 13 or so?

Page 17

1  A   **12, I think.**
2  Q   No, no, 12, yeah.  Yeah.
3  A   **Twelve.**
4  Q   All right.  And did you -- I asked about
5  your education.  Did you go to school in -- in this
6  area?
7  A   **I went to high school in Grass Valley at**
8  **Bear River High School.**
9  Q   Okay.  And where -- where is Grass Valley?
10 A   **It is just east of Sacramento on I80.**
11 Q   Okay.  Okay.  So it's not -- it's --
12 A   **Not in this area.**
13 Q   Not in this area.  Okay.  A few hours from
14 here.
15 A   **Yes.**
16 Q   Gotcha.  And what is your current
17 employment?
18 A   **I'm currently the manager of the Red Bluff**
19 **Bull and Gelding Sale.**
20 Q   And how do you spell the gelding part of
21 it?
22 A   **G-E-L-D-I-N-G.**
23 Q   Okay.  Okay.  I saw someone spell it the
24 other day with a U, G-U-L-D.  I thought I had been
25 spelling it wrong.  Okay.  Okay.  And you -- and

Page 18

1  what is your -- I'm sorry.  What is your title
2  there?
3  A   **Manager.**
4  Q   Manager.  Okay.  Is that a -- is that a
5  company or is it just a --
6  A   **It's a private -- or not private.  It's a**
7  **nonprofit.**
8  Q   A nonprofit.  Okay.
9  A   **Corporation.**
10 Q   Gotcha.  California organized?
11 A   **Yes.**
12 Q   Did you organize it?
13 A   **No, sir.**
14 Q   Okay.  Do you have a superior there?
15 A   **A board of directors.**
16 Q   Board of directors.  Okay.  Okay.  All
17 right.  And what -- what are your roles as manager
18 of this nonprofit?
19 A   **I'm sorry.  My what?**
20 Q   What are your roles --
21 A   **Roles.**
22 Q   -- or your duties?
23 A   **To produce in Jan-- -- end of January, the**
24 **last week of January, we have a week-long event**
25 **where we sell bulls, geldings and stock dogs, as**

Page 19

1  **well as a large trade show.  My responsibilities are**
2  **the sponsors and making the whole event happen with**
3  **help of a couple other people and lots of**
4  **volunteers.  My main goal is to schedule the hiring**
5  **of people, the -- everything that has to do with the**
6  **dog, bull, gelding and the trade show.**
7  Q   So you're organizing a -- a week-long event
8  in January.
9  A   **(Nodding.)**
10 Q   That's your -- and that's a -- are there
11 any other events throughout the year that you're
12 working on or is it just this one in January?
13 A   **This was the only one I do now.**
14 Q   Only one you do now.  Okay.  Gotcha.  All
15 right.  And is this your only employment at the
16 Red Bluff Bull and Gelding Sale?
17 A   **Yes.**
18 Q   Okay.  All right.  But is that -- I mean no
19 disrespect, but is that full-time work if it's just
20 one --
21 A   **It is a -- it is considered a full time**
22 **job, but I ranch myself so --**
23 Q   I see.
24 A   **-- that gives me time in -- busy time in**
25 **the spring is the reason why I like this job, took**

Page 20

1  **the job, because it gives me time in the spring**
2  **after the event to do so some of my own stuff in --**
3  Q   Gotcha.
4  A   **-- April, May, June.**
5  Q   So would you say you're self-employed also?
6  A   **Sure.**
7  Q   Okay.  You said you --
8  A   **Yes.**
9  Q   -- ranch so you're --
10 A   **Yes.**
11 Q   -- selling animals?
12 A   **Yes.**
13 Q   Gotcha.  Okay.  And how long have you been
14 a rancher?
15 A   **The -- I've owned cows for -- I don't know**
16 **the technical term.  The ranch we're at right now is**
17 **six years, but I've owned cows my whole life.**
18 Q   Uh-huh.  Even in Idaho?
19 A   **Yes.**
20 Q   You grew up --
21 A   **With my family.**
22 Q   Okay.  Grew up on a farm presumably?
23 A   **Yes.**
24 Q   Okay.  How many -- are there -- how many
25 head of cattle do you have in your -- at your

Case 2:22-cv-01527-DAD-AC    Document 125-8    Filed 11/19/24    Page 8 of 79
LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Page 21

1 property?
2 A    The drought has kind of diminished. I'm
3 trying to count. There's 50 head. Roughly --
4 Q    Is that --
5 A    -- 50 head.
6 Q    Gotcha. Is that considered -- this is just
7 pure curiosity. Is that a large heard or is -- what
8 size --
9 A    That is --
10 Q    -- large -- or smaller?
11 A    To be sustainable for one family is --
12 Q    Yeah.
13 A    -- I think it's 200 to 250 head right now.
14 Q    Oh, okay.
15 A    So it's not...
16 Q    What do you mean "sustainable for one
17 family"?
18 A    To make a living.
19 Q    I see. I see. Okay. Okay. So you must
20 have -- for 50 head, how much -- that's got to be a
21 lot of acreage, though, they require?
22 A    Just a -- well, a little over a hundred
23 acres and then I lease some ground in the
24 wintertime.
25 Q    Okay. All right.

Page 22

1 A    It's more of a lifestyle than a -- for my
2 kids, that's my wife and I's --
3 Q    Yeah.
4 A    If it's 250 to make a living, well --
5 Q    Yeah.
6 A    -- it takes a lot of money to get to that.
7 And the land --
8 Q    Sure.
9 A    -- is hard to come by. And so that's why.
10 Q    I understand. I understand. It's more of
11 a lifestyle thing than for the actual profit of it.
12 A    For our kids, yeah.
13 Q    Gotcha. Understood. Okay. All right. So
14 but you -- at a certain point in time you were the
15 CEO of the Shasta District Fair and Event Center,
16 correct?
17 A    Yes, sir.
18 Q    Okay. All right. And I'm going just going
19 to refer to that organization as the Shasta District
20 Fair, but you know what I'm talking about, the 27th
21 District Agricultural Association --
22 A    Yes.
23 Q    -- correct?
24     And how long did you work at the Shasta
25 District Fair?

Page 23

1 A    I believe the 8 through -- '18 through '22,
2 three fairs, I believe.
3 Q    Okay.
4 A    Three Junes. '21, maybe. The COVID was
5 the last year -- or no...
6 Q    And that's as CEO?
7 A    Yes.
8 Q    So when you worked for the fair, were you
9 immediately the CEO or did you have a prior role
10 there?
11 A    I worked in the -- since my daughter was
12 nine, ten years ago, I helped with the beef barn
13 aspect of the fair --
14 Q    Okay.
15 A    -- for several years.
16 Q    And this is at Shasta --
17 A    Shasta District Fair.
18 Q    Okay.
19 A    Where I was -- I think they gave me 250
20 bucks or something. It was not that -- miniscule.
21 I was just somebody that knew that the livestock
22 superintendent hired to help to take care of just
23 the beef barn.
24 Q    Okay. Okay. Yeah, everyone has testified
25 that you're very forthcoming with giving help.

Page 24

1 A    (Nodding.)
2 Q    You come over to the sheriff's house to
3 help him with, I think -- I think Fernandez
4 testified that he said one of his cattle had -- I
5 don't want to say indigestion but I'm using the --
6 A    Bloat.
7 Q    Bloat. Yeah, it was something with --
8 yeah, the stomach, and you came over and --
9 A    It was a long time ago.
10 Q    Yeah. He said -- that's what he said he
11 remembered, he came over to my house once. And I
12 don't remember what he said you did, but he said --
13 you said the cow was -- survived. Okay. And Kathie
14 Muse had some other anecdote yesterday. I don't
15 recall what it was that you went over to help her.
16 But in any event, okay, so you were paid 250 bucks.
17 What year was that to work for the fair. It was
18 some --
19 A    Ten years ago.
20 Q    Ten years ago.
21 A    And I became CEO in '18 --
22 Q    And --
23 A    -- so five years, six years, something like
24 that, five years maybe.
25 Q    Okay. So you became '18 -- in 2018 CEO,

Page 25

1  but you worked there, you said, about five years
2  before that?
3  A    Yeah, for three or four days a year.
4  Q    Three or four days a year. Okay. Gotcha.
5  A    During the fair, which, you know --
6  A    Just as a temporary employee.
7  A    While my kid was at the fair --
8  Q    I see.
9  A    -- while she had a steer at the fair.
10 Q    I understand. Okay. So did that just make
11 a sound? I thought I heard.
12       THE VIDEOGRAPHER: Something did.
13       MR. BRIDGES: It was my chair.
14       MR. GORDON: Okay. All right. I thought
15 Damian went hmm and it didn't sound like him at all.
16 BY MR. GORDON:
17 Q    Okay. All right. So you were a temporary
18 employee from, you know, '05 to '18, then became
19 CEO. How did you come about getting the CEO
20 position?
21 A    Just -- I think my -- it came open and
22 several of the community members had come to me --
23 Q    Yeah.
24 A    -- to apply for it.
25 Q    Okay. So some people suggested you apply

Page 26

1  for it?
2  A    (Nodding.)
3  Q    Okay. All right. And you were offered
4  CEO, you said, in 2018. And -- and your last year
5  as CEO was?
6  A    It had to be '21.
7  Q    '21. Okay.
8  A    What year was COVID? The heat of COVID was
9  '20?
10 Q    Yeah --
11 A    So '21 --
12 Q    -- yeah, '20, '21 was really taking over --
13       THE COURT REPORTER: One at a time, please.
14 BY MR. GORDON:
15 Q    I just said '20 and '21 was when it was
16 really affected.
17       THE COURT REPORTER: Sorry. It's
18 cross-talk a lot.
19 BY MR. GORDON:
20 Q    Yeah. Okay. So then after you became CEO
21 you worked as the livestock manager, correct, for
22 the fair?
23 A    When I was done with CEO?
24 Q    Yes.
25 A    Yes, I was hired back that year.

Page 27

1  Q    Okay.
2  A    The following year.
3  Q    Gotcha. Do you remember abouts [sic] when
4  you were hired as livestock manager?
5  A    I -- I do --
6  Q    Is it --
7  A    Sometime between, like, I think I resigned
8  in August-ish --
9  Q    Uh-huh.
10 A    -- and the spring, so somewhere in that
11 time Melanie and I talked -- or no. I don't know
12 how quick she got hired, but we talked and I
13 agreed --
14 Q    Okay.
15 A    -- to do that.
16 Q    Sometime in the spring for the fair that
17 year.
18 A    For that fair that year.
19 Q    Okay. So there's not a livestock manager
20 for the fair year round because there's no livestock
21 on --
22 A    No.
23 Q    -- it's just for the fair. So it's a --
24 it's a temporary position. And you -- you -- you
25 resigned -- what -- why did you resign as CEO just

Page 28

1  out of curiosity?
2  A    Like I had mentioned earlier, the job that
3  I have now gives more time to do things that I like
4  to do.
5  Q    Yeah.
6  A    And to be honest with you, COVID took a lot
7  out of me.
8  Q    Okay. Okay. How did COVID affect the
9  fair?
10 A    Substantially. We didn't have a fair that
11 year.
12 Q    In -- in '21 or '20 or both years perhaps?
13 A    '20. '20 we had -- we only had a Junior
14 Livestock Auction and nothing else on the fair,
15 which is close to our -- most of our -- all of our
16 income comes --
17 Q    Yeah.
18 A    -- from that fair.
19 Q    Okay.
20 A    And then '21 we had a fair.
21 Q    Okay. All right.
22 A    So it was -- it helped the thing for a
23 little bit because people were wanting out of their
24 house.
25 Q    Sure. Okay. So you -- it was just too

Page 29

1 much work and you wanted to resign, and this other
2 job was better suited for you --
3 A    Not too much.
4 Q    Okay.
5       THE COURT REPORTER: What was the answer?
6       THE WITNESS: Not too much work. It was
7 just the type of work.
8 BY MR. GORDON:
9 Q    Type of work. Understood.
10       So then Melanie asked you to come help out
11 with the 2022 fair in spring. And you --
12 A    Yes.
13 Q    -- accepted, okay, as livestock manager?
14       Okay. And you resigned around August, you
15 said, correct?
16 A    That's my rough guesstimate of when I
17 resigned.
18 Q    All right. Okay. All right. And why did
19 you resign?
20 A    Just the -- to do what I said the -- go to
21 work at the bull sale --
22 Q    Okay.
23 A    -- on my own -- I was able to do some of my
24 own stuff.
25 Q    Gotcha. When you -- when you resigned as

Page 30

1 CEO, I assumed you maybe got the bull --
2 A    Yeah, I did get the bull job.
3 Q    You -- then. Okay.
4 A    Yes.
5 Q    Okay. So you resigned for the livestock
6 manager position simply to have more time for that
7 job to -- is that your testimony?
8 A    I'm sorry. I thought we were talking
9 about -- the livestock job, I resigned.
10 Q    Yes.
11 A    -- because of this case.
12 Q    Okay. I see.
13       When you say "because of this case," were
14 you -- were you asked to resign?
15 A    No.
16 Q    No? Okay. You, on your own, decided to
17 resign?
18 A    Yes.
19 Q    Okay. So when the case was -- you mean,
20 when the lawsuit was filed or when the dispute with
21 Ms. --
22 A    I'm sorry. When the lawsuit was filed
23 which was --
24 Q    August.
25 A    -- September-ish.

Page 31

1 Q    Yeah, it was August 31st.
2       Okay. So you resigned at that point in
3 time? Okay.
4 A    I don't know about officially, because it's
5 a year-round -- I mean, I'm not sure when I actually
6 told Melanie I wasn't coming back but --
7 Q    I see. Okay. So she would have had to --
8 would she have -- would you have come back
9 automatically by being asked the year before or --
10 A    No, not --
11 Q    -- she'd have to ask you again?
12 A    Not really unless there was --
13 Q    I see. So you would -- so if,
14 hypothetically, in, you know, this year she would
15 have had to -- you would have -- you would have
16 ex- -- even though you were the livestock manager
17 the prior year, you would have expected her to ask
18 you again to come to the fair again this year?
19 A    Yes.
20 Q    Okay. Okay. So why -- why did you resign
21 because of the lawsuit? You weren't -- you were not
22 named originally.
23 A    I was not named, but the amount of social
24 media and --
25 Q    Uh-huh.

Page 32

1 A    -- phone calls and just ridicule I got --
2 Q    Yeah.
3 A    -- from across the country was more than I
4 ever wanted to deal with again.
5 Q    I understand. Did you -- did -- I --
6 yesterday -- or, John, was it the prior day? The
7 voice memo.
8       MR. BRIDGES: Two days ago.
9       MR. GORDON: Two days ago. Thank you.
10 BY MR. GORDON:
11 Q    So we did hear a voice memo from Ms. Muse
12 that was saved on her cell phone that was sent to
13 you. So we have that. But have you -- and -- have
14 you kept an inventory -- inventory is a bad word --
15 but did you save any -- were you getting e-mails?
16 Were you getting phone calls --
17 A    I'd have to -- the -- I have, I'm guessing,
18 eight to ten voicemails from disgruntled people
19 across the country --
20 Q    Uh-huh.
21 A    -- wishing death upon me and my family.
22 That's why I changed my phone number when they
23 started threatening my family.
24 Q    Okay. And did you -- did you save any of
25 these voice- --

LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

---

Page 33

1  A   Yes, I -- I think I could -- I haven't
2  looked at 'em -- in May or April, I changed my phone
3  number. I saved 'em.
4  Q   Okay. Okay. And did you --
5  A   Somewhere. I haven't looked at 'em.
6  Q   I understand. Okay. All right.
7      You saved 'em somewhere. Did you report
8  any of these to the police?
9  A   I did not.
10 Q   Okay. All right. And did you -- and I
11 asked this to Melanie. It's only because she's got
12 a public position at the fair. But did you -- this
13 is an awkward question. But you didn't hire any
14 sort of security or anything like that --
15 A   No.
16 Q   -- did you?
17     Yeah. All right. All right. But you
18 saved them. These are anonymous pe- -- I'm not
19 saying it's not jarring. I'm saying but you -- you
20 saved them, but you don't know who any of these
21 people were?
22 A   It was from Louisville to Detroit to --
23 Q   Yeah.
24 A   -- I don't -- our whole country.
25 Q   All right. Okay. All right. And do you

---

Page 34

1  use -- did you also -- Melanie, most of her focus
2  seemed to be on e-mails she had received. Did
3  you -- did you receive e-mails or do you not --
4  A   I remember two that were threatening --
5  Q   Okay.
6  A   -- that were -- some gentleman in Texas.
7  And I'm trying to think of the other one. I -- I
8  can remember two that --
9  Q   Two stick out.
10 A   I'm not sure because everybody else was
11 phone-calling me. And I only got a -- I think I
12 only got two that were e-mail.
13 Q   Yeah. Okay. And did you -- you saved
14 those e-mails presumably?
15 A   Yeah.
16 Q   Okay. Did you -- did you -- again, did you
17 report those people to the police?
18 A   I did not.
19 Q   That's not a -- I'm not making a
20 judgment --
21 A   No, I --
22 Q   -- call that you didn't. I'm just curious
23 if you did -- how -- if you did or did not.
24 A   No.
25 Q   Okay. All right. So. Okay. So -- and

---

Page 35

1  did you resign upon the lawsuit being filed or as
2  upon when the attention came from the lawsuit
3  afterwards?
4  A   The attention.
5  Q   The attention. Okay. So you gave your
6  formal resignation in response --
7  A   I -- I never gave a formal resignation.
8  Q   Well, when I say "formal," I mean you just
9  told her.
10 A   Okay.
11 Q   I know -- you didn't write it down, but you
12 called her up and said, "I'm out" to that effect?
13 Okay. All right. Okay. All right. So --
14 A   (Nodding.)
15 Q   Okay. And were you involved in -- in 4-H
16 growing up?
17 A   Yes. 4-H and FFA.
18 Q   Okay.
19 A   I -- I lived in Nevada for four years. I
20 left that part out. I'm sorry.
21 Q   Yeah. Okay. That's fine.
22 A   So Idaho, I moved when I was seven or
23 eight. We were in Nevada on a ranch for four years
24 and then I moved.
25 Q   Okay.

---

Page 36

1  A   So I was in -- my first 4-H was in Nevada
2  actually.
3  Q   First 4-H was in Nevada. So you moved to
4  California then when you were a teenager?
5  A   Twelve. Twelve.
6  Q   Oh, 12, okay. Oh, I understand. So you
7  left --
8  A   I left a portion -- fours years of my
9  growing up. Sorry.
10 Q   Out -- out of Nevada. Okay. Where did you
11 live in Nevada?
12 A   Harrington.
13 Q   I only know, like, Reno and Vegas. Is that
14 near any of them?
15 A   It's two hours from Reno to the -- whatever
16 that is -- to the southeast.
17 Q   Okay. I was at Lake Tahoe once and then
18 went around Nevada. I was -- it looks very
19 different Northern Nevada to Southern Nevada.
20 It's -- it's still deserty, but it's not like, oh,
21 I'm not going to die if I'm left out here in the
22 desert, you know, there's -- grew trees and stuff
23 and, you know --
24 A   You can see lights.
25 Q   Yeah, yeah, yeah, yeah. There's also trees

---

Page 37

1 and it looks like, yeah, they get a little more rain
2 here but -- okay. All right.
3      So you were in 4-H and FFA. And 4-H, from
4 what I've looked on -- those are the -- that's for
5 the younger kids, so you were in 4-H first, I
6 presume?
7 A    Yes, and -- I was in 4-H till I was 12.
8 And then -- and yes, 4-H is -- can be from nine to
9 18.
10 Q    Okay.
11 A    FFA is only for high school students. So a
12 few years I was actually an independent exhibitor,
13 and then I went to FFA.
14 Q    Okay. Gotcha.
15 A    Just all the...
16 Q    Gotcha. Okay. So -- and did you -- for
17 4-H, were you doing market animals, I presume?
18 A    Yes.
19 Q    Okay. And -- and what year did you start
20 4-H just out of curiosity?
21 A    When I was nine years old, so '76 -- '95.
22 Q    Okay.
23 A    Oh, sheez. '85. I'm sorry.
24 Q    '85. Okay. So you were born in --
25 A    I was born in '76 so that -- that's nuts.

Page 38

1 Q    '76. Okay. All right. That's fine.
2 Don't worry about it. Okay. Okay.
3      So -- and have you had any sub- --
4 subsequent to when moving to California, have you --
5 have you volunteered for -- had any involvement with
6 4-H in Shasta?
7 A    Yes. In a roundabout way, I was the farm
8 manager at Shasta College for ten years prior to my
9 employment at the Shasta District Fair as CEO.
10 Q    Okay.
11 A    And I had a lot of involvement with 4-H and
12 FFA kids, as we sold livestock to a lot of kids
13 going to fairs. So I had an extreme amount of --
14 Q    Interaction with.
15 A    -- interaction with them, helped out with
16 FFA chapters, friends with several FFA teachers. So
17 they all -- just, like, Kathie or whoever said, for
18 some reason, my phone number pops up and --
19 Q    I see.
20 A    -- I'm more than willing to help 'em.
21 Q    Okay. And you mentioned Shasta -- and you
22 said where you went to high school, but did you -- I
23 didn't ask you this earlier. Did you go to college
24 out here, too?
25 A    Yes, I went to several junior colleges from

Page 39

1 '95 to ninety- -- fall of '98. And then I started
2 Chico State late in the fall of '98, graduated in
3 2001 in May with an animal science degree.
4 Q    Okay. Did you go to, you know, get a
5 master's or anything like that afterwards or any
6 other education?
7 A    I got a hands-on education. My wife got
8 her master's in -- at Michigan State University from
9 '01 to the fall of '03. And I worked as Michigan
10 State University as a research assistant.
11 Q    Okay. Okay. Did you get a degree at the
12 end of that or just --
13 A    No. Just a hands-on.
14 Q    Gotcha.
15 A    I was the research assistant that got to
16 learn how to do things.
17 Q    That's great. Research -- Research
18 assistant in -- in what?
19 A    Bovine reproduction.
20 Q    Okay. So they have a lab out there or --
21 A    Yeah.
22 Q    -- a facility?
23 A    They have a large beef dairy. Did the most
24 of our work on dairy cattle.
25 Q    Okay. Okay. All right. I understand.

Page 40

1 All right. Is it similar to the one at UC --
2 A    Yes.
3 Q    -- at Davis? All right. Same kind of
4 thing?
5 A    It's -- yeah -- a research facility.
6 Q    Gotcha. All right.
7 A    Well -- yeah.
8 Q    Okay. All right. So where was I?
9 A    A little colder in Michigan.
10 Q    It is. It's very pretty there, though.
11 A    (Nodding.)
12 Q    I -- sometimes I look at -- because I'm
13 from back East. Sometimes I look at the, you know,
14 real estate places in the Midwest. I'm, like, oh,
15 man, it's really pretty but yet -- three months out
16 of the year. I don't know if I can handle it.
17 So --
18      MR. BRIDGES: Three months. It might be
19 longer than three months.
20      MR. GORDON: Three months. Yeah. I saw --
21 a few months ago, there's a -- there was a house for
22 sale. It was expensive. It was -- it was in
23 Detroit for 1.2 million. It was one of those houses
24 that, you know, one of those industrialists built in
25 the 190- -- like 1900s and it's, like -- it's just

**Page 41**

1  astonishingly beautiful. I mean, it would be such
2  an upkeep. I probably would not be able to. But I
3  -- you know, you look around California and, gosh,
4  we're just getting so ripped off, you know.
5  Anyways.
6  **BY MR. GORDON:**
7  Q    So you were in 4-H, FFA, and you were an
8  independent exhibitor also. Okay. So -- and you
9  told me your role at the -- what would you say in --
10 for the 2022 fair, what were your roles as livestock
11 manager or duties, whatever word you're more
12 comfortable with?
13 **A    Helping with the entries for all the**
14 **animals, not just Junior Livestock.**
15 Q    What other animals are there?
16 **A    Well, there's -- they call it an open show,**
17 **which is seniors or adults showing animals.**
18 Q    Okay.
19 **A    There isn't a whole bunch, but there's**
20 **goats and sheep and cattle. Lining up judges,**
21 **lining up an auctioneer, staff for that week I need**
22 **to take care of, stalling requirements.**
23 Q    You say stalling for the pens?
24 **A    Yeah. Where you put your animals.**
25 Q    Right.

**Page 42**

1  **A    Which is an undertaking.**
2  Q    Sure. Because you assemble them --
3  **A    Yes, sir.**
4  Q    -- then, right? They're not permanent,
5  right?
6  **A    Yeah.**
7  Q    Okay.
8  **A    And just making everybody fit like a jigsaw**
9  **puzzle.**
10 Q    Sure. And it varies every year, presumably
11 there's different amounts of animals?
12 **A    Yes.**
13 Q    Yeah.
14 **A    Putting on the auction, which is a large**
15 **portion of it and facilitating the auction.**
16 Q    Okay. So are you -- you said lined up
17 judges and the auctioneers. So would you say that's
18 your responsibility or was that -- Melanie said she
19 helped organize everything --
20 **A    Yeah.**
21 Q    -- with the fair, so I'm just curious
22 whether it was your responsibilities.
23 **A    It was a joint -- it was a joint -- if I**
24 **knew somebody or if I heard somebody to hire, she**
25 **did the contracts.**

**Page 43**

1  Q    Okay.
2  **A    I wasn't an employee anymore, so I couldn't**
3  **do --**
4  Q    I see.
5  **A    -- that -- I couldn't do the contracts, so**
6  **I would -- she would do that. I just helped**
7  **facilitate the -- here's the name, here's the**
8  **address, we want this guy to judge the sheep --**
9  Q    Okay.
10 **A    -- on whatever day.**
11 Q    So this is like a joint undertaking. You
12 would find a person. She would carry it home --
13 **A    Yeah.**
14 Q    -- with the contract?
15 **A    Yeah.**
16 Q    Did you know Melanie before -- before
17 becoming the livestock manager?
18 **A    Yes. I had -- just with my help through**
19 **the fairs for -- when I was just the beef guy.**
20 Q    Yeah.
21 **A    I had a few interactions with her there.**
22 Q    Okay. Okay. All right.
23 **A    And then she was the business assistant**
24 **when I was CEO.**
25 Q    Yeah. Okay. So you knew her when you were

**Page 44**

1  CEO for sure.
2  **A    Yeah.**
3  Q    Probably fairly well, because you -- but
4  then before that, you knew her slightly because
5  you're outside with the animals and she's in the
6  office --
7  **A    Yeah.**
8  Q    -- correct?
9  Okay. All right. So are there any
10 other -- any other duties that you can think of as
11 livestock manager?
12 **A    Trying to think through the week. Then**
13 **the -- the end of it's the lining up the trucks**
14 **and -- and actually before that is lining up the**
15 **processing facilities.**
16 Q    Mm. And Melanie testified that she
17 arranged that, too. So you --
18 **A    Yes.**
19 Q    -- you two worked together on that?
20 **A    Yes. And Larry -- actually, Larry Forero,**
21 **the 4-H extension -- kind of extension agent had**
22 **done a lot of that before I became CEO.**
23 Q    Uh-huh.
24 **A    And he still helped out a lot. But he had**
25 **actually a big start in helping with the processing.**

Page 45

1  But again, it's all -- it goes back to the CEO
2  getting it finalized --
3      Q    Yeah.
4      A    -- and all that.
5      Q    Yeah.  She mentioned yesterday that Larry
6  gave her some assistance or helped her, you know,
7  with some thoughts on it, so -- okay.  So you said
8  lining up the processing facilities and then you
9  said arranging the trucks, you said, as well?
10     A    Yeah.
11     Q    But it -- again, you do it, but then
12 Melanie does the contracts --
13     A    Yeah.
14     Q    -- and finalizes it?  Okay.
15     A    And just responsible for paying 'em and all
16 that good stuff.
17     Q    Yeah.  You're responsible for that.  Yeah,
18 I didn't think you were cutting a check out of your
19 pocket.  So it's a lot of money there, all -- I
20 mean --
21     A    Yeah.
22     Q    -- hauling things is expensive, so.
23         Okay.  What about delivering meat -- or any
24 of the animals that are sold?  I'm saying meat
25 because at that point they're processed, right?  So

Page 46

1  what about delivering animals after -- their meat
2  after they're --
3      A    Processed.
4      Q    -- after they're sold, who's responsible
5  for that?
6      A    We -- we work that out ahead of time that
7  the processor will haul 'em back to the local
8  butcher shops here.
9      Q    Okay.
10     A    So if somebody bought an animal, they
11 would -- they could pick which butcher shop they
12 wanted to process that animal all the way till it's
13 steaks and ready to eat.
14     Q    Okay.
15     A    So they would haul 'em -- the processor
16 would haul 'em to five or six of the local butcher
17 shops to --
18     Q    Okay.
19     A    -- finalize the processing of the animal.
20     Q    So does the processing -- or the does the
21 processing plants, do they send any receipts or any
22 items like that to the fair for the animals or
23 any -- you know, any records related to the animals
24 that --
25     A    Yes.  A packing -- basically a packing slip

Page 47

1  that says these --
2      Q    Packing.
3      A    -- are -- corresponds with the animal's ear
4  tag.
5      Q    Okay.  Was -- and they send that back to
6  the fair.  Okay.  All right.
7      A    And then it comes with the animals to the
8  butcher shops, too.
9      Q    Oh, okay.
10     A    And -- and we get one back from the fair,
11 yes.
12     Q    Sure, sure.  I'm just trying to -- you
13 know, so they -- the processing plant sends -- it
14 sends the cuts, obviously, to the -- or not the
15 cuts -- it's not cut yet.  But the -- sends the --
16 the carcass or what is the proper --
17     A    Carcass.
18     Q    Carcass.  Okay.  Sends the carcass to the
19 butcher and it's got the -- not the receipt.  What
20 is the word you just used?
21     A    Uh.
22     Q    When I said where is the paper trail, but
23 you -- you said something slip.
24     A    Packing.  Packing.
25     Q    Packing slip.  Is that packing slip?  Okay.

Page 48

1  It send the packing slip for -- with that animal's
2  information to the --
3      A    Um, it's usually just the ear tag number.
4      Q    Okay.
5      A    And then the butcher shops, we will send
6  them a list of -- because the buyer has the option
7  to pick which -- which one they go to.
8      Q    Yeah.
9      A    So when they buy the animal, they put that,
10 and then it goes -- so, A&R, here's your animals.
11     Q    Yeah.
12     A    And then the processing plant also gets
13 that.  These are A&R's animals.
14     Q    Okay.
15     A    And it's just the ear tag.  It has no -- it
16 usually doesn't have an exhibitor or --
17     Q    Okay.  Okay.  But just --
18     A    -- it isn't associated.  It's usually just
19 the ID we use to identify that animal is the ear
20 tag.
21     Q    I understand.  So they get their ID from
22 the processing plant and the processing plant sends
23 the ID and the packing slip to the butcher.  And
24 then when the butcher -- so does the processing
25 plant send the ID and the -- any other sorts of

LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

**Page 49**

1  receipts or whatever they're giving back to the fair
2  at that point or is it after -- after the butcher?
3  **A    It's usually at the same time is they'll**
4  **send us a bill basically is what they're sending us.**
5  Q    Okay.
6  **A    They're sending us a bill -- or Melanie a**
7  **bill --**
8  Q    Okay.
9  **A    -- of we processed this many animals,**
10 **here's their numbers, here's your bill.**
11 Q    Okay.  So the -- so the butchers then have
12 no obligations for sending anything back to the
13 fair?  It's --
14 **A    No.**
15 Q    -- just -- okay.  That makes sense.
16     So it goes to the processing plant, the
17 processing plant has the contract with the fair, so
18 the processing plant then says, okay, here's what we
19 sent out, we fulfilled our contract, and then --
20 then it's just the butcher does X, Y, Z, cuts it and
21 the people pick it up, correct?
22 **A    Yes, sir.**
23 Q    Okay.  All right.  So the individuals then
24 presumably who -- who purchased it go to the
25 butchers themselves and -- and pick up the -- what

**Page 50**

1  they already -- they don't pay the butcher again, do
2  they?  Or they do pay the butcher?
3  **A    It's -- it's the processing fee of --**
4  Q    Oh.
5  **A    -- cutting that carcass into individual**
6  **cuts of meat.**
7  Q    Oh.  And that's not included with the bid?
8  **A    No.**
9  Q    Oh, okay.  All right.  So that's a separate
10 fee that they pay.
11 **A    Yes.**
12 Q    Okay.  I see.  All right.  So then what
13 is -- what is processing included?  Just the --
14 the -- at the processing is just the slaughter and
15 nothing else?
16 **A    Yes.**
17 Q    What -- okay.  What -- well, how does
18 the -- what does the butcher then receive?  Is it a
19 full -- is it a full -- like, a full animal with fur
20 on it and everything still or is it mush --
21 processed slightly?
22 **A    I'm sorry.  Yes, it's -- the processing**
23 **facility is responsible for skinning.  I don't know**
24 **the --**
25 Q    You can you make up a term if it

**Page 51**

1  describes --
2  **A    The term.**
3  Q    -- it substantively.
4  **A    What's --**
5  Q    One --
6  **A    No --**
7  THE COURT REPORTER: One at a time, please.
8     Go ahead.
9  THE WITNESS: There's a proper term for it,
10 but gutting the animal.
11 BY MR. GORDON:
12 Q    Okay.
13 **A    I'm sorry.  I wish I knew the proper**
14 **terms --**
15 Q    You gut it, you mean removing the --
16 **A    Yes.  So basically the butcher will get**
17 **back on pigs, sheep, and goats, a full carcass.  On**
18 **cattle, it will be a half carcass --**
19 Q    Okay.
20 **A    -- or a whole carcass split in two.**
21 Q    Okay.  Okay.  All right.  Okay.  But so
22 when you say -- you meant the organs are all gone?
23 **A    Yes, everything's --**
24 Q    It looks likes the -- it looks like the
25 beef hanging in Rocky when he --

**Page 52**

1  **A    Yes, exactly like that.**
2  Q    Okay.  Okay.  Everyone knows when you use a
3  movie reference.  Okay.  All right.  Rocky I for the
4  record, so we all know which one we're talking about
5  here.
6     Anyway.  Okay.  Okay.  So the auction fee
7  includes the processing fee but not the butchering
8  fee?
9  **A    (Nodding.)**
10 Q    Okay.  All right.  Okay.  Correct, right?
11 You --
12 **A    Yes.**
13 Q    -- shook your head.
14 **A    I'm sorry.**
15 Q    No, it's fine.  It's fine.  It's fine.  I
16 just realized you shook your head.  It's fine.
17 You've before very audible so, but anyway.
18     Okay.  So -- and I know that there's a
19 local 4-H office in town, correct?  I -- I -- it's
20 called a cooperative extension; is that the correct
21 term?
22 **A    Yes.**
23 Q    Or something like that.  Okay.  Do you
24 know -- do you know the term?
25 **A    It's the cooperative extension agency,**

Page 53

1  which each -- I think each county has one.  And
2  that's usually where the 4-H is based out of.
3     Q    Okay.
4     A    Which -- not usually.  That's where 4-H is
5  based out of each county.
6     Q    Yeah.  Okay.  When you were CEO, how
7  much -- how much interaction did you have with --
8  with that office?
9     A    A decent amount.  Larry Forero, like I
10 mentioned before, was -- I'm not sure of his term or
11 his title was.  He's the heads guy there.
12    Q    Yeah.
13    A    Just lining up -- just being in
14 communication with him about days of when we're
15 doing pre weigh-ins for animals, ear tags.  And like
16 I said, he helped out with lining up the processors
17 and trucking.  And also, the 4-H office hands out
18 those checks.  So when we get the checks -- when we
19 collect all the money from the sale after however
20 many days it is, all the 4-H offices, the one that
21 hands out those checks --
22    Q    Okay.
23    A    -- to the 4-H individuals.
24    Q    Okay.  But the fair gives -- sends them the
25 money and then they cut the checks?

Page 54

1     A    No.  We give them a printed out check.
2     Q    Oh.  The fair -- I see.  I see.  So the
3  fair -- that's right.  Melanie explained that.
4     A    The stipulation's that -- and I'm not sure
5  it is why it is that way, but I think it's due to
6  the -- make sure that indiv-- that individual --
7  4-H individual had completed all of the tasks
8  necessary to be a 4-H member --
9     Q    Yeah.
10    A    -- I think is why -- each county is
11 different, some -- I know south county, every kid
12 picks up their own check at the fair office.
13    Q    Yeah.
14    A    Here, that's the way this 4-H office wanted
15 to do it.
16    Q    That's my understanding as well, that they
17 needed to complete some program -- or to -- for
18 their program.
19    A    And we also give the checks to the FFA
20 advisors.
21    Q    Okay.
22    A    So a kid does not come pick up their own
23 individual check from the -- I mean -- the fair
24 office.
25    Q    I see.  There's not an -- there's no FFA

Page 55

1  office equivalent to the 4-H office in town, though.
2     A    Every high school.
3     Q    Oh.
4     A    Not every, but every high school that has
5  an FFA --
6     Q    It just operates through their high school.
7     A    -- the ag teacher is like the Larry Forero.
8     Q    Yeah.
9     A    Each ag teacher is that guy.
10    Q    I see.  Okay.  Okay.  So there's --
11    A    They have the same stipulations to --
12 similar stipulation to abide by to be able to take
13 care of the animal and receive that check.
14    Q    Yeah.
15    A    And a lot of that is a thank you note is
16 to -- is my guess -- why they do that is to make
17 sure a thank you note has gotten to that buyer.
18    Q    Okay.
19    A    Is one reason, too.
20    Q    I see.  Okay.  Interesting.  Okay.  All
21 right.  Okay.  So when you were -- when you were CEO
22 or even the livestock manager, at any point in time
23 with -- with -- in your role for the Shasta fair,
24 you -- did you -- you said you were speaking with
25 the local 4-H office.  Were you -- were you trying

Page 56

1  to coordinate, like, events so the timing would work
2  for them for having the fair in a given year or
3  anything like that?
4     A    It's more so they know -- because our fair
5  is always -- the carnival dictates when the fair is,
6  when we can get a carnival.
7     Q    Okay.
8     A    That's the nitty-gritty of it.  So the
9  fair's always going to be -- unless there's a
10 catastrophe, which the only one that's been in 15
11 years has been the carnival -- the state fair moved,
12 so we had to move because we couldn't get our
13 carnival.
14    Q    Okay.
15    A    So that's always going to stay pretty
16 stationary.  The -- it's just the little things, I
17 guess.  The -- I mean, my guess that's mostly with
18 the ear tags.  They had to give ear tags to each
19 individual to put in their animals.
20    Q    Yeah.  And the fair provides the ear tags.
21    A    We give the ear tags to them and --
22    Q    And they put them --
23    A    -- we got to have records back and forth.
24    Q    Yeah.
25    A    Erin -- I think Erin Paradis is the one

Page 57

1  that I dealt with most on that aspect of it.
2  Q   Okay. All right.
3  A   Larry was just the trucking and the -- I'm
4  trying to think of what else I dealt with him on.
5  Just making sure everything's -- if he needs -- he
6  was always willing to help, too, so...
7  Q   If random stuff came up and you might have
8  called him.
9  A   Yeah.
10  Q   Yeah, I'm not expecting you to remember
11  everything that happened in your conversation with
12  Larry Forero from 2018 or so. But he was around,
13  then you would call on him for assistance and some
14  issues and --
15  A   Yes.
16  Q   -- that's seems to be what you're saying.
17  Okay. All right. And was there anyone else at the
18  office -- at the 4-H office that you, as CEO or
19  Melanie as CEO when you were there, are you aware
20  that the fair CEOs coordinated with --
21  A   Yes.
22  Q   -- besides Larry?
23  A   Erin Paradis.
24  Q   Okay.
25  A   She got hired -- I'm not sure. She was

Page 58

1  there a couple years, I think, in '22, a year maybe.
2  Q   Okay. So 4-H doesn't -- and I asked this
3  to Melanie also, but I'm not -- I don't quite
4  remember what her answer was. But 4-H doesn't have
5  any -- do they have any authority over any
6  activities at the fairgrounds?
7  A   No.
8  Q   Okay.
9  A   I don't --
10  Q   They don't make decisions on any- --
11  A   No.
12  Q   -- -thing that happens?
13  A   Not that I can think of, no.
14  Q   Okay. All right. That's fine. If
15  anything comes to mind, just let me know.
16       Do -- do -- is 4-H -- is it -- when you
17  were the CEO, did you consider, like, 4-H and FFA
18  almost to be in -- in partnership with the fair
19  with -- with throwing the -- the Junior Livestock
20  Auction or any other events?
21  A   The -- there were a mass help in terms of
22  the parents and the leaders in terms of volunteering
23  help during the auction, during the show, during the
24  whole week setting up.
25  Q   Okay.

Page 59

1  A   They helped out a great -- great deal just
2  being volunteers and...
3  Q   Okay. So to say this in the most
4  attorney-like fashion I can, they provided a lot of
5  resources to run the -- to run the show in those
6  years; is that fair?
7  A   Yeah. And not everybody. Some people help
8  more than others but --
9  Q   Yeah.
10  A   -- yeah.
11  Q   Yeah. Yeah. Okay. All right. All right.
12  Are you implying that volunteers aren't always
13  reliable?
14  A   No. A lot of people like helping.
15  Q   Yeah.
16  A   Some people don't like it.
17  Q   Yeah, all right. All right. Okay. So
18  what was the -- what was the fair's role with --
19  because you were still at -- at the fair at this
20  point. What was the -- the fair's role with respect
21  to the -- and your role and the CEO's role and
22  everyone's role with respect to the -- the July 9th
23  community barbecue of 2022? I know at least space,
24  but anything else?
25  A   Not that I'm aware of. And my time as CEO,

Page 60

1  that is all they asked from us, because I actually
2  never have made one.
3  Q   Okay.
4  A   Ever. I've never been to it, because
5  it's -- we were showing cattle somewhere else --
6  Q   Yeah.
7  A   -- or something. I don't know why, but I
8  never made one of the barbecues --
9  Q   Okay.
10  A   -- to be honest with you.
11  Q   Okay. So --
12  A   So with that -- as the CEO, I never --
13  that's all we provided was space.
14  Q   Yeah. Do you remember who you leased the
15  space to? Like, who was the -- the other
16  contracting party? I'm assuming there's a written
17  agreement somewhere, correct, so --
18  A   Yes.
19  Q   Okay. Do you remember who it was made
20  out -- the contract was between?
21       MR. BRIDGES: I'll just say don't
22  speculate. If you know.
23  BY MR. GORDON:
24  Q   Yeah. If you know.
25  A   No. I'm -- there had to be a rent

Page 61

1  agreement. The -- the -- Kathie's the one that was
2  dealing with it. Kathie Muse.
3  Q    Uh-huh. But your contract was not with
4  Kathie Muse, though, correct?
5  A    It was with the --
6  Q    4-H or FFA?
7  A    No. It was with the -- I -- I have no clue
8  who it was with.
9  Q    Okay. Okay. But she was signing for it?
10  A    She was signing for it.
11  Q    Sorry.
12  A    Again, I was never involved with any of it.
13  All the people that came and helped that -- but I
14  was never there. I was trying to think if there was
15  somebody else. I'm pretty sure it was always
16  Kathie.
17  Q    Always Kathie. Okay. But she was --
18  A    I know the name. That's what I'm trying
19  to --
20  Q    Yeah, yeah.
21  A    I think it was written --
22  Q    You don't --
23  A    I'd be speculating if I said I remember.
24  Q    It's fine. It's fine.
25        Did you -- yeah, it's fine. Did you

Page 62

1  consider the community barbecue to be a 4-H event?
2  A    4-H and FFA.
3  Q    4-H and FFA. Okay. All right. So like,
4  those organizations were collectively throwing it?
5  A    (Nodding.)
6  Q    Okay. Okay. But you don't know if the
7  contract was with one or the other -- I don't -- I
8  understand. This was a long time ago when you were
9  signing these contracts and you probably signed a
10  lot of contracts. So you don't --
11  A    Yeah, I --
12  Q    Okay. I appreciate it. Hey, I -- I can
13  see you're really thinking. I appreciate that --
14  A    I just don't.
15  Q    -- you don't recall. Okay. So thank you.
16        So but appare- -- apart from leasing the
17  space, the -- to your understanding, the -- the
18  Shasta District Fair and Event Center, it's not
19  their event. They have no relationship with the
20  barbecue.
21  A    Yes.
22  Q    Okay. All right. Okay. Other than, I
23  mean, I suppose for they're some- -- they're selling
24  and holding an auction that they know some of the
25  meat is going to go towards?

Page 63

1  A    Yes.
2  Q    That is the relationship, I suppose? Okay.
3  All right. Or -- all right. Okay.
4        So what is -- what -- do you have a -- when
5  you were CEO or even as livestock manager, did you
6  have any sort of document retention policy?
7  A    Say that again.
8  Q    I know. Sorry. Document -- lawyer speak.
9  Document retention policy, like what -- how did you
10  maintain your records for anything that transpired
11  in the -- in those roles?
12  A    Five or seven year -- I can't remember if
13  it was five or seven years, but we had those -- the
14  documents as long as we -- all the documents
15  never -- we had files of them.
16  Q    Files of --
17  A    Files from -- I mean, when I took over CEO
18  there was some from a long -- like 10 or 12 years
19  before that that each year was kept.
20  Q    That were still there?
21  A    Yes.
22  Q    Did you --
23  A    And we mainly keep the prior two years. I
24  kept doing it the way they were doing it, prior two
25  years, so we could look back to whatever -- if we

Page 64

1  couldn't remember what happened last year, we could
2  look into those files and say --
3  Q    Okay.
4  A    -- they were mainly right there.
5  Q    But then some of the records went back
6  even -- you said there were some things, like, nine
7  years?
8  A    (Nodding.)
9  Q    Do -- did you-- did you -- either you or is
10  there any policy that you'd go through at any point
11  in time and say, oh, these are nine years old, it's
12  time to -- we don't need these any longer?
13  A    I wasn't there long enough, I guess.
14  Q    Okay.
15  A    I -- I -- I still to -- even my current --
16  I keep --
17  Q    Yeah.
18  A    -- as much as possible. I think it's five
19  years. I don't know what their current -- what it
20  is -- five or seven years. I don't know what -- I
21  can't remember.
22  Q    When you -- when you say five or seven
23  years, you're thinking --
24  A    That --
25  Q    -- complying with --

Page 65

1  A    The legal.
2  Q    -- the legal records.
3  A    Yeah.
4  Q    Yeah.
5  A    Is it five or something?  Because we never
6  had that -- I never had that discussion with the
7  state --
8  Q    Uh-huh.
9  A    -- or anybody about --
10  Q    Yeah.
11  A    -- our records, but I knew that there was
12  boxes and boxes of records before my time.
13  Q    Yeah.  Did -- did you -- in your experience
14  there, did you not receive a lot of or many public
15  record requests at that point in time?
16  A    (Shaking head.)
17  Q    No.  Reporters or anyone asked for 'em or
18  just random people for --
19  A    To my recollection, I do not remember
20  getting -- in my three years there, getting a public
21  records -- I do not remember.
22  Q    Hmm.  What -- had you got -- yeah.  Had you
23  gotten one, would you -- would you have tried to
24  fill the request or do you outsource that someone
25  else?  Who would you have outsourced to?

Page 66

1  A    I would have -- I would have probably done
2  it, but I'd go through the state --
3  Q    Yeah.
4  A    -- through the CDFA to make sure I did it
5  to the right way.
6  Q    Yeah.  Okay.  All right.  Okay.  So is -- I
7  know you said you were -- you -- the five or seven
8  years, one of them, whatever you thought was
9  appropriate.  What -- and is that in your role as
10  a -- when you were -- in your role as livestock
11  manager, too, did you turn over all the documents
12  you had to the office for retention or whatever they
13  were supposed to do --
14  A    Yeah.
15  Q    -- with them?  Okay.
16  A    Yes.
17  Q    All right.  So -- and do -- what was
18  your -- as CEO and as a livestock manager, was it
19  the same retention policy for e-mails and texts?
20  Like if there's a work text or a -- you know,
21  whatever or...
22  A    I didn't have a text for sure.
23  Q    Okay.  Did you have a -- I know you've
24  changed your phone number, but that -- was
25  that -- was that your work phone as CEO and --

Page 67

1  A    (Shaking head.)
2  Q    Okay.  But did you have a -- a different
3  work phone?  I thought you just said it was -- did
4  you have a work cell phone as CEO and as livestock
5  manager?
6  A    No, sir.
7  Q    No.  Okay.  All right.  So it was your
8  private phone?
9  A    (Nodding.)
10  Q    Had -- would you have a -- did you have a
11  private e-mail address or a -- work e-mail address
12  as CEO?
13  A    Yes, sir.
14  Q    You had which one?
15  A    A work, a Shasta District Fair e-mail
16  address.
17  Q    Okay.  Okay.  All right.  And as -- did
18  they give you an e-mail address as livestock manager
19  also?
20  A    No.
21  Q    No.  Okay.  So it was just -- were you
22  communicating for in your role as livestock manager
23  through your private e-mail at all to the fair?
24  A    I did not find any when I looked.
25  Q    All right.  I believe you didn't find any.

Page 68

1  But at the time were you communicating using your
2  e-mail at all?
3  A    I thought I was more than -- but no,
4  apparently it was all phone calls.
5  Q    All phone calls.  Okay.  All right.
6  A    Yeah.
7  Q    And -- and texts.
8  A    (Nodding.)
9  Q    Okay.  Okay.  Were there ever been anyone
10  you would have been communicating about the '22 fair
11  by text apart from Melanie Silva or would that have
12  all been phone calls?
13  A    I -- I had some with Kathie, Melanie
14  that -- and I think --
15  Q    Larry Forero potentially?
16  A    He does not use his cell phone.
17  Q    He's doesn't use his cell phone.  Okay.  Is
18  he off the grid or is --
19  A    Well, he has a cell phone, but he doesn't
20  like answering it or using it.
21  Q    All right.
22  A    He makes that known, which I don't know why
23  he has a cell phone, but...
24  Q    Well, doesn't he prefer texts then so he
25  doesn't have to answer his phone?

LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

**Page 69**

1  A    That's -- he's interesting. He's a good
2  guy. He's interesting that way. He doesn't --
3  Q    Okay.
4  A    Technology, he -- he's born in the wrong
5  century.
6  Q    Gotcha. How old is he out of curiosity.
7  A    He retired -- excuse me. He's -- I think
8  he still might be working or retired. He's
9  60-something.
10  Q    Sixty-something. Okay. All right. Okay.
11  So he's approaching retirement and --
12  A    He's -- he's still -- he retired, still
13  doing some -- he can't let it go, I guess.
14  Q    Gotcha. Okay. Well, no one wants to sit
15  home and do -- I understand that, you know.
16        So you mentioned that there were -- there
17  was no policy in retaining texts, if I understand
18  you correctly. But was there a policy in retaining
19  e-mails that you can think of?
20  A    No, at that time. Not personal. The --
21  Q    Work-related e-mails at the -- at the -- as
22  fair or livestock manager -- I'm sorry -- as CEO or
23  livestock manager.
24  A    I don't know if there's a policy. I --
25  Q    You don't know. Okay.

**Page 70**

1  A    Because it was just -- as CEO, there was
2  two -- I think three: The maintenance guy, the BA,
3  and myself had a business e-mail, so I don't --
4  Q    Yeah.
5  A    I don't know if there was a policy. I
6  didn't have a policy.
7  Q    Yeah, yeah. So --
8      THE COURT REPORTER: What -- what was the
9  one? BA? Business?
10      THE WITNESS: Business assistant. I'm
11  sorry.
12  BY MR. GORDON:
13  Q    Okay. Okay. So -- so yesterday -- and I'm
14  only using this for -- for background. Maybe it
15  will refresh your memory. Melanie essentially
16  testified that -- that she would, you know, try to
17  exercise some discretion on determining what she
18  thought was important to save or not for e-mails and
19  maybe she printed a hard copy. But that -- is that
20  something that you did, too? Like, oh, this looks
21  important, I'll save it. And there are other ones
22  that -- I understand you probably got a lot of spam
23  in your e-mail and -- but I'm just curious what your
24  procedure was and stuff.
25  A    My --

**Page 71**

1  Q    Save the --
2  A    My proce- -- unless it was complete spam,
3  I -- I -- I tried to keep everything myself.
4  Q    All right.
5  A    I mean...
6  Q    On your work e-mail, you mean?
7  A    (Nodding.)
8  Q    Okay. All right.
9  A    And -- yeah.
10  Q    Okay. That's fine. Okay. All right. So
11  when you -- you did produce some documents for
12  discovery in this case. So what sort of -- for
13  your -- your e-mails in relation to, you know, the
14  Longs or Cedar or -- or the lawsuits or any of those
15  sorts of things, what sort of search do you
16  undertake to look for items? If you could describe
17  your -- just describe your efforts as best you can.
18  A    I put Jessica Long in the search, goat.
19  That was the two that I used.
20  Q    Okay.
21  A    And tried to look back in that time frame
22  as well.
23  Q    Okay. And those are the two terms. No
24  other search terms.
25  A    (Shaking head.)

**Page 72**

1  Q    And did you search your -- just your
2  e-mails through that or -- with those search terms,
3  or did you search your computer database as well?
4  A    Just my e-mails.
5  Q    Okay. But you -- okay.
6  A    I don't have a personal.
7  Q    We understand that. And I'm not a tech
8  person either, but we -- you understand that files
9  can be potentially saved, not just in e-mail, right?
10  You could download it to your computer or whatever,
11  your phone?
12  A    (Nodding head.)
13  Q    Oh. You do not use a computer? It's just
14  your phone?
15  A    A majority, I have a tablet that -- I don't
16  know -- I don't know the last time I used that.
17  It's probably been -- my kid's been using it, so
18  it's been quite a while since I think I've used it.
19  Q    Okay. Okay. So you did not -- you said
20  you searched for Jessica Long and goat, but you
21  didn't search for, for example, Kathie Muse through
22  your e-mails or anything like that?
23  A    Yeah, Melanie. Sorry. I searched for
24  Melanie.
25  Q    How about Kathie?

LONG vs.
FERNANDEZ

---

Page 73

1  A   I really don't remember if I did.
2  Q   So you might not have?
3  A   I think, because I did -- there's just so
4  many texts that I might have.  I --
5  Q   Yeah.
6  A   Which I don't -- I don't even know if I
7  have her e-mail to be honest with you.  I might.
8  Q   Okay.
9  A   I don't --
10  Q   But you don't -- okay.  Okay.  But you
11  might -- you don't recall if you searched or not.
12  You might not have?
13  A   I might not have.
14  Q   Okay.  Okay.  All right.  Okay.  And -- but
15  you believe you did search for Melanie?
16  A   Yes.
17  Q   Okay.  All right.  Okay.  And any other --
18  any other people potentially also -- I know there --
19  there's been a cast of names thrown around.  And I
20  don't mean that disparaging.  But when I say cast of
21  characters, it's just a lot of -- lot of, you
22  know -- our client, too.  There's a lot of names
23  floating around.  Like people at the CDFA, di you
24  search for -- yesterday, we saw e-mails -- Mike
25  Flores was calling -- or had conversations with

---

Page 74

1  Melanie apparently.  Like, did you search for him?
2  A   I only remember talking to -- I know the
3  CDFA -- he's the head of CDFA.
4      MR. BRIDGES: Is it one of the lawyers?
5      THE WITNESS: No -- who's head -- oh,
6  Mike Francesconi.  Sorry.
7  BY MR. GORDON:
8  Q   Mike Francesconi.  Okay.
9  A   I can only remember talking to him after
10  actually any of this.
11  Q   Oh.  After -- when did you speak to him?
12  A   From June -- from middle of June till
13  September.
14  Q   Okay.  When you say "after any of this,"
15  what does that --
16  A   I mean, any -- that's the only person that
17  I believe that I -- I don't believe I talked to
18  Mike Flores to my knowledge --
19  Q   Okay.
20  A   -- but when the lawsuit --
21  Q   Yeah.  And, B.J., I wasn't implying that
22  you did.  I'm just --
23  A   No, I -- no, no.
24  Q   -- curious if you searched terms.  I'm
25  not -- okay.

---

Page 75

1  A   I do -- I did not remember giving any --
2  Q   Okay.
3  A   -- because it was all --
4  Q   Okay.  But -- so it's of your memory the
5  only terms you searched for -- through your e-mail,
6  not your computer is -- is Jessica Long, goat, and
7  then Melanie.  Those are the ones you're certain of,
8  though.  But the rest you're not --
9  A   No.
10  Q   -- you don't know?
11      But for Kathie, you're not certain of, but
12  the other ones, the CDFA actors or Larry Forero,
13  you're -- for those ones you're confident you didn't
14  search for?
15  A   Yes.
16  Q   Okay.  All right.  Okay.
17      Let me take a -- and this is -- if you want
18  to take a bathroom break, I have to go, also use it
19  as well.  Go off record for a moment.
20      THE VIDEOGRAPHER: We're off the record and
21  the time is 11:20.
22      (Whereupon, recess was taken
23      from 11:20 a.m. to 11:30 a.m.)
24      THE VIDEOGRAPHER: We're back on the record
25  and the time is 11:30.

---

Page 76

1  BY MR. GORDON:
2  Q   All right.  So B.J., before we went off the
3  record, I asked you a question about your search
4  terms, and -- and I'm going to clarify it again for
5  your counsel pursuant to a conversation we had off
6  the record.  You searched for Jessica Long and goat
7  and you -- and Melanie as well, correct --
8  A   (Nodding.)
9  Q   -- through your e-mail?  And I might have
10  searched for Kathie, but you're not sure.  And any
11  of the other cast of characters, as I said in this
12  case, the CDFA or any other -- Mike Flores or
13  Mike -- the other --
14  A   Francesconi.
15  Q   Yes, thank you.
16      You did not search for him.  But -- but to
17  your counsel's point that -- that -- he wanted me to
18  clarify, that did not mean that everything wasn't
19  produced necessarily, because the -- those searches
20  that you did do might have captured those names that
21  we didn't mention.  But nonetheless, you did not --
22  for clarity's sake, you did not search for those
23  terms in your e-mail or -- you only searched your
24  e-mail and you didn't do any searchs on your
25  database, correct?

---

Page 77

1    A    Yes.
2    Q    Okay. All right. Okay. Do you back up
3    your e-mails anywhere, like, the Cloud?
4    A    (Shaking head.)
5    Q    No? Okay. Oh, and your text messages, do
6    you back up them anywhere?
7    A    They might be on the Cloud. I don't keep
8    track. I don't --
9    Q    Do you --
10   A    I don't know.
11   Q    Do you use iCloud?
12   A    Yes, I have iCloud, so...
13   Q    So your text messages and e-mails might
14   potentially be backed up there, but you don't use it
15   enough to know one way or the other?
16   A    No.
17   Q    Okay. Okay. All right. And were there
18   other communications that you had that you -- I
19   mean, obviously this story has gotten a lot of
20   attention. Did you -- you did not receive or send
21   any e-mails to your knowledge to anyone
22   concerning -- concerning the case with commentary
23   particularly on the case or anything like that?
24   A    I think I -- I mean -- there's lots of --
25   people sent it to me.

Page 78

1    Q    People you know sending things to you?
2    A    Yeah. When the case hit, yeah.
3    Q    Okay. Have there been since that point
4    people still sending you items concerning --
5    concerning those items --
6    A    I haven't -- not -- not since -- no, not
7    since I got named.
8    Q    Okay. Okay. And you were -- you were
9    brought in, I believe, April of this year
10   thereabouts. Is that --
11   A    Yeah, I think so.
12        MR. BRIDGES: I think that's right.
13   BY MR. GORDON:
14   Q    Okay. So since -- so it's your testimony
15   that since about April of this year you have not --
16   you have not had any e-mails with anyone concerning
17   this case or concerning Jessica or --
18   A    Not that I've found.
19   Q    Not -- but there might be?
20   A    No, I don't -- no, I -- I don't think that
21   there is. I'm...
22   Q    Okay. But did you search for any of them?
23   A    Goat and Jessica Long.
24   Q    Okay. Okay.
25   A    That's -- would have been --

Page 79

1    Q    That would have been it.
2         But do you actively recall receiving any
3    e-mails from any -- anyone?
4    A    No e-mails, no.
5    Q    Okay. What about text messages from --
6    concerning the case where you had conversations
7    about it?
8    A    Not that -- I mean, the -- text me a
9    newspaper article after -- in April --
10   Q    Uh-huh.
11   A    -- when those were all going out, but
12   that's all I...
13   Q    And -- and -- okay. So you said lots of
14   people sent things to you.
15   A    I -- I don't --
16   Q    But --
17   A    -- yeah.
18   Q    Okay. That's fine.
19        So did they send links, like, to articles
20   or was it -- was it commentary?
21   A    It was links.
22   Q    Links to articles? Okay. No one had any
23   commentary or, you know, about the case, like this
24   is nuts or this is -- you know, anything?
25   A    Not that I recall.

Page 80

1    Q    Not that you recall. Okay. All right.
2    Okay.
3         So I know you don't recall it, but there
4    could potentially be e-mails between -- or texts
5    between you and third parties concerning the case if
6    that did not pop up on your side- -- on your search
7    terms, correct?
8    A    Anything's possible, I guess. I -- yeah.
9    There's -- I don't...
10   Q    Possible. Okay. All right. Okay. Well,
11   we'll talk to your counsel about it afterwards of
12   undertaking a, you know, more thorough search.
13   So -- okay.
14        Did you -- when you were -- do you
15   understand a duty to preserve -- it sounds like a
16   loaded term, but I know -- know the term. Do you
17   understand in a lawsuit that there's a duty to
18   preserve evidence?
19   A    (Nodding.)
20   Q    Yes?
21   A    I -- roughly.
22   Q    You were shaking your head.
23   A    I'm sorry. Yes. Yeah, I --
24   Q    Yes? Okay. So -- okay. All right. So --
25   well, we'll talk about -- with your attorney

Page 81

1  afterwards about searching through -- through items.
2        So -- okay.  So -- so you were the
3  livestock manager of the 2022 fair and when did
4  you -- oh, thank you.
5        All right.  By the way, I asked earlier --
6  strike that.
7        I'm not sure if I asked this earlier.  Do
8  you -- for your work phone, is it a mobile phone or
9  a cellular phone?
10  A   **My personal phone.  I only have a personal**
11  **phone, yes.**
12  Q   Okay.  All right.  And what -- and you only
13  have a personal phone.  So you used your personal
14  phone for work purposes at -- at the time -- at --
15  in around, let's say --
16  A   **Yes.**
17  Q   -- you know, June, July, August 2022.
18  Okay.  All right.  And what was -- do you recall the
19  phone number?  I know you said you've changed it,
20  but did -- is that the phone number that you, in
21  fact, changed?
22  A   **Yes.**
23  Q   Okay.  So do you recall the phone number?
24  A   ▮▮▮▮▮▮▮▮.
25  Q   1024.  Okay.  All right.  And what is your

Page 82

1  carrier?  Or was your carrier for it?
2  A   **AT&T.**
3  Q   AT&T.  Okay.  All right.  And -- and what
4  date did you switch your numbers if you can recall?
5  Your best estimate.  I know you probably --
6  A   **It was a Saturday morning, my daughter's**
7  **track meet.  It's -- when was -- it was probably two**
8  **weeks after I got served or after I -- I knew that**
9  **was --**
10  Q   April.  Okay.  So -- so it would have
11  been --
12  A   **I can tell you where it was at if that**
13  **helps.**
14  Q   So it would have been -- I'm -- I'm going
15  to put a date and you can just about tell me if it's
16  accurate.  So it would have been about, you know,
17  probably May of this year --
18  A   **Yes.**
19  Q   Sometime in May.
20  A   **Yes.**
21  Q   At one of your doc- -- daughter's --
22  A   **Enterprise High School.**
23  Q   Enterprise High School soccer game or
24  something.  Okay.  All right.  And -- and your --
25  your new number and carrier as well?

Page 83

1  A   ▮▮▮▮▮▮▮▮▮▮▮▮▮
2  Q   Okay.  All right.  Okay.  And you've had
3  that number since and you also use it for work and
4  personal --
5  A   **(Nodding.)**
6  Q   -- as well?
7  A   **Yes.**
8  Q   Okay.  And do -- do you have a landline?
9  A   **No, sir.**
10  Q   No?  Okay.  All right.  So let's go to
11  the -- the fair dates themselves.  So the -- do you
12  remember the dates in 2022 that the Junior Livestock
13  Auction was held?
14  A   **June 20-ish.**
15  Q   Okay.  The Saturday -- yeah.  The Saturday
16  was the 25th.  Does that sound about right to you?
17  A   **Sure.**
18  Q   Yeah, I believe it's the 25th.  So the --
19  when did you find out that -- so did you -- well,
20  strike that.
21        The Junior Livestock Auction was on 6/25.
22  That's your -- the -- I can show you a calendar if
23  that makes you feel more --
24  A   **(Nodding.)**
25  Q   Let me just show you a calendar so we can

Page 84

1  both know that that is the date.  To be honest, I'm
2  not that confident on that either.  I'm pretty sure
3  but -- okay.  So here's a June 2022 calendar.
4  A   **Yeah, that would be the auction on the**
5  **25th.**
6  Q   Okay.  All right.  So that's a Saturday --
7  A   **Yeah.**
8  Q   -- the 25th.  Okay.  All right.  So when
9  did you about -- and you were -- strike that.
10        You were at the fair all day?
11  A   **(Nodding.)**
12  Q   Okay.
13  A   **I -- I did not leave from Monday till**
14  **Sunday night.**
15  Q   Okay.
16  A   **I stayed on grounds.**
17  Q   Even at night?
18  A   **I had a camp trailer, yeah.**
19  Q   Oh.  Okay.  All right.  Okay.  When did you
20  first learn about Jessica removing Cedar from the
21  fair?
22  A   **Well, I learned that there was a goat**
23  **missing approximately -- our truck showed up at**
24  **roughly 9 o'clock on Saturday night.  We were**
25  **running behind, because of some clerical issues,**

Page 85

1 because usually we have everything sorted and marked
2 because we do mark the animals to which local
3 butcher they're coming back to.
4 Q   Yeah.
5 A   My crew came to me roughly 9:30 the first
6 time and said, "There's a goat missing."
7     I said, "No, there's not."
8     "We looked everywhere."
9 Q   Yeah.
10 A   They go back, they counted. So we looked
11 for, I'm guessing, an hour and a half till -- we --
12 we had to go. We had -- you know, we had -- we had
13 to send the trucks. So we looked for probably 9:30
14 to -- and at some point, the 4-H leader,
15 Jessica Long's 4-H leader -- or her daughter's 4-H
16 leader --
17 Q   I'm going to the interrupt for one --
18 Chad Fowler?
19 A   Yes. Thank you.
20 Q   You're welcome.
21 A   He was there. He came to me and had seemed
22 like he had an idea that she might have taken it.
23 Q   He came to you. Did you approach --
24 A   Well, it came to -- we started calling.
25 I'll back up.

Page 86

1     As soon as that hour -- I mean, the third,
2 fourth check went around, we go to the records, try
3 calling Jessica. No answer, which -- I don't know,
4 my crew, the girls that worked for me were calling.
5 I was dealing with the other animals and just
6 overseeing everything.
7     And then Chad came at some point that
8 night, 11:00-ish, 12:00-ish, 11:30, somewhere in
9 that time frame and had assumptions that she might
10 have taken it.
11     At that point, we had already sent
12 everything -- not -- when he had -- sorry. I think
13 we sent -- sent some animals. So that's when I
14 first -- and that was -- it was the three -- three
15 of the women that helped me were at majority of the
16 fairs. So it was just an awe-shock deal that I
17 worked fairs since I was 15. They worked
18 everything -- a lot of fairs up the Central Valley.
19 We never had something going missing like this, and
20 so it was kind of a -- an oddity.
21 Q   Oddity. Okay. All right. Okay. Okay.
22 And this was about -- so I do have a question. So
23 you -- why couldn't -- you had -- all the goats had
24 ear tag numbers, correct? You couldn't determine
25 which particular goat was missing right away?

Page 87

1 A   Yes, we did.
2 Q   Oh.
3 A   Oh, we knew right away which one was
4 missing.
5 Q   Okay.
6 A   We didn't -- the first 45 minutes, "The ear
7 tag, whatever it is is missing somewhere on this
8 grounds, we'll find it," is what I said to my crew.
9 Q   Yeah.
10 A   Maybe it got over to the sheep barn. Go
11 back to the cattle barn. Don't think it's over
12 there, but --
13 Q   I see.
14 A   -- we did a mass search. So we he spent --
15 and again the time frame, hour, hour and a half
16 frantically looking for this goat. And then that's
17 when Chad -- somebody had gotten ahold of him,
18 someone on the crew, I think maybe because it was
19 close to midnight. I think pretty close to there.
20 So I imagine he was already in bed, maybe he was on
21 his way home, I'm guaranteeing. He came back -- or
22 he showed up. I don't know where he was.
23 Q   Okay. So someone reached out to Chad, and
24 Chad can said -- what had -- what had Chad
25 communicated to your understanding?

Page 88

1 A   To my understanding, was that he thought it
2 might be possible. He didn't say yes or no or
3 anything of definites, but he thought he might think
4 that she may have taken him.
5 Q   I see. And -- but earlier you weren't --
6 this is just sheer morbid curiosity. Earlier you
7 thought Cedar might have just escaped the pen
8 himself and gone off --
9 A   Yes.
10 Q   -- made a run for it?
11 A   And that's -- I don't know. I've worked
12 big fairs helping out because -- like that crew, I
13 say, I'm talking to are high school kids or college
14 girls. And three of girls -- the women are -- it's
15 their profession. But I mean, I worked this many
16 fairs and that was just -- that has never happened
17 to us in I don't know how many fairs. And so it
18 just kind of just shocked us greatly when he thought
19 that that might be the case.
20 Q   Okay. Did he give any explanation or did
21 you any understanding at the time of why she might
22 have taken Cedar?
23 A   No, I -- I mean, I can assume.
24 Q   Well, what did you -- do you have a belief?
25 A   Well, it's the fact of every 4-H kid, they

Page 89

1  don't -- they get connected to these animals and
2  that's part of the process and...
3    Q    Okay.  And so what was your -- I know you
4  said it was an oddity or what -- so was your
5  reaction just like a -- I don't want to put words in
6  your mouth, but I'm -- shock or what was your --
7  what was --
8    A    Shock.
9    Q    -- your reaction?
10   A    I mean, the -- there's three other gals
11 that work there that -- I mean, we were all in
12 disbelief and shock that -- that it was -- that it
13 happened.
14   Q    Yeah.
15   A    Because again, it's -- I don't know, I'm --
16 for 25, 30 years and they're all 25 years plus
17 working in this industry and -- and much larger
18 fairs than Shasta District Fair and it's never
19 occurred.
20   Q    Okay.  All right.  So were you present at
21 the Junior Livestock Auction earlier in the day?
22   A    Yeah.  I was -- I'm all over because of --
23 I'm in the livestock area.  I'm there most of time.
24 Like, 90 percent of the time there, I -- it depends
25 on if I'm -- I'm doing some -- fixing something.

Page 90

1  I'm doing something.  My -- I'm just the -- during
2  that, it's -- I mean sound, I think we had a power
3  issue that year, those kinds of things, I'm doing
4  that.
5    Q    I see.  So at any point during the
6  livestock auction or at any other point during the
7  fair, did you ever speak with Mrs. Long?
8    A    I did not.  To my recollection, there's 500
9  and -- whatever it was that year, 540 animals, so a
10 thousand, 1300, 1500 parents, depending on how many
11 parents they have, I -- I probably -- I could not
12 pick her out of a lineup today.
13   Q    Yeah.  I -- oh, really?  I wasn't
14 expecting -- I wasn't implying or thinking that you
15 necessarily did.  I was just curious.
16   A    And that's what -- you know, it's -- I
17 couldn't pick her out.
18   Q    Yeah.  I understand.
19   A    I never had any interaction with her to my
20 knowledge.  And there's lots and lots of parents
21 that come talk to me that...
22   Q    Yeah.  So -- okay.  So you have no
23 knowledge that you spoke with her or ever heard any
24 of her conversations throughout the fair or any
25 other time apart from the conversations you had with

Page 91

1  her after removal --
2    A    (Nodding.)
3    Q    -- correct?
4    A    Yes.
5    Q    Okay.  And the same presumably goes for
6  the -- the daughter?
7    A    Yes.
8    Q    Awesome.  So moving forward -- and I should
9  have said this earlier, because we're in Federal
10 Court there -- maybe it's all courts, but there's a
11 rule in Federal Court that we have to try to take
12 efforts to keep the minors anonymous.  So that's why
13 you see the abbreviation E.L. in the Complaint and
14 in everything.
15       So -- and you have not said it, but do try
16 to say the abbreviations of her name as E.L. or the
17 daughter, something like that as opposed to the
18 child actual name if you can recall.  Everyone has
19 slipped up and said it.  Mostly me, I have --
20   A    Okay.
21   Q    -- said it several times on the record when
22 I shouldn't have.  So just -- we'll both be mindful
23 of it.  I'm not -- anyway, just --
24   A    Okay.
25   Q    -- be mindful of it, I guess.

Page 92

1        Okay.  So but you -- so you have no
2  recollection speaking to any of those either of
3  those two and -- or do you have any recollection of
4  speaking to anyone that they might be associated
5  with at the fair, like -- apart from Chad Fowler?
6    A    I didn't know Chad Fowler.  And that might
7  have been my only interaction was that night in the
8  trailer.  I didn't know him from -- I didn't know
9  him neither.
10   Q    Okay.
11   A    From my -- and I might have, but if you
12 would have said Chad Fowler before that night, I
13 would have been, like, I don't know who that is.  I
14 know some Fowlers up north.  Maybe they're related,
15 which I think they are now come to find out, but
16 that's the only thing that I have recollection of
17 Chad Fowler.
18   Q    Okay.  I -- all right.  Did -- now, you
19 said your interaction with Chad Fowler in the -- was
20 he -- in the trailer.  Was Chad Fowler personally
21 present?  Okay.
22   A    Yes.
23   Q    So when you spoke to him, he had not left
24 the fair yet or he returned to the fair?
25   A    From -- I couldn't tell you.  He showed up

LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Page 93

1  in the trailer, it is -- because it is a mad house.
2  And a majority of those people are gone and he's the
3  one that stayed, I don't think he was. But yet
4  again, I don't know if he stayed or left. I know
5  that at roughly 12 o'clock, I turned around and he
6  was talking to one of my gals.
7  Q    Okay. All right. And this is the first
8  time you spoke with Chad Fowler -- Chad Fowler?
9  A    Yes.
10  Q    Okay. So I should have asked this earlier.
11  How does the auction -- how does the auction operate
12  during the day? I jumped past it. But what time
13  does it start? Or that day, what time did it start
14  if you can recall?
15  A    I believe we start that auction because
16  there's so many animals at 8:00 a.m. Could be 9:00,
17  but I'm pretty sure it's 8:00.
18  Q    Okay. And how long about does it go for?
19  A    Depending on the year and how -- that's --
20  usually we try to be done by 5:00 p.m. and I think
21  we were pretty close to that that year. I -- we
22  were between 4:00 and -- it wasn't 4:00. So 5:00
23  and 6:00, I think we were done.
24  Q    Yeah.
25  A    It's a long, hot day.

Page 94

1  Q    Long, hot -- how warm was it?
2  A    Probably 100 and something -- 107 or
3  something, I think, if I remember right.
4  Q    Wow.
5  A    Not as hot as -- it was nice, because I've
6  been there when it was 115.
7  Q    Really? Geez. That's like -- that's like
8  the desert heat almost.
9  A    Yeah.
10  Q    I didn't know -- I didn't know it got that
11  hot up here.
12  A    That's the -- that's what makes that day
13  so -- I mean, there's lots of animals, but it's --
14  we go through cases and cases of water keeping
15  everybody hydrated --
16  Q    Yeah.
17  A    -- and fans on everybody.
18  Q    Give me one moment, Mr. Macfarlane.
19         (Pause in proceedings.)
20  BY MR. GORDON:
21         So the auction is -- how many children --
22  do you remember about how many -- when you say the
23  auction went from -- I think you said it started, I
24  think, at, did you say, 8:00 or 9:00?
25  A    Yep.

Page 95

1  Q    Okay. And it went till 5:00. And that
2  just is -- is that only the Junior Livestock
3  Auction?
4  A    Yes, only the Junior Livestock -- I mean,
5  only animals entered in the market portion of the
6  show.
7  Q    Okay. All right. And so the -- there's --
8  well, I'm going to mark this Exhibit A, which is --
9  I have a couple questions, not many.
10         But -- so you've seen this bottom document
11  before, correct?
12  A    Yes. It's been a minute since I've --
13  Q    I understand.
14  A    A couple years.
15  Q    Okay. So is it your understanding that
16  from that year the -- well, perhaps in every year
17  the auctions are governed by -- there's state rules
18  from the CDFA, correct? So I don't have a printout
19  of the state rules here but -- and then there's
20  these local rules and these are the governing
21  documents, correct?
22  A    Yes.
23  Q    Okay. So is there anything in these about
24  the, you know, the -- I don't know what that was --
25  is there anything in either of these rules that

Page 96

1  you -- that you know of -- and again, I know you
2  don't have them memorized -- but that -- that
3  dictate what happens at the auctions? You know, it
4  starts at X time and kids go in whatever order, you
5  know, anything like that or...
6  A    I believe it would be in the entries of
7  what time it starts. It could be it should say
8  whenever it starts, but I don't think it says when
9  it's -- it's over when it's over.
10  Q    Uh-huh, okay. So why are some things,
11  like, marked in red, for example? Like, that
12  doesn't say it on yours. But, for example, on
13  the -- the reminder portion right here where it says
14  "reminder." This is -- on the -- this is a
15  black-and-white version --
16  A    Yeah.
17  Q    -- so my apologies. A black-and-white
18  printer at the hotel. But in -- I'll show you very
19  quickly, so on -- you know, the -- the PDF version,
20  for example --
21  A    Yeah.
22  Q    -- the reminder is marked in red. Is there
23  any particular -- is that meant to signify something
24  important to your understanding?
25  A    Something new.

Page 97

1  Q   Something new?
2  A   Newer.
3  Q   Newer. Okay. Okay. So...
4  A   Within a few years, I believe, of
5  showmanship -- yeah, because that time of the year,
6  that one -- that one was mainly because it's so hot
7  during there that we -- the way that showmanship for
8  swine rolls is that when you're in your market
9  class, the judge will either pick you for
10 showmanship or not to come back for showmanship.
11       Market's judging the animal. Showmanship's
12 judging how the kid is showing the animal. So
13 there's two different classes a kid can participate
14 in taking a market animal: One is showmanship and
15 one is market. So during market which is first --
16 let me -- I'll back up.
17       Other species and other fairs that have
18 more time and more space and stuff, every kid is
19 able to do market and showmanship. Not every fair.
20 Lots of 'em.
21       Other fairs that are limited in terms of
22 size of how many days we have to get this done, how
23 many entries we have, which we have a lot of pigs,
24 on -- for example, this one's marked in red. We
25 have a lot of pigs and it's hot. Pigs don't like --

Page 98

1  we're trying to be good for the pigs.
2  Q   Uh-huh.
3  A   So on that one, you only get picked for
4  showmanship if the judge during the market class
5  says, "Yes, you can come back to showmanship." They
6  call it "pulling your card" is what -- I don't know
7  if it says it there. But they'll pull your card and
8  that's -- that's only -- that was only a couple
9  years new, so we -- people are -- we wanted to make
10 sure they knew that.
11 Q   I see. Okay. So -- so you -- this is --
12 obviously, you have a lot of experience with 4-H and
13 these things, so you know much more about the terms
14 and the way things go than we do. So you said that
15 there's -- just so I understand the distinction
16 correctly, there's market -- and you said the kids
17 show them in both.
18 A   And showmanship.
19 Q   There's market and showmanship. But the
20 kids -- the kids show them in both, but the kid is
21 judged in one, and then the other one, they're
22 showing the animals so the animal's judged, correct?
23 A   Correct.
24 Q   Okay. All right. And the market goes
25 first. And then -- it's after the child shows --

Page 99

1  shows the animal at the market, they're bidding for
2  purchasing the animal at the market auction, though,
3  no?
4  A   Yes.
5  Q   Okay. But nonetheless it can still be
6  selected by a judge and go show the animal again
7  after the market --
8  A   Yes.
9  Q   -- for the showmanship?
10 A   For just swine.
11 Q   For just swine.
12 A   Just swine.
13 Q   Okay. Okay. All right. Okay. So
14 there's -- okay. So the -- I see, just swine.
15       So -- so -- so Cedar, for example, could
16 not have been selected to go show subsequently. He
17 was just being shown for the market?
18 A   And then she could do -- I believe she did
19 showmanship as well.
20 Q   I thought that preceded it, though.
21       MR. BRIDGES: It preceded the auction. Is
22 that what you're saying?
23 BY MR. GORDON:
24 Q   Yeah, yeah. So maybe I'm confused. When
25 he's saying "market," I thought that the market was

Page 100

1  the --
2  A   Was the market.
3  Q   -- was the Junior Livestock Auction.
4  A   I'm sorry. No.
5  Q   No.
6  A   Market is a -- we call it a market class,
7  and that's how we pick a champion animal.
8  Q   Okay.
9  A   And place them in order -- or that judge's
10 particular opinion that day judges the animals.
11 Q   Okay.
12 A   And then after that showmanship is on how
13 well you show --
14 Q   I see.
15 A   -- individually. You still have the same
16 exact animal -- or yeah. At this fair you have the
17 same exact animal you showed in market. Now the
18 show -- the judge is looking at you on your ability
19 to make that animal look good.
20 Q   Okay. And that --
21 A   And that's called showmanship.
22 Q   Okay. And that's why the -- I'm sorry.
23 A   It's -- no.
24 Q   That's why the children, for example,
25 practice bracing --

LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

---

Page 101

1   A    Yes.
2   Q    -- and everything?
3        Okay.  Okay.  Okay.  So those events are
4   prior to the Junior Livestock Auction.  Okay.
5   A    Yes.
6   Q    And then at the Junior Livestock Auction,
7   the child still, at least from the video I've seen,
8   goes and shows the goat.  They do bracing and things
9   like that as well, but this time the -- the
10  distinction is someone's purchasing it.
11  A    Yeah.
12  Q    There's no -- there are no judges at the
13  Junior Livestock Auction.  It's just bidders; is
14  that accurate?
15  A    Very accurate, yes.
16  Q    Okay.  All right.  Okay.  Okay.  So the
17  next page, too, there is one in -- in red.
18       (Phone interruption in proceedings.)
19  BY MR. GORDON:
20  Q    The one in red is -- where is it?  One
21  second.  I'll apologize.  I'll show you my computer.
22  This one that says "importance."  We're on page 51
23  of what is going on Exhibit A.  But it says,
24  "importance."  Do you see this -- so you see how
25  this is marked in red on the --

---

Page 102

1   A    Yes.
2   Q    -- on the PDF that is, you know, not
3   printed in black and white but -- so what was
4   important about this for -- why was this flagged in
5   particular?
6   A    I don't know why there's -- I'm not sure
7   why that one's flagged.
8   Q    Okay.  So exhibitors must be ready.  And so
9   the exhibitors are the children with the -- the
10  4-H -- not necessarily 4-H, but the children
11  marketing their animals?
12  A    Yes.
13  Q    And must be ready with animal -- with
14  animal and in line as listed on the sales order.
15  What does -- what does that mean as listed on the
16  sales order?
17  A    So Friday, as soon as the beef show is done
18  on Friday, because the goat show -- goats and sheep
19  show on Wednesday.
20  Q    Okay.
21  A    That's where they do their market and their
22  showmanship.  Thursday is all swine and Friday is
23  the cattle show.  So as soon as the cattle show is
24  done, the buyers are already asking for a list for
25  Saturday morning for the sale, a list.  So we're --

---

Page 103

1   they get sold in terms of how they placed in class.
2   And the champions sell in the middle.  We call it
3   the champion and harness (phonetic) or whatever they
4   call it.  And so there is an order that everybody's
5   following, the whole -- everybody.  So when they
6   get --
7   Q    I see.
8   A    -- trying to get them not off of order,
9   because then it throws -- potentially, somebody will
10  buy it and they'll think that Johnny's next and,
11  well, he didn't show up and they buy the animal and
12  it's not Johnny's.
13  Q    I see.
14  A    So it's -- that's the reason.
15  Q    I see.  So a sales order is a -- is a
16  sequence?
17  A    (Nodding.)
18  Q    Understood.  Okay.
19  A    It's -- the sale's not just next kid, next
20  kid.  It's completely in line of start to finish who
21  goes one after -- after animal.
22  Q    I see.  And then the next paragraph -- the
23  next paragraph also -- it's not in red, but it says
24  there will be no set prices or stops.  What's a
25  "stop"?

---

Page 104

1   A    They can sell for as much as you want 'em
2   to.  A stop would be that cattle can only sell for
3   $5 a pound.  Nothing will sell over $5 a pound,
4   which I don't -- I don't know why that's in there to
5   be honest with you.  That's -- some fairs might have
6   it.  I've never heard of it that I can recollect.
7   But a stop would be you can't sell your animal for
8   more than whatever.
9   Q    So a stop would be a cap on the price,
10  something like that?
11  A    Yes, yeah.
12       MR. BRIDGES: (Shaking head.)
13       MR. GORDON: John, you're shaking your head
14  also.  That's what it is?
15       MR. BRIDGES: Yes.
16  BY MR. GORDON:
17  Q    Okay.  All right.  And what about a no no
18  sales?  What -- what does that mean?
19  A    Because again during the auction, we have
20  somebody to buy the animals, if -- if, say, John
21  came and bought a pig and he didn't -- he just
22  wanted to help the kid out and -- and just help the
23  kid out as a tax write-off, he would get a resale
24  value.  So we have set up beforehand people that
25  will take those animals and process them themselves,

---

Challe, Fisher & Morfin
Redding, California  (530)246-0942

Page 105

1 but they'll buy 'em for us. So we have a floor
2 price with them. So we know -- I don't know how
3 it's worded.
4 Q  The no sales, it's --
5 A  Yeah.
6 Q  Where is the all animals paragraph? It's
7 in the bottom. I'm just curious what a no no sales
8 is.
9 A  It would be that a private sale -- if I'm
10 selling cattle --
11 Q  Yeah.
12 A  -- and I have my own auction, there would
13 be a no sale. I didn't get enough money for 'em.
14 Is that -- why -- a no sale would be -- they call it
15 a "pass out." And in car auctions, I think so they
16 call it a "pass out." That would be a pass out.
17 They didn't get enough money. But we have a floor.
18 We know what the floor is, and that animal will sell
19 for that or more.
20 Q  Okay.
21 A  So, say, pigs that year was $0.42 a pound,
22 which never happens. Neither one of those ever
23 happen. They never even get close to the floor. So
24 the floor is what the commercial carcass is worth,
25 which is miniscule to what these animals are worth

Page 106

1 to -- because the community helps out the kids. So
2 the -- that paragraph, I think, is a pretty moot
3 point, because neither one of those ever happen. I
4 have never seen either one of those happen where
5 it's too -- too low or too high (indicating).
6 Q  Okay. Understood. And --
7 A  Yeah.
8 Q  I want to see if there's any other things
9 flagged in red here that I'm just curious about. I
10 don't think so. And when -- when you were the CEO,
11 did you update these rules yearly?
12 A  Yes.
13 Q  Yes? Okay. What sorts of things did you
14 change, if anything?
15 A  It would have to be passed by the board of
16 directors to change anything on there. We can go
17 back through the minutes. I don't recall
18 changing -- I'd have to look through it. I don't
19 imagine -- I don't remember changing any -- the only
20 one that I think that we changed, to my
21 recollection, would be the showmanship or the pig
22 one, the first red marked one you put.
23 Q  Yeah, with -- the one that said --
24 A  The minor.
25 Q  The -- yeah. There you go. Okay. So

Page 107

1 generally, is it fair to say these are fairly
2 consistent year to year?
3 A  Yes.
4 Q  Okay. All right. Okay. So just make this
5 Exhibit A. I don't know if we'll -- she'll do it,
6 B.J. You don't have to worry about it.
7      (Exhibit A was marked.)
8 BY MR. GORDON:
9 Q  So you had a meeting with -- I'm saying a
10 meeting -- a meeting formally. You met with
11 Chad Fowler on your office on Saturday evening
12 regarding the -- the -- what he suspected was
13 Jessica removing Cedar and you qualified -- you
14 described that everyone was -- it was shocking. And
15 did you take any other actions that evening with
16 respect to Cedar?
17 A  I don't believe I did. I know that a
18 couple of the women had left voicemails for her.
19 Q  Okay. They're -- I believe there is a --
20 A  Text. Text.
21 Q  Yeah.
22 A  Some sort of communication that, while I
23 was doing other stuff, they were -- at this point
24 we're just trying to get ahold of her to see what
25 had happened. We wouldn't -- we didn't expect that

Page 108

1 at some point.
2 Q  Yes. But you knew that they were texting
3 her to figure out what was going on.
4 A  Yes.
5 Q  I should have printed out this -- that text
6 because I do have a copy of it. It has -- to
7 refresh your memory, it has your phone number on it.
8 It says, "Call B.J."
9 A  I texted her or --
10 Q  No. You -- some other --
11 A  Okay.
12 Q  -- person -- some other person did.
13 A  Oh.
14 Q  I don't -- I would have shown it to you. I
15 just didn't print it out.
16      MR. GORDON: Okay. Can we take another
17 bathroom break? Actually, I drank far too much
18 water if you don't mind. Thank you.
19      MR. BRIDGES: That's fine.
20      THE VIDEOGRAPHER: I've got about
21 17 minutes on this. Do you want to change it now
22 or --
23      MR. GORDON: No, we'll finish it out.
24      THE VIDEOGRAPHER: We're off the record and
25 the time is 12:08.

LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Page 109

1  (Whereupon, recess was taken
2  from 12:08 p.m. to 12:13 p.m.)
3  **THE VIDEOGRAPHER:** We're back on the record
4  and the time is 12:13.
5  **MR. GORDON:** Madam Court Reporter, can you
6  tell me what the last question I asked him was?
7  (Record read.)
8  **BY MR. GORDON:**
9  Q   Do you remember -- and I don't have them
10  here, the -- the text messages. But do you remember
11  who the women were that -- you said the women in the
12  barn or something texted Jessica. Do you remember
13  who that was?
14  A   It could have been Jessica -- sorry. I
15  don't remember her last name. Andrea Thomas. I'm
16  terrible with names. I suck at names. Lori Marchi,
17  M-A-R-C-H-I. I had to be one of those.
18  Q   One of those three women --
19  A   Yes.
20  Q   -- is your understanding texted Jessica
21  to -- for a status to inquire about where --
22  A   Yeah.
23  Q   -- where Cedar was. Okay. And they would
24  have reached out to her after talking with
25  Chad Fowler is your understanding or --

Page 110

1  A   No. As soon as we found the goat was
2  missing.
3  Q   As soon as you found out it was Cedar, you
4  knew to call -- you called her?
5  A   Yeah.
6  Q   Gotcha.
7  A   We went back through the records, found
8  her -- her entries or whatever that had a phone
9  number on it and called or texted.
10  Q   Okay. Now, I know you said it was jarring
11  or shocking -- jarring, that's the word I used. You
12  used shocking or an oddity, but it was -- it was
13  shocking because of the -- in your mind because of
14  someone removing the animal, not -- not because
15  there was anything special or unique about Cedar,
16  correct?
17  A   Yes.
18  Q   Okay. Just -- if any animal had been
19  removed, you would have been -- you'd have been
20  shocked.
21  A   Correct.
22  Q   Has anyone ever in all our time with any of
23  the fairs ever removed an animal before?
24  A   Not -- not to my recollection unless it was
25  injured or sifted. Because in the market class,

Page 111

1  they can get sifted. And some fairs require you to
2  remove them from the fairgrounds before the sale and
3  some let stay with it.
4  Q   What does "sifted" mean?
5  A   It's not of quality. That's what the -- in
6  the market portion, the judge is there to make sure
7  that that market animal is of -- going to be, as far
8  as he can tell, a good quality product for someone.
9  So if it's not fat enough, if it didn't get fed good
10  enough, if it's lame, those things, they get sifted
11  for.
12  Q   Okay.
13  A   A majority of the time on a market show is
14  because it's not -- they don't believe that it's
15  going to be an enjoyable eating experience for
16  whoever may want to purchase that animal. And more
17  times than not, it's not -- it didn't get fat enough
18  to be a quality product.
19  Q   Okay. So if an animal -- sifted is a -- a
20  term of art for -- in livestock, I guess? Okay.
21  A   Yes.
22  Q   I've never heard the term before.
23  A   It's -- and I don't know -- it's -- where
24  it originated from, but, like, in our bull sale, if
25  a bull is lame or something, we call it. So it's a

Page 112

1  term of livestock. So if it get sifted, it doesn't
2  get to sell.
3  Q   I see. I see. And --
4  A   Even on the -- I'm sorry.
5  Q   No.
6  A   Even on the geldings and the dogs and
7  all -- any consignment sale in the livestock
8  industry, it's called "sifted" where you don't --
9  it's not of quality of some variety. Something's
10  wrong with that animal in somebody's opinion.
11  Q   Is that usually determined, whether there's
12  something wrong, just eyeballing it or is it
13  something else?
14  A   Eyeballing it and then on the -- there's
15  a -- a trained person judging can tell if one's been
16  fed enough. But on -- especially on sheep goats and
17  cattle, they actually handle the animal over its
18  ribs, because animals put fat on from front to back.
19  So their last rib, if it's not -- has some coverage,
20  if you can't -- if you feel like this (indicating),
21  then it's not had -- it hasn't been fed enough.
22  Q   I see. I see. Okay. Like when I bring my
23  dog to vet and he feels his ribs, he's, like, your
24  dog's too fat.
25  A   (Indicating.)

Challe, Fisher & Morfin
Redding, California   (530)246-0942

Page 113

1  Q   So the feel of the ribs. Same thing?
2  A   Same thing.
3  Q   Okay. Okay. All right. Interesting. So
4  one of those three women who you mentioned a few
5  minutes ago texted Jessica. And did you -- you did
6  not -- did you get a response from Jessica that
7  evening?
8  A   I don't believe so. No. Not that I -- I
9  don't think we did.
10  Q   Okay. So you spoke with Chad. And is
11  there anything else you did that night to -- to
12  revolve the issue with Cedar missing?
13  A   No, not that I think that -- at that point,
14  we -- it's a -- it's gone. We -- there's nothing I
15  think -- I don't think we did. I'm almost positive
16  we didn't. There's nothing to deal with at that
17  point, I didn't think.
18  Q   Did you report to Melanie Silva that
19  evening that he was missing?
20  A   (Nodding.) I think.
21  Q   Okay. So the evening of -- I'm guessing
22  times here -- well, I'm estimating times here, let's
23  say, but you can tell me it's about right. So you
24  said the trucks came in roughly at 9:00, you noticed
25  Cedar was missing thenabouts, looked for him about

Page 114

1  an hour and a half or so. And during that period,
2  someone had reached out to Chad Fowler, one of those
3  three women, and then he came to your office later.
4  And I'm assuming he probably came, what, between
5  what, 10:00 and 11:00?
6  A   11:00 and 12:00, I believe.
7  Q   Oh, it was pretty late then.
8  A   It was -- yes.
9  Q   Okay.
10  A   I don't believe we finished loading till
11  3:00 or 4:00 in the morning that morning --
12  Q   Wow.
13  A   -- with pigs. So it was -- I'm trying to
14  remember what I can, but that was a long day.
15  Q   Yeah. Okay. So he came and spoke with you
16  late that evening, almost into the next morning,
17  and -- and then -- and at what point did you report
18  to Melanie Silva that Cedar was missing?
19  A   At some point that night, I -- I called
20  her, I believe. Well, the girls, I think, had
21  called her, too. That's how we had to get the
22  information, I think.
23  Q   Okay. That makes sense. Because you did
24  not have -- you weren't dealing with the kids. You
25  didn't have her contact --

Page 115

1  A   I didn't have her entry, no.
2  Q   Okay. So you called Melanie that evening
3  or the three women did as well?
4  A   Yes.
5  Q   What -- what did -- do you know what they,
6  Jessica, Andrea, or Lori Marchi told Melanie?
7  A   That we had a goat missing and it -- and
8  then it progressed through the night. The first
9  hour was, like, there's a goat running on the
10  fairgrounds somewhere --
11  Q   Uh-huh.
12  A   -- to maybe it's not, to then when Chad,
13  like, oh, possibly it -- we might have found out
14  where it went.
15  Q   Yeah. So out of curiosity, can -- I mean,
16  Cedar was -- he was, what, about 90 pounds at that
17  point thereabouts?
18  A   Yeah.
19  Q   Something like that?
20  Can a goat that size -- I've seen them
21  climb cliffs and all. I know that's a different
22  breed, but can they -- can they escape? I mean,
23  once a farmer told me years ago the reason why
24  I'm asking is that, oh, fences are for people, not
25  for animals, so -- because they'll figure a way

Page 116

1  through 'em or over it or something. I'm just
2  curious, could -- could Cedar have gotten out of his
3  pen?
4  A   Definitely could have gotten out of his
5  pen.
6  Q   Okay.
7  A   And to my knowledge that week -- and I
8  mean, but that's the -- if something does get out,
9  there's enough eyes around there that it's rectified
10  before it even gets out of the barn.
11  Q   I see.
12  A   If it gets out of the barn, there's even
13  more eyes, so -- and our security gates and our
14  fences for the perimeter, especially the livestock
15  side, and actually all of 'em during the fair,
16  they're only open this wide (indicating) and there's
17  a security guard standing there, and it's a
18  chain-link fence.
19  We've had -- I know years past when I
20  was -- before I was CEO maybe that people have
21  climbed over cutting the barbed wire to get into the
22  fairgrounds, vagrants or whatever have you. So I
23  know that fence was -- nothing's goat-proof if
24  you've ever had a goat. But it was eight or -- I
25  don't know how tall -- eight-foot chain-link fence

Case 2:22-cv-01527-DAD-AC    Document 125-8    Filed 11/19/24    Page 32 of 79
LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Page 117

1 and we had that thing patched up just because of
2 the -- whoever was trying to get into the
3 fairgrounds. There wasn't any holes.
4 Q    So it would have been quite a goat to get
5 over the fence?
6 A    Yes.
7 Q    So you knew he would have been in the
8 fairgrounds had he escaped his pen?
9 A    Yes.
10 Q    Okay. All right. All right. So you -- do
11 you know what -- and you mentioned that Jessica,
12 Andrea, and Lori, one of them, I know you don't --
13 do not know which one told Melanie that Cedar was
14 missing. Do you know how Melanie responded?
15 A    I think she was worried, like, same as we
16 reacted.
17 Q    Okay. Did -- and then after you spoke with
18 Chad, you told -- you spoke with Melanie that --
19 that evening?
20 A    Yeah, I believe so.
21 Q    All right. And what did you tell Melanie?
22 A    That the 4-H leader had thought that maybe
23 the individual had taken the animal.
24 Q    And what did Melanie say in response?
25 A    I -- I don't remember. I...

Page 118

1 Q    As best you can remember. I know you're
2 not --
3 A    I think same as us, just kind of shocked.
4 Q    Okay.
5 A    And live- -- livestock's not her forte, so
6 I mean that -- I know she was shocked. I don't know
7 what she said, but I know she was shocked.
8 Q    Okay. Did she make any comments about
9 the -- what to do next?
10 A    I think because I was -- at that point, I
11 think, we were still loading hog trucks that we were
12 going to deal with it in the morning, I think is
13 what she had said. Because again, there was nothing
14 we could do at that point in time to -- to do
15 anything, so keep -- don't let the one deal mess up
16 the rest of the night, which we just kept going.
17 Q    So to your memory -- to the best of your
18 memory, she just basically implied -- not with these
19 necessarily -- let's, you know, kick the can down
20 the road and deal with this tomorrow, okay, because
21 it's, at this point 12:30 in the morning or so and
22 are loading up animals.
23    Okay. All right. But she knew that -- did
24 you send her any -- so she knew that evening and --
25 correct?

Page 119

1 A    Yes.
2 Q    Yeah. And did you send her any texts that
3 evening by chance that you recall?
4 A    I don't recall.
5 Q    Okay. It was important enough in your mind
6 to just merit a phone call?
7 A    (Nodding.)
8 Q    Okay. All right. And did she --
9    THE VIDEOGRAPHER: We should probably work
10 on changing this.
11    MR. GORDON: Okay. Can I ask one more
12 question?
13    THE VIDEOGRAPHER: Sure.
14 BY MR. GORDON:
15 Q    Did she, at that point, at all mention
16 calling the law enforcement at all?
17 A    I believe, we -- I don't know if it was
18 that night or the next morning, we talked about it
19 that we were, I believe, waiting to -- I don't
20 remember -- talk to CDFA.
21 Q    Okay. Okay.
22 A    It was probably mentioned in conversation,
23 because that's...
24 Q    Either the first conversation you had with
25 her on the night of the auction or the next morning?

Page 120

1 A    Yeah. One or the other. I -- at some
2 point it was mentioned, but nothing was ever done at
3 that point, I don't believe.
4 Q    Okay. All right. Okay. All right. We'll
5 go off. He needs to change the -- the film, so you
6 got 10 minutes or so, 12 minutes.
7 A    Okay.
8 Q    And we're moving right along here, so...
9    THE VIDEOGRAPHER: We're off the record and
10 the time is 12:26. And this is the end of the media
11 number 1.
12    (Whereupon, recess was taken
13    from 12:26 p.m. to 12:40 p.m.)
14    THE VIDEOGRAPHER: We're back on the
15 record. The time is 12:40 and this is the start of
16 media number 2.
17 BY MR. GORDON:
18 Q    All right. We're back on the record.
19 B.J., you understand you're still under oath,
20 correct?
21 A    Yes, sir.
22 Q    All right. So where we left off, we were
23 asking -- I was asking what happened the evening of
24 June 25th, 2022, when you learned Cedar was removed
25 and when -- what you first did, who you contacted.

Page 121

1  And you mentioned that you believed Jessica, surname
2  unknown, last name unknown, Andrea Thomas and
3  Lori Marchi might have reached out to Melanie -- or
4  did they reach out to Melanie and you said they --
5  one of them sent a text to -- Jessica, is your
6  understanding, for a status -- inquiring where Cedar
7  was.
8      So do you happen to have their contact
9  information; Jessica, Andrea and Lori?
10  A  Yeah.
11  Q  Okay.  Can you provided that, please?
12  A  I don't know about Jessica.
13  Q  Okay.  While you're doing that, I'll ask
14  another question.  Are they temporary workers at the
15  fair or are they volunteers or employees?
16  A  They're contract laborers.
17  Q  Contract laborers.  What were their --
18  A  I don't know how they were hired to be
19  honest with you.
20  Q  Okay.  What were --
21  A  They're livestock clerks.
22  Q  I'm sorry?
23  A  They're livestock clerks --
24  Q  Livestock --
25  A  -- is what they are.

Page 122

1  Q  Livestock clerks.  Were -- what were their
2  roles at the fair or duties at the fair?
3  A  Being a livestock clerk, handling the
4  shows.
5  Q  Handling the shows.  So --
6  A  Like, the -- making sure the shows --
7  they -- the clerk, they do all the clerical work for
8  the shows to record all the placings, make sure all
9  the kids get in the right class.  The classes are
10  not a free-for-all.  It's either by age or weight.
11  So make sure -- I don't know if you dealt with 500
12  little kids, but -- and their parents, but to get
13  them in their right -- whether it's age or weight,
14  to get 'em in their right classes, they have to deal
15  with that.
16  Q  Okay.  So they handle that for the --
17  the -- you said, the shows.  So there's several
18  events that happen there.  So they're handling it
19  for the market -- I'm forgetting the term you used
20  before.
21  A  Market and showmanship.
22  Q  Market and showmanship.  And then the
23  auction for --
24  A  And then the auction, they're running
25  around doing -- just everybody has their own role

Page 123

1  making sure it goes.
2  Q  Okay.  All right.
3  A  And it's all clerical work basically.
4  Q  Okay.  So just making sure the paperwork's
5  in order and everyone gets in -- and so the -- so
6  you and the other people can have all the children
7  sequenced correctly?
8  A  Yes.
9  Q  All right.  But not handling the animals,
10  though.  Or are they handling the animals?
11  A  Not per se, no.
12  Q  Okay.  That -- that's not their role, but
13  they may help out sometime?
14  A  If they need -- if they need to, they
15  would.
16  Q  I see.  So what is their contact
17  information if you have it?
18  A  Andrea is ████████████.
19  Q  Does she have any e-mail address or
20  anything like that also?
21  A  Not on my contacts here.
22  Q  Okay.  Do you have it -- an e-mail for her
23  somewhere?
24  A  I don't know.  That -- that is my niece as
25  well --

Page 124

1  Q  I see.  Okay.
2  A  -- just to be -- so I could find it.
3  Q  Understood.
4  A  So Lori is ██████████████
5  Q  So ████████████  Do you have an e-mail
6  address for Lori?
7  A  Not on here, no.
8  Q  But elsewhere?
9  A  I don't remember.  I don't think we have --
10  I don't -- I don't know.
11  Q  Maybe, but you're not sure.
12  A  Not sure.
13  Q  That's fine.  And the -- who are the
14  last -- you said Marchi or --
15  A  That was Marchi.
16  Q  That's Lori Marchi is -- okay.  So Jessica
17  was the first individual.  You don't have Jessica's
18  contact information or do you?
19  A  I do not.  I do not.
20  Q  Okay.  And when was the last time you spoke
21  with Jessica?
22  A  Long?
23  Q  No, no, the Jessica you just mentioned
24  whose last name you can't recall.
25  A  I -- I saw her in August in Tulare.

Page 125

1  Q   Did you guys discuss this case?
2  A   I don't believe so. She was working the --
3  my kids were showing, and she was working the show.
4      MR. BRIDGES: Do you mean August of this
5  year?
6      THE WITNESS: Yeah. I don't think -- I
7  don't have her phone number. I don't think I ever
8  talked to her. She's an acquaintance.
9  BY MR. GORDON:
10 Q   Gotcha. That's fine. In Tulare you saw
11 her. Tulare County?
12 A   Yeah.
13 Q   Okay. Is there a Tulare city or just -- I
14 know there's the county.
15 A   Yeah, there's a city, Tulare.
16 Q   I know there's this giant lake there now.
17 Have you seen it?
18 A   I didn't see it. I was just down thee. I
19 didn't see it.
20 Q   I tried to pull off the road to see it when
21 I was driving back from some event a few months
22 back. I did want to see it and -- and it was too
23 far off the highway but a -- so -- all right.
24     Okay. And Andrea, I know she's your niece,
25 so -- but I'm not trying to intrude, but when did --

Page 126

1  when was the last time you spoke with her about this
2  case? Have you ever?
3  A   It would have been right after --
4  Q   Right --
5  A   -- like within a couple months of it.
6  Q   Right after the case being filed or right
7  after you being named?
8  A   I -- I truthfully don't recall. I -- it
9  was at some point. It's not a topic of
10 conversation. I don't see her that often.
11 Q   Okay. So when you say "right after the
12 event you spoke to her," you mean?
13 A   Within a couple weeks of.
14 Q   Of that fair of 2022?
15 A   Yes. Because everybody that had worked for
16 me is calling and seeing what I'm -- not everybody.
17 People are wondering what was going on.
18 Q   Okay. All right. Do you remember who
19 called you at that time?
20 A   No.
21 Q   No. But -- but many people did?
22 A   (Nodding.)
23 Q   Okay. Can you remember any of their names?
24 I understand you can't remember all of them. But
25 about how many?

Page 127

1  A   Well, the people that were working for me.
2  Q   How many people --
3  A   Those three.
4  Q   Those three.
5  A   Those three.
6  Q   Anyone else?
7  A   Not that I can recall.
8  Q   How many people were working for you?
9  A   Maybe -- no more than six. And I couldn't
10 tell you who the other two are -- three. There's a
11 high school kid. I'd have to look at the payroll.
12 I -- um, another clerk from the state fair.
13 Q   Do you mean -- when you say "state fair,"
14 do you mean CDFA or Cal Expo?
15 A   Cal -- Cal Expo. She -- I'm sorry. She's
16 with the state fair. She clerks and helps run the
17 state -- the California State Fair in the livestock
18 department. And I can't remember her name.
19 Q   One more, right? You said the high school
20 kid and the clerk from the Cal Expo State Fair.
21 A   I'm trying. That's all I can recall.
22 Q   So there might have been someone else that
23 you -- you're struggling to remember who that person
24 was?
25 A   Yeah, I can't remember. Sorry.

Page 128

1  Q   That's all right. But you -- okay.
2      But you're certain there was someone else.
3  You just don't remember. So there might not have
4  been someone else?
5  A   Might not have been someone else. I'm
6  trying to picture faces in the office and --
7  Q   Yeah.
8  A   -- and it's not coming to me. Those are
9  the ones that I can...
10 Q   So -- so Lori, Jessica, and Andrea inquired
11 about what was going on the following few weeks --
12 A   Lori and Andrea. Because Jessica, I don't
13 have her phone number, so I don't think she called
14 me.
15 Q   Okay. Lori and Andrea did. And the other
16 two, the high school kid you don't -- was the high
17 school kid a male or female?
18 A   Female.
19 Q   Female? Okay. And then -- and the clerk
20 from Cal Expo?
21 A   Yes.
22 Q   Okay. Was that --
23 A   I don't have her number either. I don't
24 think --
25 Q   Okay.

Page 129

1  A    -- so.
2  Q    Okay. All right. No worries. Okay.
3      And what did they -- when Andrea and Lori
4  inquired, what was -- did you tell 'em everything
5  that was going on?
6  A    I think they'd seen the Instagram post is
7  maybe why they called actually. I -- yeah, we
8  discussed the -- at that point, it -- I had talked
9  to Jessica and she -- she knew that they had the
10 goat. But I think the Instagram post had come out
11 from whatever that -- from Napa.
12 Q    The Bleating Hearts.
13 A    Yes.
14 Q    The Bleating Hearts -- and I'm not trying
15 to put words in your mouth but --
16 A    No, yes, I believe that's what it was.
17 Q    Okay. And it was an Instagram post and
18 also, again, I'm trying to refresh your memory
19 was -- I believe -- we'll double check this, but I
20 believe it was posted on June 27th. So that would
21 have been the Monday, I believe, for that -- I'll
22 pull it up. I think that's the date on it.
23 A    Okay.
24 Q    There's a lot of dates and I forget them
25 all, too. Okay. So do you remember about how many

Page 130

1  times you spoke with -- with them?
2  A    That'd be once. I mean, it was not a -- I
3  don't believe it was -- I don't -- I don't recall.
4  Q    Was it just over e-mail? Or I'm sorry.
5  Just over the phone?
6  A    Yes.
7  Q    No e-mails?
8  A    No e-mails.
9  Q    And no texts?
10 A    I don't believe so, no.
11 Q    You don't believe so. Did you check for
12 any texts?
13 A    Yes. From the goat just --
14 Q    On the -- on the texts, though? How did
15 you search --
16 A    Yeah.
17 Q    -- through texts?
18 A    I believe by goat. Yeah, I don't -- I
19 didn't text Lori because she doesn't want -- she
20 doesn't like texting. And my niece, I don't think
21 we texted --
22 Q    Okay.
23 A    We talk. They're more phone call.
24 Q    Okay. So for your texts for your
25 searches -- I don't mean to revisit this again. But

Page 131

1  for your texts for your searches, you just searched
2  goat? Like, on -- on your phone itself, how do you
3  search through --
4  A    On texts.
5  Q    On a -- do you have an iPhone?
6  A    Yes.
7  Q    Okay. Can -- are you -- are we able --
8  I've never done this before --
9      MR. BRIDGES: Uh-huh.
10 BY MR. GORDON:
11 Q    -- so on the text bar, you just -- so if I
12 open my iPhone and my text messages --
13     MS. SHAKIB: Yes.
14 BY MR. GORDON:
15 Q    Maybe I have done this before or -- oh, on
16 the search bar. Okay. So you typed in "goat" for
17 your texts? Okay. All right. Okay. And you
18 didn't -- and you didn't -- that was the only search
19 term you used on your texts?
20 A    Yeah.
21 Q    Okay. Okay. Okay. So the evening you --
22 you spoke with Melanie Silva. Did you speak with --
23 did she tell you who -- who bought the goat that
24 evening or who the bidder was?
25 A    Yes. We -- we -- we do -- in our trailer,

Page 132

1  we have that information.
2  Q    Okay. So -- so who do you understand the
3  bidder to be then?
4  A    It was Brian and -- I don't know if it was
5  just Brian or if it was Brian and Megan. I think it
6  was just Brian Dahle.
7  Q    Okay. I'm -- I'm not trying to change -- I
8  believe -- I'll show you some documents --
9  A    Okay.
10 Q    I think it was both, to refresh your
11 memory. But the Dahles is your understanding of --
12 A    Yes. That's --
13 Q    At least Brian Dahle?
14 A    Yes.
15 Q    Okay.
16 A    And that --
17 Q    Okay. So you --
18 A    And I don't know at that point I knew that
19 Kathie had -- I don't remember who -- how that
20 transpired to be all honest with you. That wasn't
21 my concern at that point.
22 Q    Okay. So in your mind that evening,
23 Brian Dahle, to the best of your recollection was
24 the -- was the bidder?
25 A    And the -- yeah. It would have to be

Page 133

1  because we had it right there. I don't recall
2  actually looking at it, but I do know and remember
3  that's who bought it and that Kathie -- when I found
4  that out, could have been Sunday, could have been
5  Saturday night. I have no clue when I found that
6  out -- or when I saw it. I imagine it was Saturday
7  night, because we have that information in our
8  office. But again that's part of the problem we
9  were running late is our gal doing the clerical
10  stuff.
11      That's her. I just remembered. Sorry.
12  I knew there was one more. Now, I can't remember
13  her name.
14  Q    You got a face, though.
15  A    Yeah. She was the one -- she was the one
16  running our portion of the clerical for the sale
17  that made us late. Dang it. Laura something.
18  Laura...
19  Q    Laura, not Lori?
20  A    Laura. Yeah, that even brings it back more
21  because I was that was confusing that way, Lori and
22  Laura. I don't remember her last name.
23  Q    Okay. But you remember Laura?
24  A    Yes. That was --
25  Q    Did you have her contact information?

Page 134

1  A    I don't believe so.
2  Q    Okay. And did you have any conversations
3  with her that evening about -- about the -- Cedar or
4  the removal?
5  A    I think the only conversation we would have
6  had is two. And I don't recall if we asked her
7  right then or -- she was smoke coming out of her
8  ears, so I don't know if we actually -- she was
9  overwhelmed with what her job was, so I don't know
10  if we actually bothered her. Because we had a
11  computer that we could look on connected to her
12  database, I believe, is how we did it.
13      I'm sure she knew what was going on. I
14  don't know if we directly -- she was in a different
15  part of the trailer. We had an office trailer. And
16  we locked her in one end -- I don't mean to say lock
17  her in. She needed to be able to think and not be
18  interrupted, so we put her in a space where we could
19  close the door and she wouldn't be interrupted.
20  So --
21  Q    So smoke -- okay. So smoke coming out of
22  her ears --
23  A    Means.
24  Q    -- is the referring to?
25  A    The workload, the auction.

Page 135

1  Q    I see. Yeah, processing the --
2  A    Processing all the stuff. I didn't mean
3  to --
4  Q    No, it's fine. It was not in relation
5  to --
6  A    No.
7  Q    -- what you were doing?
8  A    No.
9  Q    It's just in relation to --
10  A    Sorry.
11  Q    -- she was overwhelmed?
12  A    Yes.
13  Q    Okay. It's fine. Okay. So do you know if
14  she spoke with Melanie that evening to apprise her
15  of -- of Cedar?
16  A    I do not believe so. I -- again, I'm not
17  sure if she went to the off-- -- main office. I have
18  no idea if she did or not.
19  Q    Okay. All right. So -- and so that
20  evening, did you reach out to the Dahles at all that
21  evening?
22  A    (Witness shaking head.)
23  Q    I realize it would have been late, but did
24  you reach out to the Dahles at all that evening?
25  A    I did not that evening. I don't know if

Page 136

1  I'm not sure if I ever did.
2  Q    Did you reach out to Kathie Muse that
3  evening?
4  A    I do not recall. I -- I'd say I probably
5  didn't. I don't think I did, but...
6  Q    It -- it seems like you were saying you --
7  I'm assuming -- again, I'm not trying to put words
8  in your mouth. But from what you said a moment ago,
9  the Dahles, you believe the -- were the purchasers
10  so you -- why would you have even reached to
11  Kathie Muse that evening? You didn't -- did you
12  know her involvement at that point?
13  A    Because I think -- no, I don't know why I
14  would. That's why -- that time frame is not -- I'm
15  not sure if I knew at that point, that's what I said
16  earlier, I don't know when I found out that exactly.
17  I knew at some point between Saturday night and
18  Sunday sometime we found out the whole -- who bought
19  the goat, who bid on the goat and where the goat was
20  going.
21  Q    Okay. All right.
22  A    We -- we -- I don't know if I knew --
23  because I -- we did know. Backing up here, we did
24  know that that goat was for the barbecue that night.
25  I do know that, because they got marked differently.

Page 137

1  Q   Okay.  They get marked.  How are they
2  marked versus -- how is it marked differently?
3  A   Re- -- they go to Kent's.  Yeah.  They go
4  to Kent's Market.  They get brought back to Kent's
5  Market.  He takes care of the barbecue and --
6  Q   Do --
7  A   -- also -- I --
8  Q   Do any other animals go to Kent's Market or
9  is it only animals going to barbecue?
10  A   Other animals.  So it's marked -- I'm not
11  sure how they decipher that.  I think that's on
12  Kent's side of things.
13  Q   Okay.  So in your mind was -- at that point
14  in time was -- was Brian Dahle the -- the bidder
15  of -- of -- I don't know -- he was the bidder,
16  correct?
17  A   Yes.
18  Q   He was the bidder.  And who would be --
19  would be deemed -- I know it hasn't gone to Kent's
20  yet and the barbecue hasn't happened yet, but who
21  would be deemed the owner at that point in time?
22  A   I believe at that time the owner is
23  Brian Dahle, and we have -- the fair, not we, is the
24  one to mitigate getting it to the processor.  And
25  then the processor needs to get it to Kent and

Page 138

1  that's...
2  Q   Okay.  Okay.  So the next morning -- so
3  this is -- we're still late in the evening on
4  Saturday now.  So -- and you had testified earlier
5  that you spoke with Melanie and she was shocked, and
6  then -- but you were busy that evening handling a
7  lot of matters with getting the other animals
8  onto -- onto the truck, et cetera, and any related
9  matters.  So to the best of your memory, your
10  conversation was let's -- let's kick the can down
11  the road is what I think is what I said or pass the
12  ball to the morning.
13      So what time did you arrive on the
14  fairgrounds the next morning?  This is Sunday now.
15  A   Yeah.  I couldn't recall.  My hours that
16  week are from probably 5:00 till 1:00 in the
17  morning.  5:00 a.m. to 1:00 in the morning, so I
18  am -- so I might have slept in till 8:00 that
19  morning.  I have no idea.
20  Q   Yeah.  It's draining is what you're saying?
21  A   Yes.  And especially that night -- that
22  day, I think we were up for almost 24 hours there.
23  Q   I see.  All right.
24  A   I -- I think we got finished loading at
25  4:00.  Well, I was up at 5:00 that -- or before

Page 139

1  5:00 that morning, so...
2  Q   So whenever you did arrive was Melanie
3  already there?
4  A   I don't believe so.  I -- again, I can't
5  recall.
6  Q   Okay.  And what -- so you recall speaking
7  to her the next day, though?
8  A   I'm sure we did, but I don't -- I don't
9  recall it, no.  I don't recall it, but -- I'm I had
10  to have.
11  Q   Because she was the CEO and you were the
12  livestock manager and you would --
13  A   Yeah.  Just I'm cleaning up the livestock
14  office now and -- because we have a livestock office
15  out of livestock and -- and that's only used once a
16  year -- or a week a year, and the rest of it goes
17  to -- back to the main office at that point.
18  Q   Did you speak -- do you remember speaking
19  with her about Cedar on Sunday or Jessica?
20  A   If I -- if I did talk to her, I'm sure we
21  talked about it.
22  Q   Do you remember the content of any of those
23  conversations?
24  A   I must have -- no, I don't.  I do not.  I'm
25  sorry.  I'm sure we talked about it, but I don't

Page 140

1  know the content.
2  Q   Did you -- earlier, you mentioned that
3  you -- I think you mentioned this -- that you had
4  reached out to -- that either -- was it -- you
5  mentioned that Melanie -- I asked if -- if -- you
6  reached -- if Melanie had brought up law enforcement
7  on Saturday night.  And refresh my memory on your
8  answer.
9  A   I'm not sure if we -- I don't recall.  I
10  don't think we were even to that -- because at that
11  point we didn't know what was going on.  We didn't
12  know the -- the -- what was going on for the most
13  part.  I mean, we still didn't know.  We know she
14  had the goat.  We didn't know what was going on.
15  Q   Okay.  What -- did you have -- did Melanie
16  have any -- did she relay any suspicions to you at
17  that point in time why she thought Jessica took the
18  goat either Saturday night or Sunday morning?
19  A   I do not recall.  If she did, I don't -- I
20  don't think anybody knew.
21  Q   Okay.  Okay.  So -- but you said you
22  suspected it because earlier, you know -- I'm
23  paraphrasing -- but you said, well, kids bond with
24  the animals and that was your suspicion, something
25  along those lines.

Page 141

1   A   (Nodding.)
2   Q   Okay. And did you relay that to Melanie at
3   all?
4   A   I -- I --
5   Q   Potentially? But you don't recall?
6   A   I do not recall.
7   Q   Okay. So you mentioned earlier in your
8   testimony, at some point, you said about contacting
9   the CDFA. Do you remember when you first reached
10  out to the CDFA?
11  A   I don't believe I did. I think Melanie
12  did.
13  Q   Okay. Do you know about when -- abouts
14  when she did that?
15  A   I would imagine it would have been Monday
16  morning --
17  Q   Okay.
18  A   -- as soon as they opened. I don't know,
19  though. It had to be then. It had to be close to
20  then.
21  Q   Is there anyone on Sundays at CDFA you
22  could have called?
23  A   No. I don't think so. Not that I know of.
24  I didn't think I had anybody's cell phone number.
25  Q   Hmm.

Page 142

1   A   And I don't know if Melanie did, but she
2   would have been the one to contact them, not me.
3   Q   Do you know who she contacted at the CDFA?
4   A   It was either Mike Francesconi or the
5   old -- I don't remember when Mike took office. It
6   must have been Mike is who she would have -- he was
7   the head of CDFA, so that's who she would have --
8   and it might have been Michael Flores. I don't
9   know. But I'm pretty sure it would have been
10  Michael Francesconi --
11  Q   Okay.
12  A   -- Mike Francesconi.
13  Q   But he was the head of CDFA?
14  A   I'm not sure of their title, but he was the
15  one that was -- the boss of all the fair managers.
16  Q   Okay.
17  A   From my knowledge. That's who I was
18  reported when I was CEO was the person in his
19  position.
20  Q   And by the fair managers, you mean people
21  in Melanie Silva's position, which is the -- the CEO
22  or your --
23  A   Yes. I'm sorry. The CEOs of the district
24  fair, would -- he's ultimately the -- any questions
25  that you have, that's your guy, like...

Page 143

1   Q   Okay.
2   A   They have a whole department, but he's the
3   head of it.
4   Q   I see. Now, did you ever report the
5   Cedar -- the Jessica Long issue to the board of
6   supervisors of the Shasta Fair -- the Shasta -- or
7   the 27th District Agricultural Association?
8   A   Not that I recall. It would have been -- I
9   don't believe I would have -- the only person I knew
10  on there would be Mary Rickert to my remembrance.
11  And I don't believe I -- I don't -- I didn't have
12  any reason to tell them, I don't think.
13  Q   You say Mary or --
14  A   Mary.
15  Q   Mary. Okay. And you don't believe you
16  spoke with -- with Mary about -- about Cedar?
17  A   No.
18  Q   Is -- is Mary still on the board?
19  A   Sure.
20  Q   Sure? Okay.
21  A   Sure. I believe she -- this is her last
22  term, I think. I don't know -- this county -- yeah,
23  I'm...
24  Q   Potentially. You don't know for sure.
25  A   Potentially, I think so.

Page 144

1   Q   Okay. Had -- and did you speak with her
2   about this case at any point in time?
3   A   Not that I recall.
4   Q   Did she send you any e-mails or texts?
5   A   No. I might have, in passing -- I don't
6   know. I -- the next time I seen her was the
7   McArthur fair two months later. I don't think we
8   talked about it.
9   Q   Two months later after the --
10  A   After the -- after the county fair.
11  Q   Okay. After -- so -- so this would be end
12  of August?
13  A   Yeah.
14  Q   Okay. So before the lawsuit --
15  A   Yeah.
16  Q   -- came up?
17  A   I don't think.
18  Q   Okay. All right. Okay. So when did you
19  first -- and did you -- I know you had some text
20  exchanges with Jessica Long. Did you review them
21  before coming here today?
22  A   A little bit, yeah.
23  Q   So it's somewhat fresh in your mind? Okay.
24  Well, I mean, I can --
25  A   Yeah.

Page 145

1  Q   I know they're somewhere. I can show 'em
2  to you but just generally.
3       So you -- when did you -- you texted
4  Jessica Long, I believe, on the -- the -- I
5  should -- before I get to that, let me ask you about
6  the Instagram post because that's popped up a few
7  times. So let me get the -- this -- I'll find the
8  date it came out, too, just for a time frame.
9       MR. GORDON: John, I'm just using your
10 public records again. So you have them? I don't
11 need them to --
12      MR. BRIDGES: No, that's fine.
13 BY MR. GORDON:
14 Q   So this will be Bates stamp number 17 from
15 the public records. So take a look at that and let
16 me get you -- that is the Instagram post you're
17 referring to, right --
18 A   Yes.
19 Q   -- which we'll mark as Exhibit B?
20      THE COURT REPORTER: B.
21 BY MR. GORDON:
22 Q   B, yes.
23      B.J., let me get you -- I'll show you a
24 better look at it, just so we can agree on the date
25 because it's not on that public records. But it was

Page 146

1  in the warrant and has a -- the more full printout
2  that has the date. So I'll just show you on my
3  computer and we can agree on it in one second.
4       (Exhibit B was marked.)
5  BY MR. GORDON:
6  Q   I have a better copy somewhere, but I think
7  this will -- if it isn't sufficient, I'll get the
8  clearer one. But here's the warrant. It's in the
9  warrant. But June 27th, it appears to be --
10 A   Yeah.
11      MR. GORDON: John, do you need to see?
12 You're aware of the date?
13      MR. BRIDGES: Yeah.
14 BY MR. GORDON:
15 Q   So it's posted June 27th. So that would
16 have been Monday, Monday morning.
17 A   Yeah.
18 Q   How soon did you -- how soon did -- before
19 you saw this Instagram post when it was posted?
20 A   I believe it took a few days. To my
21 recollection, it took till -- I -- I do believe it
22 took till, like, Wednesday or Thursday before
23 somebody --
24 Q   All right.
25 A   -- mentioned it. I don't know, though.

Page 147

1  Maybe it was sooner. I have no idea.
2  Q   Well, I'll -- I'll try to refresh your
3  memory. So --
4  A   I could.
5  Q   No. I -- yeah. I hear you. That's fine.
6       So this is -- and I've already talked this
7  through with your attorney. So you know Ms. Muse
8  produced the text chain. So it's slightly fuller
9  than the one you have -- by "fuller," I mean there's
10 more to see on it. So I'm going to use hers, but
11 it's the same --
12 A   Yeah.
13 Q   -- it's the same -- it's just what she's
14 produced. It's just -- so this would be the
15 inverse --
16 A   Okay.
17 Q   So, you know, she's in the dark shaded and
18 you're -- or these -- you're presumably --
19 A   Yes.
20 Q   -- on these unless --
21 A   Yes.
22 Q   -- you tell me this isn't you texting in
23 the -- the -- you know, on the other -- left side of
24 the -- of the -- of the page. So -- so this will --
25 we'll mark this Exhibit C. And before I hand it to

Page 148

1  you, it is the -- this is the same Instagram post as
2  you on the front.
3  A   Yeah.
4       (Exhibit C was marked.)
5  BY MR. GORDON:
6  Q   And it says June 28th at 6:16 p.m. So I'm
7  wondering if that is when --
8  A   Yes. Okay. So it was then.
9  Q   Okay. So --
10 A   Just -- I could not remember when -- for
11 some reason it stuck in the back in my mind. I
12 didn't see it for a few days, but apparently not.
13 Q   No. That's fine. For and so -- okay.
14 So you learned about it first on 6/28. Is this
15 about --
16 A   Yeah.
17 Q   Okay. Did you immediately text it to
18 Kathie Muse right afterwards?
19 A   I don't know that. I don't remember the
20 time frame, but I probably did because, at that
21 point, we knew that she was involved in it.
22 Q   Okay.
23 A   She bought it.
24 Q   I know it's --  who is --
25 A   Bid on it.

Page 149

1  Q   Sorry. Okay. Okay. So who is -- is this
2  a pen of yours?
3      THE VIDEOGRAPHER: I don't think so.
4  BY MR. GORDON:
5  Q   It's fine. I'm just using it as a pointer
6  at the moment.
7      So I notice this is the Bleating Hearts --
8  the one in the warrant and the one from the public
9  records is from -- does this say Bleating Hearts on
10 there?
11 A   Yes.
12 Q   Okay. So this is their post. They -- this
13 organization posted it. Did you -- did you
14 understand when you first saw it that Jessica had
15 posted it?
16 A   No.
17 Q   No.
18 A   Because I read the -- the Bleating Heart
19 deal.
20 Q   Okay. But do you think that Jessica was at
21 all responsible for this post?
22 A   I mean, it's, like, I couldn't presume who
23 was responsible.
24 Q   I'm asking you. What -- and at that time,
25 did you understand that Jessica had posted this to,

Page 150

1  you know, so people would call the fairgrounds
2  and -- and, you know --
3  A   Yeah, somebody -- yeah.
4  Q   I know. I know someone did, but did you --
5  A   Yes, I -- yeah, but that information's
6  readily available.
7  Q   Yes.
8  A   Yeah. Yeah, I guess it would -- she took
9  the goat to Napa is what I -- that's what I presumed
10 is she took the goat over there.
11 Q   Yes. I understand that, but what I'm
12 asking you is this Instagram because it contains --
13 it contains pleas to contact the fairgrounds and
14 whatnot?
15 A   Uh-huh.
16 Q   Did you think Jessica was -- had posted
17 this to get people to contact the fairgrounds to,
18 you know, plea for her -- her, you know, being able
19 to save Cedar or something to that effect?
20 A   Yeah.
21 Q   You thought -- okay. So you thought -- I
22 know Bleating Hearts is doing it, but you thought
23 they were doing it at the behest of Jessica, for
24 example, like she wanted this thing to go --
25 A   I'm not sure who wanted it to go.

Page 151

1  Q   Well, that's what I'm asking. At the time,
2  did you think that Jessica was the one, you know --
3  A   I thought she had some involvement, but
4  I -- the Bleating Heart, I knew had some
5  involvement, too.
6  Q   Yes, I understand. I understand you knew
7  Bleating Hearts would have some involvement. But
8  you also thought from what you said a moment ago --
9  A   Yeah.
10 Q   -- that Jessica also wanted people to
11 contact the fairgrounds to help save Cedar.
12 A   Just --
13 Q   There's not a right or wrong answer --
14 A   Yeah.
15 Q   -- I'm just curious of what you thought.
16 A   That's -- what I presume that Bleating
17 Heart Farms, she found them, and they're going to do
18 this.
19 Q   And maybe she had them post this to help
20 her out.
21 A   Maybe.
22 Q   Okay. All right. So you thought at the
23 time that Jessica was trying to get some assistance
24 from the public to get --
25 A   Yes. Because she reached out to these

Page 152

1  people. They didn't reach out to her. I shouldn't
2  say that. I have no idea who reached out to who,
3  but with that -- and looking up Bleating Farms and
4  what they are about, I presumed it was them, as well
5  probably as Jessica.
6  Q   Okay. That's fine. I mean, for -- I know
7  we're well past that point now but for -- I now
8  understand you presumed at that time, but, you know,
9  Jessica asked them to remove this, so it didn't pick
10 up a cir- ---
11 A   Oh.
12 Q   They put it up on their own. So maybe it
13 would have helped at the time, but -- but it didn't.
14 Anyways, so who is this (indicating)? So --
15 A   That's what I just looked at. I don't -- I
16 don't recall.
17 Q   You don't know who -- okay. I mean, I
18 don't know -- you probably don't believe me, but
19 we're -- I had no idea who she was. She's
20 apparently -- she's got, like, a Wikipedia page,
21 so -- and she's an animal right activist.
22 Kathie Muse, I'll represent, apparently if you
23 recall, made some comments she knew who this person
24 was. But I'm wondering do you know who Zoe -- I
25 can't -- I -- it's upside down. Zoe --

Page 153

1  A   Rosenberg.
2  Q   -- Rosenberg -- I'm sorry -- is?
3  A   I remember seeing that name.
4  Q   And --
5  A   And I don't know why -- did she share it
6  and that's the picture I got? I'm not sure.
7  Q   You know, I -- because we just got this --
8  I -- I --
9  A   Yeah.
10  Q   -- googled her the other day. Let me just
11  show you a photo of this woman to see if you,
12  potentially, you do know who she is. So for the
13  record, I'm googling Zoe Rosenberg -- yeah, Siri
14  auto-populates -- it did it to me last night, too,
15  when I googled it who it is. And it's -- it says an
16  American animal rights activists, so it's -- one
17  second. Wikipedia -- so I know this isn't on the
18  record, but does that -- have you seen this woman
19  before?
20  A   (Shaking head.)
21  Q   Okay.
22  A   No.
23  Q   All right. Kathie Muse apparently knows
24  who she is.
25       So is there any reason you forwarded this

Page 154

1  IG post from Zoe Rosenberg's social media as opposed
2  to Bleating Hearts? How did you --
3  A   I have -- I must have searched it and
4  that's the one that came up. I don't -- I'm not --
5  I'm seeing that now because it's -- I remember
6  seeing Bleating Hearts, and I'm not sure why -- I
7  have no idea.
8  Q   Okay.
9  A   What I sear- -- when I searched it, because
10  I didn't save it or like it or anything like that.
11  So I had to search it a few times I looked it up and
12  I don't know if that's because she shared it. I'm
13  not -- I have no idea why.
14  Q   Okay. Okay. So but -- okay. So you don't
15  remember but -- so did someone potentially send you
16  this from Zoe Rosenberg?
17  A   Possibly. I -- I....
18  Q   I simply asked --
19  A   I searched -- I don't...
20  Q   I simply ask because, you know, and
21  you're -- you're a farmer, you're involved in
22  agricultural. This might be someone who -- who
23  farmers or people involved -- might be mindful of
24  or, you know, deem antagonistic or something like
25  that. So that's -- that's why I'm -- I'm not

Page 155

1  representing her. I've never met this woman.
2       I -- in all sincerity, I didn't know -- any
3  idea who she was until last night. And that was
4  only because Kathie Muse said, "Oh, she chains
5  herself to something, you know, trees," and she made
6  some passing comment. I'm probably butchering what
7  she actually said. But at any -- in any case --
8       MR. BRIDGES: No -- no pun intended.
9  BY MR. GORDON:
10  Q   In any case, I was just curious. So you
11  don't know how you came across this particular
12  Instagram post --
13  A   No.
14  Q   -- I mean, but we agree it's the same post?
15  A   Yes, sir.
16  Q   Okay. So then you -- so at the time, did
17  you think that Jessica was potentially working
18  with -- with people in the animal rights community?
19  A   Yeah, it's potentially -- I didn't --
20  Q   Was that -- I mean --
21  A   Potentially. I didn't know. I just knew
22  that after researching what Bleating Heart Farm was,
23  it's a sanctuary, I guess, I knew they were a big
24  part of it.
25  Q   Yeah. I'm not making a judgment call.

Page 156

1  A   Yeah. That's --
2  Q   So -- so from -- from your perspective at
3  that time you suspected that Jessica was dealing
4  with people involved in the animal rights community
5  based off of --
6  A   Well, and also --
7  Q   -- Bleating Hearts?
8  A   -- off of her telling me she took it to
9  Napa. At some point, she had -- she didn't tell me
10  she took it to Napa. She told me she took it two
11  hours away or something. So I knew at some point
12  she did tell me she took it. I don't know if it was
13  two hours. I don't know. But she told me she took
14  it away. So she got it there, so...
15  Q   Were you aware of Bleating Hearts -- again,
16  this is not -- it's not -- it's not a judgment call.
17  Were you aware of Bleating Hearts before this?
18  A   No, sir.
19  Q   Because it's -- it's a small -- you've
20  looked at it online. It's, you know, almost -- I
21  don't want to say mom and pop, but it's two people
22  at their house.
23  A   Yes.
24  Q   So -- okay. But -- so she took it two
25  hours away, and you interpreted that to mean she

Page 157

1 took it to some sanctuary or --
2 **A   I couldn't tell you until I saw this is**
3 **where it's at. I couldn't tell you. She could have**
4 **took it to her third cousin's house. I have no idea**
5 **where she took it.**
6 Q   Hm. Okay. Okay. So -- but she took it
7 there or she said she took it two hours away or so,
8 and then you saw the Instagram post and it kind
9 of -- then your -- your picture or it distilled more
10 clearly --
11 **A   Yes.**
12 Q   -- of what happened -- or what you thought
13 happened. Okay. All right. That's fine.
14 Okay. So the post comes out on -- on
15 June 27th. About how long before the fair, to your
16 knowledge -- I know you were not CEO at that time,
17 but about how long until the fair started getting
18 calls if you can recall?
19 **A   The next couple days. I mean, within two**
20 **days. And talking to Melanie, she had to shut her**
21 **phones off.**
22 Q   Okay. So you don't recall which day
23 precisely but it was within --
24 **A   Within two days, I'm guessing.**
25 Q   Okay. Within two days. Okay. All right.

Page 158

1 And is that -- were the phone calls to the fair what
2 prompted you to seek out the -- the post?
3 **A   No.**
4 Q   No. So it's -- so you knew about the
5 post --
6 **A   Somebody had told me about it, so I**
7 **searched it is how -- I don't remember seeing it.**
8 Q   Okay. Do you remember who told you?
9 **A   No, I do not.**
10 Q   Okay. Okay. So -- so at what point --
11 and -- one second. Can we go off the record for a
12 second? I don't want to be fumbling through the
13 documents while I find the one I want because I have
14 multiple here. We'll go off the record.
15 THE VIDEOGRAPHER: We're off the record.
16 The time is 1321.
17 (Whereupon recess was taken
18 from 1:21 p.m. to 1:25 p.m.)
19 THE VIDEOGRAPHER: We're back on the record
20 and the time is 1325.
21 BY MR. GORDON:
22 Q   Okay. So Monday morning Instagram post
23 gets out, but you -- you don't learn about it until
24 a day or two later potentially. And -- and upon
25 seeing it, you had some suspicion that Jessica was

Page 159

1 maybe working with people in the animal rights
2 community, something like that, correct so far?
3 Yes?
4 **A   Yes.**
5 Q   Okay. And did you -- did you talk about
6 the post with Melanie Silva at all?
7 **A   I'm sure we did, yeah.**
8 Q   Do you remember what you discussed?
9 **A   The -- I remember -- we knew where the --**
10 **the goat was somewhere in Napa maybe. That's about**
11 **the gist I can remember of talking about it.**
12 Q   Did you fill Melanie in on -- on what kind
13 of organization Bleating Hearts was at that time?
14 **A   Yeah. If she hadn't known already, I told**
15 **her it was an animal sanctuary.**
16 Q   Okay. Okay. So she also knew what type
17 of -- it's your understanding that she also knew
18 what type of --
19 **A   I --**
20 Q   -- organization it was at that time?
21 **A   Yeah, I'm not -- I don't remember. I don't**
22 **recall these conversations at all, but I'm -- I'm**
23 **guessing that's what our conversations were.**
24 Q   Okay. Okay. Did she ever make any
25 comments about, oh, she's, you know, run off with --

Page 160

1 you know, Cedar off with, you know, PETA people or
2 anything to that effect?
3 **A   No, I don't recall anything like that.**
4 Q   Okay. Okay. You don't recall anything
5 like that, but you -- you recall that she was aware
6 that she, too, thought Cedar was there and in -- at
7 some animal sanctuary in Napa?
8 **A   Yeah.**
9 Q   Yes?
10 Okay. And did either of you ever try to
11 reach out to Bleating Hearts just out of curiosity?
12 **A   I don't think I did. And I'm not -- I**
13 **don't think she did either. I don't recall reaching**
14 **out to them. I don't think I would have.**
15 Q   Uh-huh.
16 **A   I didn't -- I wasn't running -- I wasn't --**
17 **I would add I don't think I reached out. I know I**
18 **didn't reach out to 'em to my knowledge. I don't**
19 **think she did, but I have no idea.**
20 Q   I haven't heard any -- that's not a trick.
21 **A   Yeah -- no.**
22 Q   I hadn't heard that you -- that you --
23 **A   That's why I'm trying to think --**
24 Q   -- did.
25 **A   -- if I had and I don't recall.**

Page 161

1  Q   Okay.  Did you ever consider it?
2  A   No.  Because I was waiting to -- at this
3  point, I'm waiting to hear from Melanie who's
4  waiting to hear from CDFA and I'm not doing anything
5  else.
6  Q   Okay.  All right.
7  A   In terms of recovering a goat, that was up
8  to CDFA and Melanie to say yes or no if they're
9  going to recover the goat.
10 Q   So when did you first make contact with --
11 I know we discussed -- strike that.
12     We discussed Sunday how you went back to
13 the fair and you had conversations with Melanie, but
14 you don't recall what exactly you spoke about.  Do
15 you recall if you tried to reach -- if you tried to
16 reach out to Jessica that day?  This is -- this is
17 Sunday now.
18 A   I think it was Mon-- I might have reached
19 out to her that day, but I think it was Monday
20 before I actually talked to her.  But that's a vague
21 remembrance.
22 Q   That's fine.
23 A   Monday is when I actually talked to her.
24 Q   And did you --
25 A   But then we had a text of stuff back and

Page 162

1  forth.
2  Q   Okay.  And you spoke with her on the phone,
3  correct?
4  A   (Nodding.)
5  Q   Do you remember about what time you spoke
6  with her on the phone?
7  A   It was mid morning maybe.  I remember,
8  again -- I don't know why I can't remember times.  I
9  remember where I was standing in the middle of the
10 fairgrounds, but I'm guessing mid morning 9:00-ish.
11 Q   Maybe you're spatially oriented and that's
12 why you couldn't remember -- and not temporarily
13 oriented.  I don't know.
14     So you remember speaking with her on the
15 phone around 9:00-ish at the fairgrounds.  And do
16 you remember what you discussed with her?
17 A   Yes.  I asked her that we need to get the
18 goat back.
19     And she said, "There's got to be some other
20 way."
21     And I said, "No, there's no other way that
22 you don't own the goat at this time.  It's my
23 opinion you're stealing something over $400 of
24 agricultural commodities.  It's considered a
25 felony," which I had to look it up.

Page 163

1      MR. BRIDGES: Stop for the second for --
2  you good?
3      THE COURT REPORTER: I'm good.
4      MR. BRIDGES: Go ahead.  I'm sorry.
5      THE WITNESS: And then she said, "There's
6  got to be some other way to work it out," back and
7  forth, back and forth.  And then I believe she
8  wanted the documentation from the 4-H office and
9  from us.  And then -- then that correspondence went
10 from Melanie to her.
11 BY MR. GORDON:
12 Q   Okay.  So you said you had to look at the
13 felony.  What felony did you -- I know you not an
14 attorney --
15 A   No, but it's --
16 Q   -- but you -- what do you recall?
17 A   Well, I just -- anything -- a stolen
18 property over $400 of agriculture commodity is
19 what...
20 Q   If I -- if I throw a statute out there,
21 might you recall?
22 A   No.
23 Q   487- --- Penal Code 487(a); is that
24 potentially livestock theft?
25 A   Yeah.  It was a livestock, yeah.  It was

Page 164

1  livestock.
2  Q   I'll just show it to you, and you can tell
3  me if that's the one you were talking with her
4  about.  I'll just pull it up online.  You can read
5  it and tell me if it's the one.  It's the one that's
6  written all over the sheriff's investigation
7  reports.  I assume it's -- and it's the one that
8  Jessica understood you to be talking about.  But
9  I'll just see if you can tell me.  Just a second.
10 But maybe you have another one in mind.  It's --
11 it's a long one.  But is this generally -- take a
12 look.
13 A   Yes, I believe that's the one I --
14     MR. GORDON: John, is this your first case
15 ever involving this statute in any capacity?
16     MR. BRIDGES: Yes.
17     MR. GORDON: Yeah.  Okay.
18     THE WITNESS: I think that's the one I saw.
19 BY MR. GORDON:
20 Q   Okay.  All right.  Okay.  So and -- so you
21 told her on the phone that what she did was
22 potentially a violation of this Penal Code statute,
23 correct?
24 A   Yeah.
25 Q   Okay.  All right.  And had you -- again,

Page 165

1 not a judgment. But had you had any training in law
2 enforcement or at this point in time?
3 A    No, sir.
4 Q    Any training on Penal Code at this point in
5 time?
6 A    No, sir.
7 Q    No. Okay. Had you had any training on --
8 I know you said -- you did not believe she was the
9 owner, but had you had any training on contracts at
10 this point in time?
11 A    What kind of -- like, the fair contracts?
12 Q    Oh, like training on interpreting
13 contracts, what kind of -- you know, what contract
14 laws apply here, et cetera, like the civil code,
15 commercial code, things of that nature?
16 A    No.
17 Q    Okay. All right. But it was your
18 impression, for whatever reason, that the -- the
19 Penal Code here might apply and that she committed a
20 felony, correct?
21 A    Yes.
22 Q    Okay. And you represented that to her?
23 A    Yes.
24 Q    Okay. What was her reaction when you
25 represented that to her?

Page 167

1 shocked," so -- so shocked to the level of this is a
2 felony?
3 A    No, I just -- shocked that someone stole a
4 goat. I mean, that's not -- felony had nothing to
5 do with it in my opinion. I mean -- no.
6 Q    Well, it must have had something to do with
7 it because you said it to her.
8 A    I looked it up and I just thought -- but I
9 just wanted the stolen goat back at that point n
10 time. It would make things a lot easier.
11 Q    So you looked -- whenabouts did you look
12 this -- I know it was before talking to Jessica, but
13 do you know whenabouts?
14 A    Sunday sometime maybe.
15 Q    Sunday. Okay. All right. And -- okay.
16 So you had this conversation with Jessica on the
17 phone. You tell her she committed a felony in your
18 opinion or potentially committed a felony, you
19 know --
20 A    Yeah.
21 Q    I know you're not a cop or the DA, but
22 that's what's expressed to her. And -- and then
23 your communications pivoted just to texts, correct?
24 A    (Nodding.)
25 Q    Okay. And -- okay. So on -- also on

Page 166

1 A    I believe it was, "There's got to be some
2 other way." She just kept saying that. That's what
3 I remember her saying is "There's got to be some
4 other way."
5 Q    Okay. Did was seem frightened?
6 A    No. She just was seemed she wasn't going
7 to give the goat back.
8 Q    All right. All right.
9 A    I don't think she seemed -- I don't -- no,
10 I don't think she was frightened.
11 Q    You don't think she was frightened. Okay.
12 All right.
13     Did you think -- again, I'm asking you
14 personally, did you think a felony was maybe
15 overkill for what happened here?
16     MR. BRIDGES: Just object that's not
17 relevant, but if you have an opinion I guess you can
18 share it.
19 BY MR. GORDON:
20 Q    Yeah.
21 A    At this point, no -- I don't know. I don't
22 know. At -- there was a goat that was stolen and so
23 that's what I thought at that point.
24 Q    Okay. Yeah. I mean, the reason I'm asking
25 is because earlier you used the word "everyone was

Page 168

1 Monday morning you produced this in discovery. So
2 I'm going to give you -- John, do you need a copy of
3 this? It's the goat theft at fair. You sent this
4 to us.
5     MR. BRIDGES: I don't need to see it.
6     MR. GORDON: So this will be exhibit --
7 exhibit -- what are we at?
8     THE COURT REPORTER: D.
9     MR. GORDON: D. All right.
10     (Exhibit D was marked.)
11 BY MR. GORDON:
12 Q    Okay. Okay. So this is Exhibit D. Did
13 you review this in preparation for today?
14 A    Yes.
15 Q    Okay. What is this an e-mail chain of if
16 you could just describe it?
17 A    Bruce Ross who is Brian Dahle's assistant,
18 or I'm not sure, his district director, e-mailed me
19 this.
20 Q    He e-mailed you -- okay. So he -- trying
21 to find when the chain starts. Okay.
22 A    Bruce Ross to bjherefords. The front page.
23 I don't know where -- that's where it ended but --
24 Q    So I see the earlier text chain's
25 June 27th, 12:21. I'm looking at the bottom of the

Case 2:22-cv-01527-DAD-AC     Document 125-8     Filed 11/19/24     Page 45 of 79

LONG vs.                                                              BRUCE JOHN 'B.J.' MACFARLANE
FERNANDEZ                                                                          November 15, 2023

Page 169

1  first page.
2  A    **Okay.**
3  Q    And that's the -- that's the first chain --
4  although this --
5  A    **I don't know who Sheldon Fort is.**
6  Q    Yeah, I think this is just something that's
7  left off -- or something from -- he forwarded you an
8  e-mail that he had received. That's, I guess, what
9  happened here.
10       But so Fort Sheldon -- or Sheldon Fort --
11 I'm sorry -- looks like initiated this e-mail on
12 June 27th at 12:21 p.m., goes the Bruce Ross, and
13 then Bruce Ross sends it to you at 12:41 p.m. the
14 same day.
15       Okay. So did you read this e-mail at the
16 time?
17 A    **Yes.**
18 Q    Okay. And so you saw on the second page,
19 it looks like -- do you know what this paragraph is
20 on the second page that was forwarded to you?
21 A    **I'm guessing it was from Jessica.**
22 Q    Okay. So at the -- at the time, though,
23 you understood this paragraph to be from Jessica,
24 correct?
25 A    **Yes.**

Page 170

1  Q    Okay.
2  A    **I mean, I -- I don't -- that's what it**
3  **implies to me.**
4  Q    No, I understand. Yeah, I'm just asking
5  what you understood at the time, B.J., so --
6  A    **Yeah.**
7  Q    -- it's -- so she offers in it -- and you
8  read this at the time. So you saw that she offered,
9  "I will pay you back for the goat and any other
10 expenses I caused"?
11 A    **Yes.**
12 Q    Okay. And -- and did you have any reaction
13 to that at the time why -- her offer to pay?
14 A    **No, I'm -- no. Because the owners -- there**
15 **was new owners so there's no -- in my opinion,**
16 **there's no one to pay. It sold.**
17 Q    Okay. Do you know about when -- for an
18 animal or goods in general, do you know when --
19 when -- how title transfers to determine ownership?
20 Have you ever -- have you ever been trained on that?
21 A    **No.**
22 Q    Are you familiar with -- you may be now,
23 because I'm sure you've read the Complaint. But at
24 the time were you familiar with a minor's right to
25 disaffirm a contract?

Page 171

1  A    **No.**
2  Q    No. Okay. Did -- let me ask you this. At
3  the time, though, and maybe take out the word
4  disaffirm, but at the time did you know that the
5  minors were -- basically every state has the rule to
6  my understanding and I believe it's a common law
7  rule so it's -- it's well established. But do
8  you -- did you understand the minors are not held to
9  the same standards for contracting with people or
10 making agreements with people as -- as is someone
11 over 18?
12 A    **I would think that's somewhat common sense.**
13 Q    Okay. So you were vaguely familiar with it
14 at the time. You might not know the word
15 "disaffirm," but you knew that minors don't contract
16 in the same way as -- as adults? It's common sense
17 as you just said.
18 A    **Yeah.**
19 Q    Yes? Okay.
20 A    **That's why the parents sign these forms.**
21 Q    Yes. Based -- and all the forms, though,
22 the ex- -- owner, the exhibitor is still the owner,
23 though, correct?
24 A    **Yes.**
25 Q    And here, E.L. is the exhibitor, correct?

Page 172

1  A    **(Nodding.)**
2  Q    Okay. All right. So -- so you read this
3  at the time. Was this the only letter you saw
4  that she -- or communication that Jessica provided
5  to the Dahles? There is -- the reason I'm asking
6  because I believe she -- she walked in -- a letter
7  into their office as well. I'm wondering if you've
8  ever -- have seen that?
9  A    **No. I called -- no. This is the only**
10 **thing I got.**
11 Q    Gotcha. And what did you do upon receipt
12 of this e-mail?
13 A    **I called Bruce and asked what was -- what**
14 **was the deal. And I -- I said it's the state's**
15 **decision at this point. But at the time he had**
16 **donated this to the barbecue, so it's -- and again,**
17 **not -- I'm not trained in anything, but it was the**
18 **barbecue's possession.**
19 Q    Okay. Just to be clear, the barbecue was
20 getting -- wasn't getting Cedar. They were getting
21 cuts or meat that were Cedar at some point in time,
22 though, correct?
23 A    **Correct.**
24 Q    All right. Okay. So Cedar at this point
25 in time is still alive and ticking, correct?

Page 173

1    A    Here.
2    Q    Yeah. All right. So -- so you spoke to
3    Bruce on the phone. And did you -- did you discuss
4    anything else with -- did you discuss Jessica's
5    offer to pay and see if he was -- if Mr. Dahle was
6    amenable to that potentially?
7    A    I don't recall saying anything about that,
8    no.
9    Q    Okay. All right. Do you recall if he
10   brought it up?
11   A    I do not.
12   Q    Do you recall if he said anything like,
13   "Look, she's offering to pay, take the money and
14   let's move on with life"?
15   A    I don't -- I don't recall that, no.
16   Q    Okay. But at this point in time, Jessica
17   had not re- -- and the daughter hadn't received any
18   money for Cedar yet at this point in time, correct?
19   A    I don't believe so. The checks are usually
20   30 days out, so no.
21   Q    Nor had -- to your understanding, the
22   Dahle's had not even paid at this point either,
23   correct?
24   A    I -- that's a question for -- I have no
25   clue.

Page 174

1    Q    Did you see if the Dahles had paid at this
2    point?
3    A    No.
4    Q    No. Did -- did Melanie Silva ever
5    represent that the Dahles has paid at that point as
6    of Monday the 27th?
7    A    I have no idea when they paid.
8    Q    Okay. But -- but she didn't tell you that
9    they hadn't or had, one way or the other?
10   A    No.
11   Q    Okay. Okay. And if -- did you forward
12   this e-mail on to anyone else after receiving it?
13   A    I did not.
14   Q    Okay. All right. Did -- does
15   Melanie Silva know you were in conversation with --
16   A    Yes.
17   Q    -- Bruce Ross about this?
18   A    I believe I called her after this --
19   Q    Okay. So --
20   A    -- to --
21   Q    At about -- you received it, it looks like,
22   12:41 p.m., so you called her around that time?
23   A    Yeah.
24   Q    Okay. Okay. All right. And what did you
25   report to her that Bruce Ross had said?

Page 175

1    A    I don't recall the conversation. I just
2    told what had happened, what -- the e-mail I had
3    gotten.
4    Q    Okay. Had -- at this point in time, you
5    don't recall the conversation with Melanie. Do --
6    did you recall -- and you did not forward her this
7    e-mail?
8    A    I don't believe so, no.
9    Q    Okay. Did you tell her that Jessica
10   had reached out -- Jessica Long, that is, not that
11   other Jessica from -- from this point on, I'm
12   basically just -- when I say "Jessica," I mean
13   Jessica Long.
14        Did you tell her that Jessica Long had
15   reached out to the Senator's -- Dahle's office?
16   A    I think that's what I say called and told
17   her.
18   Q    Okay. Okay.
19   A    I think. I...
20   Q    Well, hey, B.J., I'm --
21   A    I know --
22   Q    -- just asking for your best estimate.
23   A    -- I'm -- I'm trying to think, yeah.
24   Q    No, no. I -- I'm not saying you're not.
25   I'm just saying if that's your best estimate --

Page 176

1    A    Yeah.
2    Q    -- that's your best estimate.
3    A    My best estimate is I -- I believe -- I
4    would guess we talked about this, yes.
5    Q    Okay. All right. Okay. And if I may --
6    THE COURT REPORTER: May I? Thank you.
7    BY MR. GORDON:
8    Q    Okay. So on your -- on your phone
9    conversation with Jes- -- with Jessica, she told you
10   that -- and I know you kept saying there must be
11   another way. Did she tell you -- or did -- did you
12   discuss why she removed the -- Cedar?
13   A    That doesn't stick out in my brain.
14   Q    I mean, I know at some point in time you
15   likely read her e-mails and you knew why she did.
16   But on the conversation itself, did she tell you, my
17   daughter, you know, really loves Cedar, bonded with
18   him, and we -- she, you know -- we -- she didn't
19   want him to get killed?
20   A    That doesn't -- that doesn't stick out in
21   my brain. I'm not saying we didn't, but that sticks
22   out in my brain of just the back and forth of we're
23   going to do this a different way and I disagreed.
24   Q    You said we're going to do this a different
25   way --

Page 177

1    A    She said she was going to do this a
2 different way. She just kept telling me, we got to
3 do this -- there has to be another way, there has to
4 be another way, there has to be another way. That's
5 what I remember of that conversation.
6    Q    So she was essentially pleading?
7    A    Yes.
8    Q    Okay. All right. Okay. I'm going to show
9 you an e-mail from Melanie Silva. You're not cc'd
10 on it, but there's some other attachments in it.
11       Okay. So have you seen -- so this was
12 sent -- all right.
13       MR. GORDON: John, these are the Bates
14 stamped number 6 to 13, so yesterday you agreed that
15 was one complete e-mail chain.
16       MR. BRIDGES: (Nodding.)
17 BY MR. GORDON:
18    Q    So have you seen this -- these e-mails
19 before? And feel free to take a look. The top
20 two -- just to help orient you through it faster,
21 B.J. the -- the top two are from -- from Kathie to
22 people at CDFA. And the other ones are Jessica's
23 letters which I believe you have seen.
24    A    Jessica's letters?
25    Q    Well, a moment ago you said you saw her

Page 178

1 e-mails. I'm assuming this is her -- do you recall
2 that Jessica sent a -- on the -- I believe it was
3 the 27th sent a -- may I have it back for just one
4 moment? I'll --
5    A    I don't recall it if she did -- if I did
6 read it, I don't recall it.
7    Q    Okay. Well, I'm not asking you to recall
8 everything verbatim necessarily, but did you -- so
9 this -- on June 27th at 5:41 p.m., Jessica sent this
10 e-mail beginning here. If you want to just take a
11 look a quick look --
12    A    Okay.
13    Q    -- at it. I believe you saw it at the
14 time, but tell me if you -- if you didn't. I mean,
15 everyone's seen it, but...
16    A    I don't recall seeing it. I mean, I could
17 have. I don't -- because I think I would have
18 remembered this -- her saying that her -- I'm the
19 mom who took...
20    Q    It is similar in -- in substance to the one
21 you read from -- of the Dahles' chain, so I'm not
22 asking you to confuse it with that. They do have
23 some differences. She offers to pay in both of
24 them, but this one is longer obviously.
25    A    I do remember the -- I don't know where, if

Page 179

1 it was here, but her daughter lost her three
2 grandparents, and I don't know if that was her
3 telling me that or me reading it.
4    Q    Okay.
5    A    But it sticks out in my brain that
6 somewhere along the line I heard something about
7 losing some grandparents.
8    Q    Yeah.
9    A    So...
10    Q    Okay. So you might have seen it at the
11 time?
12    A    Possibly, but I don't recall.
13    Q    Possibly. You don't recall. Okay. But
14 you knew she was offering to pay at that time?
15    A    Yeah.
16    Q    Okay. Well, I'm going to give this back to
17 you in a moment. There's a second letter on here
18 also, which was sent a few days -- a few days later.
19 This is -- this is sent to Melanie Silva. And I
20 know you're not cc'd on this, but you did --
21 actually, one second here. One second. We'll put
22 your text -- oh, this will be. What exhibit was
23 this?
24    A    E.
25       THE COURT REPORTER: E.

Page 180

1       (Exhibit E was marked.)
2 BY MR. GORDON:
3    Q    E. Okay. I'm going to mark that.
4       Okay. So Mr. -- B.J., here's two pages.
5 Let's make this an exhibit. Now these are -- again,
6 I already spoke with your counsel. These are -- I
7 know you sent your text messages with -- to Jessica,
8 but you -- nothing wrong, but yours had a black
9 background, so I -- I printed Jessica's because --
10    A    Yes.
11    Q    -- I didn't want to go through all the
12 hotel's toner, so -- because it would have printed
13 out black pages.
14       So -- so but -- and so this is from -- I
15 just want to make sure I have it in the correct
16 order. And it's just this page, so take a look at
17 this. You can make that Exhibit F.
18       (Exhibit F was marked.)
19 BY MR. GORDON:
20    Q    You recall the -- the text correspondence?
21    A    Yes.
22    Q    Okay. And so she asks here, did you
23 receive my e-mail?
24    A    (Nodding.)
25    Q    Or here rather. And this is on June 28th.

---

**Page 181**

1     The second e-mail she sent came on the
2 29th. So this, to my understanding, could only
3 refer to the one you -- you -- I just asked you if
4 you had seen discussing the grandparents, and you
5 respond -- and she says, "I sent it. Did you see
6 it?"
7     And you respond, "Yes"?
8 **A   Okay.**
9 Q   So does that refresh your memory that you
10 read the e-mail at the time or --
11 **A   I -- I guess. I don't know. I -- I didn't**
12 **know that -- I even didn't know that was the e-mail**
13 **she was referring to.**
14 Q   I'm just --
15 **A   I even don't remember -- it could be. I**
16 **don't even remember what that e-mail was about so --**
17 **or what it was for.**
18 Q   But --
19 **A   I thought it was for some -- some records**
20 **or something, not a letter. So it -- it possibly, I**
21 **could have. I -- but I do -- I mean, it says**
22 **there -- I do remember seeing the three**
23 **grandparents. I don't know if that was a verbal or**
24 **me reading that.**
25 Q   Uh-huh.

---

**Page 182**

1 **A   For some reason, it stuck in my head it was**
2 **a -- something verbal that somebody had told me.**
3 Q   Uh-huh.
4 **A   I don't know who.**
5 Q   Yeah.
6 **A   And I -- I could have seen it.**
7 Q   Okay. So three grandparents, you -- that
8 resonates with you, but --
9 **A   (Nodding.)**
10 Q   Okay. All right. And so then she sent
11 a -- I'll hand this back to you, of course, but --
12 so she sent -- so Melanie -- okay. Let's go through
13 Melanie's also. On -- on -- it looks like
14 Jessica -- I'm sorry. Strike that.
15     On June 28th, in response to the e-mail you
16 just read, the reference to three grandparents,
17 Melanie Silva responds to -- to Jessica. And have
18 you -- you seen this e-mail before? It's from
19 Melanie to Jessica. Or did you see the e-mail at
20 the time, let me ask?
21 **A   I -- it might have been verbally through --**
22 **I don't remember seeing it. I think it was verbal.**
23 Q   Uh-huh.
24 **A   I remember -- so again, if it was verbal or**
25 **I read it, I'm not sure.**

---

**Page 183**

1 Q   When you say "verbal," you mean --
2 **A   She --**
3 Q   -- Melanie told you --
4 **A   Melanie told me.**
5 Q   -- what she told Jessica?
6 **A   On both these letters. I --**
7 Q   Okay. So -- so went over this yesterday
8 with her a little bit, but it -- you know, she
9 writes, "Having said that please understand the fair
10 industry is set up to teach our youth responsibility
11 and for the future generations -- generations of
12 ranchers and farmers to learn the process and
13 whatever it takes to raise quality meat. So making
14 exception for your -- for you will only teach our
15 youth that they do not have to abide by the rules
16 that are set up for all participants."
17     So what lesson was -- was Melanie or the
18 fair trying to teach Jessica and the -- and the
19 daughter at -- at this point?
20     MR. BRIDGES: Say it calls for speculation
21 in terms of what Melanie meant.
22     But if you're able to answer.
23     MR. NORTHCUTT: Join.
24     THE WITNESS: To follow through.
25 ///

---

**Page 184**

1 BY MR. GORDON:
2 Q   To follow through with?
3 **A   The whole process of what you signed up**
4 **for -- to do.**
5 Q   Uh-huh. Okay. Because Cedar was a -- a
6 market goat, he had to -- he had to go to slaughter;
7 is that correct?
8 **A   And whoever signed an animal up for this**
9 **fair, it's no different than any of the other 540**
10 **kids that signed -- or marked their animal up for**
11 **this that -- to follow through all the way through**
12 **your project. And that's part of following through**
13 **on your project.**
14 Q   Okay. Okay. And -- yeah, that's what I'm
15 asking. Because Cedar was a market animal --
16 **A   Yes.**
17 Q   -- he had -- that's his purpose. He had to
18 go --
19 **A   And it's not so much that Cedar was a**
20 **market animal. They signed Cedar up as a market**
21 **animal.**
22 Q   Okay. Okay. Isn't Cedar bred to be --
23 wasn't he bred --
24 **A   He was bred to be a market animal.**
25 Q   Yeah, okay.

---

Page 185

1  A   Yes.
2  Q   Okay.  So that's --
3  A   I mean --
4  Q   That's why --
5  A   -- yeah, yes.
6  Q   I'm just trying to understand the head
7  space.
8  A   Yes, yes.
9  Q   So that's -- so that's Cedar's purpose is a
10 market animal, he goes to slaughter, that's what
11 market --
12 A   Yes.
13 Q   -- animals do.
14 A   Yes.
15 Q   And she needs to follow through, because he
16 was -- you know, he was a market animal and they
17 registered him as such, and that's what he was bred
18 for, and that's the lesson, correct?
19 A   Yes.
20 Q   Okay.  Have any other exceptions ever
21 been -- been made for any other participants?
22 A   No.  Like I said earlier, it's the first
23 time it's -- something like this has happened to my
24 knowledge.
25 Q   Yeah.

Page 186

1  A   I don't think, to my knowledge, any
2  exceptions have been made.
3  Q   Okay.  What happens if, to your
4  knowledge -- or what has happened to your knowledge
5  if an animal is -- is ill, like so it's sold at -- I
6  imagine the animal is sold at an auction and then,
7  ultimately, he's ill, so the bidder -- the
8  successful bidder doesn't -- can't get him, for
9  whatever reason, after the bid, you know, the
10 auctioneer says, you know, the gavel goes down and
11 yours.  What is the -- is there a procedure to
12 handle that?
13 A   Not that I'm aware of.  It's not -- hasn't
14 been -- to my knowledge, it hasn't -- it has never
15 been an animal -- an animal that got ill that we had
16 to do anything with.
17 Q   Uh-huh.  What would happen, though?  Let me
18 ask you before -- strike that.  Is an animal that
19 gets ill in those situations, is that a sifted
20 animal?
21 A   If -- it would be sifted at that point,
22 yes.
23 Q   Okay.
24 A   If it hadn't sold yet.  If it sold, it
25 would be extremely -- extreme circumstances where

Page 187

1  we'd have -- which if that -- if it's ill, a vet's
2  involved anyway no matter what.  A vet would have to
3  make that determination.
4  Q   Now does that -- at this point in time in
5  this hypothetical, does the -- does the money -- I
6  know there's a bid.  Does the -- does the seller,
7  the exhibitor still get paid and you just tell the
8  bidder, sorry, the sale's over, you took it as is?
9  A   We would replace it probably.  The fair
10 would, I'm guessing, replace that animal with
11 something of equal or greater total pounds.
12 Q   Okay.  So the fair would eat the loss then
13 in those -- in that --
14 A   The Junior Livestock would.
15 Q   The --
16 A   The -- yes, the fair would.  The fair
17 would.
18 Q   Is that separate from the Junior --
19 A   No.  Same, same.  Sorry.
20 Q   Did you mean that because -- and maybe just
21 'cause Melanie yesterday said I think she -- John,
22 tell me if I'm making this up.  But didn't she say
23 there's a separate pot of money for the Junior
24 Livestock Auction?
25 A   It's in its own account, I believe.

Page 188

1  Q   Okay.  That's -- okay.  So when you say the
2  Junior Livestock --
3  A   Junior Livestock, which it's the whole
4  livestock, I think, that it's its own account.  It's
5  the fair's money, but it's dog-eared or whatever,
6  bookmarked as Junior Livestock.
7  Q   Okay.
8  A   So we can follow that for -- not we -- I'm
9  not there anymore -- of how that account --
10 Q   Okay.
11 A   -- how things are going.
12 Q   I see what you mean.  So you meant that
13 account would --
14 A   Yeah.
15 Q   -- cover the loss?
16     So where would a sifted animal go after the
17 fair replaces him with another animal?
18 A   If -- if it's before the sale, the --
19 the --
20 Q   No, I mean in this hypothetical, there's an
21 auction --
22 A   Oh, if the sale's over and it's ill?
23 There's usually not that time, because the sale ends
24 at 5:00 and the animals are shipped by night.
25 Q   Okay.

LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Page 189

1  A   So you're, 99 percent, not going to find --
2  there's not going to be an ill animal in that time
3  frame.
4  Q   But if you did, would the animal just go
5  home with the exhibitor at that point in time?
6  A   Um.
7  Q   It's not going to slaughter, right? It's
8  sifted and ill.
9  A   I don't know what happens at that point.
10 I -- I've never run into it in the eight or nine
11 years I've helped load trucks at this fair. We've
12 never -- because the sale's over and we'd usually
13 find it before the sale. And we would -- we never
14 have found one ill on Saturday.
15 Q   Okay. Had you -- had -- imagine if after
16 the sale Cedar was ill, would you have just sent him
17 after the -- after the auction --
18 A   That's not in my pay range.
19 Q   So you wouldn't have made the decision
20 on --
21 A   No.
22 Q   -- on what's to happen there?
23      Okay. Okay. When you were CEO would you
24 have just sent the animal when -- when --
25 A   That still -- I would have -- somehow --

Page 190

1  no, I would have -- that's a state -- I would have
2  followed the state's recommendations on that. I'm
3  not going to make that call.
4  Q   Okay. Are you aware -- are there state
5  recommendations on that to your knowledge?
6  A   I have no idea. I have -- I don't recall
7  ever having something like that.
8  Q   Okay. Is this -- would that be a sort of
9  decision that if it happened when you were at the
10 fair, would those sorts of decisions be made by
11 Melanie Silva?
12 A   I don't --
13 Q   When she was CEO, of course, I mean, not
14 when you were CEO.
15 A   No. I think we went by -- she went by
16 state recommendations as well just as I did.
17 Q   Okay. The -- when you said state
18 recommendations, you're referring to the -- the CDFA
19 rules? Okay.
20 A   And talking with somebody at CDFA.
21 Q   Okay. Okay. All right. So CDFA rules.
22 And the local rules, too, presumably --
23 A   Yeah.
24 Q   -- if they dictate?
25      Okay. All right. I'll ask -- I know we're

Page 191

1  going to break soon, but let me ask a couple more
2  questions.
3      So this is Exhibit E.
4      And I -- could we go back to where is the
5  text chain of Ms. Muse? No, not that one, B.J. The
6  other one. This -- this one. If you wouldn't mind
7  pulling that up for one moment.
8      (Referring to Exhibit C.)
9  BY MR. GORDON:
10 Q   So give me one second. All right.
11      So -- so you had this -- do you recall
12 this -- these texts with Ms. Muse? This looks
13 accurate to you? It's the same --
14 A   Yeah.
15 Q   -- the inverse of what you produced the
16 other day. Same thing, correct?
17 A   Yes.
18 Q   All right. Okay. So do you know who -- so
19 this -- this text chain begins on June 28th with the
20 Instagram post. Do you know if the sheriffs were
21 involved at that point in time?
22 A   I do not recall.
23 Q   I believe it's Tuesday, the 28th. Isn't
24 it? Because 25th is Saturday, 26th, 27th, yeah,
25 Tuesday, right?

Page 192

1  A   I don't recall when the sheriffs were -- I
2  believe I called Sheriff Johnson at some point this
3  week and I don't remember when.
4  Q   Oh, you -- so you called --
5  A   I -- not me, yeah, somebody did.
6  Q   Somebody did. But you called Sheriff
7  Johnson at some point?
8  A   And I think it was me. Again...
9  Q   Do you remember what date that was about?
10 A   No clue. Some -- I'm guessing sometime
11 this week, maybe Tuesday, maybe Wednesday. I...
12 Q   Now could it have been -- and the reason
13 I'm asking this -- could it have been earlier than
14 that? Could it have been the 26th? And I'll show
15 you why I'm wondering that, because the -- the
16 police report for the -- the case or the sheriff's
17 report -- I'm happy to show it to you -- I believe
18 was generated on the 26th.
19 A   Okay. Then it was the 26th.
20 Q   Well, let -- let me look first to make
21 sure, because I don't want to -- I want to pull it
22 up and double check and I'll show it to you.
23 Because I -- I might have -- I'm almost positive,
24 but -- because, as you can imagine, I've looked at
25 this police report, you know, way more than I've

Page 193

1  wanted to in life, so...
2  **A    I'm not sure if...**
3  **Q    I'm sorry. What did you say, B.J.?**
4  **A    I'm not sure if -- I'm not even sure if I'm**
5  **the one that called him, but...**
6  **Q    Well, you just said a moment ago you called**
7  Sheriff Johnson.
8  **A    I -- yeah, I -- I think I did. I couldn't**
9  **tell you for exact if I did or not.**
10  **Q    Well, I'm asking you to remember the exact**
11  day you did. That's what I'm trying to help you
12  with. But you do -- you do remember calling him,
13  yes?
14  **A    I believe I talked to him at one point,**
15  **yes. I don't know if I'm the one that called**
16  **and ac- -- actually had the actual complaint or if**
17  **Melanie did.**
18  **Q    Okay. That's fine. That's fine. But**
19  you --
20  **A    Because I do remember talking to him at**
21  **some point.**
22  **Q    I'll represent to you Fernandez testified**
23  that Sheriff Johnson told him to investigate the
24  matter. So someone told him. You had a
25  conversation --

Page 194

1  **A    Yeah.**
2  **Q    -- with him at some point.**
3  Okay. So where is the date? Time, that's
4  6/29. I thought there was an earlier time. Wasn't
5  there -- testified that on an earlier date. I don't
6  know. Maybe I'm reading this wrong.
7  Okay. But you talked to him at some point
8  in time. I --
9  **A    I don't know.**
10  **Q    There's an e-mail from Melanie sending**
11  various attachments to Lieutenant Fernandez on 6/29.
12  So might you have you talked to the sheriff before
13  that date?
14  **A    I -- I don't know when I talked to him to**
15  **be honest with you.**
16  **Q    Okay. So that would have been -- that**
17  would have been a Wednesday, the 29th, so -- which
18  is initially the date you thought. And your -- your
19  texts say, we're going to call law enforcement
20  Wednesday. So do you think you called the sheriff
21  on Wednesday?
22  **A    It must have been, because that's what**
23  **Melanie said, I think, in her e-mail response. It**
24  **followed whatever the --**
25  **Q    Feel free to -- to refresh your memory.**

Page 195

1  **A    Whatever they told me. I -- I don't know.**
2  **Q    Yeah.**
3  **A    This wasn't me, so I don't know.**
4  **Q    Let me show you your -- your -- I think I**
5  have a text --
6  **A    It's right here.**
7  **Q    -- from you saying that. Here you go.**
8  Here you go. Here you go. Is this -- this might
9  be.
10  **A    This is part of this one.**
11  **Q    I don't know. They all came in separate**
12  PDFs. So there -- so there you go. It's the same
13  one. The bottom there.
14  **A    Yeah.**
15  **Q    Is that -- okay. Take a look at that.**
16  **A    Yeah. So it must have been Wednesday night**
17  **or Thursday morning, I'm guessing.**
18  **Q    Okay. I'm guessing it was -- I don't know.**
19  I'm guessing Wednesday simply because that's -- I'll
20  show you. Here's the sheriff's report.
21  **A    Okay. Yeah.**
22  **Q    It's got -- you see the report time? I**
23  think this is when -- do you need to see it, John?
24  I think it was when -- this is when it was
25  generated, I think, which would have been Wednesday.

Page 196

1  But I wasn't there, I don' t-- but that seems right
2  to you?
3  **A    Yeah.**
4  **Q    Okay.**
5  **A    That's in the realm of --**
6  **Q    Your best estimate is you probably called**
7  the sheriff --
8  **A    Yeah.**
9  **Q    -- on Wednesday?**
10  Okay. That's fine. All right. So -- and
11  what did you report to the sheriff?
12  **A    Exactly what -- when I had -- the events**
13  **that had happened throughout -- from Saturday night**
14  **till then.**
15  **Q    Okay.**
16  **A    That we'd some -- I talked to her and**
17  **that's --**
18  **Q    Did you relay to the sheriff that Jessica**
19  had offered to pay?
20  **A    I don't recall.**
21  **Q    Okay. All right. Okay. I mean, they --**
22  they -- the -- those deputies all seen her e-mails
23  offering --
24  **A    Yeah.**
25  **Q    I was just curious if you sent it to them.**

LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Page 197

1  It's not like it's a secret.
2          So -- so in this -- on this e-mail chain,
3  you respond, "Sheriffs r working on it." And so it
4  looks like you --
5  A    What date is that?
6  Q    This is -- well, it looks like 6/29. And
7  then -- and then it says -- am I reading that
8  correct? It says --
9          MS. SHAKIB: Yeah.
10         THE WITNESS: It's clear on this one, yeah.
11 BY MR. GORDON:
12 Q    So 6/29 at 2:00 or 3:00 p.m., it looks like
13 you text Kathie Muse --
14 A    Yeah.
15 Q    -- "Sheriffs r working on it now."
16         And out of the blue, that wouldn't make
17 sense, so you must have talked to her beforehand,
18 correct?
19 A    Yes.
20 Q    You talked to her on the phone that
21 morning?
22 A    I must have, yes.
23 Q    Okay. Do you know what you discussed that
24 morning?
25 A    I don't know. I'm sure it was about the

Page 198

1  goat and what was going to happen with it.
2  Q    Okay.
3  A    She wanted to know.
4  Q    Okay. Okay. And you -- had you told her
5  on the phone earlier that you were talking to the
6  sheriffs or sheriff?
7  A    I don't think so if I replied with that
8  right there. I would say no.
9  Q    Okay. Okay. But did you tell her that you
10 were going to call the sheriffs?
11 A    That was a possibility, but I'm sure I told
12 her it was a possibility, yeah --
13 Q    Okay.
14 A    -- and that's why I texted her that.
15 Q    Now, are you -- are you -- how do you know
16 Sheriff Johnson? Are you friends with him?
17 A    No. Acquaintances -- he used to be the
18 mayor -- or mayor -- police captain at Anderson the
19 first year I was the CEO. So it was just
20 acquaintances.
21 Q    The CEO of the --
22 A    Fair.
23 Q    -- the Shasta Fair?
24        Okay. Okay. So you were acquaintances.
25 Do you have -- so are -- is he -- you're saying

Page 199

1  acquaintances, but, I mean, do you ever --
2  A    No --
3  Q    -- social with him or anything like that?
4  A    -- I have not.
5  Q    Do you have his -- do you have his cell
6  phone?
7  A    That's how I might -- somebody might have
8  given it to me --
9  Q    Okay.
10 A    -- I believe.
11 Q    For this?
12 A    Yes.
13 Q    Okay. So someone -- who gave you his cell
14 phone to call?
15 A    Might be the city manager that I knew would
16 have it.
17 Q    Who's the city manager?
18 A    Hmm. The -- dang it.
19 Q    If you want to look through your phone to
20 refresh your memory of the name.
21 A    I can't even -- or can -- I believe it was
22 Baron Browning City Councilman. And I don't know,
23 but --
24 Q    Baron Browning of the city council.
25 A    He was an Anderson City Council Member.

Page 200

1  Q    So Mr. Browning was aware of this matter?
2  A    Yes, I believe so.
3  Q    Okay. All right. And he gave you
4  Sheriff Johnson's cell phone? But you've already --
5  A    I believe that's how it happened.
6  Q    Okay. You believe that's how?
7  A    Yeah.
8  Q    But you already also knew Sheriff Johnson
9  slightly. You were --
10 A    Slightly. In passing. He was CEO -- or I
11 was the CEO and just cordial.
12 Q    Okay.
13 A    Maybe one or two meetings that we had with
14 many people.
15 Q    Do -- did Baron Browning already know about
16 the incident and he called you?
17 A    No. Baron Browning is our -- he was --
18 also runs the security, so he was the security so he
19 definitely knew about this. He owned the security
20 company.
21 Q    He owned the security company at the
22 fair --
23 A    Security company at the fairgrounds.
24 Q    Okay. All right. And do you have his cell
25 phone and contact information?

Page 201

1    And, B.J., we're not going to be publishing
2  anyone's --
3    A    I know.
4    Q    -- phone numbers.  It's just in case we
5  need to get in touch --
6    A    (530) 776-4964.
7    Q    4964.  Okay.  All right.
8    A    He's going to get a lot of spams.
9    Q    Okay.  All right.  So back to this e-mail
10 chain for a moment.  So Kathie responds, "Thanks.
11 Keep me updated."  She testified that J was a typo
12 that -- she didn't mean your nickname J instead of
13 B.J.
14    And -- so then there's a -- there's a --
15 that's June 29th.  And then there's a -- then
16 there's a -- a gap.  And the next one is June 9 --
17 July 9th at 7:13 a.m.  I'm sorry.  You respond,
18 "Will do."  I'm assuming that is in -- your response
19 to, "Keep me post- -- updated"?
20    A    Yeah.
21    Q    So then, it looks like, July 9th, "Goat is
22 at my house."
23    So the -- the sheriffs or several of
24 sheriff -- Lieutenant Fernandez and Duncan dropped
25 the goat off the preceding evening at your house,

Page 202

1  correct?
2    A    Yes.
3    Q    Okay.  All right.  And about what time did
4  they drop him off?
5    A    It was 11:30 or something.  It was late at
6  night.
7    Q    Late at night.  Okay.  And did you know
8  they were dropping him off that day?
9    A    Yes.
10    Q    Okay.
11    A    I think Melanie -- I don't know how it went
12 down.  I don't know if Melanie called me and told me
13 they were bringing it.
14    Q    Do you about know what time she called?
15    A    No.  It would have been -- no idea.  And if
16 she -- I don't -- I do not remember how.
17    Q    Okay.  But, obviously, earlier than when
18 the sheriffs got there?
19    A    Yeah.
20    Q    Yeah.  So --
21    A    That afternoon, assuming.  I think it was
22 Melanie that afternoon said that they were going to
23 perform the search warrant or whatever warrant they
24 had.
25    Q    Uh-huh.  Okay.  So she told you in the

Page 203

1  afternoon that they were going to go bring the --
2  the goat to you that night?
3    A    Yeah.
4    Q    Did she give you any instructions?
5    A    I don't --- that I was to hold on to the
6  goat.
7    Q    Okay.  Hold on to the goat for -- until
8  when?
9    A    Until the state said what was going to
10 happen.
11    Q    Till the state -- what do you mean "the
12 state"?
13    A    Mike Francesconi or the lawyer.  I don't
14 know.  That's -- that's above my pay grade.  I was
15 just --
16    Q    I understand.
17    A    -- housing the goat.
18    Q    Okay.  Do you know which lawyer?
19    A    No.
20    Q    Was this the CDFA's lawyer?
21    A    Yes.
22    Q    Okay.
23    A    Yes, it was the CDFA's lawyer.
24    Q    Okay.  So then -- I know we're getting
25 tight on time for today but -- but your -- your

Page 204

1  follow-up text to -- to Kathie is:  "Good morning.
2  I'm gone till tomorrow afternoon, talked to sheriff
3  and he said to wait until he talks to DA before we
4  kill goat."  It's per- ---
5    A    Yeah.
6    Q    Okay.  So --
7    A    And I believe the -- because I thought
8  Melanie -- we were in touch with the CDFA's lawyer
9  as well.
10    Q    Okay.  Do you remember what that lawyer's
11 name was?
12    A    Excuse me?
13    Q    Do you remember the lawyer's name at CDFA?
14    A    I've never dealt with them.  Melanie.
15    Q    Melanie would know.  Okay.  Okay.  So --
16 but you know -- when you say the sheriff here, do
17 you know -- "talked to sheriff."  Do you know who
18 you --
19    A    Johnson.
20    Q    Johnson.  Okay.  And the -- and as far as
21 the DA here, do you know which DA you're talking
22 about?
23    A    It's a woman.  I do not know her name.
24    Q    Is it -- so if you go to the last page of
25 that, is it Stephanie Bridgett, by chance?  The very

Case 2:22-cv-01527-DAD-AC    Document 125-8    Filed 11/19/24    Page 54 of 79
LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

Page 205

1 last page. This is --
2 **A Yeah. That would be the district attorney,**
3 **yeah. I don't know her and --**
4 Q Okay. So you were waiting on the sheriff
5 and the District -- District Attorney and the CDFA
6 to determine what to do with -- with Cedar?
7 A Yes.
8 Q Okay. All right. Okay. Okay. And
9 then -- I'm just going to finish this chain and then
10 we'll get out of here. We're almost to the end of
11 it. Go to the next page, would you?
12 MR. NORTHCUTT: Ryan?
13 MR. GORDON: Ys.
14 MR. NORTHCUTT: Can we get these documents
15 that he's looking at now marked as an exhibit?
16 MR. GORDON: Yes. Well, it is marked as an
17 exhibit. It's --
18 THE WITNESS: C.
19 MR. GORDON: It's Exhibit C. It's the
20 e-mail chain that Kathie -- Ms. Muse produced the
21 other day, Damian.
22 MR. BRIDGES: It's a text -- text chain.
23 MR. GORDON: Sorry. Thank you, John. Text
24 chain.
25 MR. NORTHCUTT: Okay. I just want to be

Page 206

1 clear.
2 MR. GORDON: Sure. Okay. Yeah. We're --
3 for the record, we are looking at Exhibit C.
4 BY MR. GORDON:
5 Q So it looks like on Exhibit C, July --
6 you -- July 11th and so -- but we're on -- he's good
7 at my place. And then Kathie -- so that's -- B.J.,
8 if you go to the preceding page. Jeff -- this is on
9 July 11th. You're right --
10 A Yeah.
11 Q Jeff at Kent's said -- or I'm sorry.
12 Kathie writes, "Jeff at Kent's said
13 probably a week before he can get the goat. Will
14 they be -- will they be okay with you if not come --
15 I can find a temporary home."
16 And you respond, "He's good at my place,
17 thumbs up."
18 That's July 11th. And then your next
19 communication with her was -- at least by text, was
20 July 25th. Did you have any calls with Ms. Muse
21 between July 11th and the 25th concerning Cedar
22 at -- at your property?
23 A Not that I -- maybe. I have no idea.
24 Q Do you think you did?
25 A I don't -- I have no idea.

Page 207

1 Q Okay. How would you refresh your memory?
2 A I --
3 Q Is there any way you could refresh your
4 memory to remember?
5 A I don't -- I don't think we did, but I'm
6 not going to -- I'm guessing we hadn't with that
7 text.
8 Q Okay. Uh --
9 A I don't know.
10 Q Okay. And what did -- do you know how many
11 times between that period you talked with Sheriff
12 Johnson and the DA between the 11th and the 25th of
13 July?
14 A A couple times maybe. And this was -- I
15 never talked to the DA.
16 Q Oh, how did you know the DA -- did the
17 sheriffs say that he was waiting on the DA?
18 A Yes.
19 Q Okay. Sheriff Johnson said he's waiting on
20 the --
21 A I think it was --
22 Q -- Stephanie Bridgett. Okay.
23 And do you know why they were waiting on --
24 were they reviewing the legality of anything or --
25 did -- was anything like that explained to you?

Page 208

1 A I have no idea.
2 Q Okay. Did you ask?
3 MR. BRIDGES: Don't speculate. But if you
4 know, you can tell him.
5 THE WITNESS: I -- I don't. I'm not
6 speculating. I don't know. I don't think I asked.
7 No, I didn't ask. I don't --
8 BY MR. GORDON:
9 Q Okay.
10 A -- I was holding a goat. I was -- I had
11 nothing to do besides I was holding a goat.
12 Q Nah, I understand. Okay. So Ms. Muse --
13 so Ms. Muse writes, looks like, "Hey B.J. what did
14 you end up doing with the goat?" And this is the
15 25th. And then there's a gap of three days.
16 Were there any other communications before
17 you respond on July -- July 28th? Were you -- were
18 you -- did you communicate with Kathie anymore
19 before that -- within that window?
20 A I don't believe so. I might have -- no, I
21 might have dealt -- been talking with Melanie, too,
22 through -- I'm talking to Melanie through this, too.
23 Q Yes. Okay.
24 A But she --
25 Q Yeah. About how many times would you say

Page 209

1  you talked to Melanie through this?
2  A   I --
3  Q   Multiple times?
4  A   Yeah, multiple times.
5  Q   Okay.  So this is from July 11th now.
6  I'm -- and that's the same from July -- when you got
7  Cedar on July 8 through, let's say, the 28th is when
8  it appears that he's killed or goes to slaughter,
9  you talked to Melanie multiple times, correct?
10 A   Yes.
11 Q   Okay.  And -- and did you tell Melanie that
12 we're waiting to hear from the sheriff and the DA?
13 A   And I'm -- yeah, and I don't remember if
14 she was the one talking to the sheriff.  I think --
15 I know I did a couple times, but I want to think
16 that -- I thought she was the one that was gearing
17 it, so what -- with the state and the sheriff, so...
18 Q   Okay.  And -- but it was never -- did you
19 ever ask -- well, I shouldn't -- I know you said you
20 didn't ask.  But what was your understanding of --
21 from talking with the sheriff?  And I know you may
22 not say precisely in legal terms, but what was your
23 understanding of what they were waiting to
24 determine?
25 A   I don't -- I think it was over if the DA

Page 210

1  was going to prosecute.
2  Q   Whether the DA was -- why would they
3  dictate whether they were going to kill Cedar or
4  not?
5  A   I don't -- I -- I don't know.
6  Q   Did it have anything to do with Jessica
7  potentially bringing legal claims?
8  A   That was never discussed in my knowledge.
9  I never presumed that.
10 Q   Okay.  Was it ever suggested at any -- I
11 know you may not have presumed it, but was it ever
12 suggested that --
13 A   Not that I -- no.
14 Q   -- that Jessica's attorneys had called
15 county counsel and the sheriffs, asked --
16 A   That was never informed to me if she did.
17 Q   Did you know Jessica's attorneys -- me --
18 called the sheriffs and the county counsel during
19 this period?
20 A   No, sir.
21 Q   Okay.  All right.  Okay.  Asking for the
22 status of Cedar --
23 A   No.
24 Q   -- among other things?
25     Okay.  So -- okay.  So you -- you felt like

Page 211

1  you were -- just to clarify in your -- from your
2  perspective, you felt like you were operating under
3  the direction of Melanie and the sheriff --
4  A   Yes.
5  Q   -- office?
6     Okay.  And potentially the CDFA, I guess,
7  also?
8  A   Yes.  The CDFA.
9  Q   And the District Attorney?  Okay.  All
10 right.
11    Okay.  So what -- Bowman is a -- is a -- a
12 slaughtering facility, yes?
13 A   Processing facility.
14 Q   Processing facility.  I apologize.
15    Okay.  And what is the full name if you
16 know?
17 A   Bowman Meats.
18 Q   Bowman Meats.  And where is that at?
19 A   Bowman Road, Cottonwood.
20 Q   Bowman Road, Cottonwood.  Okay.  So did you
21 bring Cedar to Bowman Meats on the 28th?
22 A   No.
23 Q   What day did you bring him there?
24 A   They came to my house.
25 Q   They came to your house.  So they came and

Page 212

1  retrieved Cedar on --  what day did that happen?
2  A   (Nodding.)  The 28th, I'm guessing.
3  Q   Okay.  Okay.  Well, did this refresh your
4  memory and you remember now it being the 28th, the
5  same day you wrote this text?
6  A   I don't know.  I -- I couldn't tell you the
7  dates.  I'm sorry.
8  Q   Okay.  Okay.
9  A   I can tell you the dates, because I can
10 look at this text message and see it was --
11 Q   Okay.
12 A   -- the 28th.
13 Q   Okay.  So is it fair to say your best
14 estimate, though --
15 A   Yes.
16 Q   -- is the 28th?
17    Okay.  All right.  Okay.  So were -- so
18 Kathie writes, Goods news.  Finally.  And please
19 don't forget to save the ear tags.  Did -- did you
20 save Cedar's ear tags?
21 A   I did at one point.  I'm not sure what
22 happened to 'em to be honest with you.
23 Q   Okay.  And why were you supposed to save
24 his ear tags?
25 A   I -- because Kathie told me to save ear

Page 213

1  tags, so I saved ear tags.
2  Q    Why would Kathie -- what's the purpose in
3  saving ear tags?
4  A    I have no idea.  She wanted ear tags, and
5  then she never -- I might have thrown 'em away.  I
6  don't -- they were, I think, out in my barn and she
7  never asked for 'em again.  And I have no idea why
8  she wanted 'em?
9  Q    So they might be still in your barn
10  potentially?
11  A    Sure.
12  Q    Have you looked?
13  A    No.
14  Q    Okay.  All right.
15  A    But it's been --
16  Q    It's been a minute, I understand.  But they
17  might still be there.  You don't know what happened
18  to them.  Why would you have thrown 'em away?
19  A    Well, I -- I don't know if I threw 'em
20  away.  I don't know where they're at to be honest.
21  But they're somewhere.  Because I have a wife and
22  three kids; that's why they might not have made it.
23  Q    Okay.  All right.  So your kids would have
24  taken the ear tags?
25  A    Well, not on purpose.  I think -- no, they

Page 214

1  might have -- we have animals, and we have ear tags
2  laying around, and we throw 'em away when we cut 'em
3  out of the -- if we change ear tags on an animal,
4  there's always ear tags laying around.
5  Q    Gotcha.  All right.
6  A    And we try to clean up.
7  Q    Okay.  All right.  So let's go to the next
8  page and I'll try to get through it quicker here.
9  So this appears to be -- the lawsuit's filed, and
10  this is about the time you -- you resigned.  This
11  is -- so this would have been August -- I think the
12  date is actually on the preceding page.
13  A    The 31st?
14  Q    Yeah, August 31st of 2022.
15  A    5:33 p.m.?
16  Q    Yeah.
17  A    Yeah.
18  Q    Or thereabouts.  Yeah.  So yes, you're
19  correct, on the bottom.  And that is the time.  So
20  you -- who sent -- how did you find out about the
21  lawsuit?  Because it looks like you're texting this
22  to -- to Kathie.
23  A    Somebody called me.  Somebody that was
24  not -- Bruce Ross called me.
25  Q    Bruce Ross called you.  Okay.  From Dahle's

Page 215

1  office.
2  A    Dahle's.
3  Q    So --
4  A    I -- I -- that's my rec- --
5  Q    Okay.
6  A    -- because it was not -- it was somebody
7  kind off the wall, and he kept calling and I was,
8  like, why is he calling, and that's how --
9  Q    Gotcha.  And I forgot to ask you.  So Cedar
10  went to Bowman.  What happened to Cedar's -- his
11  remains afterwards?
12  A    There -- he replaced -- I didn't do the
13  paperwork, but I believe he replaced the goat that
14  was taken in Cedar's place from the resale animals
15  to go to the barbecue.
16  Q    Okay.  So Cedar went to another bidder from
17  the Junior Livestock Auction?
18  A    Yes.  Maybe.  I believe that's what
19  happened.
20  Q    Who would know for sure on that?
21  A    I believe Melanie would.
22  Q    Okay.
23  A    But I -- because we had to take one...
24  Q    May I help you out?  I just -- this is
25  what Muse said -- and you can tell me if I'm wrong,

Page 216

1  but I believe -- it appears that Melanie or the fair
2  gave Ms. Muse a replacement goat for the fair --
3  that's what you're --
4  A    Yes, yes.
5  Q    -- referring to earlier for the barbecue.
6  Okay.
7  A    To replace.
8  Q    So Cedar went to whoever the bidder was
9  for --
10  A    On the other goat.
11  Q    -- on that other goat.
12  Okay.  But -- so this is just a few weeks
13  later though when --
14  A    Yes.
15  Q    -- he went to that person?
16  Okay.  All right.  Okay.  And Melanie would
17  know for sure.  Would there -- Melanie would know
18  for sure is your understanding?  Would there be a
19  paper trail of this?
20  A    I was housing the goat.
21  Q    Not with you?
22  A    I -- with -- possibly.
23  Q    Possibly.  Who?  Where would -- where would
24  we look for that?
25  A    Bowman Meats.

Page 217

1  Q    Bowman Meats would have some --
2  A    Well, they would have the gentleman that
3  got the meats, which I don't know with who it is.
4  Q    Okay. Okay. So -- but it's -- did the --
5  did you tell Bowman to give Cedar to -- was it your
6  instruction to tell Bowman Meats --
7  A    I don't -- I don't remember the guy's name,
8  but that's who it was --
9  Q    Okay. So -- so Melanie had you --
10 A    It was one of their customers already,
11 so...
12 Q    Okay. So just to be clear, Melanie had you
13 direct Cedar's remains to this --
14 A    Yes.
15 Q    -- other person? Okay. Okay. That's
16 fine.
17      Okay. And then so -- so would the fair
18 have gotten a paper confirmation of Cedar's
19 processing --
20 A    That is --
21 Q    -- from Bowman?
22 A    Yes.
23 Q    Okay.
24 A    Because -- yeah.
25 Q    Earlier -- earlier, you testified that the

Page 218

1  processing --
2  A    Yeah.
3  Q    -- it would send something to -- okay. All
4  right. So yes is your answer?
5  A    Yes.
6  Q    All right. So then on this e-mail chain
7  after the lawsuit comes out, you say, "I sent to
8  Melanie and Jerry." Is it Jerry Fernandez?
9  A    Yes.
10 Q    Jerry on there.
11      Okay. And -- and "told Melanie to send the
12 CDFA to get this taken care of quickly in the
13 media." What did -- so you sent a copy of the
14 lawsuit to -- or the article or whatever this
15 link --
16 A    Yes.
17 Q    -- is to Melanie?
18 A    Yeah.
19 Q    By e-mail or text?
20 A    It had to be -- because I didn't plan
21 anything -- like I said, I searched my text for --
22 it had to be -- so e-mail, so it had to be text
23 maybe.
24 Q    So which --
25 A    Yeah.

Page 219

1  Q    Okay.
2  A    See how many texts that is.
3  Q    And you texted it to Jerry as well?
4  A    I don't remember doing any texting.
5  Q    So would you have e-mailed that to Jerry --
6  Lieutenant Fernandez?
7  A    I don't recall. I can -- I don't recall.
8  Q    But you sent it. You recall sending it
9  somehow to --
10 A    To Melanie.
11 Q    -- to one -- to them in some form, text or
12 e-mail?
13 A    Yeah.
14 Q    Okay. All right. Okay.
15 A    Which -- I think -- yeah.
16 Q    Okay. So -- and told Melanie to send to
17 CDFA to get this taken care of quickly in the media.
18      What -- is -- what -- so you told that to
19 Melanie over the phone to get this taken care of in
20 the media or did you say it in your --
21 A    I called to talk to her, I believe.
22 Q    Okay. And what did she -- what did she
23 say?
24 A    She was going to -- I -- I don't remember.
25 Because we were both getting blown up on this, so

Page 220

1  I'm pretty sure we asked her to -- if she was going
2  to talk to 'em to see if they could do something to
3  curb this a little bit.
4  Q    Okay. Talk to the CDFA?
5  A    Yes. And the lawyers -- the lawyer for
6  CDFA and, you know, I mean, to try to --
7  Q    Do you -- do you know what efforts were
8  undertaken to curb the spread of the story? Or the
9  lawsuit?
10 A    I don't believe any.
11 Q    Okay. All right. Okay. And are you on --
12 is there any reason you used the word "Jerry" as
13 opposed to Lieutenant Fernandez? Ae you -- for
14 example, are you on a first-name basis with Jerry?
15 A    He was an acquaintance, too.
16 Q    You've known him for a few years at this
17 point, yes?
18 A    Yeah.
19 Q    Do you -- do you have his cell phone in
20 your phone?
21 A    I don't believe so.
22 Q    You don't believe so. All right. If you
23 want to check really quick just to verify.
24      THE COURT REPORTER: Bless you.
25      MR. NORTHCUTT: Thank you.

---

Page 221

1    **THE WITNESS:** No.
2    **MR. GORDON:** Okay.  All right.  Okay.
3    We'll -- we'll stop there for today, because we'll
4    review the rest of the documents and -- we'll stop
5    there for the day.  Okay.
6    Is that okay with you, John?
7    **MR. BRIDGES:** Whatever you want.
8    **MR. GORDON:** Yeah, yeah.  Okay.  All right.
9    **THE COURT REPORTER:** Could I get the orders
10   on the record, please?
11   **MR. BRIDGES:** I would like a copy of the
12   transcript, no video, please.
13   **THE COURT REPORTER:** And Mr. Northcutt?
14   **MR. NORTHCUTT:** I'll take a copy of the
15   transcript and the video, please.
16   **MS. SHAKIB:** And we're transcript and video
17   on Plaintiffs' side.
18   **THE VIDEOGRAPHER:** Okay.  This is the end
19   of the deposition of B.J. Macfarlane.  All original
20   videos will be retained at the offices of Redding
21   Video Productions at 8954 Old Oregon Trail.  We're
22   off the record, and the time is 14:32.
23   (Videotaped deposition adjourned at 2:32 p.m.)
24   ---oOo---
25

---

Page 222

1                   PENALTY OF PERJURY
2
3        I, the undersigned, hereby certify that I
4    have read the foregoing deposition, that I know the
5    contents thereof, and I declare under penalty of
6    perjury under the laws of the State of California
7    that the foregoing is true and correct.
8
9        Executed on _____, 2023.
10
11
12
13
14        BRUCE JOHN "B.J." MACFARLANE
14               ---oOo---
15
16
17
18
19
20
21
22
23
24
25

---

Page 223

1              WITNESS' CHANGES OR CORRECTIONS
2
3    NOTE:  If you are adding to your testimony, print
     the exact words you want to add.  If you are
4    deleting from your testimony, print the exact words
     you want to delete.  Specify with "Add" or "Delete"
5    and sign this form.
6    Deposition of:  BRUCE JOHN "B.J." MACFARLANE
     Case Title:  LONG V. FERNANDEZ, ET AL.
7    Date of Deposition:  WEDNESDAY, NOVEMBER 15, 2023
8    Page  Line      Change/Add/Delete
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25   BRUCE JOHN "B.J." MACFARLANE        DATED

---

Page 224

1              CERTIFICATE OF REPORTER
2
3        I, CAROL J. CHASE, a Certified Shorthand
4    Reporter, licensed by the State of California,
5    License No. 13538, being empowered to administer
6    oaths and affirmations pursuant to Section 2093 (b)
7    of the Code of Civil Procedure, do hereby certify:
8        That the witness in the foregoing deposition,
9    BRUCE JOHN "B.J." MACFARLANE, was present at the
10   time and place specified and was by me sworn to
11   testify to the truth, the whole truth, and nothing
12   but the truth;
13       That said proceeding was taken before me in
14   shorthand writing, and was thereafter transcribed
15   under my direction by computer-aided transcription;
16       That the foregoing transcript constitutes a
17   full, true, and accurate record of the proceeding
18   which took place; That I am not of counsel or
19   attorney for any of the parties hereto, or in any
20   way interested in the event of this cause, and that
21   I am not related to any of the parties hereto.
22       IN WITNESS WHEREOF, I have hereunto subscribed
23   my signature on this 28th day of November, 2023.
24
25                   _____
                              CAROL J. CHASE

---

## $

**$0.42 (1)**
105:21
**$400 (2)**
162:23;163:18
**$5 (2)**
104:3,3

## /

**/// (4)**
6:23,24,25;183:25

## [

**[sic] (1)**
27:3

## A

**A&R (1)**
48:10
**A&R's (1)**
48:13
**abbreviation (1)**
91:13
**abbreviations (1)**
91:16
**abide (2)**
55:12;183:15
**ability (3)**
14:24;15:18;100:18
**able (10)**
10:1;11:1;29:23;
41:2;55:12;97:19;
131:7;134:17;150:18;
183:22
**abouts (2)**
27:3;141:13
**above (1)**
203:14
**ac- (1)**
193:16
**accepted (1)**
29:13
**access (1)**
6:19
**account (4)**
187:25;188:4,9,13
**accurate (4)**
82:16;101:14,15;
191:13
**acquaintance (2)**
125:8;220:15
**Acquaintances (4)**
198:17,20,24;199:1
**acreage (1)**
21:21
**acres (1)**
21:23
**across (3)**
32:3,19;155:11
**actions (1)**
107:15
**actively (1)**
79:2
**activist (1)**
152:21
**activists (1)**
153:16
**activities (1)**
58:6
**actors (1)**
75:12
**actual (3)**
22:11;91:18;193:16
**actually (22)**
12:16;31:5;36:2;
37:12;44:14,20,25;
60:1;74:10;108:17;
112:17;116:15;129:7;
133:2;134:8,10;155:7;
161:20,23;179:21;
193:16;214:12
**add (2)**
6:12;160:17
**additional (1)**
5:25
**address (7)**
43:8;67:11,11,16,18;
123:19;124:6
**adjourned (1)**
221:23
**admonished (1)**
8:24
**adults (2)**
41:17;171:16
**advise (1)**
11:17
**advisors (1)**
54:20
**Ae (1)**
220:13
**affect (1)**
28:8
**affected (1)**
26:16
**afternoon (4)**
202:21,22;203:1;
204:2
**afterwards (7)**
11:2;35:3;39:5;
80:11;81:1;148:18;
215:11
**ag (2)**
55:7,9
**again (35)**
8:16;31:11,18,18;
32:4;34:16;45:1,11;
50:1;61:12;63:7;76:4;
87:15;89:15;93:4;96:1;
99:6;104:19;118:13;
129:18;130:25;133:8;
135:16;136:7;139:4;
145:10;156:15;162:8;
164:25;166:13;172:16;
180:5;182:24;192:8;
213:7
**against (1)**
11:6
**age (2)**
122:10,13
**agency (1)**
52:25
**agent (1)**
44:21
**ago (15)**
9:14;23:12;24:9,19,
20;32:8,9;40:21;62:8;
113:5;115:23;136:8;
151:8;177:25;193:6
**agree (3)**
145:24;146:3;155:14
**agreed (2)**
27:13;177:14
**agreement (2)**
60:17;61:1
**agreements (1)**
171:10
**Agricultural (5)**
5:5;22:21;143:7;
154:22;162:24
**agriculture (1)**
163:18
**ahead (3)**
46:6;51:8;163:4
**ahold (2)**
87:17;107:24
**albeit (1)**
8:14
**alive (1)**
172:25
**almost (8)**
58:18;94:8;113:15;
114:16;138:22;156:20;
192:23;205:10
**along (3)**
120:8;140:25;179:6
**although (1)**
169:4
**always (11)**
9:16,21;11:10;56:5,
9,15;57:6;59:12;61:15,
17;214:4
**amenable (1)**
173:6
**American (1)**
153:16
**among (1)**
210:24
**amount (3)**
31:23;38:13;53:9
**amounts (1)**
42:11
**Anderson (2)**
198:18;199:25
**Andrea (11)**
145:10;156:15;162:8;
164:25;166:13;172:16;
180:5;182:24;192:8;
213:7
**anecdote (1)**
24:14
**animal (63)**
39:3;46:10,12,19;
48:9,19;50:19;51:10;
55:13;97:11,12,14;
99:1,2,6;100:7,16,17,
19;102:13,14;103:11,
21;104:7;105:18;
110:14,18,23;111:7,16,
19;112:10,17;117:23;
152:21;153:16;155:18;
156:4;159:1,15;160:7;
170:18;184:8,10,15,20,
21,24;185:10,16;186:5,
6,15,15,18,20;187:10;
188:16,17;189:2,4,24;
214:3
**animals (47)**
20:11;37:17;41:14,
15,17,24;42:11;44:5;
45:24;46:1,22,23;47:7;
48:10,13;49:9;53:15;
56:19;85:2;86:5,13;
89:1;90:9;93:16;94:13;
95:5;98:22;100:10;
102:11;104:20,25;
105:6,25;112:18;
115:25;118:22;123:9,
10;137:8,9,10;138:7;
140:24;185:13;188:24;
214:1;215:14
**animal's (3)**
47:3;48:1;98:22
**announce (1)**
13:21
**anonymous (2)**
33:18;91:12
**antagonistic (1)**
154:24
**any- (1)**
58:10
**anymore (3)**
43:2;188:9;208:18
**Anything's (1)**
80:8
**Anyways (2)**
41:5;152:14
**apart (4)**
62:16;68:11;90:25;
92:5
**apologies (1)**
96:17
**apologize (3)**
16:9;101:21;211:14
**appare- (1)**
62:16
**apparently (6)**
68:4;74:1;148:12;
152:20,22;153:23
**appearing (1)**
13:24
**appears (4)**
146:9;209:8;214:9;
216:1
**apply (4)**
25:24,25;165:14,19
**appreciate (2)**
62:12,13
**apprise (1)**
135:14
**approach (1)**
85:23
**approaching (1)**
69:11
**appropriate (1)**
66:9
**approximately (1)**
84:23
**April (6)**
20:4;33:2;78:9,15;
79:9;82:10
**area (4)**
17:6,12,13;89:23
**argumentative (1)**
12:6
**arise (1)**
11:18
**around (15)**
29:14;36:18;41:3;
57:12;73:19,23;81:15;
86:2;93:5;116:9;
122:25;162:15;174:22;
214:2,4
**arranged (1)**
44:17
**arranging (1)**
45:9
**arrive (2)**
138:13;139:2
**art (1)**
111:20
**article (2)**
79:9;218:14
**articles (2)**
79:19,22
**aspect (2)**
23:13;57:1
**assemble (1)**
42:2
**assistance (3)**
45:6;57:13;151:23
**assistant (6)**
39:10,15,18;43:23;
70:10;168:17
**associated (2)**
48:18;92:4
**Association (3)**
5:5;22:21;143:7
**assume (2)**
88:23;164:7
**assumed (1)**

30:1
**assuming (6)**
60:16;114:4;136:7;
178:1;201:18;202:21
**assumptions (1)**
86:9
**astonishingly (1)**
41:1
**AT&T (3)**
82:2,3;83:1
**attachments (2)**
177:10;194:11
**attention (4)**
35:2,4,5;77:20
**attorney (9)**
8:14;11:16,20;80:25;
147:7;163:14;205:2,5;
211:9
**attorney-client (2)**
11:23;12:2
**attorney-like (1)**
59:4
**attorneys (5)**
9:16,20;12:8;210:14,
17
**Auction (35)**
28:14;42:14,15;52:6;
58:20,23;62:24;83:13,
21;84:4;89:21;90:6;
93:11,11,15;94:21,23;
95:3;99:2,21;100:3;
101:4,6,13;104:19;
105:12;119:25;122:23,
24;134:25;186:6;
187:24;188:21;189:17;
215:17
**auctioneer (2)**
41:21;186:10
**auctioneers (1)**
42:17
**auctions (3)**
95:17;96:3;105:15
**audible (2)**
9:9;52:17
**August (9)**
29:14;30:24;31:1;
81:17;124:25;125:4;
144:12;214:11,14
**August-ish (1)**
27:8
**authority (1)**
58:5
**automatically (1)**
31:9
**auto-populates (1)**
153:14
**available (1)**
150:6
**aware (9)**
57:19;59:25;146:12;
156:15,17;160:5;
186:13;190:4;200:1
**away (10)**

86:25;87:3;156:11,
14,25;157:7;213:5,18,
20;214:2
**awe-shock (1)**
86:16
**Awesome (1)**
91:8
**awkward (1)**
33:13

**B**

**B- (2)**
7:23,23
**BA (2)**
70:2,9
**back (57)**
13:17,19;14:13,15;
26:25;31:6,8;40:13;
45:1;46:7;47:5,10;
49:1,12;51:17;56:23;
63:25;64:5;71:21;
75:24;77:2,6;85:3,10,
25;87:11,21;97:10,16;
98:5;106:17;109:3;
110:7;112:18;120:14,
18;125:21,22;133:20;
137:4;139:17;148:11;
158:19;161:12,25;
162:18;163:6,7;166:7;
167:9;170:9;176:22;
178:3;179:16;182:11;
191:4;201:9
**backed (1)**
77:14
**background (2)**
70:14;180:9
**Backing (1)**
136:23
**bad (1)**
32:14
**ball (1)**
138:12
**ballpark (1)**
9:23
**bar (2)**
131:11,16
**barbecue (11)**
59:23;62:1,20;
136:24;137:5,9,20;
172:16,19;215:15;
216:5
**barbecues (1)**
60:8
**barbecue's (1)**
172:18
**barbed (1)**
116:21
**barn (9)**
23:12,23;87:10,11;
109:12;116:10,12;
213:6,9
**Baron (4)**

199:22,24;200:15,17
**based (4)**
53:2,5;156:5;171:21
**basically (7)**
46:25;49:4;51:16;
118:18;123:3;171:5;
175:12
**basis (2)**
11:23;220:14
**Bates (2)**
145:14;177:13
**bathroom (2)**
75:18;108:17
**Bear (1)**
17:8
**beautiful (1)**
41:1
**became (5)**
24:21,25;25:18;
26:20;44:22
**becoming (1)**
43:17
**bed (1)**
87:20
**beef (6)**
23:12,23;39:23;
43:19;51:25;102:17
**beforehand (2)**
104:24;197:17
**beginning (1)**
178:10
**begins (1)**
191:19
**behalf (1)**
13:24
**behest (1)**
150:23
**behind (1)**
84:25
**belief (1)**
88:24
**besides (2)**
57:22;208:11
**best (19)**
9:15,18;10:14;11:8,
18;15:18,22;71:17;
82:5;118:1,17;132:23;
138:9;175:22,25;
176:2,3;196:6;212:13
**better (4)**
10:13;29:2;145:24;
146:6
**bid (5)**
50:7;136:19;148:25;
186:9;187:6
**bidder (11)**
131:24;132:3,24;
137:14,15,18;186:7,8;
187:8;215:16;216:8
**bidders (1)**
101:13
**bidding (1)**
99:1

**big (3)**
44:25;88:12;155:23
**bill (4)**
49:4,6,7,10
**bit (4)**
28:23;144:22;183:8;
220:3
**BJ (23)**
5:6,10;7:12,13,15;
8:2;74:21;76:2;107:6;
108:8;120:19;145:23;
170:5;175:20;177:21;
180:4;191:5;193:3;
201:1,13;206:7;
208:13;221:19
**bjherefords (1)**
168:22
**black (3)**
102:3;180:8,13
**black-and-white (2)**
96:15,17
**Bleating (18)**
129:12,14;149:7,9,
18;150:22;151:4,7,16;
152:3;154:2,6;155:22;
156:7,15,17;159:13;
160:11
**Bless (1)**
220:24
**Bloat (2)**
24:6,7
**blown (1)**
219:25
**blue (1)**
197:16
**Bluff (2)**
17:18;19:16
**board (5)**
18:15,16;106:15;
143:5,18
**bond (1)**
140:23
**bonded (1)**
176:17
**booklet (1)**
10:25
**bookmarked (1)**
188:6
**Born (5)**
16:11,15;37:24,25;
69:4
**boss (1)**
142:15
**both (9)**
28:12;84:1;91:22;
98:17,20;132:10;
178:23;183:6;219:25
**bothered (1)**
134:10
**bottom (5)**
95:10;105:7;168:25;
195:13;214:19
**bought (6)**

46:10;104:21;
131:23;133:3;136:18;
148:23
**Bovine (1)**
39:19
**Bowman (12)**
211:11,17,18,19,20,
21;215:10;216:25;
217:1,5,6,21
**boxes (2)**
65:12,12
**bracing (2)**
100:25;101:8
**brain (4)**
176:13,21,22;179:5
**break (4)**
6:16;75:18;108:17;
191:1
**bred (4)**
184:22,23,24;185:17
**breed (1)**
115:22
**Brian (9)**
132:4,5,5,6,13,23;
137:14,23;168:17
**BRIDGES (41)**
5:3,3,19;6:2,9,11,18;
12:22;13:1,7;14:3,6,8;
15:9,12;25:13;32:8;
40:18;60:21;74:4;
78:12;99:21;104:12,
15;108:19;125:4;
131:9;145:12;146:13;
155:8;163:1,4;164:16;
166:16;168:5;177:16;
183:20;205:22;208:3;
221:7,11
**Bridgett (2)**
204:25;207:22
**bring (4)**
112:22;203:1;
211:21,23
**bringing (2)**
202:13;210:7
**brings (1)**
133:20
**brought (4)**
78:9;137:4;140:6;
173:10
**Browning (5)**
199:22,24;200:1,15,
17
**BRUCE (12)**
5:10;7:7;168:17,22;
169:12,13;172:13;
173:3;174:17,25;
214:24,25
**B-R-U-C-E (1)**
7:16
**bucks (2)**
23:20;24:16
**built (1)**
40:24

**Bull (8)**
17:19;19:6,16;29:21;
30:1,2;111:24,25
**bulls (1)**
18:25
**bunch (1)**
41:19
**business (4)**
43:23;70:3,9,10
**busy (2)**
19:24;138:6
**butcher (15)**
46:8,11,16;47:8,19;
48:5,23,24;49:2,20;
50:1,2,18;51:16;85:3
**butchering (2)**
52:7;155:6
**butchers (2)**
49:11,25
**buy (5)**
48:9;103:10,11;
104:20;105:1
**buyer (2)**
48:6;55:17
**buyers (1)**
102:24

**C**

**Cal (5)**
127:14,15,15,20;
128:20
**calendar (1)**
83:22,25;84:3
**California (7)**
5:4;16:22;18:10;
36:4;38:4;41:3;127:17
**call (21)**
34:22;41:16;57:13;
98:6;100:6;103:2,4;
105:14,16;108:8;
110:4;111:25;119:6;
130:23;150:1;155:25;
156:16;190:3;194:19;
198:10;199:14
**called (37)**
7:11;35:12;52:20;
57:8;100:21;110:4,9;
112:8;114:19,21;
115:2;126:19;128:13;
129:7;141:22;172:9,
13;174:18,22;175:16;
192:2,4,6;193:5,6,15;
194:20;196:6;200:16;
202:12,14;210:14,18;
214:23,24,25;219:21
**calling (9)**
73:25;85:24;86:3,4;
119:16;126:16;193:12;
215:7,8
**calls (11)**
9:2,8;32:1,16;68:4,5,
12;157:18;158:1;

183:20;206:20
**came (26)**
24:8,11;25:21;35:2;
57:7;61:13;85:5,21,23,
24;86:7;87:21;104:21;
113:24;114:3,4,15;
144:16;145:8;154:4;
155:11;181:1;195:11;
211:24,25,25
**camp (1)**
84:18
**can (84)**
6:19;7:15;11:10,12,
15,15;14:3;15:21,24;
34:8;36:24;37:8;40:16;
44:10;50:25;56:6;
58:13;59:4;62:12;
69:19;71:17;72:9;74:9;
82:4,12,15;83:22,25;
87:24;88:23;91:18;
93:14;97:13;98:5;99:5;
104:1,2,6;106:16;
108:16;109:5;111:1,8;
112:15;113:23;114:14;
115:15,20,22,22;118:1,
19;119:11;121:11;
123:6;126:23;127:7,
21;128:9;131:7;
138:10;144:24;145:1,
24;146:3;157:18;
158:11;159:11;164:2,
4,9;166:17;180:17;
188:8;192:24;199:21;
205:14;206:13,15;
208:4;212:9,9;215:25;
219:7
**cap (1)**
104:9
**capacity (1)**
164:15
**captain (1)**
198:18
**captured (1)**
76:20
**car (1)**
105:15
**carcass (9)**
47:16,17,18,18;50:5;
51:17,18,20;105:24
**card (2)**
98:6,7
**care (7)**
23:22;41:22;55:13;
137:5;218:12;219:17,
19
**careful (1)**
6:4
**carnival (4)**
56:5,6,11,13
**carrier (3)**
82:1,1,25
**carry (1)**
43:12

**case (22)**
30:11,13,19;71:12;
76:12;77:22,23;78:2,
17;79:6,23;80:5;88:19;
125:1;126:2,6;144:2;
155:7,10;164:14;
192:16;201:4
**cases (2)**
94:14,14
**cast (3)**
73:19,20;76:11
**catastrophe (1)**
56:10
**cattle (12)**
20:25;24:4;39:24;
41:20;51:18;60:5;
87:11;102:23,23;
104:2;105:10;112:17
**cause (1)**
187:21
**caused (1)**
170:10
**cc'd (2)**
177:9;179:20
**CDFA (29)**
66:4;73:23;74:3,3;
75:12;76:12;95:18;
119:20;127:14;141:9,
10,21;142:3,7,13;
161:4,8;177:22;
190:18,20,21;204:13;
205:5;211:6,8;218:12;
219:17;220:4,6
**CDFA's (4)**
203:20,23;204:8
**Cedar (50)**
71:14;84:20;88:7,22;
99:15;107:13,16;
109:23;110:3,15;
113:12,25;114:18;
115:16;116:2;117:13;
120:24;121:6;134:3;
135:15;139:19;143:5,
16;150:19;151:11;
160:1,6;172:20,21,24;
173:18;176:12,17;
184:5,15,19,20,22;
189:16;205:6;206:21;
209:7;210:3,22;
211:21;212:1;215:9,
16;216:8;217:5
**Cedar's (6)**
185:9;212:20;
215:10,14;217:13,18
**cell (12)**
32:12;67:4;68:16,17,
19,23;141:24;199:5,
13;200:4,24;220:19
**cellular (1)**
81:9
**Center (2)**
22:15;62:18
**Central (1)**

86:18
**century (1)**
69:5
**CEO (46)**
22:15;23:6,9;24:21,
25;25:19,19;26:4,5,20,
23;27:25;30:1;38:9;
43:24;44:1,22;45:1;
53:6;55:21;57:18,19;
58:17;59:25;60:12;
63:5,17;66:18,25;67:4,
12;69:22;70:1;106:10;
116:20;139:11;142:18,
21;157:16;189:23;
190:13,14;198:19,21;
200:10,11
**CEOs (2)**
57:20;142:23
**CEO's (1)**
59:21
**certain (4)**
22:14;75:7,11;128:2
**certainly (1)**
8:14
**cetera (3)**
10:24;138:8;165:14
**Chad (7)**
85:18;86:7;87:17,23,
24,24;92:5,6,12,17,19,
20;93:8,8;107:11;
109:25;113:10;114:2;
115:12;117:18
**chain (15)**
147:8;168:15,21;
169:3;177:15;178:21;
191:5,19;197:2;
201:10;205:9,20,22,24;
218:6
**chain-link (2)**
116:18,25
**chains (1)**
155:4
**chain's (1)**
168:24
**chair (1)**
25:13
**champion (2)**
100:7;103:3
**champions (1)**
103:2
**chance (2)**
119:3;204:25
**change (14)**
11:3,5,10,11,12,14,
15,15;106:14,16;
108:21;120:5;132:7;
214:3
**changed (6)**
32:22;33:2;66:24;
81:19,21;106:20
**changing (3)**
106:18,19;119:10
**chapters (1)**

38:16
**characters (2)**
73:21;76:11
**check (10)**
45:18;54:1,12,23;
55:13;86:2;129:19;
130:11;192:22;220:23
**checks (6)**
53:18,18,21,25;
54:19;173:19
**Chico (1)**
39:2
**child (3)**
91:18;98:25;101:7
**children (5)**
94:21;100:24;102:9,
10;123:6
**cir- (1)**
152:10
**circumstances (1)**
186:25
**city (7)**
125:13,15;199:15,
17,22,24,25
**civil (1)**
165:14
**claims (1)**
210:7
**clarify (3)**
76:4,18;211:1
**clarity's (1)**
76:22
**class (6)**
97:9;98:4;100:6;
103:1;110:25;122:9
**classes (3)**
97:13;122:9,14
**clean (1)**
214:6
**cleaning (1)**
139:13
**clear (5)**
8:15;172:19;197:10;
206:1;217:12
**clearer (1)**
146:8
**clearly (1)**
157:10
**clerical (5)**
84:25;122:7;123:3;
133:9,16
**clerk (5)**
122:3,7;127:12,20;
128:19
**clerks (4)**
121:21,23;122:1;
127:16
**client (1)**
73:22
**cliffs (1)**
115:21
**climb (1)**
115:21

**climbed (1)**
116:21
**close (7)**
28:15;87:19,19;
93:21;105:23;134:19;
141:19
**Cloud (2)**
77:3,7
**clue (4)**
61:7;133:5;173:25;
192:10
**Code (6)**
163:23;164:22;
165:4,14,15,19
**colder (1)**
40:9
**collect (1)**
53:19
**collectively (1)**
62:4
**College (3)**
38:8,23;88:13
**colleges (1)**
38:25
**comfortable (1)**
41:12
**coming (6)**
31:6;85:3;128:8;
134:7,21;144:21
**comment (2)**
11:6;155:6
**commentary (3)**
77:22;79:20,23
**comments (3)**
118:8;152:23;159:25
**commercial (2)**
105:24;165:15
**committed (3)**
165:19;167:17,18
**commodities (1)**
162:24
**commodity (1)**
163:18
**common (3)**
171:6,12,16
**communicate (1)**
208:18
**communicated (1)**
87:25
**communicating (3)**
67:22;68:1,10
**communication (4)**
53:14;107:22;172:4;
206:19
**communications (3)**
77:18;167:23;208:16
**community (7)**
25:22;59:23;62:1;
106:1;155:18;156:4;
159:2
**company (4)**
18:5;200:20,21,23
**Complaint (3)**

**complete (3)**
54:17;71:2;177:15
**completed (1)**
54:7
**completely (2)**
15:13;103:20
**completing (1)**
6:4
**complying (1)**
64:25
**computer (7)**
72:3,10,13;75:6;
101:21;134:11;146:3
**concern (1)**
132:21
**concerning (9)**
77:22,22;78:4,5,16,
17;79:6;80:5;206:21
**confident (2)**
75:13;84:2
**confirmation (1)**
217:18
**confuse (1)**
178:22
**confused (1)**
99:24
**confusing (2)**
10:10;133:21
**connected (2)**
89:1;134:11
**consider (3)**
58:17;62:1;161:1
**considered (3)**
19:21;21:6;162:24
**consignment (1)**
112:7
**consistent (1)**
107:2
**contact (11)**
114:25;121:8;
123:16;124:18;133:25;
142:2;150:13,17;
151:11;161:10;200:25
**contacted (2)**
120:25;142:3
**contacting (1)**
141:8
**contacts (1)**
123:21
**contain (1)**
11:1
**contains (2)**
150:12,13
**content (2)**
139:22;140:1
**contract (11)**
43:14;49:17,19;
60:20;61:3;62:7;
121:16,17;165:13;
170:25;171:15
**contracting (2)**
60:16;171:9

**contracts (8)**
42:25;43:5;45:12;
62:9,10;165:9,11,13
**conversation (16)**
5:20;57:11;76:5;
119:22,24;126:10;
134:5;138:10;167:16;
174:15;175:1,5;176:9,
16;177:5;193:25
**conversations (10)**
8:20;73:25;79:6;
90:24,25;134:2;
139:23;159:22,23;
161:13
**cooperative (2)**
52:20,25
**coordinate (1)**
56:1
**coordinated (1)**
57:20
**cop (1)**
167:21
**copy (7)**
70:19;108:6;146:6;
168:2;218:13;221:11,
14
**cordial (1)**
200:11
**Corporation (1)**
18:9
**correctly (3)**
69:18;98:16;123:7
**correspondence (2)**
163:9;180:20
**corresponds (1)**
47:3
**Cottonwood (2)**
211:19,20
**council (2)**
199:24,25
**Councilman (1)**
199:22
**counsel (5)**
76:5;80:11;180:6;
210:15,18
**counsel's (1)**
76:17
**count (1)**
21:3
**counted (1)**
85:10
**country (3)**
32:3,19;33:24
**County (15)**
13:24;15:25;16:3,7,
11;53:1,5;54:10,11;
125:11,14;143:22;
144:10;210:15,18
**couple (12)**
19:3;58:1;95:9,14;
98:8;107:18;126:5,13;
157:19;191:1;207:14;
209:15

**course (2)**
182:11;190:13
**COURT (26)**
5:7,14;8:18;10:19,
20,22;12:12,21,25;
16:18;26:13,17;29:5;
51:7;70:8;91:10,11;
109:5;145:20;163:3;
168:8;176:6;179:25;
220:24;221:9,13
**courts (1)**
91:10
**cousin's (1)**
157:4
**cover (1)**
188:15
**coverage (1)**
112:19
**COVID (5)**
23:4;26:8,8;28:6,8
**cow (1)**
24:13
**cows (2)**
20:15,17
**crew (3)**
85:5;86:4;87:8,18;
88:12
**cross-talk (1)**
26:18
**curb (1)**
220:3,8
**curiosity (7)**
21:7;28:1;37:20;
69:6;88:6;115:15;
160:11
**curious (11)**
34:22;42:21;70:23;
74:24;90:15;105:7;
106:9;116:2;151:15;
155:10;196:25
**current (3)**
17:16;64:15,19
**currently (1)**
17:18
**customers (1)**
217:10
**cut (3)**
47:15;53:25;214:2
**cuts (5)**
47:14,15;49:20;50:6;
172:21
**cutting (3)**
45:18;50:5;116:21

## D

**DA (11)**
167:21;204:3,21,21;
207:12,15,16,17;
209:12,25;210:2
**Dahle (5)**
132:6,13,23;137:14,
23;173:5

**Dahles (7)**
132:11;135:20,24;
136:9;172:5;174:1,5
**Dahles' (1)**
178:21
**Dahle's (5)**
168:17;173:22;
175:15;214:25;215:2
**dairy (2)**
39:23,24
**Damian (6)**
12:23;13:20,24;14:8;
25:15;205:21
**Dang (2)**
133:17;199:18
**dark (1)**
147:17
**database (3)**
72:3;76:25;134:12
**date (16)**
6:7;82:4,15;84:1;
129:22;145:8,24;
146:2,12;192:9;194:3,
5,13,18;197:5;214:12
**dates (7)**
10:12;13:5;83:11,12;
129:24;212:7,9
**daughter (7)**
23:11;91:6,17;
173:17;176:17;179:1;
183:19
**daughter's (3)**
82:6,21;85:15
**Davis (1)**
40:3
**Day (31)**
10:8,8,10,10;17:24;
32:6;43:10;84:10;
89:21;93:12,13,25;
94:12;100:10;114:14;
138:22;139:7;153:10;
157:22;158:24;161:16,
19;169:14;191:16;
193:11;202:8;205:21;
211:23;212:1,5;221:5
**days (17)**
25:3,4;32:8,9;53:14,
20;97:22;146:20;
148:12;157:19,20,24,
25;173:20;179:18,20,
208:15
**deal (10)**
32:4;59:1;86:16;
113:16;118:12,15,20;
122:14;149:19;172:14
**dealing (4)**
61:2;86:5;114:24;
156:3
**dealt (5)**
57:1,4;122:11;
204:14;208:21
**death (1)**
32:21

**decent (1)**
53:9
**decided (1)**
30:16
**decipher (1)**
137:11
**decision (3)**
172:15;189:19;190:9
**decisions (2)**
58:10;190:10
**deem (1)**
154:24
**deemed (2)**
137:19,21
**defendant (1)**
8:5
**Definitely (2)**
116:4;200:19
**definites (1)**
88:3
**degree (2)**
39:3,11
**delivering (2)**
45:23;46:1
**department (3)**
13:25;127:18;143:2
**depending (2)**
90:10;93:19
**depends (1)**
89:24
**depo (2)**
11:9;13:5
**deposed (1)**
8:8
**deposition (5)**
5:22;10:24;14:19;
221:19,23
**depositions (1)**
6:4
**deputies (1)**
196:22
**describe (3)**
71:16,17;168:16
**described (1)**
107:14
**describes (1)**
51:1
**desert (2)**
36:22;94:8
**deserty (1)**
36:20
**determination (1)**
187:3
**determine (4)**
86:24;170:19;205:6;
209:24
**determined (1)**
112:11
**determining (1)**
70:17
**Detroit (2)**
33:22;40:23
**di (1)**

**73:23**
**dictate (3)**
96:3;190:24;210:3
**dictates (1)**
56:5
**die (1)**
36:21
**difference (1)**
10:3
**differences (1)**
178:23
**different (12)**
6:7;36:19;42:11;
54:11;67:2;97:13;
115:21;134:14;176:23,
24;177:2;184:9
**differently (2)**
136:25;137:2
**diminished (1)**
21:2
**direct (1)**
217:13
**direction (1)**
211:3
**directly (1)**
134:14
**director (1)**
168:18
**directors (3)**
18:15,16;106:16
**disaffirm (3)**
170:25;171:4,15
**disagreed (1)**
176:23
**disbelief (1)**
89:12
**discovery (2)**
71:12;168:1
**discretion (1)**
70:17
**discuss (4)**
125:1;173:3,4;
176:12
**discussed (7)**
129:8;159:8;161:11,
12;162:16;197:23;
210:8
**discussing (1)**
181:4
**discussion (1)**
65:6
**disgruntled (1)**
32:18
**disparaging (1)**
73:20
**dispute (1)**
30:20
**disrespect (1)**
19:19
**distilled (1)**
157:9
**distinction (3)**
9:16;98:15;101:10

**District (17)**
5:4;22:15,19,21,25;
23:17;38:9;62:18;
67:15;89:18;142:23;
143:7;168:18;205:2,5,
5;211:9
**doc- (1)**
82:21
**document (4)**
63:6,8,9;95:10
**documentation (1)**
163:8
**documents (13)**
5:23,25;6:5,13;
63:14,14;66:11;71:11;
95:21;132:8;158:13;
205:14;221:4
**dog (2)**
19:6;112:23
**dog-eared (1)**
188:5
**dogs (2)**
18:25;112:6
**dog's (1)**
112:24
**don' (1)**
196:1
**donated (1)**
172:16
**done (11)**
26:23;44:22;66:1;
93:20,23;97:22;
102:17,24;120:2;
131:8,15
**door (1)**
134:19
**double (2)**
129:19;192:22
**down (10)**
8:21;12:21;15:9;
35:11;118:19;125:18;
138:10;152:25;186:10;
202:12
**download (1)**
72:10
**draining (1)**
138:20
**drank (1)**
108:17
**drink (1)**
15:6
**driving (1)**
125:21
**drop (1)**
202:4
**dropped (1)**
201:24
**dropping (1)**
202:8
**drought (1)**
21:2
**drugs (1)**
15:17

**due (1)**
54:5
**duly (1)**
5:11
**Duncan (1)**
201:24
**During (15)**
25:5;58:23,23,23;
90:1,5,6;93:12;97:7,
15;98:4;140:19;114:1;
116:15;210:18
**duties (4)**
18:22;41:11;44:10;
122:2
**duty (2)**
80:15,17

**E**

**ear (22)**
47:3;48:3,15,19;
53:15;56:18,18,20,21;
86:24;87:6;212:19,20,
24,25;213:1,3,4,24;
214:1,3,4
**earlier (26)**
8:24;28:2;38:23;
81:5,7;88:5,6;89:21;
91:9;93:10;136:16;
138:4;140:2,22;141:7;
166:25;168:24;185:22;
192:13;194:4,5;198:5;
202:17;216:5;217:25,
25
**ears (2)**
134:8,22
**easier (1)**
167:10
**east (2)**
17:10;40:13
**eat (2)**
46:13;187:12
**eating (1)**
111:15
**education (3)**
17:5;39:6,7
**effect (4)**
10:22;35:12;150:19;
160:2
**efforts (2)**
71:17;91:12;220:7
**eight (6)**
9:23,24;32:18;35:23;
116:24;189:10
**eight-foot (1)**
116:25
**either (16)**
64:9;72:8;84:2;92:2;
95:25;97:9;106:4;
119:24;122:10;128:23;
140:4,18;142:4;
160:10,13;173:22
**EL (3)**

**91:13,16;171:25**
**else (20)**
8:22;28:14;34:10;
50:15;57:4,17;59:24;
60:5;61:15;65:25;
112:13;113:11;127:6,
22;128:2,4,5;161:5;
173:4;174:12
**elsewhere (1)**
124:8
**em (29)**
33:2,3,5,7;38:20;
45:15;46:7,15,16;
65:17;97:20;104:1;
105:1,13;116:1,15;
122:14;129:4;145:1;
160:18;212:22;213:5,
7,8,18,19;214:2,2;
220:2
**e-mail (48)**
34:12;67:11,11,15,
18,23;68:2;70:3,23;
71:6;72:9;73:7;75:5;
76:9,23,24;123:19,22;
124:5;130:4;168:15;
169:8,11,15;172:12;
174:12;175:2,7;177:9,
15;178:10;180:23;
181:1,10,12,16;182:15,
18,19;194:10,23;
197:2;201:9;205:20;
218:6,19,22;219:12
**e-mailed (3)**
168:18,20;219:5
**e-mails (27)**
32:15;34:2,3,14;
66:19;69:19,21;70:18;
71:13;72:2,4,22;73:24;
77:3,13,21;78:16;79:3,
4;80:4;130:7,8;144:4;
176:15;177:18;178:1;
196:22
**employee (3)**
25:6,18;43:2
**employees (1)**
121:15
**employment (3)**
17:17;19:15;38:9
**end (10)**
10:24;18:23;39:12;
44:13;120:10;134:16;
144:11;205:10;208:14;
221:18
**ended (1)**
168:23
**ends (1)**
188:23
**enforcement (4)**
119:16;140:6;165:2;
194:19
**enjoyable (1)**
111:15
**enough (11)**

64:13;77:15;105:13,
  17;111:9,10,17;112:16,
  21;116:9;119:5
entered (1)
  95:5
Enterprise (2)
  82:22,23
entitled (5)
  9:15,17,19;10:11,15
entries (4)
  41:13;96:6;97:23;
  110:8
entry (1)
  115:1
equal (1)
  187:11
equivalent (1)
  55:1
Erin (3)
  56:25,25;57:23
escape (1)
  115:22
escaped (2)
  88:7;117:8
especially (3)
  112:16;116:14;
  138:21
essentially (2)
  70:15;177:6
established (1)
  171:7
estate (1)
  40:14
estimate (12)
  9:15,18,21,25;10:4;
  82:5;175:22,25;176:2,
  3;196:6;212:14
estimate's (1)
  10:14
estimating (1)
  113:22
et (3)
  10:24;138:8;165:14
even (26)
  10:13,13,18;12:20;
  20:18;31:16;55:22;
  63:5;64:6,15;73:6;
  84:17;105:23;112:4,6;
  116:10,12;133:20;
  136:10;140:10;173:22;
  181:12,15,16;193:4;
  199:21
evening (25)
  107:11,15;113:7,19,
  21;114:16;115:2;
  117:19;118:24;119:3;
  120:23;131:21,24;
  132:22;134:3;135:14,
  20,21,24,25;136:3,11;
  138:3,6;201:25
event (11)
  18:24;19:2,7;20:2;
  22:15;24:16;62:1,18,

19;125:21;126:12
events (6)
  19:11;56:1;58:20;
  101:3;122:18;196:12
everybody (9)
  34:10;42:8;59:7;
  94:15,17;103:5;
  122:25;126:15,16
everybody's (1)
  103:4
everyone (7)
  8:21;23:24;52:2;
  91:18;107:14;123:5;
  166:25
everyone's (2)
  59:22;178:15
everything's (2)
  51:23;57:5
everywhere (1)
  85:8
evidence (3)
  12:10,13;80:18
ex- (2)
  31:16;171:22
exact (4)
  100:16,17;193:9,10
exactly (4)
  52:1;136:16;161:14;
  196:12
EXAMINATION (1)
  7:1
example (10)
  9:20;72:21;96:11,12,
  20;97:24;99:15;
  100:24;150:24;220:14
exception (1)
  183:14
exceptions (2)
  185:20;186:2
exchanges (1)
  144:20
excuse (2)
  69:7;204:12
exercise (1)
  70:17
Exhibit (24)
  95:8;101:23;107:5,7;
  145:19;146:4;147:25;
  148:4;168:6,7,10,12;
  179:22;180:1,5,17,18;
  191:3,8;205:15,17,19;
  206:3,5
exhibitor (7)
  37:12;41:8;48:16;
  171:22,25;187:7;189:5
exhibitors (2)
  102:8,9
expect (1)
  107:25
expected (1)
  31:17
expecting (2)
  57:10;90:14

expenses (1)
  170:10
expensive (2)
  40:22;45:22
experience (3)
  65:13;98:12;111:15
explained (2)
  54:3;207:25
explanation (1)
  88:20
Expo (4)
  127:14,15,20;128:20
expressed (1)
  167:22
extension (4)
  44:21,21;52:20,25
extreme (2)
  38:13;186:25
extremely (1)
  186:25
eyeballing (2)
  112:12,14
eyes (2)
  116:9,13

### F

face (1)
  133:14
faces (1)
  128:6
facilitate (1)
  43:7
facilitating (1)
  42:15
facilities (2)
  44:15;45:8
facility (6)
  39:22;40:5;50:23;
  211:12,13,14
fact (2)
  81:21;88:25
Fair (105)
  22:15,20,25;23:8,13,
  17;24:17;25:5,7,9;
  26:22;27:16,18,20,23;
  28:9,10,14,18,20;
  29:11;31:18;33:12;
  38:9;41:10;42:21;
  46:22;47:6,10;49:1,13,
  17;53:24;54:2,3,12,23;
  55:23;56:2,4,5,11,20;
  57:20;58:18;59:6,19;
  62:18;67:15,23;68:10;
  69:22;81:3;83:11;
  84:10,21;89:18;90:7,
  24;92:5,24,24;97:19;
  100:16;107:1;116:15;
  121:15;122:2,2;
  126:14;127:12,13,16,
  17,20;137:23;142:15,
  20,24;143:6;144:7,10;
  157:15,17;158:1;

161:13;165:11;168:3;
  183:9,18;184:9;187:9,
  12,16,16;188:17;
  189:11;190:10;198:22,
  23;200:22;212:13;
  216:1,2;217:17
fairgrounds (14)
  58:6;111:2;115:10;
  116:22;117:3,8;
  138:14;150:1,13,17;
  151:11;162:10,15;
  200:23
fairly (2)
  44:3;107:1
fairs (15)
  23:2;38:13;43:19;
  86:16,17,18;88:12,16,
  17;89:18;97:17,21;
  104:5;110:23;111:1
fair's (4)
  56:9;59:18,20;188:5
fall (3)
  39:1,2,9
familiar (3)
  170:22,24;171:13
family (5)
  20:21;21:11,17;
  32:21,23
fans (1)
  94:17
far (5)
  108:17;111:7;
  125:23;159:2;204:20
farm (3)
  20:22;38:7;155:22
farmer (2)
  115:23;154:21
farmers (2)
  154:23;183:12
Farms (2)
  151:17;152:3
fashion (1)
  59:4
faster (1)
  177:20
fat (4)
  111:9,17;112:18,24
fed (3)
  111:9;112:16,21
Federal (2)
  91:9,11
fee (5)
  50:3,10;52:6,7,8
Feel (8)
  5:20,21;9:6;83:23;
  112:20;113:1;177:19;
  194:25
feels (1)
  112:23
feet (1)
  9:23
felony (9)
  162:25;163:13,13,

165:20;166:14;167:2,
  4,17,18
felt (2)
  210:25;211:2
female (3)
  128:17,18,19
fence (4)
  116:18,23,25;117:5
fences (2)
  115:24;116:14
Fernandez (7)
  24:3;193:22;194:11;
  201:24;218:8;219:6;
  220:13
few (6)
  17:13;37:12;40:21;
  43:21;97:4;113:4;
  125:21;128:11;145:6;
  146:20;148:12;154:11;
  179:18,18;216:12;
  220:16
FFA (15)
  35:17;37:3,11,13;
  38:12,16,16;41:7;
  54:19,25;55:5;58:17;
  61:6;62:2,3
Fifth (2)
  16:23,24
figure (2)
  108:3;115:25
filed (5)
  30:20,22;35:1;126:6;
  214:9
files (5)
  63:15,16,17;64:2;
  72:8
fill (2)
  65:24;159:12
film (1)
  120:5
finalize (1)
  46:19
finalized (1)
  45:2
finalizes (1)
  45:14
Finally (1)
  212:18
find (32)
  43:12;67:24,25;
  83:19;87:8;92:15;
  124:2;145:7;158:13;
  168:21;189:1,13;
  206:15;214:20
fine (32)
  6:11;7:10;12:2;14:7;
  35:21;38:1;52:15,15,
  15,16;58:14;61:24,24,
  25;71:10;79:18;
  108:19;124:13;125:10;
  135:4,13;145:12;
  147:5;148:13;149:5;
  152:6;157:13;161:22;

193:18,18;196:10;
217:16
**finish (3)**
103:20;108:23;205:9
**finished (3)**
15:13;114:10;138:24
**first (28)**
5:11;7:15;36:1,3;
37:5;84:20;85:5;86:14;
87:6;93:7;97:15;98:25;
106:22;115:8;119:24;
120:25;124:17;141:9;
144:19;148:14;149:14;
161:10;164:14;169:1,
3;185:22;192:20;
198:19
**first-name (1)**
220:14
**fish (1)**
16:19
**fit (1)**
42:8
**five (12)**
9:13;24:23,24;25:1;
46:16;63:12,13;64:18,
20,22;65:5;66:7
**fixing (1)**
89:25
**flagged (3)**
102:4,7;106:9
**floating (1)**
73:23
**floor (5)**
105:1,17,18,23,24
**Flores (4)**
73:25;74:18;76:12;
142:8
**focus (1)**
34:1
**follow (5)**
183:24;184:2,11;
185:15;188:8
**followed (2)**
190:2;194:24
**following (4)**
27:2;103:5;128:11;
184:12
**follows (1)**
5:11
**follow-up (1)**
204:1
**Forero (6)**
44:20;53:9;55:7;
57:12;68:15;75:12
**forget (2)**
129:24;212:19
**forgetting (2)**
10:9;122:19
**forgot (1)**
215:9
**form (1)**
219:11
**formal (3)**

35:6,7,8
**formally (1)**
107:10
**format (1)**
6:19
**forms (2)**
171:20,21
**Fort (3)**
169:5,10,10
**forte (1)**
118:5
**forth (5)**
56:23;162:1;163:7,7;
176:22
**forthcoming (1)**
23:25
**forward (3)**
91:8;174:11;175:6
**forwarded (3)**
153:25;169:7,20
**found (11)**
78:18;110:1,3,7;
115:13;133:3,5;
136:16,18;151:17;
189:14
**four (5)**
9:24;25:3,4;35:19,23
**fours (1)**
36:8
**fourth (1)**
86:2
**Fowler (12)**
85:18;92:5,6,12,17,
19,20;93:8,8;107:11;
109:25;114:2
**Fowlers (1)**
92:14
**frame (8)**
10:13;71:21;86:9;
87:15;136:14;145:8;
148:20;189:3
**Francesconi (7)**
74:6,8;76:14;142:4,
10,12;203:13
**frantically (1)**
87:16
**free (4)**
5:20;9:6;177:19;
194:25
**free-for-all (1)**
122:10
**fresh (1)**
144:23
**Friday (3)**
102:17,18,22
**friends (2)**
38:16;198:16
**frightened (3)**
166:5,10,11
**front (3)**
112:18;148:2;168:22
**fulfilled (1)**
49:19

**full (7)**
19:21;50:19,19,19;
51:17;146:1;211:15
**fuller (2)**
147:8,9
**full-time (1)**
19:19
**fumbling (1)**
158:12
**fur (1)**
50:19
**future (1)**
183:11

---

## G

**gal (1)**
133:9
**gals (2)**
89:10;93:6
**game (1)**
82:23
**gap (2)**
201:16;208:15
**gates (1)**
116:13
**gave (7)**
23:19;35:5,7;45:6;
199:13;200:3;216:2
**gavel (1)**
186:10
**gearing (1)**
209:16
**Geez (1)**
94:7
**Gelding (4)**
17:19,20;19:6,16
**G-E-L-D-I-N-G (1)**
17:22
**geldings (2)**
18:25;112:6
**general (1)**
170:18
**generally (1)**
107:1;145:2;164:11
**generated (2)**
192:18;195:25
**generations (2)**
183:11,11
**gentleman (2)**
34:6;217:2
**gets (6)**
48:12;116:10,12;
123:5;158:23;186:19
**giant (1)**
125:16
**girls (4)**
86:4;88:14,14;
114:20
**gist (1)**
159:11
**given (2)**
56:2;199:8

**gives (4)**
19:24;20:1;28:3;
53:24
**giving (3)**
23:25;49:1;75:1
**goal (1)**
19:4
**goat (60)**
71:18;72:20;75:6;
76:6;78:23;84:22;85:6;
86:25;87:16;101:8;
102:18;110:1;115:7,9,
20;116:24;117:4;
129:10;130:13,18;
131:2,16,23;136:19,19,
19,24;140:14,18;150:9,
10;159:10;161:7,9;
162:18,22;166:7,22;
167:4,9;168:3;170:9;
184:6;198:1;201:21,
25;203:2,6,7,17;204:4;
206:13;208:10,11,14;
215:13;216:2,10,11,20
**goat-proof (1)**
116:23
**goats (5)**
41:20;51:17;86:23;
102:18;112:16
**goes (13)**
45:1;48:10;49:16;
91:5;98:24;101:8;
103:21;123:1;139:16;
169:12;185:10;186:10;
209:8
**good (12)**
13:7;45:16;69:1;
98:1;100:19;111:8,9;
163:2,3;204:1;206:6,
16
**goods (2)**
170:18;212:18
**googled (2)**
153:10,15
**googling (1)**
153:13
**GORDON (84)**
5:1,1,15;6:10,17,21;
7:2;12:24;13:3,11,19;
14:2,5,7,15,16;15:16;
16:20;25:14,16;26:14,
19;29:8;32:9,10;40:20;
41:6;51:11;60:23;
70:12;74:7;76:1;78:13;
94:20;99:23;101:19;
104:13,16;107:8;
108:16,23;109:5,8;
119:11,14;120:17;
125:9;131:10,14;
145:9,13,21;146:5,11,
14;148:5;149:4;155:9;
158:21;163:11;164:14,
17,19;166:19;168:6,9,
11;176:7;177:13,17;

180:2,19;184:1;191:9;
197:11;205:13,16,19,
23;206:2,4;208:8;
221:2,8
**gosh (1)**
41:3
**Gotcha (21)**
17:16;18:10;19:14;
20:3,13;21:6;22:13;
25:4;27:3;29:25;37:14,
16;39:14;40:6;69:6,14;
110:6;125:10;172:11;
214:5;215:9
**governed (1)**
95:17
**governing (1)**
95:20
**grade (3)**
16:23,24;203:14
**graduated (1)**
39:2
**grandparents (6)**
179:2,7;181:4,23;
182:7,16
**Grass (2)**
17:7,9
**Great (5)**
7:22;10:18;39:17;
59:1,1
**greater (1)**
187:11
**greatly (1)**
88:18
**grew (4)**
16:15;20:20,22;
36:22
**grid (1)**
68:18
**ground (3)**
8:14;14:18;21:23
**grounds (2)**
84:16;87:8
**grow (1)**
16:14
**growing (2)**
35:16;36:9
**guaranteeing (1)**
87:21
**guard (1)**
116:17
**guess (18)**
7:23;9:17;10:3;
55:16;56:17,17;64:13;
69:13;80:8;91:25;
111:20;150:8;155:23;
166:17;169:8;176:4;
181:11;211:6
**guessing (15)**
10:2;32:17;85:11;
113:21;157:24;159:23;
162:10;169:21;187:10;
192:10;195:17,18,19;
207:6;212:2

**guesstimate (1)**
29:16
**G-U-L-D (1)**
17:24
**gut (1)**
51:15
**gutting (1)**
51:10
**guy (7)**
43:8,19;53:11;55:9;
69:2;70:2;142:25
**guys (2)**
11:25;125:1
**guy's (1)**
217:7

**H**

**half (4)**
51:18;85:11;87:15;
114:1
**hand (3)**
5:8;147:25;182:11
**handle (4)**
40:16;112:17;
122:16;186:12
**handling (6)**
122:3,5,18;123:9,10;
138:6
**hands (2)**
53:17,21
**hands-on (2)**
39:7,13
**hanging (1)**
51:25
**happen (12)**
8:19;19:2;105:23;
106:3,4;121:8;122:18;
186:17;189:22;198:1;
203:10;212:1
**happened (23)**
9:13;10:5;57:11;
64:1;88:16;89:13;
107:25;120:23;137:20;
157:12,13;166:15;
169:9;175:2;185:23;
186:4;190:9;196:13;
200:5;212:22;213:17;
215:10,19
**happens (5)**
58:12;96:3;105:22;
186:3;189:9
**happy (1)**
192:17
**hard (3)**
15:9;22:9;70:19
**harness (1)**
103:3
**Harrington (1)**
36:12
**haul (3)**
46:7,15,16
**hauling (1)**

**45:22**
**head (25)**
9:6;20:25;21:3,5,13,
20;52:13,16;65:16;
67:1;71:25;72:12;74:3,
5;77:4;80:22;104:12,
13;135:22;142:7,13;
143:3;153:20;182:1;
185:6
**heads (1)**
53:11
**hear (6)**
8:22;32:11;147:5;
161:3,4;209:12
**heard (10)**
16:21;21:7;25:11;
42:24;90:23;104:6;
111:22;160:20,22;
179:6
**Heart (4)**
149:18;151:4,17;
155:22
**Hearts (13)**
129:12,14;149:7,9;
150:22;151:7;154:2,6;
156:7,15,17;159:13;
160:11
**heat (2)**
26:8;94:8
**held (2)**
83:13;171:8
**help (20)**
19:3;23:22,25;24:3,
15;29:10;38:20;43:18;
57:6;58:21,23;59:7;
104:22,22;123:13;
151:11,19;177:20;
193:11;215:24
**helped (13)**
23:12;28:22;38:15;
42:19;43:6;44:24;45:6;
53:16;59:1;61:13;
86:15;152:13;189:11
**Helping (4)**
41:13;44:25;59:14;
88:12
**helps (4)**
8:18;82:13;106:1;
127:16
**here's (10)**
43:7,7;48:10;49:10,
10,18;84:3;146:8;
180:4;195:20
**herself (1)**
155:5
**Hey (3)**
62:12;175:20;208:13
**high (15)**
17:7,8;37:11;38:22;
55:2,4,6;82:22,23;
88:13;106:5;127:11,
19;128:16,16
**highway (1)**

**125:23**
**himself (1)**
88:8
**hire (2)**
33:13;42:24
**hired (6)**
23:22;26:25;27:4,12;
57:25;121:18
**hiring (1)**
19:4
**hit (1)**
78:2
**Hm (1)**
157:6
**Hm-hmm (1)**
6:2
**hmm (4)**
25:15;65:22;141:25;
199:18
**hog (1)**
118:11
**hold (2)**
203:5,7
**holding (3)**
62:24;208:10,11
**holes (1)**
117:3
**home (5)**
43:12;69:15;87:21;
189:5;206:15
**honest (10)**
28:6;60:10;73:7;
84:1;104:5;121:19;
132:20;194:15;212:22;
213:20
**hot (6)**
93:25;94:1,5,11;
97:6,25
**hotel (1)**
96:18
**hotel's (1)**
180:12
**hour (6)**
85:11;86:1;87:15,15;
114:1;115:9
**hours (8)**
17:13;36:15;138:15,
22;156:11,13,25;157:7
**house (12)**
10:1;24:2,11;28:24;
40:21;93:1;156:22;
157:4;201:22,25;
211:24,25
**houses (1)**
40:23
**housing (2)**
203:17;216:20
**hundred (1)**
21:22
**hydrated (1)**
94:15
**hypothetical (2)**
187:5;188:20

**hypothetically (1)**
31:14

**I**

**I80 (1)**
17:10
**iCloud (2)**
77:11,12
**ID (4)**
48:19,21,23,25
**Idaho (3)**
16:16;20:18;35:22
**idea (19)**
85:22;135:18;
138:19;147:1;152:2,
19;154:7,13;155:3;
157:4;160:19;174:7;
190:6;202:15;206:23,
25;208:1;213:4,7
**identify (1)**
48:19
**IG (1)**
154:1
**ill (10)**
186:5,7,15,19;187:1;
188:22;189:2,8,14,16
**imagine (7)**
87:20;106:19;133:6;
141:15;186:6;189:15;
192:24
**immediately (2)**
23:9;148:17
**implied (1)**
118:18
**implies (1)**
170:3
**implying (3)**
59:12;74:21;90:14
**importance (2)**
101:22,24
**important (6)**
11:7;70:18,21;96:24;
102:4;119:5
**impression (1)**
165:18
**incident (1)**
200:16
**included (2)**
50:7,13
**includes (1)**
52:7
**income (1)**
28:16
**independent (2)**
37:12;41:8
**indicating (5)**
106:5;112:20,25;
116:16;152:14
**indigestion (1)**
24:5
**indiv- (1)**
54:6

**individual (7)**
50:5;54:6;7,23;
56:19;117:23;124:17
**individually (1)**
100:15
**individuals (2)**
49:23;53:23
**industrialists (1)**
40:24
**industry (3)**
89:17;112:8;183:10
**infection (1)**
121:9
**informal (1)**
10:19
**information (8)**
48:2;114:22;123:17;
124:18;132:1;133:7,
25;200:25
**information's (1)**
150:5
**informed (1)**
210:16
**initially (1)**
194:18
**Initials (2)**
7:25;8:1
**initiated (1)**
169:11
**injured (1)**
110:25
**inquire (1)**
109:21
**inquired (2)**
128:10;129:4
**inquiring (1)**
121:6
**Instagram (12)**
129:6,10,17;145:6,
16;146:19;148:1;
150:12;155:12;157:8;
158:22;191:20
**instead (1)**
201:12
**instruction (1)**
217:6
**instructions (1)**
203:4
**instructs (1)**
11:22
**intended (1)**
155:8
**intending (1)**
6:5
**Interaction (6)**
38:14,15;53:7;90:19;
92:7,19
**interactions (1)**
43:21
**Interesting (4)**
55:20;69:1,2;113:3
**interfere (2)**
14:23;15:18

Case 2:22-cv-01527-DAD-AC    Document 125-8    Filed 11/19/24    Page 67 of 79
LONG vs.
FERNANDEZ

BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

interpose (1)
    11:20
interpreted (1)
    156:25
interpreting (1)
    165:12
interrupt (1)
    85:17
interrupted (2)
    134:18,19
interruption (1)
    101:18
into (10)
    12:9,12,12;50:5;
    64:2;114:16;116:21;
    117:2;172:7;189:10
intrude (1)
    125:25
inventory (2)
    32:14,14
inverse (2)
    147:15;191:15
investigate (1)
    193:23
investigation (1)
    164:6
involved (8)
    35:15;61:12;148:21;
    154:21,23;156:4;
    187:2;191:21
involvement (6)
    38:5,11;136:12;
    151:3,5,7
involving (1)
    164:15
iPhone (2)
    131:5,12
I's (1)
    22:2
issue (3)
    90:3;113:12;143:5
issues (2)
    57:14;84:25
items (5)
    46:22;71:16;78:4,5;
    81:1

**J**

Jan- (1)
    18:23
January (4)
    18:23,24;19:8,12
jarring (3)
    33:19;110:10,11
Jeff (3)
    206:8,11,12
Jerry (7)
    218:8,8,10;219:3,5;
    220:12,14
Jes- (1)
    176:9
Jessica (70)

71:18;72:20;75:6;
    76:6;78:17,23;84:20;
    85:15;86:3;107:13;
    109:12,14,20;113:5,6;
    115:6;117:11;121:1,5,
    9,12;124:16,21,23;
    128:10,12;129:9;
    139:19;140:17;143:5;
    144:20;145:4;149:14,
    20,25;150:16,23;151:2,
    10,23;152:5,9;155:17;
    156:3;158:25;161:16;
    164:8;167:12,16;
    169:21,23;172:4;
    173:16;175:9,10,11,12,
    13,14;176:9;178:2,9;
    180:7;182:14,17,19;
    183:5,18;196:18;210:6
Jessica's (7)
    124:17;173:4;
    177:22,24;180:9;
    210:14,17
jigsaw (1)
    42:8
job (9)
    19:22,25;20:1;28:2;
    29:2;30:2,7,9;134:9
John (15)
    5:3,10;7:7;32:6;
    104:13,20;145:9;
    146:11;164:14;168:2;
    177:13;187:21;195:23;
    205:23;221:6
J-O-H-N (1)
    7:18
Johnny's (2)
    103:10,12
Johnson (10)
    192:2,7;193:7,23;
    198:16;200:8;204:19,
    20;207:12,19
Johnson's (1)
    200:4
Join (1)
    183:23
joined (1)
    13:20
joint (3)
    42:23,23;43:11
judge (7)
    10:20;43:8;97:9;
    98:4;99:6;100:18;
    111:6
judged (2)
    98:21,22
judges (4)
    41:20;42:17;100:10;
    101:12
judge's (1)
    100:9
judging (3)
    97:11,12;112:15
judgment (4)

34:20;155:25;
    156:16;165:1
July (16)
    59:22;81:17;201:17,
    21;206:5,6,9,18,20,21;
    207:13;208:17,17;
    209:5,6,7
jump (1)
    5:20
jumped (1)
    93:12
June (20)
    20:4;74:12,12;81:17;
    83:14;84:3;120:24;
    129:20;146:9,15;
    148:6;157:15;168:25;
    169:12;178:9;180:25;
    182:15;191:19;201:15,
    16
Junes (1)
    23:4
Junior (20)
    28:13;38:25;41:14;
    58:19;83:12,21;89:21;
    95:2,4;100:3;101:4,6,
    13;187:14,18,23;188:2,
    3,6;215:17

**K**

Kathie (31)
    24:13;38:17;61:2,4,
    16,17;68:13;72:21,25;
    75:11;76:10;132:19;
    133:3;136:2,11;
    148:18;152:22;153:23;
    155:4;177:21;197:13;
    201:10;204:1;205:20;
    206:7,12;208:18;
    212:18,25;213:2;
    214:22
Kathie's (1)
    61:1
keep (8)
    63:23;64:16;71:3;
    77:7;91:12;118:15;
    201:11,19
keeping (1)
    94:14
Kent (1)
    137:25
Kent's (8)
    137:3,4,4,8,12,19;
    206:11,12
kept (8)
    32:14;63:19,24;
    118:16;166:2;176:10;
    177:2;215:7
kick (2)
    118:19;138:10
kid (16)
    25:7;54:11,22;88:25;
    97:12,13,18;98:20;

103:19,20;104:22,23;
    127:11,20;128:16,17
kids (19)
    22:2,12;37:5;38:12,
    12;88:13;96:4;98:16,
    20,20;106:1;114:24;
    122:9,12;125:3;
    140:23;184:10;213:22,
    23
kid's (1)
    72:17
kill (2)
    204:4;210:3
killed (2)
    176:19;209:8
kind (11)
    21:2;40:3;44:21;
    86:20;88:18;118:3;
    157:8;159:12;165:11,
    13;215:7
kinds (1)
    90:3
knew (40)
    23:21;42:24;43:25;
    44:4;51:13;65:11;82:8;
    87:3;98:10;108:2;
    110:4;117:7;118:23,
    24;129:9;132:18;
    133:12;134:13;136:15,
    17,22;140:20;143:9;
    148:21;151:4,6;
    152:23;155:21,23;
    156:11;158:4;159:9,
    16,17;171:15;176:15;
    179:14;199:15;200:8,
    19
knowledge (15)
    74:18;77:21;90:20,
    23;116:7;142:17;
    157:16;160:18;185:24;
    186:1,4,4,14;190:5;
    210:8
known (3)
    68:22;159:14;220:16
knows (2)
    52:2;153:23

**L**

lab (1)
    39:20
Labor (3)
    10:8,8,10
laborers (2)
    121:16,17
Lake (2)
    36:17;125:16
lame (2)
    111:10,25
land (1)
    22:7
landline (1)
    83:8

large (5)
    19:1;21:7,10;39:23;
    42:14
larger (1)
    89:17
Larry (10)
    44:20,20;45:5;53:9;
    55:7;57:3,12,22;68:15;
    75:12
last (20)
    7:19;18:24;23:5;
    26:4;64:1;72:16;109:6,
    15;112:19;121:2;
    124:14,20,24;126:1;
    133:22;143:21;153:14;
    155:3;204:24;205:1
late (9)
    39:2;114:7,16;133:9,
    17;135:23;138:3;
    202:5,7
later (8)
    12:9,14;114:3;144:7,
    9;158:24;179:18;
    216:13
Laura (4)
    133:17,18,19,20,22,
    23
law (6)
    10:22;119:16;140:6;
    165:1;171:6;194:19
laws (1)
    165:14
lawsuit (13)
    8:5;30:20,22;31:21;
    35:1,2;74:20;80:17;
    144:14;214:21;218:7,
    14;220:9
lawsuits (1)
    71:14
lawsuit's (1)
    214:9
lawyer (7)
    63:8;203:13,18,20,
    23;204:8;220:5
lawyers (2)
    74:4;220:5
lawyer's (2)
    204:10,13
laying (2)
    214:2,4
leader (2)
    85:14,15,16;117:22
leaders (1)
    58:22
leading (1)
    12:6
learn (4)
    39:16;84:20;158:23;
    183:12
learned (4)
    5:24;84:22;120:24;
    148:14
lease (1)

21:23
**leased (1)**
60:14
**leasing (1)**
62:16
**least (4)**
59:23;101:7;132:13;
206:19
**leave (1)**
84:13
**left (10)**
35:20;36:7,8,21;
92:23;93:4;107:18;
120:22;147:23;169:7
**legal (4)**
65:1,2;209:22;210:7
**legality (1)**
207:24
**lesson (2)**
183:17;185:18
**letter (4)**
172:3,6;179:17;
181:20
**letters (3)**
177:23,24;183:6
**level (1)**
167:1
**Lieutenant (4)**
194:11;201:24;
219:6;220:13
**life (3)**
20:17;173:14;193:1
**lifestyle (2)**
22:1,11
**lights (1)**
36:24
**likely (1)**
176:15
**likes (1)**
51:24
**limited (1)**
97:21
**line (3)**
102:14;103:20;179:6
**lined (1)**
42:16
**lines (1)**
140:25
**lineup (1)**
90:12
**Lining (7)**
41:20,21;44:13,14;
45:8;53:13,16
**link (2)**
13:4;218:15
**links (3)**
79:19,21,22
**list (3)**
48:6;102:24,25
**listed (2)**
102:14,15
**little (9)**
21:22;28:23;37:1;

40:9;56:16;122:12;
144:22;183:8;220:3
**live (3)**
16:2,3;36:11
**live- (1)**
118:5
**lived (1)**
35:19
**livestock (61)**
23:21;26:21;27:4,19,
20;28:14;29:13;30:5,9;
31:16;38:12;41:10,14;
43:17;44:11;55:22;
58:19;63:5;66:10,18;
67:4,18,22;69:22,23;
81:3;83:12,21;89:21,
23;90:6;95:2,4;100:3;
101:4,6,13;111:20;
112:1,7;116:14;
121:21,23,24;122:1,3;
127:17;139:12,13,14,
15;163:24,25;164:1;
187:14,24;188:2,3,4,6;
215:17
**livestock's (1)**
118:5
**living (2)**
21:18;22:4
**load (1)**
189:11
**loaded (1)**
80:16
**loading (4)**
114:10;118:11,22;
138:24
**local (7)**
46:7,16;52:19;55:25;
85:2;95:20;190:22
**lock (1)**
134:16
**locked (1)**
134:16
**log (1)**
13:1
**long (27)**
20:13;22:24;24:9;
62:8;63:14,18;64:13;
71:18;72:20;75:6;76:6;
78:23;90:7;93:18,25;
94:1;114:14;124:22;
143:5;144:20;145:4;
157:15,17;164:11;
175:10,13,14
**longer (3)**
40:19;64:12;178:24
**Longs (1)**
71:14
**Long's (1)**
85:15
**look (27)**
40:12,13;41:3;63:25;
64:2;71:16,21;100:19;
106:18;127:11;134:11;

145:15,24;162:25;
163:12;164:12;167:11;
173:13;177:19;178:11,
11;180:16;192:20;
195:15;199:19;212:10;
216:24
**looked (15)**
33:2,5;37:4;67:24;
85:8,10,13;113:25;
152:15;154:11;156:20;
167:8,11;192:24;
213:12
**looking (5)**
87:16;100:18;133:2;
152:3;168:25;205:15;
206:3
**looks (17)**
36:18;37:1;51:24,24;
70:20;169:11,19;
174:21;182:13;191:12;
197:4,6,12;201:21;
206:5;208:13;214:21
**Lori (15)**
109:16;115:6;
117:12;121:3,9;124:4,
6,16;128:10,12,15;
129:3;130:19;133:19,
21
**losing (1)**
179:7
**loss (2)**
187:12;188:15
**lost (1)**
179:1
**lot (27)**
21:21;22:6;26:18;
28:6;38:11,12;44:22,
24;45:19;55:15;59:4,
14;62:10;65:14;70:22;
73:21,21,22;77:19;
86:18;97:23,25;98:12;
129:24;138:7;167:10;
201:8
**lots (7)**
19:3;77:24;79:13;
90:20,20;94:13;97:20
**Louisville (1)**
33:22
**loves (1)**
176:17
**low (1)**
106:5

---

**M**

**Macfarlane (9)**
5:6,10,16;6:1;7:3,7;
14:17;94:18;221:19
**M-A-C-F-A-R-L-A-N-E (1)**
7:21
**mad (1)**
93:1
**Madam (1)**

109:5
**main (3)**
19:4;135:17;139:17
**mainly (3)**
63:23;64:4;97:6
**maintain (1)**
63:10
**maintenance (1)**
70:2
**majority (4)**
72:15;86:15;93:2;
111:13
**makes (5)**
49:15;68:22;83:23;
94:12;114:23
**making (11)**
19:2;34:19;42:8;
57:5;122:6;123:1,4;
155:25;171:10;183:13;
187:22
**male (1)**
128:17
**man (1)**
40:15
**manager (27)**
17:18;18:3,4,17;
26:21;27:4,19;29:13;
30:6;31:16;38:8;41:11;
43:17;44:11;55:22;
63:5;66:11,18;67:5,18,
22;69:22,23;81:3;
139:12;199:15,17
**managers (2)**
142:15,20
**many (24)**
20:24,24;49:9;53:20;
65:14;73:4;88:15,17;
90:10;93:16;94:21,22;
95:9;97:22,23;126:21,
25;127:2,8;129:25;
200:14;207:10;208:25;
219:2
**Marchi (6)**
109:16;115:6;121:3;
124:14,15,16
**M-A-R-C-H-I (1)**
109:17
**mark (5)**
85:2;95:8;145:19;
147:25;180:3
**marked (20)**
85:1;96:11,22;97:24;
101:25;106:22;107:7;
136:25;137:1,2,2,10;
146:4;148:4;168:10;
180:1,18;184:10;
205:15,16
**market (40)**
37:17;95:5;97:8,14,
15,15,19;98:4,16,19,
24;99:1,2,7,17,25,25;
100:2,6,6,17;102:21;
110:25;111:6,7,13;

122:19,21,22;137:4,5,
8;184:6,15,20,20,24;
185:10,11,16
**marketing (1)**
102:11
**Market's (1)**
97:11
**Mary (6)**
143:10,13,14,15,16,
18
**mass (2)**
58:21;87:14
**master's (2)**
39:5,8
**matter (3)**
187:2;193:24;200:1
**matters (2)**
138:7,9
**may (16)**
14:5;20:4;33:2;39:3;
82:17;19;88:4;111:16;
123:13;170:22;176:5,
6;178:3;209:21;
210:11;215:24
**maybe (42)**
11:2;12:16;23:4;
24:24;30:1;58:1;70:14,
19;87:10,18,20;91:10;
92:14;99:24;115:12;
116:20;117:22;124:17;
127:9;129:7;131:15;
147:1;151:19,21;
152:12;159:1,10;
162:7,11;164:10;
166:14;167:14;171:3;
187:20;192:11,11;
194:6;200:13;206:23;
207:14;215:18;218:23
**mayor (2)**
198:18,18
**McArthur (1)**
144:7
**mean (75)**
11:21;19:18;21:16;
30:19;31:5;35:8;41:1;
45:20;51:15;54:23;
56:17;62:23;63:17;
71:5,6;73:20;74:16;
76:18;77:19,24;79:8;
86:1;88:15,23;89:10,
11;90:2;94:13;95:4;
102:15;104:18;111:4;
115:15,22;116:8;
118:6;125:4;126:12;
127:13,14;130:2,25;
134:16;135:2;140:13;
142:20;144:24;147:9;
149:22;152:6,17;
155:14,20;156:25;
157:19;166:24;167:4,
5;170:2;175:12;
176:14;178:14,16;
181:21;183:1;185:3;

187:20;188:12,20;
  190:13;196:21;199:1;
  201:12;203:11;220:6
**Means (1)**
  134:23
**meant (4)**
  51:22;96:23;183:21;
  188:12
**measure (1)**
  9:22
**meat (7)**
  45:23,24;46:1;50:6;
  62:25;172:21;183:13
**Meats (7)**
  211:17,18,21;
  216:25;217:1,3,6
**media (7)**
  31:24;120:10,16;
  154:1;218:13;219:17,
  20
**meds (1)**
  14:23
**meet (1)**
  82:7
**meeting (3)**
  107:9,10,10
**meetings (1)**
  200:13
**Megan (1)**
  132:5
**Melanie (93)**
  5:6;27:11;29:10;
  31:6;33:11;34:1;42:18;
  43:16;44:16;45:12;
  49:6;54:3;57:19;58:3;
  68:11,13;70:15;72:23,
  24;73:15;74:1;75:7;
  76:7;113:18;114:18;
  115:2,6;117:13,14,18,
  21,24;121:3,4;131:22;
  135:14;138:5;139:2;
  140:5,6,15;141:2,11;
  142:1,21;157:20;
  159:6,12;161:3,8,13;
  163:10;174:4,15;
  175:5;177:9;179:19;
  182:12,17,19;183:3,4,
  17,21;187:21;190:11;
  193:17;194:10,23;
  202:11,12,22;204:8,14,
  15;208:21,22;209:1,9,
  11;211:3;215:21;
  216:1,16,17;217:9,12;
  218:8,11,17;219:10,16,
  19
**Melanie's (1)**
  182:13
**member (2)**
  54:8;199:25
**members (1)**
  25:22
**memo (2)**
  32:7,11

**Memorial (1)**
  10:10
**memorized (1)**
  96:2
**memory (16)**
  70:15;75:4;108:7;
  118:17,18;129:18;
  132:11;138:9;140:7;
  147:3;181:9;194:25;
  199:20;207:1,4;212:4
**mention (2)**
  76:21;119:15
**mentioned (16)**
  28:2;38:21;45:5;
  53:10;69:16;113:4;
  117:11;119:22;120:2;
  121:1;124:23;140:2,3,
  5;141:7;146:25
**merit (1)**
  119:6
**mess (1)**
  118:15
**message (2)**
  12:22;212:10
**messages (7)**
  6:14;77:5,13;79:5;
  109:10;131:12;180:7
**met (2)**
  107:10;155:1
**Michael (2)**
  142:8,10
**Michigan (3)**
  39:8,9;40:9
**mid (2)**
  162:7,10
**middle (3)**
  74:12;103:2;162:9
**midnight (1)**
  87:19
**Midwest (1)**
  40:14
**might (59)**
  9:12;11:6;14:23;
  15:3,18;40:18;57:7;
  69:8;73:2,4,7,11,12,13;
  76:9,20;77:7,13;78:19;
  85:22;86:9;88:2,3,7,19,
  21;92:4,6,11;104:5;
  115:13;121:3;127:22;
  128:3,5;138:18;142:8;
  144:5;154:22,23;
  161:18;163:21;165:19;
  171:14;179:10;182:21;
  192:23;194:12;195:8;
  199:7,7,15;208:20,21;
  213:5,9,17,22;214:1
**Mike (11)**
  73:24;74:6,8,18;
  76:12,13;142:4,5,6,12;
  203:13
**million (1)**
  40:23
**mind (10)**

58:15;108:18;
  110:13;119:5;132:22;
  137:13;144:23;148:11;
  164:10;191:6
**mindful (3)**
  91:22,25;154:23
**miniscule (2)**
  23:20;105:25
**minor (1)**
  106:24
**minors (4)**
  91:12;171:5,8,15
**minor's (1)**
  170:24
**minute (3)**
  14:9;95:12;213:16
**minutes (6)**
  87:6;106:17;108:21;
  113:5;120:6,6
**mischaracterized (1)**
  5:21
**missing (13)**
  84:23;85:6;86:19,25;
  87:4,7;110:2;113:12,
  19,25;114:18;115:7;
  117:14
**mitigate (1)**
  137:24
**Mm (1)**
  44:16
**mobile (1)**
  81:8
**mom (2)**
  156:21;178:19
**moment (13)**
  12:13;13:12;75:19;
  94:18;136:8;149:6;
  151:8;177:25;178:4;
  179:17;191:7;193:6;
  201:10
**Mon- (1)**
  161:18
**Monday (10)**
  84:13;129:21;
  141:15;146:16,16;
  158:22;161:19,23;
  168:1;174:6
**money (11)**
  22:6;45:19;53:19,25;
  105:13,17;173:13,18;
  187:5,23;188:5
**months (9)**
  40:15,18,19,20,21;
  125:21;126:5;144:7,9
**moot (1)**
  106:2
**morbid (1)**
  88:6
**more (32)**
  10:13;22:1,10;28:3;
  30:6;32:3;37:1;38:20;
  41:11;56:4;59:8;68:3;
  80:12;83:23;97:18,18;

98:13;104:8;105:19;
  111:16;116:13;119:11;
  127:9,19;130:23;
  133:12,20;146:1;
  147:10;157:9;191:1;
  192:25
**morning (29)**
  5:24;12:1;82:6;
  102:25;114:11,11,16;
  118:12,21;119:18,25;
  138:2,12,14,17,17,19;
  139:1;140:18;141:16;
  146:16;158:22;162:7,
  10;168:1;195:17;
  197:21,24;204:1
**most (8)**
  8:15;28:15;34:1;
  39:23;57:1;59:3;89:23;
  140:12
**mostly (2)**
  56:17;91:19
**mouth (3)**
  89:6;129:15;136:8
**move (3)**
  16:21;56:12;173:14
**moved (4)**
  35:22,24;36:3;56:11
**movie (1)**
  52:3
**moving (3)**
  38:4;91:8;120:8
**Mrs (1)**
  90:7
**much (13)**
  6:22;21:20;29:1,3,6;
  53:7,7;64:18;89:17;
  98:13;104:1;108:17;
  184:19
**multiple (4)**
  158:14;209:3,4,9
**Muse (22)**
  13:4;24:14;32:11;
  61:2,4;72:21;136:2,11;
  147:7;148:18;152:22;
  153:23;155:4;191:5,
  12;197:13;205:20;
  206:20;208:12,13;
  215:25;216:2
**mush (1)**
  50:20
**must (12)**
  21:19;102:8,13;
  139:24;142:6;154:3;
  167:6;176:10;194:22;
  195:16;197:17,22
**myself (3)**
  19:22;70:3;71:3

────────────

**N**

**Nah (1)**
  208:12
**name (21)**

7:4,5,16,19;43:7;
  61:18;91:16,18;
  109:15;121:2;124:24;
  127:18;133:13,22;
  153:3;199:20;204:11,
  13,23;211:15;217:7
**named (4)**
  31:22,23;78:7;126:7
**names (6)**
  73:19,22;76:20;
  109:16,16;126:23
**Napa (6)**
  129:11;150:9;156:9,
  10;159:10;160:7
**narrative (1)**
  9:8
**narrow (1)**
  10:13
**nature (1)**
  165:15
**near (1)**
  36:14
**necessarily (5)**
  76:19;90:15;102:10;
  118:19;178:8
**necessary (2)**
  6:7;54:8
**need (12)**
  9:1;41:21;64:12;
  123:14,14;145:11;
  146:11;162:17;168:2,
  5;195:23;201:5
**needed (2)**
  54:17;134:17
**needs (6)**
  8:22;13:2;57:5;
  120:5;137:25;185:15
**neither (3)**
  92:9;105:22;106:3
**Nevada (9)**
  35:19,23;36:1,3,10,
  11,18,19,19
**new (5)**
  82:25;96:25;97:1;
  98:9;170:15
**Newer (2)**
  97:2,3
**news (1)**
  212:18
**newspaper (1)**
  79:9
**next (19)**
  101:17;103:10,19,
  19,22,23;114:16;
  118:9;119:18,25;
  138:2,14;139:7;144:6;
  157:19;201:16;205:11;
  206:18;214:7
**nice (1)**
  94:5
**nick (1)**
  7:22
**nickname (4)**

7:23,24;8:2;201:12

**niece (3)**
123:24;125:24;
130:20

**night (27)**
84:14,17,24;86:8;
92:7,12;113:11;
114:19;115:8;118:16;
119:18,25;133:5,7;
136:17,24;138:21;
140:7,18;153:14;
155:3;188:24;195:16;
196:13;202:6,7;203:2

**nine (6)**
23:12;37:8,21;64:6,
11;189:10

**ninety- (1)**
39:1

**nitty-gritty (1)**
56:8

**Nodding (32)**
8:3;12:4;19:9;24:1;
26:2;35:14;40:11;52:9;
62:5;64:8;67:9;68:8;
71:7;72:12;76:8;80:19;
83:5,24;84:11;91:2;
103:17;113:20;119:7;
126:22;141:1;162:4;
167:24;172:1;177:16;
180:24;182:9;212:2

**nonetheless (2)**
76:21;99:5

**nonprofit (3)**
18:7,8,18

**Nor (1)**
173:21

**north (1)**
92:14

**Northcutt (10)**
13:20,23,24;183:23;
205:12,14,25;220:25;
221:13,14

**Northern (1)**
36:19

**note (2)**
55:15,17

**nothing's (1)**
116:23

**notice (1)**
149:7

**noticed (1)**
113:24

**number (20)**
32:22;33:3;38:18;
48:3;66:24;81:19,20,
23;82:25;83:3;108:7;
110:9;120:11,16;
125:7;128:13,23;
141:24;145:14;177:14

**numbers (4)**
49:10;82:4;86:24;
201:4

**nuts (2)**

37:25;79:24

---

## O

**oath (4)**
10:23;14:19,20;
120:19

**object (1)**
166:16

**objection (1)**
12:1

**objections (4)**
11:20;12:6,8,14

**objects (1)**
12:20

**obligations (1)**
49:12

**obviously (6)**
15:17;47:14;77:19;
98:12;178:24;202:17

**occurred (1)**
89:19

**o'clock (3)**
6:6;84:24;93:5

**oddity (4)**
86:20,21;89:4;
110:12

**off (33)**
13:9,11,13;14:3,10;
41:4;68:18;75:19,20;
76:2,5;88:8;103:8;
108:24;120:5,9,22;
125:20,23;156:5,8;
157:21;158:11,14,15;
159:25;160:1;169:7;
201:25;202:4,8;215:7;
221:22

**off- (1)**
135:17

**offer (2)**
170:13;173:5

**offered (3)**
26:3;170:8;196:19

**offering (3)**
173:13;179:14;
196:23

**offers (2)**
170:7;178:23

**office (29)**
10:20;44:6;52:19;
53:8,17;54:12,14,24;
55:1,1,25;57:18,18;
66:12;107:11;114:3;
128:6;133:8;134:15;
135:17;139:14,14,17;
142:5;163:8;172:7;
175:15;211:5;215:1

**officers (1)**
14:1

**offices (2)**
53:20;221:20

**officially (1)**
31:4

**often (1)**
126:10

**old (5)**
37:21;64:11;69:6;
142:5;221:21

**once (1)**
11:10;12;24:11;
36:17;115:23;130:2;
139:15

**one (127)**
8:23;10:9;14:4;
19:12,13,14,20;21:11,
16;24:4;26:13;34:7;
40:1,23,24;47:10;48:7;
51:5,7;52:4;53:1,20;
55:19;56:10,25;60:2,8;
61:1;62:7;65:23;66:8;
67:14;69:14;70:9;74:4;
77:15;79:22;82:21;
85:17;87:3;93:3,6;
94:18;97:6,6,14,15;
98:3,21,21;101:17,20,
20,22;103:21;105:22;
106:3,4,20,22,22,23;
109:17,18;113:4;
114:2;117:12,13;
118:15;119:11;120:1;
121:5;127:19;133:12,
15,15;134:16;137:24;
142:2,15;146:3,8;
147:9;149:8,8;151:2;
153:16;154:4;158:11,
13;164:3,5,5,7,10,11,
13,18;170:16;174:9;
177:15;178:3,20,24;
179:21,21;181:3;
189:14;191:5,6,6,7,10;
193:5,14,15;195:10,13;
197:10;200:21;201:16;
209:14,16;212:21;
215:23;217:10;219:11

**ones (6)**
70:21;75:7,12,13;
128:9;177:22

**one's (2)**
97:24;102:7;112:15

**online (2)**
156:20;164:4

**only (41)**
6:12;8:22;19:13,14,
15;28:13;33:11;34:11,
12;36:13;37:11;56:10;
70:14;74:2,9,16;75:5;
76:23;81:10,12;92:7,
16;95:2,4,5;98:3,8,8;
104:2;106:19;116:16;
131:18;134:5;137:9;
139:15;143:9;155:4;
172:3,9;181:2;183:14

**onto (2)**
138:8,8

**oOo- (1)**
221:24

**open (4)**
25:21;41:16;116:16;
131:12

**opened (1)**
141:18

**operate (1)**
93:11

**operates (1)**
55:6

**operating (1)**
211:2

**opinion (7)**
100:10;112:10;
162:23;166:17;167:5,
18;170:15

**opportunity (1)**
11:3

**opposed (3)**
91:17;154:1;220:13

**option (1)**
48:6

**order (9)**
96:4;100:9;102:14,
16;103:4,8,15;123:5;
180:16

**orders (1)**
221:9

**Oregon (1)**
221:21

**organization (4)**
22:19;149:13;
159:13,20

**organizations (1)**
62:4

**organize (2)**
18:12;42:19

**organized (1)**
18:10

**organizing (1)**
19:7

**organs (1)**
51:22

**orient (1)**
177:20

**oriented (2)**
162:11,13

**original (2)**
13:4;221:19

**originally (1)**
31:22

**originated (1)**
111:24

**others (1)**
59:8

**out (106)**
8:18;11:8;28:1,7,23;
29:10;34:9;35:12,20;
36:10,10,21;37:20;
38:15,24;39:20;40:15;
44:24;45:18;46:6;
49:19;53:2,5,16,17,21;
54:1;59:1;60:20;69:6;
79:11;83:19;87:23;

88:12;90:12,17;92:15;
104:22,23;105:15,16,
16;106:1;108:3,5,15,
23;109:24;110:3;
114:2;115:13,15;
116:2,4,8,10,12;121:3,
4;123:13;129:10;
133:4,6;134:7,21;
135:20,24;136:2,16,18;
139:15;140:4;141:10;
145:8;151:20,25;
152:1,2;157:14;158:2,
23;160:11,11,14,17,18;
161:16,19;163:6,20;
171:3;173:20;175:10,
15;176:13,20,22;
179:5;180:13;197:16;
205:10;213:6;214:3,
20;215:24;218:7

**outside (1)**
44:5

**outsource (1)**
65:24

**outsourced (1)**
65:25

**over (35)**
8:13,16,17;21:22;
24:2,8,11,15;26:12;
58:5;63:17;66:11;
87:10,11;89:22;96:9,9;
104:3;112:17;116:1,
21;117:5;130:4,5;
150:10;162:23;163:18;
164:6;171:11;183:7;
187:8;188:22;189:12;
209:25;219:19

**overkill (1)**
166:15

**overseeing (1)**
86:6

**overwhelmed (2)**
134:9;135:11

**own (12)**
20:2;29:23,24;30:16;
54:12,22;105:12;
122:25;152:12;162:22;
187:25;188:4

**owned (4)**
20:15,17;200:19,21

**owner (5)**
137:21,22;165:9;
171:22,22

**owners (2)**
170:14,15

**ownership (1)**
170:19

---

## P

**packing (9)**
46:25,25;47:2,24,24,
25,25;48:1,23

**page (15)**

Case 2:22-cv-01527-DAD-AC    Document 125-8    Filed 11/19/24    Page 71 of 79

LONG vs.
FERNANDEZ
BRUCE JOHN 'B.J.' MACFARLANE
November 15, 2023

101:17,22;147:24;
152:20;168:22;169:1,
18,20;180:16;204:24;
205:1,11;206:8;214:8,
12
**pages (2)**
180:4,13
**paid (6)**
24:16;173:22;174:1,
5,7;187:7
**paper (4)**
12:11;47:22;216:19;
217:18
**paperwork (1)**
215:13
**paperwork's (1)**
123:4
**Paradis (2)**
56:25;57:23
**paragraph (6)**
103:22,23;105:6;
106:2;169:19,23
**paraphrasing (1)**
140:23
**parents (6)**
58:22;90:10,11,20;
122:12;171:20
**part (10)**
5:21;17:20;35:20;
89:2;133:8;134:15;
140:13;155:24;184:12;
195:10
**participants (2)**
183:16;185:21
**participate (1)**
97:13
**particular (5)**
86:25;96:23;100:10;
102:5;155:11
**particularly (1)**
77:23
**parties (1)**
80:5
**partnership (1)**
58:18
**party (1)**
60:16
**pass (4)**
105:15,16,16;138:11
**passed (2)**
9:14;106:15
**passing (3)**
144:5;155:6;200:10
**past (3)**
93:12;116:19;152:7
**patched (1)**
117:1
**Pause (1)**
94:19
**pay (13)**
50:1,2,10;170:9,13,
16;173:5,13;178:23;
179:14;189:18;196:19;

203:14
**paying (1)**
45:15
**payroll (1)**
127:11
**PDF (2)**
96:19;102:2
**PDFs (1)**
195:12
**pe- (1)**
33:18
**pen (5)**
88:7;116:3,5;117:8;
149:2
**Penal (4)**
163:23;164:22;
165:4,19
**pens (1)**
41:23
**people (45)**
19:3,5;25:25;28:23;
32:18;33:21;34:17;
49:21;59:7,14,16;
61:13;65:18;73:18,23;
77:25;78:1,4;79:14;
93:2;98:9;104:24;
115:24;116:20;123:6;
126:17,21;127:1,2,8;
142:20;150:1,17;
151:10;152:1;154:23;
155:18;156:4,21;
159:1;160:1;171:9,10;
177:22;200:14
**per (1)**
123:11
**per- (1)**
204:4
**percent (2)**
89:24;189:1
**perform (1)**
202:23
**perhaps (2)**
28:12;95:16
**perimeter (1)**
116:14
**period (3)**
114:1;207:11;210:19
**permanent (1)**
42:4
**person (13)**
8:23;43:12;72:8;
74:16;108:12,12;
112:15;127:23;142:18;
143:9;152:23;216:15;
217:15
**personal (7)**
69:20;72:6;81:10,10,
13,13;83:4
**personally (2)**
92:20;166:14
**perspective (2)**
156:2;211:2
**PETA (1)**

160:1
**phone (60)**
32:1,12,16,22;33:2;
38:18;66:24,25;67:3,4,
8;68:4,5,12,16,17,19,
23,25;72:11,14;81:8,8,
9,10,11,13,14,19,20,23;
101:18;108:7;110:8;
119:6;125:7;128:13;
130:5,23;131:2;
141:24;158:1;162:2,6,
15;164:21;167:17;
173:3;176:8;197:20;
198:5;199:6,14,19;
200:4,25;201:4;
219:19;220:19,20
**phone-calling (1)**
34:11
**phones (1)**
157:21
**phonetic (1)**
103:3
**photo (1)**
153:11
**pick (10)**
46:11;48:7;49:21,25;
54:22;90:12,17;97:9;
100:7;152:9
**picked (1)**
98:3
**picks (1)**
54:12
**picture (3)**
128:6;153:6;157:9
**pig (2)**
104:21;106:21
**pigs (7)**
51:17;97:23,25,25;
98:1;105:21;114:13
**pivoted (1)**
167:23
**place (4)**
100:9;206:7,16;
215:14
**placed (1)**
103:1
**places (1)**
40:14
**placings (1)**
122:8
**Plaintiffs (3)**
5:1,2;6:3
**Plaintiffs' (1)**
221:17
**plan (1)**
218:20
**plant (8)**
47:13;48:12,22,22,
25;49:16,17,18
**plants (1)**
46:21
**plea (1)**
150:18

**pleading (1)**
177:6
**pleas (1)**
150:13
**Please (11)**
5:7;7:6;12:7;26:13;
51:7;121:11;183:9;
212:18;221:10,12,15
**plus (1)**
89:16
**pm (15)**
93:20;109:2,2;
120:13,13;148:6;
158:18,18;169:12,13;
174:22;178:9;197:12;
214:15;221:23
**pocket (1)**
45:19
**point (82)**
6:16;13:7;22:14;
31:2;45:25;49:2;55:22;
59:20;64:10;65:15;
76:17;78:3;85:14;86:7,
11;90:5,6;106:3;
107:23;108:1;113:13,
17;114:17,19;115:17;
118:10,14,21;119:15;
120:2,3;126:9;129:8;
132:18,21;136:12,15,
17;137:13,21;139:17;
140:11,17;141:8;
144:2;148:21;152:7;
156:9,11;158:10;
161:3;165:2,4,10;
166:21,23;167:9;
172:15,21,24;173:16,
18,22;174:2,5;175:4,
11;176:14;183:19;
186:21;187:4;189:5,9;
191:21;192:2,7;
193:14,21;194:2,7;
212:21;220:17
**pointer (1)**
149:5
**police (5)**
33:8;34:17;192:16,
25;198:18
**policy (9)**
63:6,9;64:10;66:19;
69:17,18,24;70:5,6
**pop (2)**
80:6;156:21
**popped (1)**
145:6
**pops (1)**
38:18
**portion (6)**
36:8;42:15;95:5;
96:13;111:6;133:16
**position (6)**
25:20;27:24;30:6;
33:12;142:19,21
**positive (2)**

113:15;192:23
**possession (1)**
172:18
**possibility (2)**
198:11,12
**possible (4)**
64:18;80:8,10;88:2
**possibly (7)**
115:13;154:17;
179:12,13;181:20;
216:22,23
**post (20)**
129:6,10,17;145:6,
16;146:19;148:1;
149:12,21;151:19;
154:1;155:12,14;
157:8,14;158:2,5,22;
159:6;191:20
**post- (1)**
201:19
**posted (7)**
129:20;146:15,19;
149:13,15,25;150:16
**pot (1)**
187:23
**potentially (22)**
68:15;72:9;73:18;
77:14;80:4;103:9;
141:5;143:24,25;
153:12;154:15;155:17,
19,21;158:24;163:24;
164:22;167:18;173:6;
210:7;211:6;213:10
**pound (3)**
104:3,3;105:21
**pounds (2)**
115:16;187:11
**power (1)**
90:2
**practice (1)**
100:25
**pre (1)**
53:15
**pre- (1)**
12:13
**preceded (2)**
99:20,21
**preceding (3)**
201:25;206:8;214:12
**precisely (2)**
157:23;209:22
**prefer (1)**
68:24
**prejudiced (1)**
6:3
**preparation (1)**
168:13
**present (2)**
89:20;92:21
**preserve (2)**
80:15,18
**preserving (1)**
12:13

**presumably (7)**
20:22;34:14;42:10;
49:24;91:5;147:18;
190:22

**presume (4)**
37:6,17;149:22;
151:16

**presumed (5)**
150:9;152:4,8;210:9,
11

**pretty (12)**
40:10,15;56:15;
61:15;84:2;87:19;
93:17,21;106:2;114:7;
142:9;220:1

**price (2)**
104:9;105:2

**prices (1)**
103:24

**print (1)**
108:15

**printed (6)**
54:1;70:19;102:3;
108:5;180:9,12

**printer (1)**
96:18

**printout (2)**
95:18;146:1

**prior (7)**
23:9;31:17;32:6;
38:8;63:23,24;101:4

**private (6)**
18:6,6;67:8,11,23;
105:9

**privilege (2)**
11:23;12:2

**probably (24)**
41:2;44:3;62:9;66:1;
70:22;72:17;82:5,7,17;
85:13;90:11;94:2;
114:4;119:9,22;136:4;
138:16;148:20;152:5,
18;155:6;187:9;196:6;
206:13

**problem (1)**
133:8

**proce- (1)**
71:2

**procedure (2)**
70:24;186:11

**proceedings (2)**
94:19;101:18

**process (5)**
46:12;89:2;104:25;
183:12;184:3

**processed (4)**
45:25;46:3;49:9;
50:21

**processing (25)**
44:15,25;45:8;46:19,
20,21;47:13;48:12,22,
22,24;49:16,17,18;
50:3,13,14,22;52:7;

135:1,2;211:13,14;
217:19;218:1

**processor (4)**
46:7,15;137:24,25

**processors (1)**
53:16

**produce (5)**
5:24;6:13,15;18:23;
71:11

**produced (6)**
76:19;147:8,14;
168:1;191:15;205:20

**product (2)**
111:8,18

**Productions (1)**
221:21

**profession (1)**
88:15

**profit (1)**
22:11

**program (2)**
54:17,18

**progressed (1)**
115:8

**project (2)**
184:12,13

**prompted (1)**
158:2

**proper (3)**
47:16;51:9,13

**property (3)**
21:1;163:18;206:22

**prosecute (1)**
210:1

**provided (4)**
59:4;60:13;121:11;
172:4

**provides (1)**
56:20

**public (8)**
33:12;65:14,20;
145:10,15,25;149:8;
151:24

**publishing (1)**
201:1

**pull (5)**
98:7;125:20;129:22;
164:4;192:21

**pulling (2)**
98:6;191:7

**pun (1)**
155:8

**purchase (1)**
111:16

**purchased (1)**
49:24

**purchasers (1)**
136:9

**purchasing (2)**
99:2;101:10

**pure (1)**
21:7

**purpose (4)**

184:17;185:9;213:2,
25

**purposes (1)**
81:14

**pursuant (1)**
76:5

**put (17)**
5:17,17;12:8;41:24;
48:9;56:19,22;71:18;
82:15;89:5;106:22;
112:18;129:15;134:18;
136:7;152:12;179:21

**Putting (1)**
42:14

**puzzle (1)**
42:9

## Q

**qualified (1)**
107:13

**quality (5)**
111:5,8,18;112:9;
183:13

**quick (5)**
27:12;178:11;220:23

**quicker (1)**
214:8

**quickly (3)**
96:19;218:12;219:17

**quite (3)**
58:3;72:18;117:4

## R

**rain (1)**
37:1

**raise (2)**
5:7;183:13

**raised (1)**
16:12

**ranch (4)**
19:22;20:9,16;35:23

**rancher (1)**
20:14

**ranchers (1)**
183:12

**random (2)**
57:7;65:18

**range (1)**
189:18

**rather (1)**
180:25

**Re- (2)**
137:3;173:17

**reach (9)**
121:4;135:20,24;
136:2;152:1;160:11,
18;161:15,16

**reached (14)**
87:23;109:24;114:2;
121:3;136:10;140:4,6;
141:9;151:25;152:2;

160:17;161:18;175:10,
15

**reaching (1)**
160:13

**reacted (1)**
117:16

**reaction (4)**
89:5,9;165:24;
170:12

**read (13)**
109:7;149:18;164:4;
169:15;170:8,23;
172:2;176:15;178:6,
21;181:10;182:16,25

**readily (1)**
150:6

**reading (4)**
179:3;181:24;194:6;
197:7

**ready (3)**
46:13;102:8,13

**real (2)**
7:5;40:14

**realize (2)**
11:2;135:23

**realized (1)**
52:16

**really (11)**
14:6;26:12,16;31:12;
40:15;62:13;73:1;
90:13;94:7;176:17;
220:23

**realm (1)**
196:5

**reason (16)**
15:22;19:25;38:18;
55:19;103:14;115:23;
143:12;148:11;153:25;
165:18;166:24;172:5;
182:1;186:9;192:12;
220:12

**rec- (1)**
215:4

**recall (71)**
24:15;62:15;73:11;
79:2,25;80:1,3;81:18,
23;82:4;91:18;93:14;
106:17;119:3,4;
124:24;126:8;127:7,
21;130:3;133:1;134:6;
136:4;138:15;139:5,6,
9,9;140:9,19;141:5,6;
143:8;144:3;152:16,
23;157:18,22;159:22;
160:3,4,5,13,25;
161:14,15;163:16,21;
173:7,9,12,15;175:1,5,
6;178:1,5,6,7,16;
179:12,13;180:20;
190:6;191:11,22;
192:1;196:20;219:7,7,
8

**receipt (2)**

47:19;172:11

**receipts (2)**
46:21;49:1

**receive (6)**
34:3;50:18;55:13;
65:14;77:20;180:23

**received (4)**
34:2;169:8;173:17;
174:21

**receiving (2)**
79:2;174:12

**recess (6)**
13:15;14:11;75:22;
109:1;120:12;158:17

**recollect (1)**
104:6

**recollection (9)**
65:19;90:8;92:2,3,
16;106:21;110:24;
132:23;146:21

**recommendations (4)**
190:2,5,16,18

**record (38)**
5:18;7:4,20;12:9;
13:10,11,13,17,20,22;
14:3,10,13,15;52:4;
65:15;75:19,20,24;
76:3,6;91:21;108:24;
109:3,7;120:9,15,18;
122:8;153:13,18;
158:11,14,15,19;206:3;
221:10,22

**records (15)**
46:23;56:23;63:10;
64:5;65:2,11,12,21;
86:2;110:7;145:10,15,
25;149:9;181:19

**recover (1)**
161:9

**recovering (1)**
161:7

**rectified (1)**
116:9

**Red (11)**
17:18;19:16;96:11,
22;97:24;101:17,20,
25;103:23;106:9,22

**Redding (1)**
221:20

**refer (2)**
22:19;181:3

**reference (2)**
52:3;182:16

**referring (6)**
134:24;145:17;
181:13;190:18;191:8;
216:5

**refresh (12)**
70:15;108:7;129:18;
132:10;140:7;147:2;
181:9;194:25;199:20;
207:1,3;212:3

**regarding (1)**

107:12
**registered (1)**
185:17
**related (3)**
46:23;92:14;138:8
**relation (3)**
71:13;135:4,9
**relationship (2)**
62:19;63:2
**relay (3)**
140:16;141:2;196:18
**relevant (1)**
166:17
**reliable (1)**
59:13
**remainder (1)**
6:6
**remains (2)**
215:11;217:13
**remember (92)**
9:12,13;10:7;13:5;
24:12;27:3;34:4,8;
57:10;58:4;60:14,19;
61:23;63:12;64:1,21;
65:19,21;73:1;74:2,9;
75:1;83:12;94:3,22;
106:19;109:9,10,12,15;
114:14;117:25;118:1;
119:20;124:9;126:18,
23,24;127:18,23,25;
128:3;129:25;132:19;
133:2,12,22,23;139:18,
22;141:9;142:5;
148:10,19;153:3;
154:5,15;158:7,8;
159:8,9,11,21;162:5,7,
8,9,12,14,16;166:3;
177:5;178:25;181:15,
16,22;182:22,24;192:3,
9;193:10,12,20;
202:16;204:10,13;
207:4;209:13;212:4;
217:7;219:4,24
**remembered (3)**
24:11;133:11;178:18
**remembrance (2)**
143:10;161:21
**reminder (3)**
96:13,14,22
**removal (2)**
91:1;134:4
**remove (2)**
111:2;152:9
**removed (4)**
110:19,23;120:24;
176:12
**removing (4)**
51:15;84:20;107:13;
110:14
**Reno (2)**
36:13,15
**rent (1)**
60:25

**rephrase (1)**
12:18
**replace (3)**
187:9,10;216:7
**replaced (2)**
215:12,13
**replacement (1)**
216:2
**replaces (1)**
188:17
**replied (1)**
198:7
**report (12)**
33:7;34:17;113:18;
114:17;143:4;174:25;
192:16,17,25;195:20,
22;196:11
**reported (1)**
142:18
**REPORTER (20)**
5:7,14;8:18;12:21,
25;16:18;26:13,17;
29:5;51:7;70:8;109:5;
145:20;163:3;168:8;
176:6;179:25;220:24;
221:9,13
**Reporters (1)**
65:17
**reporter's (1)**
10:19
**reports (1)**
164:7
**represent (3)**
152:22;174:5;193:22
**represented (2)**
165:22,25
**representing (2)**
13:22;155:1
**reproduction (1)**
39:19
**request (1)**
65:24
**requests (1)**
65:15
**require (2)**
21:21;111:1
**requirements (1)**
41:22
**resale (2)**
104:23;215:14
**research (5)**
39:10,15,17,17;40:5
**researching (1)**
155:22
**reside (1)**
15:24
**resign (7)**
27:25;29:1,19;30:14,
17;31:20;35:1
**resignation (2)**
35:6,7
**resigned (9)**
27:7,25;29:14,17,25;

30:5,9;31:2;214:10
**resonates (1)**
182:8
**resources (1)**
59:5
**respect (3)**
59:20,22;107:16
**respond (6)**
181:5,7;197:3;
201:17;206:16;208:17
**responded (1)**
117:14
**responds (2)**
182:17;201:10
**response (8)**
9:2,4;35:6;113:6;
117:24;182:15;194:23;
201:18
**responsibilities (2)**
19:1;42:22
**responsibility (2)**
42:18;183:10
**responsible (6)**
45:15,17;46:4;50:23;
149:21,23
**rest (4)**
75:8;118:16;139:16;
221:4
**resume (1)**
6:6
**retained (1)**
221:20
**retaining (2)**
69:17,18
**retention (4)**
63:6,9;66:12,19
**retired (3)**
69:7,8,12
**retirement (1)**
69:11
**retrieved (1)**
212:1
**returned (1)**
92:24
**review (4)**
6:4;144:20;168:13;
221:4
**reviewed (1)**
5:25
**reviewing (1)**
207:24
**revisit (1)**
130:25
**revolve (1)**
113:12
**rib (1)**
112:19
**ribs (3)**
112:18,23;113:1
**Rickert (1)**
143:10
**ridicule (1)**
32:1

**right (226)**
5:8,15;6:10;7:3,8,13,
15;8:4,7,7,13;10:15;
12:20;13:19;14:2,17;
15:2,5,8,21,24;16:6;
17:4;18:17;19:15,18;
20:16;21:13,25;22:13,
18;25:14,17;26:3;
28:21;29:18,18;33:6,
10,17,17,25,25;34:25;
35:13,13;37:2;38:1;
39:25;40:1,3,6,8;
41:25;42:4,5;43:22;
44:9;45:25;47:6;49:23;
50:9,12;51:21;52:3,10,
10;54:3;55:21;57:2,17;
58:14;59:11,11,17,17;
62:3,22;63:3,3;64:4;
66:5,6,17;67:7,17,25;
68:5,21;69:10;71:4,8,
10;72:9;73:14,17;
75:16;76:2;77:2,17;
78:12;80:11,24;81:5,
12,18,25;82:3,24;83:2,
10,16;84:6,8;86:21,
25;87:3;89:20;92:18;
93:7;94:3;95:7;96:13;
98:24;99:13;101:16;
104:17;107:4;113:3,
23;117:10,10,21;
118:23;119:8;120:4,4,
8,18,22;122:9,13,14;
123:2,9;125:23;126:3,
4,6,6,11,18;127:19;
128:1;129:2;131:17;
133:1;134:7;135:19;
136:21;138:23;144:18;
145:17;146:24;148:18;
151:13,22;152:21;
153:23;157:13,25;
161:6;164:20,25;
165:17;166:8,8,12;
167:15;168:9;170:24;
172:2,24;173:2,9;
174:14,24;176:5;
177:8,12;182:10;
189:7;190:21,25;
191:10,18,25;195:6;
196:1,10,21;198:8;
200:3,24;201:7,9;
202:3;205:8;206:9;
210:21;211:10;212:17;
213:14,23;214:5,7;
216:16;218:4,6;
219:14;220:11,22;
221:2,8
**rights (4)**
153:16;155:18;
156:4;159:1
**ripped (1)**
41:4
**River (1)**
17:8

**road (5)**
118:20;125:20;
138:11;211:19,20
**Rocky (2)**
51:25;52:3
**role (13)**
23:9;41:9;55:23;
59:18,20,21,21,22;
66:9,10;67:22;122:25;
123:12
**roles (6)**
18:17,20,21;41:10;
63:11;122:2
**rolls (1)**
97:8
**room (2)**
8:22;12:23
**Rosenberg (4)**
153:1,2,13;154:16
**Rosenberg's (1)**
154:1
**Ross (8)**
168:17,22;169:12,
13;174:17,25;214:24,
25
**rough (1)**
29:16
**Roughly (6)**
21:3;80:21;84:24;
85:5;93:5;113:24
**round (1)**
27:20
**roundabout (1)**
38:7
**rule (3)**
91:11;171:5,7
**rules (11)**
8:14;14:18;95:17,19,
20,25;106:11;183:15;
190:19,21,22
**run (6)**
59:5,5;88:10;127:16;
159:25;189:10
**running (6)**
84:25;115:9;122:24;
133:9,16;160:16
**runs (1)**
200:18
**Ryan (2)**
5:1;205:12

**S**

**Sacramento (1)**
17:10
**sake (1)**
76:22
**Sale (17)**
17:19;19:16;29:21;
40:22;53:19;102:25;
105:9,13,14;111:2,24;
112:7;133:16;188:18,
23;189:13,16

**sales (6)**
  102:14,16;103:15;
  104:18;105:4,7
**sale's (4)**
  103:19;187:8;
  188:22;189:12
**Salmon (2)**
  16:15,19
**same (26)**
  10:21;40:3;49:3;
  55:11;66:19;91:5;
  100:15,17;113:1,2;
  117:15;118:3;147:11,
  13;148:1;155:14;
  169:14;171:9,16;
  187:19,19;191:13,16;
  195:12;209:6;212:5
**sanctuary (4)**
  155:23;157:1;
  159:15;160:7
**Saturday (16)**
  82:6;83:15,15;84:6,
  24;102:25;107:11;
  133:5,6;136:17;138:4;
  140:7,18;189:14;
  191:24;196:13
**save (12)**
  32:15,24;70:18,21;
  71:1;150:19;151:11;
  154:10;212:19,20,23,
  25
**saved (8)**
  32:12;33:3,7,18,20;
  34:13;72:9;213:1
**saving (1)**
  213:3
**saw (16)**
  17:23;40:20;73:24;
  124:25;125:10;133:6;
  146:19;149:14;157:2,
  8;164:18;169:18;
  170:8;172:3;177:25;
  178:13
**saying (21)**
  12:7,23;33:19,19;
  45:24;57:16;99:22,25;
  107:9;136:6;138:20;
  166:2,3;173:7;175:24,
  25;176:10,21;178:18;
  195:7;198:25
**schedule (1)**
  19:4
**scheduled (1)**
  6:8
**school (15)**
  17:5,7,8;37:11;
  38:22;55:2,4,6;82:22,
  23;88:13;127:11,19;
  128:16,17
**science (1)**
  39:3
**se (1)**
  123:11

**sear- (1)**
  154:9
**search (24)**
  71:15,18,24;72:1,2,3,
  21;73:15,24;74:1;
  75:14;76:3,16,22;
  78:22;80:6,12;87:14;
  130:15;131:3,16,18;
  154:11;202:23
**searched (14)**
  72:20,23;73:11;
  74:24;75:5;76:6,10,23;
  131:1;154:3,9,19;
  158:7;218:21
**searches (3)**
  76:19;130:25;131:1
**searching (1)**
  81:1
**searchs (1)**
  76:24
**second (16)**
  14:4;15:14;101:21;
  146:3;153:17;158:11,
  12;163:1;164:9;
  169:18,20;179:17,21,
  21;181:1;191:10
**seconds (1)**
  9:13
**secret (1)**
  197:1
**security (8)**
  33:14;116:13,17;
  200:18,18,19,21,23
**seeing (9)**
  126:16;153:3;154:5,
  6;158:7,25;178:16;
  181:22;182:22
**seek (1)**
  158:2
**seem (1)**
  166:5
**seemed (4)**
  34:2;85:21;166:6,9
**seems (3)**
  57:16;136:6;196:1
**selected (2)**
  99:6,16
**self-employed (1)**
  20:5
**sell (8)**
  18:25;103:2;104:1,2,
  3,7;105:18;112:2
**seller (1)**
  187:6
**selling (3)**
  20:11;62:23;105:10
**Senator's (1)**
  175:15
**send (16)**
  46:21;47:5;48:1,5,
  25;49:4;77:20;79:19;
  85:13;118:24;119:2;
  144:4;154:15;218:3,

  11;219:16
**sending (7)**
  49:4,6,12;78:1,4;
  194:10;219:8
**sends (7)**
  47:13,14,15,18;
  48:22;53:24;169:13
**seniors (1)**
  41:17
**sense (6)**
  12:18;49:15;114:23;
  171:12,16;197:17
**sent (27)**
  32:12;49:19;77:25;
  79:14;86:11,13,13;
  121:5;168:3;177:12;
  178:2,3,9;179:18,19;
  180:7;181:1,5;182:10,
  12;189:16,24;196:25;
  214:20;218:7,13;219:8
**separate (4)**
  50:9;187:18,23;
  195:11
**September (2)**
  10:9;74:13
**September-ish (1)**
  30:25
**sequence (1)**
  103:16
**sequenced (1)**
  123:7
**served (1)**
  82:8
**set (4)**
  103:24;104:24;
  183:10,16
**setting (2)**
  10:19;58:24
**seven (6)**
  35:22;63:12,13;
  64:20,22;66:7
**several (7)**
  23:15;25:22;38:16,
  25;91:21;122:17;
  201:23
**shaded (1)**
  147:17
**shake (1)**
  9:6
**SHAKIB (8)**
  5:2,2;19:6;3,20;
  131:13;199:9;221:16
**Shaking (9)**
  65:16;67:1;71:25;
  77:4;80:22;104:12,13;
  135:22;153:20
**share (2)**
  153:5;166:18
**shared (1)**
  154:12
**Shasta (18)**
  13:25;15:25;22:15,
  19,24;23:16,17;38:6,8,

  9,21;55:23;62:18;
  67:15;89:18;143:6,6;
  198:23
**sheep (6)**
  41:20;43:8;51:17;
  87:10;102:18;112:16
**sheer (1)**
  88:6
**sheez (1)**
  37:23
**Sheldon (3)**
  169:5,10,10
**Sheriff (25)**
  192:2,6;193:7,23;
  194:12,20;196:7,11,18;
  198:6,16;200:4,8;
  201:24;204:2,16,17;
  205:4;207:11,19;
  209:12,14,17,21;211:3
**sheriffs (11)**
  191:20;192:1;197:3,
  15;198:6,10;201:23;
  202:18;207:17;210:15,
  18
**sheriff's (5)**
  13:25;24:2;164:6;
  192:16;195:20
**shipped (1)**
  188:24
**shock (3)**
  89:6,8,12
**shocked (9)**
  88:18;110:20;118:3,
  6,7;138:5;167:1,1,3
**shocking (4)**
  107:14;110:11,12,13
**shook (2)**
  52:13,16
**shop (1)**
  46:11
**shops (4)**
  46:8,17;47:8;48:5
**show (35)**
  19:1,6;41:16;58:23;
  59:5;83:22,25;95:6;
  96:18;98:17,20;99:6,
  16;100:13;101:21;
  102:17,18,19,23,23;
  103:11;111:13;125:3;
  132:8;145:1,23;146:2;
  153:11;164:2;177:8;
  192:14,17,22;195:4,20
**show- (1)**
  100:18
**showed (4)**
  84:23;87:22;92:25;
  100:17
**showing (5)**
  41:17;60:5;97:12;
  98:22;125:3
**showmanship (18)**
  97:5,7,10,10,14,19;
  98:4,5,18,19;99:9,19;

  100:12,21;102:22;
  106:21;122:21,22
**Showmanship's (1)**
  97:11
**shown (2)**
  99:17;108:14
**shows (8)**
  98:25;99:1;101:8;
  122:4,5,6,8,17
**shut (1)**
  157:20
**side (4)**
  116:15;137:12;
  147:23;221:17
**side- (1)**
  80:6
**sifted (11)**
  110:25;111:1,4,10,
  19;112:1,8;186:19,21;
  188:16;189:8
**sightly (1)**
  50:21
**sign (1)**
  171:20
**signed (5)**
  62:9;184:3,8,10,20
**signify (1)**
  96:23
**signing (3)**
  61:9,10;62:9
**Silva (14)**
  5:6,22;6:14;68:11;
  113:18;114:18;131:22;
  159:6;174:4,15;177:9;
  179:19;182:17;190:11
**Silva's (1)**
  142:21
**similar (3)**
  40:1;55:12;178:20
**simply (4)**
  30:6;154:18,20;
  195:19
**sincerity (1)**
  155:2
**Siri (1)**
  153:13
**sit (1)**
  69:14
**situations (1)**
  186:19
**six (4)**
  20:17;24:23;46:16;
  127:9
**Sixty-something (1)**
  69:10
**size (5)**
  9:22,25;21:8;97:22;
  115:20
**skinning (1)**
  50:23
**slaughter (5)**
  50:14;184:6;185:10;
  189:7;209:8

**slaughtering (1)**
211:12
**slept (1)**
138:18
**slightly (4)**
44:4;147:8;200:9,10
**slip (6)**
46:25;47:23,25,25;
48:1,23
**slipped (1)**
91:19
**Slow (2)**
12:21;15:9
**slower (1)**
8:24
**small (1)**
156:19
**smaller (1)**
21:10
**smoke (3)**
134:7,21,21
**soccer (1)**
82:23
**social (3)**
31:23;154:1;199:3
**sold (9)**
38:12;45:24;46:4;
103:1;170:16;186:5,6,
24,24
**some- (1)**
62:23
**somebody (19)**
23:21;42:24,24;
46:10;61:15;87:17;
103:9;104:20;146:23;
150:3;158:6;182:2;
190:20;192:5,6;199:7;
214:23,23;215:6
**somebody's (1)**
112:10
**somehow (2)**
189:25;219:9
**someone (21)**
11:10,12;13:2;17:23;
65:24;87:18,23;
110:14;111:8;114:2;
127:22;128:2,4,5;
150:4;154:15,22;
167:3;171:10;193:24;
199:13
**someone's (1)**
101:10
**Something's (1)**
112:9
**Sometime (7)**
27:7,16;82:19;
123:13;136:18;167:14;
192:10
**sometimes (3)**
8:19;40:12,13
**somewhat (2)**
144:23;171:12
**somewhere (14)**

27:10;33:5,7;60:5,
17;86:8;87:7;115:10;
123:23;145:1;146:6;
159:10;179:6;213:21
**soon (9)**
86:1;102:17,23;
110:1,3;141:18;
146:18,18;191:1
**sooner (1)**
147:1
**Sorry (46)**
7:9;14:6;16:9;18:1,
19;26:17;30:8,22;
35:20;36:9;37:23;
50:22;51:13;52:14;
61:11;63:8;69:22;
70:11;72:23;74:6;
80:23;86:12;100:4,22;
109:14;112:4;121:22;
127:15,25;130:4;
133:11;135:10;139:25;
142:23;149:1;153:2;
163:4;169:11;182:14;
187:8,19;193:3;
201:17;205:23;206:11;
212:7
**sort (6)**
33:14;63:6;71:12,15;
107:22;190:8
**sorted (1)**
85:1
**sorts (4)**
48:25;71:15;106:13;
190:10
**sound (4)**
25:11,15;83:16;90:2
**sounds (2)**
5:23;80:15
**south (1)**
54:11
**southeast (1)**
36:16
**Southern (1)**
36:19
**space (7)**
59:23;60:13,15;
62:17;97:18;134:18;
185:7
**spam (2)**
70:22;71:2
**spams (1)**
201:8
**spatially (1)**
162:11
**speak (8)**
8:24;10:6;63:8;
74:11;90:7;131:22;
139:18;144:1
**speaking (8)**
5:16;8:23;55:24;
92:2,4;139:6,18;
162:14
**special (1)**

110:15
**species (1)**
97:17
**speculate (2)**
60:22;208:3
**speculating (2)**
61:23;208:6
**speculation (1)**
183:20
**spell (4)**
7:19;16:4;17:20,23
**spelling (2)**
7:16;17:25
**spent (1)**
87:14
**split (1)**
51:20
**spoke (20)**
90:23;92:23;93:8;
113:10;114:15;117:17,
18;124:20;126:1,12;
130:1;131:22;135:14;
138:5;143:16;161:14;
162:2,5;173:2;180:6
**sponsors (1)**
19:2
**spread (1)**
220:8
**spring (5)**
19:25;20:1;27:10,16;
29:11
**staff (1)**
41:21
**stalling (2)**
41:22,23
**stamp (1)**
145:14
**stamped (1)**
177:14
**standards (1)**
171:9
**standing (2)**
116:17;162:9
**start (8)**
5:16;37:19;44:25;
93:13,13,15;103:20;
120:15
**started (5)**
32:23;39:1;85:24;
94:23;157:17
**starts (4)**
96:4,7,8;168:21
**State (25)**
5:4;7:4;39:2,8,10;
56:11;65:7;66:2;95:17,
19;127:12,13,16,17,17,
20;171:5;190:1,4,16,
17;203:9,11,12;209:17
**state's (2)**
172:14;190:2
**stationary (1)**
56:16
**status (3)**

109:21;121:6;210:22
**statute (3)**
163:20;164:15,22
**stay (2)**
56:15;111:3
**stayed (3)**
84:16;93:3,4
**steaks (1)**
46:13
**stealing (1)**
162:23
**steer (1)**
25:9
**Stephanie (2)**
204:25;207:22
**stick (3)**
34:9;176:13,20
**sticks (2)**
176:21;179:5
**still (31)**
6:13;10:21,23,23;
14:17,20;15:3;36:20;
44:24;50:20;59:19;
63:20;64:15;69:8,12,
12;78:4;99:5;100:15;
101:7;118:11;120:19;
138:3;140:13;143:18;
171:22;172:25;187:7;
189:25;213:9,17
**stipulation (1)**
55:12
**stipulations (1)**
55:11
**stipulation's (1)**
54:4
**stock (1)**
18:25
**stole (1)**
167:3
**stolen (3)**
163:17;166:22;167:9
**stomach (1)**
24:8
**stop (7)**
103:25;104:2,7,9;
163:1;221:3,4
**stops (1)**
103:24
**story (2)**
77:19;220:8
**strike (6)**
81:6;83:20;84:9;
161:11;182:14;186:18
**struggling (1)**
127:23
**stuck (2)**
148:11;182:1
**students (1)**
37:11
**stuff (11)**
20:2;29:24;36:22;
45:16;57:7;70:24;
97:18;107:23;133:10;

135:2;161:25
**sub- (1)**
38:3
**submitted (1)**
12:12
**subsequent (1)**
38:4
**subsequently (1)**
99:16
**substance (1)**
178:20
**Substantially (1)**
28:10
**substantively (1)**
51:3
**successful (1)**
186:8
**suck (1)**
109:16
**sufficient (1)**
146:7
**suggested (1)**
25:25;210:10,12
**suited (1)**
29:2
**summarize (1)**
5:20
**Sunday (10)**
84:14;133:4;136:18;
138:14;139:19;140:18;
161:12,17;167:14,15
**Sundays (1)**
141:21
**superintendent (1)**
23:22
**superior (1)**
18:14
**supervisors (1)**
143:6
**suppose (2)**
62:23;63:2
**supposed (2)**
66:13;212:23
**sure (77)**
6:18;9:3,7,9;11:16;
13:23;20:6;22:8;28:25;
31:5;34:10;42:2,10;
44:1;47:12,12;53:10;
54:4,6;55:17;57:5,25;
61:15;66:4,22;76:10;
81:7;83:17;84:2;93:17;
98:10;102:6;111:6;
119:13;122:6,8,11;
123:1,4;124:11,12;
134:13;135:17;136:1,
15;137:11;139:8,20,
25;140:9;142:9,14;
143:19,20,21,24;
150:25;153:6;154:6;
159:7;168:18;170:23;
180:15;182:25;192:21;
193:2,4,4;197:25;
198:11;206:2;212:21;

213:11;215:20;216:17,
18;220:1
**surname (1)**
121:1
**survived (1)**
24:13
**suspected (3)**
107:12;140:22;156:3
**suspicion (2)**
140:24;158:25
**suspicions (1)**
140:16
**sustainable (2)**
21:11,16
**swine (6)**
97:8;99:10,11,12,14;
102:22
**switch (1)**
82:4
**switched (1)**
13:5
**sworn (2)**
5:8,11
**syntax (1)**
12:17
**system (1)**
15:5

**T**

**t- (1)**
196:1
**table (2)**
9:22,25
**tablet (1)**
72:15
**tag (6)**
47:4;48:3,15,20;
86:24;87:7
**tags (16)**
53:15;56:18,18,20,
21;212:19,20,24;213:1,
1,3,4,24;214:1,3,4
**Tahoe (1)**
36:17
**talk (12)**
8:17;11:25;80:11,25;
90:21;119:20;130:23;
139:20;159:5;219:21;
220:2,4
**talked (26)**
27:11,12;74:17;
119:18;125:8;129:8;
139:21,25;144:8;
147:6;161:20,23;
176:4;193:14;194:7,
12,14;196:16;197:17,
20;204:2,17;207:11,
15;209:1,9
**talking (21)**
22:20;30:8;52:4;
74:2,9;88:13;93:6;
109:24;157:20;159:11;

164:3,8;167:12;
190:20;193:20;198:5;
204:21;208:21,22;
209:14,21
**talks (1)**
204:3
**tall (1)**
116:25
**tape (1)**
9:22
**tasks (1)**
54:7
**tax (1)**
104:23
**teach (3)**
183:10,14,18
**teacher (2)**
55:7,9
**teachers (1)**
38:16
**tech (1)**
72:7
**technical (1)**
20:16
**Technology (1)**
69:4
**teenager (1)**
36:4
**Tehama (6)**
16:3,4,7,8,9,11
**T-E-H-A-M-A (1)**
16:5
**telling (3)**
156:8;177:2;179:3
**temporarily (1)**
162:12
**temporary (5)**
25:6,17;27:24;
121:14;206:15
**ten (5)**
23:12;24:19,20;
32:18;38:8
**term (15)**
20:16;50:25;51:2,9;
52:21,24;53:10;80:16,
16;111:20,22;112:1;
122:19;131:19;143:22
**terms (17)**
51:14;58:21,22;
71:23,24;72:2;74:24;
75:5;76:4,23;80:7;
97:21;98:13;103:1;
161:7;183:21;209:22
**terrible (1)**
109:16
**testified (11)**
5:11;8:10;23:24;
24:4;44:16;70:16;
138:4;193:22;194:5;
201:11;217:25
**testify (1)**
15:1
**testimony (12)**

10:21;11:1,4,8,11,
18;12:11;15:19,22;
30:7;78:14;141:8
**Texas (1)**
34:6
**texted (9)**
108:9;109:12,20;
110:9;113:5;130:21;
145:3;198:14;219:3
**texting (5)**
108:2;130:20;
147:22;214:21;219:4
**texts (21)**
66:19;68:7,24;69:17;
73:4;80:4;119:2;130:9,
12,14,17,24;131:1,4,
17,19;144:4;167:23;
191:12;194:19;219:2
**Thanks (1)**
201:10
**Thanksgiving (1)**
10:11
**That'd (1)**
130:2
**thee (1)**
125:18
**theft (2)**
163:24;168:3
**thenabouts (1)**
113:25
**thereabouts (3)**
78:10;115:17;214:18
**Thi (1)**
13:23
**thinking (3)**
62:13;64:23;90:14
**third (3)**
80:5;86:1;157:4
**Thomas (2)**
109:15;121:2
**thorough (1)**
80:12
**though (25)**
10:18;11:16;12:16;
21:21;31:16;40:10;
55:1;61:4;75:8;99:2,
20;123:10;130:14;
133:14;139:7;141:19;
146:25;169:22;171:3,
21,23;172:22;186:17;
212:14;216:13
**thought (32)**
17:24;25:11,14;30:8;
66:8;67:3;68:3;70:18;
88:1,3,7,18;99:20,25;
117:22;140:17;150:21,
21,22;151:3,8,15,22;
157:12;160:6;166:23;
167:8;181:19;194:4,
18;204:7;209:16
**thoughts (1)**
45:7
**thousand (1)**

90:10
**threatening (2)**
32:23;34:4
**three (28)**
23:2,4;25:3,4;40:15,
18,19,20;65:20;70:2;
86:14,14;88:14;89:10;
109:18;113:4;114:3;
115:3;127:3,4,5,10;
179:1;181:22;182:7,
16;208:15;213:22
**threw (1)**
213:19
**throughout (3)**
19:11;90:24;196:13
**throw (2)**
163:20;214:2
**throwing (2)**
58:19;62:4
**thrown (3)**
73:19;213:5,18
**throws (1)**
103:9
**thumbs (1)**
206:17
**Thursday (3)**
102:22;146:22;
195:17
**ticking (1)**
172:25
**tight (1)**
203:25
**till (14)**
37:7;46:12;74:12;
84:13;85:11;95:1;
114:10;138:16,18;
146:21,22;196:14;
203:11;204:2
**timing (1)**
56:1
**title (4)**
18:1;53:11;142:14;
170:19
**today (15)**
5:24;6:5,15;11:8,18;
13:4;14:23;15:6,19,22;
90:12;144:21;168:13;
203:25;221:3
**together (1)**
44:19
**told (32)**
8:15;31:6;35:9;41:9;
115:6,23;117:13,18;
156:10,13;158:6,8;
159:14;164:21;175:2,
16;176:9;182:2;183:3,
4,5;193:23,24;195:1;

198:4,11;202:12,25;
212:25;218:11;219:16,
18
**tomorrow (2)**
118:20;204:2
**toner (1)**
180:12
**took (23)**
19:25;28:6;63:17;
140:17;142:5;146:20,
21,22;150:8,10;156:8,
10,10,12,13,24;157:1,
4,5,6,7;178:19;187:8
**top (2)**
177:19,21
**topic (1)**
126:9
**total (1)**
187:11
**touch (2)**
201:5;204:8
**towards (1)**
62:25
**town (2)**
52:19;55:1
**track (2)**
77:8;82:7
**trade (2)**
19:1,6
**trail (3)**
47:22;216:19;221:21
**trailer (2)**
84:18;92:8,20;93:1;
131:25;134:15,15
**trained (3)**
112:15;170:20;
172:17
**training (5)**
165:1,4,7,9,12
**transcribe (1)**
9:10
**transcript (3)**
221:12,15,16
**transfers (1)**
170:19
**transpired (2)**
63:10;132:20
**trees (3)**
36:22,25;155:5
**trial (2)**
8:11;11:6
**trick (1)**
160:20
**tried (6)**
65:23;71:3,21;
125:20;161:15,15
**truck (2)**
84:23;138:8
**trucking (2)**
53:17;57:3
**trucks (6)**
44:13;45:9;85:13;
113:24;118:11;189:11

**truth (1)**
    10:24
**truthfully (1)**
    126:8
**try (14)**
    6:15;8:18,25;15:13;
    70:16;86:2;91:11,15;
    93:20;147:2;160:10;
    214:6,8;220:6
**Trying (28)**
    13:1;21:3;34:7;
    44:12;47:12;55:25;
    57:4;61:14,18;98:1;
    103:8;107:24;114:13;
    117:2;125:25;127:21;
    128:6;129:14,18;
    132:7;136:7;151:23;
    160:23;168:20;175:23;
    183:18;185:6;193:11
**Tuesday (3)**
    191:23,25;192:11
**Tulare (5)**
    124:25;125:10,11,
    13,15
**turn (1)**
    66:11
**turned (1)**
    93:5
**Twelve (3)**
    17:3;36:5,5
**Two (35)**
    32:8,9;34:4,8,9,12;
    36:15;44:19;51:20;
    63:23,24;70:2;71:19,
    23;82:7;92:3;97:13;
    127:10;128:16;134:6;
    144:7,9;156:10,13,21,
    24;157:7,19,24,25;
    158:24;177:20,21;
    180:4;200:13
**type (4)**
    29:7,9;159:16,18
**typed (1)**
    131:16
**typo (1)**
    201:11

**U**

**UC (1)**
    40:1
**Uh (2)**
    47:21;207:8
**ultimately (2)**
    142:24;186:7
**Um (3)**
    48:3;127:12;189:6
**under (5)**
    10:23;14:19,20;
    120:19;211:2
**Understood (11)**
    6:21;11:8;14:19;
    22:13;29:9;103:18;

106:6;124:3;164:8;
    169:23;170:5
**undertake (1)**
    71:16
**undertaken (1)**
    220:8
**undertaking (3)**
    42:1;43:11;80:12
**unique (1)**
    110:15
**University (2)**
    39:8,10
**unknown (2)**
    121:2,2
**unless (5)**
    31:12;56:9;71:2;
    110:24;147:20
**up (73)**
    11:9;16:14,15;20:20,
    22;35:12,16;36:9;
    38:18;41:20,21;42:16;
    44:13,14;45:8;49:21,
    25;50:25;53:13,16;
    54:12,22;57:7;58:24;
    77:2,6,14;80:6;84:23;
    85:25;86:18;87:22;
    91:19;92:14,25;94:11;
    97:16;103:11;104:24;
    117:1;118:15,22;
    129:22;136:23;138:22,
    25;139:13;140:6;
    144:16;145:6;152:3,
    10,12;154:4,11;161:7;
    162:25;164:4;167:8;
    173:10;183:10,16;
    184:3,8,10,20;187:22;
    191:7;192:22;206:17;
    208:14;214:6;219:25
**update (1)**
    106:11
**updated (2)**
    201:11,19
**upkeep (1)**
    41:2
**upon (5)**
    32:21;35:1,2;158:24;
    172:11
**upside (1)**
    152:25
**use (13)**
    6:19;9:21;34:1;
    48:19;52:2;68:16,17;
    72:13;75:18;77:11,14;
    83:3;147:10
**used (14)**
    11:6;47:20;71:19;
    72:16,18;81:13;
    110:11,12;122:19;
    131:19;139:15;166:25;
    198:17;220:12
**using (8)**
    13:4;24:5;68:1,20;
    70:14;72:17;145:9;

149:5
**usually (12)**
    48:3,16,18;49:3;
    53:2,4;85:1;93:20;
    112:11;173:19;188:23;
    189:12

**V**

**vagrants (1)**
    116:22
**vague (1)**
    161:20
**vaguely (1)**
    171:13
**Valley (3)**
    17:7,9;86:18
**value (1)**
    104:24
**Vanessa (2)**
    5:2,17
**varies (1)**
    42:10
**variety (1)**
    112:9
**various (1)**
    194:11
**Vegas (1)**
    36:13
**verbal (7)**
    9:3,4;181:23;182:2,
    22,24;183:1
**verbally (1)**
    182:21
**verbatim (1)**
    178:8
**verify (1)**
    220:23
**version (2)**
    96:15,19
**versus (1)**
    137:2
**vet (2)**
    112:23;187:2
**vet's (1)**
    187:1
**video (5)**
    101:7;221:12,15,16,
    21
**VIDEOGRAPHER (19)**
    13:9,13,17;14:9,13;
    25:12;75:20,24;
    108:20,24;109:3;
    119:9,13;120:9,14;
    149:3;158:15,19;
    221:18
**videos (1)**
    221:20
**Videotaped (1)**
    221:23
**violation (1)**
    164:22
**voice (2)**

32:7,11
**voice- (1)**
    32:25
**voicemails (2)**
    32:18;107:18
**volunteered (1)**
    38:5
**volunteering (1)**
    58:22
**volunteers (4)**
    19:4;59:2,12;121:15

**W**

**Wait (2)**
    14:9;204:3
**waiting (11)**
    12:23;119:19;161:2,
    3,4;205:4;207:17,19,
    23;209:12,23
**walked (1)**
    172:6
**wall (1)**
    215:7
**wants (1)**
    69:14
**warm (1)**
    94:1
**warrant (6)**
    146:1,8,9;149:8;
    202:23,23
**water (2)**
    94:14;108:18
**way (31)**
    38:7;46:12;54:5,14;
    63:24;66:5;69:2;77:15;
    81:5;87:21;97:7;98:14;
    115:25;133:21;162:20,
    21;163:6;166:2,4;
    171:16;174:9;176:11,
    23,25;177:2,3,4,4;
    184:11;192:25;207:3
**Wednesday (10)**
    102:19;146:22;
    192:11;194:17,20,21;
    195:16,19,25;196:9
**week (10)**
    18:24;41:21;44:12;
    58:24;116:7;138:16;
    139:16;192:3,11;
    206:13
**week-long (1)**
    18:24;19:7
**weeks (4)**
    82:8;126:13;128:11;
    216:12
**weigh-ins (1)**
    53:15
**weight (2)**
    122:10,13
**welcome (1)**
    85:20
**weren't (3)**

31:21;88:5;114:24
**whatnot (1)**
    150:14
**What's (5)**
    51:4;103:24;167:22;
    189:22;213:2
**whenabouts (2)**
    167:11,13
**whenever (2)**
    96:8;139:2
**Whereupon (6)**
    13:15;14:11;75:22;
    109:1;120:12;158:17
**white (1)**
    102:3
**whole (11)**
    19:2;20:17;33:24;
    41:19;51:20;58:24;
    103:5;136:18;143:2;
    184:3;188:3
**who's (4)**
    46:4;74:5;161:3;
    199:17
**whose (1)**
    124:24
**wide (1)**
    116:16
**wife (3)**
    22:2;39:7;213:21
**Wikipedia (2)**
    152:20;153:17
**willing (2)**
    38:20;57:6
**window (1)**
    208:19
**wintertime (1)**
    21:24
**wire (1)**
    116:21
**wish (1)**
    51:13
**wishing (1)**
    32:21
**Within (8)**
    97:4;126:5,13;
    157:19,23,24,25;
    208:19
**without (1)**
    6:4
**witness (17)**
    5:5,13;15:11;16:19;
    29:6;51:9;70:10;74:5;
    125:6;135:22;163:5;
    164:18;183:24;197:10;
    205:18;208:5;221:1
**woman (4)**
    153:11,18;155:1;
    204:23
**women (9)**
    86:15;88:14;107:18;
    109:11,11,18;113:4;
    114:3;115:3
**wonder (2)**

13:3,6
**wondering (5)**
126:17;148:7;
152:24;172:7;192:15
**word (8)**
32:14;41:11;47:20;
110:11;166:25;171:3,
14;220:12
**worded (1)**
105:3
**words (4)**
12:17;89:5;129:15;
136:7
**work (26)**
19:19;22:24;24:17;
29:1,6,7,9,21;39:24;
46:6;56:1;66:20,25;
67:3,4,11,15;71:6;81:8,
14;83:3;89:11;119:9;
122:7;123:3;163:6
**worked (12)**
23:8,11;25:1;26:21;
39:9;44:19;86:4,17,17;
88:11,15;126:15
**workers (1)**
121:14
**working (11)**
19:12;69:8;89:17;
125:2,3;127:1,8;
155:17;159:1;197:3,15
**workload (1)**
134:25
**Work-related (1)**
69:21
**worried (1)**
117:15
**worries (1)**
129:2
**worry (2)**
38:2;107:6
**worth (2)**
105:24,25
**Wow (2)**
94:4;114:12
**write (2)**
8:20;35:11
**write-off (1)**
104:23
**writes (4)**
183:9;206:12;
208:13;212:18
**written (3)**
60:16;61:21;164:6
**wrong (9)**
11:2;17:25;69:4;
112:10,12;151:13;
180:8;194:6;215:25
**wrote (1)**
212:5

## Y

**year (42)**

19:11;23:5;24:17;
25:3,4;26:4,8,25;27:2,
17,18,20;28:11;31:9,
14,17,18;37:19;40:16;
42:10;56:2;58:1;63:12,
19;64:1;78:9,15;82:17;
90:3;93:19,21;95:16,
16;97:5;105:21;107:2,
2;125:5;139:16,16;
198:19
**yearly (1)**
106:11
**year-round (1)**
31:5
**years (39)**
20:17;23:12,15;
24:19,20,23,23,24;
25:1;28:12;35:19,23;
36:8;37:12,21;38:8;
56:11;58:1;59:6;63:13,
18,23,25;64:7,11,19,
20,23;65:20;66:8;
89:16,16;95:14;97:4;
98:9;115:23;116:19;
189:11;220:16
**Yep (1)**
94:25
**Yesterday (10)**
5:22;15:2;24:14;
32:6;45:5;70:13;73:24;
177:14;183:7;187:21
**you- (1)**
64:9
**younger (1)**
37:5
**youth (2)**
183:10,15
**Ys (1)**
205:13

## Z

**Zoe (5)**
152:24,25;153:13;
154:1,16

## 0

**01 (1)**
39:9
**03 (1)**
39:9
**05 (1)**
25:18

## 1

**1 (1)**
120:11
**1.2 (1)**
40:23
**1:00 (2)**
138:16,17

**1:21 (1)**
158:18
**1:25 (1)**
158:18
**10 (2)**
63:18;120:6
**10:00 (1)**
114:5
**10:16 (2)**
13:14,16
**10:21 (2)**
13:16,18
**10:22 (2)**
14:10,12
**10:23 (2)**
14:12,14
**100 (1)**
94:2
**1024 (1)**
81:25
**107 (1)**
94:2
**11:00 (2)**
114:5,6
**11:00-ish (1)**
86:8
**11:20 (2)**
75:21,23
**11:30 (4)**
75:23,25;86:8;202:5
**115 (1)**
94:6
**11th (6)**
206:6,9,18,21;
207:12;209:5
**12 (7)**
17:1,2;36:6;37:7;
63:18;93:5;120:6
**12:00 (1)**
114:6
**12:00-ish (1)**
86:8
**12:08 (2)**
108:25;109:2
**12:13 (2)**
109:2,4
**12:21 (2)**
168:25;169:12
**12:26 (2)**
120:10,13
**12:30 (1)**
118:21
**12:40 (2)**
120:13,15
**12:41 (2)**
169:13;174:22
**13 (2)**
16:25;177:14
**1300 (1)**
90:10
**1321 (1)**
158:16
**1325 (1)**

158:20
**14:32 (1)**
221:22
**15 (2)**
56:10;86:17
**1500 (1)**
90:10
**17 (2)**
108:21;145:14
**18 (6)**
23:1;24:21,25;25:18;
37:9;171:11
**190- (1)**
40:25
**1900s (1)**
40:25

## 2

**2 (2)**
6:6;120:16
**2:00 (1)**
197:12
**2:32 (1)**
221:23
**20 (6)**
26:9,12,15;28:12,13,
13
**200 (1)**
21:13
**2001 (1)**
39:3
**2018 (3)**
24:25;26:4;57:12
**2022 (10)**
29:11;41:10;59:23;
81:3,17;83:12;84:3;
120:24;126:14;214:14
**209-678-1265 (2)**
124:4,5
**20-ish (1)**
83:14
**21 (8)**
23:4;26:6,7,11,12,
15;28:12,20
**22 (3)**
23:1;58:1;68:10
**24 (1)**
138:22
**25 (2)**
89:16,16
**250 (4)**
21:13;22:4;23:19;
24:16
**25th (10)**
83:16,18;84:5,8;
120:24;191:24;206:20,
21;207:12;208:15
**26th (4)**
191:24;192:14,18,19
**27th (13)**
5:4;22:20;129:20;
143:7;146:9,15;

157:15;168:25;169:12;
174:6;178:3,9;191:24
**28th (12)**
148:6;180:25;
182:15;191:19,23;
208:17;209:7;211:21;
212:2,4,12,16
**29th (3)**
181:2;194:17;201:15

## 3

**3:00 (2)**
114:11;197:12
**30 (2)**
89:16;173:20
**31st (3)**
31:1;214:13,14

## 4

**4:00 (4)**
93:22,22;114:11;
138:25
**45 (1)**
87:6
**487- (1)**
163:23
**487a (1)**
163:23
**4964 (1)**
201:7
**4-H (44)**
35:15,17;36:1,3;
37:3,3,5,7,8,17,20;
38:6,11;41:7;44:21;
52:19;53:2,4,17,20,23;
54:7,8,14;55:1,25;
57:18;58:2,4,16,17;
61:6;62:1,2,3;85:14,15,
15;88:25;98:12;
102:10,10;117:22;
163:8

## 5

**5:00 (8)**
93:20,22;95:1;
138:16,17,25;139:1;
188:24
**5:33 (1)**
214:15
**5:41 (1)**
178:9
**50 (3)**
21:3,5,20
**500 (2)**
90:8;122:11
**51 (1)**
101:22
**518-1024 (1)**
81:24
**530 (4)**

81:24;83:1;123:18;
201:6
**540 (2)**
90:9;184:9

**99 (1)**
189:1
**9th (3)**
59:22;201:17,21

---

**6**

**6 (1)**
177:14
**6/25 (1)**
83:21
**6/28 (1)**
148:14
**6/29 (4)**
194:4,11;197:6,12
**6:00 (1)**
93:23
**6:16 (1)**
148:6
**60-something (1)**
69:9

---

**7**

**7:13 (1)**
201:17
**701-4890 (1)**
123:18
**76 (3)**
37:21,25;38:1
**776-4964 (1)**
201:6

---

**8**

**8 (2)**
23:1;209:7
**8:00 (4)**
93:16,17;94:24;
138:18
**803-3277 (1)**
83:1
**85 (2)**
37:23,24
**8954 (1)**
221:21

---

**9**

**9 (2)**
84:24;201:16
**9:00 (3)**
93:16;94:24;113:24
**9:00-ish (2)**
162:10,15
**9:30 (2)**
85:5,13
**90 (2)**
89:24;115:16
**95 (2)**
37:21;39:1
**98 (2)**
39:1,2