-
RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF RYAN GORDON IN SUPPORT OF MOTION TO MODIFY THE COURT ORDER RE MINOR'S COMPROMISE (ECF No. 113)**<br><br>Date: Tuesday, March 11, 2025<br>Time: 1:30 pm<br>Courtroom: 4, 15th Floor<br><br>Trial Date: TBD<br><br>Action Filed: August 31, 2022 |

**DECLARATION OF RYAN R. GORDON**

I, Ryan R. Gordon, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration and if called as a witness could and would competently testify thereto. I am an attorney licensed to practice law in the State of California, as well as the U.S. District Courts for the Eastern and Central Districts of California. I submit this declaration in support Plaintiff E.L.'s Motion to Modify the Court Order Re Minor's Compromise (Ecf No. 113)

2. I am attorney of record for Plaintiff Jessica Long ("Mrs. Long") and her minor daughter, Plaintiff E.L. (collectively, "Plaintiffs").

3. This motion concerns the settlement Plaintiffs entered into with Defendants the County of Shasta, the Shasta County Sheriff's Department, Lieutenant Fernandez, Detective Duncan, and Detective Ashbee (collectively, the "County Defendants"). Plaintiffs have not settled with the remaining Defendants in this case.

4. Because the instant motion seeks modification of the minor's compromise between Plaintiffs and the County Defendants, on or about January 31, 2024, I met and conferred with Damian Northcutt, counsel for the County Defendants. He represented to me that he has no objection to the orders sought by this motion.

5. The defendants remaining in this case are unaffected by this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of February, 2025, at Dana Point, California.

**Ryan Gordon**

DECLARATION OF RYAN GORDON IN SUPPORT OF MOTION TO MODIFY COURT ORDER