RYAN R. GORDON (SBN 278414)
VANESSA T. SHAKIB (SBN 287339)
**ADVANCING LAW FOR ANIMALS**
407 N. Pacific Coast Highway #267
Redondo Beach, CA 90277
Tel: (202) 996-8389
rgordon@advancinglawforanimals.org
vshakib@advancinglawforanimals.org

DANIEL J. KOLDE, ESQ.
**LAW OFFICES OF DANIEL J. KOLDE**
P.O. Box 440344
St. Louis, Missouri 63144-9998
Tel: 636.675.5383
Email: daniel.kolde.law@gmail.com
(*pro hac vice application to be filed*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| E.L., a minor, by and through her general guardian, JESSICA LONG; JESSICA LONG, an individual,<br><br>Plaintiffs,<br>v.<br>LIEUTENANT JERRY FERNANDEZ, in his individual capacity; DETECTIVE JACOB DUNCAN, in his individual capacity; DETECTIVE JEREMY ASHBEE, in his individual capacity; SHASTA DISTRICT FAIR AND EVENT CENTER, a district agricultural association; COUNTY OF SHASTA; SHASTA COUNTY SHERIFF'S DEPARTMENT; MELANIE SILVA, in her individual and official capacity; BJ MACFARLANE, in his individual and official capacity; KATHIE MUSE, in her individual and official capacity, and DOES 1 through 10, | Case No. 2:22-cv-01527-DAD-AC<br><br>**DECLARATION OF JESSICA LONG IN SUPPORT MOTION TO MODIFY THE COURT ORDER RE MINOR'S COMPROMISE (ECF No. 113)**<br><br>Date: March 11, 2025<br>Time: 1:30 pm<br>Courtroom: 4, 15th Floor<br><br>Trial Date: March 24, 2025<br><br>Action Filed: August 31, 2022 |

ADVANCING LAW FOR ANIMALS

i
DECLARATION OF JESSICA LONG IN SUPPORT OF MODIFYING COURT ORDER

## DECLARATION OF JESSICA LONG

I, Jessica Long, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration and if called as a witness could and would competently testify thereto. I submit this declaration in support Plaintiff E.L.'s Motion to Modify The Court Order Re Minor's Compromise (ECF No. 113).

2. I am a Plaintiff in this matter and have been appointed guardian ad litem by this Court for my minor daughter, Plaintiff E.L., as of January 17, 2023. ECF No. 13.

3. As this Court knows, Plaintiffs settled their claims in this matter with Defendants the County of Shasta, the Shasta County Sheriff's Department, Lieutenant Fernandez, Detective Jeremy Ashbee, and Detective Jacob Duncan (collectively, the "County Defendants"). Our case, however, proceeds against the defendants remaining this case.

4. With respect to the portion of the settlement this Court approved for E.L., in September 2024, my husband and I engaged the firm of Amicus Settlement Planners, LLC to come up with the most advantageous tax effective strategy for E.L.'s settlement funds. That firm consists of both attorneys and accountants and are specialists in settlements. They were very informative on these issues and have assisted my family greatly.

5. As both the GAL for E.L., and as her mother, the strategy we all agreed to was to have E.L.'s settlement proceeds fund an annuity for her benefit that would pay out when she is 18.

6. E.L. was involved in selecting this option.

7. A true and correct copy of the annuity policy Plaintiffs wish to fund for E.L., from her settlement funds, is attached as Exhibit A to the concurrently filed Declaration of Bryce Maxwell.

8. As I understand it, this particular annuity is projected to grow E.L.'s settlement to somewhere between approximately $92,000 to nearly $110,000 by the time it starts paying out to E.L..

9. Funding this annuity was the plan at the time Plaintiffs filed their motion to approve the minor's compromise. ECF No. 110. That is why in my last declaration I requested "approval to

have E.L.'s $65,000 in settlement proceeds from the County Defendants placed in that Trust, where the funds will be held, managed and *invested* on her behalf, with no distribution or benefits to anyone, except E.L. when she reaches eighteen (18) and is granted access at that time." ECF 110-3 at ¶ 14 (emphasis added).

10.  The resulting court order's restriction on "withdrawals" however, precludes the funding of the annuity we had hoped to accomplish for E.L.

11.  I fully support the instant motion on E.L.'s behalf, both as her GAL and her mother. I request the Court to grant authority that E.L.'s funds be permitted to fund the annuity referenced in Exhibit A to the Declaration of Bryce Maxwell. The funds will be secure, they will grow, and they will distributed according to the payment schedule in Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of February, 2025, at Redding, California.

*/s/ Jessica E. Long*
Jessica Long