# EXHIBIT A




## LOCK-IN REQUEST FORM

Please accept the attached quote for funding on or before the purchase date listed below.

| | |
|---|---|
| **CLIENT NAME(S):** | ▇ Long |
| **ASSIGNOR:** | Long Family Settlement Trust |
| **QUOTE DATE:** | 01/17/2025 |
| **PURCHASE DATE:** *(FUNDS MUST CLEAR BANK HOLD AT ASSIGNMENT COMPANY ON OR BEFORE THIS DATE)* | 03/17/2025 |
| **PREMIUM:** | $ 65,000.00 |
| **DESCRIPTION OF CLAIM/DISPUTE:** | Damages under 42 U.S.C. 1983 arising out of violations of the Fourth and Fourteenth Amendments to the U.S. Constitution. |
| **TYPE OF CLAIM/TRANSACTION:** | Non-Qualified |
| **ASSIGNMENT COMPANY:** | United Assignments, SCC through its segregated cell, Class H Cell SP |

Greg Maxwell
_____
**Broker Name**

Bryce Maxwell
_____
**Case Manager Name**

| **BELOW IS HOME OFFICE USE ONLY** | |
|---|---|
| **QUOTE ID NUMBER:** | IS00006370-0001 |
| **DATE OF LOCK-IN:** | 01/17/2025 |
| **LOCK-IN NUMBER:** | IS27588 |



**Independent Life**

| Benefit Number | Payment Amount | Indexed (Yes/No) | Payment Frequency | Duration | Starting Date | Ending Date | Certain Only (Yes/No) |
|---|---|---|---|---|---|---|---|
| 1 | $ 11,807.08 | Yes | annually | 1 Year | 01/15/2031 | 01/15/2031 | Yes |
| 2 | $ 11,575.57 | Yes | annually | 1 Year | 01/15/2032 | 01/15/2032 | Yes |
| 3 | $ 11,348.59 | Yes | annually | 1 Year | 01/15/2033 | 01/15/2033 | Yes |
| 4 | $ 11,126.07 | Yes | annually | 1 Year | 01/15/2034 | 01/15/2034 | Yes |
| 5 | $ 10,907.91 | Yes | annually | 1 Year | 01/15/2035 | 01/15/2035 | Yes** |

** Last Certain Payment

| Specifications | |
|---|---|
| First Payment Update Date: | 03/27/2026 |
| Index: | Franklin BofA World Index |
| Minimum Indexed Benefit Payout: | $ 65,000 |
| Participation Rate: | 141.00% |
| Total Guaranteed Payments: | $ 65,000 |
| Participation Rate Factor: | 0.0409 |
| Measuring Life: | ██ Long |



iStructure Annuity Proposal
IS0000006370-0001
January 17, 2025

**Prepared for:**
█ Long

| Guaranteed by: | Contact: |
|---|---|
|  | Home Office<br>Independent Life<br>Quotes@Independent.life |

## Overview

- Total Premium - **$65,000**
- Total Initial Guaranteed Payments - **$65,000**
- Indexed certain payments from **01/15/2031** until **01/15/2035**
- Indexed certain payment on **01/15/2031** guaranteed to be at least **$11,807**, with an expected range between **$16,496** and **$18,327**
- Expected Totals between **$92,061** and **$109,387**
- Participation Rate - **141%**
- Future payments grow based on the performance of the Franklin BofA World Index

| Expected | Low | 25th | Median |
|---|---|---|---|
| IRR | 4.54% | 6.33% | 6.78% |

## Your Expected iStructure Payments*



Expected Payout: $ 109,387

■ Certain

*Based on the Median historical scenario index performance and stated participation rate of 141.00%

**Welcome to iStructure Annuity™**, the first and only uncapped index-linked structured settlement annuity. iStructure is designed to provide upside potential that exceeds a fixed payout annuity, while still providing protection of your initial principal/premium. How so? iStructure offers uncapped growth of the periodic payment plan you select at settlement, while also providing guaranteed payments that at least protect your initial premium in full (Note: Unless opted out. Please see total guaranteed payments in illustration to confirm selection.).

Annuity payments in the iStructure Annuity are linked to the **Franklin BofA World Index**. The index was developed through the collaborative efforts of leading financial institutions **Franklin Templeton** and **Bank of America**. The Franklin BofA World Index is designed to capture long-term growth through the dynamic use of three asset classes: mid and large cap global equities, U.S. Treasury Futures, and cash. The index's allocation or exposure to these three asset classes is adjusted daily based upon pre-determined factors in the markets, with the primary goal of achieving consistent returns.

The pages that follow in this illustration will show you the power of iStructure and the projected payments and returns over the life of the designed payment plan.

**How do your payments grow?**

Each future payment in your plan has a defined starting amount at inception. These starting amounts can be found on the page titled "iStructure Annuity Payment Starting Points" and can be equal, increasing, or decreasing from one year to the next. No payments can be accelerated or deferred once in place.

1) On each anniversary of your starting index date, the index value will be compared to the previous year's index value to determine how the index performed.

2) If there was **positive growth**, the future payments will grow following the methodology described in detail in the contract.

3) If there was **no growth** or **negative growth** in the index value for the year, each individual payment amount will remain unchanged from its amount entering that year, except perhaps the payment sets starting within the immediately forthcoming year following the methodology described in detail in the contract.

4) This analysis repeats each year until all required payments are made.

**PLEASE NOTE:** if your starting amounts at inception are designed to decrease over time (an allocation strategy known as **"Balanced Growth"**), there is a possibility over the life of your contract that a payment amount may be less than a previous payment amount you received. This decrease does not represent a loss to you, but instead is a function of the decreasing starting amounts. This payment design is intended to provide moderate growth in payments over time, but since the future performance of the index is unknown, there may be times where the payout in a year is less than it was in the prior year. Electing **Cash Flow Stabilization** will reduce or may eliminate the risk of this phenomenon. If you cannot tolerate these occurrences, you may want to consider a **"High Growth"** allocation strategy that will provide lower projected payment amounts early in your contract and much higher but never decreasing projected payments later in your contract.

---

### PRODUCT HIGHLIGHTS

- Uncapped growth of payments
- Return of premium guaranteed (unless opted out)
- Guarantees rise with index growth
- No ongoing fees
- Customized payouts
  o Lifetime
  o Certain Only
  o Lump Sums
- Payments can begin immediately or deferred
- Up to 40 years of indexing available
- Tax-free for qualified cases
- Tax-deferred for all others

---

### COMPANY HIGHLIGHTS (as of June 30, 2022)

- "A" rated by Egan-Jones Ratings Company
- Reinsurance treaty with company "A+" rated by AM Best
- Top-tier capital and surplus ratios in structured settlement market
- Published payee protection policy
- Highly experienced sales support team
- Please visit www.independent.life to learn more

---

### DISCLOSURES

- Please read this illustration in full.
- You are not investing directly in the Franklin BofA World Index.
- To learn more about the index, visit www.independent.life

---



# Independent Life

**iStructure Annuity Quote Details**

| | | | |
|---|---|---|---|
| **Quote Date:** 01/17/2025 | **Index:** Franklin BofA World Index | **Measuring Life:** ███ Long | |
| **Purchase Date:** 03/17/2025 | **Participation Rate:** 141.00% | **Gender:** Female | |
| **Index Start Date:** 03/27/2025 | **Allocation Strategy:** Balanced Growth | **DOB:** 11/05/2012 | |

| Benefit Description | Cost | Total Guaranteed | Historical Lowest | Historical 25th Percentile | Historical Median |
|---|---|---|---|---|---|
| **INDEXED BENEFITS** | | | | | |
| **Period Certain Annuity** – an annual payment amount to be calculated based on the performance of the index and the participation rate, guaranteed for 5 years beginning on 01/15/2031, with the last guaranteed payment on 01/15/2035 | $ 65,000.00 | $ 65,000 | $ 92,061 | $ 105,550 | $ 109,387 |
| **Total** | $ 65,000.00 | $ 65,000 | $ 92,061 | $ 105,550 | $ 109,387 |
| **Internal Rate of Return** | | | 4.54% | 6.33% | 6.78% |

**Prepared By:** Bryce Maxwell

**Quote ID No.:** IS00006370-0001

**Case Type:** Non-Qualified

This proposal will expire on **01/24/2025** or the last date of **IS20250115**, whichever is earlier.



# iStructure Annuity Expected Outcome Ranges



| Certain | Illustrated Scenario | IRR | Total Expected Payments |
|---------|---------------------|-----|-------------------------|
| ———— | Median Historical Scenario | 6.78% | $ 109,387 |
| ———— | 25th Percentile Historical Scenario | 6.33% | $ 105,550 |
| ———— | Lowest Historical Scenario | 4.54% | $ 92,061 |
| ———— | Fixed Rate Structure | 4.13% | $ 89,128 |

Based on historical scenario index performance and stated participation rate of 141.00%
Certain payments are paid to a beneficiary if the Measuring Life has died.

Fixed Rate Structure subject to home office approval



# Independent Life

**iStructure Illustrative Annuity Scenario Comparison**

| Year* | Age⁺ | Starting Payment Date | Frequency | Duration | 0% Index Growth | Historical Lowest | Historical 25th Percentile | Historical Median | vs. | Fixed Rate Structure |
|---|---|---|---|---|---|---|---|---|---|---|
| 2031 | 18 | 01/15/2031 | annually | 1 year | $ 11,807.08 | $ 16,495.71 | $ 19,102.99 | $ 18,327.49 | | $ 17,825.51 |
| 2032 | 19 | 01/15/2032 | annually | 1 year | $ 11,575.57 | $ 18,780.05 | $ 18,775.25 | $ 20,097.58 | | $ 17,825.51 |
| 2033 | 20 | 01/15/2033 | annually | 1 year | $ 11,348.59 | $ 19,304.42 | $ 21,056.30 | $ 22,149.80 | | $ 17,825.51 |
| 2034 | 21 | 01/15/2034 | annually | 1 year | $ 11,126.07 | $ 18,925.91 | $ 22,907.44 | $ 22,995.44 | | $ 17,825.51 |
| 2035 | 22 | 01/15/2035 | annually | 1 year | $ 19,142.69 | $ 18,554.81 | $ 23,707.73 | $ 25,817.09 | | $ 17,825.51 |
| **Total** | | | | | **$ 65,000**\*\* | **$ 92,061** | **$ 105,550** | **$ 109,387** | | **$ 89,128** |

\* Fiscal Year: Ends on the day before the First Payment Update Date or its anniversary
⁺ Age is the age last birthday at the end of the fiscal year
\*\* This is the amount payable under the Minimum Indexed Benefit Payout provision of the annuity contract and all illustrated life contingent payments (if applicable)
Fixed Rate Structure subject to home office approval



# Independent Life

**Franklin BofA World Index Back-Tested Data**

| Year | Lowest Scenario 05/12/2014 - 05/10/2024 | | 25th Percentile Scenario 11/27/2012 - 11/25/2022 | | Median Scenario 07/22/2011 - 07/22/2021 | |
|---|---|---|---|---|---|---|
| | Index Growth % | Policy Credit % | Index Growth % | Policy Credit % | Index Growth % | Policy Credit % |
| 1 | 4.30% | 6.06% | 10.74% | 15.15% | 10.08% | 14.21% |
| 2 | -0.16% | 0.00% | 7.00% | 9.87% | 8.44% | 11.89% |
| 3 | 8.03% | 11.33% | 0.26% | 0.36% | 11.14% | 15.70% |
| 4 | 10.92% | 15.39% | 1.74% | 2.45% | 1.67% | 2.36% |
| 5 | 1.80% | 2.54% | 17.29% | 24.37% | 1.82% | 2.56% |
| 6 | 11.44% | 16.13% | 0.18% | 0.25% | 8.41% | 11.85% |
| 7 | 3.44% | 4.85% | 10.21% | 14.39% | 8.81% | 12.42% |
| 8 | -4.41% | 0.00% | 7.78% | 10.97% | 4.18% | 5.89% |
| 9 | -1.96% | 0.00% | 3.95% | 5.56% | 10.29% | 14.52% |
| 10 | 0.56% | 0.79% | -10.39% | 0.00% | 4.62% | 6.51% |
| **Compound Annual Growth Rate (CAGR)** | **3.27%** | **5.54%** | **4.62%** | **8.07%** | **6.89%** | **9.69%** |

- Compound Annual Growth Rate (CAGR) for the Index Growth % is the constant annual growth rate that grows to the same level as the varying index growth rate over the 10-year period being measured.

- Compound Annual Growth Rate (CAGR) for the Policy Credit % is the constant annual growth rate that grows to the same level as the varying policy growth rate over the 10-year period being measured where the policy growth rate is the index growth rate times the participation rate of 141.00% and not less than 0.00%

- Lowest Scenario represents the worst historical hypothetical index performance

- 25th Percentile Scenario represents 25th Percentile historical hypothetical index performance

- Median Scenario represents 50th percentile historical hypothetical index performance



iStructure Annuity Build-up - 25th Percentile Historical Scenario

**This view shows how the index growth impacts each year of remaining payments.**
**Total Expected payments: $ 105,550**
**IRR: 6.33%**





# iStructure Annuity Payment Starting Points

| Benefit Number | Payment Amount | Indexed (Yes/No) | Payment Frequency | Duration | Starting Date | Ending Date | Certain Only (Yes/No) |
|---|---|---|---|---|---|---|---|
| 1 | $ 11,807.08 | Yes | annually | 1 Year | 01/15/2031 | 01/15/2031 | Yes |
| 2 | $ 11,575.57 | Yes | annually | 1 Year | 01/15/2032 | 01/15/2032 | Yes |
| 3 | $ 11,348.59 | Yes | annually | 1 Year | 01/15/2033 | 01/15/2033 | Yes |
| 4 | $ 11,126.07 | Yes | annually | 1 Year | 01/15/2034 | 01/15/2034 | Yes |
| 5 | $ 10,907.91 | Yes | annually | 1 Year | 01/15/2035 | 01/15/2035 | Yes** |

** Last Certain Payment

| Specifications | |
|---|---|
| First Payment Update Date: | 03/27/2026 |
| Index: | Franklin BofA World Index |
| Minimum Indexed Benefit Payout: | $ 65,000 |
| Participation Rate: | 141.00% |
| Total Guaranteed Payments: | $ 65,000 |

**Independent Life**

**Illustration Disclosures**

**Fixed Indexed Payout Annuity - Hypothetical Illustration**

The purpose of this hypothetical illustration is to demonstrate the effect of hypothetical non-guaranteed growth of this contract's values. This material is not a recommendation to buy, sell, hold, or rollover any asset, adopt a financial strategy or use a particular account type. Clients should work with their financial professional to discuss their specific situation. Please refer to the Statement of Understanding for additional information.

**Illustration Only**

This is an illustration only and designed to help you better understand how the annuity contract you are considering works and how it might look in the future under various conditions. This illustration is not intended to indicate actual performance nor predict future results. This illustration is hypothetical in nature, and you should expect actual payouts to be higher or lower than those shown in this illustration. *See the iStructure Indexed Annuity Statement of Understanding and other detailed documentation provided by Independent Life Insurance Company or your insurance or investment professional for details, definitions, and limitations.*

- Back-tested index performance is not indicative of future performance.
- Back-tested data covers a 10-year span within the date range of 07/10/2006 – 12/31/2024. This results in potential starting dates ranging from 07/10/2006 – 12/31/2014.
- Back-tested index performance is ranked based on the sum of expected payments.
- IRR listed on page 4 is the customer IRR based on the total consideration for the policy and the expected payments as illustrated in the scenario.
- Compound Annual Growth Rate (CAGR) is the constant annual growth rate that grows to the same level as the varying index growth rate over the 10-year period being measured.

**Product Description**

The Company, the Independent Life Insurance Company of Dallas, Texas, designed the iStructure Indexed Annuity as a custom payout fixed annuity providing payment growth potential linked to the performance of an index. The index is the Franklin BofA World Index, https://www.franklinindices.com/franklin-bofa-world-index . The owner defines a series of future payments at specific future dates. The Company sets the price and a Participation Rate, as shown in the contract. This annuity is a series of payment streams that each start at its own specific date in the future and, for streams described as "Certain", end at a specific date and for streams described as "Life Contingent" end when the specified person, the measuring life, is no longer alive, including never starting if that measuring life is no longer alive on the start date. The Payment Update Date is a date defined in the annuity contract. The method of increase is described in the contract. The amount of the increase is not guaranteed and could be zero. Once a payment has increased, it cannot decrease. Once a payment stream has made its first payment it is no longer eligible for increases from the index performance.

All guarantees and protections of the iStructure Indexed Annuity are backed by the claims-paying ability of Independent Life Insurance Company. This product is not FDIC or NCUSIF insured.

The iStructure Indexed Annuity is not a stock market investment and does not directly participate in any stock or equity or debt investments. The index does not include dividends paid on the stocks or actual interest on the bonds that comprise the index, and therefore do not reflect the total return of these stocks and bonds.

**General Tax Information**

iStructure has been designed to allow individuals who settle claims using periodic payments that qualify for treatment under IRC Section 104(a)(1) or Section 104(a)(2) to exclude their periodic payments (including any Indexed payments) from gross income. The iStructure can also be used to fund periodic payments to defer U.S. federal income taxation when neither the claim being settled, nor the agreed periodic payments (including any Indexed payments), qualify for treatment under IRC 104(a)(1) or IRC 104(a)(2) provided all other related tax rules are met. The iStructure can also be used to fund periodic payments as part of a IRC 453 installment sale provided all other related tax rules are met. For any of these case categories, the responsibility / liability to make future periodic payments to the recipient/payee can be transferred to a third party (assignee) and maintain the tax status to the recipient. If the transfer is made to a United States taxpayer/assignee, the transfer must satisfy the conditions of IRC 130 to be a "Qualified Assignment" and thereby avoid onerous tax results for that assignee. The iStructure has been designed to meet the requirements of a "Qualified Funding Asset" set forth in IRC 130(d) including: the amount of any payment from the iStructure to the recipient/payee "does not exceed the periodic payment to which it relates." In other words, the amounts paid from the iStructure to the assignee will exactly match the amounts the assignee pays to the recipient/payee. In most cases, Independent Life Insurance Company will make the iStructure payments directly to the recipient/payee as a service to the assignee. This servicing arrangement will have no effect on the tax status of either the recipient/payee or the assignee. If the transfer is to a non-US taxpayer / assignee, the assignee must satisfy its local tax requirements, which typically do not require a specific relationship between the iStructure payments and the amount the assignee owes the recipient/payee. Individuals considering an iStructure to fund future periodic payments are advised to seek tax advice from an attorney or financial advisor before agreeing to do so.

iStructure Annuity™, The iStructure Annuity™ and The iStructure Indexed Annuity™ are service marks of Independent Life Insurance Company. © 2021



# Independent Life

Powered by the quantitative insights of Franklin Templeton and Bank of America, the Franklin BofA World Index is designed to capture long-term growth by systematically allocating to companies around the world with the potential for high profitability. Bringing together a factor-based screen created to identify higher-growth-potential stocks with a proprietary intraday risk management strategy and a US Treasury allocation, the index's primary goal is to achieve consistent returns.

**INDEX DESIGN**

**INDEX BACK-TESTED HISTORICAL PERFORMANCE**





For More Information: www.FranklinBofAWorldIndex.com



**Franklin BofA World Index Disclosures**

**IMPORTANT INFORMATION** It is not possible to invest directly in an index. There is no assurance that investment products based on the Index will accurately track index performance or provide positive investment returns. Inclusion of a security within an index is not a recommendation by Franklin Templeton or BofA Securities, Inc. to buy, sell, or hold such security.

Any information, statement or opinion set forth herein is general in nature, is not directed to or based on the financial situation or needs of any particular investor, and does not constitute, and should not be construed as, investment advice, forecast of future events, a guarantee of future results, or a recommendation with respect to any particular security or investment strategy or type of retirement account. Individuals seeking financial advice regarding the appropriateness of investing in any securities or investment strategies should consult their financial professional.

The Franklin BofA World Index (the "Index") has been created and is owned by BofA Securities, Inc. and its affiliates (collectively, "BofAS") based in part on an index licensed to BofAS from Franklin Templeton Companies, LLC ("Franklin") (collectively with BofAS, the "Licensors"). Any product referencing the Index is not sponsored, operated, endorsed, sold or promoted by the Licensors. Licensors' indices and related information, the name of the Licensors, and related trademarks, may not be copied, used, or distributed without their prior written approval. **LICENSORS MAKE NO WARRANTIES AND BEAR NO LIABILITY WITH RESPECT TO THE INDEX, ANY RELATED INFORMATION, THE TRADEMARKS, OR THE PRODUCT(S) (INCLUDING WITHOUT LIMITATION, THEIR QUALITY, ACCURACY, SUITABILITY AND/OR COMPLETENESS).**

There are risks relating to the Index discussed herein. Please request a copy of the applicable Index rulebook for risk disclosure.

Fixed indexed annuities are insurance contracts, not registered securities or stock market investments. Fixed indexed annuities are not invested in the Index itself, but rather value growth is based on the performance of the Index and the rules prescribed in the insurer's annuity contract. Fixed indexed annuities are not issued by Franklin or BofAS.

This information should not be relied upon as investment advice, research, or a recommendation by Franklin or BofAS regarding (i) any products tied to the Index, (ii) the use or suitability of the Index, or (iii) any security in particular.

This material is strictly for illustrative and educational purposes and should not be construed as a recommendation to purchase or sell, or an offer to sell or a solicitation of an offer to buy any product or security or to use any index. There is no guarantee that any strategies utilizing the Index will be effective or successful. Multi-asset indices and diversification do not promise any level of performance, success, or guarantee against loss of principal.

**WHAT ARE THE RISKS?**
Stock prices fluctuate, sometimes rapidly and dramatically, due to factors affecting individual companies, particular industries or sectors, or general market conditions. Bond prices generally move in the opposite direction of interest rates. Thus, as the prices of bonds in an investment portfolio adjust to a rise in interest rates, the performance of the Index may decline. During times of extreme market volatility, the Index will not be able to eliminate investment losses or capture all investment gains.

For More Information: https://www.franklinindices.com/franklin-bofa-world-index









# Franklin BofA World Index

## Unlock Global Growth

September 2023



All information herein contained is as of June 30, 2023 unless otherwise indicated.

**It is not possible to invest directly in an index.** This presentation is for informational purposes only and should not be construed or relied upon as investment advice or a product offer. This presentation has been prepared specifically for use in a private and confidential meeting and may not be reproduced or used for any other purposes. Only Franklin Templeton is a member of the Insured Retirement Institute and a founding member of the Alliance for Lifetime Income. This information does not pertain to BofA Securities. Please see disclosures for additional information about these organizations.

**For Financial Professional Use Only / Not for Distribution to the Public**

Not FDIC Insured  |  May Lose Value  |  No Bank Guarantee

# What is the Franklin BofA World Index?




Powered by the quantitative insights of Franklin Templeton and Bank of America, the Franklin BofA World Index is designed to pursue long-term growth by systematically allocating to companies around the world with the potential for high profitability. Bringing together a factor-based screen with a proprietary intraday risk management strategy and a US Treasury allocation, the index's primary goal is to achieve steady returns.

Index designed to pursue three powerful benefits:



### Global future

Exposure to an evolving global economy that has the potential to create new growth opportunities.



### Smart design

Designed to pursue steady returns, the index combines a factor-based screen, a proprietary intraday risk management strategy, and a US Treasury allocation.



### Powerful partnership

Harnesses the combined history, strength, and expertise of Franklin Templeton and Bank of America – two of the industry's leading financial institutions.

For illustrative and discussion purposes only.
**For Financial Professional Use Only / Not for Distribution to the Public**

# Global future 

**FRANKLIN TEMPLETON**

Business is borderless and so are opportunities. Despite the growing number of investments opportunities found outside the US many people aren't adjusting their strategy to benefit from them, choosing instead to invest domestically. The Franklin BofA World Index is designed to leverage these global opportunities and may help you reach your financial goals.

Top performing stock markets[1]

| Rank | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|------|------|
| 1 | Austria | Finland | New Zealand | Denmark | Austria | Norway |
| 2 | Hong Kong | New Zealand | Ireland | Austria | Switzerland | Canada |
| 3 | Singapore | Unites States | Switzerland | Sweden | Denmark | Portugal |
| US | 16 | 3 | 5 | 5 | 4 | 6 |

**Since 1970…**
All countries in MSCI World Index

- The US has **never** been the top performing stock market

- The US has been in the **top three just 21%** of the time

- The US has been outside the **top ten 46%** of the time

 **If you search worldwide, you will find more and better bargains than by studying only one nation."**

**Sir John Templeton**
Financial Investment Pioneer

As of December 31, 2022.

1. Source: MSCI. Analysis based on the MSCI World Index which incepted on March 31, 1986. Data prior to the launch date is back-tested data (i.e., calculations of how the index might have performed over that time period had the index existed). There are frequently material differences between back-tested performance and actual results. Past performance—whether actual or back-tested—is no indication or guarantee of future performance. Includes only countries for which full period performance was available. The performance of countries and unmanaged indexes does not reflect expenses. The MSCI World Index is a broad global equity index that represents large and mid-cap equity performance across all 23 developed markets countries. It covers approximately 85% of the free float-adjusted market capitalization in each country. MSCI makes no warranties and shall have no liability with respect to any MSCI data reproduced herein. Indexes are unmanaged and one cannot invest directly in an index.

**For Financial Professional Use Only / Not for Distribution to the Public**

**Smart design**

 

## Dynamic Asset Allocation to Adapt to Changing Market Conditions

To take advantage of changing market conditions, the index systematically shifts its allocation between the equity component, the fixed income component and cash based on signals in the market.



Market volatility can change quickly and there can be no assurance that the risk management strategy will be successful. During times of extreme market volatility, the index will not be able to eliminate investment losses or capture all investment gains.

**For Financial Professional Use Only / Not for Distribution to the Public**

# Powerful partnership

 

Powered by the quantitative insights of Franklin Templeton and Bank of America, two of the world's leading financial institutions, the index is designed to provide balance, diversification, and access to global growth potential. Unlock the possibility of reaching your financial goals with the Franklin BofA World Index.

**Franklin Templeton is the sixth largest independent asset manager in the world, with one of the industry's broadest global footprints.**

**Bank of America: a powerful brand across market segments.**





**75+**
years of asset management experience

**$1.4T**
(USD) total assets under management[1]

**$1.4T**
consumer deposits (combined consumer and GWIM businesses)[3]

**#1**
Customer satisfaction in retail banking advice[4]

**1,300+**
investment professionals[2]

**23**
countries with offices

**4,200**
financial centers, and 16,000 ATMs[4]

**1 in 7**
US businesses served[4]

1. As of 3/31/2022.
2. Approximate total. Investment professionals include portfolio managers, research analysts, research associates, investment support and executives of Franklin Templeton, Legg Mason and subsidiary investment management groups.
3. Source: www.bankofamerica.com
4. 2021 Bank of America Annual Report, Bank of America Investor Relations.

**For Financial Professional Use Only / Not for Distribution to the Public**

4

# Disclosures

 

It is not possible to invest directly in an index. There is no assurance that investment products based on the Index will accurately track index performance or provide positive investment returns. There is no guarantee that any strategies utilizing the Index will be effective or successful. Multi-asset indices and diversification do not promise any level of performance, success, or guarantee against loss of principal. This does not serve as an offer to sell or a solicitation of an offer to buy any product or security or the use or suitability of the Index. This information should not be relied upon as investment advice, research, or a recommendation by Franklin or BofAS regarding (i) any products tied to the Index, (ii) the use or suitability of the Index or (iii) any security in particular. BofA Securities, Inc. is not affiliated with Franklin Templeton.

Any information, statement or opinion set forth herein is general in nature, is not directed to or based on the financial situation or needs of any particular investor, and does not constitute, and should not be construed as, investment advice, forecast of future events, a guarantee of future results, or a recommendation with respect to any particular security or investment strategy or type of retirement account. Individuals seeking financial advice regarding the appropriateness of investing in any securities or investment strategies should consult their financial professional.

## Index Information

The Franklin BofA World Index (the "Index") has been created and is owned by BofA Securities, Inc. and its affiliates (collectively, "BofAS") based in part on an index licensed to BofAS from Franklin Templeton Companies, LLC ("Franklin") (collectively with BofAS, the "Licensors"). Any product referencing the Index is not sponsored, operated, endorsed, sold or promoted by the Licensors. Licensors' indices and related information, the name of the Licensors, and related trademarks, may not be copied, used, or distributed without their prior written approval. **LICENSORS MAKE NO WARRANTIES AND BEAR NO LIABILITY WITH RESPECT TO THE INDEX, ANY RELATED INFORMATION, THE TRADEMARKS, OR THE PRODUCT(S) (INCLUDING WITHOUT LIMITATION, THEIR QUALITY, ACCURACY, SUITABILITY AND/OR COMPLETENESS).**

"Volatility Control" Indices are designed to shift allocations, based on signals in the market, to help keep volatility at or near the stated target. When market volatility is relatively low the index will likely maintain exposure to riskier assets, such as equities. When volatility increases, the index is likely to reallocate so that it is weighted toward low-risk assets, such as cash.

The Franklin BofA World Index is an excess return index. An excess return index deducts the value of cash daily, which is reflected in the index value. The Index uses the US Federal Funds Effective Rate as its basis for the daily cash value.

There are risks relating to the Index discussed herein. Please request a copy of the applicable Index rulebook for additional information and disclosure.

Index-linked annuities are insurance contracts issued by an insurance company. Index-linked annuities are not invested in the Index itself, but rather interest is credited based on the performance of the Index and the rules prescribed in the insurer's Index crediting strategy. Index-linked annuities are not issued by Franklin or BofAS.

## Investment Risks

Stock prices fluctuate, sometimes rapidly and dramatically, due to factors affecting individual companies, particular industries or sectors, or general market conditions. Bond prices generally move in the opposite direction of interest rates. Thus, as the prices of bonds adjust to a rise in interest rates, the performance of the Index may decline. International investments are subject to special risks, including currency fluctuations and social, economic and political uncertainties, which could increase volatility. During times of extreme market volatility, the Index will not be able to eliminate market losses or capture all market gains.

Organizations from Cover Page

**Insured Retirement Institute** – The Insured Retirement Institute (IRI) is the leading association for the entire supply chain of insured retirement strategies, including life insurers, asset managers, broker-dealers, banks, marketing organizations, law firms, and solution providers. IRI members account for 90 percent of annuity assets in the U.S., include the foremost distributors of protected lifetime income solutions, and are represented by financial professionals serving millions of Americans. IRI champions retirement security for all through leadership in advocacy, awareness, research, and the advancement of digital solutions within a collaborative industry community.

**Alliance Lifetime Income** – The Alliance for Lifetime Income is a non-profit 501(c)(6) educational organization based in Washington, D.C., that creates awareness and educates Americans about the value and importance of having protected lifetime income in retirement. Our vision is for a country where no American has to face the prospect of running out of money in retirement. The Alliance provides consumers and financial professionals with educational resources, interactive tools, and actionable research and insights to use in building retirement income strategies and plans. We believe annuities – one of only three sources of protected lifetime income – can be an important part of the solution for retirement security in America.

All information herein contained is as of June 30, 2023, unless otherwise indicated.

**Important Legal Information**

This document is intended to be for general information only and does not constitute legal or tax advice. It is intended solely to illustrate the general approaches and capabilities of various investment teams. It does not constitute or form any part of any offer of any interests or shares of any product or an invitation to buy interests or shares of any product, nor does it constitute any type of investment advice. Interests or shares of a product are offered only through a product's offering documents. Each prospective policy holder should read offering documents carefully, including the risk factors summarized therein, and consult with his, her or its own legal, financial and tax advisors before making any investment decision. It is the responsibility of each person receiving a copy of this document to satisfy himself or herself as to the full observance of the laws of any relevant country. Nothing herein should be taken as an offer or solicitation of any type of securities or any investment management or advisory service. This information is considered proprietary and shall be treated as confidential. It shall not be distributed or otherwise communicated to third parties. While every effort has been made to ensure the accuracy of the information contained within these materials, we do not guarantee such accuracy.



Franklin Templeton
One Franklin Parkway
San Mateo, CA 94403-1906
(800) 481-8115
www.franklinbofaworldindex.com



BofA Securities, Inc.
Bank of America Tower
One Bryant Park
New York, New York 10036
www.franklinbofaworldindex.com

© 2023 Franklin Templeton. All rights reserved.
**For Financial Professional Use Only / Not for Distribution to the Public**