# EXHIBIT B



# Independent Life

# A FRESH TAKE ON STRUCTURED SETTLEMENTS

Deep expertise combined with unparalleled access. Market-leading pricing, plus turnaround times that redefine industry benchmarks. Innovative solutions that challenge convention. Impressive credentials, plus best-in-class partners to back it all up.

**COMPANY OVERVIEW 2024**

## WHAT SETS INDEPENDENT LIFE APART?

As the insurance company dedicated to structured settlements, our singular purpose is to ensure a better future for both the injured party and the industry. We built Independent Life from the ground up to improve on what works and to reinvent what doesn't.


### INNOVATIVE SETTLEMENT SOLUTIONS
that fill gaps and create new market opportunities


### MARKET-LEADING PRICING PRACTICES
based on a pioneering medical underwriting approach


### HIGH-TOUCH SERVICE
combined with cutting-edge technology that sets new standards


### A COMPELLING COMPANY PROFILE
that has attracted an impressive roster of partners



## OUR TEAM

Driven by a team of insurance industry experts across structured settlements, underwriting, actuarial, legal, asset management, distribution and operations, we're challenging convention and creating a better way to design and deliver innovative solutions for injured people, their families and settlement professionals alike.

## A COMPELLING COMPANY PROFILE

Independent Life's dedication and momentum have attracted an impressive roster of partners.  Aligned with our vision for the structured settlement industry, these partners have accelerated the growth of our balance sheet and strengthen the guarantees we make.

- **Capital:** LKCM Headwater and KKR's Kilter Finance
- **Reinsurance:** Hannover Re U.S. (A.M. Best A+ rated)
- **Investment Management:** BlackRock
- **iStructure Index Management:** Franklin Templeton and Bank of America

Independent Life earns high marks from rating agencies designated and approved by the Securities and Exchange Commission:




The rating agencies cite Independent Life's high credit quality investment portfolio, the diversified experience of the company's management team and  demonstrated acceptance by key industry players.

With risk-based capital (RBC) ratios in line with structured settlement peers and without legacy liabilities or distractions from other product lines, Independent Life's growth has been smart and consistent.

The Company continues to experience tremendous growth with total assets increasing by more than 41% in 2023, as more individuals experience enhanced benefits and superior customer service by selecting Independent Life as their annuity provider.

## MORE NUMBERS THAT MATTER



### $1.08B
in Settlement Funds Received



### 475+
Companies have funded with us



### $385K
Average Case Size (far exceeds the industry average of $177k in 2023)



### 29.8%
One of the top capital & surplus/general account net assets ratio in industry

*As of March 31, 2024*



## A LOOK AT INDEPENDENT LIFE'S FINANCIAL STRENGTH

| COMPANY | Capital & Surplus/ General Account Net Assets^ |
|---|---|
| Berkshire Hathaway Life Insurance Company of Nebraska | 43.55% |
| **Independent Life** | **29.80%** |
| New York Life Insurance Company | 11.53% |
| USAA Life Insurance Company | 9.77% |
| Prudential Insurance Company of America* | 9.57% |
| Pacific Life Insurance Company | 9.23% |
| Metropolitan Tower Life Insurance Company | 7.78% |
| United of Omaha Life Insurance Company | 7.09% |
| American General Life Insurance Company | 5.55% |

*2023 Statutory Statement Filings*

*\*Reflecting 2022 numbers. Data not available at time of publication.*

*^Excludes assets held on behalf of the reinsurer*

*The ratio of capital and surplus to general account net assets essentially represents the extra funds available after an insurance company meets its liabilities. Independent Life has nearly 30 cents of every $1 in assets available to address the risks and uncertainties related to its business.*



## CHOOSE INDEPENDENT LIFE



Deep expertise combined with unparalleled access.



Market-leading underwriting and pricing, plus turnaround times that redefine industry benchmarks.



Innovative solutions that challenge convention.



Impressive credentials plus best-in-class partners to back it all up.

VERSION 1, 2024



P.O. Box 679053 | Dallas, Texas 75267-9053
info@independent.life  | www.Independent.Life
**(800) 793-0848**

Any discussion of taxes herein is for general informational purposes only and does not purport to be complete or cover every situation. Independent Life, its affiliates, its distributors, and its and their respective representatives do not provide tax, accounting, or legal advice. You should confer with your qualified legal, tax and accounting advisors based on your particular circumstances. All guarantees are obligations of Independent Life Insurance Company.