UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LONG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JERRY FERNANDEZ, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-01527-DAD-AC<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING<br><br>(Doc. Nos. 119, 122) |

This matter is before the court on the motions for summary judgment filed on behalf of plaintiffs and defendants Shasta Fair and Event Center, Melanie Silva, and BJ MacFarlane. (Doc. Nos. 119, 122.) Plaintiffs and defendants Shasta Fair and Event Center, Melanie Silva, and BJ MacFarlane are directed to file supplemental briefing addressing the following issues:

1. Whether only plaintiff E.L., or also plaintiff Jessica Long, were parties to the sale of Cedar;

2. Whether title to Cedar is the same as ownership of Cedar for the purposes of the pending motions for summary judgment;

3. Which provision of California Commercial Code § 2401 applies to the sale of Cedar and at what time did title to Cedar pass pursuant to the relevant contracts in this action;

/////

1

        a.    Whether, under the relevant contracts in this action, title to Cedar passed at the time of delivery, at the time of shipment, at the time of contracting, or at some other time pursuant to the intent of the parties;

4.    Whether California law precludes a minor from disaffirming a contract signed by a parent on their behalf in circumstances other than medical care contracts and liability waivers;

5.    Whether defendants BJ MacFarlane and Melanie Silva were obligated to second-guess whether Lieutenant Fernandez had followed state law and/or provided adequate due process to plaintiffs, at the time that Lieutenant Fernandez gave Cedar to defendant MacFarlane;

        a.    Whether any such obligation was clearly established at the time;

6.    Whether plaintiffs have failed to demonstrate ripeness, or any other element of Article III standing, as to their declaratory relief claim.

Plaintiffs and defendants Shasta Fair and Event Center, Melanie Silva, and BJ MacFarlane shall each file a supplemental brief addressing these issues by no later than June 6, 2025. The parties shall provide only legal argument supported by authority in their supplemental briefs; no additional evidence shall be submitted.

IT IS SO ORDERED.

Dated:   **May 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2