# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JESSICA LONG , ET AL. ,**

v.

**SHASTA FAIR AND EVENT CENTER , ET AL. ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:22−CV−01527−DAD−AC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

   **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/8/2025 .**

ENTERED:   **August 8, 2025**          /s/  **Keith Holland**
                                     Clerk of Court