UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | EASTERN DISTRICT OF CALIFORNIA

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 2:22-cv-01527-DAD-AC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/31/2022

Date of judgment or order you are appealing: 08/08/25

Docket entry number of judgment or order you are appealing: 160 and 159

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jessica Long;
E.L. a minor, by and through her guardian ad litem, Jessica Long.

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:       State:       Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Ryan R. Gordon       **Date** 08/25/2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                                           Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Jessica Long;
> E.L. a minor, by and through her guardian ad litem, Jessica Long.

Name(s) of counsel (if any):

> Ryan R. Gordon
> Vanessa T. Shakib

Address: 407 N. Pacific Coast Highway #267

Telephone number(s): (202) 996-8389

Email(s): rgordon@advancinglawforanimals.org;   vshakib@advancinglawforanimals.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> BJ Macfarlane, in his individual and official capacity; Melanie Silva, in her individual and official capacity; and Shasta District Fair and Event Center

Name(s) of counsel (if any):

> Rob Bonta (Attorney General of California); Catherine Woodbridge (Supervising Deputy Attorney General); John C. Bridges (Deputy Attorney General)

Address: 1300 I Street, Suite 125, PO Box 944255, Sacramento, CA 94244-2550

Telephone number(s): (916) 210-7529

Email(s): John.Bridges@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ☐ Yes   ☐ No

**Appellees**

Name(s) of party/parties:
Kathie Muse

Name(s) of counsel (if any):
Ian S. Collins

Address: 1265 Willis Street, PO Box 994647, Redding, CA 96099

Telephone number(s): (530) 241-1611

Email(s): ian.collins@rswslaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**          2          *New 12/01/2018*